UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80160-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAUL GORRIN BELISARIO,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

COMES NOW the United States of America, by and through its counsel, Nicole Grosnoff, and moves this Court to allow her to withdraw as counsel for the United States in the above-styled case. Assistant United States Attorney Grosnoff is no longer assigned as counsel in this case. Assistant United Attorney Nalina Sombuntham shall remain as counsel for the United States for the purpose of addressing asset forfeiture matters in this case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
Nicole Grosnoff
Court ID No. A5502029
Assistant United States Attorney
Nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9294