# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-80160-CR-WPD

**UNITED STATES OF AMERICA,**

**vs.**

**RAUL GORRIN BELISARIO, et al.,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Mitchell Hyman hereby appears as co-counsel for the United States of America regarding any forfeiture issues in the above-styled case.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

By:     */s/Mitchell Hyman*_____
    Mitchell Hyman
    Assistant United States Attorney
    Florida Bar No. 125405
    99 N.E. 4th Street, 7th Floor
    Miami, FL 33132-2111
    Telephone: (305) 961-9283
    Email: Mitchell.Hyman@usdoj.gov