UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___KR___ D.C.
MAY 13 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

CASE NO.: 18-cr-80160

UNITED STATES OF AMERICA,
   Plaintiff,

v.

Claudia Patricia Diaz Guillen

   Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW __Marissel Descalzo__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __Marissel Descalzo__

Counsel's Signature: _____

Address (include City/State/Zip Code):
150 SE 2 Ave #600
Miami, FL 33131

Telephone: 3053315878  Florida Bar Number: 669318

Date: May 13, 2022

mdescalzo@tachebronis.com