

**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

ADMINISTRACION DE JUSTICIA

Rfa: EXTRADICION 26/2018

Órgano Judicial: J.C.I. Nº 4 MADRID

# Comparecencia Apud-Acta.

Madrid, 07 de enero de 2019

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y Audiencia Nacional, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con N.I.E Y4376055-C, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.




**ADMINISTRACION DE JUSTICIA**

**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

Rfa: EXTRADICION 26/2018

Órgano Judicial: J.C.I. Nº 4 MADRID

# Comparecencia Apud-Acta.

Madrid, 25 de enero de 2019

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con N.I.E Y4376055-C, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.






ADMINISTRACION DE JUSTICIA

DIRECCIÓN GENERAL DE LA POLICÍA
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

Rfa: EXTRADICION 26/2018

Órgano Judicial: J.C.I. Nº 4 MADRID

# Comparecencia Apud-Acta.

Madrid, 11 de marzo de 2019

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y Audiencia Nacional, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con N.I.E Y4376055-C, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.



 

**ADMINISTRACION DE JUSTICIA**

**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

Rfa: EXTRADICION 26/2018

Órgano Judicial: J.C.I. Nº 4 MADRID

# Comparecencia Apud-Acta.

Madrid, 27 de julio de 2018

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con N.I.E Y4376055-C, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.

