

**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

ADMINISTRACIÓN
DE JUSTICIA

Rfa: EXTRADICION 57/2020

Órgano Judicial: J.C.I. Nº 5 MADRID

# Comparecencia Apud-Acta.

Madrid, 11 de octubre de 2021

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con DNI 55507479S, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.





**ADMINISTRACIÓN DE JUSTICIA**



DIRECCIÓN GENERAL DE LA POLICÍA
COMISARÍA ESPECIAL DEL C.G.P.J., TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

Rfa: EXTRADICION 57/2020

Órgano Judicial: J.C.I. Nº 5 MADRID

# Comparecencia Apud-Acta.

Madrid, 25 de octubre de 2021

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Diaz Guillen con DNI 55507479S , para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.






**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

ADMINISTRACION DE JUSTICIA

Rfa: EXTRADICION 57/2020

Órgano Judicial: J.C.I. Nº 5 MADRID

# Comparecencia Apud-Acta.

Madrid, 08 de noviembre de 2021

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con DNI 55507479S , para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.

 

**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

ADMINISTRACION DE JUSTICIA

Rfa: EXTRADICION 57/2020

Órgano Judicial: J.C.I. Nº 5 MADRID

# Comparecencia Apud-Acta.

Madrid, 22 de noviembre de 2021

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con DNI 55507479S, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.

 

**DIRECCIÓN GENERAL DE LA POLICÍA**
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

ADMINISTRACION
DE JUSTICIA

Rfa: EXTRADICION 57/2020

Órgano Judicial: J.C.I. Nº 5 MADRID

## Comparecencia Apud-Acta.

Madrid, 06 de diciembre de 2021

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con DNI 55507479S, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.





ADMINISTRACION
DE JUSTICIA



DIRECCIÓN GENERAL DE LA POLICÍA
COMISARÍA ESPECIAL DEL C.G.P.J, TRIBUNAL SUPREMO Y
AUDIENCIA NACIONAL

Rfa: EXTRADICION 57/2020

Órgano Judicial: J.C.I. Nº 5 MADRID

# Comparecencia Apud-Acta.



Madrid, 20 de diciembre de 2021

En esta Comisaría Especial C.G.P.J., Tribunal Supremo y **Audiencia Nacional**, comparece quien dice ser y acredita llamarse Claudia Patricia Díaz Guillen con DNI 55507479S, para cumplir con la obligación apud acta que tiene contraída para garantizar su libertad provisional en el procedimiento y tribunal reseñados en el margen.

Firma en constancia de su cumplimiento, y certifico.



**JUZGADO CENTRAL DE INSTRUCCION Nº 005**
MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
NIG: 28079 27 2 2020 0002402
GUB11

EXTRADICION 0000057 /2020

Representado: CLAUDIA PATRICIA DIAZ GUILLEN

## COMPARECENCIA

La extiendo yo el Letrado de la Administración de Justicia para hacer constar que, en el día de la fecha, comparece en la Secretaria del Juzgado Claudia Patricia **DIAZ GUILLEN** con NIE que exhibe y retira nº Y4376055-C, quien en este acto se le hace entrega de su pasaporte de la Republica de Venezuela numero A 02126157 prorrogado hasta el dia 06.11.2021, firmando la presente en prueba de su entrega Doy Fe.

En Madrid, a 23 de Diciembre de 2020
**EL LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA**

1