UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

　　　Defendant.
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MARISSEL DESCALZO enters her appearance as counsel for Defendant CLAUDIA PATRICIA DIAZ GUILLEN. Undersigned counsel request that copies of all papers, pleadings, and other correspondence in this case be directed to Marissel Descalzo.

Dated: May 16, 2022.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TACHE, BRONIS AND DESCALZO, P.A.
　　　　　　　　　　　　　　　　150 S.E. Second Avenue, Suite 600
　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　Telephone:　(305) 537-9565
　　　　　　　　　　　　　　　　Facsimile:　(305) 537-9567

　　　　　　　　　　　　　　　　By: */s/ Marissel Descalzo*
　　　　　　　　　　　　　　　　　　Marissel Descalzo, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 669318
　　　　　　　　　　　　　　　　　　mdescalzo@tachebronis.com

service@tachebronis.com
*Counsel for Claudia Diaz Guillen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who have made an appearance on this 16th day of May, 2022.

By: */s/ Marissel Descalzo*
Marissel Descalzo, Esq.