**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-cr-80160-DIMITROULEAS**

**UNITED STATES OF AMERICA**

v.

**CLAUDIA PATRICIA DIAZ GUILLEN,**

    **Defendant.**

_____/

**OPPOSED MOTION FOR A *GARCIA* HEARING**

    The United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorney, hereby moves the Court for a hearing pursuant to *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P. 44(c). On May 13, 2022, Marissel Descalzo, Esq. of Tache, Bronis And Descalzo, P.A., filed a Notice of Temporary Appearance for Claudia Patricia DIAZ Guillen, ECF No. 52. DIAZ is set for a bond hearing on Tuesday, May 17, 2022, 10:00 a.m. *See* ECF No.53.

    Ms. Descalzo has previously represented a defendant in a related case, *United States v. Gabriel Arturo Jimenez Aray*, Case No. 18-cr-80054. During Ms. Descalzo's representation of Mr. Jimenez Array, he provided the United States with information concerning DIAZ's financial assets which could be used against DIAZ at trial, including specific information concerning DIAZ that is relevant for the determination of whether or not DIAZ should be released on bond.

    Therefore, the United States respectfully requests that the Court conduct a hearing pursuant to *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P. 44(c).

    Pursuant to Local Rule 88.9, the United States and counsel for DIAZ have discussed the necessity of filing the instant motion, and counsel for DIAZ has indicated that she objects to the motion.

1

WHEREFORE, the United States requests a *Garcia* hearing at the earliest time convenient to the Court ahead of the scheduled bond hearing.

|  |  |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>ACTING CHIEF, FRAUD SECTION | Respectfully submitted,<br><br>JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| By: */s/ Paul A. Hayden*<br>PAUL A. HAYDEN<br>Trial Attorney<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-353-9370<br>Email: paul.hayden2@usdoj.gov | By: */s/ Kurt K. Lunkenheimer*<br>KURT K. LUNKENHEIMER<br>Assistant United States Attorney<br>Court ID No. A5501535<br>U.S. Attorney's Office - SDFL<br>99 N.E. 4th Street, Suite 600<br>Miami, FL 33132-2111<br>Telephone: (305) 961-9008<br>Facsimile: (305) 536-4699<br>Email: Kurt.Lunkenheimer@usdoj.gov |