UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF COUNSEL [DE 60]

**THIS CAUSE** is before the Court pursuant to the parties' Joint Motion for Appointment of Counsel ("Joint Motion") [DE 60]. Within the Joint Motion, counsel for The United States of America and Defendant Diaz Guillen jointly seek appointment of conflict-free criminal counsel for witness Gabriel Arturo Jimenez Aray, so that Mr. Jimenez Aray can consult with conflict-free criminal counsel prior to and during the *Garcia* hearing set in this criminal case on Tuesday, May 24, 2022. Accordingly, having reviewed the Joint Motion and being fully advised in the premises, it is hereby

**ORDERED** that the parties' Joint Motion [DE 60] is **GRANTED**. Khurrum Wahid, Esq., is hereby appointed as counsel for witness Gabriel Arturo Jimenez Aray pursuant to the Criminal Justice Act, to provide advice and consultation prior to and during the *Garcia* hearing set in this criminal case on Tuesday, May 24, 2022, and to represent Mr. Jimenez Array at that hearing

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 19th day of May, 2022.

WILLIAM MATTHEWMAN
United States Magistrate Judge