UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

      Defendant.
_____/

**JOINT MOTION TO PERMIT GABRIEL JIMENEZ ARAY
TO APPEAR BY ZOOM FOR *GARCIA* HEARING**

    The Parties hereby move the Court to permit Gabriel Jimenez Aray to appear by Zoom for the *Garcia* hearing scheduled for May 24, 2022 hearing via videoconference. In support of the Motion, the Parties state as follows:

    1.    On May 18, 2022, the Court set the continuation of the Detention and *Garcia* hearing for May 24, 2022. [D.E. 59]

    2.    The Court ordered that Mr. Jimenez Aray be present for the hearing in person or by Zoom.

    3.    Mr. Jimenez Aray lives outside the district. Mr. Jimenez Aray does not have the funds to travel to Florida. Moreover, due to Mr. Jimenez Aray's immigration status, he does not have the appropriate documentation to board a plane. As such, travel to Florida for this hearing would be an undue hardship.

    4.    Undersigned counsel has conferred with AUSA Lukenheimer, who states that the government joins in the request.

1

5.      For the foregoing reasons, the Parties respectfully request that the Court permit Mr. Jimenez Aray to attend the Garcia hearing scheduled for May 24, 2022 by Zoom.

Dated: May 20, 2022.

                                        Respectfully submitted,

                                      TACHE, BRONIS AND DESCALZO, P.A.
                                      150 S.E. Second Avenue, Suite 600
                                      Miami, Florida 33131
                                      Telephone:   (305) 537-9565
                                      Facsimile:   (305) 537-9567

                                      By: */s/ Marissel Descalzo*
                                              Marissel Descalzo, Esq.
                                              Florida Bar No. 669318
                                              mdescalzo@tachebronis.com
                                              service@tachebronis.com
                                              *Counsel for Claudia Diaz Guillen*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who have made an appearance on this 20th day of May, 2022.

                                        By: */s/ Marissel Descalzo*
                                              Marissel Descalzo, Esq.