UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

Defendant.
_____/



FILED BY _____ D.C.

MAY 24 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## LIMITED PROTECTIVE ORDER

**THIS CAUSE** came before the Court upon the Government's Unopposed Motion for Limited Protective Order Regulating Disclosure Of *Jencks*/Section 3500 Material And Sensitive Information Contained Therein (ECF No. 64). Having considered the Government's Motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the Government's Motion is GRANTED. Pursuant to Fed. R. Crim. P.16(d), it is further ordered that:

1. Counsel for the government will provide the *Jencks*/Section 3500 material containing the Sensitive Information to counsel for the Defendant prior to the government's obligation to produce discovery in response to the standing discovery order in paper form;

2. Counsel for the Defendant shall not provide the *Jencks*/Section 3500 material to any person except as specified by the Court, nor make any copies of the *Jencks*/Section 3500 material;

3. Counsel for the Defendant shall not disclose any of the information in the *Jencks*/Section 3500 material to anyone other than the named defendant, attorneys of record for the named defendant and staff from that defense counsel's law office in order to prepare for the cross-examination of the government agent at the pre-trial detention hearing;



4. Counsel for the Defendant shall maintain a list of all individuals to which the information contained in the *Jencks*/Section 3500 material was disclosed; but not subject to disclosure to government;

5. Counsel for the Defendant will return the hard copies of the *Jencks*/Section 3500 material at the conclusion of the pre-trial detention hearing; and

6. Counsel for the government and for the Defendant shall promptly report any known violations of the Court's order to the Court.

DONE AND ORDERED in Chambers in 24th, Florida, this MAY day of May, 2022.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record