UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.
_____/

## NOTICE OF RELATED CRIMINAL CASE

    The United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorney, hereby file this notice of related criminal cases pursuant to United States District Court for the Southern District of Florida Local Rule 3.8.

    As the Local Rules impose an ongoing duty on the attorneys of record to bring to the court's attention the existence of related actions, S.D. Fla. L.R. 3.8, the undersigned attorneys provide notice to the Court of two related criminal actions both presided over by Judge Robin L. Rosenberg. The two matters are: 1) *United States v Alejandro Andrade Cedeno*, 17-cr-80242-Rosenberg; and 2) *United States v. Gabriel Arturo Jimenez Aray*, 18-cr-80054-Rosenberg. Judge Rosenberg presided over both cases from filing of information through sentencing. Those two cases involve the same criminal activity as this criminal case.

    Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>ACTING CHIEF, FRAUD SECTION | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| By: */s/ Paul A. Hayden*<br>PAUL A. HAYDEN<br>Trial Attorney<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-353-9370<br>Email: paul.hayden2@usdoj.gov | By: */s/ Kurt K. Lunkenheimer*<br>KURT K. LUNKENHEIMER<br>Assistant United States Attorney<br>Court ID No. A5501535<br>U.S. Attorney's Office - SDFL<br>99 N.E. 4th Street, Suite 600<br>Miami, FL 33132-2111<br>Telephone: (305) 961-9008<br>Email: Kurt.Lunkenheimer@usdoj.gov |