UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.
_____/

**DEFENDANT CLAUDIA PATRICIA DIAZ GUILLEN'S
<u>UNOPPOSED MOTION TO CALENDAR CALL</u>**

    Defendant, Claudia Patricia Diaz Guillen, requests a brief continuance of the calendar call, currently scheduled for June 24, 2022, and as good cause states the following:

    1.    On May 26, 2022, the Court filed a Paperless Notice of Trial setting Calendar Call for June 24, 2022. [D.E. 68.] The Court also scheduled a Jury Trial to take place on June 27, 2022.

    2.    Ms. Diaz Guillen was arraigned on May 24, 2022.

    3.    In the most conservative terms, the speedy trial period in this matter will not expire until at least August 2022.[1]

---

[1] The Parties anticipate a need to continue the trial in this matter. At this time, it is impossible to determine when the Parties will be ready for trial given the need to assess the amount of discovery involved and the number of witnesses that will testify at trial.

4.      Counsel for the government has advised that the discovery in this matter is voluminous, and undersigned counsel only started receiving discovery on June 4, 2022. Therefore, undersigned counsel has just begun reviewing the documents turned over to date.

5.      Ms. Diaz Guillen is currently pre-trial detained in West Palm Beach, which further complicates the discovery review process. The ability to have long visits with Ms. Diaz Guillen is limited due to the continued protocols put in place by various jails following the COVID pandemic. The document review with the client is also cumbersome because at this time all documents must be printed for undersigned counsel to physically enter the jail with the discovery.

6.      In addition to the above circumstances, undersigned counsel is scheduled to be out of town for a family matter between June 23 to June 27, 2022, and again July 2 to July 10, 2022. As such, undersigned counsel will not be in South Florida on June 24, 2022.

7.      Given these circumstances, and after consultation with Ms. Diaz Guillen, undersigned counsel is requesting a brief continuance of the Calendar Call to a date between June 28, 2022 through July 1, 2022, or on any date convenient for the Court thereafter.

8.      Undersigned counsel has conferred with AUSA Paul Hayden regarding the relief requested herein. AUSA Hayden advised that the government does not oppose the relief requested.

Dated: June 7, 2022.

    Respectfully submitted,

    TACHE, BRONIS AND DESCALZO, P.A.
    150 S.E. Second Avenue, Suite 600
    Miami, Florida 33131
    Telephone: (305) 537-9565
    Facsimile: (305) 537-9567

    By: */s/ Marissel Descalzo*
        Marissel Descalzo, Esq.
        Florida Bar No. 669318
        mdescalzo@tachebronis.com
        service@tachebronis.com
        *Counsel for Claudia Patricia Diaz Guillen*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who have made an appearance on this 7th day of June, 2022.

    By: */s/ Marissel Descalzo*
        Marissel Descalzo, Esq.