UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    **Defendant.**

_____/

## UNITED STATES' FIRST RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.   1.   The government is unaware of any written or recorded statements made by the defendant.

       2.   The government is unaware of any relevant oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial.

       3.   No defendant testified before the Grand Jury.

       4.   The defendants' prior criminal record has been provided to defense counsel via electronic mail on June 6, 2022.

       5.   Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, have been provided to defense counsel on May 27, 2022 and June 3, 2022. An additional discovery production will be produced on approximately June 10, 2022 They also may be inspected at a mutually convenient time at: the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, Suite 400. Please call the undersigned to set up a date and time that is convenient to both parties.

1

|     |     |
| --- | --- |
|     | The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial. |
| 6.  | There were no physical or mental examinations or scientific tests or experiments made in connection with this case. |

B. DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. The defendant was identified in photographs by witnesses in this case. These photographs will be provided to defense counsel via electronic mail.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b).  Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

|     |     |
| --- | --- |
| J.  | The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause. |
| K.  | No contraband is involved in this indictment. |
| L.  | The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession. |
| M.  | The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant. |
| N.  | The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery conference. |

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to the Standing Discovery Order, Local Rule 88.10(b), and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:  **SEE INDICTMENT and Discovery production.**

[THIS SPACE INTENTIONALLY LEFT BLANK.]

      The undersigned attorney and his co-counsel has produced the following discovery in the matter:  1) a USB drive with approximately 50 MB of data on it on May 27, 2022, with bates numbers CD000001-279; and 2) a USB drive with approximately 2.9 GB of data on it on June 3, 2022, with bates numbers DOJGOR-0000000001-6556.  A third production of discovery is expected to be sent on approximately June 10, 2022.  Please contact the undersigned Assistant United States Attorney if there are any issues with the thumb drives provided as part of this response to the standing discovery order.

                                    Respectfully submitted,

                                    JUAN ANTONIO GONZALEZ
                                  UNITED STATES ATTORNEY

                By:  */s/ Kurt K. Lunkenheimer*
                       KURT K. LUNKENHEIMER
                       Assistant United States Attorney
                       Court ID No. A5501535
                       U.S. Attorney's Office - SDFL
                       99 N.E. 4th Street, Suite 400
                       Miami, FL 33132-2111
                       Telephone: (305) 961-9008
                       Facsimile: (305) 536-4699
                       Email: Kurt.Lunkenheimer@usdoj.gov