UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NO.  18-80160-CR-DIMITROULEAS

    Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendant Claudia Patricia Diaz Guillen's Unopposed Motion to Continue Calendar Call [DE-74] and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion [DE-74] is Denied.  However, the calendar call is reset to June 22, 2022 at 9:00 AM.

 At    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of June, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record