UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 18-80160-CR-DIMITROULEAS

    Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.

_____/

## **O R D E R**

THIS CAUSE is before the Court on Defendant Claudia Patricia Diaz Guillen's Joint Motion to Dismiss [DE-77] and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJDUGED that the Court asks for an expedited response from the Government on or before June 27, 2022.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of June, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record