UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO.  18-80160-CR-DIMITROULEAS

    Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant Claudia Patricia Diaz Guillen's Motion to Extend Deadline to File Reply and Continue Hearing Scheduled on Motion to Dismiss [DE-89], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion [DE-89] is Granted. The Reply is due on July 11, 2022 at 12:00 Noon.  The Court re-sets the hearing to July 12, 2022 at 3:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of July, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record