8701 Bird Road  T 305 341 3788
Miami, FL 33165

Citibank 

07/03/2018

**PATRIC LOVE HOLDINGS LLC**

Act. No. ▇▇▇▇1447 opened 01/18/2013

Act. No. ▇▇▇▇4303 opened 02/05/2014

Act. No. ▇▇▇▇4316 opened 02/05/2014

**MARTORELLS OFFICE GROUP**

Act. No. ▇▇▇▇0388 opened 05/01/2012

Act. No. ▇▇▇▇4132 opened 11/09/2012

To whom it may concern:

Please note that the file for the above mentioned account could not be located.

Regards,

Vanessa Pimentel

Branch Manager

8701 SW 40th ST

Miami, FL 33165

Citibank, N.A.



DOJGOR-0000161732

| Select Signatory | Special Instructions | Signature   Load all |
|---|---|---|
| TORRES-LAZICH, MERCEDES | Single | Image not available |

DOJGOR-0000161733

Citibank CBO Services    573
P.O. Box 769018
San Antonio, Texas 78245

0-0/R1/04F016

000
CITIBANK, N. A.
**Account**
▮1447

PATRIC LOVE HOLDINGS, INC.
1745 E HALLANDALE BCH BLVD PH 02W
HALLANDALE BEACH      FL 33009

**Statement Period**
Jan 18 - Jan 31, 2013

Page 1 of 1

## CitiBusiness® ACCOUNT AS OF JANUARY 31, 2013

**Relationship Summary:**

| | |
|---|---|
| Checking | $100.00 |
| Savings | ----- |
| Checking Plus | ----- |

When planning your big trip, plan on Citibank World Wallet®, for next business day delivery of foreign currencies to your home, office or nearest branch. (Anywhere in the Continental U.S). Visit your nearest Branch or Call 1-800-756-7050. Ordering limits/fees apply.

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

▮1447

| | | | |
|---|---|---|---|
| | Beginning Balance: | | $0.00 |
| | Ending Balance: | | $100.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/18 | DEPOSIT | | 100.00 | 100.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2013 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

DOJGOR-0000161734