

Yanira Vazquez <yv@pineravazquezlaw.com>

## Julian Vargas-Torres Reg. No. 02762-506 Electronic Devices Form

**MIM-LegalLiaison-S (BOP)** <MIM-LegalLiaison-S@bop.gov>   Thu, Aug 4, 2022 at 11:55 AM
To: Yanira Vazquez <yv@pineravazquezlaw.com>

Be advised, USB are no longer permitted.  Please resubmit the form without the USB and/or a different type of electronic device.

**From:** Yanira Vazquez <yv@pineravazquezlaw.com>
**Sent:** Wednesday, August 3, 2022 11:36 AM
**To:** MIM-LegalLiaison-S (BOP) <MIM-LegalLiaison-S@bop.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Julian Vargas-Torres Reg. No. 02762-506 Electronic Devices Form

[Quoted text hidden]