

Yanira Vazquez <yv@pineravazquezlaw.com>

---

**Julian Vargas-Torres Reg. No. 02762-506 Electronic Devices Form**

---

**MIM-LegalLiaison-S (BOP)** <MIM-LegalLiaison-S@bop.gov>  Thu, Aug 4, 2022 at 11:55 AM
To: Yanira Vazquez <yv@pineravazquezlaw.com>

Be advised, USB are no longer permitted. Please resubmit the form without the USB and/or a different type of electronic device.

---

**From:** Yanira Vazquez <yv@pineravazquezlaw.com>
**Sent:** Wednesday, August 3, 2022 11:36 AM
**To:** MIM-LegalLiaison-S (BOP) <MIM-LegalLiaison-S@bop.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Julian Vargas-Torres Reg. No. 02762-506 Electronic Devices Form

[Quoted text hidden]

**Marissel Descalzo**

| | |
|---|---|
| **From:** | Riggins, Lela (BOP) <lriggins@bop.gov> on behalf of MIM-LegalLiaison-S (BOP) <MIM-LegalLiaison-S@bop.gov> |
| **Sent:** | Wednesday, August 17, 2022 9:12 AM |
| **To:** | Milena Ordenes |
| **Cc:** | Daniel Rashbaum |
| **Subject:** | Re: LEGAL MAIL Containing USB Flash Drive -- FDC Miami Inmate: ▇▇▇▇▇▇ |
| **Attachments:** | DISCOVERY MATERIAL AUTHORIZATION FORM.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning,

USB are prohibited in BOP. However inmates are allowed to receive paper copies or CD's. You must receive prior approval. Please see attachment.

---

**From:** Milena Ordenes <mordenes@mnrlawfirm.com>
**Sent:** Wednesday, August 17, 2022 8:59 AM
**To:** MIM-LegalLiaison-S (BOP) <MIM-LegalLiaison-S@bop.gov>
**Cc:** Daniel Rashbaum <drashbaum@mnrlawfirm.com>
**Subject:** [EXTERNAL] LEGAL MAIL Containing USB Flash Drive -- FDC Miami Inmate: ▇▇▇▇▇▇

Good morning,

I am emailing on behalf of attorney Daniel Rashbaum who represents inmate ▇▇▇▇▇▇▇▇▇▇▇▇).

Mr. Rashbaum needs to ship a USB Flash Drive to inmate ▇ which contains discovery related to his case so that he can review the discovery.

Can this be shipped to the inmate by way of Legal Mail or is there a different procedure for this type of material? Please reply at your earliest opportunity so that we can get this to our client as soon as possible.

Thank you.

**Milena J. Ordenes**
**Paralegal & Office Manager**
Marcus Neiman Rashbaum & Pineiro LLP
Telephone:  305-400-4263
Facsimile: 954-688-2492

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Milena Ordenes
**Sent:** Tuesday, August 2, 2022 11:17 AM
**To:** MIM-LegalLiaison-S (BOP) <MIM-LegalLiaison-S@bop.gov>
**Cc:** Daniel Rashbaum <drashbaum@mnrlawfirm.com>
**Subject:** Follow up Re IN-PERSON LEGAL MEETING REQUEST -- FDC Miami Inmate:

Good morning,

We have not heard back regarding attorney Daniel Rashbaum's legal visitation request yet, so we are just following up since it's less than 24 hours away from the requested time.

Mr. Rashbaum is requesting an in-person legal meeting with inmate tomorrow **Wednesday August 3, 2022, at 9:30 AM (or shortly thereafter if that time is not available).** Kindly confirm once scheduled.

Mr. Rashbaum's contact information is:
Daniel Rashbaum
Florida Bar No. 75084
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Email:  drashbaum@mnrlawfirm.com
Tel:  (954) 299-9138

**Milena J. Ordenes**
**Paralegal & Office Manager**
Marcus Neiman Rashbaum & Pineiro LLP
Telephone:  305-400-4263
Facsimile: 954-688-2492

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Milena Ordenes
**Sent:** Monday, August 1, 2022 4:41 PM
**To:** 'MIM-LegalLiaison-S (BOP)' <MIM-LegalLiaison-S@bop.gov>
**Cc:** Daniel Rashbaum <drashbaum@mnrlawfirm.com>
**Subject:** URGENT-- IN-PERSON LEGAL MEETING REQUEST -- FDC Miami Inmate:

Good afternoon,

I am following up on the visitation request below.  Mr. Rashbaum needs to visit his client ▮▮▮▮▮▮▮▮▮▮ on Wednesday, August 3rd. Please reply and let us know if this visit is scheduled.

**Milena J. Ordenes**
**Paralegal & Office Manager**
Marcus Neiman Rashbaum & Pineiro LLP

Telephone:  305-400-4263
Facsimile: 954-688-2492

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Milena Ordenes
**Sent:** Saturday, July 30, 2022 10:05 AM
**To:** MIM-LegalLiaison-S (BOP) <MIM-LegalLiaison-S@bop.gov>
**Cc:** Daniel Rashbaum <drashbaum@mnrlawfirm.com>
**Subject:** IN-PERSON LEGAL MEETING REQUEST -- FDC Miami Inmate: ▓▓▓▓▓▓▓▓▓▓▓▓

To Whom It May Concern:

I am writing on behalf of Daniel Rashbaum, Esq. regarding defendant, ▓▓▓▓▓▓▓▓▓▓▓▓ an inmate at FDC Miami.

Mr. Rashbaum is requesting an <u>in-person legal meeting</u> with inmate tomorrow **Wednesday August 3, 2022 at 9:30 AM (or shortly thereafter if that time is not available).** Kindly confirm once scheduled.

Mr. Rashbaum's contact information is:
Daniel Rashbaum
Florida Bar No. 75084
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Email:  drashbaum@mnrlawfirm.com
Tel:  (954) 299-9138

*Thank you for your courtesy and your prompt attention.*



Milena J. Ordenes
Paralegal & Office Manager
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Telephone:  305-400-4263
Facsimile: 954-688-2492
mordenes@mnrlawfirm.com
www.mnrlawfirm.com

3

*****Please note that as of February 22, 2021, our Miami office has relocated to a new suite. Please make sure to update our suite number in your records for all future correspondence to: <u>**Suite 2530**</u> (the rest of our address remains the same).*****

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged  and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.