# Marissel Descalzo

| | |
|---|---|
| **From:** | cjasdfla@googlegroups.com on behalf of Michael Caruso <Michael_Caruso@fd.org> |
| **Sent:** | Wednesday, August 24, 2022 8:12 AM |
| **To:** | CJASDFLA (cjasdfla@googlegroups.com) |
| **Subject:** | FDC |

I've just been told by a lawyer that FDC is closed from 8-10 due to a "power test." No advanced notice.
--
You received this message because you are subscribed to the Google Groups "CJASDFLA" group.
To unsubscribe from this group and stop receiving emails from it, send an email to cjasdfla+unsubscribe@googlegroups.com.
To view this discussion on the web visit
https://groups.google.com/d/msgid/cjasdfla/BN7PR04MB534520D4EEE25D8BB0F998B4AF739%40BN7PR04MB5345.namprd04.prod.outlook.com.