| Date | Issue |
|---|---|
| August 15, 2022 | No video calls.  System inoperable. |
| August 16, 2022 | No video calls.  System inoperable. |
| August 17, 2022 | Client called on recorded line.  Call was cut at the two-minute mark because she was called to take a shower.  Showers are only available three times a week. |
| August 17, 2022 | Client received legal mail.  Original mail was kept by prison and client provided a copy. |
| August 19, 2022 | Client transferred out of quarantine. |
| August 21, 2022 | No video calls.  System inoperable. |
| August 22, 2022 | No video calls.  System inoperable. |
| August 22, 2022 | Client not brought to Court even though transported for Court. |
| August 23, 2022 | No video calls.  System inoperable in the morning. |
| August 23, 2022 | Spent thirty-seven minutes on the phone with Palm Beach jail attempting to convince the prison to screen my number as privileged, so calls are not recorded. |
| August 23, 2022 | Video system became operable in the afternoon.  Ms. Diaz Guillen brought to the call fifteen minutes late.  The prison could not extend the video call. |