**Marissel Descalzo**

| | |
|---|---|
| **From:** | Marissel Descalzo |
| **Sent:** | Monday, June 27, 2022 9:38 AM |
| **To:** | Hayden, Paul (CRM) |
| **Cc:** | Lunkenheimer, Kurt (USAFLS) |
| **Subject:** | Re: Diaz |

Paul and Kurt,

We do not have to disclose whether we have a joint defense.  Even if we do have a joint defense, we have no duty to disclose the participants in any joint defense.

In terms of "outing" or intimidating government witnesses, the government has not provided a witness list.  I do not know who government witnesses are in this case.  If you would like to provide me with a witness list, so that witness names are redacted in future pleadings, I would be happy to accept same.


Regards,

Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Monday, June 27, 2022 8:58 AM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Cc:** Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** Diaz

Marissel,

Would you please confirm the parties involved in your JDA, specifically whether Raul Gorrin is a party?  Andrew mentioned that he has already seen the discovery produced to you so we assume you are in a JDA with him/Velasquez.

Separately, that discovery was used to out potential witnesses in your joint motion.  Was that inadvertent or should we read as an attempt to potentially intimidate?

Happy to chat if easier.

Thanks,

Paul and Kurt