# Marissel Descalzo

| | |
|---|---|
| **From:** | Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov> |
| **Sent:** | Friday, July 1, 2022 8:49 AM |
| **To:** | Marissel Descalzo; Hayden, Paul (CRM) |
| **Subject:** | RE: United States v. Claudia Diaz-Guillen |

Marissel,

The motion for limited unsealing of the tolling order has been submitted and we are waiting on the federal district court duty judge, Scola for June when submitted, to approve and sign. Once we get that we will produce the tolling order.

While we know that the MTD is still pending and we expect a MTD on SOL grounds, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Just a thought to keep things moving forward on that subject, and while there are no promises or guarantees, the info could ultimately go to the benefit of your client.

Thanks,

Kurt

---

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, June 28, 2022 2:39 PM
**To:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>; Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Subject:** [EXTERNAL] Re: United States v. Claudia Diaz-Guillen

Thanks for quick response, Paul.

Sounds good.

While I do not believe I will oppose the MPO, I would like to review and approve the MPO before it is submitted to the court.

Thanks.

Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

---

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Tuesday, June 28, 2022 2:35:36 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** RE: United States v. Claudia Diaz-Guillen

Hi Marissel,

As mentioned, we needed to seek a limited motion to unseal first and we anticipated having that done by last Friday. We, however, are still engaged in that process and consulting with OIA regarding correspondence. We hope to have competed this week but we will keep you posted if that timeline looks like it will change for any

reason.  Separately, we will also be submitting a motion for protective order and  proposed order soon which to confirm we understand based on our conversation last you week, you do not oppose.

Best,
Paul

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, June 28, 2022 2:10 PM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** [EXTERNAL] United States v. Claudia Diaz-Guillen

Good afternoon,

I wanted to follow up on my request for (1) any ex parte tolling orders you obtained in this case and (2) any MLAT requests and responses and any related correspondence including non-privileged internal communications regarding same.

You mentioned in court last week that I would have these items by Friday (June 24, 2022).  Please let me know when you anticipate turning over these materials.

Thank you,


Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.