**Marissel Descalzo**

| | |
|---|---|
| **From:** | Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov> |
| **Sent:** | Wednesday, July 20, 2022 6:20 AM |
| **To:** | Marissel Descalzo |
| **Cc:** | Lunkenheimer, Kurt (USAFLS) |
| **Subject:** | RE: Claudia Diaz Guillen - Tolling Orders |

Ok, thanks.  We will have to move for limited unsealing.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, July 19, 2022 6:14 PM
**To:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Cc:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Claudia Diaz Guillen - Tolling Orders

While the Superseding Indictment alleges a conspiracy from 2008 to 2017, the last transfer of funds for the "benefit" of Ms. Diaz Guillen occurred in May 2013.  As I am sure you are aware, the statute of limitations for the charges against Ms. Diaz Guillen is five years.  On the face of the Superseding Indictment, the government has blown the statute of limitations and the case should be dismissed on those grounds.

As a result and as I have previously indicated to you, I am investigating whether to file a motion to dismiss based on the expiration of the statute of limitations. In furtherance of that investigation, I requested the tolling orders and non-privileged correspondence related to the MLAT requests to foreign countries. I did not specifically state my request for the applications underlying these tolling orders because I incorrectly assumed you would turn them over.  I have since made the request for the applications.

I require the correspondence and applications to analyze the validity of a motion to dismiss on statute of limitations grounds.  I, of course, would not want to file a frivolous motion to dismiss.  As such, I am attempting to conduct due diligence to ensure I file a good faith motion.

Moreover, absent the opportunity to review the applications or the attachments thereto it    is impossible to determine if the application meets the preponderance of evidence standard under applicable 11th Circuit precedent, namely United States v. Trainor.

Additionally, based on the materials presented to date, it appears the applications likely contain Brady materials, which I am entitled too.


Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Tuesday, July 19, 2022 3:06 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Cc:** Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** RE: Claudia Diaz Guillen - Tolling Orders

1

Can you provide a prima facie reason for why this application (and any correspondence) is relevant? Because based on your response below, it appears that you are fishing for something to challenge and don't have any basis, especially, when we previously provided you the MLATs and ex parte tolling order, both of which identified the factual basis, the individuals, and the offenses charged.

If we agree to provide, we are going to have to file a motion for limited unsealing of the ex parte application and we would want to include a reason in our motion.

Ok on the MPO.

---

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, July 19, 2022 2:07 PM
**To:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>; Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Claudia Diaz Guillen - Tolling Orders

I am not challenging anything yet. I need to review the materials to determine whether there is something to challenge.

Regardless, I believe the applications and correspondence should be produced.

PS

Saw your email re MPO. I need to review it and will get back to later today or tomorrow.

Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

---

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Tuesday, July 19, 2022 1:53 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** RE: Claudia Diaz Guillen - Tolling Orders

Marissel,

We're confused. Are you challenging the SOL or the issuance of the order's preponderance of the evidence standard?

We will work on getting you an index.

Best,
Paul

---

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, July 19, 2022 11:08 AM
**To:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>; Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Claudia Diaz Guillen - Tolling Orders

Paul,

My mistake.  You are right.  I didn't specifically request the applications.  I assumed the applications would be provided as a matter of course.  Please provide any applications.  Additionally, please provide any non-privileged correspondence related to the MLATs.

In terms of discovery, I think I might be missing documents.  Particularly, I do not see much in the way of bank statements.  Any chance an index was created that you could provide me?

Thanks


Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

---

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Tuesday, July 19, 2022 9:34 AM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** RE: Claudia Diaz Guillen - Tolling Orders

Good morning,

No, you didn't miss it.  You didn't include the ex parte tolling application in your request, only a request for the ex parte tolling order.

Best,
Paul

---

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, July 19, 2022 7:55 AM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** [EXTERNAL] Claudia Diaz Guillen - Tolling Orders

Good morning,

I have now reviewed the tolling materials that were uploaded to USAfx.  I do not see the application.  Did I miss it?

M

Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

---

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.