# Marissel Descalzo

| | |
|---|---|
| **From:** | Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov> |
| **Sent:** | Friday, August 5, 2022 8:28 AM |
| **To:** | Marissel Descalzo; Hayden, Paul (CRM) |
| **Subject:** | RE: United States v. Claudia Diaz Guillen - MLAT Requests |

Marissel,

Thanks for the prompt response.  We understand that your client strongly wants to litigate the SOL issue.  Paul and I figured that in order to save the USG from preparing for trial and to allow the govt and the court to allocate their resources efficiently, she could inform us that if she loses the motion to dismiss on SOL grounds that she will not go to trial and admit her conduct.  And that could even include attorney proffers pending the resolution of the MTD.  Otherwise, we have to prepare like she is going to trial very soon. So, please let us know by COB on the 15th if your client wants to plead guilty or go to trial.

Also, I just wanted to confirm if there is a corrupted transmittal letter from Switzerland that you could not open, so I can resend it to you.

Kurt

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Thursday, August 4, 2022 12:20 PM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** [EXTERNAL] Re: United States v. Claudia Diaz Guillen - MLAT Requests

Kurt,

Thank you for providing the application.

Yes, I am requesting all responses and productions.

I will review the documents related to the bates numbers below.  Thank you.

I cannot advise you on whether or not Ms. Diaz Guillen is 100% proceeding to trial by August 15, 2022.  As previously mentioned, Ms. Diaz Guillen feels strongly about the statute of limitations issue.   We will need to see that through before final decisions are made.

Given your desire to wait until after hearing on protective order, which is scheduled for August 22, 2022, to turn over all the requested materials.   It is impossible for the statute of limitations issue to be resolved by the 15th.

Have a nice weekend.

Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

**From:** Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Sent:** Thursday, August 4, 2022 8:20 AM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** RE: United States v. Claudia Diaz Guillen - MLAT Requests

Marissel,

Please see the attached application and exhibits.

As for the disclosures, are you asking for all responses/productions to the MLAT and Supplemental MLAT that correspond to the transmittal letters we provided you?
We are looking into identifying the parts of the response/productions for those letters to see if they were produced in discovery so far. If so, we will send you the Bates Stamp numbers.
If they have not been produced yet, we may have to wait until the Protective Order issued is resolved in case they would require a large amount of redactions. We will let you know once we identify the responses.

Also, I think you had indicated one of the Swiss letters we produced was corrupted and you were going to tell us which one so we could reproduce. If that is the case, can you tell us which letter was corrupt?

Finally, we would like note two things: 1) If you file the motion to dismiss on Statue of Limitations grounds, for potential end dates of the conspiracy, you should review Bates Stamped documents DOJGOR-0000003100-3107, DOJGOR-0000003386-3391, and DOJGOR-0000011620-11625; and 2) Since our trial prep will require some international travel, we ask that let us know by COB on August 15, 2022 if your client intends to go to trial if she would like the US to move for the 3rd point of acceptance of responsibility.

If you want to set up a time to discuss anything on a call, let us know.

Kurt

---

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Wednesday, August 3, 2022 11:01 AM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** [EXTERNAL] United States v. Claudia Diaz Guillen - MLAT Requests

Kurt and Paul,

I am still waiting for documents requested related to the government's MLAT requests. Given the trial date and the fact that Ms. Diaz Guillen is detained; it is important for me to receive these documents.

Specifically, I need the following documents:

1. Copies of the applications or motions you filed in support of the November 2017 tolling order
2. Any Exhibits or other information you filed to support those applications or motions
3. Copies of the information and the documents/records, *i.e.* the Enclosures, which were received by DOJ in response to the MLAT requests in November of 2017 and May of 2018.

If I do not receive these documents by Friday, I am going to be forced to file the motion to dismiss based on the documents received thus far. Based on the documents provided to date, I believe Ms. Diaz Guillen would be entitled to dismissal.

Thank you,

Marissel

Marissel Descalzo
Tache, Bronis, and Descalzo, PA
O: 305-537-9572
M: 305-331-5878

---

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.