# Marissel Descalzo

| | |
|---|---|
| **From:** | Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov> |
| **Sent:** | Thursday, August 18, 2022 6:06 PM |
| **To:** | Marissel Descalzo; Lunkenheimer, Kurt (USAFLS) |
| **Subject:** | RE: United States v. Claudia Diaz Guillen |

We are in the process of preparing productions and hope to be in a position to begin producing next week.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Thursday, August 18, 2022 5:43 PM
**To:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>; Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Subject:** [EXTERNAL] RE: United States v. Claudia Diaz Guillen

Thank you for your response.

Will the government be prepared to turn over the remaining discovery on Monday following the hearing on the Motion for Protective Order? Will the government have analyzed their witness list in advance of Monday's hearing and be prepared to turn over Giglio when the Protective Order issue is resolved, which I presume is Monday?



**Marissel Descalzo**
Attorney at Law

150 S.E. Second Avenue, Suite 600
Miami, Florida  33131
Direct:  305.537.9572 | Fax:  305.537.9567
MDescalzo@tachebronis.com | www.tachebronis.com
www.Healthcarefrauddefensejournal.com

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Thursday, August 18, 2022 5:34 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** RE: United States v. Claudia Diaz Guillen

We haven't fully finalized our witness list yet and we are not in a position to produce any further discovery until the Protective Order is resolved, hopefully next week.

For now, we are only in a position to share we have not identified an email account associated with you client, any bank accounts in her name, and her name or initials do not appear on the accounting spreadsheets.

We are continuing to review materials for any *Brady* material and will produce in accordance with our obligations.

Please let us know if you intend to file a motion to compel.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com> **nt:** Thursday, August 18, 2022 5:06 PM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** [EXTERNAL] FW: United States v. Claudia Diaz Guillen

Good afternoon
Following up on this request, please advise if I should move forward with a motion to compel.



**Marissel Descalzo**
Attorney at Law

150 S.E. Second Avenue, Suite 600
Miami, Florida  33131
Direct:  305.537.9572 | Fax:  305.537.9567
MDescalzo@tachebronis.com | www.tachebronis.com
www.Healthcarefrauddefensejournal.com

**From:** Marissel Descalzo
**Sent:** Sunday, August 14, 2022 9:35 AM
**To:** Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** United States v. Claudia Diaz Guillen

Good morning Paul and Kurt,

Please see attached correspondence.

Hope you have a nice weekend.

Marissel



**Marissel Descalzo**
Attorney at Law

150 S.E. Second Avenue, Suite 600
Miami, Florida  33131
Direct:  305.537.9572 | Fax:  305.537.9567
MDescalzo@tachebronis.com | www.tachebronis.com
www.Healthcarefrauddefensejournal.com

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.