# Marissel Descalzo

| | |
|---|---|
| **From:** | Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov> |
| **Sent:** | Wednesday, August 24, 2022 2:12 PM |
| **To:** | Marissel Descalzo |
| **Cc:** | Lunkenheimer, Kurt (USAFLS) |
| **Subject:** | Re: [EXTERNAL] RE: US v. Claudia Diaz Guillen |

We would anticipate being able to mark discovery by early next week.

On Aug 23, 2022, at 1:51 PM, Marissel Descalzo <mdescalzo@tachebronis.com> wrote:

How long will it take you to mark things sensitive?



**Marissel Descalzo**
Attorney at Law

150 S.E. Second Avenue, Suite 600
Miami, Florida  33131
Direct:  305.537.9572 | Fax:  305.537.9567
MDescalzo@tachebronis.com | www.tachebronis.com
www.Healthcarefrauddefensejournal.com

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Tuesday, August 23, 2022 1:47 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Subject:** RE: US v. Claudia Diaz Guillen

Hi Marissel,

We have a couple productions ready and almost ready, but given that we just got the order and haven't marked them as sensitive or not, do you prefer us sending now and you hold off sharing until we have marked or wait  until we have marked the discovery log?

As for the other requests, we will continue to make discovery as obligated.

Best,
Paul

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Tuesday, August 23, 2022 10:45 AM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Subject:** [EXTERNAL] US v. Claudia Diaz Guillen

Kurt and Paul,

I just wanted to follow up on items you agreed to provide.

Please provide me with the name of the three targets that cannot receive physical copies of sensitive information.

Please advise when I can expect to receive additional discovery.

Please provide the government witness list to ensure that I can comply with the protective order.

I am renewing my demand for *Brady*.  There must be more *Brady* than what was provided by email about the lack of Ms. Diaz Guillen's bank accounts and emails.  For instance, given the little mention of Ms. Diaz Guillen in the discovery, there must be exculpatory statements made by witnesses and cooperators.  Please provide this information.  *Brady* information is not limited to government witnesses at trial.

Finally, I am renewing my demand for *Giglio* information.  We have a protective order in place.  The government indicated in its response to the Standing Discovery Order that it would provide this information.  Please provide.

Regards,



**Marissel Descalzo**
Attorney at Law

150 S.E. Second Avenue, Suite 600
Miami, Florida  33131
Direct:  305.537.9572 | Fax:  305.537.9567
MDescalzo@tachebronis.com | www.tachebronis.com
www.Healthcarefrauddefensejournal.com

---

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.