UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  　　　　CASE NO.  18-80160-CR-DIMITROULEAS

　　　Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN,

　　　Defendant.
_____/

## ORDER DEFERRING MOTION

THIS MATTER comes on for the consideration of the Government's Unopposed Motion for a *Garcia* hearing.  Having considered the government's motion, it is hereby

ORDERED that the Motion is referred to Magistrate Judge William Matthewman tro conduct a *Garcia* hearing for a report and/or a disposition.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

William Matthewman, US Magistrate Judge