UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-cr-80160-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

**Defendant.**
_____/

## JOINT SPEEDY TRIAL REPORT

The United States and defendant Claudia Patricia Diaz Guillen (the "Parties") hereby file this Speedy Trial Report pursuant to Local Rule 88.5, regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 *et seq*.  The Parties submit that as of this writing, 29 days have elapsed pursuant to the Speedy Trial Act.  The calculations contained herein are based on the date of the arraignment of defendant Claudia Patricia Diaz Guillen on the superseding indictment.

Date of defendant Diaz's arraignment on the superseding indictment:   May 24, 2022

Total number of days elapsed as of the date of this report:   105

Number of days excluded from computation as a result of pre-trial motions:   61

Number of days excluded from computation as a result of a continuance:   117 (to Trial Date)

Total number of days excluded from speedy trial computation:   118 (to Trial Date)

Non-excludable speedy trial days elapsed as of the date of this Report:   29

1

Therefore, as set, the trial date leaves approximately 41 days remaining of unexcluded time.

Respectfully Submitted,

JUAN ANTONIO GONZLAEZ
UNITED STATES ATTORNEY

By: /s/ *Kurt K. Lunkenheimer*          /s/ *Marissel Descalzo*
Kurt K. Lunkenheimer                     Marissel Descalzo
ASSISTANT UNITED STATES ATTORNEY         Florida Bar No. 669318
Court No. A5501535                       TACHE BRONIS AND
99 N. E. 4th Street                      DESCALZO, P.A
Miami, Florida   33132-2111              150 S.E. 2nd Avenue, Suite 600
TEL (305) 961-9008                       Miami, Florida 33131
Kurt.Lunkenheimer@usdoj.gov              Office: (305) 537-9565
                                         Email: mdescalzo@tachebronis.com
                                         Attorney for
                                         Claudia Patricia Diaz Guillen

LORINDA I. LARYEA
ACTING CHIEF, FRAUD SECTION

By: /s/ *Paul A. Hayden*
PAUL A. HAYDEN
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-353-9370
Email: paul.hayden2@usdoj.gov