UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    **Defendant.**
                                        /

NOTICE OF FOREIGN LAW DETERMINATION
PURSUANT TO FED. R. CRIM. P. 26.1

    The United States of America respectfully submits this notice of an issue of foreign law to the defendant Claudia Patricia Diaz Guillen ("Defendant") and the Court pursuant to Fed. R. Crim. P. 26.1 and the Court's order requiring such notice by September 6, 2022. [DE 121].[1]

    On December 15, 2020, a federal grand jury in the Southern District of Florida returned a Superseding Indictment charging Defendant and her husband, Adrian Jose Velasquez Figueroa, each with one count of conspiring to launder money, in violation of 18 U.S.C. § 1956(h), and two substantive counts of money laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2. [DE 44]. The specified unlawful activities underlying the money laundering charges in the Superseding

---

[1] Federal Rule of Criminal Procedure 26.1 provides that

    [a] party intending to raise an issue of foreign law must provide the court and all parties with reasonable written notice. Issues of foreign law are questions of law, but in deciding such issues a court may consider any relevant material or source—including testimony—without regard to the Federal Rules of Evidence.

Fed. R. Crim. P. 26.1; *see United States* v. *Kozeny*, 582 F. Supp. 2d 535, 538 (S.D.N.Y. 2008) ("Though foreign law once was treated as an issue of fact, it now is viewed as a question of law and may be determined through the use of any relevant source, including expert testimony."); *United States* v. *Mitchell*, 985 F.2d 1275, 1280 (4th Cir. 1993) ("The determination of foreign law is a question of law to be established by any relevant source, whether or not submitted by a party or admissible under the Federal Rules of Evidence.").

Indictment include an offense against a foreign nation, specifically Venezuela, involving bribery of a public official and the misappropriation, theft, and embezzlement of public funds by or for the benefit of a public official. [*Id.* at ¶¶ 30, 32].

The government provides notice that it intends to offer evidence during trial that in violation of 18 U.S.C. §§ 1956(h), 1956(a)(2)(A), and 2, as charged in the Superseding Indictment [DE 44], the defendant conspired to launder money and laundered money to promote the carrying on of specified unlawful activity that included offenses against a foreign nation involving bribery of a public official and the misappropriation, theft, and embezzlement of public funds by or for the benefit of a public official in violation of Venezuela's 2003 Law Against Corruption, Official Gazette No. 5.637E, and/or the Penal Code of Venezuela, Official Gazette No. 5.768E of April 13, 2005.  Copies of the original statutes with unofficial translations are attached as Exhibits 1 and 2, respectively.  The government will provide official translations of the relevant portions of both laws to the Court and Defendant as soon as possible.

The government plans to notice an expert on the laws of Venezuela attached, who the government may call at a pre-trial hearing (if necessary) to testify regarding the relevant aspects of the attached laws of Venezuela relating to anti-corruption and bribery of public officials. Ultimately, the government anticipates that it will seek a jury instruction, to be included in the proposed instructions that the government will file, addressing the relevant provisions of the laws of Venezuela listed above.

Respectfully submitted,

| | |
|---|---|
| LORINDA I. LARYEA<br>ACTING CHIEF, FRAUD SECTION | JUAN ANTONIO GONZLEZ<br>UNITED STATES ATTORNEY |
| By: */s/ Paul A. Hayden*<br>Paul A. Hayden<br>Trial Attorney<br>Criminal Division, Fraud Section<br>U.S. Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>TEL (202) 353-9370<br>Paul.hayden2@usdoj.gov | By: */s/ Kurt K. Lunkenheimer*<br>Kurt K. Lunkenheimer<br>Assistant U.S. Attorney<br>Court ID No. A5501535<br>99 N.E. 4th Street<br>Miami, Florida 33132-2111<br>TEL (305) 961-9008<br>Kurt.Lunkenheimer@usdoj.gov |