# STATUTE OF LIMITATIONS

**6.13.13**
- Last act in Indictment and Superseding Indictment

**11.7.2017**
- MLAT to Switzerland

**11.13.17**
- Tolling Order obtained after filing of *ex parte* application

**5.7.2018**
- Supplement to Switzerland

**8.16.18**
- ***Indictment -****More than 5 years after March 15, 2013 (Count 9); May 17, 2013 (Count 10); and June 6, 2013 (Count 2)*

**3.2019**
- Swiss begins producing records

3.2019-6.2020
- Swiss produces requested records in 2017 MLAT and 2018 Supplement.

**6.26. 2020**
- "***Final Action***" Swiss produces all documents and send letters titled ***"full execution"***

**10.30.20**
- ***Waiver-less Information*** Filed in Case No. 20-cr-20217-CMA (S.D. Fla.) against Claudia and Adrian.

**12.15.20**
- ***Superseding Indictment-*** adds Claudia and Adrian.

