**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  20-20217-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

vs.

**CLAUDIA PATRICIA DIAZ GUILLEN**, and
**ADRIAN JOSE VELASQUEZ FIGUEROA**,

      Defendants**.**

_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses without prejudice the information against the above-named defendants because they have declined to waive indictment and proceed by information.

On March 26, 2020, Chief Judge K. Michael Moore issued an Order Concerning Grand Jury Sessions. *See* https://web.flsd. uscourts.gov/uploads /adminOrders/2020/2020-22.pdf. That order continued all grand jury sessions until April 27, 2020. *Id.,* l.

Subsequent orders continued grand juries until November 16, 2020. *See* https://web.flsd.uscourts.gov/uploads /2020/2020-24.pdf;

https://web.flsd.usco urts.gov/uploads/adminOrders /2020/2020-33.pdf;

https://web.flsd.uscourts.gov/upload s/adminOrders/2020 /2020-41. pdf;

https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-53.pdf;

https: //web.flsd.uscourts.gov/uploads /adminOrders/2020/2020-76.pdf.

CASE NO. 20-20217-CR-ALTONAGA

Given the suspension of grand juries and the inability of the United States to present criminal matters for indictment until at least November 17, 2020, as well as concerns about the running of the statute of limitations on certain substantive counts in this particular case, the government filed the instant information to "institute" it within the meaning of 18 U.S.C. §3282(a). *See United States v. Burdix-Dana,* 149 F.3d 741, 743 (7th Cir. 1998).

As counsel for Ms. Diaz Guillen and Mr. Velasquez Figueroa has represented to the Government that Ms. Diaz Guillen and Mr. Velasquez Figueroa will not consent to proceed by information, the government seeks to dismiss the information at this time and will later, when grand juries return to regular session, seek an indictment. *See* 18 U.S.C. §§ 3288 and 3289. The government has conferred with counsel for Ms. Diaz Guillen and Mr. Velasquez Figueroa, who agrees to the requested relief.

Respectfully submitted,

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_Daniel Kahn_____
DANIEL S. KAHN, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

cc:     Kurt Lunkenheimer, AUSA
        Vanessa Sisti, Assistant Chief
        Paul Hayden, Trial Attorney
        U.S. Marshal

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal.

DATE:  Nov. 19, 2020

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

2