# STATUTE OF LIMITATIONS



- **6.13.13**: Last act in Indictment and Superseding Indictment
- **11.7.2017**: MLAT to Switzerland
- **11.13.17**: Tolling Order obtained after filing of *ex parte* application
- **5.7.2018**: Supplement to Switzerland
- **8.16.18**: ***Indictment*** -*More than 5 years after March 15, 2013 (Count 9); May 17, 2013 (Count 10); and June 6, 2013 (Count 2)*
- **3.2019**: Swiss begins producing records
- **3.2019-6.2020**: Swiss produces requested records in 2017 MLAT and 2018 Supplement.
- **6.26. 2020**: "***Final Action***" Swiss produces all documents and send letters titled "***full execution***"
- **10.30.20**: ***Waiver-less Information*** Filed in Case No. 20-cr-20217-CMA (S.D. Fla.) against Claudia and Adrian.
- **12.15.20**: ***Superseding Indictment***- adds Claudia and Adrian.