UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.

_____/

**GOVERNMENT'S NOTICE OF CLASSIFIED FILING**

Pursuant to the Court's order [DE 177], the United States, by and through the undersigned attorneys, hereby provides notice that on October 13, 2022, the United States made a classified filing concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer. This Section 4 filing is considered final and, as such, the United States understands the need for a separate show cause filing is no longer necessary.

Respectfully submitted,

| | |
|---|---|
| GLEN S. LEON | JUAN ANTONIO GONZALEZ |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |

By: */s/ Paul A. Hayden*  
PAUL A. HAYDEN  
MICHAEL CULHANE HARPER  
Trial Attorneys  
Fraud Section, Criminal Division  
U.S. Department of Justice  
1400 New York Avenue, N.W.  
Washington, D.C. 20005  
Telephone: 202-353-9370  
Email: paul.hayden2@usdoj.gov  
Email: Michael.Harper@usdoj.gov

By: */s/ Kurt K. Lunkenheimer*  
KURT K. LUNKENHEIMER  
Assistant United States Attorney  
Court ID No. A5501535  
U.S. Attorney's Office - SDFL  
99 N.E. 4th Street, Suite 600  
Miami, FL 33132-2111  
Telephone: (305) 961-9008  
Email: Kurt.Lunkenheimer@usdoj.gov