**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-cr-80160-DIMITROULEAS**

**UNITED STATES OF AMERICA**

v.

**CLAUDIA PATRICIA DIAZ GUILLEN,**

   **Defendant.**
                                                            /

**UNOPPOSED MOTION FOR A STATUS CONFERENCE**

The United States of America, by and through the undersigned attorneys, hereby moves the Court for a status conference concerning inappropriate contact with a witness.

It has come to the attention of the United States that a fugitive co-defendant contacted an identified witness through a third-party. According to the witness, the purpose of the contact was to determine if the witness was actually testifying and why the witness was testifying. The witness took the unsolicited contact as an act of intimidation not to testify.

As this witness was only identified to Defendant Claudia Patricia Diaz Guillen's counsel in compliance with a court order and has never been mentioned in any public reporting concerning this criminal case as a potential witness for the United States based on the United States' review of public reporting or in any public filing or record associated with this case, and that the names of potential witnesses are considered sensitive information subject to the Protective Order entered in this case, [DE 117 at 1], the United States has serious concerns regarding this contact with the witness.

Therefore, the United States respectfully requests that the Court hold a status conference so that the parties can further inform the Court of the inappropriate contact in order to determine what precipitated the contact and for the Court to consider any appropriate action.

Pursuant to Local Rule 88.9, the United States and counsel for the defendant have exchanged emails concerning the instant motion, and counsel for the defendant has indicated that they do not oppose to the request for a status conference. Further, counsel for the defendant informed the United States that they "take no position because this issue has nothing to do with us or our clients."

WHEREFORE, the United States requests a status conference concerning this issue at the earliest time convenient to the Court.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | JUAN ANTONIO GONZALEZ |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |

By: */s/ Paul A. Hayden*　　　　By: */s/ Kurt K. Lunkenheimer*

| | |
|---|---|
| PAUL A. HAYDEN | KURT K. LUNKENHEIMER |
| MICHAEL CULHANE HARPER | Assistant United States Attorney |
| Trial Attorneys | Court ID No. A5501535 |
| Fraud Section, Criminal Division | U.S. Attorney's Office - SDFL |
| U.S. Department of Justice | 99 N.E. 4th Street, Suite 600 |
| 1400 New York Avenue, N.W. | Miami, FL 33132-2111 |
| Washington, D.C. 20005 | Telephone: (305) 961-9008 |
| Telephone: 202-353-9370 | Email: Kurt.Lunkenheimer@usdoj.gov |
| Email: paul.hayden2@usdoj.gov | |
| Email: Michael.Harper@usdoj.gov | |