UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

       Defendant.
_____/

**CLAUDIA PATRICIA DIAZ GUILLEN'S RESPONSE TO THE GOVERNMENT'S MOTION FOR A STATUS CONFERENCE [D.E. 190]**

      The government seeks a status conference to address alleged contact made by "fugitive co-defendant" (Raul Gorrin)[1] through an third party directed at an government witness. In its Motion, the government speculates that the witness contact was caused by undersigned counsel because undersigned counsel's are the only individuals privy to the government witness list. Undersigned counsel have not violated any Court order.

---

[1] Undersigned counsel do not represent Raul Gorrin, however, he does have counsel in the Southern District of Florida. Raul Gorrin is not before this Court. Mr. Gorrin is not bound by any Court order.

1

The Protective Order permits undersigned counsel to share "sensitive information" in preparation for trial through its joint defense relationships. See D.E. 117 at 2. The Protective Order specifically permits undersigned counsels to share "sensitive information" verbally and even show "sensitive information" as long as copies are not turned over or retained. DE 117 at 2. Undersigned counsel have been careful to abide by the terms of the Protective Order in preparing for trial and preparing witnesses.

As such, the government's motion should be denied.

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. Second Avenue, Suite 600
Miami, Florida 33131
Telephone:   (305) 537-9565
Facsimile:    (305) 537-9567

By: */s/ Marissel Descalzo*
     Marissel Descalzo, Esq.
     Florida Bar No. 669318
     mdescalzo@tachebronis.com
     service@tachebronis.com
     *Counsel for Claudia Diaz Guille*

        FELDMAN FIRM, PLLC
        150 S.E. Second Avenue, Suite 600
        Miami, Florida 33131
        Telephone: (305) 714-9474

        By: */s/ Andrew S. Feldman*
            Andrew S. Feldman, Esq.
            Florida Bar No. 060325
            afeldman@feldmanpllc.com
            *Co-counsel for Claudia Diaz Guillen*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who are authorized to receive service.

                                      */s/ Marissel Descalzo*
                                      Marissel Descalzo, Esq.