UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA

v.

ADRIAN JOSE VELASQUEZ FIGUEROA,

Defendant.
_____/

## MOTION FOR A *GARCIA* HEARING

The United States of America, by and through the undersigned attorneys, hereby moves the Court for a hearing pursuant to *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P. 44(c) (referred to herein as a "*Garcia* hearing").

On June 27, 2022, Andrew S. Feldman, Esq. filed a Notice of Temporary Appearance to represent Defendant Adrian Jose Velazquez Figueroa (the "Defendant" or "Velasquez"). [ECF No. 83.] On October 14, 2022, the Defendant, who is also the husband of Co-Defendant Claudia Patricia Diaz Guillen (the "Co-Defendant Diaz" or "Diaz"), made his initial appearance in federal court and Mr. Feldman reiterated his temporary appearance on behalf of Velasquez. [DE 194.]

On May 16, 2022, Marissel Descalzo, Esq. entered a permanent appearance on behalf of the Co-Defendant Diaz. [DE 55.]  After a *Garcia* hearing based on prior representation of a potentially adverse witness, Ms. Descalzo was allowed to represent Diaz. [DE 72.]  On August 27, 2022, Mr. Feldman filed a Notice of Appearance for the Co-Defendant Diaz. [ECF No. 123.] After a *Garcia* hearing based on joint representation of spouses on September 22, 2022, Mr. Feldman was allowed to represent Diaz. [DE 143 and 159.]  At the *Garcia* hearing, both Mr. Feldman and Ms. Descalzo stated that they represent both the Defendant and Co-Defendant. [*Id.*]

At that same *Garcia* hearing held on September 22, 2002, the Court thoroughly

1

questioned Co-Defendant Diaz as to the potential conflicts with having Ms. Descalzo and Mr. Feldman both representing her and her husband, the Defendant. [*Id.*] The United States stated that it believed that the questioning of Diaz was sufficient for the purposes of the *Garcia* hearing. [*Id.*] In addition, prior to the *Garcia* hearing, counsel for Co-Defendant Diaz submitted a signed declaration from Diaz waiving the conflict. [DE 142.] As such, the United States does not believe Diaz needs to be present for the *Garcia* hearing of her co-defendant husband and did not oppose counsel for Diaz's motion to waive her appearance at the *Garcia* hearing currently set for October 19, 2022. [DE 199.]

Since Mr. Feldman and Ms. Descalzo, as counsel for Co-Defendant Diaz, will also be representing Defendant , the United States respectfully requests that the Court conduct a hearing pursuant to *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P. 44(c).

Pursuant to Local Rule 88.9, the United States and counsel for the Defendant and Co-Defendant Diaz have conferred, and counsel for both Velasquez and Diaz have indicated that they take no position as to this request for a hearing. Both counsel for the United States and counsel for the Defendant and Co-Defendant Diaz do not believe that Diaz's presence is necessary at the *Garcia* hearing due to the detailed colloquy performed by the Court on September 22, 2022, and the United States' position that the colloquy was sufficient for the purposes of the *Garcia*/conflict of interest inquiry.

WHEREFORE, the United States requests a *Garcia* hearing at the earliest time convenient to the Court.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | JUAN ANTONIO GONZALEZ |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| | |
| By: */s/ Paul A. Hayden* | By: */s/ Kurt K. Lunkenheimer* |
| PAUL A. HAYDEN | KURT K. LUNKENHEIMER |
| MICHAEL CULHANE HARPER | Assistant United States Attorney |
| Trial Attorneys | Court ID No. A5501535 |
| Fraud Section, Criminal Division | U.S. Attorney's Office - SDFL |
| U.S. Department of Justice | 99 N.E. 4th Street, Suite 600 |
| 1400 New York Avenue, N.W. | Miami, FL 33132-2111 |
| Washington, D.C. 20005 | Telephone: (305) 961-9008 |
| Telephone: 202-353-9370 | Email: Kurt.Lunkenheimer@usdoj.gov |
| Email: paul.hayden2@usdoj.gov | |
| Email: Michael.Harper@usdoj.gov | |