UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN,

    **Defendant.**

_____/

**THE UNITED STATES' REPLY TO DEFENDANT'S OPPOSITION
TO A MOTION FOR A STATUS CONFERENCE**

The United States of America, by and through the undersigned attorneys, hereby files this reply to Defendant Claudia Patricia Diaz Guillen's (the "Defendant") opposition to the United States' motion for a status conference.

Nowhere in the United States' motion for a status conference did the United States accuse the Defendant or counsel for the Defendant of misconduct or violating a court order. The United States outlined the issue that prompted it to seek the status conference, as the United States views potential witness intimidation as a serious issue.

The Protective Order, Docket Entry 117, defines as Sensitive Information the names of potential witnesses. [DE 117 at 1.] The Protective Order further states:

> **IT IS FURTHER ORDERED** that counsel of record for the defendant and counsel of record for the government shall give written notice (e.g., email) to any person to whom sensitive information in the Discovery and Reciprocal Discovery is disclosed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without counsel's express consent; and
>
> **IT IS FURTHER ORDERED** that counsel of record for the defendant and the government shall have each person to whom sensitive information is disclosed acknowledge receipt of the written notice. Counsel shall keep a copy of each written notice to identify the individuals who received the sensitive information in the Discovery or Reciprocal Discovery and the date on which such information was first disclosed.

[DE 117 at 3.]

Therefore, the United States respectfully requests that the Court hold the status conference as set per Docket Entry 198 in order to discuss ways to address this serious issue.

Respectfully submitted,

| | | |
|---|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION | | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| By: | /s/ Paul A. Hayden<br>PAUL A. HAYDEN<br>MICHAEL CULHANE HARPER<br>Trial Attorneys<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-353-9370<br>Email: paul.hayden2@usdoj.gov<br>Email: Michael.Harper@usdoj.gov | By: /s/ Kurt K. Lunkenheimer<br>KURT K. LUNKENHEIMER<br>Assistant United States Attorney<br>Court ID No. A5501535<br>U.S. Attorney's Office - SDFL<br>99 N.E. 4th Street, Suite 600<br>Miami, FL 33132-2111<br>Telephone: (305) 961-9008<br>Email: Kurt.Lunkenheimer@usdoj.gov |