UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 18-80160-CR-DIMITROULEAS

    Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the oral arguments held on October 18, 2022 and having conferred with Judge Rosenberg, the Court finds that:

1. Judge Rosenberg will enter a limited unsealing order regarding the Rule 35 motion in 17-80242-CR and, absent CIPA concerns, Judge Rosenberg will also enter a limited unsealing order regarding the transcripts[1] of the Rule 35 motion in that case.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of October, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

---

[1] Assuming the Government has ordered transcripts of the hearing.