UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-80160-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

CLAUDIA PATRICIA DIAZ GUILLEN, and
ADRIAN JOSE VELASQUEZ FIGUEROA,

    Defendants.
_____/

## JOINT DEFENSE WITNESS LIST

Special Agent Gregg Mervis

Special Agent Slade P. Searight

Special Agent Mark Shelby

Special Agent Daltrisha A. Jean

Special Agent Sandalio Gonzalez

Josmel Velasquez

Carlos Perez

Anirays Camino

Angelica Barrios

Any witness on the government's witness list

This is a preliminary list and subject to revision depending on the presentation of the government's case. As such, we reserve the right to amend this list.

Respectfully submitted,

TACHÉ, BRONIS, AND
DESCALZO, P.A.
150 S.E. Second Avenue, Suite 600
Miami, Florida 33131
Telephone:   (305) 537-9565
Facsimile:    (305) 537-9567

By: */s/ Marissel Descalzo*_____
    Marissel Descalzo, Esq.
    Florida Bar No. 669318
    mdescalzo@tachebronis.com
    service@tachebronis.com
    *Counsel for Claudia Diaz Guillen*

FELDMAN FIRM, PLLC
150 S.E. Second Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 714-9474

By: */s/ Andrew S. Feldman*____
    Andrew S. Feldman, Esq.
    Florida Bar No. 060325
    afeldman@feldmanpllc.com
    *Counsel for Adrian Jose
    Velasquez Figueroa*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on the government by email.

*/s/ Andrew S. Feldman*
Andrew S. Feldman, Esq.