UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-CR-80160-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| CLAUDIA DIAZ GUILLEN | ) |
| ADRIAN VELAZQUEZ FIGUEROA | ) |
| Defendants | ) |

_____/

## JOINT EXHIBIT LIST

Defendants CLAUDIA DIAZ GUILLEN and ADRIAN VELAZQUEZ

FIGUEROA file the attached Joint Exhibit List and reserve the right to amend

or supplement Exhibits and to use any Exhibits introduced by the Government

during trial.

| | |
|---|---|
| */s/Marissel Descalzo* | */s/Andrew S. Feldman* |
| **TACHE BRONIS AND DESCALZO, P.A** | **FELDMAN FIRM PLLC** |
| 150 S.E. 2nd Avenue, Suite 600 | 150 S.E. 2nd Avenue, Suite 600 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Office: (305) 537-9565 | Direct: (305) 714-9474 |
| Florida Bar No. 669318 | Florida Bar No. 60325 |
| Email: mdescalzo@tachebronis.com | Email: afeldman@feldmanpllc.com |
| *Attorney for Claudia Diaz Guillen* | *Attorney for Adrian Velazquez Figueroa* |

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this day, the foregoing was electronically transmitted via

CM/ECF:

*/s/Andrew S. Feldman*
**ANDREW S. FELDMAN**

# JOINT EXHIBIT LIST FOR CLAUDIA DIAZ GUILLEN
# AND ADRIAN VELAZQUEZ FIGUEROA

| EXHIBIT NAME | Pages / Time | Exhibit # | Admitted |
|---|---|---|---|
| 0001_P&LDetail-Patric Love-2013 | 22 | DX 1 | |
| 0002_2012.03.12- ADRIAN  Summary Of Military Work | 1 | DX 2 | |
| 0003_0002012.03.20 Sale Of Invesco Shares | 4 | DX 3 | |
| 0004_Sentencing Memorandum Alejandro Andrade | 4 | DX 4 | |
| 0005_2018-11-30 [DE 53] Judgment - Alejandro Andrade | 6 | DX 5 | |
| 0006_Amended Judgment Alejandro Andrade | 7 | DX 6 | |
| 0007_Deloitte Memorandum_ 42209 | 8 | DX 7 | |
| 0008_Rule 35 Motion Alejandro Andrade | 7 | DX 8 | |
| 0009_Alejandro Andrade Sentencing Transcript | 51 | DX 9 | |
| 0010_ 4213_ACTA entrega  ONT Claudia Diaz Guillen | 4 | DX 10 | |
| 0011_Alejandro Andrade Resolution of Forfeiture | 2 | DX 11 | |
| 0012_ 92413_ Letter Re Auditoria OnT | 1 | DX 12 | |
| 0013_ 9612_Banco Mercantil Letter to ONT | 3 | DX 13 | |
| 0014_Claudia Diaz Guillen Finance Degree Credits | 2 | DX 14 | |
| 00015_Venezuelan Laws Convenio-cambiario-14,15, 16 | 2 | DX 15 | |
| 0016_ 71712_ CONVOCATORIA BANCO CENTRAL DE VENEZUELA | 1 | DX 16 | |
| 0017_DEA Special Benefit Application For AA | 27 | DX 17 | |
| 0018_MJ Toolbox Invoices_ 2009 - 2013 | 66 | DX 18 | |
| 0019_ MJ Toolbox Invoices | 299 | DX 19 | |
| 0020_ Fonden Power Point May 2011 | 9 | DX 20 | |
| 0021_Gaceta oficial 38.601 Alejandro Andrade | 31 | DX 21 | |
| 0022_Gaceta oficial 39.348 Giordani | 24 | DX 22 | |
| 0023_Gaceta oficial 39.588 Marco Torres | 24 | DX 23 | |
| 0024_ 33113 Power Point Report From Fonden | 8 | DX 24 | |
| 0024_Gaceta oficial 39.674 Claudia | 24 | DX 25 | |
| 0025_ July 17 2009_ Letter Raul Gorrín _ Interbursa Purchase | 6 | DX 26 | |
| 0026_Office Of Treasury Power Point August 6 2012 | 16 | DX 27 | |
| 0028_ Power Point Of Reconstruction Of Office Of Treasury | 15 | DX 28 | |
| 0029_ Minister Of Planning And Finance Annual Report 2012 | 520 | DX 29 | |
| 0030_ Minister Of Planning And Finance Annual Report 2013 | 236 | DX 30 | |
| 0031_ September 24 2013 Letter From office Of Internal Audits Of Office Of Treasury | 1 | DX 31 | |
| 0032_Weekly report Of Office Of Treasury May 28 2012 To June 1 2012 | 3 | DX 32 | |
| 0033_Manual Of Rules And Procedures For The Foreign Exchange Administration Commission - ... | 108 | DX 33 | |
| 0034_ONT Letter Memorandum Re Authorization Of International Calling _ 3122012 | 1 | DX 34 | |
| 0035- Jan 3 2012 ONT Letter From Marcos Torres And Report Of Internal Audit | 27 | DX 35 | |
| 0036_ 2012 Report Of ONT Re Income And Expenses | 8 | DX 36 | |
| 0037_ April 16 2012 Letter from ONT to Felix Salas Re Credit Rating | 1 | DX 37 | |

