UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN
ADRIAN VELAZQUEZ FIGUEROA

      Defendant.
_____/

### *JOINT* MOTION TO CONTINUE JOINT TRIAL UNTIL NOVEMBER 28, 2022

CLAUDIA DIAZ GUILLEN and ADRIAN VELAZQUEZ FIGUEROA and the UNITED STATES OF AMERICA, file this Joint Motion to Continue the Joint Trial Until November 28, 2022.

### BACKGROUND

On or about October 7, 2022, this Honorable Court granted the Government's Motion to Continue trial and set Mrs. Diaz Guillen's trial for November 7, 2022. Dkt. No. 178.

On October 24, 2022, this Honorable Court issued a Notice of Trial for Mr. Velazquez Figueroa with a trial date of November 21, 2022. Dkt. No. 218.

On October 25, 2022, the government filed a Motion to Advance the Trial requesting that the Court advance the trial of Mr. Velazquez Figueroa to the November 7th date or that the Court continue the trial of Mrs. Diaz Guillen until November 21, 2022, to ensure that the Defendants are tried jointly. Dkt. No. 225.

On that same date, this Honorable Court issued a paperless order granting the government's request provided that Mr. Velazquez Figueroa signed a consent form. Dkt. No. 228.

ARGUMENT

Defendants request a joint trial. Defendants request a brief continuance to prepare for a joint trial. A brief continuance until November 28, 2022[1] is necessary to permit the defense to review the 800 document Government Exhibit list with Defendants, to continue to review discovery for purposes of impeachment, and to review and translate recently identified Spanish documents to English which Defendants intend to use at trial.

Moreover, Mr. Velazquez Figueroa was extradited to the United States recently where he was housed at Main Jail in Broward until late last week. During that time, it was difficult to schedule joint defense meetings at Main Jail in person and by video call. Since his transition to Joseph Conte, the defense has been able to

---

[1] Defendants do not consent to a trial period beginning later than November 28, 2022.

meet and consult with Mr. Velazquez-Figueroa. Defendants request additional time to review financial documents in person with Mr. Velazquez-Figueroa and Mrs. Diaz Guillen.

The government and Defendants conferred today, November 1, 2022, concerning this request. The Government agrees to a trial date of November 28, 2022, because of international travel concerns with witnesses and because the week of November 21, 2022 is Thanksgiving week and will likely result in a 2-day trial week.

Respectfully submitted,

| | |
|---|---|
| */s/Marissel Descalzo* | */s/Andrew S. Feldman* |
| **TACHE BRONIS AND DESCALZO, P.A** | **FELDMAN FIRM PLLC** |
| 150 S.E. 2nd Avenue, Suite 600 | 150 S.E. 2nd Avenue, Suite 600 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Office: (305) 537-9565 | Direct: (305) 714-9474 |
| Florida Bar No. 669318 | Florida Bar No. 60325 |
| Email: mdescalzo@tachebronis.com | Email: afeldman@feldmanpllc.com |
| ***Attorney For Claudia Diaz Guillen*** | ***Attorney for Adrian Velazquez Figueroa*** |

GLEN S. LEON                                           JUAN ANTONIO GONZALEZ
CHIEF, FRAUD SECTION                      UNITED STATES ATTORNEY

By:   */s/ Paul A. Hayden*                    By:   */s/ Kurt K. Lunkenheimer*
        PAUL A. HAYDEN                                KURT K. LUNKENHEIMER
        MICHAEL CULHANE HARPER        Assistant United States Attorney
        Trial Attorneys                                        Court ID No. A5501535
        Fraud Section, Criminal Division            U.S. Attorney's Office - SDFL
        U.S. Department of Justice                    99 N.E. 4th Street, Suite 600
        1400 New York Avenue, N.W.             Miami, FL 33132-2111
        Washington, D.C. 20005                       Telephone: (305) 961-9008
        Telephone: 202-353-9370                     Email: Kurt.Lunkenheimer@usdoj.gov
        Email: paul.hayden2@usdoj.gov
        Email: michael.harper@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via/CM ECF and received by all counsel of record authorized to receive service.

*/s/Marissel Descalzo*