UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 18-80160-CR-DIMITROULEAS

    Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN and
ADRIAN JOSE VELASQUEZ FIGUEROA,

    Defendants.
_____/

**O R D E R**

    THIS CAUSE is before the Court on Defendant Diaz's and Velasquez's October 24, 2022 Joint Motion to Exclude Witness A.A. [DE-224]. The Court has considered the Government's November 1, 2022 Response [DE-240] and having heard argument on November 4, 2022 finds as follows:

    1. On October 14, 2022, this Court conducted a CIPA examination regarding impeachment evidence allowable reference witness A.A. and entered an order. [DE-195]. On October 18, 2022, this Court denied, as moot, Diaz's Motion to Compel CIPA Information [DE-211].

    2. The Court will rule consistently with the prior ruling. Nothing in the current motion changes the court's prior order. The excluded evidence was not relevant to the determination of guilt or innocence of the defendant; was not helpful to the defense, and was not essential to a fair determination of the cause.

Wherefore, Defendant's Motion to Exclude Witness [DE-224] is Denied.  Defendants' request for another CIPA procedure or exception to the procedures utilized [DE-224-1] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of November, 2022.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record