- Juror

Vacation Dates: International Travel.
12/18/23 - 12/22/23

Traveling on Dec 9th only

Traveling for holidays to Mexico from December 22 to January 8

Doctor app. 12/9/2022
@ 9:00 AM

| | |
|---|---|
| Dec 14th | ENT appointment with my daughter |
| Dec 15th | Holiday Party Job to decorate at a Nursing home |
| Dec 16th | Event (Site visit in Maryland for an upcoming wedding) |

12/15 — 12/19  will be traveling
12/15  my Birthday
12/18  Anniversary

I HAVE MY BEST FRIEND, HIS WIFE AND 7mo OLD BABY FLYING IN ~~ATL~~ FOR EVENING OF DEC 14 FROM NY

8p FLIGHT LANDS ON THE 14TH.
I CANNOT LEAVE THEM ALONE AS THEY EXPECT TO SPEND TIME WITH ME

I have a bad Phone situation to the point where I have no serves and now I need rides everyday and that cant work for my Parant ~~before~~ becuse i cant drive without GPS.

moms #
~~[redacted]~~