

Broward County

Circuit Court Clerk

Request for excuse from jury Service                                November 25th 2022

To whom it may concern and or Your Honor,

It was brought to our attention last week, that          has been selected as a juror for a trial that could take more then a day or two. Although we know it's our responsibility as citizens, to support our justice system and take this very seriously, I would like to request an exemption for          . Here at The Pete Store Fort Lauderdale,      is a crucial part of making this operation run every day. Due to his specific skills and knowledge, we cannot find a qualified individual that could even begin to replace him in such short notice, for more then a day or two at best.

Our business is keeping the transportation industry moving. We work on 20-30 trucks a day and      is the person who handles all the parts for those vehicles. He knows where the parts are ordered from, how and when they are arriving, who gets them and so on. He knows all the different manufacturers we work with. To lose him for an extended period would cripple our Service and Parts department, not to mention trucks not moving freight or emergency equipment being returned to service. It is the busiest time of the year right now, and this would bring us to a standstill. There is no time to get someone up to date and or trained to take over         responsibilities even for a week or two. He is a key team member and his being involved with our service department every day, is what makes us successful.

In closing, please understand it's our customers and employees who are our number one concern. Keeping customers on the road, and employee's working with the parts and tools they need.

We ask that you please take our request into consideration and allow         to be excused from his duties.

Sincerely,

Heather Martin

The Pete Store - Service Manager

(954) 325-6774

**THEPETESTORE.COM**

CONNECTICUT · DELAWARE · FLORIDA · GEORGIA · MARYLAND · MASSACHUSETTS
RHODE ISLAND · SOUTH CAROLINA · TENNESSEE · VIRGINIA

Dear Judge Dimitrouleas,

I'm writing to you to ask to be excused from serving on jury duty. The selection process was a little overwhelming for me as this was my first time, and I missed some of the important details of the case such as the time that the trial was projected to last. If I were to miss the amount of time projected for the trial, it would cause severe hardship on my family. I am the sole provider of my family and although I do earn an hourly wage, the better part of my earnings is paid to me on a commission basis. Missing that amount of time from work would put myself and my family behind. We have 3 children that are homeschooled and the co-ops that they are enrolled in are paid from my earnings. We do not participate in any form of government support programs and all of my wages do go to supporting my family. I hope you consider my request for dismissal, and I sincerely appologize for any inconvenience this might cause the court.

Respectfully,