**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>18-80160-CR-WPD(s)</u>**

**UNITED STATES OF AMERICA**

**v.**

**CLAUDIA PATRICIA DIAZ GUILLEN and**
**ADRIAN JOSE VELASQUEZ FIGUEROA,**

> **Defendants.**
> _____/

<u>**GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS**</u>

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files this Index of Admitted Trial Exhibits and includes, by way of attachment its official Exhibit List indicating exhibits admitted at trial.

1. Exhibit 1 – Economy Expert Figure 1

2. Exhibit 2 – Economy Expert Figure 2

3. Exhibit 4 - Photos of Raul Gorrin/Gustavo Perdomo/Claudia Diaz/Adrian Velasquez

4. Exhibit 5 - Alejandro Andrade Plea Agreement

5. Exhibit 6 - LGD Invoices (DOJGOR 239548-49)

6. Exhibit 7 - LGD confirm payment to Dutta (DOJGOR 239539-45)

7. Exhibit 8 - LGD confirming payment (DOJGOR 239506-12)

8. Exhibit 10 - Email AA to RG Vet Invoice (DOJGOR 72520-21)

9. Exhibit 10A - TRANSLATION

10. Exhibit 11 - Email from 002 to AA with spreadsheet

11. Exhibit 11A - TRANSLATION

12. Exhibit 12 - Email RG to AA smarthome budget

13. Exhibit 12A - TRANSLATION

14. Exhibit 13 - Email from 002 to AA with spreadsheet

15. Exhibit 13A - TRANSLATION

16. Exhibit 14 - Email from RG to AA re: Bond Investments

17. Exhibit 14A - TRANSLATION

18. Exhibit 15 - Email from AA to RG Dutta invoice (DOJGOR 262259-61)

19. Exhibit 15A – TRANSLATION

20. Exhibit 16 - Email from 002 to AA with spreadsheet

21. Exhibit 16A - TRANSLATION

22. Exhibit 17 - Email from AA to Juan Ortiz with swift confirmation

23. Exhibit 18 - Email from 002 to AA with spreadsheet

24. Exhibit 18A - TRANSLATION

25. Exhibit 19 - Email from AA to RG with wiring instructions

26. Exhibit 19A - TRANSLATION

27. Exhibit 20 - Email from 002 to AA with spreadsheet

28. Exhibit 20A - TRANSLATION

29. Exhibit 21 - Email from Unique Jet to AA, RG, AZ, and GP

30. Exhibit 21A - TRANSLATION

31. Exhibit 24 - Email from EG to 002 re invoices

32. Exhibit 24A - TRANSLATION

33. Exhibit 25 - Email from 002 to AA with spreadsheet

34. Exhibit 25A - TRANSLATION

35. Exhibit 26 - Email from 002 to AA with spreadsheet

36. Exhibit 26A - TRANSLATION

37. Exhibit 27 - Email from 002 to AA with spreadsheet

38. Exhibit 27A - TRANSLATION

39. Exhibit 28 - Email from 002 to AA with spreadsheet

40. Exhibit 28A - TRANSLATION

41. Exhibit 29 - Email from 002 to AA with spreadsheet

42. Exhibit 29A - TRANSLATION

43. Exhibit 31 - Email from 002 to AA with spreadsheet

44. Exhibit 31A - TRANSLATION

45. Exhibit 32 - Email from 002 to AA with spreadsheet

46. Exhibit 32A - TRANSLATION

47. Exhibit 33 - WHATS APP CHAT BETWEEN RG AND AA

48. Exhibit 33A - TRANSLATION

49. Exhibit 35 - Invesco Capital Fund Board Doc

50. Exhibit 35A - TRANSLATION

51. Exhibit 36 - Invesco Capital Fund Stock Certificate

52. Exhibit 36A - TRANSLATION

53. Exhibit 37 - Invesco Agreement

54. Exhibit 37A - TRANSLATION

55. Exhibit 41 - Invesco Transfer $18M

56. Exhibit 43 - MC Gmail Invesco to Invesco transfer

57. Exhibit 43A - TRANSLATION

58. Exhibit 45 - MC Gmail Andromeda

59. Exhibit 45A - TRANSLATION

60. Exhibit 46 - Max Camino Kastigar Letter

61. Exhibit 47 - Max Camino Compulsion Order

62. Exhibit 48 - Invesco Agreement to Sell

63. Exhibit 48A - TRANSLATION

