| | |
|---|---|
| From: | Leonardo Gonzalez |
| Sent: | Monday, February 17, 2014 3:38 PM |
| To: | alejandro andrade |
| Subject: | Re: INVOICES FOR AIRFREIGHT FOR NC 2014 |

Ok recibido

Leonardo Gonzalez Dellan
Sent from my iPhone

On 17 Feb 2014, at 15:30, alejandro andrade < ▇ > wrote:

> Enviado desde mi iPad
>
> Inicio del mensaje reenviado:
>
> **De:** ▇@aol.com
> **Fecha:** 14 de febrero de 2014 14:40:51 EST
> **Para:** ▇
> **Cc:** ▇
> **Asunto: INVOICES FOR AIRFREIGHT FOR NC 2014**
>
> Dear Alejandro;
>
> Enclosed please find Invoices for the transportation of the horses to Miami for the 2014 Nations Cup. As usual I have billed per country along with the date of arrival.
>
> | | | |
> |---|---|---|
> | Team Mexico | Inv # 23197 | $ 62,140.50 |
> | Team VEN | INV # 23194 | $ 39,562.50 |
> | Team Canada | INV # 23198 | $ 6,000.00 |
> | Team Colombia | INV # 23188 | $ 10,462.73 |
> | Team Colombia | INV # 23189 | $ 21,862.73 |
> | Team Germany | INV # 23191 | $ 20,290.00 |
> | Team Ecuador | INV # 23195 | $ 35,875.00 |
> | Team Argentina | INV # 23190 | $ 60,550.00 |
> | Team Brazil | INV # 23185 | $ 54,294.46 |

1



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
6

DOJGOR-0000239548

```
                    -----------------
        Total Airfreight Inbound ........$ 311,037.92
```

I am paying these invoices once airplane is arriving and see the horses. Please be kind to transfer the funds to the account on the bottom left corner of the invoice to reach us by Wed if possible. Please do call me if I can be of any assistance and THANK YOU for your very valued & generous sponsorship. We will start invoicing you for the return week before they are to leave Miami.

Warm Regards;
J. Tim Dutta

President / CEO
The Dutta Corp.

Tel : 914 ▮▮▮ ; fax : 914 ▮▮▮ ; Cell : 914 ▮▮▮
▮▮▮ "WE GIVE HORSES WINGS"

<Scan0231.pdf>

DOJGOR-0000239549