# FW: cuenta del Dr. Gomez

**From:** alejandro andrade <██████████>
**To:** Raul Gorrin <██████████>, elizabeth goubeia <██████████>
**Date:** Tue, 11 Dec 2012 20:21:39 +0000
**Attachments:** doc20121211104215.pdf (42.65 kB)

From: ██████████equinevet.com
To: ██████hotmail.com
Subject: cuenta del Dr. Gomez
Date: Tue, 11 Dec 2012 09:59:59 -0700

A quien corresponda:
Mi nombre es Paula Golden y soy la contadora del Dr. Gomez.
Aqui envio adjunta la cuenta por los servicios veterinarion, medicamentos y gastos de viaje del dia 7 de Noviembre.
Quedo a su disposicion por cualquier pregunta que puedan tener.
Muchas gracias
Paula Golden
(1) 561-██████

-------- Original Message --------
Subject: Scan from PBEC
From: <PBECWELL ██████████
Date: Tue, December 11, 2012 10:42 am
To: <██████████equinevet.com>

-------------------
CS 250ci
[00:c0:ee:4b:a9:04]
-------------------

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
**10**

Wellington, 10 de Diciembre de 2012                     Cuenta de Cobro No. **007**

# IBCDB, Inc

DEBE A:

**JORGE GOMEZ EQUINE VETERINARY SERVICES, LLC**
C.C
<u>RESIDENTE EN ESTADOS UNIDOS DE AMERICA</u>

La suma de US $14,422.00

Por concepto de: Honorarios profesionales y reembolso de gastos por la visita veterinaria a los caballos de su propiedad el día 7 de Noviembre de 2012.

1) Honorarios Profesionales: US $6,240.00 (Seis Mil Doscientos Cuarenta)
2) Tiquetes Aéreos (AA): US $1,983.00 (Mil Novecientos Ochenta y Tres)
3) Medicamentos: US $6,199.00 (Seis Mil Ciento Noventa y Nueve) Lista enviada por e mail

**Son: US $14,422.00 (Catorce Mil Cuatrocientos Veintidós)**

Atentamente,

*[signature]*

Jorge H. Gomez
Jorge Gomez Equine Veterinary Services, LLC
C.C
PASAPORTE No. [redacted]
Tel. 561-[redacted]
Dirección: [redacted]
E Mail: [redacted]equinevet.com

Favor hacer giro a :
Nombre Cuenta: Jorge Gomez Equine Veterinary Services, LLC
Nombre del Banco: Banco de América
Tipo de Cuenta: [redacted]
CODIGO SWIFT: [redacted]
Numero de cuenta: [redacted]1404
Dirección del Banco: 13850 Wellington Tr, Wellington, FL, 33414
Teléfono Banco: (1) 561-333-1193