**From:** asesor 002 <██████████████>
**Sent:** Wednesday, December 12, 2012 9:32 PM
**To:** ██████@hotmail.com
**Subject:** 12-12
**Attachments:** RELACION 121212.xls



1

DOJGOR-0000256850

| AA OCTUBRE FECHA | REF | BOLIVARES | DESCRIPCION | DEBITOS | SALDO FINAL CREDITOS | $32,356,305.17 SALDO |
|---|---|---|---|---|---|---|
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| | | Bs 0.00 | | $0.00 | $0.00 | $32,356,305.17 |
| 12/12/2012 | | Bs 0.00 | Monique Choupault | $12,500.00 | $0.00 | $32,356,305.17 |
| 12/12/2012 | | Bs 0.00 | Centro Cristiano para las naciones | $93,000.00 | $0.00 | $32,368,805.17 |
| 12/12/2012 | | Bs 0.00 | Guillermina Brito (viuda de Flores) | $150,000.00 | $0.00 | $32,461,805.17 |
| 12/12/2012 | | Bs 0.00 | Maria Vanesa Pineiro | $40,000.00 | $0.00 | $32,611,805.17 |
| 12/12/2012 | | Bs 0.00 | Jorge Gomez Equine Vet | $15,000.00 | $0.00 | $32,651,805.17 |
| 12/12/2012 | 2157 | Bs 813,470.72 | COMERCIAL EL DESAFIO, C.A | $58,105.05 | $0.00 | $32,666,805.17 |
| 12/12/2012 | | Bs 0.00 | Abono | $0.00 | $2,911,277.75 | $32,724,910.23 |
| 12/12/2012 | | Bs 0.00 | UNIQUE JET AVIATION | $1,900,000.00 | $0.00 | $29,813,632.48 |
| 12/12/2012 | | Bs 13,156.00 | Pago Esposa del guardespalda Miguel lugo (Parto) | $939.71 | $0.00 | $31,713,632.48 |
| 11/12/2012 | 2138 | Bs 427,818.03 | Roberto Lisciani Cumbres octubre | $30,558.43 | $0.00 | $31,714,572.19 |
| 11/12/2012 | 2137 | Bs 396,778.64 | Roberto Lisciani Cumbres noviembre | $28,341.33 | $0.00 | $31,745,130.62 |
| 10/12/2012 | 12578 | Bs 20,000.00 | Miguel Lugo | $1,428.57 | $0.00 | $31,773,471.95 |
| 10/12/2012 | 12579 | Bs 276,456.35 | Jose Antonio Kcagio | $19,746.88 | $0.00 | $31,774,900.52 |
| 05/12/2012 | | Bs 0.00 | Tranferencia a Karina Rosenfeld | $40,000.00 | $0.00 | $31,794,647.41 |
| 05/10/2012 | | Bs 0.00 | Cash $ | $30,000.00 | $0.00 | $31,834,647.41 |
| 04/12/2012 | 12490 | Bs 120,000.00 | UE Santa Fe Bono Navidad | $8,571.43 | $0.00 | $31,864,647.41 |
| 04/12/2012 | 12488 | Bs 1,000,000.00 | Prescolar Nestor carballeira | $71,428.57 | $0.00 | $31,873,218.83 |
| 03/12/2012 | 2099 | Bs 50,000.00 | Deposito banplus | $3,571.43 | $0.00 | $31,944,647.41 |
| 01/12/2012 | | | | | SALDO INICIAL | $31,948,218.83 |