| | |
|---|---|
| **From:** | Raul Gorrin [redacted] |
| **Sent:** | Tuesday, January 29, 2013 3:05 PM |
| **To:** | [redacted]hotmail.com; [redacted]@hotmail.com |
| **Subject:** | presupuesto de seguridad y smart home cumbres |
| **Attachments:** | ResumenProyectoQta307Ene2013V1Cumbres-1.pdf |

Jefe, buen día, para su revisión y aprobacion,
un abrazo,

RG

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
12

DOJGOR-0000236077

Caracas 22 DE Enero 2013

De:         Enrique Javier Lòpez
            AVL Sistemas / Ip4home llc

Para:       Famìlia Gorrin
            Qta. 307

Asunto:     Cuadro Comparativo de Inversiòn en Tecnologìa

| FASE | EQUIPO MONTO US$ | EQUIPO MONTO BSF | INSTALACION BsF |
|---|---|---|---|
| EQUIPOS DE COMUNICACIONES | 290.376 | | 999.757 |
| SISTEMA DE CAMARAS Y CONTROL DE ACCESO | 296.287 | | 1.786.840 |
| SISTEMA DE ALARMA | 38.110 | | 120.960 |
| SISTEMA DE VIDEO PORTERO | 8.414 | | 37.695 |
| CENTRAL TELEFONICA | 13.044 | | 27.552 |
| SISTEMA PERIMETRAL TOTAL | 286.080 | | 1.335.040 |
| SISTEMA DE AUTOMATIZACION | 163.859 | | 1.223.466 |
| SANTA MARIA | | 938.544 | |
| PLANTA ELECTRICA ABIERTA 150 KVA | 7.200 | 445.824 | |
| SUB-TOTAL: | 1.103.371 | 1.384.368 | 4.307.843 |

DOJGOR-000236078

Pago en Dòlares:

    Numero de cuenta: ███████0016
    Nombre de la cuenta: ip4home llc
    ABA ███████54
    Swift CitiUS33
    Citi Bank

    Direccion de Ip4home:
    ███████████████████████████

    Phone: 305█████████

Pago en Bolivares

    AVL Automatizaciòn y Sistemas c.a.
    Banco Occidental de Descuento (BOD)
    RIF.-
    Tipo de Cuenta:
    Nùmero de Cuenta: ███████████████3957