| | |
|---|---|
| From: | asesor 002 <███████████> |
| Sent: | Thursday, January 31, 2013 9:17 PM |
| To: | ███@hotmail.com |
| Subject: | 31-01 |
| Attachments: | Relacion 31012013.xls |



1

| AA | | | | | SALDO FINAL | $36,280,788.47 |
|---|---|---|---|---|---|---|
| FECHA | REF | BOLIVARES | DESCRIPCION | DEBITOS | CREDITOS | SALDO |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| | | Bs 0.00 | | $0.00 | $0.00 | $36,280,788.47 |
| 1/31/2013 | 13866 | Bs 25,000.00 | Miguel Lugo Prestamo Pistola | $1,785.71 | $0.00 | $36,280,788.47 |
| 1/30/2013 | | Bs 0.00 | pago IP4HOME LLC SMARTHOUSE | $1,103,371.00 | $0.00 | $36,282,574.18 |
| 30/01/2013 | 2328 | Bs 10,000.00 | Nomina Guardaespaldas | $714.29 | $0.00 | $37,385,945.18 |
| 30/01/2013 | 2329 | Bs 2,246.00 | Cesta Ticket guardaespaldas | $160.43 | $0.00 | $37,386,659.47 |
| 30/01/2013 | 13841 | Bs 144,133.00 | Apote Prescolar colegio Santa Fe, Nestor Carballeida | $10,295.21 | $0.00 | $37,386,819.90 |
| 30/01/2013 | 13843 | Bs 112,056.00 | Stefano Paolillo, Boleto y Alquiler de carro (los Angeles) | $8,004.00 | $0.00 | $37,397,115.11 |
| 29/01/2013 | | Bs 0.00 | mensualidad febrero 2013 | $5,090.00 | $0.00 | $37,405,119.11 |
| 29/01/2013 | | Bs 0.00 | curso filmacion febrero 2013 | $3,700.00 | $0.00 | $37,410,209.11 |
| 29/01/2013 | | Bs 0.00 | curso ingles febrero 2013 | $2,300.00 | $0.00 | $37,413,909.11 |
| 29/01/2013 | | Bs 0.00 | mensualidad enero 2013 | $5,090.00 | $0.00 | $37,416,209.11 |
| 29/01/2013 | | Bs 0.00 | curso ingles enero 2013 | $4,600.00 | $0.00 | $37,421,299.11 |
| 29/01/2013 | | Bs 0.00 | viaje nidia estados unidos | $20,200.00 | $0.00 | $37,425,899.11 |
| 25/01/2013 | | Bs 0.00 | Centro Cristiano para las Naciones | $100,000.00 | $0.00 | $37,446,099.11 |
| 25/01/2013 | | Bs 0.00 | Guillermo Augusto Surico | $56,000.00 | $0.00 | $37,546,099.11 |
| 25/01/2013 | | Bs 0.00 | Sarl Guy Jonqueres DÓriola | $51,000.00 | $0.00 | $37,602,099.11 |
| 22/01/2013 | | Bs 186,128.00 | Jose Antonio Cagiao | $13,294.86 | $0.00 | $37,653,099.11 |
| 22/01/2013 | | Bs 500,000.00 | Cash | $35,714.29 | $0.00 | $37,666,393.97 |
| 22/01/2013 | | Bs 246,800.00 | Inversiones MNM | $17,628.57 | $0.00 | $37,702,108.26 |
| 18/01/2013 | | Bs 159,461.61 | Agencia aduanal d&V | $11,390.12 | $0.00 | $37,719,736.83 |
| 17/01/2013 | | Bs 0.00 | Tote | $800,000.00 | $0.00 | $37,731,126.94 |
| 17/01/2013 | 2303 | Bs 5,952.15 | Junta de Condominio Ed Peña Fiel | $425.15 | $0.00 | $38,531,126.94 |
| 17/01/2013 | 2302 | Bs 7,811.56 | Junta de Condominio Ed Peña Fiel | $557.97 | $0.00 | $38,531,552.10 |
| 16/01/2013 | 2285 | Bs 1,000,000.00 | Cash | $71,428.57 | $0.00 | $38,532,110.06 |
| 15/01/2013 | 2284 | Bs 978,400.00 | Victor Bitar | $69,885.71 | $0.00 | $38,603,538.64 |
| 15/01/2013 | 2280 | Bs 10,000.00 | Guardaespaldas | $714.29 | $0.00 | $38,673,424.35 |
| 08/01/2013 | 2260 | Bs 150,000.00 | cash | $10,714.29 | $0.00 | $38,674,138.64 |
| 08/01/2013 | 2259 | Bs 360,000.00 | yanoselli colmenares | $25,714.29 | $0.00 | $38,684,852.92 |
