From: alejandro andrade <​>
Sent: Monday, March 4, 2013 5:48 PM
To: 
Subject: Fwd: Wiring instructions

Enviado desde mi iPad

Inicio del mensaje reenviado:

De: Andrea King <​>
Fecha: 4 de marzo de 2013 11:58:39 EST
Para: 
Asunto: Fwd: Wiring instructions

Sent from my iPhone

Begin forwarded message:

From: Claire <​>
Date: March 4, 2013, 11:51:28 AM EST
To: 
Cc: 'Karin' <​>, Tim Dutta <​>
Subject: Wiring instructions

Dear Andrea

Please see below the details for wiring the funds

A/C Name: The Dutta Corporation
Bank: Chase Bank
Rosehill Shopping Center
Thornwood, NY 10594
A/c #: 0465
ABA: 21
Swift Code:

Please let us know if you need anything further

Kind regards

Claire Gallagher
The Dutta Corporation

1



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
19

DOJGOR-0000262000

Tel: 914-
Fax: 914-
Cell: 914-
Email:

*** Horses are shipped at owners risk, insurance can be provided upon request\*\***


FOLLOW US ON FACEBOOK

2

DOJGOR-0000262001