**To:** A A ; Raul Gorrin ; gustavo adolfo perdomo rosales ; Alejandro Zingg
**From:** Heinrich Boelcke
**Sent:** Mon 3/11/2013 2:13:36 PM (UTC)
**Subject:** Fwd: EL POTRO

EL GRAN POTRO !!!!

Begin forwarded message:

> **From:** John Paul Nakelski <                    >
> **Date:** March 11, 2013 9:48:27 AM EDT
> **To:** Heinrich Boelcke <                    >, Alejandro Zingg <                    >, Juan Hincapie
> <                    >
> **Subject: EL POTRO**

As of this morning. Still a lot to do but we have interior.

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
21





John Paul Nakelski, President

Sent from my iPhone