| | |
|---|---|
| **From:** | Asesores 03 <​████████████████> |
| **Sent:** | Friday, November 7, 2014 12:59 AM |
| **To:** | ████████████████ |
| **Subject:** | Gastos |
| **Attachments:** | AA Gastos.xls |

1

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
32

DOJGOR-0000256546

**AA**

| FECHA | REF | BOLIVARES | | DESCRIPCION | DEBITOS | 0 CREDITOS | $15,337,538.18 SALDO |
|---|---|---|---|---|---|---|---|
| | | Bs | - | | $0.00 | $0.00 | $15,337,538.18 |
| 11/6/2014 | | Bs | - | Intereses por titulos (BONOS) | $0.00 | $6,800,000.00 | $15,337,538.18 |
| 10/31/2014 | | Bs | 29,445.00 | Distribuidora Royal | $588.90 | $0.00 | $8,537,538.18 |
| 10/30/2014 | | Bs | 4,451.05 | Cesta Ticket | $89.02 | $0.00 | $8,538,127.08 |
| 10/29/2014 | | Bs | 12,675.40 | guardaespaldas AA | $253.51 | $0.00 | $8,538,216.11 |
| 10/21/2014 | | Bs | 10,864.00 | Arsenal Industrias 2000, CA | $217.28 | $0.00 | $8,538,469.61 |
| 10/14/2014 | | Bs | 17,226.00 | Nomina Guardaespaldas | $344.52 | $0.00 | $8,538,686.89 |
| 10/14/2014 | | Bs | 4,498.55 | Cesta tickets guardaespaldas | $89.97 | $0.00 | $8,539,031.41 |
| 10/7/2014 | | Bs | 10,873.00 | Organización Pafi, CA | $217.46 | $0.00 | $8,539,121.38 |
| 9/26/2014 | | Bs | 25,509.24 | Nomina | $510.18 | $0.00 | $8,539,338.84 |
| 9/26/2014 | | Bs | 487,541.69 | Roberto Lisciani | $9,750.83 | $0.00 | $8,539,849.03 |
| 9/22/2014 | | Bs | - | Compra Juguetes | $500,000.00 | $0.00 | $8,549,599.86 |
| 9/22/2014 | | Bs | - | compra Euros 350.000 | $450,000.00 | $0.00 | $9,049,599.86 |
| 9/16/2014 | | Bs | 110,000.00 | Auto Partes Fercam, CA | $2,200.00 | $0.00 | $9,499,599.86 |
| 9/16/2014 | | Bs | 38,000.00 | Asociación Cooperativa Auto Partes Ander | $760.00 | $0.00 | $9,501,799.86 |
| 7/1/2014 | | Bs | 363,394.36 | Roberto Lisciani | $7,267.89 | $0.00 | $9,502,559.86 |
| 9/9/2014 | | Bs | 12,509.24 | Nomina | $250.18 | $0.00 | $9,509,827.75 |
| 9/8/2014 | | Bs | 51,240.00 | mantenimiento moto Miguel Lugo | $1,024.80 | $0.00 | $9,510,077.94 |
| 9/1/2014 | | Bs | 549,962.73 | Roberto Lisciani | $10,999.25 | $0.00 | $9,511,102.74 |
| 8/29/2014 | | Bs | 12,675.40 | guardaespaldas | $253.51 | $0.00 | $9,522,101.99 |
| 8/28/2014 | | Bs | 4,451.05 | Cesta tickets guardaespaldas | $89.02 | $0.00 | $9,522,355.50 |
| 8/27/2014 | | Bs | 17,550.63 | seguro social Guardaespaldas | $351.01 | $0.00 | $9,522,444.52 |
| 8/13/2014 | | Bs | 43,875.40 | guardaespaldas AA | $877.51 | $0.00 | $9,522,795.53 |
| 8/7/2014 | | Bs | 536,120.19 | Roberto Lisciani | $10,722.40 | $0.00 | $9,523,673.04 |
| 8/1/2014 | | Bs | - | Debito | $8,000,000.00 | $0.00 | $9,534,395.44 |
| 9/15/2014 | | Bs | - | Floridian Yacht Sales | $18,375.00 | $0.00 | $17,534,395.44 |
| 9/10/2014 | | Bs | - | Unique Jet Aviation | $550,000.00 | $0.00 | $17,552,770.44 |
| 8/20/2014 | | Bs | - | transfer a/n de Lewis Baach | $750,000.00 | $0.00 | $18,102,770.44 |
