10/20/17 1:55:27 p. m.: Gorrin Usa: Pero eso no pasará
10/20/17 1:56:08 p. m.: AA: Gracias vieja
10/20/17 1:56:23 p. m.: AA: Ya tengo el pasaporte en mi poder pero en Ccs
10/20/17 1:56:29 p. m.: Gorrin Usa: Desde las 6 am
10/20/17 1:56:34 p. m.: Gorrin Usa: Estoy montado
10/20/17 1:56:43 p. m.: AA: Estoy tranquilo Vieja tengo paz
10/20/17 1:56:46 p. m.: Gorrin Usa: Mándamelo a la of
10/20/17 1:56:55 p. m.: AA: Si me tengo que ir me iré y ya
10/20/17 1:57:09 p. m.: AA: Pero estoy como agotado
10/20/17 1:57:53 p. m.: Gorrin Usa: No olvídate
10/20/17 1:59:01 p. m.: AA: 2017-10-20-AUDIO-00003913.opus <adjunto>
10/21/17 2:59:29 p. m.: AA: 2017-10-21-PHOTO-00003914.jpg <adjunto>
10/22/17 9:43:47 a. m.: AA: 2017-10-22-VIDEO-00003915.mp4 <adjunto>
10/23/17 9:25:08 p. m.: AA: Vieja querida
10/23/17 9:25:16 p. m.: AA: Estas por allí ?
10/23/17 9:25:21 p. m.: AA: Todo bien
10/24/17 12:22:54 a. m.: Gorrin Usa: Vieja buenas noches
10/24/17 8:56:59 a. m.: AA: Vieja Buen Día anoche me desconecté jajajaaja
10/24/17 9:00:05 a. m.: Gorrin Usa: Yo a esa hora estaba llegando a la casa
10/24/17 9:00:15 a. m.: Gorrin Usa: Desde esta mañana ando dándole
10/24/17 9:00:24 a. m.: Gorrin Usa: Todo Tranquilo  vieja ?
10/24/17 9:00:27 a. m.: AA: Me imagino Vieja
10/24/17 9:00:53 a. m.: AA: Si vieja bueno té quería comentar yo me Vine y estoy en la
Casa
10/24/17 9:01:12 a. m.: AA: No voy a seguir en la escondedera
10/24/17 9:01:27 a. m.: Gorrin Usa: Ok
10/24/17 9:01:35 a. m.: AA: Ya les hicieron una llamada a la gente de Miami
10/24/17 9:01:36 a. m.: Gorrin Usa: Pero como va el proceso
10/24/17 9:01:42 a. m.: Gorrin Usa: ?
10/24/17 9:02:04 a. m.: AA: Hasta ahora no ladillaron más a los helados
10/24/17 9:02:21 a. m.: Gorrin Usa: Ok
10/24/17 9:02:28 a. m.: Gorrin Usa: Pero el proceso andando ?
10/24/17 9:02:33 a. m.: AA: El análisis es que saben que ya estoy en el proceso de Asilo
10/24/17 9:02:57 a. m.: Gorrin Usa: Ya eso es suficiente
10/24/17 9:03:31 a. m.: AA: Pero sabes cómo son los abogados de aquí una vaina loca si quieren venir que vengan si vienen me iré pero no voy a seguir como
Un recojidito por allí
10/24/17 9:04:18 a. m.: Gorrin Usa: Ja ja ja
10/24/17 9:05:24 a. m.: AA: Si pana
10/24/17 9:05:48 a. m.: AA: Bueno Vieja cuando puedas dale una llamada a esos carajos para ver que te dicen a ti
10/24/17 9:06:14 a. m.: Gorrin Usa: Seguro vieja
10/24/17 9:06:29 a. m.: Gorrin Usa: Ellos se mean cuando los llamo
10/24/17 9:06:36 a. m.: Gorrin Usa: Tu sabes que soy decente
10/24/17 9:06:54 a. m.: Gorrin Usa: Pero a la hora de reclamar le mento la madre al que sea
10/24/17 9:07:15 a. m.: AA: Si vieja lo sé
10/24/17 9:07:17 a. m.: AA: Jajajajajaja
10/24/17 9:07:49 a. m.: AA: Entre una y Dos semanas más debe llegar la respuesta de la solicitud
10/24/17 9:08:14 a. m.: AA: Pero lo que no sabemos es la actitud de la gente de Miami
10/24/17 9:08:15 a. m.: Gorrin Usa: Si
10/24/17 9:08:59 a. m.: Gorrin Usa: Aunque yo hablé con sandalio y me dijo que no me preocupara que dejara eso en sus manos
10/24/17 9:09:18 a. m.: AA: Martin y yo coincidimos en que los abogados deberían llamarlos o venir y hacer contacto con ellos para meterle un termómetro a La situación
10/24/17 9:09:46 a. m.: AA: Idea de esa misma persona
10/24/17 9:09:58 a. m.: AA: Pero bueno hoy deciden

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
33

10/24/17 9:10:15 a. m.: AA: Cuando hablastes con el ?
