UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN and
ADRIAN JOSE VELASQUEZ FIGUEROA,

    Defendants.
_____/

### *Sealed* ORDER GRANTING UNITED STATES' APPLICATION FOR COURT ORDER COMPELLING TESTIMONY OF TRIAL WITNESS MAXIMILIANO CAMINO BERAN

THIS CAUSE came before the Court on the application of Glenn S. Leon, Chief of the Fraud Section, Criminal Division, Department of Justice, and it appearing to the satisfaction of the Court that:

1. Maximiliano Camino Beran has been called to testify or give other information at the federal criminal trial *United States v. Claudia Patricia Diaz Guillen and Adrian Jose Velasquez Figueroa*, 18-cr-80160-WPD.

2. In the judgment of the Chief of the Fraud Section, Criminal Division, Department of Justice, the testimony or other information expected to be provided by this witness may be necessary to the public interest.

3. The witness has already refused or is likely to refuse to testify or provide other information on the basis of the witness' Fifth Amendment privilege against self-incrimination.

4. The aforesaid application filed herein has been made with approval of the relevant Deputy Assistant Attorney General in the Criminal Division of the Department of Justice, pursuant to the authority vested in her by Title 18, U.S.C. § 6003 and Title 28, Code of Federal Regulations,

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
**47**

Section 0.175.

IT IS ORDERED, pursuant to Title 18, United States Code, Section 6002, that Maximiliano Camino Beran give testimony or provide other information which the witness refuses to give or provide on the basis of the witness' Fifth Amendment privilege against self-incrimination as to all matters which the witness may be questioned about during his trial testimony.

HOWEVER, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

DONE and ORDERED this 25 day of October, 2022.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record