

Gmail - (no subject) — 1/28/21, 5:27 PM

Maximilian Camino

# (no subject)

1 message

████@gmail.com ██████  Fri, Apr 20, 2012 at 12:00 PM
Reply-To: ██████
To: Henry j Camino ██████
Cc: ██████

Henry,

Manda

15.100.000 a

Beneficiary's Bank : CBH Compagnie Bancaire Helvétique SA Bd Emile-Jaques-Dalcroze 7 P.O. Box 3754 CH-1211 Geneva 3
Swift : ██████

Beneficiary : Account Nr. ████ - Invesco Capital Fund Inc.

IBAN US$:
██████████████0C

For an amount in USD

Correspondent Bank : Deutsche Bank Trust Company Americas 130 Liberty Street US-New York, NY 10006 a/c number: ████931 Swift : ██████████033)

Y el resto metelo en Amazonas CBA.

Sent via BlackBerry by AT&T

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
49