Gmail - Transfer ndm terreno capcana.     1/28/21, 5:35 PM

 **Gmail**     Maximilian Gamino

## Transfer ndm terreno capcana.
2 messages

**████@gmail.com <████>**     Fri, Nov 2, 2012 at 11:13 AM
Reply-To: ████
To: Henry j Camino <████>

Persona contacto. Abraham Hazoury.

1)   US$6,880,000.00

BANCO SABADELL

| | |
|---|---|
| Nombre de la cuenta: | CAP CANA, S. A. |
| Numero de cuenta: | ████001 |
| Dirección: | ████ |
| Banco beneficiario: | BANCO SABADELL |
| ABA: | ████69 |
| Swift: | ████ |
| Dirección del banco beneficiario: | OneBiscayne Tower |
| | Miami Fl, EEUU |

Sent via BlackBerry by Virgin Mobile

---

**████**     Fri, Nov 2, 2012 at 11:31 AM
Reply-To: ████
To: Henry j Camino ████

Si hay. Ve enviando para dartela en la tarde

------Original Message------
From: Henry j Camino
To: Maximilian Camino Beran
ReplyTo: Henry j Camino
Subject: Re: Transfer ndm terreno capcana.
Sent: Nov 2, 2012 10:51

Okk. Alguna documentacion de esta ahí.

------Mensaje original------
De: ████
Para: Henry Camino Muñoz

**CONTRATO DE COMPRAVENTA DE INMUEBLE**

**ENTRE:**

**CAP CANA, S. A.**, sociedad comercial organizada y existente de conformidad con las leyes de la República Dominicana, titular del Registro Nacional de Contribuyente (RNC) No. 1-24-01489-1, con su domicilio social y asiento principal ubicado en la Avenida Pedro Henríquez Ureña No. ▆, sector La Esperilla, de la ciudad de Santo Domingo de Guzmán, Distrito Nacional, República Dominicana, debidamente representada para los fines del presente contrato por su Director de Desarrollo, Héctor Enrique Baltazar Carpio, dominicano, mayor de edad, casado, arquitecto, portador de la Cédula de Identidad y Electoral No. ▆ 7-2, y por su Director Legal, el señor Jorge Antonio Subero Medina, dominicano, mayor de edad, casado, portador de la Cédula de Identidad y Electoral No. 001-1269421-1; ambos domiciliados y residentes en la Ciudad de Santo Domingo, Distrito Nacional, República Dominicana; sociedad que en lo adelante del presente acuerdo se denominará como "**LA PROMOTORA**" o por su razón social; y,

De otra parte, la señora **DIANA MARISOL ROJAS DE ROJAS**, de nacionalidad venezolana, mayor de edad, portadora del Pasaporte de la República Bolivariana de Venezuela No. ▆, con domicilio para los fines de este contrato en Staff Legal, Abogados y Consultores, sito en la Av. Abraham Lincoln No. 1003, Torre Profesional Biltmore I, Suite 701, Ensanche Piantini, Distrito Nacional, República Dominicana; quien en lo que sigue del presente contrato se denominará como **EL COMPRADOR** o por su nombre completo.

**LA PROMOTORA** y **EL COMPRADOR** se denominarán en lo adelante de este contrato conjuntamente "**LAS PARTES**".

**PREÁMBULO:**

**POR CUANTO:** **LA PROMOTORA** es propietaria del Inmueble que se describe más adelante en el Artículo 1 de este contrato (en lo adelante "el Contrato de Compraventa de Inmueble" o "el Contrato"), el cual se encuentra ubicado dentro del proyecto turístico denominado CAP CANA (en lo adelante "el Proyecto");

**POR CUANTO:** **EL COMPRADOR** ha manifestado a **LA PROMOTORA** su interés en adquirir el Inmueble, y desea mediante la firma del presente Contrato y sus anexos, y sujeto a los términos y condiciones de los mismos, adquirir el referido Inmueble;

