# Fwd: Learjet 45 (AV) venta

**From:** elizabeth gouveia <███>
**To:** ███
**Date:** Mon, 14 Oct 2013 22:40:19 +0000
**Attachments:** N90RZ_Resolution of the Shareholders -sale-.docx (36.43 kB); Escaneo1.PDF (46.76 kB)

Buenas tardes:

Anexo: lo solicitado.

Saludos

---------- Mensaje reenviado ----------
De: Raul Gorrin <███>
Fecha: 14 de octubre de 2013 15:42
Asunto: Fwd: Learjet 45 (AV) venta
Para: elizabeth gouveia <███>


---------- Mensaje reenviado ----------
De: heinrich boelcke
Fecha: lunes, 14 de octubre de 2013
Asunto: Learjet 45 (AV) venta
Para: Raul Gorrin <███>, Scott Villanueva <███>
Cc: ███ "Zingg" <███>

Querido Jefe;

Por favor si es tan amable de firmar este documento que es un Corporate Resolucion para que Scott Villanueva pueda traspasar la propiedad del Lear 45 de (AV)

Por favor firmarlo y enviar de vuelta escaneado a todos los copiados en este email.

Pase un excelente dia y gracias

Saludos

Heinrich



DOJGOR-0000077760

## MINUTES OF THE SOLE SHAREHOLDER
## OF
## EL PASTOR, INC.

The undersigned being the Sole Shareholder of El Pastor, Inc. (the "Corporation"), hereby adopt the following resolutions:

**WHEREAS,** The Sole Shareholder has deemed it to be in the best interest of the Company to announce the sale of that certain Aircraft described below, as follows:

**RESOLVED**, that the Company be and it is hereby authorized to sell the Aircraft described below, to International Jet Traders, Inc. a Florida corporation, as follows:

| | |
|---|---|
| Aircraft Type: | Learjet Inc 45 |
| Aircraft Serial Number: | 304 |
| Aircraft Registration: | N90RZ |

**FURTHER RESOLVED,** that SCOTT VILLANUEVA, as Director of the Company, be and is hereby authorized to execute any and all documents necessary in connection with the sale of the Aircraft described above, including, but not limited to the FAA Bill of Sale and Warranty Bill of Sale attached as Exhibits hereto and any other documents that may be necessary.

IN WITNESS WHEREOF, the undersigned Sole Shareholder of El Pastor, Inc. has executed these corporate resolutions for the purpose of putting the resolutions adopted hereby and the action contained herein on record.

Signed this 14th day of October, 2013

_____
RAUL GORRIN
Sole Shareholder



DOJGOR-0000077761

## MINUTES OF THE SOLE SHAREHOLDER
## OF
## EL PASTOR, INC.

The undersigned being the Sole Shareholder of El Pastor, Inc. (the "Corporation"), hereby adopt the following resolutions:

**WHEREAS,** The Sole Shareholder has deemed it to be in the best interest of the Company to announce the sale of that certain Aircraft described below, as follows:

**RESOLVED,** that the Company be and it is hereby authorized to sell the Aircraft described below, to International Jet Traders, Inc. a Florida corporation, as follows:

| | |
|---|---|
| Aircraft Type: | Learjet Inc 45 |
| Aircraft Serial Number: | 304 |
| Aircraft Registration: | N90RZ |

**FURTHER RESOLVED,** that SCOTT VILLANUEVA, as Director of the Company, be and is hereby authorized to execute any and all documents necessary in connection with the sale of the Aircraft described above, including, but not limited to the FAA Bill of Sale and Warranty Bill of Sale attached as Exhibits hereto and any other documents that may be necessary.

IN WITNESS WHEREOF, the undersigned Sole Shareholder of El Pastor, Inc. has executed these corporate resolutions for the purpose of putting the resolutions adopted hereby and the action contained herein on record.

Signed this 14th day of October, 2013

_____
RAUL GORRIN
Sole Shareholder

