# PERMISO DE VIAJE

**From:** elizabeth gouveia <■■■■■■■■>
**To:** ■■■■■■■■
**Date:** Mon, 10 Jun 2013 12:09:15 +0000
**Attachments:** PARTIDA JESUS ADRIAN.jpg (247.96 kB); PASAPORTE ADRIAN Y JESUS ADRIAN.pdf (758.79 kB); PASAPORTE CLAUDIA-1.pdf (501.69 kB)

Buen día :

El permiso de viaje serpia donde Adrian Velásquez autoriza a Claudia Díaz a viajr con el menor jesus Adrián hoy 10/6 a República Dominicana Santo Domindo a las 10:00 am en el vuelo provado N90RZ (learjet 45)



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
145

DOJGOR-0000075294

QUIEN SUSCRIBE, VALENTINA FERRARA LAUDATO, REGISTRADORA MUNICIPAL DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA.- REPÚBLICA BOLIVARIANA DE VENEZUELA.- ACTUANDO EN ESTE ACTO POR DELEGACIÓN DEL CIUDADANO ALCALDE EMILIO GRATERÓN, SEGÚN RESOLUCIÓN Nro. 042-09, DE FECHA TRECE (13) DE ABRIL DE 2009, CERTIFICA LA EXACTITUD DE LA PRESENTE COPIA: REPÚBLICA BOLIVARIANA DE VENEZUELA. ESTADO MIRANDA. MUNICIPIO CHACAO. REGISTRO CIVIL DE CHACAO. **Acta de Nacimiento Acta Nro.** ▇▇- QUINIENTOS SETENTICUATRO.- Tomo 03.- Folio 74.- Año 2009.- ALESSANDRA GIOVINA LATINI CREAZZO REGISTRADORA MUNICIPAL (E) ACTUANDO POR DELEGACION DEL CIUDADANO ALCALDE EMILIO GRATERON, SEGÚN RESOLUCIÓN Nro 196-08 DE FECHA 16 DE DICIEMBRE DE 2008, hago constar que hoy VEINTICUATRO de MARZO de DOS MIL NUEVE, a las 09:16 AM, me ha sido presentado un niño por ADRIAN JOSE VELASQUEZ FIGUEROA, de 29 años de edad, de estado civil Soltero(a), de profesión MILITAR, titular de la Cédula de Identidad Nro. ▇▇. Natural de MATURIN, ESTADO MONAGAS y domiciliado(a) en MUNICIPIO LIBERTADOR, DISTRITO CAPITAL y expuso que: EL NIÑO que presenta nació en: CLINICA EL AVILA del Municipio CHACAO del Estado MIRANDA, a las 10:28:AM, el día DIECISIETE de MARZO de DOS MIL NUEVE, que tiene por nombre **"JESUS ADRIAN"**; quien es hijo de el(la) Presentante y de CLAUDIA PATRICIA DIAZ GUILLEN, de 35 años de edad, de Estado Civil Soltero(a), de profesión MILITAR, titular de la Cédula de Identidad Nro. ▇▇ Natural de SAN CRISTOBAL, ESTADO TACHIRA y domiciliado(a) en MUNICIPIO LIBERTADOR, DISTRITO CAPITAL. Los testigos presenciales de este acto fueron los ciudadanos: HECTOR ROSELIANO ULLOA titular de la Cédula de identidad N° ▇▇ y RICHARD JOSE ANZOLA titular de la Cédula de identidad N° ▇▇ mayores de edad, de este domicilio. Terminó, se leyó y conformes firman. REGISTRADORA MUNICIPAL (E) (fdo) Ilegible / Secretario (fdo) Ilegible / Testigos (fdo) Ilegible. **ES UNA COPIA FIEL Y EXACTA DE SU ORIGINAL QUE SE EXPIDE A LOS ONCE días del mes de JULIO de DOS MIL DOCE.**

VALENTINA FERRARA LAUDATO
REGISTRADORA MUNICIPAL



REPÚBLICA BOLIVARIANA DE VENEZUELA

P   VEN
VELASQUEZ FIGUEROA
ADRIAN JOSE
VENEZOLANA
1979                    M
26 / Jun / Jun / 2009    MATURIN VEN
25 / Jun / Jun / 2014

P<VENVELASQUEZ<FIGUEROA<<ADRIAN<JOSE<<<<<<<<
VEN            M1       2           <<<<<<82

PASAPORTE Nº / PASSPORT Nº

OBSERVACIONES / COMMENTS

3

237

## REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / Type: P
País Emisor / Issuing State: VEN
Pasaporte Nº / Passport Nº: ▮

Apellidos / Surnames: **VELASQUEZ DIAZ**
Nombres / Given names: **JESUS ADRIAN**
Nacionalidad / Nationality: **VENEZOLANA**
Fecha de Nacimiento / Date of birth: ▮ 2009
Sexo / Sex: M
Cédula de Identidad Nº / Personal Nº: ▮
Fecha de Emisión / Date of issue: 30 / Oct / 2009
Lugar de nacimiento / Place of birth: CARACAS VEN
Fecha de Vencimiento / Date of expiry: 29 / Oct / 2014
Autoridad / Authority: ▮

P<VENVELASQUEZ<DIAZ<<JESUS<ADRIAN<<<<<<<<<<<
▮▮▮▮▮▮▮▮▮VEN▮▮▮▮▮BM▮▮▮▮▮▮▮<<<<<<<<<<<<<<<8



DOJGOR-0000075298

REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT
Tipo / Type: P
País Emisor / Issuing State: VEN

Apellidos / Surname: **DIAZ GUILLEN**
Nombres / Given names: **CLAUDIA PATRICIA**
Nacionalidad / Nationality: **VENEZOLANA**
Fecha de Nacimiento / Date of birth: 1973
Fecha de Emisión / Date of issue: 23 / Nov / Nov / 2009
Fecha de Vencimiento / Date of expiry: 22 / Nov / Nov / 2014

Sexo / Sex: F
Lugar de Nacimiento / Place of birth: SAN CRISTOBAL VEN

25-11-73

P<VENDIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
VEN73       14                <<<<<08

DOJGOR-0000075299