# SOLICITUD CHEQUE DE GERNCIA DE ACQUA

**From:** elizabeth gouveia < ███████████████ >
**To:** ████████@yahoo.com
**Date:** Fri, 14 Dec 2012 14:54:47 +0000

Buenos días Sr. Romero :

Por instrucciones del Dr. Gustavo Perdomo solicita  elaborar cheque de gerencia de la cuenta No. ████████ 4802 de Acqua Inmobiliaria, C.A. a/n de ADRIAN VELASQUEZ por Bs. 25.000.000,00.

Saludos
Elizabeth



**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD

**146**

DOJGOR-0000072571