## Fwd: Pasaporte Mercedes

**From:** elizabeth gouveia <​█████████████>
**To:** Asesor 001 <█████████@gmail.com>
**Date:** Tue, 14 May 2013 23:23:02 +0000
**Attachments:** photo.JPG (2.66 MB)

Patric Love Holdings INC
Citibank, N.A.
█████████
Miami, Fl 33165
T: 3053413784
Swift █████████
Routing █████████
Cuenta Patric Love █████████447

---------- Forwarded message ----------
From: Mercedes LaZich <█████████████>
Date: 2013/5/10
Subject: Pasaporte Mercedes
To: █████████████ <█████████████>

Sent from my iPhone



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
152

DOJGOR-0000074689



DOJGOR-0000074690