| | |
|---|---|
| From: | Raul Gorrin <​​​​​​​​> |
| Sent: | Monday, June 18, 2012 5:44 AM |
| To: | |
| Subject: | lo solictado |

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: W09
Valor nominal: 100.000.000
Moneda: GBP
Precio de venta: 123%
Tipo de cambio VEF: 5,3
Tipo de cambio GBP/USD: 1,63
Monto en VEF: 1.064.498.519,02

La operacion se realizara Delivery free of Payment con fecha de pacto 09-04-2012 y fecha valor 12-04-2012. La transferencia de los titulos se realizara con fecha de pacto 09-04-2012 y fecha valor 13-04-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. 0008).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela
Numero de cuenta: 175
Nombre: Banco Bicentenario.
Nro. Fideicomiso: 69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: 09
Valor nominal: 140.000.000
Moneda: GBP
Precio de venta: 123%
Tipo de cambio VEF: 5,3
Tipo de cambio GBP/USD: 1,63
Monto en VEF: 1.490.741.614,40

La operacion se realizara Delivery free of Payment con fecha de pacto 16-04-2012 y fecha valor 18-04-2012. La transferencia de los titulos se realizara con fecha de pacto 16-04-2012 y fecha valor 19-04-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf.

1



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
159

▇▇▇▇▇▇▇▇▇▇▇08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela
Numero de cuenta: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇175
Nombre: Banco Bicentenario.
Nro. Fideicomiso: ▇69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: ▇▇▇▇▇▇▇▇09
Valor nominal: 160.000.000
Moneda: GBP
Precio de venta: 123%
Tipo de cambio VEF: 5,3
Tipo de cambio GBP/USD: 1,64
Monto en VEF: 2.091.408.573,91

La operacion se realizara Delivery free of Payment con fecha de pacto 09-05-2012 y fecha valor 10-05-2012. La transferencia de los titulos se realizara con fecha de pacto 09-05-2012 y fecha valor 11-05-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. ▇▇▇▇▇▇▇▇▇▇▇08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela
Numero de cuenta: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇175
Nombre: Banco Bicentenario.
Nro. Fideicomiso: ▇69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: ▇▇▇▇▇▇▇▇09
Valor nominal: 45.000.000
Moneda: GBP
Precio de venta: 123%
Tipo de cambio VEF: 5,3
Tipo de cambio GBP/USD: 1,64
Monto en VEF: 482.800.151,49

La operacion se realizara Delivery free of Payment con fecha de pacto 15-05-2012 y fecha valor 17-05-2012. La transferencia de los titulos se realizara con fecha de pacto 15-05-2012 y fecha valor 18-05-2012.

DOJGOR-0000226426

Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. ███████08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela
Numero de cuenta: ███████████175
Nombre: Banco Bicentenario.
Nro. Fideicomiso: ██69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: ████████09
Valor nominal: 240.000.000
Moneda: GBP
Precio de venta: 123%
Tipo de cambio VEF: 5,3
Tipo de cambio GBP/USD: 1,60
Monto en VEF: 2.514.495.130,43

La operacion se realizara Delivery free of Payment con fecha de pacto 01-06-2012 y fecha valor 05-06-2012. La transferencia de los titulos se realizara con fecha de pacto 01-06-2012 y fecha valor 06-06-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. ███████08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela
Numero de cuenta: ███████████175
Nombre: Banco Bicentenario.
Nro. Fideicomiso: ██69.

Saludos Cordiales.

DOJGOR-0000226427