| | |
|---|---|
| **From:** | Santiago Souto <​███​> |
| **Sent:** | Monday, June 18, 2012 7:59 AM |
| **To:** | Raul Gorrin |
| **Subject:** | RE: lo solictado |
| **Importance:** | High |

Buenos días Raúl,

Gracias por tu correo electrónico, la información que contiene ayuda, sin embargo, tal cual no le es suficiente a mi Compliance.

Ellos quieren ver claramente que las confirmaciones de la aceptación de tus ofertas **vienen de la ONT**, lamentablemente en lo que me has enviado eso no se ve.

Otro detalle, en las confirmaciones que me has enviado, sale una de £160'000'000.- fecha valor 11.5.12 que nosotros no hicimos, nosotros hicimos una de £195'000'000.- fecha valor 10.5.12 y de esa no me has enviado nada.

Lamento tener que fastidiarte con estos temas puramente administrativos, pero es imprescindible que resolvamos esto lo antes posible para evitarnos a todos mas preguntas y mas fastidios. Gracias de antemano por tu comprensión.

Te lo pido todo a ti porque no se si quieres que estos temas los trate con Gustavo, si prefieres que los vea con el, lo are con mucho gusto.

Cordiales saludos,

**CBH, Compagnie Bancaire Helvétique SA**
Santiago Souto
███
1204 Genève
Tel. +41 ███
Cel. +41 ███
███@cbhbank.com

www.cbhbank.com

---

**From:** Raul Gorrin [mailto:███]
**Sent:** lundi, 18. juin 2012 07:44
**To:** Santiago Souto
**Subject:** lo solictado

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: ███09
Valor nominal: 100.000.000
Moneda: GBP
Precio de venta: 123%
Tipo de cambio VEF: 5,3
Tipo de cambio GBP/USD: 1,63
Monto en VEF: 1.064.498.519,02

La operacion se realizara Delivery free of Payment con fecha de pacto 09-04-2012 y fecha valor 12-04-2012. La

1

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
160

transferencia de los titulos se realizara con fecha de pacto 09-04-2012 y fecha valor 13-04-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. 00█████████08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela
Numero de cuenta: █████████75
Nombre: Banco Bicentenario.
Nro. Fideicomiso: █69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: █████████09

Valor nominal: 140.000.000

Moneda: GBP

Precio de venta: 123%

Tipo de cambio VEF: 5,3

Tipo de cambio GBP/USD: 1,63

Monto en VEF: 1.490.741.614,40

La operacion se realizara Delivery free of Payment con fecha de pacto 16-04-2012 y fecha valor 18-04-2012. La transferencia de los titulos se realizara con fecha de pacto 16-04-2012 y fecha valor 19-04-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. █████████08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela

Numero de cuenta: ███████████████ 175

Nombre: Banco Bicentenario.

Nro. Fideicomiso: ██ 69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: ████████ 09

Valor nominal: 160.000.000

Moneda: GBP

Precio de venta: 123%

Tipo de cambio VEF: 5,3

Tipo de cambio GBP/USD: 1,64

Monto en VEF: 2.091.408.573,91

La operacion se realizara Delivery free of Payment con fecha de pacto 09-05-2012 y fecha valor 10-05-2012. La transferencia de los titulos se realizara con fecha de pacto 09-05-2012 y fecha valor 11-05-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. ███████████ 08).

3

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela

Numero de cuenta: █████████████175

Nombre: Banco Bicentenario.

Nro. Fideicomiso: █69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: █████████V09

Valor nominal: 45.000.000

Moneda: GBP

Precio de venta: 123%

Tipo de cambio VEF: 5,3

Tipo de cambio GBP/USD: 1,64

Monto en VEF: 482.800.151,49

La operacion se realizara Delivery free of Payment con fecha de pacto 15-05-2012 y fecha valor 17-05-2012. La transferencia de los titulos se realizara con fecha de pacto 15-05-2012 y fecha valor 18-05-2012. Igualmente le informo que la cuenta custodia donde se mantienen los titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf.

████████ 08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela

Numero de cuenta: ████████████████ 175

Nombre: Banco Bicentenario.

Nro. Fideicomiso: ██ 69.

Saludos Cordiales.

Buenos dias, en esta oportunidad su oferta ha sido aceptada, los terminos en los que se realizara la operacion son los siguientes:

ISIN CODE: ████████ 09

Valor nominal: 240.000.000

Moneda: GBP

Precio de venta: 123%

Tipo de cambio VEF: 5,3

Tipo de cambio GBP/USD: 1,60

Monto en VEF: 2.514.495.130,43

La operacion se realizara Delivery free of Payment con fecha de pacto 01-06-2012 y fecha valor 05-06-2012. La transferencia de los titulos se realizara con fecha de pacto 01-06-2012 y fecha valor 06-06-2012. Igualmente le informo que la cuenta custodia donde se mantienen los

titulos es clearstream 14502, a nombre de la Oficina Nacional del Tesoro, y la persona contacto es Claudia Diaz (Telf. ███████08).

La cuenta en la que deberan depositar los bolivares producto de esta venta es la siguiente:

Institucion: Banco Central de Venezuela

Numero de cuenta: ██████████175

Nombre: Banco Bicentenario.

Nro. Fideicomiso: █69.

Saludos Cordiales.

******************************************

The data and information herein is the sole property of CBH Compagnie Bancaire Helvetique SA. Its content is confidential and may be legally privileged. This message is intended only for the use of the recipient. If you are not the intended recipient, please destroy it from your system and inform the sender immediately. Unauthorized disclosure, copying, publication or distribution of the data or information is strictly prohibited. This message is provided for information purposes only. Any views expressed herein do not constitute any commitment by CBH Compagnie Bancaire Helvetique SA or its subsidiaries and affiliates unless confirmed in writing.

******************************************

DOJGOR-0000720102