From: █@aol.com
Sent: Wednesday, March 4, 2009 4:39 PM
To: █
Subject: Mesa y Sillas ORO



Hola Raul, te envio estas fotos para que me digas si este es el diseno que te gusta de las mesas y sillas. La foto de la silla sale sin barnizar (esta en teka cruda) pero serian del mismo color que la mesa o si las quieres crudas tambien se puede ya que combinan con el piso. Estare a la espera de tu respuesta. En cuanto al precio la mesa sale en $7344.00 y las sillas salen en $1214.00 cada una.
Avisame please para ver que hacemos.

Un abrazo

Joel B



1



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
161

DOJGOR-0000735006

Need a job? Find employment help in your area.

2

DOJGOR-0000735007