From: ▮@aol.com
Sent: Friday, May 20, 2011 9:03 PM
To: ▮
Subject: ORO- STORMY WEATHER- ELOISA

Hermano,

Un abrazo y buenas tardes !!! Espero que todo este super bien !!!!!

M/Y Eloisa:

Voy a necesitar las siguientes municiones para el martes poder pagar los surveys etc etc etc.

Survey Motores $1700.00
Survey Casco $4000.00
Survey Aires Acondicionados/ Neveras y Ice Makers $420.00
Varado para chequear casco y fondo $2150.00

Basicamente el proceso de precompra es de **$8270.00**


M/Y Oro and Stormy Weather:

Aqui te envio varios asuntos que aqui te detallo por cosas extras que me pediste para los barcos (oro y stormy weather) que no estaban incluidas en la primera tanda la cual no recibi los cobritos por esto.
Las luces y las otras cosas ya estaran aqui en mi oficina para el miercoles de la semana que viene.

- Ventanilla Sea Ray $579.00
- Piloto Automatico ORO $ 1599.00
- GPS North Star ORO $ 1755.96
- Amortiguadores Entrada Sala de maquinas $ 338.00
- 3 Telefonos Panasonic para ORO $ 449.97

Este seria el total de ORO Y STORMY WEATHER que faltaria **$4721.93**

El total de todo lo anterior es de **$12,991.93**

Adjunto las instrucciones de transferencia mi brother.

## Wire Instructions for Escrow Account

- Bank Name: Bank of America
- Account Name: Floridian Yacht Sales LLC Escrow Account

1



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
163

DOJGOR-0000711789

- Account Number: ███████021
- ABA or Routing # ███████93
- Amount in US $ 12,991.93
- Bank Phone Number: 305-669-6694
- Banking Officer: Lourdez Failde Dominguez
- Bank Address: 1500 South Dixie Hwy
    Coral Gables, FL 33146

Un abrazo y mil gracias !!!!

Joel Bayaaaa

DOJGOR-0000711790

3

DOJGOR-0000711791

4

DOJGOR-0000711792

5

DOJGOR-0000711793