| | |
|---|---|
| From: | ▮@aol.com |
| Sent: | Monday, October 22, 2012 6:25 PM |
| To: | Raul Gorrin |
| Subject: | IYS Wire Escrow Acc.jpg |
| Attachments: | IYS Wire Escrow Acc.jpg |

Hermano. Un abrazo !!! Buenas tardes !!!
Adjunto las instrucciones de transferencia para lo del deposito del barco de AV (hatteras 100)

El monto que necesito recibir es de $485.000 esto cubre el 10 % del deposito requerido y los gastos de survey, capitan, etc etc.

Un abrazo y gracias de antemano por la gestion.
Best Regards,

Joel Brakha

1



GOVERNMENT
EXHIBIT
Case No.: 18-CR-80160-WPD
167

DOJGOR-0000108744



## Wire Instructions for Escrow Account

- Name Interglobal Yacht Sales LLC
- Bank Name: Bank of America
- Account Name: Interglobal Yacht Sales LLC Escrow Account
- ▮▮▮▮▮ Miami, FL 33133
- Account Number: ▮▮▮9200
- ABA or Routing # ▮▮▮77
- Bank Phone Number: 305-669-6694
- Banking Officer: Lourdez Failde Dominguez
- Bank Address: 1500 South Dixie Hwy
  
  Coral Gables, FL 33146