| | |
|---|---|
| From: | ▮▮▮▮▮@aol.com |
| Sent: | Wednesday, November 7, 2012 1:44 AM |
| To: | Raul Gorrin |
| Subject: | Barcos AV cuenta |
| Attachments: | IYS Wire Escrow Acc.jpg |

Mi brother, buenas noches. Un abrazo !!!

Ya estamos casi listos para el cierre del barco de AV.

Adjunto te mando las 2 instrucciones de transferencia para recibir el balance.
Por cuestiones de la yuma, una parte se queda afuera, ya que voy a aprovechar de descargar como gastos unos dolarillos que tengo aqui para usarlos en la compra y dejar mi comision y parte de la compra por fuera ;-)
Esto solo por la super confianza ya tu sabe.

Para la cuenta escrow de interglobal yacht sales el monto es de $4.350.000.oo ** adjunto las instrucciones de transferencia**

Para la otra cuenta el monto es de $310.000.oo ** adjunto las instrucciones de transferencia **

BANCO BENEFICIARIO: BANQUE CIC (SUISSE) SA
DIRECCION DEL BANCO: Via F. Pelli 15 – 6901 Lugano - Suiza
CUENTA NUMERO: ▮▮▮416
TITULAR: HARBINGER CORPORATION
IBAN USD: ▮▮▮▮▮▮▮▮▮▮▮▮6200 1
SWIFT: ▮▮▮

BANCO CORRENSPONSAL: BANK OF NEW YORK MELLON
DIRECCION DEL BANCO: 1 Wall Street – New York – NY – USA
SWIFT: ▮▮▮
ABA: ▮▮▮▮▮▮8
CUENTA: ▮▮▮▮375


Muchas gracias mi brother !!!

Un abrazo


Best Regards,

Joel Brakha



DOJGOR-0000108821



## Wire Instructions for Escrow Account

- Name Interglobal Yacht Sales LLC
- Bank Name: Bank of America
- Account Name: Interglobal Yacht Sales LLC Escrow Account
- ▉
- Account Number: ▉9200
- ABA or Routing # ▉77
- Bank Phone Number: 305-669-6694
- Banking Officer: Lourdez Failde Dominguez
- Bank Address: 1500 South Dixie Hwy
   Coral Gables, FL 33146