# AV Expenses

**From:** Joel Brakha <​████​>
**To:** Raul Gorrin <████, ████@me.com
**Date:** Mon, 15 Sep 2014 15:54:13 +0000
**Attachments:** 20140910125702083(1).pdf (194.93 kB); IYS Escrow Acc Wire Inst.pdf (135.43 kB)

Brother, here are AV's expenses to see if you deduct it for him.
There were other things to that amount that were sent to the Dominican.
If you can send me 21k and debit AV 21k from his accounts.

Warm hugs to you! Thank youuuuuu

Best Regards,

Joel Brakha

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
182a

DOJGOR-0000007379

## ORO BOAT, T/T ORO & Miscellaneous[3]

| Item | Amount |
|---|---|
| Stabilizer Buttons Intrepid T/T ORO | $ 748.50 |
| Kitchen Faucet | $ 276.63 |
| Bearings Hatteras [Gate/Door][1] | $ 857.48 |
| Beach Tent | $ 398.88 |
| Mishi Logistics Shipment NOVEMBER 2013 | $ 1,958.88 |
| Mishi Courier & Fedex NOVEMBER 2013 | $ 2,692.70 |
| NESSPRESSO CAFÉ | $ 393.00 |
| West Marine Eximport | |
| *Decreaser *Prop Speed * Aerosols * etc | $ 1,804.45 |
| West Marine Eximport | |
| *Lights *Fuses * etc | $ 626.97 |
| West Marine Eximport | |
| * Orfine [sic][2] *Microfiber * etc | $ 469.27 |
| West Marine Eximport | |
| * Leathers *Mops * Dinghy Inflator * Oils * etc | $ 402.09 |
| Crook & Crook | |
| * Simrad Autopilot * [Lighthouse/Headlight][3] Lamp | $ 579.00 |
| NORSEMAN | |
| * Toilet Seat (toilet) *Toilet Lid (toilet) | $ 378.48 |
| HATTERAS | |
| *Hatch HATTERAS | $ 989.49 |
| Prestige Marine A/C | |
| *A/C Tartlets [sic][4] | $ 984.00 |
| LED Lights | $ 429.79 |
| Catterpillar and Onan | |
| *Filters * etc | $ 1,920.10 |
| Shipment APRIL 2014 RD[5] | $ 2,465.40 |
| **TOTAL** | **$ 18,375.11** |

---

[1] Translator's note: The word used in Spanish, *"puerta,"* can mean "gate" or "door." The precise meaning here is not clear.

[2] Translator's note: The word used in the source document, "orfine," does not exist in Spanish.

[3] Translator's note: The word used in Spanish, *"faro,"* can mean "lighthouse" or "headlight." The precise meaning here is not clear.

[4] Translator's note: The word used in Spanish, *"tartetas,"* can mean "tartlets." Based on the context, it may be an error for the word *"tarjeta,"* referring to an A/C circuit board.

[5] Translator's note: "RD" may stand for *"República Dominicana,"* meaning "Dominican Republic"; however, because of the limited context, it is not clear whether this is the case.



Interglobal
Yacht Sales

# Wire Instructions for Escrow Account

# Interglobal Yacht Sales LLC

- Bank Name: Bank of America
- Account Name: Interglobal Yacht Sales LLC Escrow Account
- ▇▇▇ Miami, FL 33133
- Account Number: ▇▇▇9200
- ABA or Routing #▇▇▇77
- Bank Phone Number: 305-669-6694
- Banking Officer: Lourdez Failde Dominguez
- Bank Address: 1500 South Dixie Hwy
   Coral Gables, FL 33146

Interglobal Yacht Sales LLC
▇▇▇
Miami, FL 33133
305-▇▇▇ / Fax 305-858-0817
www.interglobalys.com