**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD

**194**

CD004373