From:
To:
Subject: Fw: Chat with Adrian on 8/14/2012
Date: Thursday, October 11, 2018 10:23:12 AM

Mercedes Torres

----- Forwarded Message -----
From: "@yahoo.com"
To: "@yahoo.com"
Sent: Wednesday, August 15, 2012 11:44:33 AM EDT
Subject: Chat with Adrian on 8/14/2012

Participants:
--------------
Mercedes Torres, Adrian

Messages:
---------
Adrian: Hola mercedes
Mercedes Torres: Hola Adrian
Adrian: Como estas?
Mercedes Torres: Muy bien. Y tu? Todo bien? Hazme saber si necesitas cualquier cosita
Adrian: Ok seguro
Adrian: Hola mercedes necesito una pulidora industrial para pulir piso de marmol con sus respectivas cremas y ceras
Adrian: Si consigues algo mandamelo a mi correo @gmail.com
Mercedes Torres: Ok.
Mercedes Torres: La alquilo? La compro? Para cuando?
Adrian: Es para mandarla a venezuela
Adrian: Quiere ver los modelos q hay
Mercedes Torres: Perfecto
Adrian: Me la mandas a mi correo las veo y te digo
Mercedes Torres: Ok
Adrian: Q no sea tan grande ya q es para mi apart alla
Mercedes Torres: Vale
Adrian: Hola mercedes buen dia
Adrian: Por hay te va a invitar leudys ella es mi asistente en venezuela
Adrian: Necesito un repuesto para un carro alla
Adrian: PING!!!
Mercedes Torres: Perfecto
Adrian: Miami Beach-20120809-00181.jpg (40.14 KB)
Mercedes Torres: Buenos dias Adrian, te la compro hoy y te la llevo enseguida. Que tengas un feliz dia
Adrian: Gracias m vida igual para ti
Mercedes Torres: Adrian, dejo la colonia con el conserje abajo para ti. Bien?
Adrian: Ok
Adrian: Corpus Christi-20120809-00182.jpg (18.48 KB)
Mercedes Torres: Ok. Quieres que lo pida a LV y te lo llevo a tu apartamento?
Adrian: Si
Mercedes Torres: Ok. Ahora mismo
Mercedes Torres: Hecho. El courier service de LV te la va a llevar esta noche a casa. La recogen en media hora y la tendras sobre las 7:30 a 8
Adrian: Ok

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
204

CD003220

Adrian: Gracias
Mercedes Torres: Of course! Pues claro que si
Adrian: Necesito cremas humentantes para caballeros para la cara y para lavar marca shiseido para venezuela y para miami
Adrian: Y para mi esposa lapraide
Adrian: Hay q estar pendiente de todo lo nuevo q llegue a LV para mi esposa para comprarlo
Mercedes Torres: Adrian, hola. Me quede dormida. Perdona. Cremas humectantes para caballero para cara y limpieza de Shiseido. Las conozco super bien. Te compro para aqui y para Venezuela. La Prairie es genial y me encargo tambien.
Mercedes Torres: Con respecto a LV me mandan todo lo nuevo cada 2 semanas. Es ropa, zapatos, bolsos y accesorios correcto? Le envio a ella o a ti fotos de lo que vaya saliendo o me las arreglo yo y le elijo prendas bonitas?
Mercedes Torres: Cremas humectantes te refieres a hidratantes, si?
Adrian: Si correcto
Adrian: Para mi y para mi esposa
Adrian: Me parece genial
Mercedes Torres: Buenos dias! A la orden y a disfrutar de este bello dia
Adrian: ({}) gracias igual
Adrian: Buen dia mercedes
Adrian: Cuando arrancamos las clases de ingles?
Mercedes Torres: Whenever you want. Cuando tu quieras
Adrian: Ok voy a cuadrar cuando vaya a durar tranquilo unos dias para q vengas y me hables puro en ingles
Mercedes Torres: Perfecto
Adrian: Cuantos dias puedes estar por fuera sin problema?
Mercedes Torres: Una semana o mas. Lo que haga falta Adrian
Adrian: Ok cuadra con el leudys para q te vengas el lunes por una semana
Mercedes Torres: Perfecto. La contacto ahora mismo
Adrian: (y)
Mercedes Torres: Me pregunta Leudy si me quedo hasta el viernes o hasta el domingo
Adrian: Dile q hasta el domingo
Mercedes Torres: Gracias
Adrian: A ti
Adrian: Cuando te llegue lo de LV me lo mandas a mi correo para ver
Adrian: ▮▮▮▮@gmail.com
Mercedes Torres: Perfecto. Tendre fotos entre hoy y manana
Adrian: (y)
Mercedes Torres: Te traigo los sets de cremas a Venezuela el lunes? Dejo los sets de Miami aqui?
Adrian: Si por favor los mios y los de mi esposa y los de miami los dejas alla
Mercedes Torres: Ok
Adrian: Hola mercedes buen dia te voy a mandar una informacion sobre unos alimentos para q me traigas algo variado si te da chance de comprar algo hoy mi hemano esta en mi apart y se viene en un vuelo privado el prodria traerme lo q compres hoy
Mercedes Torres: Ok
Mercedes Torres: Perfecto. Dime y se lo llevo alli
Adrian: www.grasslandbeef.com- Aqui compras todas las proteinas animales certificadas organicas.
-www.defensenutrition.com- warrior whey. Para los batidos de proteinas, son proteinas from grass few cows.
-www.rawcrunchbar.com snack bars, son barras super saludables.
-www.jenbars.com-almendra y chocolate blanco es la mejor, estas barras tienen que estar refrigeradas entonces no soy buenas para llevar solo para la casa.

