**From:**
**To:**
**Subject:** Fwd: Chat with Claudia on 12/20/2012
**Date:** Thursday, October 11, 2018 10:47:28 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Mercedes Torres" <​@yahoo.com>
> **Date:** December 23, 2012 at 18:18:23 EST
> **To:** "Mercedes Torres" <​@yahoo.com>
> **Subject: Chat with Claudia on 12/20/2012**
> **Reply-To:** @yahoo.com

Participants:
--------------
Mercedes Torres, Claudia

Messages:
---------
Claudia:
Amennnn me parece bien lo de la parte legal y lo demas
Mercedes Torres:
Gracias. Siempre mejor curarse de espantos. Sobre todo aqui
Mercedes Torres:
Amen
Claudia:
Tienes un numero internacional de Julio
Mercedes Torres:
Si.
Mercedes Torres:
305
Mercedes Torres:
Con +1 delante
Mercedes Torres:
es americano
Claudia:
Graciasss
Mercedes Torres:
:)

Sent via BlackBerry by AT&T



CD003206