

GOVERNMENT
EXHIBIT
Case No.: 18-CR-80160-WPD

224























Eric