

**GOVERNMENT EXHIBIT**

Case No.: 18-CR-80160-WPD

**228**