

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
**230**