

# Adrian Velasquez

## President

t : +1 786. ███████

f : +1 305. ███████

e: ███████@patriclove.com

████████████████████████████

Miami, FL 33132

www.patriclove.com




# Alicia Torres

## Production Director

t : +1 786.245.4926
c: +1 310.467.2940
f : +1 305.675.2245
e: alicia@patriclove.com

990 Biscayne Boulevard, Suite 803CD004444
Miami, FL 33132

www.patriclove.com





# Barbera Groenewegen

## International Public Relations

t : +1 786.245.4926
c: +1 929.444.0199
c: +31 624.603.323
f : +1 305.675.2245
e: barbera@patriclove.com

990 Biscayne Boulevard, Suite 803CD004446
Miami, FL 33132                          www.patriclove.com




# Claudia Díaz de Velasquez

**President**

t : +1 786.245.4926

f : +1 305.675.2245

e: claudia@patriclove.com

990 Biscayne Boulevard, Suite 803CD004448

Miami, FL 33132                    www.patriclove.com



PATRIC LOVE



# Elena Fusco

## Art Director

t : +1 786.245.4926

c: +1 617.833.5505

f : +1 305.675.2245

e: elena@patriclove.com

990 Biscayne Boulevard, Suite 803CD004450

Miami, FL 33132

www.patriclove.com



PATRIC LOVE



# Julio Cesar Cruz

## Vice President

t : +1 786.245.4926
c: +1 305.904.2172
f : +1 305.675.2245
e: juliocruz@patriclove.com
juliocesarc81

990 Biscayne Boulevard, Suite 803CD004452
Miami, FL 33132                              www.patriclove.com





# Julio Cesar Cruz

## Fashion Designer

t : +1 786.245.4926
c: +1 305.904.2172
f : +1 305.675.2245
e: juliocruz@patriclove.com
juliocesarc81

990 Biscayne Boulevard, Suite 803 CD004454
Miami, FL 33132                    www.patriclove.com





# Mercedes Torres

## Executive Vice President

t : +1 786.245.4926

c: +1 305.333.8147

f : +1 305.675.2245

e: mercedes@patriclove.com

990 Biscayne Boulevard, Suite 803CD004456

Miami, FL 33132

www.patriclove.com





# Rafael J. Ingannamonte S.

## Style Director

t : +1 786.245.4926
c: +1 305.965.5225
f : +1 305.675.2245
e: rafael@patriclove.com

990 Biscayne Boulevard, Suite 803
Miami, FL 33132

CD004458

www.patriclove.com






CD004460