

PATRIC LOVE

RTW WOMEN
SPRING / SUMMER
2014

CD004628

GOVERNMENT
EXHIBIT
Case No.: 18-CR-80160-WPD

232

CD004629



# PATRIC LOVE

## RTW WOMEN
### SPRING / SUMMER
### 2014

CD004630



# PATRIC LOVE

## RTW WOMEN
### SPRING / SUMMER
## 2014

CD004631

© 2014 Patric Love Holdings, Inc.
All rights reserved. This book may not be reproduced, transmitted, or stored in whole or in part by any means, including graphic, electronic, or mechanical without the express written consent of Patric Love Holdings, Inc.

www.patriclove.com

Printed in the USA
July, 2013

# INDEX

4-5. INSPIRATION

6-7. MERMAID

8-9. INDIAN SUMMER

10-11. DORÉ

12-13. URBAN GARDEN

14-15. LIME & PINK

16-17. INSINUOUS

18-19. SAMANTHA

20-21. FANTASY

22-23. DEGRADÉ

24-25. ZINGARA

26-27. ARLEQUÍN

28-29. GLAM

30-31. MARRAKESH

32-33. ANTIBES

34-35. DARK CODE

36-37. TRANSYLVANIA NIGHT

38-39. GILDA

40-41. SWEET BOW

42-43. TULIP DOLL

44-45. RADIANCE

46-47. INDEXHIBIT

48. THANKS TO ALL OUR TEAM

48. CONTACT

CD004632



CD004633

CD004634

"This collection was conceived on my last trip to the beautiful paradise city of Monaco. There, I observed that women turn the streets into a runway, they all have a common goal: to see themselves beautiful, sophisticated, but above all 'always luxurious'.

None of these women lacked a bright accessory in their attire. This allowed me to make decisions about my creations, the unique character of the clothes, with a combination of color, design, and radiance.

I want for each woman to have in her closet a jewel for each occasion without feeling the need to have to accessorize. That way, they are able to create the effect that they are really looking for: to shine.

Life is light, and light creates brightness and radiance. In a woman, that light and radiance is still more beautiful. In that spirit I present to you: 'Radiance' by Patric Love."

Julio Cesar Cruz



## MERMAID

ONE PIECE TOP:                                        SKU #: PL-001
  Stretch Charmeuse Satin
  Crystals

SKIRT:                                                SKU #: PL-002
  Satin Stretch

CD004635



CD004636

CD004637



# INDIAN SUMMER

ONE PIECE TOP:                           SKU #: PL-003
  Silk Crepe
  Crystals

SKIRT:                                   SKU #: PL-004
  Silk Crepe

**8** | RTW WOMEN    SPRING /SUMMER 2014



CD004638



# DORÉ

TOP:                                  SKU#: PL-005
   Lace

PANTS:                               SKU#: PL-006
   Stretch Velvet
   Strass
   Crystals

**10** | RTW WOMEN   SPRING /SUMMER 2014

CD004639



CD004640

CD004641



# URBAN GARDEN

TOP:
  Satin Stretch
  Poli-Lycra

SKU #: PL-007

JACKET:
  Silk Charmeuse

SKU #: PL-008

SKIRT:
  Silk Charmeuse

SKU #: PL-009



CD004642



# LIME & PINK

JACKET:                                          SKU #: PL-010
  Organza Waffle
  Crystals Embroidery Appliqués

PANTS:                                           SKU #: PL-011
  Cotton Twill
  Organza Appliqué
  Crystals

CD004643



CD004644



# INSINUOUS

TOP:                                          SKU #: PL-012
   Stretch Silk Crepe
   Crystals

JACKET:                                       SKU #: PL-013
   Silk
   Crystals

SKIRT:                                        SKU #: PL-014
   Lame Waffle (fantasy)

**16** | RTW WOMEN   SPRING /SUMMER 2014

CD004645



CD004646



# SAMANTHA

TOP:
   Silk Charmeuse
   Crystals

SKU #: PL-015

JACKET:
   Silk Crepe
   Crystals

SKU #: PL-016

SKIRT:
   Silk Charmeuse Satin
   Crystals

SKU #: PL-017

**18** | RTW WOMEN   SPRING /SUMMER 2014

CD004647



CD004648



# FANTASY

TIE:                                    SKU #: PL-018
  Silk Taffeta
  Crystals

SHIRT:                                  SKU #: PL-019
  Cotton Stretch

JACKET:                                 SKU #: PL-020
  Pattern Cotton Twill

PANTS:                                  SKU #: PL-021
  Cotton Twill

CD004649



CD004650

CD004651



# DEGRADÉ

COVERALL:
Silk Taffeta
Crystals

SKU #: PL-022

**22** | RTW WOMEN    SPRING /SUMMER 2014



CD004652

CD004653



# ZINGARA

TOP:
 Cotton/Lycra Silk
 Crystals

SKU #: PL-023

SKIRT:
 Silk Lamé
 Animal Print Litmus
 Crystals

SKU #: PL-024



CD004654

CD004655



# ARLEQUÍN

TOP:
  Silk Organza
  Strass
  Crystals

SKU #: PL-025

BERMUDA SHORTS:
  Silk Taffeta

SKU #: PL-026



CD004656



# GLAM

BELT:                                          SKU #: PL-027
  Leather

JACKET:                                        SKU #: PL-028
  Silk Satin
  Silk Taffeta
  Crystals

