

**STORE OPENINGS**

**LOS ANGELES, CA**
January 2014
Private showroom offering made-to-measure pieces (RTW)

**SANTO DOMINGO**
Blue Mall Santo Domingo
First Quarter 2014 (RTW)

PATRIC LOVE

CD004711

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
233



CD004712

