



CD004543