



CD004544