10/20/2022 9:18 AM
Case 9:18-cr-80160-WPD   Document 322-331   Entered on FLSD Docket 01/03/2023   Page 1 of 5
error transforming xml

**CEAC DS-160 Report - Sensitive But Unclassified(SBU)**

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
261

Report by [redacted] on 20 October 2022 07:33:00 AM ET

| All security questions are answered 'NO'. | BARCODE #: AA[redacted] | ⚠ Data Check Pending |
|---|---|---|
| | STATUS: SUBMITTED | |

## REMARKS

| Seq. | Section | Remarks | Added By | Submit Date | Site Code |
|---|---|---|---|---|---|

## PERSONAL

| Name Provided: | DIAZ GUILLEN, CLAUDIA PATRICIA |
|---|---|
| Full Name in Native Language: | DOES NOT APPLY/TECHNOLOGY NOT AVAILABLE |
| Other Names Used: | NO |
| Date of Birth: | [redacted] 1973 |
| Place of Birth: | SAN CRISTOBAL, TACHIRA, VENEZUELA |
| Nationality: | VENEZUELA |
| Other Nationalities: | NO |
| Sex: | FEMALE |
| Marital Status: | MARRIED |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

*IMAGE NOT AVAILABLE*

## TRAVEL

| Principal Applicant? | YES |
|---|---|
| Purpose of Your Trip to U.S. | |
| (1) Purpose: | TOURIST/PERSONAL TRAVEL VISITOR (B2) |
| Intended Date of Arrival: | 22 MARCH 2011 |
| Address where you will stay in the U.S.: | INTERNATIONAL DR |
| | ORLANDO, FLORIDA |
| Person/Entity Paying for Your Trip: | SELF |

## TRAVEL COMPANION

| Other Persons Traveling with You: | YES |
|---|---|
| Are you traveling as part of a group or organization? | NO |
| Persons Traveling with You: | |
| (1) Name: | VELASQUEZ FIGUEROA, ADRIAN JOSE |
| Relationship to You: | SPOUSE |
| (2) Name: | [redacted] |
| Relationship | CHILD |

## PASSPORT

| Passport Number: | [redacted] |
|---|---|
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport: | VENEZUELA |
| City Where Issued: | CARACAS |

| | | | | |
|---|---|---|---|---|
| Country/Region Where Issued: | VENEZUELA | | | to You: |
| | | | US CONTACT | |
| Issuance Date: | 23 NOVEMBER 2009 | | Contact Person Name in the U.S.: | DO NOT KNOW |
| Expiration Date: | 22 NOVEMBER 2014 | | | |
| Have you ever lost a passport or had one stolen? | NO | | Organization Name in the U.S.: | FLORIDAYS RESORT ORLANDO |

**WORK, EDUCATION AND TRAINING**

| | | | | |
|---|---|---|---|---|
| Present Work/Education/Training | | | Relationship to You: | OTHER |
| Primary Occupation: | LEGAL PROFESSION | | U.S. Contact Address: | INTERNATIONAL DR |
| Present Employer or School Name: | MINISTERIO DE FINANZAS | | | ORLANDO, FLORIDA |
| Address: | ESQ DE CARMELITAS AV URDANETA | | Phone Number: | (001) [redacted] |
| City: | CARACAS | | Email Address: | DOES NOT APPLY |
| State/Province: | DDTO CAPITAL | | PREVIOUS US TRAVEL | |
| Postal Zone/Zip Code: | 1010 | | Have you ever been in the U.S.? | YES |
| Country/Region: | VENEZUELA | | | |
| Month Salary in Local Currency: | 6000 | | Previous U.S. Visits in the last 5 years | |
| Briefly Describe your Duties: | CONTROL DE ORDENES DE PAGO DE DIFERENTES ORGANISMOS. | | (1) Travel Date of Arrival: | 28 AUGUST 2005 |
| | | | Length of Stay: | 3 DAY(S) |

