

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

09/22/2022 11:31 EDT  Generated By: ▮▮▮▮  Page 1 of 2

## Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/2011 | 12/31/2016 |  | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|  |  |  |  |

## Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
| DIAZ* | CLAUDIA |  | ▮▮/1973 |  |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 02/26/2012 00:00 | *GA | N451BW | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| DIAZ GUILLEN | CLAUDIA PATRICIA | 1973 | P | ▮ | 02/24/2012 23:00 | *GA | 502KA | I | A52B | ▮ | AIRLINE (NOT API) |  |  |  | MIA |  |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |
| DIAZ GUILLEN | CLAUDIA PATRICIA | 1973 | P | ▮ | 06/24/2011 05:24 | *GA | 1 | I | A52B | ▮ | AIRLINE (NOT API) |  |  |  | JAX |  |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 03/08/2011 00:00 | AA | 935 | O |  | Name No Name N | APIS | ON BOARD |  |  | CCS | MIA |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ▮ | 03/04/2011 19:19 | AA | 1738 | I | A492 | ▮ | APIS | ON BOARD |  |  | SJU | CCS |

Total Number of Records: 10

## Legend
Loc

For Official Use Only / Law Enforcement Sensitive

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
266



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:31 EDT         Generated By: ▮▮▮▮▮▮▮▮▮▮         Page 2 of 2

| Codes | Value |
|---|---|
| JAX | JACKSONVILLE |
| CCS | CARACAS, SIMON BOLIVAR |
| MIA | MIAMI INTL, FL |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |
| DAL | LOVE FIELD |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

| Doc Type ||
|---|---|
| Codes | Value |
| P | P - PASSPORT |

| Site Code ||
|---|---|
| Codes | Value |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |

**For Official Use Only / Law Enforcement Sensitive**