

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
269

09/22/2022 11:36 EDT          Generated By: [redacted]          Page 1 of 14

## Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/2011 | 12/31/2016 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
|  |  |  |  |

## Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
| GORRIN* | RAUL |  | [redacted] 1968 |  |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL | 1968 | P |  | 11/08/2016 00:00 | *GA | N95JN | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | OPF |
| GORRIN BELISARIO | RAUL | 1968 | P |  | 11/07/2016 14:50 | *GA | N95JN | I | A52C | [redacted] | APIS | PASSENGER |  |  | OPF | XXX |
| GORRIN BELISARIO | RAUL | 1968 | P |  | 11/06/2016 00:00 | *GA | N833E | I |  | Name No Name N | APIS | PASSENGER |  |  | TEB | XXX |
| GORRIN BELISARIO | RAUL | 1968 | P |  | 09/25/2016 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P |  | 08/27/2016 11:22 | VES | MANADD | I | AV04 | [redacted] | CRUISE SHIP | MANUAL ADD |  |  | 5201 |  |
| GORRIN | RAUL | 1968 | PP |  | 08/26/2016 19:08 |  |  | I | AV04 | [redacted] | PLEASURE BOAT |  |  |  |  |  |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P |  | 08/12/2016 18:10 | *GA | N833E | I | A52C | [redacted] | APIS | PASSENGER |  |  | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P |  | 08/08/2016 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P |  | 07/28/2016 19:32 | *GA | N833E | I | A52C | [redacted] | APIS | PASSENGER |  |  | OPF | XXX |
| GORRIN BELISARIO | RAUL | 1968 | P |  | 06/27/2016 00:00 | *GA | N95JN | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | OPF |
| GORRIN BELISARIO | RAUL | 1968 | P |  | 06/23/2016 21:06 | *GA | N95JN | I | A52C | [redacted] | APIS | PASSENGER |  |  | OPF | XXX |
| GORRIN BELISARIO | RAUL | 1968 | P |  | 06/07/2016 00:00 | *GA | N95JN | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | OPF |

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT    Generated By: ███    Page 2 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 06/06/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ███ | 06/03/2016 20:33 | *GA | N833E | I | A52C | ███ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 05/05/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 05/04/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 05/03/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ███ | 05/02/2016 20:09 | *GA | N833E | I | A52C | ███ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 04/15/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ███ | 04/11/2016 19:01 | *GA | N833E | I | A52C | ███ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 04/06/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ███ | 04/02/2016 17:52 | *GA | N833E | I | A52C | ███ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 03/17/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ███ | 03/05/2016 19:00 | VS | 5 | I | A520 | ███ | APIS | ON BOARD | | | MIA | LHR |
| GORRINBELISARIO | RAUL ANTONIO DE L S | 1968 | P | ███ | 02/17/2016 00:00 | VS | 6 | O | | Name No Name N | APIS | ON BOARD | | | LHR | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 02/14/2016 18:54 | *GA | N833E | I | A52C | ███ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ███ | 02/07/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL | 1968 | P | ███ | 01/21/2016 22:34 | *GA | N95JN | I | A52C | ███ | APIS | PASSENGER | | | OPF | XXX |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

09/22/2022 11:36 EDT    Generated By: ▓▓▓▓▓▓    Page 3 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 01/12/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 01/11/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 01/05/2016 18:27 | *GA | N833E | I | A52C | ▓ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 01/03/2016 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ▓ | 12/20/2015 20:55 | *GA | N833E | I | A52C | ▓ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL | 1968 | P | ▓ | 12/01/2015 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | 1968 | P | ▓ | 11/27/2015 22:42 | *GA | N833E | I | A52C | ▓ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 11/27/2015 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | OPF | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 10/23/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 10/22/2015 00:39 | *GA | N833E | I | A52B | ▓ | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | P | ▓ | 10/04/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN | RAUL | 1968 | P | ▓ | 08/23/2015 15:44 | *GA | N833E | I | A52C | ▓ | APIS | PASSENGER | | | OPF | XXX |
| GORRIN | RAUL | 1968 | P | ▓ | 08/22/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | OPF |
| GORRIN BELISARIO | RAUL | 1968 | P | ▓ | 08/10/2015 21:24 | *GA | N833E | I | A52B | ▓ | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 08/10/2015 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 04/27/2015 13:18 | *GA | N95JN | I | A52B | ▓ | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL | 1968 | P | ▓ | 04/27/2015 00:00 | AA | 56 | O | | Name No Name N | APIS | ON BOARD | | | LHR | MIA |
| GORRIN BELISARIO | RAUL ALFONSO | 1968 | P | ▓ | 04/26/2015 00:00 | BA | 116 | O | | Name No Name N | APIS | NOT ON BOARD | | | LHR | JFK |

