

| FLIGHT ENCOUNTER DATE | ARRIVAL LOCATION | DEPARTURE LOCATION | CARRIER CODE | FLIGHT NUMBER | FLIGHT ENCOUNTER HISTORY |
|---|---|---|---|---|---|
| June 24, 2011 | JAX | | GA | 1 | 1 |
| June 24, 2011 | MIA | | GA | N502KA | 1 |
| June 26, 2011 | | DAL | GA | N502KA | 1 |
| February 24, 2012 | MIA | | GA | N502KA | 1 |
| February 24, 2012 | MIA | | GA | 502KA | 1 |
| February 26, 2012 | | MIA | GA | N502KA | 1 |
| February 26, 2012 | | MIA | GA | YV2069 | 1 |
| September 26, 2014 | TEB | | GA | N833E | 1 |
| September 27, 2014 | | TEB | GA | N833E | 1 |

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
272



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:16 EDT    Generated By: [REDACTED]    Page 1 of 2

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 09/26/2014 | 09/26/2014 |  | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
|  |  |  |  |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
|  |  |  |  |  |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected |  |  | *GA | N833E |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROWN | MARIA ROSA | 1971 | C1 |  | 09/26/2014 22:48 | *GA | N833E | I | A10D |  | AIRLINE (NOT API) | MANUAL ADD |  |  | TEB | XXX |
| ECHENAGUCIA GAGO | JESUS ANTONIO | 1983 | VN |  | 09/26/2014 22:45 | *GA | N833E | I | A10D |  | AIRLINE (NOT API) | MANUAL ADD |  |  | TEB | XXX |
| ZINGG | ALEJANDRO | 1973 | P |  | 09/26/2014 22:42 | *GA | N833E | I | A10D |  | APIS | CREW |  |  | TEB | XXX |
| GORRIN PERDOMO | RAUL | 1996 | P |  | 09/26/2014 22:41 | *GA | N833E | I | A10D |  | APIS | PASSENGER |  |  | TEB | XXX |
| PERDOMO ROSALES | MARIA | 1972 | P |  | 09/26/2014 22:40 | *GA | N833E | I | A10D |  | APIS | PASSENGER |  |  | TEB | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P |  | 09/26/2014 22:39 | *GA | N833E | I | A10D |  | APIS | PASSENGER |  | CUSTOMS | TEB | XXX |
| PERDOMO ALFONZO | JOSE ALEJANDRO | 1997 | VN |  | 09/26/2014 22:37 | *GA | N833E | I | A10D |  | AIRLINE (NOT API) | MANUAL ADD |  |  | TEB | XXX |
| PERDOMO ROSALES | GILBERTO | 1974 | P |  | 09/26/2014 22:36 | *GA | N833E | I | A10D |  | APIS | PASSENGER |  |  | TEB | XXX |
| ALFONZO GUERRA | HAYDEE | 1968 | P |  | 09/26/2014 22:35 | *GA | N833E | I | A10D |  | APIS | PASSENGER |  |  | TEB | XXX |
| PERDOMO ALFONZO | JOSE | 1999 | P |  | 09/26/2014 00:00 | *GA | N833E | I |  | Name No Name N | APIS | PASSENGER |  |  | TEB | XXX |
| ECHENAGUCIA | JESUS | 1983 | P |  | 09/26/2014 00:00 | *GA | N833E | I |  | Name No Name N | APIS | CREW |  |  | TEB | XXX |
| PERDOMO ROSALES | GILBERTO | 1974 | P |  | 09/26/2014 00:00 | *GA | N833E | I |  | Name No Name N | APIS | PASSENGER |  |  | TEB | XXX |
| ALFONZO GUERRA | HAYDEE | 1968 | P |  | 09/26/2014 00:00 | *GA | N833E | I |  | Name No Name N | APIS | PASSENGER |  |  | TEB | XXX |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:16 EDT    Generated By: ▮    Page 2 of 2

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERDOMO ROSALES | MARIA | 1972 | P | | 09/26/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | TEB | XXX |
| ZINGG | ALEJANDRO | 1973 | P | | 09/26/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | CREW | | | TEB | XXX |
| GORRIN PERDOMO | RAUL | 1996 | P | | 09/26/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | TEB | XXX |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P | | 09/26/2014 00:00 | *GA | N833E | I | | Name No Name N | APIS | PASSENGER | | | TEB | XXX |

