

# Opening Agreement
## For Legal Entities



**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
950

CBH Compagnie Bancaire Helvétique SA
Boulevard Emile Jaques-Dalcroze 7 - Case postale 3754 - CH-1211 Genève 3
Tél. +41 22 839 01 00 - Fax +41 22 346 15 30 - www.cbhbank.com

1

DOJGOR-0000135496

# I. ACCOUNT OPENING AGREEMENT

I. DECLARATION OF IDENTITY

Name:

__SEVENSTAR LTD.__

Headquarters and telephone:

__112 BONADIE STREET, KINGSTOWN, ST. VINCENT AND THE GRENADINES__

Legal documentation to be added to the account opening agreement:

- ☑ Statutes
- ☑ Certified copy of company registration
- ☐ List of authorized signatures
- ☑ Resolution of the Board of Directors authorizing the opening and the operating procedures of the company account (optional)
- ☐ List of authorized persons for managing the account (optional)
- ☐ Latest annual report.

Form of signature:   ☑ individually   ☐ jointly

Signatures:

1. __GUSTAVO PERDOMO ROSALES__
2. __RAUL GORRIN BELISARIO__
3. 

The signatory(ies) warrants/warrant the authenticity and the actuality of the information provided here above. He/She/They shall inform the Bank in writing of any changes.

CBH Compagnie Bancaire Helvétique SA
Boulevard Emile Jaques-Dalcroze 7 - Case postale 3754 - CH-1211 Genève 3
Tél. +41 22 839 01 00 - Fax +41 22 346 15 30 - www.cbhbank.com

2

DOJGOR-0000135497

## II. ACCOUNT SPECIFICATIONS

Kindly open the following type of account with your establishment :

☑ nominative account      Agreed : _____

☐ numbered account      Agreed : _____
(check as applicable)

which will operate with the following account categories :

☑ current account

☑ deposit account

☑ securities account

in all required currencies.

Language : correspondence is to be conducted in :

☐ French

☑ English

☐ German

**MAILING ADDRESS :**

a) All correspondence, valuations and statements of account are to be sent to the following address :

_____

_____

_____

b) Account statements frequency

☐ weekly   ☐ monthly   ☐ quarterly   ☐ semi-annual   ☐ annual

c) Account valuations frequency

☐ monthly   ☐ quarterly   ☐ semi-annual   ☐ annual

d) All correspondence, valuations and statements of account are to be retained by the Bank. In this case, that correspondence will be considered to have been delivered to us on the date stated thereon, and by these presents, the Bank is expressly released from all responsibility in this respect. The Bank is authorized to destroy all correspondence which has not been claimed three years after its issue.

Agreement that all correspondence shall be retained by the Bank :      Agreed: _____

CBH Compagnie Bancaire Helvétique SA
Boulevard Emile Jaques-Dalcroze 7 - Case postale 3754 - CH-1211 Genève 3
Tél. +41 22 839 01 00 - Fax +41 22 346 15 30 - www.cbhbank.com

3

DOJGOR-0000135498

TYPE OF ACCOUNT

**Investment Style**

☑ Investment Advisory

☐ Managed (according to a Mandate and the Bank's Special Management Agreement)

☐ Business account (special conditions)

(check as applicable)

Currency of reference: __USD__

NUMBER AND NAME OF ACCOUNT

The Bank assigns the client an exclusive account number and, if need be, an account name, i.e. :

* The account No : [REDACTED]      Account name : __SEVENSTAR LTD.__

* The Bank will communicate this information subsequently to the client.

Excerpt from the General Conditions - Article 1

Any commitment made by the Bank to the client, other than those printed in this present document, must be confirmed by a letter signed by two authorized officers (directors, member of the management committee, or one of the former together with an assistant vice president or an assistant treasurer).

Hence, for a client to be able to avail himself of an instruction he has given, it is necessary for the Bank to have accepted it by a letter signed by the authorized signatories mentioned above.

__CARACAS__ , date __16.4.2013__

NOTES :

Read and approved :
Signature(s) of the holder(s) :

1. _[signature]_
2. _[signature]_
3. _[signature]_

CBH Compagnie Bancaire Helvétique SA
Boulevard Emile Jaques-Dalcroze 7 - Case postale 3754 - CH-1211 Genève 3
Tél. +41 22 839 01 00 - Fax +41 22 346 15 30 - www.cbhbank.com

4

DOJGOR-0000135499