GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
960

## Application to open an account - Individual Persons
HSBC Private Bank (Suisse) SA

**Heading of account:** ▓▓▓ GR

The undersigned (hereinafter referred to as "the Client") hereby request/s to open an account with HSBC Private Bank (Suisse) SA, hereinafter referred to as "the Bank":

☐ named account     ☐ numbered account

**Reference Currency:**  ☐ CHF   ☒ USD   ☐ EUR   ☐ other: ____

The Client hereby declares to the Bank that the signatures here appended are valid and are legally binding on the Client in all his/her present and future dealings with the Bank. These signatures are not subject to any restrictions other than those pertaining to the chosen type of signing rights and shall remain valid vis-à-vis the Bank until the latter receives written revocation from the Client.

**SIGNATURES CARD:**

Please write in block capitals

1 Surname: GORRIN
  First name(s): PAUL
  Date of birth (dd/mm/yy): ▓▓ 1968
  Address of domicile: ▓▓▓ CARACAS, VENEZUELA
  Nationalities (please list all nationalities): VENEZUELA
  Identification document: PP # ▓▓▓
  Specimen signature: [signature]
  Signature mode: ☒ individual  ☐ jointly by:  ☐ jointly with number:
  Occupation: LAWYER
  Issued by: VENEZUELA
  Expiration date: 14.03.2008

2 Surname: PERDOMO ROSALES
  First name(s): MARIA ALEXANDRA
  Date of birth (dd/mm/yy): ▓▓ 1972
  Address of domicile: ▓▓▓ CARACAS, VENEZUELA
  Nationalities (please list all nationalities): VENEZUELA
  Identification document: PP # ▓▓▓
  Specimen signature: [signature]
  Signature mode: ☒ individual  ☐ jointly by:  ☐ jointly with number:
  Occupation: HOUSEWIFE
  Issued by: VENEZUELA
  Expiration date: 19.01.2008

1/5     GB1106     W011     **HSBC Private Bank** ⟨X⟩

Extract from bank's record

DOJGOR-0000153561

Please write in block capitals

Signature mode.

**3** Surname: ☐ individual

First name(s): ☐ jointly by:

Date of birth: ☐ jointly with number:
(dd/mm/yy)

Address of domicile:

Nationalities: occupation:
(please list all nationalities)

Identification document: issued by:

expiration date:

Specimen signature:


**4** Surname: ☐ individual

First name(s): ☐ jointly by:

Date of birth: ☐ jointly with number:
(dd/mm/yy)

Address of domicile:

Nationalities: occupation:
(please list all nationalities)

Identification document: issued by:

expiration date:

Specimen signature:


The Client undertakes to notify the Bank immediately and on his/her own initiative of any change in surname, first name(s), nationality (-ies) and domicile.

**Account to be opened:**

☐ Individual account    ☒ Joint and several account    ☐ Collective account
The Joint and several account agreement must be signed without fail.
The Collective account agreement must be signed without fail.

Extract from bank's record

2/5     GB1106    W01I    HSBC Private Bank ⟨X⟩

DOJGOR-0000153562

**PLEASE SIGN ONLY ONE TYPE OF AGREEMENT MATCHING THE SIGNATURE MODE**

**Joint and several account agreement**

1. With regard to the cash, securities or other valuables deposited in the joint account (hereinafter "the assets"), the Client (hereinafter referred to as "the joint account holders") shall enjoy the rights and privileges granted under Article 150 of the Swiss Code of Obligations. As jointly and severally liable creditors, each joint account holder shall be authorised to dispose of the assets without restriction at his/her discretion, and in particular to manage, withdraw and transfer the assets or assign them individually.

   Likewise, each joint account holder shall be entitled to pledge or encumber the assets, including to third parties, and to give approval to the Bank or release it from its responsibilities. In discharging its obligations to one of the joint account holders, the Bank shall be released from the said obligations towards the other joint account holders. Notwithstanding the above, the agreement of all the joint account holders shall be required in order to close the account.

2. Each joint account holder is authorised to grant a power of attorney in favour of a third party of his/her choice and to revoke a power of attorney in respect of the account, even if this was granted by another joint account holder.

3. In accordance with Article 143 of the Swiss Code of Obligations, each joint account holder is jointly and severally liable to the Bank for all commitments, obligations and debts which might arise in connection with transactions through the joint account.

