**To:** Raul Gorrin e-mail personal[rgorrn@gmail.com]
**From:** ▮▮▮▮@martorelloffice.com ▮▮▮▮@martorelloffice.com]
**Sent:** Wed 12/26/2012 9:43:30 PM (UTC)
**Subject:** Jeremias Martorell Details

Mr. Gorrin

These are my details so you can call me when you are on your way to the bank.

Jeremias Martorell
  Accountant
Ph: 786-▮▮▮▮
BB Pin: ▮▮▮▮
Sent via BlackBerry from T-Mobile

DOJGOR-0000723955

GOVERNMENT
EXHIBIT
Case No.: 18-CR-80160-WPD
1143a