To: Raul Gorrin e-mail personal[rgorrn@gmail.com]
From: Jeremias Martorell[█████@martorelloffice.com]
Sent: Wed 12/18/2013 4:31:18 PM (UTC)
Subject: Globo, Ventelecom, La Vitalicia y Interbursa en Miami

Raul es Jeremias Martorell estoy en el BBT Bank y tengo unas preguntas y información de las cuentas y de las empresas, dígame si lo puedo llamar.

Saludos.

Sin mas que agregar por el momento, me despido.

Atentamente.

   Jeremias Martorell
www.martorelloffice.com
11046 West Flagler Street
Miami, Florida 33174
Miami: (786)
Caracas:(212
Mexico DF:(
Buenos Aires
Whats App:



GOVERNMENT
EXHIBIT
Case No.: 18-CR-80160-WPD
1146

DOJGOR-0000729685