

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
**1152**

## HURRICANE QUESTIONNAIRE / PLAN

**TRAVELERS**

### INSURED DETAILS

Insured's full name: BAMBUBAY ESTATES LTD
Address: [redacted] BAYSHORE DR #600

Phone (work): 305 [redacted]  (mobile): 305 [redacted]  (fax): 305 [redacted]
E-Mail: [redacted]@gmail.com

### DETAILS OF YACHT

Vessel Name: SEAN
Type / Model: MOTOR YACHT HATTERAS 90" ENCLOSED BRIDGE
Date built: 2007
Port of Registry: B.V.I.
Hull identification number: HATGS621G607 Z3347
Other identification number: N/A

### INFORMATION REQUIRED

**1. If different from above, who is going to be responsible for the vessel before and after the hurricane?**

Name: CAPT. LEONARDO PEINATE
Address: MARINA CAPCANA, DOMINICAN REPUBLIC

Phone (work): [redacted]  (mobile): 1 809 [redacted]  (fax): 
E-Mail: [redacted]@gmail.com

**2. What is the name, address and contact details of the marina or residence where the vessel is kept?** CAPCANA MARINA, DOMINICAN REPUBLIC
1 809 [redacted]

**3. How frequently, do you or the person named above visit the vessel?**
DAILY

**4. Who if other than the Insured, has the authority to move and prepare the vessel for a storm?** FIRST MATE

**5. Is the vessel in a single slip? if so what is the clearance between the insured vessel and surrounding, docks and piers?** 10 FT TO TRANSOM AND 4' FEET TO EACH SIDE

**6. Is the insured vessel in a single slip with a neighbouring**

vessel? If so what is the distance in feet between the widest beam of the insured vessel and the neighbouring vessel? ...... N/A.

7. How many lines are going to be used to secure the vessel and what is the diameter and material of those lines? ...... DOUBLE BRAIDED 7/8" OF AN INCH AND WILL USE

8. Is the slip covered by a roof or building? ...... NO

9. Does the slip have overhead power lines? ...... NO

10. Which direction is the slip facing? ...... SOUTH

11. If the Insured Vessel is a sailboat will the vessel be hauled and blocked ashore during hurricane season? ...... N/A

12. If the Insured Vessel is a sailboat does she have a "hurricane pit" and will it be used throughout hurricane season? ...... N/A

13. If the vessel will be ashore are all the stands supporting the vessel chained together? ...... IF, YES

14. Will all canvas and/or cushions and/or outriggers removed? ...... YES

15. If the vessel is to be moved to a hurricane hole, what is the travel time by water & if there are any bridges will they open prior to the hurricane? ...... 2 HOURS TO LA ROMANA

16. What arrangements have you made for the safety of your vessel in the event that a named storm warning is issued? ...... SLIP AVAILABLE ON THE HARD, THROUG OUT THE YEAR.

17. What are your alternative plans in the event that the above plan becomes unlikely? ...... DOUBLE LINE, EXTRA FENDERS AND REMAIN AT THE MARINA.

18. Have you ever had to prepare for a storm before (Yes or No)... YES

If so, we would appreciate any tips or comments you may have...... ALWAYS DOUBLE LINE, ANCHOR AT THREE POINTS AND PLENTY OF FENDER. HAVE THE VESSEL FULL OF FUEL.

..........................................................................................................................

### DECLARATION

All material facts must be disclosed to Underwriters whether or not the subject of a specific question above. A material fact is one which a prudent Underwriter would regard as likely to influence the acceptance or assessment of the proposal. Non-disclosure or misrepresentation of material fact may result in the insurance being void. If you are in any doubt about whether facts would be considered material, you should disclose them.

I declare that the particulars and answers are correct and complete in every respect to my knowledge and belief. I agree that this declaration shall form the basis of the contract of insurance between me and the Underwriters if a policy is issued.

I further declare and agree that if the statement and particulars above have been completed in the handwriting of any other person other than the undersigned, such person is deemed to be the agent of the proposer for the purpose of completion purposes.

Signed......*[signature]*...... Full Name....... AMELIS   FIGUEROA

Date........ DEC   10/14

## Megayacht Worksheet

Date: DEC 9/14

Name to be Used on Policy: BAMBOBAY ESTATES LIMITED

Mailing address: [redacted] BAYSHORE DR. #600 City: MIAMI State: FL Zip: 33133

Beneficial Owner's Name: AMELIS FIGUEROA Date of Birth: [redacted]

Occupation: ENTREPENEUR / INVESTMENTS Nationality: VENEZUELA

Other entities or individuals having financial interest in this yacht: N/A

### Yacht To Be Insured:

Year Built: 2007 Length: 80' Manufacturer: HATTERAS

Type: MY Construction Material: FBS Tonnage: 190,000 Total Horsepower: 3300 Gas: ( ) Diesel: (X)

