```
30 DIC /2015      394,503,603
FEES =            (4,009,579)
TRANSFERS =       (7,349,814)
FIDEICOMISO =
  (0.4%)          (1,578,014)
CASH BS. =          (121,212)
CASH $ =            (485,000)
CASH EURO-          (150,000)

INTERESES 31/12/2015   19,047,249
  5%

SALDO      = | 399,992,233 |
12/2015
```

**GOVERNMENT EXHIBIT**
Case No.: 18-CR-80160-WPD
1156

DOJGOR-0000313337