```
DEC/2016         399,992,233

FEES    =        (3,459,937)
TRANSFER =      (11,845,686)
FIDEICOMISO =    (1,599,968)
CASH BSF =           (2,266)
CASH $  =         (465,000)
CASH EURO =        (75,000)

INTERESES =      19,127,218
31/12/2016
5%

SALDO =         401,671,595
```



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
1157

DOJGOR-0000313112