**From:** julio cruz <‌@hotmail.com>
**To:** "‌@yahoo.com" <‌@yahoo.com>
**Sent:** Saturday, October 6, 2012 at 07:16:15 PM GMT+2
**Subject:** Acta # 1

Acta # 1
Presentes:
Adrián Velásquez
Mercedes Torres
Julio César Cruz
Claudia



Primera Parte:
muestra de algunos de los ejemplares que se adquirieron en NY. Alexander Mc Quenn, Gucci, Angelo Galasso. Son 4 trajes en Miami (que deben estar listos, sólo para ser usado) 8 camisas, 2 pares de zapatos.

Posible Agenda de viaje:
8-10/10 Kiton. Italia
11-12/10 Balmain. París

Origen del sueño:
Es algo que compartimos Adrián y yo, dios me dio el nombre, el amor es lo q siempre prevalece, 1 Cór 13. Los diseños deben demostrar eso, el nombre nos muestra los que queremos. Siempre hemos tenido fe en los nombres que Claudia nos da, tenemos proyectos en función de eso. Queremos que ustedes encarnen y amen lo que hacen. Cuando hago las cosas las hago bien, sino no las hago. Hacemos lo que nos gusta, y lo hacemos con pasión. Si lo que vamos hacer genera algún beneficio, perfecto, pero no es el fin primero... Pero si genera, bendito sea Dios. Nosotros nos encargaremos de que eso se multiplique. Parábolas de los talentos.

Segunda parte:
Julio:
Entrega del material. Este proyecto lo denominamos marca. Posibles nombres: twelve u, explicación. Las personas no quieren cosas antiguas, porque las personas quieren estar de moda. Man 'man André, explicación. Patric Love, explicación. En las sugerencias de los colores nos impacto al ver la coincidencia. Cindirela by Patric Love, es un nombre muy femenino, que se puede manejar con lo del

logo. El branding ya lo tienes cuando nos centramos en Patric Love. Hay que cuidar los detalles de los colores de manera que no sea excluyente, y no se parezca a los rosados, estilo Hello Kitty.
Misión, visión, y objetivos. Hay que diferenciar nos con lo que hacemos, por ejemplo, nuestra suela debería tener su propio color, se sugiere el verde botella. Y la oficina debe estar completa, tener pasarela...
El organigrama, explicación de la misma, muestra de algunos ejemplos, con las diferentes corporaciones que ya existen.
Es un material que le hemos desarrollado de una manera muy bonita, nos encantaría manejar la parte de la vice presidencia. Adrián, para mi es importante tener el control de todo, y para mi la comunicación es importantísima, yo necesito saber que es lo que pasa en mi empresa. Tenemos qué ir pensando lo que nos va a caracterizar a nosotros, líneas arquitectónicas, impecabilidad, sofisticación, elementos depurados.
Posibles diseñadores: cristophe decarnain, o alguno de sus discípulos.
Se sugiere que se haga una reunión cada dos meses de la junta directiva, de manera de ir presentando los avances y mantener a la presidencia al tanto de lo que se va realizando.

Acuerdos:
Nombre de la marca Patric Love. La línea de alta costura se llamará Cindirela by Patric Love.
Mercedes dice que se pondrá a trabajar en el registro de la marca, de volverlo marca registrada, todo lo que eso implica, con los abogados, la web.
Adrián informa que leerá y estudiará los proyectos junto con Claudia, e informara sobre lo que ellos decidan.

Se culmina nuestra reunión con una oración, poniendo en las manos de Dios, las personas presentes, la marca, el futuro de la misma, el encontrar el diseñador, y todo lo que vamos a realizar a partir de este momento.


Rafael Ingannamote

Caracas, 4 de octubre 2012.


Enviado desde mi iPad