

**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para la Alimentación

**CORPORACION DE ABASTECIMIENTO Y SERVICIOS AGRICOLAS LA CASA S.A**

Gerencia de Recursos Humanos

**CORPORACIÓN DE ABASTECIMIENTO Y SERVICIOS AGRICOLAS**



# CONSTANCIA

Quien suscribe Gerenta De Recursos Humanos de la **CORPORACION DE ABASTECIMIENTO Y SERVICIOS AGRICOLAS S.A.**, hace constar por medio de la presente, que el ciudadano: **ZAPATA RUIZ MOISES**, Titular de la cédula de Identidad N° ▇▇▇▇▇▇ presta sus servicios en esta empresa desde el 08/11/2005, en el cargo de **ASISTENTE ALIMENTARIO I** con rol de **ASISTENTE DE CONCILIACION**, Adscrito a la Gerencia de Logística/ Departamento de Despacho y Control, devengando un Salario Integral **UN MILLON SETECIENTOS CUARENTA Y NUEVE MIL CUATROCIENTOS CUARENTA Y TRES BOLIVARES CON CUARENTA Y OCHO CENTIMOS (Bs. 1.749.443,48).**

Constancia que se expide a petición de la parte interesada en Caracas a los Cinco (05) días del mes de Octubre del año Dos Mil Siete.

Atentamente,

**ABOG. HAYDEE TORREALBA**
**GERENTE DE RECURSOS HUMANOS**

ConChávez el Pueblo es el Gobierno

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
1164