UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS(s)

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN and
ADRIAN JOSE VELASQUEZ FIGUEROA,

Defendants.

_____/

## STIPULATION

The United States of America, defendant Claudia Patricia Diaz Guillen, her undersigned counsel, defendant Adrian Jose Velasquez Figueroa, and his undersigned counsel hereby stipulate and agree to the following facts, which the jury must accept as having been proved beyond a reasonable doubt:

1. The parties agree and stipulate that the records obtained from Switzerland pursuant to the government's requests under the Mutual Legal Assistance Treaty with Switzerland are self-authenticating foreign business records pursuant to 18 U.S.C. § 3505 and Federal Rules of Evidence 803(6) and were received by the government through the proper chain of custody.

| Bank Account | Description of Records |
|---|---|
| Vineyard Ventures, Inc. – 584420 – EFG Bank SA | Vineyard Ventures, Inc. Bank Account Records |
| Mahogany Commercial SA - 584482 – EFG Bank SA | Mahogany Commercial SA Bank Account Records |
| Invesco Capital Fund Inc. - 0213186 – EFG Bank SA | Invesco Capital Fund Inc. Bank Account Records |
| Andiron Corporation SA - 584676– | Andiron Corporation SA Bank Account |

1

GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
1168

| | |
|---|---|
| EFG Bank SA | Records |
| Western Cape Holding Inc. - 584675 – EFG Bank SA | Western Cape Holding Inc. Bank Account Records |
| Bellsite Overseas SA – 1574680 - HSBC Private Banking SA | Bellsite Overseas SA Bank Account Records |
| Raul Antonio Gorrin Belisario and Maria Alexandra Perdomo Rosales – 1520261 - HSBC Private Banking SA | Raul Antonio Gorrin Belisario and Maria Alexandra Perdomo Rosales Bank Account Records |
| MJ Box Tool SA - 12270059 – EFG Bank SA | MJ Box Tool SA Bank Account Records |
| Sevenstar Limited - 21164 - CBH Compagnie Bancaire Helvetique SA | Sevenstar Limited Bank Account Records |
| IBCDB Inc. – 20786 - CBH Compagnie Bancaire Helvetique SA | IBCDB Inc. Bank Account Records |

By: _____
Kurt K. Lunkenheimer
Assistant United States Attorney

By: _____
Paul A. Hayden
Michael Culhane Harper
DOJ Trial Attorneys

By: _____
Marissel Descalzo
Attorney for Claudia Patricia Diaz Guillen

By: _____
Claudia Patricia Diaz Guillen
Defendant

By: _____
Andrew Feldman
Attorney for Adrian Jose Velasquez Figueroa

By: _____
Adrian Jose Velasquez Figueroa
Defendant

2