Nejjie Morales
*Attorney for Respondents*
Oasis Legal Group
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
(561) ███
███s@oasislg.com
███

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
MIAMI, FLORIDA

| | |
|---|---|
| In the Matter Of: ) | |
| ) | |
| Moises Ricardo Ruiz-Zapata ) | File No: ███ |
| ) | |
| A███ J███ V███a-V███ ) | ███6 |
| ) | |
| A███ ███ Zapata-███ ) | ███7 |
| ) | |
| A███ ███ Zapata-███ ) | ███ |
| ) | |
| In removal proceedings ) | |

Immigration Judge Gabriel C. Videla        Master Hearing: March 16, 2022 at 1:00 PM

**RESPONDENTS' FORM I-589 APPLICATION FOR ASYLUM, WITHHOLDING OF REMOVAL, AND RELIEF UNDER THE CONVENTION AGAINST TORTURE**

GOVERNMENT EXHIBIT
CASE NO. 18-CR-80160-WPD
EXHIBIT NO. 1172

EOIR - 1 of 71

Uploaded on: 3/14/2022 at 12:35:59 p.m. (Central Daylight Time) Base City: MIA

Nejjie Morales
Oasis Legal Group
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## MIAMI, FLORIDA

| In the Matter Of: | ) |
| --- | --- |
| Moises Ricardo Ruiz-Zapata | ) File No: ▇▇▇▇▇ |
| A▇▇▇ J▇▇ V▇-▇▇▇ | ) ▇▇▇▇▇ |
| A▇▇▇ ▇▇▇ Zapata-▇▇ | ) ▇▇▇▇▇ |
| A▇▇ ▇▇▇ Zapata-▇▇ | ) ▇▇▇▇▇ |
| In removal proceedings | ) |

### RESPONDENTS' I-589, APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL

Counsel for the Respondents, **Moises Ricardo Ruiz-Zapata**, A▇▇▇ V▇-▇▇▇, A▇▇▇ Zapata▇▇ and A▇▇▇ Zapata▇▇, respectfully submits before this Honorable Court Form I-589, Application for Asylum, Withholding of Removal and Relief under the Convention Against Torture as well as their biographic information (Exhibits "A;" "B;" "C" and "D"), in support of Respondents' application.

Dated: 3/11/2022

Respectfully submitted,

_Nejjiemorales, Esq._
Nejjie Morales
*Attorney for Respondents*
EOIR No. ▇▇▇▇
Oasis Legal Group
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
(561) ▇▇▇▇
▇▇▇@oasislg.com

| Department of Homeland Security | OMB No. 1615-0067; Expires 07/31/2022 |
|---|---|
| U.S. Citizenship and Immigration Services | **I-589, Application for Asylum** |
| U.S. Department of Justice | **and for Withholding of Removal** |
| Executive Office for Immigration Review | |

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

**NOTE:** [X] Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

### Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) None | 3. USCIS Online Account Number (if any) None |
|---|---|---|
| **4. Complete Last Name** Zapata-Ruiz | **5. First Name** Moises | **6. Middle Name** Ricardo |

**7. What other names have you used** (include maiden name and aliases)?
None

**8. Residence in the U.S.** (where you physically reside)

| Street Number and Name | Apt. Number |
|---|---|
| | |
| **City** Hialeah | **State** Florida | **Zip Code** | **Telephone Number** ( 786 ) |

**9. Mailing Address in the U.S.** (if different than the address in Item Number 8)

| In Care Of (if applicable): N/A | Telephone Number ( N/A ) N/A |
|---|---|
| Street Number and Name N/A | Apt. Number N/A |
| City N/A | State N/A | Zip Code N/A |

| 10. Gender: [X] Male [ ] Female | 11. Marital Status: [ ] Single [X] Married [ ] Divorced [ ] Widowed |
|---|---|
| **12. Date of Birth** (mm/dd/yyyy) | **13. City and Country of Birth** Caracas, Venezuela |
| **14. Present Nationality (Citizenship)** Venezuelan | **15. Nationality at Birth** Venezuelan | **16. Race, Ethnic, or Tribal Group** Hispanic | **17. Religion** Christian |

**18. Check the box, a through c, that applies:**
a. [ ] I have never been in Immigration Court proceedings.
b. [X] I am now in Immigration Court proceedings.   c. [ ] I am **not** now in Immigration Court proceedings, but I have been in the past.

