UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS(s)

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN and
ADRIAN JOSE VELASQUEZ FIGUEROA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the United States' unopposed motion to continue the response date to the Defendants' Joint Motion For Judgment Of Acquittal Or A New Trial. [DE 321.] Having considered the motion, it is hereby **ORDERED** and **ADJUDGED** that the motion shall be granted. The United States shall file its response to the Defendants' Joint Motion For Judgment Of Acquittal Or A New Trial on or before February 10, 2023.

                                                     2/1/23
                                       WILLIAM P. DIMITROULEAS
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record