| | |
|---|---|
| From: | heinrich boelcke <​████████████​> |
| Sent: | Thursday, October 11, 2012 7:15 PM |
| To: | Raul Gorrin; ████████████ |
| Cc: | ████████████ |
| Subject: | Fwd: 6,405,000 |
| Attachments: | WIRE TRANSFER IBC.PDF; Untitled attachment 85422.htm |

Saludos Jefe;

Por instrucciones de AV me pidió que le enviáramos el sig requerimiento para procesar pago compra 45

Saludos

HB


Begin forwarded message:

> **From:** heinrich boelcke <​████████████​>
> **Date:** October 11, 2012 3:09:36 PM EDT
> **To:** ████████████, ███@ujaviation.com
> **Subject: 6,405,000**

Jefe; Envie 6,405,000.oo

Colocar referencia ( Learjet 45xr s/n 304  N90RZ )

1



GOVERNMENT EXHIBIT
Case No.: 18-CR-80160-WPD
123

DOJGOR-0000005015



| INSTRUCTIONS FOR USD PAYMENTS TO IBC |
|---|
| U.S. & INTERNATIONAL WIRE TRANSFERS |

| | |
|---|---|
| BENEFICIARY BANK: | INTERNATIONAL BANK OF COMMERCE<br>ABA # ▮▮▮▮28<br>1200 SAN BERNARDO<br>LAREDO, TEXAS 78040 |
| CREDIT: | INSURED AIRCRAFT TITLE SERVICE<br>ACCOUNT # ▮▮▮717<br>▮▮▮▮▮▮▮▮▮ OK 73179<br>PHONE ADVISE: **Joan F. Roberts** |
| REFERENCE: | FAA REGISTRATION NUMBER OR SERIAL NUMBER FOR FOREIGN REGISTERED AIRCRAFT |

**FUNDS HELD IN ESCROW ARE NON-INTEREST BEARING**
**ESCROW FEES MUST BE PAID AT CLOSING**

ESCROW DEPOSITS RECEIVED ARE CONSIDERED REFUNDABLE TO THE DEPOSITOR UNTIL WE ARE NOTIFIED OTHERWISE BY THE DEPOSITOR OR UNTIL WE ARE IN THE RECEIPT OF A PURCHASE AGREEMENT THAT HAS BEEN EXECUTED BY BOTH PURCHASER AND SELLER OUTLINING THE TERMS AND CONDITIONS OF THE FUNDS HELD IN ESCROW.

**THE ESCROW ACCOUNT IS NON-INTEREST BEARING. ESCROW FEES MUST BE PAID AT CLOSING. A MINIMUM $150.00 FEE WILL BE ASSESSED FOR AN UNSUCCESSFULLY CLOSED ESCROW.**

DOJGOR-0000005017