| EXHIBIT NAME | Pages / Time | Exhibit # | Admitted |
|---|---|---|---|
| 0038_ April 16 2012 Letter from ONT to Laura Zanone Re Bond | 2 | DX 38 | |
| 0039_ April 16 2012 Letter from ONT To Rene Torrealba Re Trust Transfer Request | 2 | DX 39 | |
| 0040_August 6 2012 Letter from ONT To Laura Zanone Re Bond | 2 | DX 40 | |
| 0041_ October 2 2012 Letter From ONT To Laura Zanone Re Bond | 2 | DX 41 | |
| 0042_ November 14 2012_ BCN Certificate of Deposit | 1 | DX 42 | |
| 0043_ Nov 15 2012 Letter from ONT to Norma Ramirez Re Certificates of Deposit | 1 | DX 43 | |
| 0044_ Nov 15 2012 Letter from ONT to Rene Torrealba Re Trust Transfer Request | 2 | DX 44 | |
| 0045_ Nov 15 2012 Letter from ONT to Jorge Giordano Re Bond Purchase | 2 | DX 45 | |
| 0046_ Nov 15 2012 Letter to Rodolfo Aletti Re Instructons on BCN assets | 2 | DX 46 | |
| 0047_ Nov 9 2012 Letter to Rodolfo Aletti Re ONT trust TRansfer Request | 2 | DX 47 | |
| 0048_ Nov 9 2012 Letter to Rene Torrealba Re Bond Redemption | 3 | DX 48 | |
| 0049_ Nov 9 2012 Letter to Rodolfo Torres Re Bond Expiration | 2 | DX 49 | |
| 0050_ Nov 9 2012 Letter from ONT to Norma Ramirez Re Certificates of Deposit | 1 | DX 50 | |
| 0051_ April 25 2012_ Letter from ONT to Robert Terran Re Certificates of Deposit | 1 | DX 51 | |
| 0052_ April 25 2012_ Email Angelica Barrios Re ONT Certificates of Deposit | 1 | DX 52 | |
| 0053_ April 25 2012 Letter from ONT to Maria Belen Iglesias Re Certificates of Deposit | 1 | DX 53 | |
| 0054_  April 25 2012 Letter from ONT to Rene Torrealba Re Bond Expiration | 2 | DX 54 | |
| 0055_  April 25 2012 Letter from ONT to Rodolfo Aletti Re Bond Expiration | 2 | DX 55 | |
| 0056_April 25 2012 ONT Letter to Rodolfo Torres Re Bond Expiration | 2 | DX 56 | |
| 0057_April 25 2012 Letter from ONT to Robert Teran Re Certificates of Deposit | 1 | DX 57 | |