64. Exhibit 49 - MC Gmail re $15M Transfer

65. Exhibit 49A - TRANSLATION

66. Exhibit 50 - MC Gmail 3M transfer

67. Exhibit 50A - TRANSLATION

68. Exhibit 51 - MC Gmail Transfer

69. Exhibit 51A - TRANSLATION

70. Exhibit 52 - MC Gmail Cap Cana

71. Exhibit 52A - TRANSLATION

72. Exhibit 53 - MC Gmail re Accounts to be closed

73. Exhibit 53A - Partial TRANSLATION (Title)

74. Exhibit 54 - MC Gmail AB

75. Exhibit 54A - CD 550 TRANSLATION

76. Exhibit 55 - MC Gmail 2M transfer

77. Exhibit 55A - TRANSLATION

78. Exhibit 57 - Invesco TBO Form

79. Exhibit 63 - Invesco Transfer from Vineyard 4M

80. Exhibit 65 - Invesco 17M from Bellsite

81. Exhibit 72 - Email Dated 12-14-12 from EG referencing "AV"

82. Exhibit 72A - TRANSLATION

83. Exhibit 73 -Email Dated 12-21-12 from E. Gouveia titled Cheque AV

84. Exhibit 73A - TRANSLATION

85. Exhibit 74 - Email dated 12-28-12 titled Cheques AV

86. Exhibit 74A - TRANSLATION

87. Exhibit 75 - Email dated from E. Gouveia 2-20-13 titled Cash $ AV

88. Exhibit 75A - TRANSLATION

89. Exhibit 76 - Email dated 3-11-13 from E. Gouveia titled Cargo $ AV

90. Exhibit 76A - TRANSLATION

91. Exhibit 77 - Email dated 3-13-13 from E. Gouveia titled Cargos Transferencias AV

92. Exhibit 77A - TRANSLATION

93. Exhibit 78 - Email dated 3-21-13 from E. Gouveia titled Direct TV AV

94. Exhibit 78A - TRANSLATION

95. Exhibit 79 - Email dated 3-25-2013 from E. Gouveia titled Transfer AV

96. Exhibit 79A - TRANSLATION

97. Exhibit 80 - Emailed dated 4-12-13 from E. Gouveia titled Relacion AV

98. Exhibit 80A - Translation

99. Exhibit 81 - Email dated 4-16-13 from E. Gouveia titled Fwd: Gastos AV

100. Exhibit 81A - TRANSLATION

101. Exhibit 82 - Email dated 4-22-13 from E. Gouveia titled Fwd: 1.5 av

102. Exhibit 82A - TRANSLATION

103. Exhibit 83 - Email dated 4-22-13 from E. Gouveia titled Cargo AV

104. Exhibit 83A - TRANSLATION

105. Exhibit 85 - Email dated 4-24-13 from E. Gouveia titled Cheques AV

106. Exhibit 85A - TRANSLATION

107. Exhibit 86 - Email dated 5-4-13 from E. Gouveia titled Cargos AV

108. Exhibit 86A - TRANSLATION

109. Exhibit 87 - Email dated 5-14-13 from E. Gouveia titled Cheques AV

110. Exhibit 87A - TRANSLATION

111. Exhibit 88 - Email dated 5-15-13 from E. Gouveia titled Cargo $ AV

112. Exhibit 88A - TRANSLATION

113. Exhibit 89 - Email dated 5-23-13 from E. Gouveia titled Gastos $$ AV

114. Exhibit 89A -  TRANSLATION

115.  Exhibit 90 - Email dated 5-30-13 from E. Gouveia titled Cargos Transfer AV

116. Exhibit 90A - TRANSLATION

117. Exhibit 91 - Email dated 5-30-13 from E. Gouveia titled Cargo Transfer $ AV

118. Exhibit 91A - TRANSLATION

119. Exhibit 92 - Email dated 6-11-13 from E. Gouveia titled Cheque Cash AV

120. Exhibit 92A - TRANSLATION

121. Exhibit 93 - Email dated 6-14-13 to E. Gouveia titled Rv: Facturas AV with attachment

122. Exhibit 93A - TRANSLATION

123. Exhibit 94 - Email dated 9-11-12 from E. Gouveia titled Hotel La Romana, CA (Oro)

124. Exhibit 94A - TRANSLATION

125. Exhibit 95 - Email dated 9-29-12 from E. Gouveia titled Anotar AV 1.000.000 Transferencia insured

126. Exhibit 95A - TRANSLATION

127. Exhibit 96 - Email dated 10-18-12 from E. Gouveia titled $ AV

128. Exhibit 96A - Translation

129. Exhibit 97 - Email dated 10-25-12 from E. Gouveia titled Cargo Transfer $ AV