| 27/12/2012 | | Bs 2,246.10 | cesta ticket joe y miguel | $160.44 | $0.00 | $38,710,567.21 |
| 27/12/2012 | | Bs 66,000.00 | nomina joe y miguel | $4,714.29 | $0.00 | $38,710,727.64 |
| 27/12/2012 | | Bs 10,000.00 | nomina joe y miguel | $714.29 | $0.00 | $38,715,441.93 |
| 26/12/2012 | | Bs 0.00 | cash | $4,000.00 | $0.00 | $38,716,156.21 |
| 19/12/2012 | | Bs 1,000,000.00 | Luxury rent a car | $71,428.57 | $0.00 | $38,720,156.21 |
| 19/12/2012 | | Bs 40,000.00 | Luxury rent a car | $2,857.14 | $0.00 | $38,791,584.79 |
| 19/12/2012 | | Bs 40,000.00 | Luxury rent a car | $2,857.14 | $0.00 | $38,794,441.93 |
| 19/12/2012 | | Bs 30,000.00 | Luxury rent a car | $2,142.86 | $0.00 | $38,797,299.07 |
| 18/12/2012 | | Bs 1,000,000.00 | Cash | $71,428.57 | $0.00 | $38,799,441.93 |
| 14/12/2012 | 12365 | Bs 360,000.00 | Luis Alberto Lozada Alvarez | $25,714.29 | $0.00 | $38,870,870.50 |
| 14/12/2012 | 2179 | Bs 300,000.00 | Cash | $21,428.57 | $0.00 | $38,896,584.79 |
| 14/12/2012 | 2185 | Bs 30,000.00 | Pago de Guardaespaldas | $2,142.86 | $0.00 | $38,918,013.36 |
| 13/12/2012 | | Bs 0.00 | Cash $ | $25,000.00 | $0.00 | $38,920,156.21 |
| 13/12/2012 | | Bs 0.00 | Abono | $0.00 | $6,588,851.04 | $38,945,156.21 |
| 12/12/2012 | | Bs 0.00 | Monique Choupault | $12,500.00 | $0.00 | $32,356,305.17 |
| 12/12/2012 | | Bs 0.00 | Centro Cristiano para las naciones | $93,000.00 | $0.00 | $32,368,805.17 |
| 12/12/2012 | | Bs 0.00 | Guillermina Brito (viuda de Flores) | $150,000.00 | $0.00 | $32,461,805.17 |
| 12/12/2012 | | Bs 0.00 | Maria Vanesa Pineiro | $40,000.00 | $0.00 | $32,611,805.17 |
| 12/12/2012 | | Bs 0.00 | Jorge Gomez Equine Vet | $15,000.00 | $0.00 | $32,651,805.17 |
| 12/12/2012 | 2157 | Bs 813,470.72 | COMERCIAL EL DESAFIO, C.A | $58,105.05 | $0.00 | $32,666,805.17 |
| 12/12/2012 | | Bs 0.00 | Abono | $0.00 | $2,911,277.75 | $32,724,910.23 |
| 12/12/2012 | | Bs 0.00 | UNIQUE JET AVIATION | $1,900,000.00 | $0.00 | $29,813,632.48 |
| 12/12/2012 | 12599 | Bs 13,156.00 | Pago Esposa del guardespalda Miguel lugo (Parto) | $939.71 | $0.00 | $31,713,632.48 |
| 11/12/2012 | 2138 | Bs 427,818.03 | Roberto Lisciani Cumbres octubre | $30,558.43 | $0.00 | $31,714,572.19 |
| 11/12/2012 | 2137 | Bs 396,778.64 | Roberto Lisciani Cumbres noviembre | $28,341.33 | $0.00 | $31,745,130.62 |
| 10/12/2012 | 12578 | Bs 20,000.00 | Miguel Lugo | $1,428.57 | $0.00 | $31,773,471.95 |
| 10/12/2012 | 12579 | Bs 276,456.35 | Jose Antonio Kcagio | $19,746.88 | $0.00 | $31,774,900.52 |
| 05/12/2012 | | Bs 0.00 | Tranferencia a Karina Rosenfeld | $40,000.00 | $0.00 | $31,794,647.41 |
| 05/10/2012 | | Bs 0.00 | Cash $ | $30,000.00 | $0.00 | $31,834,647.41 |
| 04/12/2012 | 12490 | Bs 120,000.00 | UE Santa Fe Bono Navidad | $8,571.43 | $0.00 | $31,864,647.41 |
| 04/12/2012 | 12488 | Bs 1,000,000.00 | Prescolar Nestor carballeira | $71,428.57 | $0.00 | $31,873,218.83 |
| 03/12/2012 | 2099 | Bs 50,000.00 | Deposito banplus | $3,571.43 | $0.00 | $31,944,647.41 |

01/12/2012 **SALDO INICIAL** $31,948,218.83