| 7/30/2014 | | Bs | 4,295.90 | Cesta Tickets | $85.92 | $0.00 | $18,852,770.44 |
| 7/29/2014 | | Bs | 12,676.56 | Nomina Guardaespaldas | $253.53 | $0.00 | $18,852,856.36 |
| 7/15/2014 | | Bs | 8,370.48 | Miguel Lugo | $167.41 | $0.00 | $18,853,109.89 |
| 7/14/2014 | | Bs | 12,676.56 | nomina | $253.53 | $0.00 | $18,853,277.30 |
| 6/30/2014 | | Bs | 4,295.90 | Cesta Tickets | $85.92 | $0.00 | $18,853,530.83 |
| 6/26/2014 | | Bs | 25,509.24 | Nomina Guardaespaldas AA | $510.18 | $0.00 | $18,853,616.75 |
| 6/11/2014 | | Bs | 12,509.24 | nomina | $250.18 | $0.00 | $18,854,126.94 |
| 6/5/2014 | | Bs | 9,084.00 | organización pafi | $181.68 | $0.00 | $18,854,377.12 |
| 6/4/2014 | | Bs | 353,190.50 | ROBERTO LISCIANI | $7,063.81 | $0.00 | $18,854,558.80 |
| 5/29/2014 | | Bs | 13,260.42 | Pago Seguro Social | $265.21 | $0.00 | $18,861,622.61 |
| 5/29/2014 | | Bs | 4,295.90 | CESTA TIKETS | $85.92 | $0.00 | $18,861,887.82 |
| 5/29/2014 | | Bs | 17,225.38 | nomina | $344.51 | $0.00 | $18,861,973.74 |
| 5/14/2014 | | Bs | 508,234.08 | ROBERTO LISCIANI | $10,164.68 | $0.00 | $18,862,318.25 |
| 5/13/2014 | | Bs | 12,675.00 | nomina | $253.50 | $0.00 | $18,872,482.93 |
| 5/6/2014 | | Bs | 9,682.00 | organización pafi | $193.64 | $0.00 | $18,872,736.43 |
| 4/29/2014 | | Bs | 4,295.90 | CESTA TIKETS | $85.92 | $0.00 | $18,872,930.07 |
| 4/29/2014 | | Bs | 8,881.54 | nomina | $177.63 | $0.00 | $18,873,015.98 |
| 4/29/2014 | | Bs | 521,980.00 | FESTEJOS SANTA MONICA | $10,439.60 | $0.00 | $18,873,193.62 |
| 4/29/2014 | | Bs | - | ATT | $700.00 | $0.00 | $18,883,633.22 |
| 4/25/2014 | | Bs | - | SIN CONCEPTO | $400,000.00 | $0.00 | $18,884,333.22 |
| 4/25/2014 | | Bs | - | UNIQUE JET | $1,000,000.00 | $0.00 | $19,284,333.22 |
| 4/22/2014 | | Bs | 10,000.00 | BONO NACIMIENTO DE JOE RODRIGUEZ | $200.00 | $0.00 | $20,284,333.22 |
| 4/21/2012 | | Bs | 480,761.71 | ROBERTO LISCIANI | $9,615.23 | $0.00 | $20,284,533.22 |
| 4/15/2014 | | Bs | 23,470.00 | Joe rodriguez clinica | $469.40 | $0.00 | $20,294,148.45 |
| 4/2/2014 | 20 | Bs | 8,921.73 | SSO | $178.43 | $0.00 | $20,294,617.85 |
| 4/11/2014 | | Bs | - | ATT | $1,500.00 | $0.00 | $20,294,796.28 |
| 4/10/2014 | 356 | Bs | 8,851.54 | nomina | $177.03 | $0.00 | $20,296,296.28 |
| 4/7/2014 | 7607 | Bs | 7,345.00 | organización pafi | $146.90 | $0.00 | $20,296,473.32 |
| 3/19/2014 | | Bs | - | ATT | $2,500.00 | $0.00 | $20,296,620.22 |
| 3/27/2014 | 622 | Bs | 26,306.92 | AA Nomina guardaespaldas | $526.14 | $0.00 | $20,299,120.22 |
| 3/27/2014 | 622 | Bs | 4,295.90 | AA CESTA TICKET | $85.92 | $0.00 | $20,299,646.35 |
| 3/20/2014 | 20225 | Bs | 629,548.70 | AA roberto lisciani | $12,590.97 | $0.00 | $20,299,732.27 |
| 3/18/2014 | 20206 | Bs | 10,013.00 | AA organización pafi | $200.26 | $0.00 | $20,312,323.25 |
| 3/13/2014 | 611 | Bs | 8,756.92 | AA guadaespaldas | $175.14 | $0.00 | $20,312,523.51 |
| 3/5/2014 | 601 | Bs | 3,395.00 | AA CESTA TICKET | $67.90 | $0.00 | $20,312,698.64 |