10/24/17 9:30:51 a. m.: Gorrin Usa: El viernes
10/24/17 9:31:06 a. m.: AA: Ok ok
10/24/17 9:31:19 a. m.: AA: Vieja me dijo a noche MR
10/24/17 9:31:43 a. m.: AA: Que salió una vaina reciente tuya ladillandote la vistes ?
10/24/17 9:32:05 a. m.: AA: Bueno SR le dijo a MR que eso salió del Sebin
10/24/17 9:32:25 a. m.: Gorrin Usa: No
10/24/17 9:32:30 a. m.: Gorrin Usa: Que cosa?
10/24/17 9:32:46 a. m.: AA: Una vaina que dice como te hicisteis millonario
10/24/17 9:33:24 a. m.: AA: Yo no le he visto porque no leo esas mierdas pero salió de allí te mandaron a decir los panas
10/24/17 9:33:48 a. m.: AA: Sabe que ellos tienen las formas de saberlo
10/24/17 9:34:03 a. m.: Gorrin Usa: Bueno un carajo, que tenga una compañía de seguros, banco, Casa de bolsa, canal de Televisión puede ser un mamando ?
10/24/17 9:34:04 a. m.: AA: Eso es Tareck y el compañero
10/24/17 9:34:26 a. m.: AA: De bolas pero es bueno saber quien los saco
10/24/17 9:34:35 a. m.: Gorrin Usa: A fiel participante de la misión vivienda
10/24/17 9:34:38 a. m.: AA: 2017-10-24-AUDIO-00003968.opus <adjunto>
10/24/17 9:34:46 a. m.: Gorrin Usa: Será esto?
10/24/17 9:35:16 a. m.: AA: Es que él pana me lo iba a pasar y le dije que no me pasara un coño
10/24/17 9:35:29 a. m.: Gorrin Usa: Claves para ser un emprendedor según Raul Gorrin presidente de Globovisión.

- Busque aliados en la Oficina Nacional del Tesoro. Ofrézcale grandes ganancias.
- Haga que le transfieran gratuitamente la custodia de instrumentos financieros a Suiza.
- Cuando su banco tenga la custodia de dichos instrumentos financieros gire instrucciones a su oficial bancario para venderlos.
- Tenga ala mano 2 Dueños de Bancos Venezolanos que permitan la recepción de grandes cantidades de bolívares.
- Proceda a vender los dólares producto de la venta a los empresarios venezolanos a precio de Dólar Today.
- Cancele a la Oficina Nacional del Tesoro en bolívares a cambio oficial los bonos cedidos.
- No le preste atención a los daños colaterales que tenga a la economía venezolana por la venta de dólares al precio de dólar today
- Trate de ser el único proveedor de dólares en el mercado venezolano.
- Debe actuar sin escrúpulos, no debe importarle si los precios de los alimentos, medicinas, bienes y servicios suben de precio, eso es un problema del mercado.
- Busque aliados políticos nacionales que lo defiendan.
- Con las ganancias obtenidas compre canales de televisión, compañías de seguros, casas de bolsa y bancos. Trate te incursionar en el mercado petrolero.
- Por ultimo, No viva permanentemente en venezuela instalase en los estados unidos, algún dia pueden descubrir sus operaciones financieras irregulares, y lo encarcelan.
10/24/17 9:35:51 a. m.: AA: No me contamino Vieja
10/24/17 9:36:08 a. m.: AA: No se Vieja si fue eso
10/24/17 9:36:13 a. m.: Gorrin Usa: 2017-10-24-VIDEO-00003974.mp4 <adjunto>
10/24/17 9:36:33 a. m.: Gorrin Usa: Eso es eso
10/24/17 9:36:46 a. m.: Gorrin Usa: Ese es un mamaguevo
10/24/17 9:37:11 a. m.: AA: 2017-10-24-AUDIO-00003977.opus <adjunto>
10/24/17 9:37:43 a. m.: Gorrin Usa: Ja ja ja ja ja
10/24/17 9:37:47 a. m.: Gorrin Usa: Es verdad
10/24/17 9:38:09 a. m.: AA:
10/24/17 9:38:17 a. m.: AA: 2017-10-24-AUDIO-00003981.opus <adjunto>
10/24/17 9:38:32 a. m.: AA:
10/24/17 9:38:37 a. m.: Gorrin Usa: Claaaaroooo
10/24/17 9:38:42 a. m.: AA: No te acuerdas cuando me lo dijistes ?