**POR CUANTO:** **EL COMPRADOR** reconoce, acepta, se compromete a cumplir y se somete a las regulaciones del Proyecto, entre las cuales se pueden mencionar la Declaración Maestra de Regulaciones de CAP CANA (en lo adelante "la Declaración Maestra de Cap Cana"), los Lineamientos de Diseño de Cap Cana, las Regulaciones Constructivas de Cap Cana y las Guías de Construcción. Estos documentos (denominados conjuntamente "los Documentos del Proyecto"), establecen los derechos y obligaciones de todos los adquirientes de inmuebles en el Proyecto sin importar la fecha de adquisición, con la finalidad de garantizar que el desarrollo del Proyecto y de las construcciones que en los mismos se edifiquen, y su uso, se realicen de la manera más uniforme posible y de acuerdo con la naturaleza misma del Proyecto. En consecuencia, **EL COMPRADOR** acepta que es una condición indispensable, sin la cual no se hubiese suscrito este Contrato, su adhesión a los Documentos del Proyecto y procede a firmar en señal de aceptación la Declaración Maestra de Cap Cana, la cual es parte integral del presente Contrato y se anexa al mismo como **Anexo B**.

**POR TANTO** y en el entendido expreso de que el anterior preámbulo forma parte del presente Contrato, **LAS PARTES**, libres y voluntariamente,




Solar No. 04 Punta Maravilla                    1

CD000530

continuación, bajo el entendido expreso que **LA PROMOTORA** se reserva el derecho de modificar la cuenta a la cual deberá transferirse la suma a ser pagada por **LA COMPRADORA**, previa notificación escrita a éste último, de acuerdo a las formalidades de notificaciones establecidas en este Contrato, a saber:

**BANCO SABADELL**

| | |
|---|---|
| Nombre de la cuenta: | CAP CANA, S. A. |
| Número de cuenta: | 13/0/001 |
| Dirección: | PEDRO HENRÍQUEZ UREÑA #56, LA ESPERILLA |
| Banco beneficiario: | BANCO SABADELL |
| ABA: | ▓▓▓▓ |
| Swift: | ▓▓▓▓ |
| Dirección del banco beneficiario: | 701 Brickell Av., Suite 2650, Miami, FL. |

**PÁRRAFO III: Pagos en Moneda Extranjera. LA COMPRADORA** reconoce y acepta que para todos los fines del presente Contrato, el Precio de Venta del Inmueble ha sido establecido, y deberá ser pagado, en Dólares de los Estados Unidos de América. En caso de realizarse pagos en Pesos de la República Dominicana, **LA COMPRADORA** deberá entregar tantos pesos como sean necesarios para adquirir en el mercado cambiario dominicano la cantidad de dólares suficientes para completar el pago a efectuarse. La tasa de cambio a utilizarse sería la tasa promedio existente en los cuatro (4) Bancos del sistema financiero dominicano siguientes: Banco Popular Dominicano, Banco de Reservas, Banco Múltiple León S. A., y Banco Central de la República Dominicana. Por otra parte, en caso de recibirse pagos en Euros, Libras Esterlinas o cualquier otra divisa diferente al Dólar de los Estados Unidos de América, **LA COMPRADORA** deberá entregar tantas monedas como sea necesario en la divisa correspondiente, a fin de adquirir la cantidad de dólares suficientes para completar el pago a efectuarse, usando como tasa de cambio, la tasa de venta de Dólares de los Estados Unidos de América aplicada por la entidad financiera donde esté la cuenta depositaria o la Cuenta de **LA PROMOTORA** el día en el que **LA COMPRADORA** realice el pago.

**PÁRRAFO IV: Fecha de Cierre.** Queda expresamente acordado entre **LAS PARTES**, que la fecha en que sea acreditada en la cuenta bancaria arriba indicada el Precio de Venta del Inmueble será considerada como la fecha de cierre del presente Contrato (en lo adelante "<u>Fecha de Cierre</u>").

**PÁRRAFO V: Opción de cambio sociedad.** Queda expresamente acordado entre **LAS PARTES**, que **LA COMPRADORA** tendrá una opción de sesenta (60) días con posterioridad a la firma del presente contrato para solicitar a **LA PROMOTORA** la sustitución del presente contrato por uno exactamente igual y bajo los mismos términos y condiciones pero que presente como beneficiario a una tercera persona moral vinculada a **LA COMPRADORA**.