El resto de los alimentos organicos los compras en whole foods pero no todo alla es organico asi que asegurate que tenga el sello de USDA ORGANIC.                    PASTA DE QUINOA o QUINOA sola que se parece al cuscus y es un excelente sustituto de arroz
Los berries tienen que ser organicos por que no se pueden pelar aparte que son la mejor opcion de antioxidantes.

Una buena opcion para cocinar es coconut oil.
El endulsante tiene que ser STEVIA TRUVIA O COCONUT CRISTALS, Yo uso truvia es la de mejor sabor.
Recuerda que la porcion de las comidas es el tamano de tus dos punos cerrados, come cada tres horas, 3 comidas fuertes y el resto snacks,
Y por ultimo que te cocinen con seat salt y trata de comer gluten free.
Y un datico es que cuando tomes procura comer nuts que es grasa y bloquea el alcohol.
Adrian: Ese es un correo q me mandaron saca lo q puedas comprar de hay
Mercedes Torres: Ok. Ya lo tengo y me lo apunto todo
Adrian: Mercedes necesito un ipad con series en ingles y sub titulos en ingles puede ser prision break, 24 horas
Mercedes Torres: Ok. Para llevarlo manana?
Adrian: Si se puede si
Mercedes Torres: Ok
Mercedes Torres: Prision Break y 24 hours son DVDs lo que buscas correcto? No IPad
Adrian: No un ipad q se le metan esas series
Adrian: Esas series en el ipad
Mercedes Torres: Oh, ok
Mercedes Torres: Llevo la comida al conserje en Continuum para tu hermano al 2003, si? Las barritas te las he pedido online ya que Wholefoods no tiene raw bars como las que el email dice. Llegaran a 2003 en unos dias
Adrian: Ok
Mercedes Torres: Buenos dias Adrian. Que tal? Estoy con Leudy. He hablado con las companias que venden la comida fresca (carnes, berries, etc) y ellos no mandan nada fuera de Estados Unidos. Las carnes vienen congeladas. Quieres que las enviemos a Vipez para que ellos las traigan a Venezuela? Te haremos todas las compras ya hoy. Gracias
Adrian: Hola mercedes como estas?
Adrian: Si por fa y los snack
Mercedes Torres: Perfecto
Adrian: Capture16_41_27.jpg (27.48 KB)
Mercedes Torres: Hecho Adrian
Adrian: Q lleguen lo mas pronto posible
Mercedes Torres: Ok

Sent via BlackBerry by AT&T

CD003222