PANTS:                                         SKU #: PL-029
  Silk Charmeuse

28 | RTW WOMEN   SPRING /SUMMER 2014

CD004657



CD004658



# MARRAKESH

BELT:
  Leather
  Crystals

SKU #: PL-030

DRESS:
  Silk Crepe
  Crystals

SKU #: PL-031

CD004659



CD004660



# ANTIBES

TOP:
  Silk Satin

SKU #: PL-032

SKIRT:
  Satin Stretch
  Crystals

SKU #: PL-033

**32** | RTW WOMEN   SPRING /SUMMER 2014

CD004661



CD004662

CD004663



# DARK CODE

TOP:
  Cotton /Lycra
  *Pearls and Bugle

SKU #: PL-034

PANTS:
  Stretch Velvet
  *Crystals

SKU #: PL-035

*All embellishments attached to the top and pants



CD004664

CD004665



# TRANSYLVANIA NIGHT

SCARF:
Silk Charmeuse

SKU #: PL-036

DRESS:
Silk Lycra

SKU #: PL-037

OVER DRESS:
Brocade Chiffon
Strass
Crystals

SKU #: PL-038



CD004666



**GILDA**

SKU #: PL-039

DRESS:
  Silk Crepe
  Strass
  Crystals
  Pearls: Mother of Pearl Lilac

38 | RTW WOMEN   SPRING /SUMMER 2014

CD004667



CD004668

CD004669



# SWEET BOW

SKU #: PL-040

DRESS:
Taffeta Litmus Duplex
Strass
Crystals
Pearls Mother of Pearl



CD004671



# TULIP DOLL

SKU #: PL-041

DRESS:
Lace and Lycra
Crystal Pink and Bugle
Gazar
Crystals Embroidery Appliqués





# RADIANCE

**DRESS:**
Lycra Stretch
Taffeta Litmus Duplex Tornasol
Strass
Crystals:
ovals, squares, and tears

SKU #: PL-042

CD004673





**MERMAID**
(pp: 6-7)
Top: SKU # PL-001
Skirt: SKU# PL-002



**INDIAN SUMMER**
(pp: 8-9)
Top: SKU # PL-003
Skirt: SKU # PL-004



**DORÉ**
(pp: 10-11)
Top: SKU # PL-005
Pants: SKU# PL-006



**URBAN GARDEN**
(pp: 12-13)
Top: SKU # PL-007
Jacket: SKU # PL-008
Skirt: SKU # PL-009



**LIME & PINK**
(pp: 14-15)
Jacket: SKU # PL-010
Pants: SKU # PL-011



**INSINUOUS**
(pp: 16-17)
Top: SKU # PL-012
Jacket: SKU # PL-013
Skirt: SKU # PL-014



**SAMANTHA**
(pp: 18-19)
Top: SKU # PL-015
Jacket: SKU # PL-016
Skirt: SKU # PL-017



**FANTASY**
(pp: 20-21)
Tie: SKU # PL-018
Shirt: SKU # PL-019
Jacket: SKU # PL-020
Pants: SKU # PL-021



**DEGRADÉ**
(pp: 22-23)
COVERALL:
SKU # PL-022



**ZINGARA**
(pp: 24-25)
Top: SKU # PL-023
Skirt: SKU # PL-024



**ARLEQUÍN**
(pp: 26-27)
Top: SKU # PL-025
Bermuda Pants:
SKU # PL-026

CD004675



**GLAM**
(pp: 28-29)
Belt: SKU # PL-027
Jacket: SKU # PL-028
Pants: SKU # PL-029



**MARRAKESH**
(pp: 30-31)
Belt: SKU # PL-030
Dress: SKU # PL-031



**ANTIBES**
(pp: 32-33)
Top: SKU # PL-032
Skirt: SKU # PL-033



**DARK CODE**
(pp: 34-35)
Top: SKU # PL-034
Pants: SKU # PL-035



**TRANSYLVANIA NIGHT**
(pp: 36-37)
Scarf: SKU # PL-036
Dress: SKU # PL-037
Over Dress: SKU # PL-038



**GILDA**
(pp: 38-39)
Dress: SKU # PL-039



**SWEET BOW**
(pp: 40-41)
Dress: SKU # PL-040



**TULIP DOLL**
(pp: 42-43)
Dress: SKU # PL-041



**RADIANCE**
(pp: 44-45)
Dress: SKU # PL-042

CD004676

# THANKS TO ALL OUR TEAM

FASHION DESIGNER
Julio Cesar Cruz

ART DIRECTOR
Elena Fusco

EXECUTIVE VICE PRESIDENT
Mercedes Torres

PRODUCTION DIRECTOR
Alicia Torres

STYLE DIRECTOR
Rafael Ingannamonte



# CONTACT

patriclove@patriclove.com

t: +1 305.

www.patriclove.com

48 | RTW WOMEN   SPRING /SUMMER 2014

CD004714