**ADDRESS AND PHONE**

| | | | | |
|---|---|---|---|---|
| Home Address: | [redacted] | | Do you or did you hold a U.S. Driver's License? | NO |
| City: | CARACAS | | Have you ever been issued a U.S. Visa? | YES |
| State/Province: | DTTO CAPITAL | | | |
| Postal Zone/ZIP Code: | 1010 | | Date Last Visa was Issued: | 01 NOVEMBER 2007 |
| Country/Region: | VENEZUELA | | Visa Number: | [redacted] |
| Same Mailing Address? | YES | | Are you applying for the same type of visa? | NO |
| Primary Phone Number: | 021[redacted] | | Are you applying in the same country where the visa above is issued and is this country your principal country of residence? | YES |
| Secondary Phone Number: | 041[redacted] | | | |
| Work Phone Number: | 021[redacted] | | | |
| Email Address: | [redacted]@HOTMAIL.COM | | Have you been ten-printed? | NO |

**FAMILY**

| | | | |
|---|---|---|---|
| Relatives | | Has your U.S. Visa ever | NO |

| | |
|---|---|
| Father's Surnames: | ▮ |
| Father's Given Names: | ▮ |
| Father's Date of Birth: | ▮ 1945 |
| Is your father in the U.S.? | NO |
| Mother's Surnames: | ▮ |
| Mother's Given Names: | ▮ |
| Mother's Date of Birth: | ▮ |
| Is your mother in the U.S.? | NO |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

### Spouse

| | |
|---|---|
| Spouse's Full Name: | VELASQUEZ FIGUEROA, ADRIAN JOSE |
| Spouse's Date of Birth: | ▮ 1977 |
| Spouse's Nationality: | VENEZUELA |
| Spouse's City of Birth: | MATURIN |
| Spouse's Country/Region of Birth: | VENEZUELA |
| Spouse's Address: | SAME AS HOME ADDRESS |

### LOCATION, PREPARER AND SUBMISSION

### Current Location

| | |
|---|---|
| Location where you will be submitting your application: | CARACAS |
| Current CEAC Version NO.: | 01.00.07 |
| Submission Date: | 21 DECEMBER 2010 10:17:29 PM (GMT -05.00) |

| | |
|---|---|
| been lost or stolen? | |
| Has your U.S. Visa ever been cancelled or revoked? | NO |
| Have you ever been refused a U.S. Visa, been refused admission to the United States, or withdrawn your application for admission at the point of entry? | NO |

### SECURITY AND BACKGROUND

### Medical and Health

| | |
|---|---|
| Do you have a communicable disease of public health significance such as tuberculosis (TB)? | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |

### Criminal

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |

### Security

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other | NO |

| Preparer of Application | |
|---|---|
| Did anyone assist you in filling out this application? | NO |
| Application IP Address: | 190.77.140.120 |

🔼 **SIGN AND SUBMIT LANGUAGE**

| | |
|---|---|
| illegal activity while in the United States? | |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| **Immigration Law Violation** | |
| Have you ever been the subject of a removal or deportation hearing? | NO |
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you failed to attend a hearing on removability or inadmissibility within the last five years? | NO |
| Have you ever been unlawfully present, overstayed the amount | NO |

| | |
|---|---|
| of time granted by an immigration official or otherwise violated the terms of a U.S. visa? | |
| **Miscellaneous** | |
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |
| Have you attended a public elementary school on student (F) status or a public secondary school after November 30, 1996 without reimbursing the school? | NO |

**Data Check Details**

| Seq. | Data Check Type | Data Checked By | Data Checked Date | Site Code |
|---|---|---|---|---|
| (1) | DATA CHECK | ▬ | 2010-12-27 | CRS |

To Top

Data Check Type: - SELECT ONE -

**Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".**

0 **of 4000 characters entered.**

*Note: Per VO guidance, once the DS-160 is reopened the applicant must resubmit the DS-160 before further NIV processing.*

**Are you sure that you want to request the previous report to display?**