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT    Generated By: ▮▮▮▮▮    Page 4 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 04/24/2015 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 04/23/2015 11:04 | *GA | N95JN | I | A52B | ▮ | APIS | PASSENGER | | INS | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 04/23/2015 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 04/22/2015 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 03/16/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | JSJ |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 03/04/2015 19:23 | *GA | N833E | I | A52B | ▮ | APIS | PASSENGER | | CUSTOMS | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 02/17/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | ▮ | 968 | P | ▮ | 02/10/2015 13:33 | *GA | N95JN | I | A52B | ▮ | APIS | PASSENGER | | INS | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 02/10/2015 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/26/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/24/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/18/2015 19:01 | *GA | N833E | I | A10D | ▮ | APIS | PASSENGER | | INS | TEB | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/11/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/10/2015 13:36 | *GA | N833E | I | A52B | ▮ | APIS | PASSENGER | | INS | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/10/2015 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/06/2015 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 01/06/2015 00:00 | *GA | N95JN | O | | | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 12/18/2014 00:42 | *GA | N833E | I | A52B | ▮ | APIS | PASSENGER | | CUSTOMS | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 12/17/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 12/13/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 11/04/2014 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | ▮ | 968 | P | ▮ | 10/29/2014 19:47 | *GA | N95JN | I | A52B | ▮ | APIS | PASSENGER | | CUSTOMS | MIA | XXX |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT     Generated By: ▮▮▮▮▮▮     Page 5 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 10/29/2014 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 09/27/2014 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 09/26/2014 22:39 | *GA | N833E | I | A10D | ▮ | APIS | PASSENGER | | CUSTOMS | TEB | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 09/26/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | TEB | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 09/21/2014 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S T | ▮968 | P | ▮ | 09/04/2014 19:02 | *GA | N833E | I | A52B | ▮ | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 09/04/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 09/02/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 06/12/2014 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | ▮968 | P | ▮ | 06/08/2014 20:26 | *GA | 833E | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | INS | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 06/08/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 05/04/2014 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | ▮968 | P | ▮ | 04/30/2014 02:02 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | CUSTOMS | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 04/30/2014 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 04/21/2014 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | ▮968 | P | ▮ | 04/11/2014 03:17 | *GA | 833E | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 04/11/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 03/30/2014 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | ▮968 | P | ▮ | 03/27/2014 01:31 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | ▮968 | P | ▮ | 03/27/2014 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT          Generated By: ▓▓▓▓          Page 6 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 03/26/2014 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 03/07/2014 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▓ | 03/05/2014 14:58 | *GA | N95JN | I | A52B | ▓ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 03/05/2014 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 02/28/2014 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▓ | 02/26/2014 18:11 | *GA | 451BW | I | A52B | ▓ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 02/26/2014 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 02/23/2014 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▓ | 02/20/2014 19:59 | *GA | 451BW | I | A52B | ▓ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 02/20/2014 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 02/02/2014 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▓ | 01/31/2014 00:16 | *GA | N833E | I | A52B | ▓ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 01/30/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | VN | ▓ | 01/19/2014 19:08 | *GA | 451BW | I | A52B | ▓ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 01/19/2014 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 01/06/2014 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▓ | 12/14/2013 15:11 | *GA | N833E | I | A52B | ▓ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 12/14/2013 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▓ | 11/04/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT          Generated By: ▮▮▮▮▮▮▮          Page 7 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 10/31/2013 21:11 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 10/31/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 08/29/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 08/24/2013 01:52 | *GA | N95JN | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 08/24/2013 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 08/23/2013 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 08/19/2013 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 08/13/2013 00:10 | *GA | 95JN | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 08/12/2013 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 08/04/2013 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 07/30/2013 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 07/24/2013 01:05 | *GA | 95JN | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 07/24/2013 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 07/08/2013 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 07/04/2013 21:24 | *GA | N833E | I | A10D | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | TEB | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 07/04/2013 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | TEB | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 07/01/2013 19:43 | *GA | N833E | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 07/01/2013 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 06/13/2013 16:41 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT        Generated By: ▮▮▮▮        Page 8 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 06/13/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 06/12/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 04/27/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | VN | ▮ | 04/24/2013 21:06 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 04/24/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 04/15/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 04/13/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 04/10/2013 01:32 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 04/10/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 04/09/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 03/08/2013 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 03/07/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 03/04/2013 00:33 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 03/04/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 03/03/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 02/24/2013 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ▮ | 02/20/2013 18:52 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 02/20/2013 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 01/03/2013 00:00 | *GA | N452AC | O | | | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | ▮ | 01/03/2013 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT     Generated By: ▓▓▓▓▓▓     Page 9 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 12/22/2012 15:10 | *GA | N833E | I | A52B | | AIRLINE (NOT API) | | | | MIA | |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | | 12/22/2012 00:00 | *GA | N833E | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 10/28/2012 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 10/12/2012 21:05 | *GA | N833E | I | A52B | | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | | 10/12/2012 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL | 1968 | P | | 09/09/2012 00:00 | *GA | N833E | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 09/05/2012 12:31 | *GA | 833E | I | A52B | | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | | 09/05/2012 00:00 | *GA | N833E | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 08/28/2012 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 08/14/2012 23:53 | *GA | 451 | I | A52B | | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | | 08/14/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 07/30/2012 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 07/22/2012 01:55 | *GA | 451BW | I | A52B | | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | | 07/22/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 07/21/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 07/08/2012 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 07/04/2012 23:19 | *GA | 502KA | I | A461 | | AIRLINE (NOT API) | | | | TEB | |
| GORRIN | RAUL | 1968 | P | | 07/04/2012 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | TEB | XXX |
| GORRIN | RAUL | 1968 | P | | 06/03/2012 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT                 Generated By: ███████                 Page 10 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO DE LA S | 1968 | VN | ███ | 06/01/2012 18:42 | *GA | 502KA | I | A461 | ███ | AIRLINE (NOT API) | | | | TEB | |
| GORRIN | RAUL | 1968 | P | ███ | 06/01/2012 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | TEB | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 05/12/2012 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ███ | 05/10/2012 23:15 | *GA | 451BW | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | ███ | 05/10/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 04/07/2012 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ███ | 03/30/2012 20:06 | *GA | N95JN | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | ███ | 03/30/2012 00:00 | *GA | N95JN | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 03/21/2012 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL | 1968 | P | ███ | 02/20/2012 13:31 | 227 | 612 | I | A52B | ███ | APIS | PASSENGER | | | MIA | SXM |
| GORRIN | RAUL | 1968 | P | ███ | 02/20/2012 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 02/13/2012 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ███ | 02/11/2012 00:24 | *GA | 451BW | I | A52B | ███ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN | RAUL | 1968 | P | ███ | 02/10/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 01/29/2012 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | ███ | 01/24/2012 01:45 | *GA | 451BW | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | 1968 | P | ███ | 01/24/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 01/23/2012 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | ███ | 01/17/2012 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN | RAUL | 1968 | P | ███ | 01/16/2012 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