Total Number of Records: 17

| Legend |  |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| TEB | TETERBORO |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |
| VN | VN - VISA NON-IMMIGRANT |
| C1 | C1 - PERMANENT RESIDENT CARD (1998 - 2003) |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A10D | A10D - CBP-TETERBORO, JET AVIATION |

For Official Use Only / Law Enforcement Sensitive



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/11/2022 11:54 EDT     Generated By: [REDACTED]     Page 1 of 2

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 09/27/2014 | 09/27/2014 |  | 23:59 |

| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|---|---|---|---|
|  |  |  |  |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
|  |  |  |  |  |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected |  |  | *GA | N833E |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERDOMO ROSALES | GILBERTO | 1974 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | TEB |
| GORRIN PERDOMO | RAUL | 1996 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | TEB |
| PERDOMO ALFONZO | JOSE | 1997 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | TEB |
| ECHENAGUCIA | JESUS | 1983 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | CREW |  |  | XXX | TEB |
| ALFONZO GUERRA | HAYDEE | 1968 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | TEB |
| PERDOMO ROSALES | MARIA | 1972 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | TEB |
| GORRIN BELISARIO | RAUL ANTONIO | 1968 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | TEB |
| ZINGG | ALEJANDRO | 1973 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | CREW |  |  | XXX | TEB |
| SANCERNI OLIVAN | MARIA | 1971 | P |  | 09/27/2014 00:00 | *GA | N833E | O |  | Name No Name N | APIS | CREW |  |  | XXX | TEB |

Total Number of Records: 9

### Legend

#### Loc

| Codes | Value |
|---|---|
| TEB | TETERBORO |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |

#### Doc Type

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 11:54 EDT                Generated By: ▮▮▮▮▮▮▮▮▮▮                Page 2 of 2

| Codes | Value |
|---|---|
| P | P - PASSPORT |



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/11/2022 10:17 EDT    Generated By: ███████████    Page 1 of 1

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 02/24/2012 | 02/24/2012 |  | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
|  |  |  |  |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
|  |  |  |  |  |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected |  |  | *GA | N502KA |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| LEIF | LAURENCE | 1950 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| MC BRIDE | DONNA | 1957 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| RADA | JORGE | 1953 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| VELASQUEZ DIAZ | JESUS | 2009 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| VELASQUEZ FIGUEROA | ADRIAN | 1979 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| ZINGG | ALEJANDRO | 1973 | P | ███ | 02/24/2012 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |

Total Number of Records: 7

| Legend | |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| MIA | MIAMI INTL, FL |
| XXX | UNKNOWN AIRPORT  (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:54 EDT          Generated By: ███████          Page 1 of 2

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 06/26/2011 | 06/26/2011 |  | 23:59 |

| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|---|---|---|---|
|  |  |  |  |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
|  |  |  |  |  |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected |  |  | *GA | N502KA |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |
| DYNER | KLEIN | 1944 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |
| FIGUEROA DE DYNER | AMELIS | 1959 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |
| ANDRUS TORRES | EROLD | 1984 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |
| MC BRIDE | DONNA | 1957 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | CREW |  |  | XXX | DAL |
| SANZ | EWALDO | 1954 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | CREW |  |  | XXX | DAL |
| ZINGG | ALEJANDRO | 1973 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | CREW |  |  | XXX | DAL |
| ███ | ███ | ███ | ███ | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |
| VELASQUEZ FIGUEROA | ADRIAN | 1979 | P | ███ | 06/26/2011 00:00 | *GA | N502KA | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | DAL |

Total Number of Records: 9

### Legend

**Loc**

| Codes | Value |
|---|---|
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |
| DAL | LOVE FIELD |

**Doc Type**

For Official Use Only / Law Enforcement Sensitive



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/11/2022 10:54 EDT　　　　　Generated By: ▓▓▓▓▓▓▓▓　　　　　Page 2 of 2

| Codes | Value |
|---|---|
| P | P - PASSPORT |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:57 EDT      Generated By: [redacted]      Page 1 of 2

## Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 02/26/2012 | 02/26/2012 |  | 23:59 |

| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
|---|---|---|---|
|  |  |  |  |

## Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
|  |  |  |  |  |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected |  |  | *GA | N502KA |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GORRIN | CARLOS | 2000 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| GORRIN | MARIA | 2001 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| GORRIN | RAUL | 1996 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| GUILARTE | EDWY | 1980 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| PERDOMO | MARIA | 1972 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| DIAZ GUILLEN | CLAUDIA | 1973 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| JARAMILLO | VICTOR | 1977 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
|  |  |  |  |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |
| VELASQUEZ FIGUEROA | ADRIAN | 1979 | P |  | 02/26/2012 00:00 | *GA | N502KA | O |  |  | APIS | PASSENGER |  |  | XXX | MIA |

Total Number of Records: 9

### Legend
#### Loc

| Codes | Value |
|---|---|
| MIA | MIAMI INTL, FL |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |

#### Doc Type

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:57 EDT                Generated By: ▮                Page 2 of 2

| Codes | Value |
|---|---|
| P | P - PASSPORT |

**For Official Use Only / Law Enforcement Sensitive**

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/11/2022 10:57 EDT                Generated By: ████                Page 1 of 2

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 02/26/2012 | 02/26/2012 |  | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
|  |  |  |  |

| Person Search Criteria | | | | | |
|---|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** | |
|  |  |  |  |  | |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected |  |  | *GA | YV2069 |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLANCO | RUBEN | /1975 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | CREW |  |  | XXX | MIA |
| JARAMILLO | VICTOR | /1977 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| PERDOMO | MARIA | /1972 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| MC BRIDE | DONNA | /1957 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | CREW |  |  | XXX | MIA |
| GUILARTE | EDWY | /1980 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| GORRIN | CARLOS | /2000 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| GORRIN | MARIA | /2001 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| GORRIN | RAUL | /1996 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| RADA | JORGE | /1953 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | CREW |  |  | XXX | MIA |
| ZINGG | ALEJANDRO | /1973 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | CREW |  |  | XXX | MIA |
| VELASQUEZ FIGUEROA | ADRIAN | /1979 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
|  |  |  |  |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| DIAZ GUILLEN | CLAUDIA | /1973 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | PASSENGER |  |  | XXX | MIA |
| ECHENAGUCIA | JESUS | /1983 | P |  | 02/26/2012 00:00 | *GA | YV2069 | O |  | Name No Name N | APIS | CREW |  |  | XXX | MIA |

**Total Number of Records: 14**

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:57 EDT                         Generated By: ███████                         Page 2 of 2

| Legend |  |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| MIA | MIAMI INTL, FL |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

**For Official Use Only / Law Enforcement Sensitive**

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/11/2022 10:58 EDT       Generated By: [REDACTED]       Page 1 of 2

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 02/24/2012 | 02/24/2012 | | 23:59 |

| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
|---|---|---|---|
| | | | |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
| | | | | |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected | | | *GA | 502KA | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZINGG PUPPIO | ALEJANDRO IGNACIO | 1973 | P | | 02/24/2012 23:04 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |
| LEIF | LAURENCE EDWARD | 1950 | P | | 02/24/2012 23:02 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |
| | | | | | 02/24/2012 23:02 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |
| VELASQUEZ FIGUEROA | ADRIAN JOSE | 1979 | P | | 02/24/2012 23:01 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |
| DIAZ GUILLEN | CLAUDIA PATRICIA | 1973 | P | | 02/24/2012 23:00 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |
| RADA IZQUIEL | JORGE ANTONIO | 1953 | P | | 02/24/2012 22:58 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |
| MC BRIDE | DONNA | 1957 | P | | 02/24/2012 22:57 | *GA | 502KA | I | A52B | | AIRLINE (NOT API) | | | | | MIA |

Total Number of Records: 7

### Legend

#### Loc

| Codes | Value |
|---|---|
| MIA | MIAMI INTL, FL |

#### Doc Type

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:58 EDT                    Generated By: ▮▮▮▮▮▮▮▮▮▮                    Page 2 of 2

| Codes | Value |
|---|---|
| P | P - PASSPORT |

| Site Code | |
|---|---|
| Codes | Value |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:58 EDT                 Generated By: ▮▮▮▮▮▮                 Page 1 of 2