4. This Agreement refers only to the rights of the joint account holders vis-à-vis the Bank, without regard to the relationships between the different joint account holders (notably, their ownership rights or those of their heirs).

5. On the death of one of the joint account holders, this joint account agreement shall continue to apply between the Bank and the surviving account holders, who shall therefore continue to have all rights of disposal over the account to the exclusion of the heirs of the deceased account holder.

6. In accordance with the applicable inheritance law, at the request of one of the legitimate heirs of a joint account holder the Bank shall be entitled without further justification to disclose the account balance on the day of that account holder's death as well as the identities of the surviving account holders and their attorneys and other authorised representatives. The Bank shall likewise be entitled to disclose information on account transactions prior to the Client's death to heirs entitled to a compulsory portion of the estate.

7. The joint account holders jointly and severally undertake to reimburse the Bank for any costs and damages that the Bank might incur in connection with claims brought against it by any joint account holder, his/her heirs or any other third party in respect of this joint account agreement.

8. Unless otherwise agreed, the Bank shall be entitled to credit to the joint account any and all cash, securities or other valuables received in the name of a joint account holder.

Client signature(s): |1 _____ |2 _____ |3 _____ |4 _____ |

**Collective account agreement**

1. The Client (hereinafter referred to as the "collective account holders") shall, in conformity with the type of signing rights featured on the Bank's signature card, act collectively in order to dispose of the cash, securities or other valuables deposited in the account (hereinafter referred to as "the assets"), and in particular to manage, withdraw, transfer or assign the assets and to issue instructions or approval to the Bank or release it from its responsibilities and to grant or revoke powers of attorney in respect of third parties.

   Likewise, in observance of the said signing rights, the collective account holders shall be entitled to pledge or encumber the assets, including in favour of third parties. Notwithstanding the above, the agreement of all the collective account holders shall be required in order to close the account.

2. In accordance with Article 143 of the Swiss Code of Obligations, each collective account holder is jointly and severally liable to the Bank for all commitments, obligations and debts which might arise in connection with transactions through the collective account, irrespective of the exact collective signing rights chosen.

3. This Agreement refers only to the rights of the collective account holders vis-à-vis the Bank, without regard to the relationships between the different collective account holders (notably, their ownership rights or those of their heirs).

4. On the death of any of the collective account holders, the rights and obligations pertaining to the collective account shall pass to the heirs of the deceased. Consequently, the said heirs shall have all the rights pertaining to the account and assume all related obligations collectively with the surviving account holders.

5. Unless otherwise agreed, the Bank shall be entitled to credit to the collective account any and all cash, securities or other valuables received in the name of a collective account holder.

Client signature(s): |1 _____ |2 _____ |3 _____ |4 _____ |

Extract from bank's record

3/5 ☐☐☐☐☐☐☐ GB1106 W011 **HSBC Private Bank** ❎

DOJGOR-0000153563

**Instructions regarding correspondence**

The Client(s) hereby declare(s) that the Bank is released from all responsibility arising from the Client's instructions regarding account correspondence and that he/she/they shall bear any consequences that might arise.

Language: (select only one language)

☐ French   ☒ English   ☐ Italian   ☐ German

Letterhead:

☐ with HSBC letterhead (unless otherwise instructed)   ☒ without HSBC letterhead

Frequency: (statement of current account)
☒ quarterly (unless otherwise instructed)   ☐ semi-annually
☐ annual   ☐ monthly (subject to extra charge)

Frequency: (statements of assets)
☒ quarterly (unless otherwise instructed)   ☐ semi-annually
☐ annual   ☐ monthly (subject to extra charge)

**Original of statements and statements of assets:** (tick one box only)

☒ To be kept at the Bank (hereinafter: "hold mail")

☐ To be sent to the following address:
surname+firstname/company name: _____
address: _____
postal code: _____  city: _____  country: _____

**Copies of statements and statements of assets:** (optional and subject to extra charge)

To be sent to the following address:
surname+firstname/company name: _____
address: _____
postal code: _____  city: _____  country: _____

surname+firstname/company name: _____
address: _____
postal code: _____  city: _____  country: _____

The term "hold mail" denotes the arrangement whereby all account correspondence (account statements, debit and credit slips, transaction confirmations, performance analysis and other post including, where applicable, margin calls, redemption notices, etc.) has to be retained on Bank premises. In this arrangement, correspondence is deemed to have been received on the date it bears even if the Client has not become aware of it and the correspondence in question is a formal demand for payment, a letter setting the deadline for performance of an obligation or any other communication of a legal nature to the Client's detriment.