Engine Manufacturer: CATERPILLAR Engine Model: C32

Vessel Name: SEAN Effective Date of Coverage: DEC 15/14

Hull Insured Value: $ Hull Deductible: $ Liability Limit: $

Medical Payments: $ Personal Effects: $ Uninsured Boaters: $

Tenders (must be carried on board and used only to service the megayacht): Year ___ Mfr. NOUURANIA

Length: 14 Horsepower: 60 Value: $ 40,000

Personal Watercraft: How Many: ___ Year: ___ Length: ___ Mfr.: ___

Request for Charter: ( ) Yes (X) No If yes, number of charters per year: ___

Is this yacht part of a Timeshare, Fraction Share, Vacation Club or similar type arrangement? ( ) Yes (X) No

Request for War: ( ) Yes (X) No

Port of Registry: BVI

### Mooring/Navigating Area:

Home Port Spring/Summer: CASA DE CAMPO (DR) / EXUMAS Home Port Fall/Winter: SAMME AS SPRING/SUM

Requested areas of navigation: (X) East Coast of the United States ( ) Gulf Coast of the United States ( ) West Coast of the United States ( ) Vancouver Island, British Columbia, Canada ( ) Newfoundland Island, Canada (X) Bahamas, Turks & Caicos ( ) Inland waters of the United States and Canada ( ) Panama Canal Transit ( ) Mexico ( ) Alaska ( ) Bermuda (X) Eastern Caribbean, not south of Grenada (X) Western Caribbean, not south of Venezuela ( ) Mediterranean navigation ( ) European navigation ( ) Trans-Atlantic – Own bottom ( ) Worldwide ( ) Other: N/A

( ) Cargo Shipment Required Name of cargo carrier: N/A

Shipment dates: N/A City of departure: N/A Arrival city: N/A

1 Year Itinerary: _LEAVE FT LAUDERDALE TO MIAMI, NEXT TO ALL AROUND BAHAMAS, NEXT TO DOMINICAN REPUBLIC, NEXT BACK TO MIAMI FOR YARD WORK AND UPGRADES, NEXT TO THE BAHAMAS, DOMINICAN REPUBLIC AND THE CARIBBEAN._

**Crew Information:**

Total # of full-time paid crew: __3__     Total # of part-time/occaisional crew: __1__

**Please check all that apply:**
(x)Captain  (x)full-time  ( )part-time   Captain's Name: __LEONARDO PEINATE__

(x)First Mate  (x)full-time  ( )part-time      ( )Engineer  ( )full-time  ( )part-time

(x)Deckhand;   ( ) Chef;   ( ) Steward/Stewardess

**Loss/Survey Information:**

Does the insured have any previous loss history:( ) Yes (x) No   If yes, please provide dates, description & amounts:

_____

Does the Captain have any previous loss history: ( ) Yes (x) No   If yes, please provide dates, descriptions & amounts:

_____

Does this yacht have any previous loss history: ( ) Yes (x) No   If yes and different from above, please provide dates, description & amounts:

_____

Survey available: (x) Yes ( ) No.     If yes, you are required to provide us with a copy.

Have all recommendations been complied with: (x) Yes ( ) No.

If insured is not the original owner: What was the purchase date: _____

Is a copy of the pre-purchase survey available: (x) Yes ( ) No.   Original purchase price: $ __3,900,000__

Name of Current/Previous Insurance Carrier: _____   Previously Owned Vessels: __48' SEARAY / 64' HATTERAS M/Y / 32' INTREPID__

Has your insurance ever been non-renewed: ( ) Yes (x) No. If yes, please provide details: _____

_____

**Loss Payee:** Name:_____   Mailing Address:_____

City:_____   State:_____ Zip:_____

Breach of Warranty required: ( ) Yes ( ) No   If so, Amount of Loan: $ __N/A__

**Additional Watercraft:**

Year __2014__ Length __32__ Manufacturer __INTREPID__ Model __327 OPEN__ Value __300,000__

Year _____ Length _____ Manufacturer _____ Model _____ Value _____

Are any of these watercraft towed behind the megayacht (x) Yes ( ) No

DOJGOR-0000004124

## PARTICULARS OF PROPELLING ENGINES

| | |
|---|---|
| No. of sets of engines | 2 |
| No. of shafts | 2 |
| Description of engines (gas or diesel) | DIESEL |
| When Made | 2007 |
| Name and address of makers | CATTERPILLAR<br>501 SW JEFFERSON AV.<br>PEORIA IL 61630 |
| No. of cylinders in each set | 12 |
| Diameter of cylinder | 5.71 IN |
| Length of stroke | 6.38 IN |
| Estimated brake of shaft power (kW) | 1800 HP |
| Estimated speed of ship (knots) | 24 KTS |
| Serial number of engines   Port Side | RXB 02378 |
| Starboard Side | RXB 02384 |
| Number of under deck watertight bulkheads | N/A |
| Number of seamen and apprentices for whom Accommodation is certified | 3 |
| What kind of rigging (eg. Cutter/sloop etc) If it's a sailing boat. | N/A |