**19. Complete 19 a through c.**
a. When did you last leave your country? (mm/dd/yyyy) **12/23/2015**   b. What is your current I-94 Number, if any? **None**

c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | 08/09/2021 | Place | San Luis, Arizona | Status | No status | Date Status Expires | N/A |
| Date | N/A | Place | N/A | Status | N/A | | |
| Date | N/A | Place | N/A | Status | N/A | | |

| 20. What country issued your last passport or travel document? Venezuela | 21. Passport Number Travel Document Number None | 22. Expiration Date (mm/dd/yyyy) 03/05/2022 |
|---|---|---|

| 23. What is your native language (include dialect, if applicable)? Spanish | 24. Are you fluent in English? [ ] Yes [X] No | 25. What other languages do you speak fluently? None |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

EOIR - 3 of 71

Form I-589 (Rev. 08/25/20)

### Part A.II. Information About Your Spouse and Children

**Your spouse**    ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Date of Birth (mm/dd/yyyy) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used (include maiden name and aliases) |
|---|---|---|---|
| V[redacted] | A[redacted] | [redacted] | None |

| 9. Date of Marriage (mm/dd/yyyy) | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 01/28/2022 | Miami, Florida, USA | Caracas, Venezuela |

| 12. Nationality (Citizenship) | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| Venezuelan | Hispanic | ☐ Male ☒ Female |

**15. Is this person in the U.S.?**
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. (mm/dd/yyyy) | 18. I-94 Number (if any) | 19. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| San Luis, Arizona | 08/09/2021 | None | No status |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy) |
|---|---|---|---|
| No status | N/A | ☐ Yes ☒ No | N/A |

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*
☒ I have children.    Total number of children: 2

*(NOTE: Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| [redacted] | [redacted] | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Zapata[redacted] | A[redacted] | [redacted] | [redacted] |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Caracas, Venezuela | Venezuelan | Hispanic | ☐ Male ☒ Female |

**13. Is this child in the U.S.?**    ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| San Luis, Arizona | 08/09/2021 | None | No status |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| No status | N/A | ☒ Yes ☐ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

### Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| [redacted] | [redacted] | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Zapata[redacted] | A[redacted] | [redacted] | [redacted] |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Quintana Roo, Mexico | Mexican | Hispanic | ☐ Male ☒ Female |

13. Is this child in the U.S.? ☒ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| San Luis, Arizona | 08/09/2021 | None | No status |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| No status | N/A | ☒ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

### Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street (Provide if available) | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| See additional info. | Cancun | Quintana Roo | Mexico | 03/2017 | 08/2021 |
| See additional info. | Caracas | Distrito Capital | Venezuela | 07/2012 | 12/2015 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| See additional info. | Hialeah | Florida | USA | 09/2021 | N/A |
| [redacted] | Miami Shores | Florida | USA | 08/2021 | 09/2021 |
| See additional info. | Cancun | Quintana Roo | Mexico | 03/2017 | 08/2021 |
| See additional info. | Mexico City | Mexico City | Mexico | 12/2016 | 03/2017 |
| See additional info. | Mexico City | Mexico City | Mexico | 12/2015 | 12/2016 |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| See additional information | High School | Caracs, Venezuela | 09/2010 | 07/2011 |
| See additional information | High School | Caracs, Venezuela | 09/2001 | 07/2003 |
| See additional information | High School | Caracs, Venezuela | 09/1998 | 07/1999 |
| See additional information | Elementary School | Caracs, Venezuela | 09/1992 | 07/1998 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| Excel in Mexico | Administrative Assistant | 01/2020 | 08/2021 |
| Self Employed in Mexico | Taxi Driver | 04/2019 | 12/2020 |
| Importaciones Mufel S.A. de C.V. in Mexico | Image and sales promoter | 07/2018 | 03/2019 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| | Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|---|
| Mother | [redacted] | Caracas, Venezuela | ☐ Deceased  Mexico |
| Father | [redacted] | Cumana, Sucre, Venezuela | ☐ Deceased  Mexico |
| Sibling | [redacted] | Caracas, Venezuela | ☐ Deceased  Mexico |
| Sibling | [redacted] | Caracas, Venezuela | ☐ Deceased  Mexico |
| Sibling | [redacted] | Caracas, Venezuela | ☐ Deceased  Mexico |
| Sibling | N/A | N/A | ☐ Deceased  N/A |

## Part B. Information About Your Application

(**NOTE:** Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, **Part 1. Filing Instructions, Section II., Basis of Eligibility, Parts A. - D., Section V., Completing the Form, Part B.; and Section VII. Additional Evidence That You Should Submit**, for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   - [ ] Race
   - [ ] Religion
   - [X] Nationality
   - [X] Political opinion
   - [X] Membership in a particular social group
   - [X] Torture Convention