130. Exhibit 97A - Translation

131. Exhibit 98 - Email dated 11-1-12 from Aseor 002 titled FWDL AVTP 30-10 Explicacion y 31-10

132. Exhibit 98A - TRANSLATION

133. Exhibit 99 - Email dated 11-7-12 from E. Gouveia titled $18.401,40 Transferencia Seguro Oro

134. Exhibit 99A - TRANSLATION

135. Exhibit 100 - Email dated 7-31-13 from E. Gouveia titled Fwd: Cargo AV

136. Exhibit 100A - Translation

137. Exhibit 101 - Email dated 9-26-12 from asesro 002 titled AVTP 26-09

138. Exhibit 101A - TRANSLATION

139. Exhibit 102 - Email dated 9-28-12 from asesor 002 titled AVTP 27-09

140. Exhibit 102A - Translation

141. Exhibit 103 - Email dated 10-1-2012 from asesor 002 titled avtp 28-09

142. Exhibit 103A - TRANSLATION

143. Exhibit 104 - Email dated 11-5-13 from Asesor 001 titled Fwd: Transferencia AV 3.000.000

144. Exhibit 104A - TRANSLATION

145. Exhibit 105 - Email dated 7-7-14 from asesor 001 tilted Archivos

146. Exhibit 105A - TRANSLATION

7

147. Exhibit 106 - Email dated 6-17-13 from asesor 002 titled AV/TP1706

148. Exhibit 106A - TRANSLATION

149. Exhibit 107 - Email dated 6-12-2014 to Adrian/invescocf titled Fwd: Estatus de la Cobranza

150. Exhibit 107A - TRANSLATION

151. Exhibit 109 - Email dated 12-1-11 to AV titled AVTP 30-11 Ultimo

152. Exhibit 109A - TRANSLATION

153. Exhibit 110 - Email dated 1-2-12 to invescocf Raul Gorrin titled Archivo Final Diciembre 2011

154. Exhibit 110A - TRANSLATION

155. Exhibit 111 - Email dated 1-31-12 to Invescocf Raul Gorrin titled 31-01-12

156. Exhibit 111A - TRANSLATION

157. Exhibit 112 - Email dated 2-29-12 to AV RG titled 29/02

158. Exhibit 112A - TRANSLATION

159. Exhibit 113 - Email dated 3-30-12 to AV RG titled 30-03

160. Exhibit 113A - TRANSLATION

161. Exhibit 114 - Email dated 4-30-12 to invescocf and Raul Gorrin titled 30-04-2012

162. Exhibit 114A - TRANSLATION

163. Exhibit 115 - Email dated 5-28-12 to Raul Gorrin titled Fwd: 25/05

164. Exhibit 115A - TRANSLATION

165. Exhibit 116 - Email dated 9-25-12 from asersor 002 titled AVTP 25-09

166. Exhibit 116A - TRANSLATION

167. Exhibit 117 - Email dated 11-20-12 to invescocf rgorrn titled AVTP 20-11

168. Exhibit 117A - TRANSLATION

169. Exhibit 118 - Email dated 1-3-13 from asesore 002 titled AVTP03/01/2013

170. Exhibit 118A - TRANSLATION

171. Exhibit 119 - Email dated 4-5-2013 from Asesor 002 to Shalom with spreadsheet

172. Exhibit 119A - Translation

173. Exhibit 120 - Email dated 4-5-2013 from Asesor 002 to rgorrn with spreadsheet

174. Exhibit 120A - Translation

175. Exhibit 121 - Email dated 1-10-13 invescocf to rgorrn titled Fwd: Rv: IMG-20130110-00006.jpg

176. Exhibit 121A - TRANSLATION

177. Exhibit 122 - Email dated 1-14-2013 from rgorrn to invescocf titled confirm

178. Exhibit 122A - Translation

179. Exhibit 123 - Email dated 10-11-2012 to Raul Gorrn and cc invescocf titled Fwd: 6,405,000

180. Exhibit 123A - Translation

181. Exhibit 124 - Email dated 6-9-11 from Rgorrn titled Lo Acordado

182. Exhibit 124A - TRANSLATION

183. Exhibit 126 - Email dated 4-16-2013 to E. Gouveia titled Fwd: Rnv: Pasaporte

184. Exhibit 126A - TRANSLATION

185. Exhibit 129 - Email dated 3-6-2013 to Rgorrn titled Re: Fwd: $350k payment is under review by the Compliance of HSBC NY (Andiron)