| 3/5/2014 | 601 | Bs | 3,395.00 | CESTA TICKET | $67.90 | $0.00 | $20,312,766.54 |
| 2/26/2014 | 7396 | Bs | 112,261.61 | DISTRUBUIDORA MARMETA | $2,245.23 | $0.00 | $20,312,834.44 |
| 2/25/2014 | 593 | Bs | 8,881.54 | NOMINA | $177.63 | $0.00 | $20,315,079.68 |
| 2/25/2014 | 7385 | Bs | 354,000.00 | ROBERTO LISCIANI | $7,080.00 | $0.00 | $20,315,257.31 |
| 2/25/2014 | | Bs | - | Debito | $16,000,000.00 | $0.00 | $20,322,337.31 |
| 2/19/2014 | | Bs | - | ATT | $4,395.62 | $0.00 | $36,322,337.31 |
| 2/19/2014 | 7347 | Bs | 876,212.00 | COMERCIALIZADORA EL DESAFIO | $17,524.24 | $0.00 | $36,326,732.93 |
| 2/19/2014 | 7341 | Bs | 39,099.83 | ROBERTO LISCIANI | $782.00 | $0.00 | $36,344,257.17 |
| 2/10/2014 | 7252 | Bs | 683,930.00 | AGENCIA DE FESTEJOS SANTO M | $13,678.60 | $0.00 | $36,345,039.16 |
| 2/5/2014 | | Bs | 57,892.80 | Reparacion Moto Jorque R | $1,157.86 | $0.00 | $36,358,717.76 |
| 2/5/2014 | | Bs | 3,460.00 | Dotacion de Zapatos Miguel y Joe | $69.20 | $0.00 | $36,359,875.62 |
| 2/5/2014 | | Bs | 6,690.00 | Compra casco Miguel | $133.80 | $0.00 | $36,359,944.82 |
| 2/5/2014 | | Bs | 1,265.00 | Reintegro Miguel Reparacion de Moto | $25.30 | $0.00 | $36,360,078.62 |
| 2/4/2014 | | Bs | - | Massimo Guiseppppe | $100,000.00 | $0.00 | $36,360,103.92 |
| 2/3/2014 | | Bs | 9,335.00 | Reintegro Miguel Lugo Siniestro | $186.70 | $0.00 | $36,460,103.92 |
| 2/3/2014 | | Bs | 600,000.00 | Pietro Darbisi | $12,000.00 | $0.00 | $36,460,290.62 |
| 1/30/2014 | 547 | Bs | 3,395.00 | CESTA TICKET GUARDAS | $67.90 | $0.00 | $36,472,290.62 |
| 1/30/2014 | 7158 | Bs | 575,475.10 | ROBERTO LICIANI | $11,509.50 | $0.00 | $36,472,358.52 |
| 1/29/2014 | 540 | Bs | 9,881.54 | NOMINA | $197.63 | $0.00 | $36,483,868.02 |
| 1/27/2014 | 7097 | Bs | 647,025.00 | INVERSIONES MNM | $12,940.50 | $0.00 | $36,484,065.65 |
| 1/24/2014 | | Bs | 150,000.00 | Anderson marcelino Mora | $3,000.00 | $0.00 | $36,497,006.15 |
| 1/24/2014 | | Bs | 1,000,000.00 | cash | $20,000.00 | $0.00 | $36,500,006.15 |
| 1/24/2014 | | Bs | - | Exclusividaes Vagu | $490,000.00 | $0.00 | $36,520,006.15 |
| 1/24/2014 | | Bs | - | Felton ASESTS | $127,779.00 | $0.00 | $37,010,006.15 |
| 1/17/2014 | | Bs | - | ATT | $2,900.00 | $0.00 | $37,137,785.15 |
| 1/17/2014 | 7010 | Bs | 228,365.78 | AA SUMISTROS VENEZOLANOS IND | $4,567.32 | $0.00 | $37,140,685.15 |
| 1/17/2014 | 7009 | Bs | 250,000.00 | AA DISTRIBUIDORA DEL SUR | $5,000.00 | $0.00 | $37,145,252.47 |
| 1/16/2014 | 483 | Bs | 9,881.54 | AA NOMINA | $197.63 | $0.00 | $37,150,252.47 |
| 1/16/2014 | 7002 | Bs | 228,365.78 | AA Suministros Vzlanos Industriales | $4,567.32 | $0.00 | $37,150,450.10 |
| 1/14/2014 | 506 | Bs | 1,000,000.00 | AA Cash | $20,000.00 | $0.00 | $37,155,017.41 |
| 01/01/2014 | | | | | $0.00 | SALDO INICIAL | $37,175,017.41 |

**\* Falta descontar diferencia compra avion G-5 año 2010 $ 6.000.000 del costo de 19.000.000,00**