10/24/17 9:38:52 a. m.: AA: 2017-10-24-AUDIO-00003985.opus <adjunto>
10/24/17 9:42:10 a. m.: Gorrin Usa: Si si claro
10/24/17 9:42:37 a. m.: AA: Te Odían tu paz mental

10/24/17 9:42:46 a. m.: AA: O nos odian
10/24/17 9:42:50 a. m.: Gorrin Usa: Del mismo autor, el primero de la mañana......(Lucio Quincio)..... Bajo investigacion criminal dueño de medio de televisión venezolana por autoridades de los ee.uu, blanqueo y legitimación de capitales
10/24/17 9:43:11 a. m.: AA: 2017-10-24-AUDIO-00003990.opus <adjunto>
10/24/17 9:43:17 a. m.: Gorrin Usa: A esto se refría martin
10/24/17 9:43:25 a. m.: AA: Me Imagino
10/24/17 9:43:30 a. m.: AA: Pudiera ser
10/24/17 9:43:33 a. m.: Gorrin Usa: Es el mismo cabeza de guevo
10/24/17 9:43:36 a. m.: Gorrin Usa: Claro ...!
10/24/17 9:43:46 a. m.: AA: Siiiiiiii
10/24/17 3:14:18 p. m.: Gorrin Usa: 2017-10-24-AUDIO-00003997.opus <adjunto>
10/24/17 3:18:43 p. m.: AA: Que arrecho
10/24/17 3:18:49 p. m.: AA: 2017-10-24-PHOTO-00003999.jpg <adjunto>
10/24/17 7:02:51 p. m.: AA: Viejaaaaaa
10/24/17 7:02:56 p. m.: AA: Good News
10/24/17 7:03:22 p. m.: AA: Avísame y te escribo por silent
10/24/17 7:10:11 p. m.: Gorrin Usa: Gloria A D-OS
10/24/17 7:10:25 p. m.: Gorrin Usa: Estoy en tus predios antiguos bandes
10/24/17 7:10:30 p. m.: AA: Te escribo ?
10/24/17 7:10:32 p. m.: AA: Jajajaaja
10/24/17 7:10:36 p. m.: Gorrin Usa: Si si
10/24/17 7:10:45 p. m.: Gorrin Usa: No quiero que escuche nadie
10/24/17 7:12:26 p. m.: AA: Ya te escribí vieja
10/26/17 10:52:23 a. m.: AA: 2017-10-26-PHOTO-00004010.jpg <adjunto>
10/26/17 10:52:31 a. m.: AA: Este era tu socio ?
10/26/17 10:52:34 a. m.: AA: Vieja ?
10/26/17 10:53:22 a. m.: Gorrin Usa: Si
10/26/17 10:53:23 a. m.: AA: Ummmm
10/26/17 10:53:31 a. m.: AA: El es economista?
10/26/17 10:53:40 a. m.: Gorrin Usa: Y es verdad vieja el gob va a hacer default
10/26/17 10:53:45 a. m.: Gorrin Usa: Si claro
10/26/17 10:53:41 a. m.: AA: Ahhhhh ok ok
10/26/17 10:53:58 a. m.: Gorrin Usa: Es un mounstruo
10/26/17 10:54:09 a. m.: Gorrin Usa: Fue presidente de La Bolsa de valores
10/26/17 10:54:17 a. m.: Gorrin Usa: En eso es una autoridad
10/26/17 10:54:24 a. m.: AA: No sabía que era economista
10/26/17 10:54:31 a. m.: AA: Tú sigues hablando con el ?
10/26/17 10:54:45 a. m.: Gorrin Usa: No
10/26/17 10:54:56 a. m.: Gorrin Usa: Si el es economista
10/26/17 10:54:59 a. m.: AA: Entiendo Vieja
10/26/17 10:57:39 a. m.: AA: No es la película mad max, es la vida real
10/26/17 10:57:39 a. m.: AA: 2017-10-26-VIDEO-00004028.mp4 <adjunto>
10/26/17 11:26:03 a. m.: AA: Vieja que pasa si no pagan dime tú ?
10/26/17 11:27:55 a. m.: Gorrin Usa: No pueden pagar no tienen el dinero
10/26/17 11:28:04 a. m.: Gorrin Usa: Ya mañana estamos en default
10/26/17 11:28:12 a. m.: AA: Que va a pasar ?
10/26/17 11:28:14 a. m.: AA: Dime
10/26/17 11:28:16 a. m.: AA: Vieja
10/26/17 11:28:18 a. m.: Gorrin Usa: Pues mañana tocaba pagar mil cohetes
10/26/17 11:28:25 a. m.: Gorrin Usa: La tragedia vieja
10/26/17 11:28:47 a. m.: AA: Pero dime tú ?
10/26/17 11:29:08 a. m.: Gorrin Usa: Vieja anoche no dormí
10/26/17 11:29:12 a. m.: Gorrin Usa: Créeme
10/26/17 11:29:19 a. m.: Gorrin Usa: Esto se jodio
10/26/17 11:29:32 a. m.: Gorrin Usa: Crisis humanitaria al cubo