**ARTÍCULO 4. TRANSFERENCIA DEL DERECHO DE PROPIEDAD. INSCRIPCIÓN DE LA DECLARACIÓN MAESTRA DE CAP CANA.** Salvo se acuerde lo contrario, **EL COMPRADOR** autoriza a **LA PROMOTORA** a efectuar todos los trámites y gestiones necesarios para transferir el Certificado de Título del Inmueble a su favor, y para registrar en dicho Certificado de Título la Declaración Maestra de Cap Cana, la cual rige: (i) el uso del Inmueble conjuntamente con la Declaración de Condominio y/o la Declaración de Sector Residencial; (ii) los usos y regulaciones específicas del área donde será construido el Inmueble; así como (iii) las obligaciones puestas a cargo de **EL COMPRADOR** con respecto a la contratación de seguros. En consecuencia, podrá depositar dicho Certificado en las oficinas del Registrador de Títulos correspondiente, acompañado de un original del presente Contrato y de la Declaración Maestra de Cap Cana, así como cumplir con cualquier otro trámite para que se opere el traspaso a favor de **EL COMPRADOR** y retirar el referido Certificado en nombre de este último.



Solar No. 04 Punta Maravilla    3

seguirán a la propiedad y comprenderán y vincularán a los herederos, albaceas, administradores, sucesores y causahabientes de **LAS PARTES** respectivas. Queda comprendido que no hay acuerdos o manifestaciones orales o escritos entre **LA PROMOTORA** y **EL COMPRADOR** que afecten el presente Contrato, y el mismo sustituye y cancela cualesquiera y todas las negociaciones, arreglos, manifestaciones y entendidos previos que pudiere haber entre **LAS PARTES**. El presente Contrato sólo podrá ser modificado o alterado por acuerdo escrito entre **LAS PARTES** y ninguna acción u omisión de ningún empleado o agente de **LAS PARTES** o de ningún corredor, si lo hubiere, alterará, cambiará o modificará ninguna de las disposiciones del mismo.

**ARTÍCULO 9. ELECCIÓN DE DOMICILIO.** Para los fines de ejecución del presente Contrato, **LAS PARTES** hacen elección de domicilio de la siguiente manera:

**LA PROMOTORA**
En la Calle Pedro Henriquez Ureña No. 56
Sector La Esperilla
Santo Domingo, República Dominicana
Atención: Departamento Legal
Fax: (809)
Correo electrónico:

**EL COMPRADOR**
En las oficinas de Staff Legal, Abogados y Consultores, sito en la Ave. Abraham Lincoln No. 1003, Torre Profesional Biltmore I, Suite 701, Ensanche Piantini, Distrito Nacional, República Dominicana
Atención: Diana Marisol Rojas de Rojas
Teléfono: 809
Correo electrónico:

**PÁRRAFO:** Cualquier notificación que deba hacerse, ya sea dentro de la República Dominicana o en el extranjero, de acuerdo a las disposiciones del presente Contrato, cuya forma de notificación no haya sido expresamente detallada en este acto, se considerará debidamente realizada y notificada para todos sus propósitos y efectos cuando la misma sea realizada o entregada: (i) mediante acto de alguacil; o (ii) mediante mensajería con acuse de recibo, ya sea o por correo certificado o vía courier internacional o mensajería privada; o (iii) mediante copia por facsímile o correo electrónico en horas laborables a la parte que fuera dirigida, indicando envío de original mediante correo certificado o mensajería privada; o (iv) en general mediante cualquier otro medio que permita constancia de su recibo. Cualquier notificación surtirá efectos y será oponible a la parte receptora a partir de la fecha de recepción de la misma.

**ARTÍCULO 10. DIVISIBILIDAD.** La ilegalidad, invalidez o imposibilidad de poner en ejecución cualquier sección de este Contrato, según sea ésta determinada por un tribunal u otra autoridad de jurisdicción competente, no se considerará que afecta la legalidad, validez y capacidad de poner en ejecución las estipulaciones restantes. Ante una estipulación considerada nula **LAS PARTES** negociarán de buena fe para acordar los términos de una estipulación mutuamente satisfactoria, salvo el término, condición u obligación que haya sido declarada nula, sea esencial para el objeto de este Contrato.