09/22/2022 11:36 EDT        Generated By: ▮▮▮▮▮        Page 11 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN BELISARIO | RAUL ANTONIO DE L S | /1968 | P | ▮ | 01/12/2012 23:43 | *GA | 502KA | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | /1968 | P | ▮ | 01/12/2012 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | TEB | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 01/05/2012 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | /1968 | P | ▮ | 12/22/2011 15:11 | *GA | N502K | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | /1968 | P | ▮ | 12/22/2011 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 12/20/2011 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | /1968 | P | ▮ | 12/16/2011 02:47 | *GA | 502KA | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | /1968 | P | ▮ | 12/16/2011 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 10/31/2011 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | /1968 | P | ▮ | 10/26/2011 00:43 | *GA | 95JN | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | /1968 | P | ▮ | 10/26/2011 00:00 | *GA | N95JN | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 10/25/2011 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 09/25/2011 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL | /1968 | PP | ▮ | 09/14/2011 11:06 | | | I | AV04 | ▮ | PLEASURE BOAT | | | | | |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | /1968 | P | ▮ | 09/08/2011 21:52 | *GA | N95JN | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | /1968 | P | ▮ | 09/08/2011 00:00 | *GA | N95JN | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 08/29/2011 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | FXE |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | /1968 | P | ▮ | 08/12/2011 18:41 | *GA | 451BW | I | A52B | ▮ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | /1968 | P | ▮ | 08/12/2011 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | /1968 | P | ▮ | 08/07/2011 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT          Generated By: ███████          Page 12 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN | RAUL | .968 | P | ███ | 07/29/2011 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN | RAUL BELISARIO ANTONIO DE LA S | .968 | VN | ███ | 07/28/2011 23:09 | *GA | N451B | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | .968 | P | ███ | 07/28/2011 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | .968 | P | ███ | 07/25/2011 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | TEB |
| GORRIN | RAUL BELISARIO ANTONIO DE LA S | .968 | VN | ███ | 07/20/2011 19:23 | *GA | N502K | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | .968 | P | ███ | 07/20/2011 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | BGR | XXX |
| GORRIN | RAUL | .968 | P | ███ | 06/01/2011 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL | .968 | P | ███ | 05/31/2011 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL BELISARIO ANTONIO DE L S | .968 | P | ███ | 05/26/2011 02:20 | *GA | 2 | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | .968 | P | ███ | 05/26/2011 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | .968 | P | ███ | 05/25/2011 00:00 | *GA | N451BW | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN | RAUL | .968 | P | ███ | 05/11/2011 00:00 | *GA | N451BW | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL BELISARIO ANTONIO DE L S | .968 | P | ███ | 05/04/2011 21:33 | *GA | 451BW | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | .968 | P | ███ | 05/04/2011 00:00 | *GA | N451BW | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | .968 | P | ███ | 04/24/2011 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL BELISARIO ANTONIO DE L S | .968 | P | ███ | 04/16/2011 03:12 | *GA | 2 | I | A52B | ███ | AIRLINE (NOT API) | | | | MIA | |
| GORRIN | RAUL | .968 | P | ███ | 04/16/2011 00:00 | *GA | N502KA | I | | Name No Name N | APIS | | | | MIA | XXX |
| GORRIN | RAUL | .968 | P | ███ | 03/20/2011 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN | RAUL BELISARIO ANTONIO DE LA S | .968 | VN | ███ | 03/02/2011 21:35 | G1A | N95JN | I | A52B | ███ | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN | RAUL | .968 | P | ███ | 03/02/2011 00:00 | *GA | N95JN | I | | Name No Name N | APIS | | | | MIA | XXX |