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 06/24/2011 | 06/24/2011 |  | 23:59 |

| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
|---|---|---|---|
|  |  |  |  |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
|  |  |  |  |  |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected |  |  | *GA | 1 |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOVE | JOSEPH ANTHONY | 1963 | P |  | 06/24/2011 18:17 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| SANTARONE | MICHAEL SIMON | 1961 | P |  | 06/24/2011 18:16 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| OKO | JAMES PETER | 1970 | P |  | 06/24/2011 18:14 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| WILLIAMS | JEFFREY A | 1949 | P |  | 06/24/2011 18:13 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| ALDANA | MACEDONIO | 1958 | P |  | 06/24/2011 18:12 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| PAYNE JR | PHILIP WYATT | 1968 | P |  | 06/24/2011 18:11 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| PETRAGLIA | PAUL ANDREW | 1972 | P |  | 06/24/2011 18:10 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| MC MAHON | MARK JOSEPH | 1977 | P |  | 06/24/2011 18:09 | *GA | 1 | I | A18C |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| MC BRIDE | DONNA | 1957 | P |  | 06/24/2011 05:27 | *GA | 1 | I | A52B |  | AIRLINE (NOT API) |  |  |  |  | JAX |
| SANZ BRASCHI | EWALDO ARTURO | 1954 | P |  | 06/24/2011 05:26 | *GA | 1 | I | A52B |  | AIRLINE (NOT API) |  |  |  |  | JAX |

**For Official Use Only / Law Enforcement Sensitive**



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/11/2022 10:58 EDT          Generated By: ▇▇▇▇▇▇▇          Page 2 of 2

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZINGG PUPPIO | ALEJANDRO IGNACIO | /1973 | P | | 06/24/2011 05:25 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |
| DIAZ GUILLEN | CLAUDIA PATRICIA | /1973 | P | | 06/24/2011 05:24 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |
| VELASQUEZ FIGUEROA | ADRIAN JOSE | /1979 | P | | 06/24/2011 05:21 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |
| | | | | | 06/24/2011 05:20 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |
| ANDRUS TORRES | EROLD EMILIO | /1984 | P | | 06/24/2011 05:19 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |
| DYNER KLEIN | DANIEL MICHAEL | /1944 | P | | 06/24/2011 05:18 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |
| FIGUEROA DE DYNER | AMELIS MARIA | /1959 | P | | 06/24/2011 05:16 | *GA | 1 | I | A52B | | AIRLINE (NOT API) | | | | | JAX |

Total Number of Records: 17

### Legend

| Loc | |
|---|---|
| Codes | Value |
| JAX | JACKSONVILLE |

| Doc Type | |
|---|---|
| Codes | Value |
| P | P - PASSPORT |

| Site Code | |
|---|---|
| Codes | Value |
| A18C | A18C - CBP-JACKSONVILLE, INTL AIRPORT |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

10/11/2022 10:59 EDT    Generated By: ██████    Page 1 of 2

| Common Search Criteria ||||
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 06/24/2011 | 06/24/2011 |  | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
|  |  |  |  |

| Person Search Criteria |||||
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
|  |  |  |  |  |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected |  |  | *GA | N502KA |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MC BRIDE | DONNA | 1957 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| SANZ | EWALDO | 1954 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| ██ | ██ | ██ | ██ | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| VELASQUEZ FIGUEROA | ADRIAN | 1979 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| ZINGG | ALEJANDRO | 1973 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| ANDRUS TORRES | EROLD | 1984 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| FIGUEROA DE DYNER | AMELIS | 1959 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| DIAZ GUILLEN | CLAUDIA | 1973 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |
| DYNER | KLEIN | 1944 | P | ██ | 06/24/2011 00:00 | *GA | N502KA | I |  | Name No Name N | APIS |  |  |  | MIA | XXX |

Total Number of Records: 9

| Legend ||
|---|---|
| Loc ||
| **Codes** | **Value** |
| MIA | MIAMI INTL, FL |
| XXX | UNKNOWN AIRPORT (USED ONLY WHEN THE AIRPORT CODE IS UNKNOWN) |

| Doc Type |
|---|

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Encounter List**

10/11/2022 10:59 EDT  Generated By: ▮  Page 2 of 2

| Codes | Value |
|---|---|
| P | P - PASSPORT |

**For Official Use Only / Law Enforcement Sensitive**