Correspondence not collected may be destroyed after a period of two years commencing on the date it bears. Once that deadline has passed, the Client may, at his/her own expense, obtain photocopies of documents relating to the account which are kept in the Bank's electronic archive.

Notwithstanding the above provision, legal communications shall be sent to the last address known for the Client as entered in the Bank's records, even if this address is not the same as the address designated for receipt of the account correspondence.

The Client may revoke his/her instructions at any time by sending written notification to the Bank.

Extract from bank's record

4/5   GB1106   W01I   **HSBC Private Bank**

DOJGOR-0000153564

**Release from liability in respect of telephone/fax/e-mail**

The Client requests that the Bank executes on receipt all instructions transmitted by telephone, fax, e-mail or any other electronic medium (electronic data exchange), such instructions having been issued to the Bank individually or jointly in accordance with the agreed procedure for signatures by one or more holders of account, attorneys or duly authorised representatives, present or future.

As a general rule, the Bank shall act on such instructions without waiting for confirmation. The Bank may, however, at its own discretion deem it advisable to defer execution until it has obtained prior confirmation.

**Orders issued by telephone/fax/e-mail**

The Client hereby declares that he/she shall assume all risks associated with the use of these technologies, most notably the risks of transmission errors, misunderstandings, misidentification of the issuing party, fraudulent use or other errors in connection with the means of communication which might give rise to damages or to the detriment of the Client, and that the Bank is released from all liability in this respect.

In the case of communications by e-mail or any other electronic medium (electronic data exchange), the Client declares that he/she is familiar with the risks associated with these channels of communication which utilise public and private telecommunication infrastructures beyond the Bank's control.

The Client undertakes to release the Bank from any claim and indemnify the Bank against all costs or damages resulting from the chosen means of communication whether the instructions in question are issued with or without the Client's approval.

This release from liability shall remain valid until revoked in writing by the Client and shall remain in force in the event of the Client's death, civil incapacity, bankruptcy or liquidation.



1 signature:
2 signature:
3 signature:
4 signature:

This account shall at all times be governed by the Bank's General Terms and Conditions, notably the provisions relating to the applicable law and jurisdiction, and which the Client hereby acknowledges having received and expressly accepts as well as by all other specific terms and conditions agreed with the Bank and noted and also accepted by the Client.

Place and date: Caccos, 19.10.2004

Signature(s) of all joint account/collective account holders: 1, 2, 3, 4

Signature verified by:

surname: MAZZARELLA
first name: ANGELO
signature:
initials: MAZ
(surname, first name, initials and signature of the account manager / authorised qualified intermediary)

Please provide a photocopy of an official identification document which is certified as authentic or certified by a notary.

5/5  GB1106  W01I  **HSBC Private Bank**

Extract from bank's record

# A
## Establishment of the Beneficial Owner's Identity
(Form A as per Articles 3 and 4 CDB 03)
HSBC Private Bank (Suisse) SA

**Heading of account:** ▇▇▇▇ GR

**Contracting partner/Individual Person(s):** RAUL ANTONIO GORRIN    MARIA ALEXANDRA PERDOMO ROSALES
(i.e. account holder)

**Contracting partner/Legal Entity:**

The Contracting partner hereby declares: (mark with a cross where appropriate)

[X] that the Contracting partner is the sole beneficial owner of the assets concerned

[ ] that the beneficial owner/s of the assets concerned is/are:

**A** Surname/Corporate Name: _____ address of domicile/head office: _____
First Name: _____
Date of Birth: _____
(dd/mm/yy)
Nationality: _____
country: _____

**B** Surname/Corporate Name: _____ address of domicile/head office: _____
First Name: _____
Date of Birth: _____
(dd/mm/yy)
Nationality: _____
country: _____

**C** Surname/Corporate Name: _____ address of domicile/head office: _____
First Name: _____
Date of Birth: _____
(dd/mm/yy)
Nationality: _____
country: _____

The Contracting partner undertakes to inform the Bank, of his own accord, about any changes. Wilfully entering false information in this form is a criminal offence (art. 251 of the Swiss Penal Code, forgery of documents; under penalty of up to five years of imprisonment).