   A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   - [ ] No
   - [X] Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   ```
   From 2011 to 2013, I worked as a bodyguard for Sgt. Claudia Diaz, Director of the National
   Treasury Office, and nurse of late President Hugo Chavez. I indirectly learned about off-record
   dealings related to the Sgt. and her husband, Capt. Adrian Velasquez. The Sgt. and the Capt.
   were high-ranking officials in the Venezuelan government, with much power and influence. After
   requesting not to be involved in several tasks, I became a target to them. In 2013, a co-worker
   was intercepted by armed men on motorcycles asking him about my whereabouts. As a result, I
   resigned from my job in 2013. Upon resigning, Capt. Velasquez threatened me that I should be
   aware of the consequences of this act. My family and I began to move to different homes to not
   be found by the captain. In 2014 my wife and I were chased on different occasions by armed
   motorcyclists. Both of us managed to escape. I knew my family and I were at high risk, so we
   fled the country. An affidavit will follow with more information.
   ```

   B. Do you fear harm or mistreatment if you return to your home country?

   - [ ] No
   - [X] Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   ```
   If I am returned to Venezuela, the Army, to which captain Velasquez and his wife belonged,
   the Colectivos, or any of the security forces used by the regime, will continue the
   persecution against me and murder my family and me for not sharing the regime's political
   ideology and not agreeing with its acts. I fled from Venezuela to Mexico looking for a safe
   place, yet I continued to be threatened, alongside my family.

   An affidavit will follow with more information.
   ```

### Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

   [X] No    [ ] Yes

   If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

   [ ] No    [X] Yes

   If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

   My father has always been a member of the opposition political party "Accion Democratica." My father worked in the National Assembly after the 2015 elections, when the opposition won the majority of the votes. My sister, ███████ was also a member of this opposition political party. She accompanied our father to meetings and belonged to the committee that organized the party's membership meetings, and served as a spokesperson in the protests.

   An affidavit will follow with more information.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

   [ ] No    [X] Yes

   If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

   Currently, my father represents the opposition political party "Accion Democratica" in Mexico.

   An affidavit will follow with more information.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

   [ ] No    [X] Yes

   If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

   I fear being physically and psychologically harmed, illegally jailed, detained, or even murdered, alongside my family, at the hands of the Venezuelan Army, to which captain Velasquez and his wife belonged, the Colectivos, or any of the security forces used by the regime. There is no entity available to protect me since the regime controls all the institutions. I know that I will be in danger in both Venezuela and Mexico as my family and I have been the target of attacks and threats in both countries in the past.

   An affidavit will follow with more information.

**Part C. Additional Information About Your Application**

(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No    [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response.

   If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [ ] No    [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [ ] No    [X] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   ```
   My family and I fled Venezuela on December 23, 2015, to Mexico City. We later moved to Cancun,
   Quintana Roo. Upon suffering different threats in both cities and being victims of xenophobia,
   we decided to flee to the US and crossed the border through San Luis, Arizona, on August 9,
   2021. At first, we had a temporary residency through my wife's job and then became permanent
   residents through our daughter ▓▓▓▓'s birth in Mexico.

   My parents and sisters reside in Mexico legally.

   An affidavit will follow with more information.
   ```

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No    [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application (Continued)**

4. After you left the country where you were harmed or fear harm, did you return to that country?

   [X] No      [ ] Yes

   If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

   [X] No      [ ] Yes

   If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see **Instructions, Part 1. Filing Instructions, Section V. Completing the Form, Part C.**

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

   [X] No      [ ] Yes

   If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.

   If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

### Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

Staple your pho[to]
the photograp[h]
member to be i[ncluded]
extra copy of t[he]
submitted fo[rm]



**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claim granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Moises Ricardo Zapata Ruiz | Moises Ricardo Zapata Ruiz |

Did your spouse, parent, or child(ren) assist you in completing this application?  [X] No   [ ] Yes (If "Yes," list the name and relationship.)

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| (Name) | (Relationship) | (Name) | (Relationship) |

Did someone other than your spouse, parent, or child(ren) prepare this application?   [ ] No   [X] Yes (If "Yes," complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [X] No   [ ] Yes

Signature of Applicant (*the person in Part. A.I.*)

➡ [ _/s/_ ]    03/10/2022
Sign your name so it all appears within the brackets    Date of signature (mm/dd/yyyy)

### Part E. Declaration of Person Preparing Form, If Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| Nellie Susana Morales, Esq. | Nellie Morales |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 561 ) ███████ | 333 SE 2nd Avenue |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 2000 | Miami | Florida | 33131 |

| To be completed by an attorney or accredited representative (if any). | [ ] Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) ███ | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

Form I-589 (Rev. 08/25/20) Page 9