186. Exhibit 129A - TRANSLATION

187. Exhibit 131 - Email dated 7-4-2013 from/to E. Gouveia

188. Exhibit 131A - TRANSLATION

189. Exhibit 135 - Email dated 7-15-2013 from Asesor 002 titled 15-07

190. Exhibit 135A - TRANSLATION

191. Exhibit 136 - Email dated 3-24-12 to rgorrn titled empresas

192. Exhibit 136A - TRANSLATION

193. Exhibit 137 - Email dated 10-18-12 from E. Gouveai to rgorrn titled Re: Instrucciones

194. Exhibit 137A - TRANSLATION

195. Exhibit 138 - Email dated 10-18-12 from E. Gouveia titled $ AV

196. Exhibit 138A - TRANSLATION

197. Exhibit 139 - Email dated 10-24-13 to E. Gouveia titled Fwd: Factura (AV)

198. Exhibit 139A - TRANSLATION

199. Exhibit 140 - Email dated 10-14-13 from E. Gouveia titled Fwd: Learjet 45 (AV) venta

200. Exhibit 140A - TRANSLATION

201. Exhibit 141 - Email dated 10-15-2012 to rgorrn and invescocf titled Re: 6,405,000

202. Exhibit 141A - TRANSLATION

203. Exhibit 144 - Email dated 6-14-13 to E. Gouveia titled Rv: Facturas AV

204. Exhibit 144A - TRANSLATION

205. Exhibit 145 - Email dated 6-10-13 from E. Gouveia titled Permiso de Viaje

206. Exhibit 145A - TRANSLATION

207. Exhibit 146 - Email dated 12-14-12 titled Solicitud Cheque de Gerncia de Acqua

208. Exhibit 146A - TRANSLATION

209. Exhibit 147 - Email dated 12-14-12 to rgorrn titled Fw: BBI12132012-01 Solicitud de informacion

210. Exhibit 147A - TRANSLATION

211. Exhibit 148 - 05/16/2013 Email E. Gouveia to Asesor002 & Asesor03 subject Cargos Transfer $$$$

212. Exhibit 148A - TRANSLATION

213. Exhibit 149 - Email subject Fwd Factura Patric Love

214. Exhibit 149A - TRANSLATION

215. Exhibit 150 - Email subject: Relacion AV $

216. Exhibit 150A - TRANSLATION

217. Exhibit 151 - Email subject ANOTAR TRANSFER AV

218. Exhibit 151A - TRANSLATION

219. Exhibit 152 - Email subject Fwd: Pasaporte Meredes

220. Exhibit 152A - TRANSLATION

221. Exhibit 153 - Email subject Transfer AV Patric Love

222. Exhibit 155 - Email no Subject Patric Love

223. Exhibit 156 - Email Fwd: Pasaporte Mercedes Patric Love 5-14-2013

224. Exhibit 157 - Email Patric Love 5-15-2013

225. Exhibit 157A - TRANSLATION

226. Exhibit 158 - Email Documento Patric Love Holding 1-14-2014

227. Exhibit 158A - TRANSLATION

228. Exhibit 159 - Email RG to SSouto re ONT Transfers 6-18-12

229. Exhibit 159A - TRANSLATION

230. Exhibit 160 - Email SSouto to RG re ONT Transfers 6-18-12

231. Exhibit 160A - TRANSLATION

232. Exhibit 161 - Email from JB to RG Chairs and Table for ORO

233. Exhibit 161A - TRANSLATION

234. Exhibit 162 - JB to RG bill for ORO

235. Exhibit 162A - TRANSLATION

236. Exhibit 163 - Email from JB to RG re: costs associated with ORO and other boats

237. Exhibit 163A - TRANSLATION

238. Exhibit 164 - JB to RG re: ORO bill of sale, etc

239. Exhibit 164A - PARTIAL TRANSLATION

240. Exhibit 167 - Email from JB to RG requesting $485K for AV boat

241. Exhibit 167A - TRANSLATION

242. Exhibit 168 - BOA Records IYS #9200 – Page 28-30 Oct 2012 Statement

243. Exhibit 169 - Email from JB to RG attaching wire escrow for $4.35M for boat for AV

244. Exhibit 169A - TRANSLATION

245. Exhibit 170 - Email from JB to EG attaching wire escrow for $4.35M

246. Exhibit 170A - TRANSLATION

247. Exhibit 171 - BOA Records IYS #9200 – Page 32-35 Nov 2012 Statement

248. Exhibit 173 - Email from IYS to RG – Transfer #1 AV $198K

249. Exhibit 173A - TRANSLATION

250. Exhibit 174 - Email from RG to EG forwarding email above

251. Exhibit 174A - TRANSLATION

252. Exhibit 175 - Email from IYS to RG Transfer #2 AV $281,051

253. Exhibit 175A - TRANSLATION

254. Exhibit 176 - Email from RG to EG forwarding email

255. Exhibit 176A - TRANSLATION

256. Exhibit 177 - Email from JB to RG with email from RG to JB with swifts

257. Exhibit 177A - TRANSLATION

258. Exhibit 178 - BOA Statement for IYS for March 2013

259. Exhibit 179 - Email from IYS to EG attaching expenses for AV

260. Exhibit 179A - TRANSLATION