**ARTÍCULO 11. GASTOS Y HONORARIOS LEGALES.** Los gastos legales y honorarios de abogados que se deriven de la formalización del presente Contrato y sus anexos, estarán a cargo de **LA PROMOTORA**, entendiéndose como tal aquellos gastos y honorarios exclusivamente relativos a la legalización de las firmas del presente Contrato que tengan lugar en la República Dominicana, y su posterior registro por ante el Registrador de Títulos correspondiente.

Queda expresamente entendido que si **EL COMPRADOR** firma el presente Contrato fuera de la República Dominicana, los gastos de legalización de su firma no serán cubiertos por **LA**

Solar No. 04 Punta Maravilla                    5

CD000532

Anexo A
Solar Punta Maravilla No. 04

## ANEXO A

### CONDICIONES Y OBLIGACIONES PARTICULARES PARA LA COMPRAVENTA DE SOLARES DENTRO DEL PROYECTO CAP CANA.

#### A. DISPOSICIONES GENERALES APLICABLES A LOS INMUEBLE EN CAP CANA.

El presente Anexo constituye parte integral del Contrato de Compraventa de Inmueble suscrito por **EL COMPRADOR** con la sociedad comercial **CAP CANA, S. A. ("LA PROMOTORA")**.

Adicionalmente, los siguientes Documentos del Proyecto forman parte integral de la compra de Inmueble dentro del Proyecto Cap Cana, y sus disposiciones deben ser respetadas por todos los propietarios de Inmueble dentro del Proyecto. Las copias de los siguientes Documentos del Proyecto han sido suministradas a EL COMPRADOR con anterioridad a la firma del presente Contrato, a saber:

1) Declaración Maestra de Cap Cana;
2) Documentos regulatorios del CLUB CAP CANA;
3) Lineamientos de Diseño de Cap Cana; y
4) Guías de Construcción de Cap Cana.

#### B. DISPOSICIONES Y OBLIGACIONES PARTICULARES APLICABLES A LOS INMUEBLE DEL PROYECTO CAP CANA.

#### SECCIÓN I. ACCESO AL INMUEBLE Y CONSENTIMIENTO DE SERVIDUMBRE A FAVOR DE LA PROMOTORA.

**1.1. Acceso al Inmueble y Trabajos de Urbanización. EL COMPRADOR** de un solar dentro del Proyecto Cap Cana, se obliga a permitir en forma gratuita el acceso al Inmueble de aquellas personas debidamente autorizadas por **LA PROMOTORA**, para llevar a cabo los Trabajos de Urbanización. **EL COMPRADOR** se compromete a cumplir con las disposiciones establecidas en la Declaración Maestra de Cap Cana con respecto a construcciones de mejoras y/o modificaciones en el Inmueble, así como cumplir con las disposiciones allí establecidas para el acceso al mismo.

**1.2. Servidumbre de Paso. Autorización para registro de la Servidumbre de Paso en el Registro Complementario de los Certificados de Título, Duplicados del Dueño. EL COMPRADOR** consiente expresamente y a título gratuito el uso por **LA PROMOTORA** de una franja de tres (3) metros de ancho para los fines de instalación de las líneas matrices de conducción de agua, energía eléctrica, servicio telefónico u otras de similar naturaleza en toda la longitud del lado por donde se extiendan tales líneas, en caso de que sea necesario, procurando en todo momento no interferir con el área de construcción del Propietario. **LA PROMOTORA**, sus técnicos, empleados o personas debidamente autorizadas por ésta podrán penetrar en cualquier momento al Inmueble para realizar la reparación y mantenimiento de las señaladas líneas.

**EL COMPRADOR** por medio del presente acto, autoriza al Registrador de Títulos de Higüey a registrar la servidumbre consentida en el presente Contrato a favor de **LA PROMOTORA**, en caso de que ésta así lo solicite.