**For Official Use Only / Law Enforcement Sensitive**



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Encounter List

09/22/2022 11:36 EDT    Generated By: ███    Page 13 of 14

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN | RAUL | 1968 | P | | 02/04/2011 00:00 | *GA | N95JN | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |
| GORRIN BELISARIO | RAUL ANTONIO DE L S | 1968 | P | | 02/03/2011 23:39 | G1A | N95JN | I | A52B | | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| GORRIN | RAUL | 1968 | P | | 02/03/2011 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 01/30/2011 00:00 | *GA | N95JN | I | | Name No Name N | APIS | PASSENGER | | | MIA | XXX |
| GORRIN | RAUL | 1968 | P | | 01/11/2011 00:00 | *GA | N502KA | O | | Name No Name N | APIS | PASSENGER | | | XXX | MIA |

Total Number of Records: 230

### Legend

#### Loc

| Codes | Value |
|---|---|
| TEB | TETERBORO |
| JSJ | SAN JUAN |
| FXE | FORT LAUDERDALE EXECUTIVE |
| OPF | OPA LOCKA |
| MIA | MIAMI INTL, FL |
| 5201 | MIAMI |
| LHR | LONDON / HEATHROW INTL |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |
| SXM | ST MAARTEN, PRINCE JULIANA |
| BGR | BANGOR |
| JFK | JOHN F KENNEDY INTL |

#### Doc Type

| Codes | Value |
|---|---|
| P | P - PASSPORT |
| PP | PP - PASSPORT |
| VN | VN - VISA NON-IMMIGRANT |

#### Site Code

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

09/22/2022 11:36 EDT     Generated By: ███████     Page 14 of 14

| Codes | Value |
|---|---|
| A461 | A461 - CBP-TETERBORO, AIRPT HANGER 2 |
| AV04 | AV04 - MIAMI, CRUISE TERMS 3, 4 AND 5 |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |
| A10D | A10D - CBP-TETERBORO, JET AVIATION |
| A52C | A52C - CBP-OPA LOCKA, AIRPORT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |

For Official Use Only / Law Enforcement Sensitive