**Place and date:** Caracas, 19/10.04

**Signature(s) of the Contracting partner(s):** [signatures]

1/1    GB1106    W05    **HSBC Private Bank** ⟨X⟩

Extract from bank's record

DOJGOR-0000153566

W10/401
c14

**REPÚBLICA BOLIVARIANA DE VENEZUELA**

Pasaporte / Passport: P
País Emisor / Issuing State: VEN
Pasaporte Nº / Passport Nº: 007931220

Apellidos / Surname:
GORRIN BELISARIO

Nombres / Given names:
RAUL ANTONIO DE LA SANTISIMA T

Nacionalidad / Nationality:
VENEZOLANA

Sexo / Sex: M

Fecha de Emisión / Date of issue:
25 / Ene / Jan / 2008

Lugar de Nacimiento / Place of birth:
CARACAS VEN

Fecha de Vencimiento / Date of expiry:
24 / Ene / Jan / 2013

P<VENGORRIN<BELISARIO<<RAUL<ANTONIO<DE<L<S<T
<<<<<<<48

THIS IS A ...
DOCUMENT ...
DATE: 16 02 09
INITIALS: MAZ
SIGNATURE: PP Barahona 5569

Extract from bank's record

DOJGOR-0000153567



DOJGOR-0000153568

**HSBC** ⟨X⟩                                                                 **HSBC Private Bank**

---

# Assets and Income Subject to United States Withholding Tax[1]
("Declaration of Non-U.S. Status")

**HSBC Private Bank (Suisse) SA**

| Heading of account | ▓▓▓ GR |
|---|---|
| | |

**Account Holder** (joint account holders have to complete and sign separate forms)

| Surname | GORRIN BELISARIO |
|---|---|
| First Name | Raul |
| Citizenship(s) (list all citizenships) | Venezuelan |
| Permanent residential address (do not use a PO Box or a "care of" address) | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Country of Permanent residential address | Venezuela |

In relation to the requirements imposed by the U.S. Withholding Tax Regulations and by the Qualified Intermediary Agreement which HSBC Private Bank (Suisse) S.A. ("the Bank") has concluded with the U.S. Internal Revenue Service ("IRS"), the undersigned account holder ("the Account Holder") hereby gives the Bank the following information relating to the ownership of assets held in the above-mentioned account in order to enable the Bank:

1. to ascertain whether the Account Holder is or is not a "U.S. Person", and
2. to determine whether the Account Holder intends to claim the benefits of an Income Tax Treaty, if any, between the United States of America ("the USA") and the Account Holder's country of tax residence.

---

[1] This form will be kept in the records of HSBC Private Bank (Suisse) SA

GB0213     W11I

Extract from bank's record

1/3

# HSBC ⟨X⟩            HSBC **Private Bank**

## I. Declarations

### A. Declaration of Non-U.S. Status

(Please check all applicable boxes below)

1. Are you a U.S. citizen? (sole or multiple citizenship)?

   ☐ Yes    ☑ No

   (sole or multiple citizenship, or U.S. Born even if a U.S. Passport has never been required, unless a Certificate of Renunciation to the US citizenship can be provided)

   If the answer to the above question is "No", the boxes below must be checked:

2. Are you a U.S. Resident for U.S. Income Tax Purpose?

   ☐ Yes    ☑ No

   (for example: a lawful permanent resident, e.g. green card holder, not eligible for treaty protection, or other-wise qualifying as an income tax resident of the USA under the substantial or cumulative presence test)

3. Are you subject to U.S. income tax for any other reason?

   ☐ Yes    ☑ No

   (for example, dual tax resident or election to be treated as a resident of the USA for any purposes, including an election to "file jointly" with a U.S. citizen spouse or expatriate, or green card holder, including green card given up during the last ten years with application of special sourcing rules)

   If one of the above questions has been answered by "Yes", disregard this form and submit a duly completed IRS Form W-9.

### B. "No Effectively Connected Income" Declaration

The Account Holder hereby declares that the income from the above-mentioned account is not effectively connected with the conduct of a trade or business in the USA.