261. Exhibit 180 - Email from IYS to EG attaching payment instructions

262. Exhibit 180A – TRANSLATION

263. Exhibit 181 - Email from IYS to RG and EG - ORO

264. Exhibit 181A - TRANSLATION

265. Exhibit 182 - Email from JB to RG Gastos AV

266. Exhibit 182A - TRANSLATION

267. Exhibit 183 - Email JB to RG and EG sale of ORO

268. Exhibit 183A - TRANSLATION

269. Exhibit 184 - Email from EG to RG re sale

270. Exhibit 184A - TRANSLATION

271. Exhibit 185 - Email from IYS to RG, EG, and AV re: sale of ORO

272. Exhibit 185A - TRANSLATION

273. Exhibit 186 - Email from IYS to RG - Transfer #1 AV

274. Exhibit 186A - TRANSLATION

275. Exhibit 187 - Email from IYS to RG – Transfer #2 AV

276. Exhibit 187A - TRANSLATION

277. Exhibit 190 - BOA #9200 DEC. 2014 Statement

278. Exhibit 191 - Undated photograph

279. Exhibit 192 - Photo of Intrepid Center Console Oro

280. Exhibit 193 - Photo of Oro Yacht

281. Exhibit 194 - Photo of Sean Yacht

282. Exhibit 195 - Oro Yacht Dry Docked

283. Exhibit 196 - Photo of outside of N502KA

284. Exhibit 197 - Photo of inside of N502KA

285. Exhibit 199 - Motor Yacht Sean 1

286. Exhibit 202 - Email subject line: Fwd_ Proforma

287. Exhibit 202A - TRANSLATION

288. Exhibit 204 - Chat subject line: Chat with Adrian on 8/14/2012

289. Exhibit 204A - TRANSLATION

290. Exhibit 207 - Email subject line: Fw_ Calendario para los proximos

291. Exhibit 207A - TRANSLATION

292. Exhibit 208 - Chat subject line: Chat with Claudia on 12/20/2012

293. Exhibit 208A - TRANSLATION

294. Exhibit 212 - Email subject line: Factura Patric Love

295. Exhibit 212A - TRANSLATION

296. Exhibit 214 - Chat subject line: Chat with Adrian on 1/11/2013

297. Exhibit 214A - TRANSLATION

298. Exhibit 216 - Email subject line: Factura de Patric Love

299. Exhibit 216A - TRANSLATION

300. Exhibit 219 - Patric Love USA Inc Articles of Incorporation

301. Exhibit 221 - Email subject line: Fwd_ Patric Love USA CitiBank Señas Transferencias

302. Exhibit 221A - TRANSLATION

303. Exhibit 224 - Scan of Passport for Maria Mercedes Torres Millan

304. Exhibit 225 - IMG_0795 Undated photograph

305. Exhibit 226 - IMG_0807 Undated photograph

306. Exhibit 227 - IMG_0804 Undated photograph

307. Exhibit 228 - IMG_0797 Undated photograph

308. Exhibit 229 - IMG_0801 Undated photograph

309. Exhibit 230 - IMG_0800 Undated photograph

310. Exhibit 231 - Patric Love Business Cards

311. Exhibit 232 - Look Book

312. Exhibit 233 - Patric Love Evangelista Campaign

313. Exhibit 239 - Email subject Access to my Patric Love Email

314. Exhibit 239A - TRANSLATION

315. Exhibit 242 - Email subject line: Corte Comisiones Unique Jet Aviation

316. Exhibit 242A - TRANSLATION

317. Exhibit 246 - Email subject line: Rv: Factura AV (DOJGOR-0000074545 - 46)

318. Exhibit 246A - TRANSLATION

319. Exhibit 250 - Email subject line: FACTURA (AV)

320. Exhibit 250A - TRANSLATION

321. Exhibit 251 - Email subject line: FACTURA AV

322. Exhibit 251A - TRANSLATION

323. Exhibit 252 - Email subject line: Caja Encore+ AV

324. Exhibit 252A - TRANSLATION

325. Exhibit 253 - Email subject line: RE: Facturas AV

326. Exhibit 253A - TRANSLATION

327. Exhibit 254 - Photo of outside of N526EE

328. Exhibit 255 - Photo of outside of N526EE

329. Exhibit 256 - Photo of inside of N526EE

330. Exhibit 257 - Photo of inside of N526EE

331. Exhibit 261 - Claudia Diaz 2010 Visa Application

332. Exhibit 261A - PARTIAL TRANSLATION

333. Exhibit 262 - Claudia Diaz 2011 Visa Application

334. Exhibit 262A - PARTIAL TRANSLATION

335. Exhibit 263 - Claudia Diaz 2012 Visa Application

336. Exhibit 263A - PARTIAL TRANSLATION

337. Exhibit 264 - Diaz Mother 2012 Visa Application

338. Exhibit 265 - Diaz Sister 2012 Visa Application

339. Exhibit 266 - Claudia Diaz Border Crossings

340. Exhibit 267 - Adrian Velasquez Border Crossing

341. Exhibit 268 - Alejandro Andrade Border Crossing

342. Exhibit 269 - Raul Gorrin Border Crossing

343. Exhibit 270 - Maximillian Camino Border Crossing