#### SECCIÓN II. OBLIGACIONES CON CARGO A EL COMPRADOR DE SOLARES PARA CONSTRUCCIÓN DE VILLAS.

Por la naturaleza misma de la operación concertada y del Proyecto, **EL COMPRADOR** de solares dentro del Proyecto CAP CANA asume las siguientes obligaciones frente a **LA PROMOTORA**, salvo que le sea aplicable la excepción indicada en el Párrafo II del Artículo I del Contrato de Compraventa de Inmueble, a saber:

**2.1.** Iniciar la construcción de una villa sobre el Inmueble dentro de los veinticuatro (24) meses contados a partir de la fecha en que sean completados los Trabajos de Urbanización. Queda acordado



1

CD000533

Anexo A
Solar Punta Maravilla No. 04

metros sobre el nivel del suelo. En este sentido, **EL COMPRADOR** reconoce y acepta la excepción permitida por **LA PROMOTORA** a edificar una cerca de material no vegetal.

**2.6.1.** Las Partes acuerdan que el diseño y materiales a ser utilizados en la construcción de la cerca a ser construida en el lindero suroeste del Inmueble, así como el diseño y planos de la villa a ser construida dentro del Inmueble deberán ser aprobados por el Comité de Arquitectura de Cap Cana, conforme establecen los lineamientos de diseño del Proyecto.

**2.6.2. EL COMPRADOR** reconoce y acepta que en caso de construir la cerca perimetral en material solido, ya sea en hormigón o bloques de cemento o cualquier otro material solido, deberá revestirla de forma que la misma no impacte con el medio ambiente de la zona donde fue construida y siempre acorde a los lineamientos del Proyecto.

**SECCIÓN III.** De los Trabajos de Infraestructura Urbana. **LA PROMOTORA** será responsable de la construcción de los Trabajos de Infraestructura Urbana descritos a continuación, en el entendido expreso que la acometida de los mismos se entregará hasta el lindero del Inmueble, tal como se indica en el **Anexo D** de este documento:

1. Infraestructura vial.
2. Infraestructura eléctrica.
3. Infraestructura hidro-sanitaria (aguas, negras y potable).
4. Servicios de telefonía y data.

**3.1. LA COMPRADORA** será responsable de los Trabajos de Infraestructura Urbana descritos a continuación, que corresponde a lo que se denomina infraestructura interior dentro de los Inmuebles:

a. Interconexión de la infraestructura vial.
b. Interconexión de la infraestructura eléctrica.
c. Interconexión de la infraestructura hidro-sanitaria (aguas negras y potables).
d. Interconexión de los servicios de telefonía y data.

**3.2. EL COMPRADOR** reconoce y acepta que **LA PROMOTORA** contratará a costo de esta última una empresa especializada para que realice el diseño e ingeniería del cual resultara el tamaño, el volumen definitivo de la playa, la forma exacta de la misma y por lo tanto el sistema constructivo a ser utilizado. En este sentido, **EL COMPRADOR** reconoce que el plano de la playa llamado **ANEXO E** es esquemático, por lo tanto constituye un esbozo preliminar, el cual forma parte integral del presente contrato.

**3.3. EL COMPRADOR** reconoce y acepta que la playa a ser construida conforme se indica en el numeral 3.2 de la presente Sección estará ubicada dentro de la porción de terreno objeto del presente Contrato, y el cual se describe en su Artículo 1.

**3.4. LA PROMOTORA** a su costo, construirá la playa indicada en los numerales que anteceden, en o antes de los 12 meses siguientes a la obtención de los permisos indicados en el presente **ANEXO A**.

**SECCIÓN IV. BENEFICIO DE MEMBRESÍAS.**

**4.1. Disposiciones Generales. LAS PARTES** acuerdan, y así lo reconoce de manera expresa **LA PROMOTORA**, que el Precio de Lista del Inmueble incluye el beneficio del uso de todas las facilidades "Resort" del CLUB CAP CANA. En ese mismo orden, **LAS PARTES** acuerdan que **EL COMPRADOR** deberá cumplir con el pago de las cuotas de mantenimiento correspondientes a dichas facilidades en virtud de las disposiciones de los documentos regulatorios del CLUB CAP CANA.