### C. Beneficial Ownership Declaration

The Account Holder hereby declares that, according to U.S. tax principles, he is the beneficial owner of all assets and income deposited in the above-mentioned account.

## II. Discovery of Status as a U.S. Person / Agreement to Sell U.S. Securities under Deduction of the Backup Withholding Tax

- If the declarations made above become invalid after the filing of this form with the Bank due to (i) a change in the Account Holder's status (or of any one of them if more than one Account Holder); and/or (ii) a late discovery of the fact that, notwithstanding this form, the Account Holder's status (or of any one of them if more than one) has been misrepresented, and

- If the Account Holder (s) is/are determined to be a U.S. person and fail(s) to submit a valid IRS Form W-9 with the Bank,

the Account Holder hereby irrevocably agrees that the Bank has the right, without prior notice, to sell all U.S. investments held (or considered to be held) in the above-mentioned account and to deduct and pay to the IRS a Backup Withholding Tax of 28% (or the then applicable rate) on the income and the gross sale proceeds of such investments, without disclosure of the Account Holder's identity to the IRS, and the Account Holder agrees that the Bank may not invest in U.S. securities on the Account Holder's behalf.

The Account Holder hereby expressly releases the Bank from any liability in respect of the sale of his U.S. investments and in respect of the Bank ceasing further U.S. investments pursuant to the application of this section II he also undertakes to indemnify the Bank for any liability incurred under the U.S. tax rules or under the Qualified Intermediary Agreement in connection with the Bank's late discovery of the Account Holder's status as a U.S. person.

GB0213     W11I

2/3

Extract from bank's record

# HSBC ⟨X⟩      HSBC **Private Bank**

### III. Application of Income Tax Treaty Relief

The Account Holder declares that he wishes to claim the benefits of the applicable Income Tax Treaty between the USA and the following country:

(Please check the applicable box, if no box checked default will be NO TREATY CLAIM)

☑ No

☐ Yes, please specify country:

|   |
|---|
|   |

If the answer to the preceding question is positive, the Account Holder declares that:

The Account Holder is a resident of the above-named country within the meaning of its Income Tax Treaty with the USA.

### IV. Change in Circumstances

During the contractual relationship with the Bank, the Account Holder undertakes to inform the Bank, at his own initiative and within 30 days, of any change in circumstances which, under applicable U.S. tax regulations, either (i) modifies his status as a "non-U.S. Person" and causes him to acquire the status of a "U.S. Person", or (ii) modifies his U.S. tax status.

The Account Holder certifies that:

a) if necessary, he has taken appropriate tax advice in the USA and in his country of residence or country of treaty eligibility on the issues covered herein, in particular in order to be able to confirm that he meets the conditions allowing him to claim Treaty benefits,

b) to the best of his knowledge and belief, the information contained herein is true, correct and complete, and

c) no contrary information has, directly or indirectly, been provided to the Bank or to any of its employees or agents.

| Place | Caracas, |
|---|---|
| Date | 10  06  13 |
| Signature | ▶ |

GB0213    W11I

FIRMA CONFORME

3/3

Extract from bank's record



## Assets and Income Subject to United States Withholding Tax[1]

("Declaration of Non-US Statut")
HSBC Private Bank (Suisse) SA

**Heading of account:** _____ GR

**Name of accountholder[2]:** Raul Antonio Gorrin

**Citizenship(s):** Venezuela

**Address of permanent residence[3]:** [redacted]

In relation to the requirements imposed by the United States Withholding Tax Regulations and by the Qualified Intermediary Agreement the Bank has concluded with the US Internal Revenue Service ("IRS"), the undersigned accountholder hereby gives the Bank the following information relating to the ownership of assets held in the above account(s) in order to enable the Bank:

1. to ascertain whether the accountholder is or is not a "US Person" and
2. to determine whether the accountholder intends to claim the benefits of an Income Tax Treaty, if any, between the US and the accountholder's country of tax residence.

### I. DECLARATION

#### A. "Non-US Person" Declaration

(Please check all applicable boxes below)

1. Are you a United States citizen (sole or multiple citizenship)?   ☒ No   ☐ Yes

If the answer to Question 1 is "No", please also answer the following questions:

2. Are you a US resident for US Income Tax Purposes?   ☒ No   ☐ Yes

(Are you a lawful permanent resident ("green card" holder) not eligible for treaty protection or do you otherwise qualify as an income tax resident of the US under the "substantial presence test"?)