344. Exhibit 271 - Alejandro Zingg Border Crossing

345. Exhibit 272 - Flight Manifests

346. Exhibit 300 - Invesco Capital Fund Opening Docs at BSI

347. Exhibit 301 - Invesco True Beneficial Owner Form 1

348. Exhibit 302 - Invesco True Beneficial Owner Form 2

349. Exhibit 309 - Invesco Transfer from Vineyard 4M dated 10-19-11

350. Exhibit 310 - Invesco 1.3M from Invesco CF dated 10-13-11

351. Exhibit 311 - Invesco 17M from Bellsite dated 1-27-12

352. Exhibit 312 - Invesco to Invesco 3.8M dated 4-17-12

353. Exhibit 313 - Invesco to Invesco 15M Out to CBH dated 5-8-12

354. Exhibit 314 - Invesco CF 12-31-11 Q Acct Summary USD

355. Exhibit 315 - Invesco Quarter Summaries 4Q 2011 2Q 2012 GBP

356. Exhibit 317 – BSI Invesco Closing Letter

357. Exhibit 400 - MJ Box Tool BSI Opening Documents

358. Exhibit 401 - MJ Box Tool BSI Authorized Signers 10-10-2012

359. Exhibit 404 - MJ Box Tool BSI Risk Profile 10-10-2012

360. Exhibit 404A - TRANSLATION

361. Exhibit 407 - MJ Box Tool KYC

362. Exhibit 407A - TRANSLATION

363. Exhibit 408 - MJ Box Tool Year End Valuations 2012-15

364. Exhibit 412 - MJ Box Tool 12-18-2013 AV Transfer

365. Exhibit 413 - MJ Box Tool 12-16-2013 AV Transfer

366. Exhibit 414 - MJ Box Tool 12-5-2013 AV Transfer

367. Exhibit 415 - MJ Box Tool 11-14-2012 Invesco CF Transfer

368. Exhibit 416 - MJ Box Tool 11-14-2012 Invesco CF Transfer

369. Exhibit 417 - MJ Box Tool 11-12-2012 Invesco CF Transfer

370. Exhibit 418 - MJ Box Tool 11-22-2012 AV Transfer

371. Exhibit 419 - MJ Box Tool 11-29-2012 Invesco CF Transfer

372. Exhibit 420 - MJ Box Tool 1-10-2014 AV Transfer

373. Exhibit 422 - MJ Box Tool 2012 Statement

374. Exhibit 423 - MJ Box Tool July - December 2012 Statement

375. Exhibit 500 - IBDCB Opening Agreement

376. Exhibit 501 - IBDCB Client Profile Document

377. Exhibit 502 - IBDCB True Beneficial Owner Declaration

378. Exhibit 503 - IBCDB Inc. Account Statement USD 1-1-2012 to 9-

379. Exhibit 504 - IBCDB Inc. Account Statement CHF 11-24-11 to 3-11-2014

380. Exhibit 505 - IBCDB Inc. Account Statement USD 11-24-11 to 3-11-2014

381. Exhibit 506 - IBCDB Inc. Account Statement Euro 11-24-11 to 3-11-2014

382. Exhibit 507 - ONT Transactions

383. Exhibit 507A - TRANSLATION

384. Exhibit 508 - Securities Spreadsheet 11/24/2011-03/11/2014

385. Exhibit 509 - Wire to Interglobal Yacht

386. Exhibit 509A – TRANSLATION

387. Exhibit 601 - Andiron Corporation Opening Documents

388. Exhibit 608 - Andiron Client Information Profile

389. Exhibit 610 - Andiron $4M Wire Instruction to Patric Love

390. Exhibit 610A - TRANSLATION

391. Exhibit 611 – Andiron $4M Wire Instruction Patric Love Justification

392. Exhibit 611A – TRANSLATION

393. Exhibit 616 - Andiron April May 2013 Statement Patric Love

18

394. Exhibit 617 - Andiron Outgoing Wire to Patric Love $4M

395. Exhibit 618 - Andiron Unique Jet Aviation $1M wire

396. Exhibit 618A - TRANSLATION

397. Exhibit 619 - Andiron January 2014 Patric Love Transfer

398. Exhibit 619A - TRANSLATION

399. Exhibit 700 - Bellsite Opening Account Documents

400. Exhibit 704 - Bellsite Account Statement June 2011

401. Exhibit 705 - Bellsite Account Statement July 2011

402. Exhibit 706 - Bellsite Account Statement July 2011

403. Exhibit 707 - Bellsite Account Statement July 2011

404. Exhibit 708 - Bellsite Account Statement Late 2011

405. Exhibit 709 - Bellsite Account Statement Early 2012

406. Exhibit 710 - Bellsite Invesco Transfer

407. Exhibit 710A - TRANSLATION

408. Exhibit 711 - Bellsite Invesco Transfer

409. Exhibit 711A - TRANSLATION

410. Exhibit 712 - Bellsite Invesco Transfer

411. Exhibit 712A - TRANSLATION

412. Exhibit 800 - Vineyard Ventures Opening Documents

413. Exhibit 802 - Vineyard Ventures EFG 7-27-2011 Transfer

414. Exhibit 803 - Vineyard Ventures EFG 8-2-2011 Transfer

415. Exhibit 809 - Vineyard Ventures Bond Transactions

416. Exhibit 814 - Vineyard Ventures Bellsite Transfer 12-12-2011