**4.2. Regulaciones del Derecho de Membresía del CLUB CAP CANA.** Queda acordado entre **LAS PARTES**, que sujeto a los documentos regulatorios del CLUB CAP CANA, **EL COMPRADOR** podrá optar por el aumento de sus derechos y beneficios sobre las facilidades "Resort" ofertadas por el CLUB CAP CANA, mediante la adquisición de una de las membresías ofertadas por el CLUB CAP CANA, para acceso a los clubes y facilidades semi-privadas y privadas del Proyecto. A tales fines deberá sujetarse




3

Anexo A
Solar Punta Maravilla No. 04

Certificate" bajo su denominación en inglés), documento mediante el cual se traspasará a favor de **EL COMPRADOR** la posesión de los Inmuebles y los riesgos del mismo.

**8.3. Pago de Mantenimiento. EL COMPRADOR** mediante el presente documento declara y reconoce a partir de los treinta (30) días siguientes a la Fecha de Entrega del Inmueble, **EL COMPRADOR** deberá dar inicio a los pagos de los servicios de mantenimiento previstos por **LA PROMOTORA** a tales fines.

**8.4. Permisos. LA PROMOTORA** se obliga en hacer sus mayores esfuerzos para obtener con los organismos competentes, en o antes de 12 meses contados desde la fecha de firma del presente Contrato, las licencias y permisos requeridos para la construcción de la playa, así como los diseños e ingenierías completos que se indican en el numeral 3.2 del presente Anexo A.

8.4.1. Las Partes, de mutuo acuerdo, convienen que todos los permisos o licencias que sean requeridas para la construcción de la villa estén a cargo de **EL COMPRADOR**. **LA PROMOTORA** se compromete a hacer todos los esfuerzos necesarios para colaborar en la obtención de los permisos y licencias mencionados; y, salvo que dichos documentos sean contrarios a los Documentos del Proyecto, **LA PROMOTORA** no presentara obstáculos para la obtención de los mismos.

## SECCIÓN IX. FUERZA MAYOR.

**9.** Para todos los fines del presente Contrato de Compraventa de Inmueble, por *Fuerza Mayor* se entenderá de forma enunciativa y no limitativa, los actos de la naturaleza como huracanes, terremotos, maremotos, tormentas y depresiones tropicales, inundaciones, tornados, u otros como huelga o paros de trabajadores y que efectivamente entorpezca las labores de construcción; guerra, motines, hostilidades, sabotajes, actos terroristas o de guerrilla; incendios; escasez de materiales, equipos o mano de obra y fuerza de trabajo; incumplimiento o dilación por parte del Estado en cualquiera de sus componentes o sus organismos centralizados o descentralizados o cualquier autoridad u órgano gubernamental, provincial, municipal o judicial para la ejecución de cualquier obligación, procedimiento, actuación o trámite relacionado con el Proyecto, en sentido general; o con el Inmueble, en sentido particular.

## SECCIÓN X. SEGUROS.

**10.** Mediante la firma del presente Contrato, **EL COMPRADOR** reconoce y acepta que debe cumplir con las obligaciones de contratación de seguros establecidas a su cargo en la Declaración Maestra de Cap Cana.

_____
Jorge Antonio Subero Medina
FIRMADO Y APROBADO
Por **LA PROMOTORA**

_____
Héctor Enrique Baltazar Carpio
FIRMADO Y APROBADO
Por **LA PROMOTORA**

_____
Diana Marisol Rojas de Rojas
FIRMADO Y APROBADO
Por: **EL COMPRADOR**

Yo, DR. TEOFILO SEVERINO Y PAYANO, Abogado Notario Público de los del Número del Distrito Nacional provisto de la Matrícula del Colegio de Notarios No. 305, CERTIFICO Y DOY FE de que las firmas que anteceden fueron puestas en mi presencia por los señores Jorge Antonio Subero Medina, Héctor Enrique Baltazar Carpio y Diana Marisol Rojas de Rojas, de calidades y generales que constan, declarándome que lo hacen libre y voluntariamente y que esas son las firmas que acostumbran usar en todos sus actos públicos y privados, por lo que debe dárseles entera fe y crédito. En Santo Domingo, Capital de la República Dominicana, a los treinta (30) días del mes de octubre del año dos mil doce (2012).

_____
NOTARIO PÚBLICO

CD000535



CD000536