3. Are you subject to US income tax on a basis other than that applicable to nonresidents for any other reason?   ☒ No   ☐ Yes

(As an example, are you a dual tax resident? Have you elected to be treated as a resident of the US for any purposes, including an election to "file jointly" with a US citizen spouse? Have you expatriated or given up your "green card" during the last ten years and are subject to special "sourcing rules"?)

If you have answered "Yes" to any of the above questions, you are considered as a US Person and we invite you to contact the Bank.

---

[1] The present Form will be kept in the records of the Bank
[2] Joint accountholders have to complete and sign separate forms
[3] Do not use a P.O. Box, or "in care of" address

1/2     GB1006   W111   **HSBC Private Bank** ⟨X⟩

DOJGOR-0000153572

FAX

B. "No Effectively Connected Income Declaration"

The undersigned accountholder hereby declares that the income to which this Form relates is not effectively connected with the conduct of a trade or business in the US

C. "Beneficial Owner Declaration"

The undersigned accountholder hereby declares that, according to US tax principles, he/she is the beneficial owner of all assets and income deposited in the above account(s).

## II. DISCOVERY OF STATUS AS A "US PERSON" / AGREEMENT TO SELL US SECURITIES UNDER DEDUCTION OF BACKUP WITHHOLDING TAX

- If the declarations made above become invalid after the filing of this Form with the Bank due to: (i) a change in the accountholder's status from "Non-US Person" to "US Person"; and/or, (ii) late discovery of the fact that the accountholder's status as described in this Form has been misrepresented; **and**

- If, on or after January 1, 2001, the accountholder fails to submit a valid IRS Form W-9 to the Bank,

the accountholder hereby irrevocably agrees that the Bank has the right, without prior notice, to sell all US investments held (or considered to be held) in the above account(s) and to deduct and pay to the IRS a Backup Withholding Tax of 30% (or the then applicable rate) on the income and the gross sale proceeds of such investments, as provided for under the Qualified Intermediary Agreement concluded between the Bank and the IRS[4], and the accountholder agrees that the Bank will cease to invest in US investments on the accountholder's behalf.

The undersigned accountholder hereby expressly releases the Bank from any liability in respect of the sale of his/her US investments and in respect of the Bank ceasing further US investments pursuant to the application of this provision, and undertakes to indemnify the Bank for any liability incurred under the US tax rules or under the Qualified Intermediary Agreement in connection with the Bank's late discovery of the accountholder's status as a US Person.

## III. APPLICATION OF INCOME TAX TREATY RELIEF

The undersigned accountholder declares that he/she wishes to claim the benefits of the applicable Income Tax Treaty:

(Please check the applicable box)

☒ No

☐ Yes    By checking this box, the undersigned confirms that he/she meets all the provisions that are necessary to claim a reduced rate of withholding tax on all assets and all income to which this Declaration relates under the applicable Income Tax Treaty between the United States and the above country of permanent residence.

## IV. CHANGE IN CIRCUMSTANCES

During the contractual relationship with the Bank, the undersigned accountholder undertakes to inform the Bank, **at his/her own initiative and within thirty days**, of any change in circumstances which, under applicable US tax regulations, modifies the undersigned's residence, citizenship or treaty eligibility, including a change in status that would alter a response under Part I of this Declaration.

The undersigned certifies that: (i) if necessary, he/she has taken appropriate tax advice in the US and/or in the country of permanent residence on the issues covered herein, in particular in order to be able to confirm that the conditions allowing him/her to claim Treaty benefits have been met, (ii), to best of his or her knowledge and belief, the information contained herein is true, correct and complete, and (iii) no contrary information has been provided, directly or indirectly, to the Bank or to any of its officers, employees or agents.

Place and date: 1/11/07

Signature: [signature]

*Remittance of Backup Withholding Tax to the IRS will be made without disclosure of the identity of the accountholder to the US Withholding Agent or to the IRS, as expressly foreseen by the Qualified Intermediary Agreement

2/2    GB1006    W111    **HSBC Private Bank** ⟨X⟩

Extract from bank's record

DOJGOR-0000153573