417. Exhibit 816 - Vineyard Ventures Bond Transfer 7-25-2011

418. Exhibit 817 - Vineyard Ventures 8-2-2011 ONT Transfer

419. Exhibit 818 - Vineyard Ventures 8-11-2011 ONT Transfer

420. Exhibit 819 - Vineyard Ventures 8-19-2011 ONT Transfer

421. Exhibit 820 - Vineyard Ventures 9-1-2011 ONT Transfer

422. Exhibit 821 - Vineyard Ventures 9-9-2011 ONT Transfer

423. Exhibit 822 - Vineyard Ventures 9-16-2011 ONT Transfer

424. Exhibit 823 - Vineyard Ventures 9-23-2011 ONT Transfer

425. Exhibit 824 - Vineyard Ventures 9-27-2011 ONT Transfer

426. Exhibit 825 - Vineyard Ventures July - September 2011

427. Exhibit 828 - 10-18-2011 Transfer to Invesco CF

428. Exhibit 830 - 10-27-2011 Transfer to Invesco CF

429. Exhibit 831 - 10-26-2011 Letter re Transfer to Invesco CF

430. Exhibit 831A - TRANSLATION

431. Exhibit 834 - Vineyard Ventures EFG 8-8-2011 Transfer

432. Exhibit 835 - Vineyard Ventures EFG 8-16-2011 Transfer

433. Exhibit 836 - Vineyard Ventures EFG 8-25-2011 Transfer

434. Exhibit 837 - Vineyard Ventures EFG 9-6-2011 Transfer

435. Exhibit 838 - Vineyard Ventures EFG 9-9-2011 Sale of Bond Confirmation

436. Exhibit 839 - Vineyard Ventures EFG 9-13 14 2011 Transfer Sale of Bond

437. Exhibit 840 - Vineyard Ventures EFG 9-21-2011 Transfer

438. Exhibit 841 - Vineyard Ventures EFG 9-28-2011 Transfer

439. Exhibit 900 - Mahogany Opening Documents

440. Exhibit 904 - Mahogany Account Statement

441. Exhibit 904A - TRANSLATION

442. Exhibit 950 - Sevenstar account opening

443. Exhibit 954 - Sevenstar securities movement

444. Exhibit 956 - Sevenstar account

445. Exhibit 960 - Raul Gorrin HSBC Opening

446. Exhibit 961 - Raul Gorrin HSBC Transfer to IYS $281K

447. Exhibit 961A - TRANSLATION

448. Exhibit 970 - Western Cape Opening Documents

449. Exhibit 975 - Western Cape Invesco CF Transfer

450. Exhibit 975A - TRANSLATION

451. Exhibit 976 - Western Cape IBCDB Wire In

452. Exhibit 980 - Western Cape Transfers

453. Exhibit 983 - Western Cape 2012 Statement

454. Exhibit 984 - Western Cape 2011 Statement

455. Exhibit 988 - Western Cape IBCDB Transfer In Invesco CF Out

456. Exhibit 993 - Western Cape Unique Jet Aviation Transfer

457. Exhibit 993A - TRANSLATION

458. Exhibit 995 - Western Cape Unique Jet Aviation Transfer

459. Exhibit 995A - TRANSLATION

460. Exhibit 996 - Western Cape April 2013 Statement

461. Exhibit 997 - Western Cape Patric Love

462. Exhibit 997A - TRANSLATION

463. Exhibit 1110 - Patric Love Holdings, Inc. Citibank Records

464. Exhibit 1111 - Patric Love Holdings, Inc. Citibank Account Statement Feb 1 - Feb 28, 2013

465. Exhibit 1112 - Patric Love Holdings, Inc. Citibank Account Statement Apr 1 - Apr 30, 2013

466. Exhibit 1113 - Patric Love Holdings, Inc. Citibank Account Statement May 1 - May 31, 2013

467. Exhibit 1115 - February 1, 2013 Wire Transfer to Patric Love

468. Exhibit 1116 - April 5, 2013 Wire Transfer to Patric Love

469. Exhibit 1117 - May 17, 2013 Wire Transfer to Patric Love

470. Exhibit 1122 - Escrow Report IBCDB - N526EE

471. Exhibit 1123 - FAA Registry Documents for N526EE

472. Exhibit 1124 - N526EE Payment Ledger

473. Exhibit 1125 - Invesco Capital Fund Escrow Report Insured Aircraft

474. Exhibit 1126 - IBCDB Wire $20M N526EE

475. Exhibit 1127 - Voting Trust Agreement N90RZ

476. Exhibit 1128 - FAA Records Search N526EE

477. Exhibit 1129 - Ledger Plane Payments N526EE

478. Exhibit 1130 - Offer to Purchase N526EE

479. Exhibit 1131 - Registration N526EE Buter Aviation

480. Exhibit 1132 - N526EE Bill of Sale

481. Exhibit 1133 - N526EE Voting Trust Agreement

482. Exhibit 1134 - N526EE Registration Application Butler Aviation

483. Exhibit 1135 - Closing Statement N90RZ IBCDB $1M & $6.4M

484. Exhibit 1140 - Martorell Office Group Invoices (12/6/2013, 11/18/2015, 4/1/2016)

485. Exhibit 1140A  - TRANSLATION

486. Exhibit 1141 - Martorell Office Group Invoices (2/18/2014, 10/1/2013, 11/5/2013, 11/12/2013, 12/2/2013, 1/13/2014, 2/4/2014)

487. Exhibit 1141A  - TRANSLATION

488. Exhibit 1142 - Martorell Office Group Invoices (2/4/2014, 1/13/2014, 12/6/2013)

489. Exhibit 1142A  - TRANSLATION

490. Exhibit 1143 - Email subject line: Datos de Jerimias Martorell

491. Exhibit 1143A - TRANSLATION

492. Exhibit 1144 - Patric Love Holdings – Email about Linda Evangelista Campaign Subject Line: Blogs

493. Exhibit 1145 - PATRIC LOVE HOLDINGS – Email about Dominican Republic + ATTACHMENT [Document Floor 2]

494. Exhibit 1145A  - TRANSLATION

495. Exhibit 1146 - Email subject line: Globo,Ventelcom, La Vitalicia y Interbusa en Miami

496. Exhibit 1146A  - TRANSLATION

497. Exhibit 1147 - MJ Box Tool FL Art of Incorporation 2012

498. Exhibit 1148 - MJ Box Tool FL Art of Incorporation 2015

499. Exhibit 1150 - Summary Spreadsheet from "AV" Excel Attachments

500. Exhibit 1151 - Gmail Invesco Subscriber Info

501. Exhibit 1152 - Motor Yacht Sean 3

502. Exhibit 1153 - Adrian Jose Velasquez Figueroa 2010 Visa Application

503. Exhibit 1153A  - TRANSLATION

23

504. Exhibit 1154 - Adrian Jose Velasquez Figueroa 2011 Visa Application

505. Exhibit 1154A - TRANSLATION

506. Exhibit 1155 - Adrian Jose Velasquez Figueroa 2012 Visa Application

507. Exhibit 1155A - TRANSLATION

508. Exhibit 1156 - LGD-AA Accounting Picture 12-30-2015

509. Exhibit 1156A – TRANSLATION

510. Exhibit 1157 - LGD-AA Accounting Picture 12-2016

511. Exhibit 1157A – TRANSLATION

512. Exhibit 1158 - Patric Love Meeting Minutes October 4, 2012

513. Exhibit 1158A - TRANSLATION

514. Exhibit 1159 - Letters re Accounts to be closed Arganine Twain Garton unsigned

515. Exhibit 1160 - Private Plane Photo Inside

516. Exhibit 1161 - July 18 2012 Email MC to Invescocf Signed letters

517. Exhibit 1162 - 11-10-2011 Email Fwd_ RV_ Carta Compra

518. Exhibit 1162A - TRANSLATION

519. Exhibit 1163 - 10-3-2012 Email Fwd_ CORRECCIÓN DEL MONTO_ Confirmacion Compra

520. Exhibit 1163A - TRANSLATION

521. Exhibit 1164 - Zapata CASA Proof of Employment

522. Exhibit 1164A - TRANSLATION

523. Exhibit 1165 - Zapata ONT Employment Contract

524. Exhibit 1165A - TRANSLATION

525. Exhibit 1167 - Stipulation – Email Records Authentication

526. Exhibit 1168 - Stipulation – MLAT Records Authentication

527. Exhibit 1169 - Stipulation – Visa Application Records

528. Exhibit 1170 - Stipulation – International Wire Counts 9 and 10

529. Exhibit 1171 - Stipulation – Citibank and BoA Records Authentication

530. Exhibit 1172 - Zapata Asylum Application

Respectfully submitted,

GLENN S. LEON                              JUAN ANTONIO GONZALEZ
CHIEF, FRAUD SECTION                       UNITED STATES ATTORNEY

By:  /s/ Michael C. Harper           By:  /s/ Kurt K. Lunkenheimer
     MICHAEL CULHANE HARPER                KURT K. LUNKENHEIMER
     PAUL A. HAYDEN                         Assistant United States Attorney
     Trial Attorneys                        Court ID No. A5501535
     Fraud Section, Criminal Division       U.S. Attorney's Office - SDFL
     U.S. Department of Justice             99 N.E. 4th Street, Suite 600
     1400 New York Avenue, N.W.             Miami, FL 33132-2111
     Washington, D.C. 20005                 Telephone: (305) 961-9008
     Telephone: 202-626-5224                Email: Kurt.Lunkenheimer@usdoj.gov
     Email: Michael.Harper@usdoj.gov