146

1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2                 CASE NO. 18-CR-80160-DIMITROULEAS

3
   UNITED STATES OF AMERICA,
4

5
     -vs-
6
   CLAUDIA PATRICIA DIAZ GUILLEN,
7  ADRIAN JOSE VELASQUEZ FIGUEROA

8        Defendants.
   _____/
9

10                    JURY TRIAL BEFORE
        THE HONORABLE WILLIAM P. DIMITROULEAS
11

12
                 Tuesday, November 29, 2022
13               8:59 a.m. - 4:54 p.m. p.m.

14               299 East Broward Boulevard
              Fort Lauderdale, Florida 33301
15

16

17

18
   Stenographically Reported By:
19 PATRICIA BAILEY-ENTIN, RPR, FPR
   Notary Public, State of Florida
20 BAILEY ENTIN REPORTING, LLC
   Fort Lauderdale Office
21 Phone - 954-745-9511

22

23

24

25

1    APPEARANCES:

2

     On behalf of the United States of America:
3      KURT K. LUNKENHEIMER, Esquire
       US Attorney's Office
4      99 Northeast 4th Street
       Miami, Florida 33132
5      kurt.lunkenheimer@usdoj.gov
              -and-
6      PAUL HAYDEN, Esquire
       MICHAEL CULHANE HARPER, Esquire
7      US Department of Justice Criminal Division Fraud
       Section
8      1400 New York Avenue NW
       Washington, DC 20005
9      paul.hayden2@usdoj.gov
       michael.harper@usdoj.gov

10

11    On behalf of Defendant Claudia Patricia Diaz
      Guillen:
12     MARISSEL DESCALZO, Esquire
       Tache, Bronis, Christianson and Descalzo, P.A.
13     150 Southeast Second Avenue
       Suite 600
14     Miami, Florida 33131 mdescalzo@tachebronis.com

15    On behalf of Defendant Adrian Jose Velasquez
      Figueroa:
16     ANDREW S. FELDMAN, Esquire
       Feldman Firm PLLC
17     200 S. Biscayne Boulevard
       Suite 2790
18     Miami, Florida 33131
       afeldman@feldmanpllc.com

19

20    ALSO PRESENT:
          Claudia Patricia Diaz Guillen, Defendant
21        Adrian Jose Velasquez Figueroa, Defendant
          Spanish Interpreters        -  -  -
22

23

24

25

148

1                          I N D E X

2     WITNESS:                                          PAGE:

3                ALEJANDRO ANDRADE (CON'T)
      DIRECT EXAMINATION (con't) BY MR. HAYDEN:          154
4     CROSS-EXAMINATION BY MS. DESCALZO:                 263
      CROSS-EXAMINATION BY MR. FELDMAN:                  327
5

6
                            -  -  -
7
                       E X H I B I T S
8
                            -  -  -
9
       Number                Description              Page
10
      Government's No. 4     Photograph of Raul Gorrin  191
11

12    Government's No. 6     2/17/14 Email from          170
                             Leonardo Gonzalez to
13                           Alejandro Andrade

14    Government's No. 7     3/11/14 Email from          172
                             Leonardo Gonzalez to
15                           Alejandro Andrade

16    Government's No. 8     4/14/15 Email from          175
                             Leonardo Gonzalez to
17                           Alejandro Andrade

18    Government's No. 10    12/11/12 Email from         207
                             Alejandro Andrade to Raul
19                           Gorrin

20    Government's No. 11    12/12/13 Email from         212
                             Asesore002 to Alejandro
21                           Andrade

22    Government's No.       Certified Translation       212
      11-A
23
      Government's No. 12    1/29/13 Email from Raul     218
24                           Gorrin to Alex Jo and
                             Alejandro Andrade
25

149

| | | |
|---|---|---|
| 1 | Government's No. 12-A | Certified Translation | 219 |
| 2 | | | |
| 3 | Government's No. 13 | 1/31/13 Email from Asesor002 to Alejandro Andrade | 221 |
| 4 | | | |
| 5 | Government's No. 13A | Certified Translation, | 221 |
| 6 | Government's No. 14 | 1/13/13 Email from Raul Gorrin to Alejandro Andrade | 224 |
| 7 | | | |
| 8 | Government's No. 14-A | Certified Translation | 224 |
| 9 | Government's No. 15 | 2/5/13 Email from Alejandro Andrade to Raul Gorrin | 226 |
| 10 | | | |
| 11 | Government's No. 15-A | Certified Translation | 226 |
| 12 | Government's No. 16 | 2/8/13 Email from Asesor002 to Alejandro Andrade | 228 |
| 13 | | | |
| 14 | Government's No. 16-A | Certified Translation | 228 |
| 15 | | | |
| 16 | Government's No. 17 | 2/25/13 Email from Alejandro Andrade to Juan Ortiz | 230 |
| 17 | | | |
| 18 | Government's No. 18 | 2/22/13 Email from Asesor002 to Alejandro Andrade | 232 |
| 19 | | | |
| 20 | Government's No. 18-A | Certified Translation | 232 |
| 21 | Government's No. 19 | 3/4/13 Email from Alejandro Andrade to Raul Gorrin | 235 |
| 22 | | | |
| 23 | Government's No. 19-A | Certified Translation | 235 |
| 24 | | | |
| 25 | | | |

150

| 1 | Government's No. 20 | 3/7/13 Email from Asesor002 to Alejandro Andrade | 236 |
| 2 | | | |
| 3 | Government's No. 20-A | Certified Translation | 237 |
| 4 | | | |
| 5 | Government's No. 21 | 3/11/13 Email from Heinrich Boelcke to Alejandro Andrade, Raul Gorrin, Gustavo Perdomo, Alejandro Zingg | |
| 6 | | | |
| 7 | | | |
| 8 | Government's No. 21-A | Certified Translation | 246 |
| 9 | Government's No. 24 | 5/2913 Email from Elizabeth Gouveia to Asesores03 | 250 |
| 10 | | | |
| 11 | Government's No. 24-A | Certified Translation | 250 |
| 12 | | | |
| 13 | Government's No. 25 | 5/30/13 Email from Asesor002 to Alejandro Andrade | 251 |
| 14 | | | |
| 15 | Government's No. 25-A | Certified Translation | 252 |
| 16 | Government's No. 26 | 11/14/12 Email from Asesor002 to Alejandro Andrade, | 253 |
| 17 | | | |
| 18 | Government's No. 26-A | Certified Translation, | 253 |
| 19 | | | |
| 20 | Government's No. 27 | 1/2/13 Email from Asesor002 to Alejandro Andrade, | 254 |
| 21 | | | |
| 22 | Government's No. 27-A | Certified Translation, | 254 |
| 23 | Government's No. 28 | 4/1/13 Email from Asesor002 to Alejandro Andrade, | 255 |
| 24 | | | |
| 25 | Government's No. 28-A | Certified Translation, | 256 |

151

| | | |
|---|---|---|
| Government's No. 29 | 8/1/13 Email from Asesor002 to Alejandro Andrade, | 256 |
| Government's No. 29-A | Certified Translation, | 256 |
| Government's No. 31 | 8/5/13 Email from Asesor002 to Alejandro Andrade | 258 |
| Government's No. 31-A | Certified Translation | 258 |
| Government's No. 32 | 11/7/14 Email from Asesores03 to Alejandro Andrade | 248 |
| Government's No. 32-A | Certified Translation | 248 |
| Government's No. 33 | WhatsApp Chat | 259 |
| Government's No. 33-A | Certified Translation | 259 |
| Defense Exhibit No. 78 | Photograph | 316 |
| Defense No. 88 | WhatsApp chat | 320 |
| Defense No. 88A | Certified Translation | 321 |
| Defense No. 94 | WhatsApp chat | 266 |
| Government's No. 1156 | Accounting of Money | 178 |
| Government's No. 1156-A | Certified Translation | 179 |
| Government's No. 1157 | Accounting of Money | 181 |
| Government's No. 1157-A | Certified Translation | 181 |

1      (The following was held outside the presence of the

2   jury:)

3           THE COURT:  We're back on the record.

4   Counsel are present.  Both defendants are

5   present.  The interpreters are present.

6           While we're waiting for the jury,

7   anything to come before the Court?

8           MR. LUNKENHEIMER:  Yes, Your Honor.

9   Kurt Lunkenheimer on behalf of the United

10   States.

11           Your Honor, during opening argument, we

12   believe Ms. Descalzo referenced some foreign

13   laws that were enacted or put in place in

14   May of 2010.

15           In the defense notice of Foreign Law

16   Determination, Document 255 -- Docket Entry

17   255 and the Proposed Jury Instructions, 262,

18   there was no reference to that law in 2010,

19   of May of 2010, where there's a change in

20   the process of -- or I think -- I think the

21   argument was -- or the statement was about

22   assigning bonds for sale or purchase.

23           And so we would just request that they

24   notice it properly under Federal Rule of

25   Criminal Procedure 26.1 and provide an

153

1      expert notice if they plan on having someone

2      interpret that law for Your Honor for the

3      jury instruction.

4          We don't need to discuss it any further

5      right now, Your Honor, but that I think is

6      the proper procedure if you're going to

7      notice a foreign law in this type of case.

8          THE COURT:  Anything further?

9          MS. DESCALZO:  Your Honor, I don't know

10     if I'm going to notice that as a jury

11     instruction or not.  I think it will ferret

12     out in the evidence, and we'll see where it

13     all comes out.  I don't believe it was

14     necessarily a law.  I think it was a

15     procedure of process or policy decision made

16     by the government of Venezuela.  So we'll

17     see what the witnesses say.

18         THE COURT:  Okay.

19         Can we get Mr. Andrade back on the

20     stand.

21         While we're waiting for the missing

22     jurors, Mr. Andrade, you understand you're

23     still under oath?

24         THE WITNESS:  Yes, Your Honor.

25         THE COURT:  All right.  Let's bring in

154

1       the jury.

2               (The jury was assembled in the courtroom at

3       9:10 a.m.)

4               THE COURT:  Do the parties concede the

5       presence of the jury and waive its polling?

6               MR. LUNKENHEIMER:  Yes, Your Honor.

7               MS. DESCALZO:  Yes, Your Honor.

8               MR. FELDMAN:  Yes, Your Honor.

9               THE COURT:  And did everyone follow my

10      admonition not to discuss the case or allow

11      it to be discussed in your presence?

12              All right.  Mr. Hayden, you may proceed.

13              MR. HAYDEN:  Thank you, Your Honor.

14      Thereupon,

15                      ALEJANDRO ANDRADE (CON'T),

16      having been first duly sworn or affirmed, was

17      examined and testified as follows:

18                      DIRECT EXAMINATION (con't)

19      BY MR. HAYDEN:

20      Q.   So Mr. Andrade, when we left off yesterday,

21      you had mentioned that you had accepted bribes for

22      your role in a money laundering conspiracy; correct?

23      A.   Yes.

24      Q.   Okay.  We're just going to cover -- refresh a

25      little bit of where we left off yesterday.

155

1          You had mentioned that you participated with

2     three individuals in this money laundering

3     conspiracy?

4          A.   Yes.

5          Q.   And who were those individuals exactly?

6          A.   Raul Gorrin, John Paul Ribas, and Leonardo

7     Gonzalez.

8          Q.   Okay.  And you were the former treasurer of

9     Venezuela at the time -- or you were the treasurer of

10    Venezuela at the time?

11         A.   Yes.

12         Q.   Okay.  And you agreed to accept bribes from

13    these individuals for your participation in a

14    currency exchange scheme?

15         A.   Yes, yes.

16         Q.   Okay.  And I think we're talking about

17    Leonardo Gonzalez Dellan specifically where we left

18    off yesterday.

19         A.   Yes.

20         Q.   Okay.  And we were talking about why you

21    didn't open a bank account at that time.

22         A.   Yes.

23         Q.   And you were discussing how it was a red flag

24    for a public official to open a bank account.

25              MS. DESCALZO:  Your Honor, I'm going to

1       object at this point to leading and asked

2       and answered.

3            THE COURT:  Sustained.

4    BY MR. HAYDEN:

5       Q.   What happened when you tried to open that

6    bank account?

7       A.   They closed the account.

8       Q.   And why did they close the account?

9       A.   Well, I imagine it had to do with the -- my

10   characteristics from the point of view of these

11   financial people.

12      Q.   What did the bank tell you as to why they

13   closed the account?

14           MR. FELDMAN:  Objection.  Hearsay.

15      Calls for hearsay.

16           THE COURT:  I'll allow it for the fact

17      it was said, not for the truth of the matter

18      asserted.

19           You can answer.

20      A.   So banks notify you that they reserve the

21   right to be able to close accounts or not open

22   accounts for any person.  And the reason that I was

23   given was because of my position, my position as a

24   public official and my position as a public official

25   in the political arena.  That was the reason.

157

1              So I also want to add that it's probably also

2      due to the profile I had of a high-ranking official,

3      the fact that I had the position.  I held the

4      position of treasurer at the time that led to this.

5      BY MR. HAYDEN:

6         Q.   How much money did Leonardo Gonzalez pay you

7      while you were still treasurer?

8         A.   Approximately more than $1.5 million.

9         Q.   What form was that payment?

10        A.   Well, it could have been in cash, cash, in

11     gifts, watches.

12        Q.   Anything else?

13        A.   Anything that I needed, he paid for.

14        Q.   So you said the agreement you reached with

15     him let you hold onto the -- him hold onto the money

16     that he owed you and pay you out over time.

17             How exactly did you -- did he pay you out

18     what he owed you?

19        A.   Well, he had an account where that money was

20     deposited; and upon my request, he would make the

21     payments from the account.

22        Q.   Did you know the name of that account?

23        A.   No.  It wasn't -- well, he had the account in

24     the name of companies.

25        Q.   Do you know the name of the companies?

158

1    A.   One was -- phonetically -- Tastor.

2    Q.   Could you --

3    A.   Malavar, another one.

4    Q.   Would you spell Tast- -- the first one?

5    A.   So the first one I mentioned is Tastor, and

6    that is spelled T-A-S-T-O-R.

7    Q.   Okay.  And what was the name of second one?

8    A.   The second one was Malavar.

9    Q.   Is there any other companies that you recall?

10   A.   AA Record was another one.

11   Q.   What was the AA for, if you know?

12   A.   Alejandro Andrade.

13   Q.   So the AA was for Alejandro Andrade?

14   A.   Yes, yes.

15   Q.   Any other companies?

16   A.   I don't remember at this time.

17   Q.   And so how would you communicate when you

18   wanted bills paid with Leonardo Gonzalez?

19   A.   By telephone, WhatsApp.

20   Q.   Any other forms of communication that you

21   would use?

22   A.   Email.

23   Q.   Do you recall Leonardo's email address?

24   A.   I do remember it.  Now, if I was to see it

25   right now, I would recognize it and I would tell you

159

1    that I remember it; but if -- I'd have to see it

2    to -- to know that that was it.  You know, I might

3    make a mistake otherwise.

4           MR. HAYDEN:  Can I show the witness only

5       what's marked as Government Exhibit 6.

6    BY MR. HAYDEN:

7       Q.   If you look at your screen, you should be

8    able to see that exhibit, Mr. Andrade.

9       A.   Yes.

10      Q.   What is this document?

11      A.   It's an email.

12      Q.   Who is the email to?

13      A.   It's to me.  To me, Alejandro Andrade.

14          MR. HAYDEN:  Can we zoom in on the top.

15   BY MR. HAYDEN:

16      Q.   If you look at the very bottom line that's

17   zoomed in, you don't see your email address in the

18   "to" line there but you do see it below.  Is that

19   your email address?

20      A.   Yes, that is my email address.

21      Q.   Okay.  The Hotmail account; correct?

22      A.   Yes.

23      Q.   Is that your personal email address?

24      A.   Yes.

25      Q.   And who is that email from?

160

1        A.   It's from Leonardo Gonzalez.

2        Q.   And do you recognize that as his email

3    address?

4        A.   Yes, I do recognize it.

5        Q.   And what are you asking Mr. Gonzalez Dellan

6    to do in this email?

7             MR. HAYDEN:  You can scroll out so he

8        can see it.

9             MS. DESCALZO:  Objection, Your Honor.

10            THE COURT:  Overruled.

11       A.   Sorry, then, could you repeat that question?

12   BY MR. HAYDEN:

13       Q.   What are you asking Mr. Gonzalez Dellan -- or

14   what is Mr. Gonzalez Dellan asking you to do in this

15   email?

16       A.   So in this email, Leonardo Gonzalez -- I'm

17   notifying him it's got to do with an invoice with a

18   debt.

19       Q.   And what is he telling you in this email?

20            MR. FELDMAN:  Your Honor, this email is

21       not in evidence yet.

22            THE COURT:  Sustained.

23            That means Mr. Hayden will ask another

24       question.

25            MR. HAYDEN:  Your Honor, at this time

1       the Government would like to offer

2       Government Exhibit 6 into evidence.

3            MR. FELDMAN:  We'd object, Your Honor.

4       And if you wouldn't mind, can we -- can we

5       approach the bench?  Because there's a

6       series of similar objections that I think we

7       can take up with Your Honor and be more

8       expedient.

9            THE COURT:  I think you can just make

10      the objections as they come up.

11           MR. FELDMAN:  Well, the same objection,

12      it's kind of a speaking objection, so if

13      Your Honor --

14           THE COURT:  Okay.  Approach the bench

15      sidebar.

16           (The following discussion was had at sidebar

17      out of the hearing of the jury.)

18           MR. FELDMAN:  On behalf of Adrian

19      Velasquez Figueroa and on behalf of Claudia

20      Diaz Guillen for purpose of objections, the

21      Government is going to introduce, I believe,

22      Government Exhibits 6 through 33.  These are

23      all emails or communications via email.

24           They're not business records in the

25      sense that they're not coming in under

1    803.6, because it's certainly not a business

2    record of Mr. Andrade.  They're not business

3    records or records of business that he

4    conducts in the regular course of business.

5    They don't meet that hearsay exception; so

6    they are hearsay.  So they have to come in

7    for another purpose.

8         So they're statements and emails, each

9    and every one of them, between Andrade and

10   Raul Gorrin -- or Andrade, in this

11   particular case, Leonardo Gonzalez Dellan --

12   in which neither one of our clients is

13   included on the email as a participant in

14   the email.

15        So they're not -- they can't be

16   statements of an opposing party, for

17   example.

18        So it's not an email that they're

19   introducing with Andrade where Claudia is

20   there or an email they're introducing with

21   Andrade and Gorrin where Adrian is there.

22        They're also not coconspirator

23   statements because we need to look at the

24   time period of each of these emails.  And

25   I'm not going to go through every single one

1    of them right now.  But, essentially, the

2    Government has charged in Count II a

3    conspiracy to violate 18 USC Section

4    1956(a)(2)(A).  That's an international

5    money laundering promotion scheme.  And the

6    conspiracy involves the promotion of an

7    illegal bribery scheme with Claudia Diaz

8    Guillen.

9         At the time of many of these emails,

10   including Government's Exhibit 6, 7, 8, 22,

11   23, 24, 25, 21, 30, 31, 32, and 33, Claudia

12   Diaz Guillen is not the treasurer of

13   Venezuela.

14        So these payments that they're talking

15   about, that she's not on these emails,

16   cannot be in furtherance of or with the

17   intent to promote or carry on an illegal

18   bribery scheme that involves payment to

19   Claudia Diaz Guillen because she's not the

20   treasurer.

21        The reverse is also true, Your Honor.

22   They're not evidence of promoting a bribery

23   scheme with Andrade, okay.  Andrade is up

24   here testifying, and he certainly was the

25   treasurer, but in emails six -- excuse me,

1   in Exhibit 6 through 33 where he's

2   corresponding with these different folks,

3   he's not the treasurer.  He stops being the

4   treasurer in 2011.

5          So each and every one of these occurs

6   while he's not the treasurer, so they can't

7   be coconspirator statements that come in for

8   the purpose of promoting an illegal bribery

9   scheme where he's the foreign official

10  receiving money to give Gorrin an improper

11  advantage because he's not the treasurer.

12  There's no payments to a foreign official to

13  carry on this illegal bribery scheme.

14         The only ones that occur, the only

15  exhibits that occur while Claudia is

16  treasurer are 10, 11, 12, 13, 14, 15, 16,

17  17, 18, 19, 20, and 21.  But again, those

18  are with Andrade, and those are with Gorrin,

19  and they have absolutely nothing to do with

20  her, nothing to do with any payments to her,

21  any payments to Adrian, any payments to

22  anyone that's sitting here on trial.

23         So just to kind of go back in time here,

24  they're not coming in under any hearsay

25  exception because the only hearsay exception

1      this could be is a business records

2      exception.

3           And, yeah, they may be the business

4      records of Google or Hotmail or something,

5      but that's not the point of the business

6      record exception.  Andrade is not here as a

7      custodian of his own business records,

8      talking about, "Oh, these are the business

9      records of my companies," of which he can't

10     remember the names of many of them.  So they

11     have to meet some other type of exception to

12     hearsay rule, meaning non-hearsay.

13          And they don't come in as an opposing

14     party statement, absolutely not.  And they

15     don't come in as a coconspirator statement

16     for the reasons that I've stated, mostly

17     because the temporal problems and the fact

18     that he's not the treasurer and Claudia is

19     not the treasurer.

20          So that's our objection, not so in

21     short, but to each and every one of these.

22     And I can -- you know, we'll continue to

23     preserve this objection, but I don't think

24     any of these mails should come in.

25          THE COURT:  Mr. Hayden.

166

1          MR. HAYDEN:  So, Your Honor, these are

2     statements in furtherance of a conspiracy.

3     Let me break it out in two separate

4     functions, though, or two separate piles.

5          First you have the Leonardo Gonzalez

6     Dellan pile, which the Government

7     wholeheartedly admits was a conspiracy that

8     Andrade pled guilty to with Leonardo

9     Gonzalez Dellan as part of that pleading

10    guilty.

11         This goes to his credibility and to his

12    motives and intents for entering into a

13    conspiracy with Raul Gorrin and ultimately

14    Claudia Diaz.  He will testify that he

15    recruited Claudia Diaz into the conspiracy.

16    And all of the emails then regarding Raul

17    Gorrin will fall into the hearsay exception

18    to -- into the hearsay exception as a

19    coconspirator statement in furtherance of

20    the conspiracy.

21         As to the other emails, other

22    coconspirators that worked for Raul Gorrin

23    sent Alejandro Andrade spreadsheets, which

24    we will argue also fall in the coconspirator

25    hearsay.  And if not, those spreadsheets are

1          contemporaneous, kept at the same time and

2          considered to be business records of the

3          conspiracy between Gorrin and Claudia.

4               As to it not -- as to a conspiracy to

5          promote, you can -- the crime is not

6          complete until the bribe is paid.  So the

7          promotion piece of this is that money

8          laundering is a continuing offense.  And the

9          bribery underlying it is then paid later.

10         The idea wasn't they got these profits.  The

11         profits are made.  They're kept by Raul

12         Gorrin and then paid out at later dates, but

13         it's not complete until those actual bribes

14         are paid later.

15              THE COURT:  Anything further?

16              MR. FELDMAN:  Well, I think we -- I

17         think we jumped the gun on some of the

18         different sort of piles of emails which deal

19         with the Raul Gorrin and his -- you know,

20         his so-called agents; so I won't address

21         that.

22              But I will address the last thing that

23         Mr. Hayden said, and, of course, the jury

24         will be instructed on this:  They charged

25         under, again, Section 1956(a)(2)(A), which

1    talks about the specific intent to promote
2    the carrying on of an illegal bribery scheme
3    where an illegal bribery scheme is payments
4    to foreign officials.
5         If those foreign officials are no longer
6    foreign officials, then these can't be
7    bribes in furtherance -- or they can't be
8    payments in furtherance of giving anyone an
9    improper business advantage at that point
10   because they've lost their foreign official
11   status.  They may be something else, but
12   they're not -- they're not being paid --
13   like in a drug case, for example,
14   Your Honor, where a drug trafficking
15   organization makes a payment to purchase a
16   home -- right? -- and that home is then used
17   to later sell drugs out of that home, that
18   payment may be from clean money, probably
19   not if it's a drug trafficking organization,
20   but it could be from clean money.
21        That payment is made to promote the
22   carrying on of that drug trafficking
23   conspiracy because the home is now going to
24   be used for transactions that involve sales
25   and purchases of narcotics.

169

1          We don't have that here because there is

2     no illegal bribery scheme left when Claudia

3     Diaz Guillen is not the treasurer after May

4     of -- excuse me -- April of 2013 and when

5     Andrade is not the treasurer, which is long

6     gone after 2011.  We're talking about an

7     email right now from 2014, three years

8     later.

9          So I don't -- I don't see how any of

10    that comes in under the coconspirator

11    statement.  It's not really an exception.

12    It's just non-hearsay under 801 -- whatever

13    it is.

14         THE COURT:  I'm going to overrule the

15    objection, subject to a motion to strike if

16    the conspiracy isn't independently tied up.

17         MR. FELDMAN:  I didn't --

18         MR. HAYDEN:  What was the last part,

19    Your Honor?

20         MR. FELDMAN:  Yeah, I missed the last

21    part, Your Honor.

22         THE COURT:  Subject to a motion to

23    strike if the conspiracy isn't independently

24    tied up.

25         (The following was had within the

170

1      hearing of the Jury:)

2          THE COURT:  Exhibit 6 will be received.

3          (Government's No. 6, 2/17/14 Email from

4      Leonardo Gonzalez to Alejandro Andrade, was

5      received in Evidence.)

6  BY MR. HAYDEN:

7      Q.   Mr. Andrade, again, do you recognize that

8  email address in the "from" line?

9      A.   Yes.

10     Q.   And whose email address is that?

11     A.   It's Leonardo Gonzalez's.

12     Q.   Okay.  How do you know that to be his email

13 address?

14     A.   Because we frequently exchanged emails, and I

15 recognize it.

16     Q.   Okay.  Is this the email address that you

17 would use to communicate with him when you wanted

18 something paid from the money he was holding for you?

19     A.   Yes.

20     Q.   And what is the date of this email?

21     A.   February 17th of 2014.

22     Q.   Okay.  And what year did you leave the

23 treasury?

24     A.   2011.  It was 2010 or 2011.  I mean, like

25 January of 2011.

1          MR. HAYDEN:  Okay.  If we can scroll

2     down to that first email in the chain and

3     blow that up.

4  BY MR. HAYDEN:

5     Q.   Why is this email being sent to you?

6     A.   They're sending me an invoice.

7          MR. HAYDEN:  Okay.  And if we can go to

8     the bottom of that email.

9  BY MR. HAYDEN:

10    Q.   What is the total amount?

11    A.   $311,037.92.

12    Q.   And why are you forwarding this to Leonardo

13 Gonzalez?

14    A.   So that he would pay it.

15    Q.   And why would he pay it?

16    A.   Because he had money.  He had money.

17    Q.   Whose money?

18    A.   He had my money, which was a result of the

19 agreements that we had reached.

20    Q.   And would you just remind everybody what that

21 agreement was.

22    A.   That we had to split the profits or the gains

23 that we made in Venezuela as a result of exchanging

24 dollars for bolivars.

25    Q.   And these are the bribe payments that he

172

1    offered you when you were treasurer?

2       A.  Yes.

3       Q.  I'm going to show you what's marked as

4    Government's Exhibit 7.  I believe it's been

5    admitted.  No, sorry.

6         MR. HAYDEN:  I would offer Government

7    Exhibit 7, Your Honor, at this time.

8         THE COURT:  Is there an objection?

9         MS. DESCALZO:  Yes, Your Honor.  Same

10    objection.  I need to -- the exhibits --

11         THE COURT:  Overruled.  So that will be

12    received.

13         MR. HAYDEN:  Can you show it to just the

14    witness only?  Sorry.

15         MS. DESCALZO:  Objection, Your Honor.

16         THE COURT:  It's overruled.  7 will be

17    received.

18         (Government's No. 7, 3/11/14 Email from

19    Leonardo Gonzalez to Alejandro Andrade, was

20    received in Evidence.)

21  BY MR. HAYDEN:

22       Q.  Who is this email to, Mr. Andrade?

23       A.  It's to me.

24       Q.  And again, is that your personal email

25    address?

173

1         A.   Yes, it is to my email.

2              MR. HAYDEN:  I'm going to offer the

3         exhibit at this time, Your Honor, to be

4         published.

5              Oh, it's already published.  Sorry.

6    BY MR. HAYDEN:

7         Q.   And who is that email from?

8         A.   It's from Leonardo Gonzalez.

9         Q.   And what is the date of this email?

10        A.   March 11, 2014.

11        Q.   And what is the subject of the email?

12        A.   It's a Swift.

13        Q.   Would you go ahead and read the "subject"

14   line, please.

15             MR. HAYDEN:  Can you zoom in on it,

16        please.

17   BY MR. HAYDEN:

18        Q.   What is Tastor?

19        A.   It says it's a Tastor Swift, Dutta

20   Corporation.

21        Q.   What is Tastor?

22        A.   So Tastor was one of the companies through

23   which he would pay me.

24        Q.   And what is Dutta Corp?

25        A.   It's a horse transport company.

174

1          MR. HAYDEN:  Can we scroll down to the

2      first email in the chain.

3  BY MR. HAYDEN:

4      Q.   Who is Luca Farinella?

5      A.   I do not recognize that.  I don't recognize

6  who she is.

7      Q.   Do you know who V3Cap after her name is?

8      A.   No, no.  I don't recognize that.

9      Q.   And it says a Swift is attached.  If we go to

10 the last page, you will see the Swift.

11          Why is Leonardo forwarding you this Swift?

12     A.   In order to tell me that he has already made

13 the payment.

14     Q.   And for the benefit of the jury, what is a

15 Swift?

16     A.   So a Swift is a form of verification or

17 showing a record that a transfer has been made.

18     Q.   And what is the total amount that was

19 transferred here?

20     A.   It's $376,812.91 total in dollars.

21     Q.   Do you know why this amount is approximately

22 65,000 higher than what we saw in the invoice in

23 Government Exhibit 6?

24     A.   I don't remember at this moment.

25     Q.   Okay.

175

1      A.    I'm not able to remember what the difference

2   is due to at right now.

3      Q.    I'm going to show you what's marked as

4   Government Exhibit 8.

5            What is this document?

6      A.    It's an email.

7      Q.    And who is the email to?

8      A.    To me.

9            MR. HAYDEN:  I would like to offer

10           Government Exhibit 8 at this time,

11           Your Honor.

12           MS. DESCALZO:  Same objection.

13           THE COURT:  Overruled.  8 will be

14      received.

15           (Government's No. 8, 4/14/15 Email from

16      Leonardo Gonzalez to Alejandro Andrade, was

17      received in Evidence.)

18   BY MR. HAYDEN:

19      Q.    And who is this email from?

20      A.    Leonardo Gonzalez.

21      Q.    And what is the date of this email?

22      A.    April 14, 2015.

23      Q.    And what is the subject of this email?

24      A.    It says here that it's two Swifts, two Swifts

25   made by or coming from Tastor.

1  Q.   If we scroll down to page 4, who is this
2  Swift from?
3  A.   Tastor.  Tastor, Inc.
4  Q.   And who is the Swift to?
5  A.   Cega Consulting, LLC.
6  Q.   And what is Cega?
7  A.   It was a company, a company from which I made
8  certain payments.
9  Q.   What was the amount of the payment?
10  A.   $53,014.
11  Q.   And if we scroll down to page 6 -- can we
12  zoom in on this? -- who is this Swift from?
13  A.   Tastor.
14  Q.   And who is this Swift to?
15  A.   Gianni Gabrielli.
16  Q.   Who is Gianni Gabrielli?
17  A.   My daughter's husband.
18  Q.   And why is Leonardo forwarding you this email
19  with these Swifts?
20  A.   To let me know that he has made the
21  transfers.
22  Q.   And how did Leonardo account for the money he
23  owed you?
24  A.   It would be reflected on documents and papers
25  that he would send me.

177

1     Q.   And how would he send you those papers?

2     A.   Through pictures.

3     Q.   And how did Leonardo account for the money he

4  owed you -- or I'm sorry.

5         What happened in 2015 that prevented Leonardo

6  from coming to the United States?

7     A.   He lost the visa.  The visa was taken away

8  from him.

9     Q.   And is that how he accounted for the money

10  for you?  In pictures, then?

11     A.   Yes.

12     Q.   Okay.  I'm going to show you what's marked as

13  Government Exhibit 1156 just to the witness.  Zoom in

14  on this.

15         What is this document?

16     A.   It's an accounting of the money Leonardo was

17  holding for me.

18     Q.   And who is it from?

19     A.   It's mine, but it's coming from Leonardo,

20  from him.

21     Q.   Did you draft this document, or did Leo draft

22  this document?

23     A.   No.  Leonardo sent it.

24         MR. HAYDEN:  I would like to offer

25     Government Exhibit 1156 at this time.

178

1          MS. DESCALZO:  Your Honor, objection,
2     hearsay.  Also, rule of completeness.  Where
3     is the message this came from?  It's just a
4     piece of paper.
5          THE COURT:  Put that in on your side of
6     the case if you want.
7          Overruled.  1156 will be received.
8          (Government's No. 1156, Accounting of Money,
9     was received in Evidence.)
10    BY MR. HAYDEN:
11        Q.  Again, why did Leonardo send you this
12    document?
13        A.  To tell me or to give me an account of the
14    status of the money that he was holding for me.
15        Q.  And what is the date on the top left?
16        A.  December 30, 2015.
17          THE WITNESS:  Excuse me.  I'm not
18    hearing of the first part of the question.
19    I'm only hearing only the second half of the
20    question.  The headset is working, but I'm
21    missing the first part of the question for
22    some reason.
23          THE COURT:  I don't know.  Maybe with
24    you talking and Mr. Hayden at the same time.
25          MR. HAYDEN:  Can you hear me?

179

1            THE WITNESS:  Yeah.

2            MR. HAYDEN:  Are you waiting for the

3       translation?

4            THE WITNESS:  Oh, it's coming from the

5       translation.

6            MR. HAYDEN:  All right.

7            Your Honor, we'd also, as part of this

8       offer, 1156-A, which is the certified

9       translation.

10           MS. DESCALZO:  No objection.

11           MR. FELDMAN:  No objection, Your Honor.

12           THE COURT:  1156-A will be received.

13           (Government's No. 1156-A, certified

14       translation, was received in Evidence.)

15  BY MR. HAYDEN:

16       Q.   And Mr. Andrade, what is the date on the top

17  left of this?

18       A.   December 30, 2015.

19       Q.   I'm going to go ahead and try to put the

20  translation on the Elmo.  Can we do that?

21           Okay.  And what is the amount in the top

22  right of this document?

23       A.   $394,503,603.

24       Q.   And what does that amount represent?

25       A.   The money that Leonardo Gonzalez was holding

180

1   for me as a result of the agreement I had with him.

2        Q.   And what is your understanding of the line

3   items in this document?

4        A.   Where money's coming in and money's would --

5   going out.

6        Q.   Okay.  If you go to the bottom right, how

7   much did Leo maintain for you at the end of 2015?

8        A.   $399,992,233.

9        Q.   I'm going to show you, just the witness,

10  what's marked as Government Exhibit 1157.

11            COURT DEPUTY:  Counsel, are you using

12       Elmo or are you going back to --

13            MR. HAYDEN:  Yeah, I can just use Elmo.

14       Sorry.  I don't know if anybody will see

15       this.  Just the witness will see this?

16  BY MR. HAYDEN:

17       Q.   And what is this document?

18       A.   It was the way that Leonardo used in order to

19  tell me the status of the money he was holding for

20  me.

21       Q.   Okay.  So who is it from?

22       A.   From Leonardo Gonzalez.

23       Q.   Okay.

24            MR. HAYDEN:  Your Honor, at this time we

25       would offer Government Exhibit 1157 and

1      1157-A, the translation.

2            MS. DESCALZO:  Same objection.

3            MR. FELDMAN:  Same objections,

4      Your Honor.

5            THE COURT:  1157 and 1157A will be

6      received.

7            (Government's No. 1157, Accounting of Money,

8      was received in Evidence.)

9            (Government's No. 1157-A, Certified

10     Translation, was received in Evidence.)

11     BY MR. HAYDEN:

12     Q.   What is the date on the top left of this

13     document?

14     A.   December 2016.

15     Q.   And what's the amount to the right?

16     A.   $399,992,233.

17     Q.   Okay.  I'm going to show you what has

18     previously been entered as 1156-A.  And what is the

19     amount on the bottom right-hand corner?

20     A.   $399,992,233.

21     Q.   I'm going to go back to 1157-A.  Is that the

22     same amount in the top right as we just saw in the

23     previous exhibit?

24     A.   Yes.

25     Q.   Okay.  So it looks like you began the year

182

1    with $399,992,233.  What is the balance on the bottom

2    right in December of 2016?

3         A.   401,671,595.

4         Q.   And this is the amount of money that Leonardo

5    Gonzalez Dellan was holding on your behalf?

6         A.   Yes.

7         Q.   And what is the total amount of money you

8    agreed to forfeit as part of your plea agreement?

9         A.   One billion dollars.

10        Q.   Okay.  Does it include this amount of money

11   that Leonardo Gonzalez Dellan is holding for you?

12        A.   Yes.

13        Q.   When approximately was the last payment you

14   received from Leonardo Gonzalez Dellan?

15        A.   It could have been between 2017, 2018.  I do

16   not recall exactly.

17        Q.   You mentioned John Paul Ribas was another

18   individual that you conducted the exchanges with.

19   Who is he?

20        A.   He's a person I met in Venezuela and has

21   financial knowledge.

22        Q.   Okay.  And why did you agree to conduct the

23   foreign currency exchange scheme with him?

24        A.   Yes, I was in agreement.

25        Q.   Why?

183

1     A.   Because I knew him, and he was a person very

2  capable of doing it.

3     Q.   Okay.  And what was your agreement with John

4  Paul Ribas?

5     A.   To share the profits of the currency

6  exchange.

7     Q.   So it was the same agreement that you had

8  with Leonardo?

9     A.   Yes.

10     Q.   And did John Paul Ribas also hold your bribe

11  payments?

12     A.   No.  He used someone else.

13     Q.   Who was that other person?

14     A.   Rafael Cedeno.

15     Q.   Who is Rafael Cedeno?

16     A.   That's my uncle.

17     Q.   How much did Rafael Cedeno hold on your

18  behalf?

19     A.   Approximately the same amount that Leo was

20  holding.

21     Q.   And how did you receive the bribe payments

22  you were owed from John Paul Ribas or Rafael Cedeno?

23     A.   Normally through payments, through invoices.

24     Q.   So you didn't have a bank account or anything

25  at this time?

184

1          A.   No.

2          Q.   How many years did you work with John Paul

3     Ribas?

4          A.   It could have been two years.

5          Q.   And when was the last -- approximately the

6     last payment you received from Rafael Cedeno?

7          A.   It could also have been between 2017 and

8     2018.

9               THE COURT:  All right.  We're going to

10         take a ten-minute recess.

11              Remember my admonition not to discuss

12         the case or allow it to be discussed in your

13         presence.  We'll see you back in the jury

14         room in about ten minutes.

15              DEPUTY MARSHALL:  All rise.

16              ( The jury was excused from the courtroom at

17         10:01 a.m.)

18              THE COURT:  One of the jurors had to use

19         the restroom.

20              Again, during the break in your

21         testimony, Mr. Andrade, you're not allowed

22         to discuss your testimony with anybody.

23         We'll see you back in about ten minutes.

24              And if there is nothing else to come

25         before the Court, we'll be in recess for ten

1        minutes.

2              MS. DESCALZO:  Your Honor, I have

3        something brief.

4              THE COURT:  Okay.

5              You can go ahead and leave, Mr. Andrade.

6              (Mr. Andrade exited the courtroom.)

7              MS. DESCALZO:  Your Honor, my objection

8        to Exhibits 1156 and 1157, those handwritten

9        documents, the copy of the phone that we

10       have that belongs to Mr. Andrade does not

11       contain those messages.  I don't know where

12       those messages came from.  So if the

13       Government can provide us those text

14       messages or the chat where those are from --

15       I just checked -- rechecked all of Leonardo

16       Gonzalez's chats with Mr. Andrade, and those

17       messages are not there.

18             THE COURT:  Okay.  The Government will

19       respond to your inquiry, and we'll address

20       it after the break.

21             MS. DESCALZO:  Thank you, Your Honor.

22             THE COURT:  We'll be in recess for ten

23       minutes.

24             (Off the record from 10:02 a.m. to 10:12

25       a.m., after which the following proceedings were

1    had outside the presence of the jury:)

2         THE COURT:  We're back on the record.

3    Counsel are present.  Both defendants are

4    present.  The interpreters are present.

5         Does the Government want to respond to

6    Ms. Descalzo's request?

7         MR. HAYDEN:  Yes, Your Honor.  It is our

8    understanding that that information was

9    produced on the hardrive that we produced to

10   defense.  We understand it's hard to find.

11   We have somebody working to locate it right

12   now to show them that it really is just a

13   photo of -- I believe from a WhatsApp chat,

14   and he's obviously identified it as such.

15        But we are working to try to locate

16   exactly where it is on the drive for them,

17   but our understanding, it is in the drive

18   that we produced.

19        THE COURT:  Okay.  Anything further

20   before we bring in Mr. Andrade?

21        MS. DESCALZO:  Your Honor, I will wait

22   to see the text messages, but I have the

23   drive open on my phone, and I've checked all

24   of Leo's numbers.

25        MR. HAYDEN:  It's not a text message,

1      number one.

2            MS. DESCALZO:  A WhatsApp.

3            MR. HAYDEN:  I think it's a WhatsApp

4      photo.  So it's our understanding that it

5      was a photograph of what we showed as the

6      exhibits that was just sent.  And so when

7      the phone was copied, it just shows as, you

8      know, a Jpeg or an image of that when it was

9      pulled out.

10           THE COURT:  So when you find it, you're

11     going to show it to defense counsel.

12           MR. HAYDEN:  Correct, Your Honor.  We're

13     happy to share exactly where we found it in

14     the drive.

15           THE COURT:  Okay.  Let's bring in

16     Mr. Andrade.

17           And if we have all the jurors, let's

18     bring in the jury.

19           (Mr. Andrade enters the courtroom.)

20           THE COURT:  And Andrade, you understand

21     you're still under oath?

22           THE WITNESS:  Yes, Your Honor.

23           (The jury was assembled in the courtroom at

24     10:16 a.m.)

25           THE COURT:  Counsel concede the presence

188

1          of the jury and waive its polling?

2                MR. HAYDEN:  Yes, Your Honor.

3                MS. DESCALZO:  Yes, Your Honor.

4                MR. FELDMAN:  Yes, Your Honor.

5                THE COURT:  And did everybody follow my

6          admonition not to discusses the case or

7          allow it to be discussed in your presence?

8                All right.  Mr. Hayden, you may

9          continue.

10   BY MR. HAYDEN:

11        Q.   Mr. Andrade, I believe when we left off I

12   just asked you when was the last payment you received

13   from Rafael Cedeno.  What was that -- or when was

14   that?

15        A.   Between 2017 and 2018.

16        Q.   Why is he paying you so much longer after you

17   left the treasury?

18        A.   Because it was a product of the agreements we

19   had made.

20        Q.   And those agreements were made when you were

21   a treasurer?

22        A.   Yes.

23        Q.   And what is the total amount you agreed to

24   forfeit as part of your agreement?

25        A.   $1 billion.

189

1    Q.   Does that include money that you profited

2    from your scheme with John Paul Ribas?

3    A.   Yes.

4    Q.   And I don't know if we touched on this, but

5    what was the agreement with John Paul Ribas

6    specifically?

7    A.   The agreement was that, as a treasurer, I

8    would provide him certain benefits through the

9    brokerage houses in order to exchange dollars into

10   bolivars and make some kind of a profit.

11   Q.   And again, when you say "profit," was that to

12   be shared with you?

13   A.   Yes.

14   Q.   What percentage?

15   A.   Half and half.  50 percent.

16   Q.   Was that the same agreement you had with

17   Leonardo Gonzalez Dellan?

18   A.   The same.

19   Q.   And when you say "profits and payments," you

20   mean bribes?

21   A.   Yes.

22   Q.   I'm going to show you -- just the witness --

23   what is marked as Government Exhibit 4.  Can we go to

24   the computer?  Sorry.

25        Do you recognize this individual?

190

```
 1        A.   Yes.

 2        Q.   And who is it a photograph of?

 3        A.   Raul Gorrin.

 4        Q.   And how do you recognize him?

 5        A.   Because I saw him many times.

 6             MR. HAYDEN:  Can we go to the next.

 7   BY MR. HAYDEN:

 8        Q.   Who is this a photograph of?

 9        A.   This is Raul Gorrin's brother-in-law.

10        Q.   And what is his name?

11        A.   I can't remember.

12             MR. HAYDEN:  Okay.  Can we go to the

13   next photo.

14   BY MR. LUNKENHEIMER:

15        Q.   Who is this a photograph of?

16        A.   Claudia Diaz.

17             MR. HAYDEN:  Okay.  Can we go to the

18   next photo.

19   BY MR. HAYDEN:

20        Q.   Who is this a photograph of?

21        A.   Adrian Velasquez.

22             MR. HAYDEN:  At this time the Government

23   would offer Government Exhibit 4.

24             MS. DESCALZO:  No objection.

25             MR. FELDMAN:  No objection, Your Honor.
```

191

1          THE COURT:  4 will be received.

2          (Government's No. 4, Photograph of Raul

3     Gorrin, was received in Evidence.)

4  BY MR. HAYDEN:

5     Q.   When did you first meet Raul Gorrin?

6     A.   I met him at the treasury, in my office.

7     Q.   Approximately what year?

8     A.   2008, 2009 approximately.

9     Q.   And how did you meet Raul Gorrin?

10    A.   A person introduced him to me.  That person

11 brought him to the office.

12    Q.   Who is that person?

13    A.   Thomas Plaza.

14    Q.   Who is Thomas Plaza?

15    A.   It was a friend of mine from over there, from

16 Venezuela, an officer.

17    Q.   Military officer?

18    A.   Yes.

19    Q.   And how did you know him?

20    A.   I met him through the military, while I was

21 working in the military.

22    Q.   And you said that Thomas Plaza brought Raul

23 Gorrin to meet you?

24    A.   Yes.

25    Q.   What was discussed at that first meeting?

192

1         A.   The possibility of doing some financial

2   business transactions.

3         Q.   And what do you mean by financial business

4   transactions specifically?

5         A.   The exchanges that were being made.

6         Q.   Were any offers made to you at this meeting?

7              MR. FELDMAN:   I'm going to object.

8   Calls for hearsay.

9              THE COURT:   Overruled.

10        A.   It was not very concrete, per se.  We just

11  talked.

12  BY MR. HAYDEN:

13        Q.   Okay.  Was there another meeting?

14        A.   Yes.

15        Q.   What happened at that meeting?

16        A.   At that meeting I made an agreement with

17  Gorrin.

18        Q.   Who was present at that second meeting?

19        A.   I believe Thomas Plaza was present as well.

20        Q.   And what was the agreement that you made with

21  Raul Gorrin?

22        A.   To supply him with -- with exchange dollars

23  to change them into bolivars, monetary instruments.

24        Q.   And what did you receive in return?

25        A.   At that very time, nothing, but then it was a

193

1   financial agreement.

2       Q.   What was the financial agreement promised to

3   you?

4       A.   To receive money in exchange for the

5   exchanging of dollars into bolivars.

6       Q.   And you as the treasurer had the unique

7   authority to supply Raul Gorrin with the ability to

8   conduct currency exchanges?

9       A.   Yes.

10      Q.   Okay.  And getting back to the agreement,

11  what was the financial agreement between you and Raul

12  Gorrin?

13      A.   To share the proceeds as a result of the

14  exchange of dollars into bolivars.

15      Q.   And when you say "proceeds," do you mean

16  bribes?

17      A.   Yes.

18      Q.   And why did you agree to accept a bribe from

19  Raul Gorrin?

20      A.   Because I believed in him.  We could do it.

21      Q.   Okay.  And what was your agreement as to how

22  you would receive your bribe payments from Raul

23  Gorrin?

24      A.   Well, he would hold onto the money, and he

25  would pay upon my request.

194

1     Q.   So he would pay you after?

2     A.   Yes.

3     Q.   And why did you let Raul Gorrin hold your

4 bribe payments?

5     A.   Well, I allowed him to do so because he

6 committed himself to comply with the agreement.

7     Q.   And why couldn't you open a bank account?

8     A.   I couldn't.

9     Q.   What are some of the examples of things that

10 Raul Gorrin bought for you or for your benefit while

11 you were still treasurer?

12     A.   Apartments, horses, watches, planes.

13     Q.   Anything else you can think of?

14     A.   Invoices that I would send to him.

15     Q.   You discussed yesterday that you had already

16 forfeited $250,000,000.  Did you also forfeit other

17 items besides the 250,000,000 in cash?

18     A.   Besides that, yes; farms, homes, autos,

19 horses.

20     Q.   How did Raul Gorrin account for the money

21 that he held on your behalf?

22     A.   He -- he would send me statements via emails.

23     Q.   Okay.  So how did you communicate with him?

24     A.   Normally, it would be through WhatsApp or

25 email.

195

1      Q.   Did you ever meet in person with him?

2      A.   Yes.

3      Q.   When did you leave the treasury?

4      A.   In 2010, the latter part of 2010, beginning

5   of 2011.

6      Q.   And I apologize.  When you communicate with

7   Raul Gorrin, did he ever have other individuals

8   communicate directly with you on his behalf?

9      A.   Yes, it's possible.

10      Q.   Okay.

11      A.   I would receive things from his secretary.

12      Q.   And anyone else that you can recall receiving

13   things from?

14      A.   I don't recall at this time.

15      Q.   Okay.  So you left treasury at the end of

16   2010.  Why did you leave the treasury?

17      A.   I presented my resignation.  I resigned.

18      Q.   Why did you resign?

19      A.   At that time I had an issue.  I had a problem

20   with Mr. Giordani.

21      Q.   And what do you mean a problem?  What do you

22   mean?

23      A.   We had our differences.  We had our

24   misunderstandings.

25      Q.   Policy differences?

1      A.   Possibly, yes.

2      Q.   Where did you spend most of your time after

3   you left the treasury?

4      A.   In Wellington.

5      Q.   I'm sorry.  Who is Giordani?

6      A.   Finance administer at that time.

7      Q.   Okay.  And who was he to you in your role as

8   treasurer?

9      A.   He was in a higher rank.

10     Q.   So you said you moved to Wellington.  Where

11  is Wellington?

12     A.   Here in the State of Florida.

13     Q.   Okay.  How many properties did Raul Gorrin

14  have in the State of Florida at that time as well?

15     A.   No, no, I do not recall how many.

16     Q.   At least one?

17     A.   At least one, yeah.

18     Q.   And where would you meet Raul Gorrin?

19     A.   At my house.

20     Q.   Okay.  Did you ever go to Raul Gorrin's

21  house?

22     A.   Yes.  On one occasion, I did go to his house.

23     Q.   What were you discussing with Raul Gorrin

24  during these occasions?

25     A.   Many -- many things.

197

1    Q.   Did he ever provide an accounting of what he
2    owed you at these occasions?
3    A.   Yes.
4    Q.   Who became treasurer after you?
5    A.   After me came Marco Torres.
6    Q.   And how long was Marco Torres treasurer?
7    A.   I don't recall exactly.  It could have been a
8    year or maybe less.
9    Q.   And who became treasurer after Marco Torres?
10   A.   Claudia Diaz Guillen.
11   Q.   And when approximately do you recall she
12   became treasurer?
13   A.   I don't recall whether it was in 2011 or
14   2012.  It could be around that time frame.
15   Q.   When did you first meet Claudia Diaz?
16   A.   I recall -- if memory doesn't fail me, I
17   recall having met her at the palace, the government
18   palace.
19   Q.   Do you recall what you understood the
20   defendant's job to be at that time?
21   A.   Yes, of course.  Treasurer.  She was the
22   treasurer.
23   Q.   So you only met Claudia Diaz when she was
24   treasurer?
25   A.   No, sorry.

198

1        Could you ask me the question again, because

2  you asked me a question concerning if I knew what her

3  job entailed?

4        Q.   At the time that you met her, you first met

5  her.

6        A.   Oh, for the first time, back then she was the

7  president's nurse.

8        Q.   When you say "the president," who is the

9  president?

10       A.   Chavez.

11       Q.   And what was the name of the palace?

12            THE COURT:   You have to wait until the

13       translation is done before you ask your next

14       question.

15       A.   The palace is the government's palace.   In

16  other words, the presidential palace.

17  BY MR. HAYDEN:

18       Q.   Does it have a name?   What is the name?

19       A.   It's called Miraflores.

20       Q.   Okay.   When did you first meet Adrian

21  Velasquez?

22       A.   I don't remember the first time that I saw

23  him.   I do know that I saw him.   I remember that I

24  saw him, and it had to do with government matters

25  over there in the palace as well.

199

1      Q.   And when approximately would you say that you

2   met Claudia the first time?

3      A.   It could have been 2000 or after 2000 --

4   2000.  I mean, it's been a long time.

5      Q.   Okay.  And when did you first meet or recall

6   meeting Adrian Velasquez?

7      A.   It's difficult to say exactly when I met him,

8   but I did meet him back then in at that time also.

9      Q.   What was your understanding of what he did

10   professionally when you met him?

11      A.   He was a military official, and he worked for

12   the presidential security.

13      Q.   What was your relationship like with Claudia

14   Diaz prior to her becoming treasurer?

15      A.   It was a normal relationship.  I mean, it

16   wasn't a problem.  We would see each other, say

17   hello, greet each other.

18      Q.   Professional?

19      A.   It was a good relationship.

20      Q.   Okay.  When did Claudia begin working at the

21   treasury?

22      A.   Approximately -- I'm not sure if it was at

23   the end of 2011, or it could have been 2012.  Around

24   that time.

25      Q.   Did she work at the treasury prior to her

1    becoming treasurer?

2        A.   Yes, yes.  She did work there.

3        Q.   Do you know when she started working there?

4        A.   No, I don't know.  I don't remember.

5        Q.   But it was prior to her being --

6        A.   I want to clarify something.

7             I mentioned before about her working there

8    sometime between end of -- around 2011 to 2012, but I

9    maybe misunderstood whether you were asking me if she

10   was treasurer or not.  I do know that she worked

11   there before in the treasury department.

12       Q.   Okay.  And do you know what she did in the

13   treasury department before?

14       A.   I don't remember exactly what department she

15   was assigned to.

16       Q.   Did she report to you as treasurer?

17       A.   I don't know whether or not she had to report

18   directly or not to the treasurer or if she had

19   another position.  I'm not sure how it was.

20       Q.   Okay.  So after you left the treasury in

21   2010, what did Raul Gorrin approach you to do?

22       A.   He wanted to know if he could approach or

23   somehow be able to approach Claudia Diaz so he could

24   do these exchange -- money exchange transactions with

25   her.

201

1    Q.   And when you say money exchange transactions,
2  what do you mean?
3    A.   What we were talking about before, about
4  being able to obtain foreign currency and -- through
5  some kind of monetary instrument and then change the
6  foreign currency into local currency.
7         MS. DESCALZO:  Objection to the
8    translation.  I think it missed something
9    that he said.
10   A.   Yes, it's possible.  So through exchange
11 houses, through money exchange houses or it could be
12 brokerage houses.
13        MR. HAYDEN:  I'm sorry.  Could the
14   translator just read back what the answer
15   was.
16        INTERPRETER:  It would be to obtain --
17   so it would be get monetary instruments in
18   foreign -- in a foreign currency to exchange
19   them through exchange houses.
20 BY MR. HAYDEN:
21   Q.   And is that the same type of agreements that
22 we were discussing earlier?
23   A.   The same agreement.
24   Q.   Okay.
25   A.   I want to clarify something.  Because,

202

1    actually, it could have been through a brokerage

2    house or an exchange house as well through a

3    financial institution.

4        Q.    Okay.  So what did you agree to do for Raul

5    Gorrin?

6        A.    So that he could continue doing these changes

7    in the treasury even if I wasn't there.

8        Q.    Okay.  And I just want to go back.  You said

9    a financial institution.

10            What is a financial institution, just to be

11    clear?

12       A.    Well, a bank.

13       Q.    So a bank or --

14       A.    A bank as well who would, you know, accept,

15   receive that and change it.

16       Q.    So a bank or a brokerage house could receive

17   or exchange from the treasury?

18       A.    Yes.

19       Q.    Okay.  And so you say that Raul Gorrin

20   approached you to conduct the same type of scheme

21   that he conducted with you --

22       A.    Yes.

23       Q.    -- to try to -- and what were you offered in

24   exchange for this?

25       A.    Well, that same agreement that we had -- to

203

1    share the profits.

2         Q.    So what did you agree -- I guess when you say

3    to share the profits, what was your understanding of

4    what those profits would be now that you were no

5    longer treasurer?

6         A.    Repeat the question, please.

7         Q.    What was your understanding of what the

8    profits would be now that you were no longer

9    treasurer?

10        A.    Some would go to the treasury office, some

11   would go to the treasurer, and the rest we would

12   share.

13        Q.    And when you say "some would go to the

14   treasurer," who was the treasurer?

15        A.    Claudia Diaz.

16        Q.    Okay.  And do you know what the split was?

17        A.    Half would go to her and the other half would

18   be split between Raul and me.

19        Q.    Okay.  So after you met with Raul Gorrin,

20   what did you do?

21        A.    I called Claudia.

22        Q.    Do you recall when this was?

23        A.    I don't remember the date.  Don't remember.

24        Q.    Do you recall if it was prior to her being

25   treasurer?

1      A.   No, after she was treasurer.

2      Q.   Was there anybody else present when you

3   called her?

4      A.   I don't remember at this moment if I was

5   alone when I called her.

6      Q.   Do you recall where you reached out to her

7   at?

8      A.   Well, I called her telephone number.

9      Q.   Were you in Venezuela?

10     A.   Yes.   I was in Venezuela at that time.

11     Q.   And do you recall where she was?

12     A.   She was in Venezuela, but I don't remember

13   where she was.

14     Q.   And what exactly do you remember saying to

15   her?

16     A.   Yes, that if it was possible, that she could

17   work with Raul Gorrin to do these exchanges.

18     Q.   And what did she say to you?

19     A.   Well, at this moment I can't -- I don't

20   remember exactly what she said or what was said

21   during that conversation, but I do know that she

22   did -- or begin doing exchanges with Raul Gorrin.

23     Q.   So there was an agreement in place?

24     A.   Yes.

25     Q.   Okay.   And then you said that you knew that

1    she began doing these exchanges with Gorrin.  How did

2    you know that?

3         A.   Because Gorrin told me.

4         Q.   What did Gorrin tell you?

5         A.   That he was doing exchanges with the

6    treasury.

7         Q.   What did Raul Gorrin say about Adrian

8    Velasquez and his role?

9         A.   No, I don't remember at this moment what he

10   said or might have said about Adrian Velasquez.

11        Q.   When is the last time you spoke with Claudia

12   Diaz?

13        A.   Well, I mean, I don't remember.  Back then,

14   during that time, during those years when I spoke to

15   her.  I don't know whether or not we may have spoken

16   subsequent to that.  I just -- I don't remember.

17        Q.   How did Raul Gorrin account for the monies

18   that were generated from the agreement that you

19   arranged with Claudia Diaz?

20        A.   Can you please repeat the question?

21        Q.   How did Raul Gorrin account for the monies

22   generated from the agreement that you arranged with

23   Claudia Diaz?  And I say monies owed to you.

24        A.   Well, in terms of specifically, especially

25   with Claudia Diaz, no.  It was something general that

206

1   he presented.

2       Q.   So it was an accounting of monies that he

3   owed you from the previous scheme that he did with

4   you as well as mingled with the monies from the new

5   scheme with Claudia?

6           MR. FELDMAN:  Objection.  Leading.

7           THE COURT:  Sustained.

8   BY MR. HAYDEN:

9       Q.   Again, what did the monies that Raul Gorrin

10  held for you include?

11      A.   So it was from before when I was the

12  treasurer and also now, or then, when Claudia became

13  treasurer.

14      Q.   And how did Raul Gorrin pay you the monies

15  that he owed you?

16      A.   Through invoices and by paying for things

17  that I asked him to pay for.

18      Q.   Okay.  And did he provide you anything in

19  writing?

20      A.   Yes, an accounting of it.

21      Q.   I'm going to show you what -- the witness

22  what is marked as Government Exhibit 10.

23          MR. HAYDEN:  If we can zoom in on the

24      top.

25          I'm sorry, I think we can look at 10- A

207

1          as well.

2     BY MR. HAYDEN:

3          Q.   That's fine.

4               What is this document?

5          A.   It's an email.

6          Q.   And who's the email from?

7          A.   From Alejandro Andrade.

8          Q.   Is that your personal email address?

9          A.   Yes.

10              THE COURT:  Mr. Hayden, you have to wait

11         for the translation before you ask your next

12         question.

13              MR. HAYDEN:  Sorry, Your Honor.

14              At this time the Government would offer

15         Government Exhibit 10.

16              MR. FELDMAN:  Same objection,

17         Your Honor, as at sidebar.

18              MR. HAYDEN:  And 10-A, Your Honor.

19              THE COURT:  Overruled.  10 and 10- A

20         will be received.

21              (Government's No. 10, 12/11/12 Email from

22         Alejandro Andrade to Raul Gorrin, was received in

23         Evidence.)

24    BY MR. HAYDEN:

25         Q.   Who is this email to?

208

1      A.   To Raul Gorrin.

2      Q.   Who else is on this email?

3           Who is Elizabeth --

4      A.   Elizabeth -- Elizabeth Gouveia.  That's his

5  assistant, his secretary.

6      Q.   And why are you including her on this email?

7      A.   Because sometimes I would also receive from

8  her some --

9           INTERPRETER:  One moment, please.  The

10          interpreter would like Mr. Andrade to repeat

11          the last word.

12     A.   Yeah, because sometimes I would receive from

13  her communications like this, this type of email.

14  BY MR. HAYDEN:

15     Q.   And what email address is Raul Gorrin using?

16     A.   It's rgorrn@gmail.com.

17     Q.   And how do you know this to be Raul Gorrin's

18  email?

19     A.   Because I received communications from him.

20          I didn't hear the first part of that, about

21  the -- the how.

22     Q.   The question was just:  How do you know this

23  to be Raul Gorrin's email address?

24     A.   Because we had previously exchanged or --

25  amongst us emails, communications.

209

1      Q.   And what is the date of the email?

2      A.   December 11, 2012.

3      Q.   And are you treasurer at this time?

4      A.   No.

5      Q.   If you look at the very top of the email, you

6  will see Dr. Gomez.  Who is Dr. Gomez?

7      A.   A veterinarian.

8      Q.   Okay.  Can we go back to the email?  Let's go

9  to 10-A.

10         And what are you forwarding to Raul Gorrin in

11  this email?

12      A.   Which one of the two are you talking about?

13         It's a bill.  It's a bill for veterinary

14  services.

15      Q.   Okay.  And if we scroll down to the attached

16  invoice and we blow up the very top of this, why is

17  the invoice made out to this company?

18      A.   This was a company in which Raul Gorrin would

19  make payments.

20      Q.   What is -- what is IBCDB?

21      A.   This was a -- this was a company that would

22  make payments to me through or on behalf of Raul

23  Gorrin.

24      Q.   And how did Dr. Gomez know to make this

25  invoice out to IBCDB?

1        A.   I would tell him.

2        Q.   And if we look at the total, what is the

3   amount there?

4        A.   $14,422.

5        Q.   And why are you forwarding this invoice to

6   Raul Gorrin and his assistant?

7        A.   So that they would pay this invoice.

8        Q.   And why do you expect Raul Gorrin to pay this

9   invoice?

10       A.   Because he has money, money which is mine.

11       Q.   And again, why is that money yours?

12       A.   Because it's a result of the agreements that

13   we reached.

14       Q.   And when you say "agreements," what

15   agreements does the money include?

16       A.   The agreements that we made for exchanging

17   monies, foreign currency into bolivars.

18       Q.   And you had what agreements specifically?

19   The ones when you were treasurer?

20       A.   Yes.

21       Q.   Does it also include the agreement you made

22   with Claudia Diaz?

23       A.   Yes.

24            MR. HAYDEN:  Take down Government

25       Exhibit 10.  Show the witness what is marked

211

1      as Government Exhibit 11.

2  BY MR. HAYDEN:

3     Q.  What is this document?

4     A.  It's an email.

5     Q.  And who is the email to?

6      No, no.  Who is it to?

7     A.  It's to me.  Alejandro Andrade.

8      MR. HAYDEN:  Okay.  Your Honor, the

9  Government would offer Exhibit 11 and 11-A.

10     MS. DESCALZO:  This is a different

11  objection, Your Honor.  Hearsay.  The

12  parties are different on the emails.

13     THE COURT:  Who is it from?

14     MR. HAYDEN:  It's from a coconspirator

15  we believe, Your Honor.

16     MS. DESCALZO:  No, Your Honor, it's not.

17  Coconspirator has a different email, which

18  is rgorrn, which we've been seeing in the

19  previous exhibits.  This is from a person,

20  Asesor, who is unidentified.  No one knows

21  who that person is.

22     THE COURT:  Ask him who sent this.

23  BY MR. HAYDEN:

24     Q.  Who sent this email?

25     A.  That email comes from Raul Gorrin's office.

212

1    Q.   How do you know it come from Raul Gorrin's

2    office?

3    A.   Because on several occasions I have received

4    information from that email.

5    Q.   What email address is that?

6    A.   Asesor002.

7        THE COURT:  Overruled.  11 will be

8    received.

9        MR. HAYDEN:  Can we also have 11-A, Your

10   Honor, as well?

11       THE COURT:  Any objection to the

12   translation?

13       MR. HAYDEN:  Translation, yes, Your

14   Honor.

15       THE COURT:  Ms. Descalzo, any objection

16   to 11-A?

17       MS. DESCALZO:  No objection to the

18   translation, Your Honor.

19       MR. FELDMAN:  No objection to the

20   translation, Your Honor.

21       THE COURT:  11- A will be received.

22       (Government's No. 11, 12/12/13 Email from

23   Asesore002 to Alejandro Andrade, was received in

24   Evidence.)

25       (Government's No. 11-A, Certified

213

1           Translation, was received in Evidence.)

2    BY MR. HAYDEN:

3        Q.   What is the date of this email?

4        A.   December 12, 2012.

5        Q.   What is the title of attached spreadsheet?

6        A.   Accounting121212.xls.

7        Q.   And if we scroll to the attached spreadsheet

8    and we look -- if we can blow up the very top of

9    that.  If you look at the top left, what letters are

10   in the top left?

11       A.   AA.

12       Q.   And why are those there?

13       A.   Because those are my initials.

14       Q.   And if we go across the columns at the top,

15   we see that they include a date reference bolivars,

16   descriptions, debits, credits, and a balance.

17           How much is listed at the top right as the

18   balance remaining at this time?

19       A.   32,356,305 with 17 cents.

20       Q.   And what does that amount represent?

21       A.   The money Gorrin was holding pertaining to

22   the agreements we had.

23           MR. HAYDEN:  If we can go out of those,

24       and if we can scroll down to the fifth row

25       from where the dates start.

214

```
1    BY MR. HAYDEN:
2        Q.   That very top row, what date is that?
3        A.   December 12, 2012.
4        Q.   And going across that row, who is listed
5    there in the description?
6        A.   Jorge Gomez, equine vet.
7        Q.   Okay.  If we go further across that row, what
8    is the amount listed under the debit?
9        A.   $15,000.  $15,000.
10       Q.   If you know, why is the amount slightly
11   higher than listed in the invoice we just saw in
12   Government Exhibit 10?
13       A.   No.  I do recognize it and acknowledge it,
14   but I do not know why.
15       Q.   So if you continue across that row to the
16   balance, what is the balance?
17       A.   32,651,805 with 17 cents.
18            And then there's a balance left of
19   32,651,805.17.
20       Q.   Is that number 15,000 less than the balance
21   in the line immediately below it?
22       A.   Yes, it's less.
23       Q.   Okay.
24            MR. HAYDEN:  If we can go back to the
25       full spreadsheet, if we can blow up the
```

215

1      descriptions.

2   BY MR. HAYDEN:

3      Q.   I want to look briefly at a couple other

4   descriptions in this spreadsheet.  Let's go three

5   rows below Dr. Gomez.

6           What is Unique Jet Aviation?

7      A.   It would probably be a company that used to

8   manage the planes.

9      Q.   So why would Unique Jet Aviation be on this

10  spreadsheet?

11     A.   Because it was the company providing services

12  or servicing the airplanes.

13     Q.   Whose airplanes?

14     A.   My airplanes.  The ones that Gorrin had

15  purchased.

16     Q.   How many planes did Raul Gorrin purchase for

17  you?

18     A.   Three, three planes.

19     Q.   How much was the cost of one of those

20  airplanes?

21     A.   $6,000,000.

22     Q.   How much were the cost of the others?

23     A.   It could be an additional 6,000,000, and then

24  the other could be between 15 to 20 million.

25     Q.   Okay.  If we look down six rows from Unique

216

1   Jet Aviation, who is Karina Rosenfeld?

2       A.   It's a girlfriend, a girlfriend I had.

3       Q.   Okay.  And why would she be on this

4   spreadsheet?

5       A.   Because he paid some money to her, that I

6   asked him to do so.

7       Q.   I'm going to scroll back up, and I want to

8   look at the credit column, and I -- let's look at the

9   bolded amount.  What is this credit for?

10      A.   I imagine it was a deposit made into the

11  account.

12      Q.   And why would there be a deposit made into

13  your account?

14      A.   Because he received a deposit on the account

15  he was holding for me.

16      Q.   So could you please explain that?  He

17  received a deposit and then he'd deposit it to you?

18      A.   Yes.  You can see that the account there had

19  an entry, and I don't know whether it was a

20  by-product of, but it had an entry.  It could have

21  been an investment with that money.

22      Q.   And what else could it have been?

23      A.   It could have been as a result of the

24  agreements made.  I am not sure.

25      Q.   But your understanding of this is money that

217

1    Raul Gorrin holds for you as a result of the

2    agreements; correct?

3       A.   Yes.

4       Q.   And you said that maybe it was an investment

5    and that it also could be the result of another

6    agreement?

7          MR. FELDMAN:  Objection.

8          MS. DESCALZO:  Objection, Your Honor.

9    Leading.

10         THE COURT:  Sustained.

11  BY MR. HAYDEN:

12      Q.   All right.  If you go to the bottom left,

13    what is the date?

14      A.   January 12, 2012.

15      Q.   And if we scroll over to the bottom right,

16    what is the number that you started with on

17    December 1st, 2012 -- or sorry, January 12th?

18      A.   31,948,218 with 83 cents.

19      Q.   Okay.  And if we go back and go to the top

20    right, what is the amount there?

21      A.   32,356,305 with 17 cents.

22         MR. HAYDEN:  Okay.  You can take that

23    exhibit down.

24        I'm going to show you -- show the

25    witness what is marked Government Exhibit 12

218

1          and 12-A.

2     BY MR. HAYDEN:

3          Q.   What is this document?

4          A.   That's an email.

5          Q.   Who is the email to?

6          A.   Me.

7          Q.   Whose email is Alex_Jo?

8          A.   It was an email address that I used to use

9     prior.

10         Q.   And the email next to that, is that your

11    personal email address that you used then?

12         A.   Yes, presently.

13         Q.   And who is the email from?

14         A.   Raul Gorrin.

15              MR. HAYDEN:  Your Honor, at this time

16         the Government would offer Exhibit 12 and

17         12-A.

18              MS. DESCALZO:  Same objection,

19         Your Honor.

20              MR. FELDMAN:  Same objection,

21         Your Honor.

22              THE COURT:  12 and 12-A will be

23         received.

24              (Government's No. 12, 1/29/13 Email from Raul

25         Gorrin to Alex Jo and Alejandro Andrade, was

219

1          received in Evidence.)

2               (Government's No. 12-A, Certified

3          Translation, was received in Evidence.

4     BY MR. HAYDEN:

5          Q.   Why did you receive this email from Raul

6     Gorrin?

7          A.   He was sending a budget, security budget for

8     my home.

9          Q.   Where was that home located?

10         A.   Caracas, Venezuela.

11         Q.   Okay.  If we can look at the body of the

12    email.  Whose initials are there?

13         A.   Raul Gorrin.

14         Q.   And what is the date of this email?

15         A.   January 29, 2013.

16         Q.   Okay.  And if we scroll down and we look at

17    the attached invoice, what is the date of the

18    invoice?

19         A.   January 22nd, 2013.

20         Q.   And who's the invoice from?

21         A.   Enrique Javier Lopez, AVL Systems IP4 Home,

22    LLC.

23         Q.   If you look below who it's from, why is it

24    made out to the Gorrin family?

25         A.   So that they could make the payment.

220

1          MR. HAYDEN:  Could we zoom out and

2     highlight the invoice or blow up the

3     invoice.

4  BY MR. HAYDEN:

5     Q.   If we look at the second column, what is the

6  total amount at the bottom listed?

7     A.   4,307,843.

8     Q.   And if we go back and look at the equipment

9  amount in this column, what is the total here?

10    A.   $1,103,371.

11         MR. HAYDEN:  Okay.  We can take down

12    this exhibit.

13  BY MR. HAYDEN:

14    Q.   Show the witness what is marked Government

15  Exhibit 13 and 13-A.  What is this document?

16    A.   It's an email.

17    Q.   And who is the email from?

18         And who is it to?

19    A.   Asesor002.

20    Q.   And who is it to?

21    A.   To me.

22         MR. HAYDEN:  The Government offers

23    Government Exhibit 13 and 13-A.

24         MS. DESCALZO:  Same objection.

25         MR. FELDMAN:  Same objection,

221

1      Your Honor.

2           THE COURT:  13 and 13-A will be

3      received.

4           (Government's No. 13, 1/31/13 Email from

5      Asesor002 to Alejandro Andrade, was received in

6      Evidence.)

7           (Government's No. 13A, Certified Translation,

8      was received in Evidence.)

9  BY MR. HAYDEN:

10      Q.   Again, who is Asesor002?

11      A.   It's an email that comes from Raul Gorrin's

12  office.

13      Q.   What is the date of this email?

14      A.   January 31st, 2013.

15      Q.   And if we scroll down and look at the

16  attached spreadsheet, what initials are in the top

17  left?

18      A.   AA.

19      Q.   And whose initials are those?

20      A.   They're mine.

21      Q.   And if we scroll down in the first column to

22  the second date from the top, what is that date?

23      A.   January 31st, 2013.

24      Q.   Okay.  And if we look across --

25      A.   January 30th, 2013.

222

1      Q.   If we look across at the description, what
2   description is listed?
3      A.   Payment IP4 Home, LLC, SmartHouse.
4      Q.   Okay.  If we go across, what was the amount
5   that was paid?
6      A.   $1,103,371 with 00 cents.
7           MR. HAYDEN:  If we can pull back up what
8       was previously admitted Government
9       Exhibit 12; and we can scroll to the
10      attached invoice on page 2.  Can we blow
11      up --
12   BY MR. HAYDEN:
13      Q.   And if we look at the second column there,
14   what is the total amount listed at the bottom of that
15   second column?
16      A.   $1,103,371.
17          MR. HAYDEN:  And if we zoom out of that.
18      Take it down.  And if we blow up the very
19      top of that invoice.
20   BY MR. HAYDEN:
21      Q.   Who is the invoice from?
22      A.   AVL Systems, IP4 Home, LLC.
23          MR. HAYDEN:  Okay.  If we go back to
24      Government -- previously admitted Government
25      Exhibit 13, and we scroll to the second

1        page, and if we can blow up the top couple

2        rows, can we highlight the "IP4 Home."

3    BY MR. HAYDEN:

4        Q.   Hat is the balance on that far right column?

5        A.   36,282,574 with 18 cents.

6        Q.   And does that represent approximately

7    1.1 million less than the line below it?

8        A.   Yes.

9             MR. HAYDEN:  And if we can remove the

10       highlights and just go back to the

11       spreadsheet.  Can we go back to the original

12       spreadsheet.

13            And then if we scroll down to the bottom

14       half of that spreadsheet and we blow up --

15       yes, from there.

16   BY MR. HAYDEN:

17       Q.   If we look at the dates 12/12/2012, the fifth

18   row down roughly, what is the description you see

19   listed there?

20       A.   What date, please?  I'm sorry.

21            12/12, Jorge Gomez, equine vet.

22       Q.   And a couple rows below that, what is the

23   description of there?

24       A.   Unique Jet Aviation.

25            MR. HAYDEN:  Okay.  Take that exhibit

224

1          down.
2               I'm going to show the witness what is
3          marked as Government Exhibit 14.
4     BY MR. HAYDEN:
5          Q.   What is this document?
6          A.   It's an email.
7          Q.   Who is the email to?
8          A.   Me.
9          Q.   Who is the email from?
10         A.   Raul Gorrin.
11              MR. HAYDEN:  Your Honor, at this time
12         the Government would offer Government
13         Exhibit 14 and 14-A.
14              MS. DESCALZO:  No objection to this one.
15              MR. FELDMAN:  Same objection.
16              THE COURT:  Overruled.  14 and 14-A will
17         be received.
18              (Government's No. 14, 1/13/13 Email from
19         Raul Gorrin to Alejandro Andrade, was
20         received in Evidence.)
21              (Government's No. 14-A, Certified
22         Translation, was received in Evidence.)
23    BY MR. HAYDEN:
24         Q.   What is the date of this email?
25         A.   January 31st, 2013.

225

1      Q.   Why did you receive this email?

2      A.   It was a detailed table with the resources

3   that Gorrin was holding for me.

4      Q.   And what is the title of that attached

5   spreadsheet?

6      A.   "Table of Venezuelan Bonds."

7      Q.   So if we can go down and look at the attached

8   spreadsheet, what is represented here?

9      A.   It's a table explaining how much time the

10  bonds, Venezuelan bonds were paying at that time.

11     Q.   And why is Raul Gorrin sending this to you?

12     A.   So that I could see how the investment was

13  doing at that time.

14     Q.   And when you say "investment," what do you

15  mean?

16     A.   How he had part of the money invested in

17  bonds.

18     Q.   And when you say "part of the money," what do

19  you mean by part of the money?

20     A.   The money which was the by-product or the

21  results of the agreements.

22          MR. HAYDEN:  Take down Government

23     Exhibit 14.  Show the witness what is marked

24     as Government Exhibit 15.

25  BY MR. HAYDEN:

226

1      Q.   What is this document?

2      A.   It's an email.

3      Q.   And who is the email from?

4      A.   It's mine.

5      Q.   And who is it to?

6      A.   Raul Gorrin.  To Raul Gorrin.

7           MR. HAYDEN:  The Government would offer

8      Exhibit 15 and 15- A at this time.

9           MS. DESCALZO:  Same objection.

10          MR. FELDMAN:  Same objection at sidebar,

11     Your Honor.

12          THE COURT:  Overruled.  15 and 15-A will

13     be received.

14          (Government's No. 15, 2/5/13 Email from

15     Alejandro Andrade to Raul Gorrin, was

16     received in Evidence.)

17          (Government's No. 15-A, Certified

18     Translation, was received in Evidence.)

19 BY MR. HAYDEN:

20     Q.   So looking at the email that you're

21 forwarding, who is that email from?

22     A.   It came from Tim Dutta Corporation.

23     Q.   And who is the -- oh, I'm sorry.

24          If we can scroll down to the attachment.  And

25 in the left-hand box, who is the invoice from?  Or

227

1    sorry.  To?

2         A.   It's to Hollow Creek Farm.  That was a farm

3    where I kept horses, my horses.

4              MR. HAYDEN:  Okay.  If we can go back to

5         the invoice.

6    BY MR. HAYDEN:

7         Q.   What is the date of the invoice?

8         A.   February the 4th, 2013.

9         Q.   And if we look down at the bottom right at

10   the balance due, what is that amount?

11        A.   $174,800.

12             MR. HAYDEN:  We can take down Government

13        Exhibits 15.  Show the witness what is

14        marked as Government Exhibit 16.

15   BY MR. HAYDEN:

16        Q.   What is this document?

17        A.   It's -- it's an email.

18        Q.   And who is it to?

19        A.   It's to me.

20        Q.   And who is it from?

21        A.   It's from Asesor002.

22             MR. HAYDEN:  The Government would offer

23        Exhibit 16 and 16-A.

24             MS. DESCALZO:  Same objection made at

25        sidebar.

228

1          MR. FELDMAN:  Same objection at sidebar,

2     Your Honor.

3          THE COURT:  Overruled.  16 and 16-A will

4     be received.

5          (Government's No. 16, 2/8/13 Email from

6     Asesor002 to Alejandro Andrade, was received

7     in Evidence.)

8          (Government's No. 16-A, Certified

9     Translation, was received in Evidence.)

10    BY MR. HAYDEN:

11    Q.   What is the date of this email?

12    A.   February the 8th, 2013.

13    Q.   If we scroll to the attached spreadsheet,

14    Again, what letters are in the top left-hand corner?

15    A.   AA.

16    Q.   And if we scroll down to the first row, and

17    we look at the very first -- it looks like

18    February 8th, 2013, entry, what is the description

19    listed in that row?

20    A.   Dollars the Dutta Corporation.

21    Q.   Going to the debit column to the right of the

22    Dutta Corporation, what is the amount listed?

23    A.   $36,034,143.90.

24         MR. HAYDEN:  If we can pull up

25    previously admitted Government Exhibit 15

229

1        and scroll to the invoice there on page 2.

2   BY MR. HAYDEN:

3        Q.   What is the total amount listed on that

4   invoice at the bottom right?

5        A.   $174,800.

6             MR. HAYDEN:   Okay.   Go back to the

7        Government -- previously admitted Government

8        Exhibit 16, and we scroll to the

9        spreadsheet.

10  BY MR. HAYDEN:

11       Q.   And if we look at the Dutta Corporation, what

12  is the amount highlighted there as debited?

13       A.   $36,034,143.90.

14            MR. HAYDEN:   Take down Government

15       Exhibit 16 and show the witness what is

16       marked as Government Exhibit 17.

17  BY MR. HAYDEN:

18       Q.   What is this document?

19       A.   It's an email.

20       Q.   Who is the email from?

21       A.   It's from me.

22       Q.   And who is it to?

23            Who is Juan --

24       A.   It's to Juan Antonio Ortiz de Landazuri.

25       Q.   Who is Juan Ortiz?

230

1      A.   He's a horse professional, a dealer in

2  horses.

3      Q.   And why are you sending this email to

4  Mr. Ortiz?

5      A.   Because it's a Swift.  It's to show him that

6  the transfer was made.

7      Q.   And who is the Swift from?

8           MS. DESCALZO:  Your Honor, I'm going to

9      object.  The document is not in evidence

10      yet, and this in admissible hearsay.

11           THE COURT:  I'll allow it subject to a

12      motion to strike if it's not tied up.

13           MR. HAYDEN:  Your Honor, the Government

14      would go ahead and move to admit Government

15      Exhibit 17.

16           THE COURT:  17 will be received.

17           (Government's No. 17, 2/25/13 Email from

18      Alejandro Andrade to Juan Ortiz, was received in

19      Evidence.)

20  BY MR. HAYDEN:

21      Q.   So if we can look at the email that you are

22  forwarding Mr. Ortiz, who is this initial email from?

23           And again --

24      A.   Elizabeth Gouveia.  Elizabeth Gouveia.

25      Q.   Who is Elizabeth Gouveia?

231

```
 1        A.   She is Raul Gorrin's assistant or secretary.
 2        Q.   Okay.  And who is Elizabeth -- who did
 3    Elizabeth send this initial email to?
 4        A.   To Raul Gorrin.
 5             MR. HAYDEN:  If we can take down and
 6        then can we blow that up.
 7    BY MR. HAYDEN:
 8        Q.   And who is Raul Gorrin forwarding the email
 9    from Elizabeth to?
10        A.   To me.
11        Q.   And again, why is he forwarding you this
12    email?
13        A.   To show me that the transfer was done.
14        Q.   And if we look at the Swift, what is the
15    amount in the row titled 33-B?
16        A.   $150,000.
17             MR. HAYDEN:  Okay, and if we go to the
18        top of page 2.
19    BY MR. HAYDEN:
20        Q.   Who is paying the $150,000?
21        A.   IBCDB, Inc.
22        Q.   And again who is IBCDB?
23        A.   This is a company through which Raul Gorrin
24    would make payments for me.
25             MR. HAYDEN:  We can take down Government
```

232

1          Exhibit 16 and show the witness what is

2          marked as Government Exhibit 18.

3     BY MR. HAYDEN:

4          Q.   What is this document?

5          A.   It is an email.

6          Q.   Who is the email to?

7          A.   To me.

8          Q.   Who is the email from?

9          A.   It's from Asesor002.

10              MR. HAYDEN:  Government moves to admit

11     Government Exhibit 18 and 18-A.

12              MS. DESCALZO:  Same objection,

13     Your Honor.

14              MR. FELDMAN:  Same objections,

15     Your Honor.

16              THE COURT:  Overruled.  18 and 18-A will

17     be received.

18              (Government's No. 18, 2/22/13 Email from

19     Asesor002 to Alejandro Andrade, was received

20     in Evidence.)

21              (Government's No. 18-A, Certified

22     Translation, was received in Evidence.)

23     BY MR. HAYDEN:

24          Q.   What is the date of this email?

25          A.   February 22, 2013.

233

1    Q.   Okay.  If we scroll to the attached

2  spreadsheet, what initials are in the top left-hand

3  corner?

4    A.   AA.

5    Q.   And are those your initials?

6    A.   Yes.

7    Q.   Scroll down to the first row, and it's dated,

8  looks like January 22nd, 2013.  Do you know why it's

9  dated January when all the dates below it are

10 February?

11   A.   No.  I don't know.  I would imagine it had to

12 do with a typing error.

13   Q.   Okay.  So looking across that first row, what

14 is the description?

15   A.   Juan Antonio Ortiz.

16   Q.   And next to the description, what is the

17 amount?

18   A.   $150,000.

19        MR. HAYDEN:  We can pull up what has

20    been previously admitted as Government

21    Exhibit 17, and if we can scroll to the

22    bottom of that and -- 33-B, can you

23    highlight the amount listed there.

24 BY MR. HAYDEN:

25   Q.   And what is that amount?

234

1          A.   $150,000.

2               MR. HAYDEN:  If we can go back to the

3          Swift, and if we go down to the very bottom

4          on page 2.

5     BY MR. HAYDEN:

6          Q.   Who is that made -- who is the invoice for,

7     or the Swift for?

8          A.   Juan Ortiz.

9               MR. HAYDEN:  If we go back to previously

10         admitted Government Exhibit 18, and we

11         scroll to the spreadsheet, if you can blow

12         up those rows at the bottom.

13    BY MR. HAYDEN:

14         Q.   Looking at that very top row for Juan Antonio

15    Ortiz, what is the amount listed next to his name

16    again?

17         A.   $150,000.

18         Q.   And if you go to the far right, what is the

19    amount or the balance remaining on that row?

20         A.   $35,660,335.88.

21         Q.   And what does that balance represent?

22         A.   That is the amount that Gorrin continues to

23    hold or have.

24              MR. HAYDEN:  Take down Government

25         Exhibit 18 and show the witness what's

235

```
1         marked as Government Exhibit 19.
2    BY MR. HAYDEN:
3         Q.   What is this document?
4         A.   It's an email.
5         Q.   And who is the email from?
6         A.   It's from me.
7         Q.   And who is the email to?
8         A.   It's to Raul Gorrin.
9              MR. HAYDEN:  At this time the Government
10        would offer Government Exhibit 19 and 19-A.
11             MS. DESCALZO:  Same objection,
12        Your Honor.
13             MR. FELDMAN:  Same objection,
14        Your Honor.
15             THE COURT:  19 and 19-A will be
16        received.
17             (Government's No. 19, 3/4/13 Email from
18        Alejandro Andrade to Raul Gorrin, was
19        received in Evidence.
20             (Government's No. 19-A, Certified
21        Translation, was received in Evidence.)
22   BY MR. HAYDEN:
23        Q.   What is the date of this email?
24        A.   March 4th, 2013.
25        Q.   And why are you sending Raul Gorrin this
```

236

1    email?

2        A.    I'm sending him some payment instructions.

3        Q.    And who are the payment instructions for?

4        A.    They're for Raul Gorrin.

5        Q.    Who are you asking Raul Gorrin to pay?

6        A.    To pay the Dutta Corporation.

7            MR. HAYDEN:  Can we take down Government

8        Exhibit 19.  I'm going to show you -- the

9        witness what is marked as Government Exhibit

10       20.

11   BY MR. HAYDEN:

12       Q.    What is this document?

13            Who is the email --

14       A.    This is an email.

15       Q.    Who is the email to?

16       A.    It's to me.

17       Q.    Who is the email from?

18       A.    It's from Asesor002.

19            MR. HAYDEN:  Government moves to admit

20       Government Exhibit 20 and 20-A.

21            MS. DESCALZO:  Same objection.

22            MR. FELDMAN:  Same objection.

23            THE COURT:  20 and 20-A will be

24       received.

25            (Government's No. 20, 3/7/13 Email from

237

1          Asesor002 to Alejandro Andrade, was received

2          in Evidence.)

3               (Government's No. 20-A, Certified

4          Translation, was received in Evidence.)

5     BY MR. HAYDEN:

6          Q.   What is the date of this email?

7          A.   March 7th, 2013.

8               MR. HAYDEN:  If we scroll to the

9          attached spreadsheet and we scroll down to

10         the date in the very first row in the

11         left-hand column.

12    BY MR. HAYDEN:

13         Q.   Who is the --

14         A.   7 March.

15              MR. HAYDEN:  I'm sorry, I didn't ask a

16         question.  I was trying to give

17         instructions.

18              THE WITNESS:  I'd like to let you know

19         that when you just start to speak, I'm not

20         able to hear.

21              MR. HAYDEN:  Is that for the translator

22         or --

23              INTERPRETER:  The interpreter is saying

24         what the witness just said.

25              Your Honor, I think that we might be

238

1    able to correct this a little bit if we wait

2    rather than going straight into the -- if we

3    just wait a little bit while the question is

4    being made just -- because there could be a

5    little bit of a lag, and this is causing the

6    problem.  This is what the interpreters may

7    be thinking.  Maybe that will help.

8         THE COURT:  All right.  So let's try

9    that.

10        INTERPRETER:  All right.  Thank you,

11   Your Honor.  May the interpreter let the

12   witness know, Your Honor?

13        Thank you, Your Honor.

14   BY MR. HAYDEN:

15   Q.   What is the description in the very first

16   row?

17   A.   The Dutta or the Dutta Corporation.

18   Q.   And what is the amount?

19   A.   $228,768.

20        MR. HAYDEN:  If we can take this exhibit

21   down and pull up what has been previously

22   admitted as Government Exhibit 19, if we can

23   blow up the wiring instructions.

24   BY MR. HAYDEN:

25   Q.   Again, who is this wiring instruction for?

239

1    A.   Dutta Corporation.

2         MR. HAYDEN:  Take this down exhibit and

3    show the witness what has been marked as

4    Government Exhibit 21.

5         THE COURT:  Well, before we do that, is

6    this a good spot to take a break?

7         MR. HAYDEN:  Perfect spot, Your Honor.

8         THE COURT:  All right.

9         Members of the jury, we're going to

10   ahead and recess for lunch.  Remember my

11   admonition not to discuss the case or allow

12   it to be discussed in your presence.  I'm

13   going to ask you to come back at 1:15.  So

14   have a nice lunch.  We'll see you back at

15   1:15.

16        THE BAILIFF:  All rise.

17        (The jury exited the courtroom at 12:02

18   p.m., after which the following proceedings

19   were had:)

20        THE COURT:  Mr. Andrade, during the

21   break in your testimony, you're not allowed

22   to discuss your testimony with anyone.

23   We'll see you back at 1:15.

24        And if there's nothing else to come

25   before the Court, we'll be in recess until

240

1    1:15.

2         MR. HAYDEN:  Nothing on behalf of the

3    United States, Your Honor.

4         THE BAILIFF:  All rise.

5         (Off the record from 12:02 p.m. to 1:16 p.m.,

6    after which the following proceedings were had

7    outside the presence of the jury:)

8         THE BAILIFF:  All rise.

9         THE COURT:  You can please be seated.

10   We're back on the record.  Counsel are

11   present.  Both defendants are present.  The

12   interpreters are present.

13        Mr. Andrade, do you understand you're

14   still under oath?

15        THE WITNESS:  Yes, Your Honor.

16        THE COURT:  Anything to come before the

17   Court before we bring in the jury?

18        MR. HAYDEN:  Nothing from the United

19   States, Your Honor.

20        MS. DESCALZO:  Nothing from Ms. Diaz

21   Guillen, Your Honor.

22        MR. FELDMAN:  There are certain exhibits

23   that Your Honor has already ruled on, but I

24   have a new objection if Your Honor wants to

25   take that up now with respect to this.

241

1          THE COURT:  Okay.  Go ahead.

2          MR. FELDMAN:  So with respect to

3    Exhibits 22 through 25 and 29 through 33.

4          MR. LUNKENHEIMER:  Can we excuse the

5    witness, Your Honor?

6          THE COURT:  Okay.

7          MR. FELDMAN:  I'll wait, or we can

8    approach sidebar if that --

9          THE COURT:  We'll excuse him.  While

10   he's going out, did the Government find that

11   WhatsApp photo?

12          (Mr. Andrade exits the courtroom.)

13          MR. LUNKENHEIMER:  Yes, Your Honor.  We

14   were able to provide a 300-page PDF to the

15   defense counsel and notify them of what page

16   the conversation on the WhatsApp in which

17   the two images were sent.  It was page 91.

18   And we provided that via email.  Hopefully,

19   it went through.  I think Ms. Descalzo said

20   she received it but hasn't opened it yet.

21          MS. DESCALZO:  That's correct,

22   Your Honor.

23          THE COURT:  Okay.

24          MR. LUNKENHEIMER:  And it was part of

25   the original production, Your Honor.

242

1          THE COURT:  Okay.  Go ahead,

2     Mr. Feldman.

3          MR. FELDMAN:  Thank you, Your Honor.  On

4     behalf of Mr. Velasquez Figueroa and also

5     Claudia Diaz Guillen, we would renew our

6     objections to 22 through 25 and 29 through

7     33 but on a different basis, but similar.

8          It appears that the Government is

9     seeking to admit these exhibits which are

10     going to show -- they're going to be very

11     similar to the exhibits that they've already

12     showed the jury, which are sort of invoices

13     or payments or spreadsheets showing payments

14     from Gorrin to Andrade, but they're

15     admitting them to show that Raul Gorrin paid

16     Andrade the proceeds from this supposed

17     agreement involving Raul Gorrin and Claudia

18     Diaz Guillen while Claudia Diaz Guillen was

19     the treasurer from 2011 to May of 2013.

20          And then so these payments to Andrade

21     were to promote those bribes, meaning the

22     payments to Andrade after Andrade is the

23     treasurer are somehow now payments to

24     Andrade to facilitate a new bribery scheme

25     with Claudia Patricia Diaz Guillen.

243

1            The problem with that is that Claudia

2    Diaz Guillen is no longer the treasurer of

3    Venezuela May 11, 2013.  So those payments

4    can't be to promote a scheme, a bribery

5    scheme involving Andrade when he's the

6    treasurer, nor can they be payments to

7    promote a scheme while Claudia Diaz Guillen

8    is treasurer after May 11, 2013.  And each

9    of the exhibits 22 through 25 and 29 through

10   33 postdate May 11 of 2013.  So that would

11   be our first objection.

12        Our second objection is at this point,

13   Your Honor, under 403, the cumulative and

14   the duplicative value I think overweighs the

15   probative value of any of these exhibits,

16   and it's sort of a waste of time for the

17   jurors.

18        So on those two bases, we would ask that

19   Your Honor exclude 22 through 25 and 29

20   through 33.

21        And if Your Honor is not inclined to

22   rule in our favor on those exhibits, we

23   would ask, for the benefit of the jurors,

24   that we just sort of have a continuing

25   objection to those specific exhibits that is

244

1      preserved so that the Government doesn't

2      have to go through sort of the foundational

3      questions and waste time moving forward.

4          THE COURT:  That works for me.  So you

5      will have a continuing objection, and those

6      exhibits will just be admitted as soon as

7      the Government shows them to the witness.

8          I think the probative value outweighs

9      the prejudice.  I think circumstantially

10     it's all relevant, and I overrule your

11     objection.

12         Anything further before I bring in the

13     jury?

14         MR. HAYDEN:  Nothing further from the

15     United States.

16         MS. DESCALZO:  No, Your Honor.

17         MR. FELDMAN:  Nothing further,

18     Your Honor.

19         THE COURT:  All right.  If we can get

20     Mr. Andrade back; and if we have all the

21     jurors, let's bring them in.

22         (The jury was assembled in the courtroom at

23     1:20 p.m., after which the following proceedings

24     were had:)

25         THE COURT:  Do the parties concede the

245

1      presence of the jury and waive its polling?

2          MR. HAYDEN:  Yes, Your Honor.

3          MS. DESCALZO:  Yes, Your Honor.

4          MR. FELDMAN:  Yes, Your Honor.

5          THE COURT:  And did everyone follow my

6      admonition not to discuss the case or allow

7      it to be discussed in your presence?

8          All right.  Mr. Hayden, you may

9      continue.

10         MR. HAYDEN:  Thank you, Your Honor.  If

11     we can pull up for the witness what is

12     marked as Government Exhibit 21.

13         THE COURT:  I don't think you have to

14     pull it up for the witness.  You can just

15     show you him.

16         MR. HAYDEN:  So pull up Government

17     Exhibit 21.

18         THE COURT:  Are you moving in 21?

19         MR. HAYDEN:  Yes, Your Honor, and 21-A.

20         THE COURT:  21 and 21-A will be

21     received.

22         (Government's No. 21, 3/11/13 Email from

23     Heinrich Boelcke to Alejandro Andrade, Raul

24     Gorrin, Gustavo Perdomo, Alejandro Zingg,

25     was received in Evidence.)

246

1              (Government's No. 21-A, Certified

2         Translation, was received in Evidence.)

3    BY MR. HAYDEN:

4         Q.   So Mr. Andrade, this email between -- who is

5    this email from?  Can you highlight that?

6         A.   Henry Boelcke.

7         Q.   Who is Heinrich Boelcke?

8         A.   He was one of the plane's pilot.

9         Q.   And what email address is he using here?

10        A.   HB@UG -- JAviation.com.

11        Q.   What is UJ Aviation?

12        A.   That's the name of the company that used to

13   manage the planes.

14        Q.   Okay.  And look above it in the "to" line.

15   Who is Alejandro Zingg?

16        A.   Another one of the plane's pilots.

17        Q.   And if we look at the email next to Alejandro

18   Zingg, who is a Gustavo Adolfo Perdomo Rosales?

19        A.   That is Raul Gorrin's brother-in-law.

20             MR. HAYDEN:  Can we take this exhibit

21        down and pull up Government Exhibit 4.

22   BY MR. HAYDEN:

23        Q.   Who is this individual?

24        A.   Gustavo Perdomo.

25             MR. HAYDEN:  Okay.  Can we take this

247

1      exhibit down and go back to Government

2      Exhibit 21.

3  BY MR. HAYDEN:

4      Q.   And what is -- what is this email?

5      A.   A picture.

6      Q.   Of?

7      A.   Of the plane I used to use.  My plane.

8      Q.   And why is it being -- why is this photo,

9  then, being sent to you and Raul Gorrin, Perdomo and

10 Alejandro Zingg?

11     A.   Because the plane was being repaired.

12     Q.   And who was in charge of that repair?

13     A.   Henry Boelcke and Alejandro Zingg.

14     MR. HAYDEN:  Can we put down this

15     exhibit and pull up what's previously been

16     admitted as Government Exhibit 11.  Can we

17     scroll to the second page, and can we

18     highlight the Unique Jet Aviation row.

19 BY MR. HAYDEN:

20     Q.   Is this the same company that's owned by

21 Henry Boelcke and Alejandro Zingg?

22     A.   Yes.

23     MR. HAYDEN:  Okay.  Can we go back to

24     Government Exhibit 21.

25 BY MR. HAYDEN:

248

1      Q.    So you mentioned this is your plane.  What

2   type of plane is this?

3      A.    G5.

4      Q.    What is a G5?

5      A.    Gulfstream 5.

6      Q.    And how much would a plane like this cost?

7      A.    Between 15 and 20 million.

8      Q.    Dollars?

9      A.    Dollars.

10      Q.    Who paid for this plane?

11      A.    Raul Gorrin.

12            MR. HAYDEN:  If we can take this exhibit

13   down and go to Government Exhibit 32.

14            And can we -- Government moves to have

15   Government Exhibit 32 admitted, Your Honor.

16            THE COURT:  32 will be received.

17            MR. HAYDEN:  And A, Your Honor, 32-A as

18   well.

19            THE COURT:  32-A will be received.

20            (Government's No. 32, 11/7/14 Email from

21   Asesores03 to Alejandro Andrade, was

22   received in Evidence.)

23            (Government's No. 32-A, Certified

24   Translation, was received in Evidence.)

25            MR. HAYDEN:  Okay.  If we can scroll to

249

1          the second page of this email.

2     BY MR. HAYDEN:

3          Q.   And again, this looks like one of those

4     spreadsheets we discussed previously.  Are those your

5     initials on the top left?

6          A.   Yes.

7               MR. HAYDEN:  Okay.  If we can go back to

8          the first page.

9     BY MR. HAYDEN:

10          Q.   And who is this email from?

11          A.   Asesores03.

12          Q.   And who is Asesores03?

13          A.   That is -- that is -- it's coming from Raul

14     Gorrin's office.

15               MR. HAYDEN:  And let's go back to the

16          spreadsheet.  If we can -- can we blow up

17          the top row.

18     BY MR. HAYDEN:

19          Q.   If you look at the far right row in gray,

20     what is the amount as of the date August 5th, 2013?

21          A.   $15,337,538.18.

22               MR. HAYDEN:  If we can scroll down to

23          the second page of the attachment.

24     BY MR. HAYDEN:

25          Q.   What is the initial balance on the far right?

250

1    A.   15,000,300 -- sorry.  37,175,017 with 41

2    cents.

3    Q.   And what does the star or that the asterisk

4    state right underneath that?

5    A.   We still have not deducted the difference for

6    a G-5 plane for a year 2010, 6,000,000 from the

7    19,000,000 expense.

8         MR. HAYDEN:  Take this exhibit down.

9         I'm going to show you Government

10        Exhibit 24 and ask that it be -- and 24-A

11        and ask that they both be admitted.

12        THE COURT:  24 and 24-A will be

13        received.

14        (Government's No. 24, 5/2913 Email from

15        Elizabeth Gouveia to Asesores03, was

16        received in Evidence.)

17        (Government's No. 24-A, Certified

18        Translation, was received in Evidence.)

19   BY MR. HAYDEN:

20   Q.   Who is this email from?

21   A.   Elizabeth Gouveia.

22        MR. HAYDEN:  Can we go back and -- to

23        Government Exhibit 10.  Can we highlight the

24        "to" and "from" lines.

25   BY MR. HAYDEN:

251

1    Q.   Who is this email to?

2         Does that also include --

3    A.   Raul Gorrin and Elizabeth Gouveia.

4         MR. HAYDEN:  Okay.  Can we go back to

5    Exhibit 24.  Can we highlight the top.

6  BY MR. HAYDEN:

7    Q.   What is the title of this email?

8    A.   Transfer charges, AA.

9    Q.   Okay.  And who is Elizabeth forwarding this

10   email -- or sending this email to?

11   A.   She is sending it to Asesores03 and

12   Asesor002.

13        MR. HAYDEN:  Okay.  Can we go back to

14   Government Exhibit 25.

15        THE COURT:  I don't think 25 is in

16   evidence yet.

17        MR. HAYDEN:  Sorry.  Can we pull up

18   Government Exhibit 25 and request that it be

19   admitted.

20        THE COURT:  25 will be received.

21        MR. HAYDEN:  And 25-A, Your Honor.

22        THE COURT:  25-A will be received.

23        (Government's No. 25, 5/30/13 Email from

24   Asesor002 to Alejandro Andrade, was received

25   in Evidence.)

252

1              (Government's No. 25-A, Certified

2       Translation, was received in Evidence.)

3              MR. HAYDEN:  Can we scroll to the...

4   BY MR. HAYDEN:

5       Q.   Oh, who is this email from?

6       A.   Asesor002.

7       Q.   Okay.  And can we go to the spreadsheet on

8   the second page.

9              Okay.  And can we go ahead and highlight the

10  first two rows.

11      A.   Innovative Surfaces, Inc., $117,087 with 15

12  dollars.

13             MR. HAYDEN:  And can we go back to what

14      is Government Exhibit 23 previously

15      admitted.  Sorry, 24, I apologize.  And if

16      we can blow up the body of the email.  And

17      can you highlight that first transfer.

18      A.   Yes.  A transfer to Innovative Surfaces for

19  $117,087.15.

20  BY MR. HAYDEN:

21      Q.   And what is Andiron?

22             THE COURT:  I don't think he heard that.

23      I think you were speaking on the microphone.

24             INTERPRETER:  Sorry.

25      A.   It's a company.  It's -- it's a company.

253

```
 1    BY MR. HAYDEN:
 2        Q.   Whose company?
 3        A.   I don't know whose it was.
 4        Q.   Do you know why it was --
 5        A.   Oh, the thing is that I don't remember whose
 6    company it was.
 7        Q.   Okay.  But why was this invoice being paid?
 8        A.   I asked Raul Gorrin to pay it.
 9             MR. HAYDEN:  Take down this exhibit.
10             Let me show -- Government will move to
11        show Government Exhibit 26 and 26-A and have
12        them moved into evidence, Your Honor.
13             THE COURT:  26 and 26-A will be
14        received.
15             (Government's No. 26, 11/14/12 Email from
16        Asesor002 to Alejandro Andrade, was received in
17        Evidence.)
18                 (Government's No. 26-A, Certified
19        Translation, was received in Evidence.)
20             MR. HAYDEN:  Okay.  This looks like a
21        lot like the spreadsheets we saw.  Can we go
22        to the second page of this email.
23    BY MR. HAYDEN:
24        Q.   Are those your initials in the top left
25    corner?
```

254

1       A.   Yes.

2       Q.   Okay.  And if we look down at the very bottom

3  left-hand column or row, what is the balance here?

4       A.   $32,386,544 with 29.

5       Q.   Okay.  And the date on the left-hand side?

6       A.   November 1st, 2012.

7       Q.   And are you treasurer at this time?

8       A.   No.

9            MR. HAYDEN:  Okay.  Take this exhibit

10       down and show you what's marked as

11       Government Exhibit 27.  Your Honor, we would

12       offer 27 and 27-A.

13            THE COURT:  27 and 27-A will be

14       received.

15            (Government's No. 27, 1/2/13 Email from

16       Asesor002 to Alejandro Andrade, was received in

17       Evidence.)

18                (Government's No. 27-A, Certified

19       Translation, was received in Evidence.)

20  BY MR. HAYDEN:

21       Q.   Another spreadsheet.  Can we scroll down on

22  the spreadsheet.  And do you recognize --

23            MR. HAYDEN:  Can we blow up the

24       descriptions, please.

25  BY MR. HAYDEN:

255

1      Q.   Do you recognize the descriptions in here on

2   the spreadsheet?

3      A.   Yes, some of them.

4      Q.   And -- and what are these descriptions in

5   this spreadsheet?

6      A.   They are pertaining to some payments.

7      Q.   Payments for what?

8      A.   Some of them for bodyguards, Unique Jet

9   Aviation.  Miguel Lugo who was also a bodyguard.

10     Q.   And Karina Rosenfeld, do you see her name?

11     A.   Yes, I do.

12     Q.   And you mentioned earlier that she was your

13  girlfriend.

14     A.   Yes.

15     Q.   Were you married at the time?

16     A.   Yes.

17          MR. HAYDEN:  Okay.  We can take this

18     spreadsheet down.  Go to Government

19     Exhibit 28.

20          Your Honor, we ask that 28 and 28-A be

21     offered.

22          THE COURT:  28 and 28-A will be

23     received.

24          (Government's No. 28, 4/1/13 Email from

25     Asesor002 to Alejandro Andrade, was received in

256

1      Evidence.)

2             (Government's No. 28-A, Certified

3      Translation, was received in Evidence.)

4             MR. HAYDEN:  Okay.  Again, another

5      spreadsheet from April of 2013.  Can we go

6      to the spreadsheet, and can we highlight the

7      bottom rows.

8   BY MR. HAYDEN:

9      Q.   What is the balance as of April 2013?

10     A.   $35,257,856 with 16.

11            MR. HAYDEN:  Okay.  Can we take this

12     Government Exhibit down and go to Government

13     Exhibit 29.

14            Your Honor, we would offer 29 and 29-A.

15            THE COURT:  29 and 29-A will be

16     received.

17            (Government's No. 29, 8/1/13 Email from

18     Asesor002 to Alejandro Andrade, was received

19     in Evidence.)

20            (Government's No. 29-A, Certified

21     Translation, was received in Evidence.)

22            MR. HAYDEN:  And another spreadsheet

23     Thursday, August 1st, 2013.  Can we

24     highlight the very bottom.

25  BY MR. HAYDEN:

257

1    Q.   Well, first, let me ask you:  Whose initials

2    are those on the top left?

3    A.   They're mine, AA.

4    Q.   Okay.  And if we scroll down all the way to

5    the bottom, can we highlight -- or can we blow up the

6    three rows on the second page.

7         What is -- what is represented in that very

8    first row?

9    A.   Meal tickets for bodyguards or security

10   guards.

11   Q.   And what is the AA next to that?

12   A.   My initials.

13   Q.   Okay.  Are these your bodyguards?

14   A.   Yes, yes.

15   Q.   And what do you see in the second row?

16   A.   The payroll for the bodyguards.

17   Q.   Okay.  And are those your bodyguards?

18   A.   Yes.

19   Q.   And in the third row, what is listed in the

20   third row?

21   A.   Payroll for captain assistance ORO AV.

22   Q.   And is that an expensive that you asked Raul

23   Gorrin to pay?

24   A.   Yes.

25   Q.   Do you know who -- or do you know what the

258

1    ORO is?

2        A.   No, no, I don't remember.  I don't remember

3    what it means.

4        Q.   Okay.  Do you know what the initials AV mean?

5        A.   I do not know what it means.

6        Q.   But you do recognize this as something that

7    was paid on your behalf?

8        A.   Yes.  It was paid upon my request.

9            MR. HAYDEN:  Okay.  Taking down this

10       exhibit, can we go to Government Exhibit 31.

11           Your Honor, we would offer 31 and 31-A.

12           THE COURT:  31 and 31-A will be

13       received.

14           (Government's No. 31, 8/5/13 Email from

15       Asesor002 to Alejandro Andrade, was received

16       in Evidence.)

17           (Government's No. 31-A, Certified

18       Translation, was received in Evidence.)

19           MR. HAYDEN:  Okay.  This looks like a

20       spreadsheet on August 2013.  Can we scroll

21       down.  Can we go to the second page.

22   BY MR. HAYDEN:

23       Q.   These look like the same payments that we

24   just saw in the previous spreadsheet.

25       A.   Yes.

259

1        Q.   Do you recognize in those payments that you

2   asked Raul Gorrin to make?

3        A.   Yes.

4             MR. HAYDEN:   Okay.   Take this exhibit

5        down.   And we go to Exhibit 32 which -- or

6        sorry, we've already done 32.

7             Go to Exhibit 33.   Your Honor, we would

8        offer Government Exhibit 33 and 33-A at this

9        time.

10            THE COURT:   33 and 33-A will be

11       received.

12            MS. DESCALZO:   Your Honor, this -- this

13       exhibit is different.   It's WhatsApp chat,

14       and I object because there's hearsay within

15       hearsay.

16            THE COURT:   Well, overruled subject to a

17       Motion to Strike.

18            MS. DESCALZO:   Okay.

19            (Government's No. 33, WhatsApp Chat, was

20       received in Evidence.)

21            (Government's No. 33-A, Certified

22       Translation, was received in Evidence.)

23   BY MR. HAYDEN:

24       Q.   What is this document?

25       A.   An image of my WhatsApp.

260

1    Q.   Who are you chatting with in this WhatsApp?

2    A.   With Raul Gorrin.

3    Q.   And what is his chat name?

4    A.   Gorrin USA, USA.

5    Q.   And is AA you?

6    A.   Yes.

7         MR. HAYDEN:  And if we can scroll down,

8    and if we can blow up the chat starting on

9    October 24th, 2017, at 9:35 a.m.

10   BY MR. HAYDEN:

11   Q.   If you can just go ahead and read this chat

12   on the Spanish version, please.

13   A.   "Entrepreneur according to Raul Gorrin,

14   president of Global Vision.  Look for allies of the

15   treasury office.  Offer them big profits.  Make them

16   transfer for free custody of financial instruments to

17   Switzerland.  Once your bank has custody of these

18   financial instruments, instruct your bank officials

19   to sell them.  Have ready two owners of Venezuelan

20   banks that allow receipt of large quantities of

21   bolivars.  Proceed with the sale of the dollar

22   products from the Venezuelan businessmen at the

23   dollar today price.

24        "Cancel the national treasury in bolivars at

25   the official exchange rate of bonds assigned.  Don't

261

1     pay attention to the collateral damage of the

2     Venezuelan economy on the sale of dollars at the

3     dollar today price.

4           "Try to be the only supplier of dollars in

5     the Venezuelan market.  You must act without

6     scruples.  You shouldn't care about whether the food

7     prices, medication, assets or services go up.  That's

8     a market problem.

9           "Look for political allies to defend you.

10    With the profits made, purchase TV channels,

11    insurance companies, brokerage houses and banks.  Try

12    to break into the oil market.

13          "Lastly, do not reside in Venezuela

14    permanently.  Settle in the United States.  Some day

15    they might discover your irregular financial

16    operations, and you'll be incarcerated."

17       Q.   Does this accurately describe the schemes

18    that you were involved in with Raul Gorrin?

19       A.   Yes.

20          MR. HAYDEN:  We can take that exhibit

21    down.

22    BY MR. HAYDEN:

23       Q.   What is the date of the last payment you

24    received from Raul Gorrin?

25       A.   I do not recall.

262

1        Q.   Approximately.

2        A.   It could be -- it could very well be 2017,

3    2018.

4        Q.   How much money does Raul Gorrin still hold on

5    your behalf?

6        A.   Between 80 and 100 million.

7        Q.   And what is your understanding of what that

8    amount includes?

9        A.   The result of the agreements we made.

10       Q.   And when you say "agreements," you mean two

11   agreements?

12       A.   Yes.

13       Q.   And -- and what are those two agreements?

14       A.   The agreement I made with him when I was the

15   treasurer and the agreement made after Claudia became

16   treasurer.

17       Q.   And you mentioned that you previously agreed

18   to forfeit $1 billion.  What does that amount

19   represent?

20       A.   That amount represents the money I made in

21   accordance with the agreements I had made.

22            MR. HAYDEN:  One second, Your Honor.

23   BY MR. HAYDEN:

24       Q.   And when you say "money," does money equal

25   bribes?

263

 1       A.   Yes.

 2            MR. HAYDEN:  No further questions.

 3            THE COURT:  Ms. Descalzo.

 4            MS. DESCALZO:  Sure.

 5                         CROSS-EXAMINATION

 6    BY MS. DESCALZO:

 7       Q.   Good afternoon, Mr. Andrade.

 8       A.   Good afternoon.

 9       Q.   My name is Marcel Descalzo.  And you and I

10    have never met before; is that right?

11       A.   No.

12       Q.   Never spoken on the phone?

13       A.   Not that I recall.

14       Q.   We've never spoken on the phone?

15       A.   Not that I recall.

16       Q.   Now, the Government was just showing you a

17    WhatsApp chat between you and Raul Gorrin.

18       A.   Yes.

19       Q.   And that was Government Exhibit 33.

20       A.   Yes.

21       Q.   And you and Raul Gorrin exchanged a lot of

22    WhatsApp chats?

23       A.   Yes.

24       Q.   You were chatting with him every day in 2017.

25       A.   Yes.

264

1      Q.   Sometimes you sent him 20 messages a day.

2      A.   I'm going to clarify what I remember.  It is

3    very possible that we may have chatted, not every

4    day.

5      Q.   But you chatted a lot?

6      A.   Yes, yes.

7      Q.   And the Government in Government Exhibit 33

8    showed you a couple of lines from a chat on

9    October 24th, 2017; is that right?

10     A.   Yes, I believe so.  I don't remember, but I

11   believe so.

12     Q.   But there was more to that chat then just the

13   few lines the Government showed you?

14     A.   Yes.

15          MS. DESCALZO:  And at this time, Your

16     Honor, I'd like to introduce Defense

17     Exhibit 94, which is the rest of chat on

18     October 24, 2017, between Raul Gorrin and

19     Mr. Andrade.

20          THE COURT:  Any objection?

21          MR. HAYDEN:  Objection, Your Honor.  We

22     don't have this chat that she's about to

23     play or the translation of it.

24          MS. DESCALZO:  Your Honor, the

25     Government does have the translation because

265

1    they introduced the chat.  They just didn't

2    play all of it with the audio, and we have

3    translators here ready to translate for us.

4         Oh, Mr. Andrade can read it in Spanish.

5         THE COURT:  Well, I don't understand,

6    Mr. Hayden, when you say you don't have the

7    rest of the chat.

8         MR. HAYDEN:  We don't have the

9    transcript of audio, Your Honor.  We --

10        THE COURT:  Yeah, but she's not

11   introducing the transcript of the audio.

12   She's introducing the Spanish.

13        MR. HAYDEN:  She's introducing the

14   audio, which we don't have a transcript of

15   and translation of.

16        MS. DESCALZO:  Your Honor, they --

17        THE COURT:  But you have part of the

18   transcribed; right?

19        MR. HAYDEN:  Not the audio, Your Honor.

20   We had the chat.  I think what Ms. Descalzo

21   is trying to do there's -- within there

22   potentially is an audio file that's embedded

23   within a chat at some point during the same

24   day with the chat that we had translated

25   is --

266

1          THE COURT:  But you had the embedded

2     audio and you gave it to her or --

3          MR. HAYDEN:  Yes.

4          THE COURT:  So you could have translated

5     it?

6          MR. HAYDEN:  We could have, Your Honor,

7     yes.

8          THE COURT:  Overruled.  94 will be

9     received.

10          (Defense No. 94, WhatsApp chat, was received

11     in Evidence.)

12          MS. DESCALZO:  And for clarity for the

13     Court, because I only have one computer that

14     I can plug in.  I'm going to show you my

15     version of the chat on October 24th.

16  BY MS. DESCALZO:

17     Q.  And you start chatting with Mr. Gorrin that

18  day even earlier than this.  I'm sorry.  I think

19  that's the first one.  Do you see where you start

20  chatting with him at 9:01 a.m.?  Oh, it's even

21  earlier, I'm sorry.

22          It's midnight when you start chatting with

23  him on October 24th, 2017; is that right?

24     A.  Yes.

25     Q.  And I'll move this along for the jury to get

267

1    to the juicy part that the Government showed you.

2            Right before what the Government showed you,

3    right there at 9:31 with 19 seconds, if you could

4    read that right there, and I think this is in the

5    Government's translation also.

6            You're asking Gorrin if he heard about what

7    MR told you last night.

8    A.   Yes.  He told me last night MR, that

9    something came out about you recently blasting you.

10   Did you see it?

11   Q.   And who is MR?

12   A.   MR is Martin Rodial.

13   Q.   And who was Martin Rodial?

14   A.   It's a person I -- it's a person I met here

15   in the United States.

16   Q.   He was more than a person that you met in the

17   United States.  He was working as a consultant for

18   you.

19   A.   Why are you saying that he was working as a

20   consultant for me?  Do you have proof?  Do you have

21   something signed by me?  Did we have an agreement?

22   Q.   No, no.  We don't have anything signed in

23   this case about any evidence.  We just have chats

24   and, you know, emails and stuff.

25           THE COURT:  Let's ask questions by the

268

1      lawyer and answers by the witness.

2            THE WITNESS:  I'm so sorry, Your Honor.

3      I apologize.

4      BY MS. DESCALZO:

5      Q.   So back to my question:  Was Martin Rodial

6      working for you?

7      A.   He wasn't working for me.  He was a friend of

8      mine, and he would write to me about things that

9      would go on.

10     Q.   You didn't pay him any money to help you with

11     your status in the United States?

12     A.   I did pay some money to Martin Rodial, but

13     not for my status.

14     Q.   What did you pay him for?

15     A.   To evaluate with an insurance company from

16     the State.

17     Q.   You hired him to help you get insurance with

18     the State?

19     A.   He told me that he could have -- connect me

20     with a State agency; and for that, he gets money.

21     Q.   What was he connecting you with a State

22     agency for?

23     A.   He was an advisor, and he told me he had a

24     contract with a State agency.

25     Q.   What State agency was that?

269

1      A.   DEA.

2      Q.   He was communicating with the DEA on your

3   behalf?

4      A.   Yes.

5      Q.   Was he cooperating with the DEA so you would

6   cooperate and get a visa and stay in the United

7   States?

8      A.   Yes.

9      Q.   Okay.  Let's go back to the chat.  We can

10   talk about Martin Rodial a little later.

11        So the Government showed you this piece of

12   the chat, which seems to be an article or something

13   about Raul Gorrin; is that right?

14      A.   Yes.

15      Q.   And you respond to him, "Don't contaminate

16   me"; right?

17      A.   Yes.

18      Q.   And to be clear:  2017 was five years ago,

19   long before Claudia and Adrian are brought to the

20   United States?

21      A.   Yes.

22      Q.   Around the time that Martin Rodial is trying

23   to get the DEA to help you with the visa.

24      A.   Could you please repeat the question?

25      Q.   Around the time that Martin Rodial is trying

270

1   to help you cooperate with the DEA so you can get a

2   visa?

3       A.   Yes.

4       Q.   It's also around the time when you first get

5   a call from HSI?

6       A.   I don't remember.  I don't remember whether I

7   received a call from HSI or not.

8       Q.   Do you remember -- do you know that HSI is

9   the Government agency investigating your case,

10  Claudia's case, Adrian's case?

11      A.   Yes, yes.

12      Q.   Okay.  And HSI is the Government agency that

13  you cooperated with from about October 2017 until

14  today?

15      A.   Yes.

16      Q.   So around the time that HSI first approaches

17  you, you send this to Gorrin?

18      A.   Are you asking me about what follows or the

19  document?

20      Q.   I am asking you if you sent this news article

21  to Gorrin or you asked him about it?

22      A.   I wasn't saying -- I was just saying that I

23  didn't want to read that in order not to contaminate

24  myself.

25      Q.   And then Gorrin sends you a joke; right?

271

1      A.   It's possible.  I don't remember right now.

2      Q.   I'm not going to play it for the jury because

3   it's inappropriate, but we'll keep going.

4           MS. DESCALZO:  Hold on.  I have to

5        connect to WiFi to do this.

6           (Audio recording played.)

7           MS. DESCALZO:  Do you need me to play it

8        again, Madam Interpreter?

9           MADAM INTERPRETER:  Your Honor -- from

10       the interpreter -- it is not possible to

11       translate an audio that we have not heard.

12       We don't know the context.  We usually need

13       to hear it.  This is a translation work that

14       cannot be done spontaneously or

15       simultaneously.

16          THE COURT:  You can ask Mr. Andrade what

17       he thinks it says, and then we'll go from

18       there.

19   BY MS. DESCALZO:

20       Q.   What did it say, Mr. Andrade?

21       A.   Could you please replay it again because it

22   was too fast.

23       Q.   Try this one.

24          (Audio recording played.)

25   BY MS. DESCALZO:

272

1    Q.   What are you saying there, Mr. Andrade?

2    A.   I was telling Gorrin that I wanted to leave

3    Venezuela in order not to be charged as a politician.

4    That if I assume my responsibility over there, I

5    would have to stay and take charge; and if I didn't,

6    then I would have problems; and I would basically

7    become like a pariah, political pariah.

8    Q.   And that's why you were so desperate to stay

9    here in the United States; right?

10   A.   I was receiving counseling or advice from a

11   person who wanted to provide it to me.

12   Q.   Who was that person giving you the

13   counseling?

14   A.   Martin Rodial.

15   Q.   But that conversation was with Raul Gorrin.

16   A.   Yes, yes, of course.

17        MS. DESCALZO:  And I'm going to pull up

18        Government Exhibit 33 with the translation.

19   BY MS. DESCALZO:

20   Q.   And after you tell Mr. Gorrin that you don't

21   want to be contaminated and that -- you send him a

22   voice chat saying you don't want to go back to

23   Venezuela.  What do you say to him at 9:42 with

24   37 seconds?

25   A.   "They hate your mental peace."

273

1          Q.   And who are you talking about?

2          A.   Well, it's -- I'm saying it in Spanish; so

3     I'm not sure if I'm telling him that they hated his

4     mental peace, or I could be saying that they hate

5     your mental peace, like as if you -- one's mental

6     peace, that's what they hate.

7          Q.   Could the person that hates Gorrin's mental

8     peace be Tareck?  A person by the name of Tareck?

9          A.   I don't remember.

10         Q.   Well, you reference him earlier in the chat.

11         A.   But I don't know if that's got to do with

12    what I'm telling you further down.

13         Q.   Okay.  Well, let's try to talk about what you

14    do know.

15              The Government showed you a lot of emails

16    between you and Raul Gorrin; is that right?

17         A.   Yes.

18         Q.   And the Government -- and the Government

19    showed you a lot of emails between and Leo Gonzalez.

20         A.   Yes.

21         Q.   And the Government showed you a lot of emails

22    with people working in Gorrin's office.

23         A.   Yes.  Emails that came from his office -- his

24    office.  I mean, I don't know if there was a lot of

25    people there.  It was emails coming from his office.

274

1      Q.   And we know you have WhatsApp chats with Raul

2   Gorrin.

3      A.   Yes.

4      Q.   And you also have WhatsApp chats with Leo

5   Gonzalez?

6      A.   Yes.

7      Q.   But you have no chats with Claudia Diaz

8   Guillen.

9      A.   No.

10      Q.   No emails with Claudia Diaz Guillen.

11      A.   No.

12      Q.   No?

13           You don't even have her phone number saved on

14   your phone.

15      A.   Well, what happens is -- on that phone, no.

16   But I did keep an official telephone number of hers,

17   and that's how I would communicate with her, through

18   the official telephone number, and I kept that -- I

19   kept that through the government network.  That's why

20   it doesn't figure there.

21      Q.   So when you come to the United States, a

22   place that President Chavez hates, after you have

23   been fired from your job as treasurer, you still have

24   an official government phone?

25      A.   No.  I don't remember if I still kept that

275

1    phone when I came and went, but when I did talk to

2    her, I did have it then.

3         Q.   When was it that you --

4         A.   That -- that is -- that is how we spoke.

5         Q.   Okay.  When was it that you spoke to her?

6         A.   When did I speak to her?

7              When I was in Venezuela and when I was coming

8    here, going back and forth, but I hadn't quite

9    settled here yet.

10        Q.   What year was that?

11        A.   That would be around 2011 to 2012 when she

12   was still at the treasury.

13        Q.   When was the last time you spoke to Claudia

14   Diaz Guillen?

15        A.   I don't -- I don't remember at what time or

16   when I stopped talking to her.

17        Q.   When was the last time you had the official

18   phone for the treasury?

19        A.   At one point I had to turn over that phone,

20   give it back to them, but for some time I did keep

21   that phone.  I don't know whether I kept that phone

22   for months or years or a year and some, but I did

23   keep the phone for some time thereafter.

24        Q.   Do you remember that Marco Torres came after

25   you at the treasury?

276

1    A.   Yes.

2    Q.   And he was the treasurer for some time before

3  Claudia Diaz Guillen becomes the treasurer.

4    A.   Yes.

5    Q.   And I know you don't remember a lot of dates,

6  but you stopped being treasurer January 2010.  Do you

7  remember that?

8    A.   2010.  It was 2011, January 2011.  I don't

9  remember the exact date, but I left the treasury

10  sometime between 2010 or 2011.

11    Q.   Well, let's clarify that.  There's a

12  difference between the time you resign and the time

13  you give up your charge; is that right?

14    A.   Repeat the question, please.

15    Q.   There is a time between the time you resign

16  and the time you give up your charge in Venezuela; is

17  that right?

18    A.   Yes.  There was a time that I remained in

19  Venezuela.

20    Q.   That wasn't my question.  Let me fix it.

21         In Venezuela when you give up an official

22  position, you have to go through an audit period and

23  do an official acta de entrega to your next

24  treasurer.

25    A.   Of course.  Yes.

277

1    Q.   And that process takes 120 days.

2    A.   No.  I'm going to clarify some things.  I'm

3    going to clarify.

4    Q.   Please do.

5    A.   The process can take 120 days, but it also

6    can be less than that.  And there's also this time,

7    frame over time where there's 120 days or 90 days

8    whether -- so that -- where any kind of claims can be

9    made.  It's to be sure that everything is fine.  So

10   the maximum time is that, but it can be less, and you

11   have to wait for the results of that taking place.

12   Q.   Was that period when you were waiting for

13   your results the time that you had your official

14   phone?

15   A.   Yes, but it also could be a little bit longer

16   than that.

17   Q.   And by the way, when they did your audit of

18   your term as treasurer, you didn't come out clean,

19   did you?  You had issues with your charge and your

20   term as treasurer.

21   A.   No, that's not true.  I didn't have any

22   problems when I gave it up.

23   Q.   But definitely Giordani, the minister of

24   finance, went to President Chavez to have you fired,

25   didn't he?  That's why you left the position.

278

1    A.   I don't know whether he said that to the

2  president.  But I decided to finish or the -- give up

3  my post.  But you talked about this acta de

4  entrega and I do have an acta de entrega, but there's

5  no issues with it, deficiencies.

6    Q.   Can two people be treasurer at the same time?

7    A.   What do you mean?

8    Q.   Can two people be treasurer at the same time?

9    A.   No, it cannot.

10    Q.   So when he Marco Torres comes in, you have to

11  be out; is that right?

12    A.   Yes, of course.

13    Q.   When Marco takes the charge as the treasurer,

14  do you still have the official phone?

15    A.   Yes, of course.

16    Q.   And you have it for how long after he becomes

17  treasurer?

18    A.   I don't remember for how much longer, but I

19  do know that I kept that phone for some time

20  thereafter.

21    Q.   Was it a couple of months or a couple of

22  weeks?

23    A.   No.  It was a long time.  I don't know how

24  long it was, but it was a good amount of time that I

25  kept that phone.

279

1      Q.   Well, just a few minutes ago you testified

2   that it was about a few months.  So was it a few

3   months or a long time?

4      A.   No.  I think I also said that it could have

5   been a year, if I remember correctly.

6      Q.   What did the phone look like?

7      A.   It was a small phone.  It was a small Nokia.

8      Q.   Was it a smartphone or a flip phone?

9      A.   No.  It wasn't a smartphone.

10      Q.   Could you use WhatsApp on it?  Did that even

11   exist back then?

12      A.   No, it didn't exist.

13      Q.   Did you use the official phone to communicate

14   with Claudia because she wouldn't answer for you on

15   any other phone?

16      A.   Possibly.

17      Q.   Because you weren't social friends with

18   Claudia, were you?

19      A.   Yes.  I mean, we had some kind of, you know,

20   acquaintances as we talked to each other and we --

21   we -- so I mean, I spoke to her.  I spoke to her in

22   my official capacity, you know.  In our official

23   capacities we spoke to each other.

24          It's also possible that I might have

25   communicated with her with other things -- about

280

1    other things as well on another phone.

2        Q.   But you -- you just testified like ten

3    minutes ago that you only communicated with Claudia

4    on the official phone of the treasury.

5        A.   To talk about that, to talk about the

6    agreement.

7        Q.   The official phones used in the government,

8    President Chavez has one, right, in Venezuela?  He

9    had one?

10       A.   Yes.

11       Q.   And those phones are monitored by the

12   equivalent of the CIA in Venezuela; right?

13       A.   I don't know.

14       Q.   You don't know whether the official phones of

15   Venezuela were monitored by President Chavez and his

16   security team?

17       A.   I don't know.  I don't understand your

18   question.

19       Q.   Let me try and simplify it.  The official

20   phone that you had as treasurer was used to

21   communicate with high-level public officials --

22   right? -- in the Venezuelan government?

23       A.   Yes and yes.

24       Q.   So, for example, that phone would be used

25   when President Chavez wanted to call you because it

281

1      was a secure line?

2          A.   Yes.

3          Q.   And -- and if the vice president of Venezuela

4      wanted to call you, he would call you on the official

5      phone because it's a secure line?

6          A.   Yes.

7          Q.   And those phones are used to discuss highly

8      sensitive Venezuelan government information?

9          A.   Yes.

10         Q.   And President Chavez must have been very

11     careful about what he discussed on that phone; right?

12     He would want to have a conversation that was

13     protected when he was having it on that phone, that

14     secure phone; is that right?

15         A.   Yes, yes.

16         Q.   And President Chavez had a whole security

17     team at his disposal; is that right?

18         A.   Yes.

19         Q.   And public officials in Venezuela also had

20     security teams?

21         A.   Yes.

22         Q.   Because you have to be careful when you're a

23     public official because you're talking about

24     sensitive, highly confidential government

25     information?

282

1      A.   Yes.

2      Q.   So on the phone that is monitored by the

3   security of President Chavez and other public

4   officials, you're talking to Claudia about a bribe?

5      A.   Can I talk?  Can I explain?

6      Q.   Explain.

7      A.   In principle -- in principle, nobody speaks

8   on a phone about bribes general and especially when

9   you're talking about -- especially when you're

10  talking about this kind of information.

11           If you allow me to, I could explain it and

12  illustrate this with a small example.

13     Q.   No, thank you.

14     A.   If you give me that possibility.

15     Q.   No, thank you.

16     A.   In no moment did I speak in a clear textual

17  manner.  If you want me to explain how I did it, I

18  can explain it to you here in the courtroom how I did

19  it.

20     Q.   No.  I just want to clarify that you don't

21  communicate -- you didn't communicate the bribe or

22  wanting for her to be bribed clearly -- in clear

23  terms; is that what you're testifying to?

24     A.   Of course I didn't try that.

25     Q.   Okay.  Let's talk about a permuta.  Do you

283

1    know what that is?

2            What is that?

3        A.   Yes, of course.

4            So a permuta is the term that was assigned to

5    those exchanges that were done in Venezuela -- these

6    exchanges that were done in Venezuela.

7        Q.   Meaning when people go and exchange bolivars

8    for dollars?

9        A.   They would exchange dollars to receive

10   bolivars or vice versa.

11       Q.   And this was something very common that was

12   done; is that right?

13       A.   Yes, it was very common.

14       Q.   And it was very common back in 2011 through

15   2013; is that right?

16       A.   I -- I think it was during that time period.

17   I don't know whether it continued thereafter.  I

18   don't know.  I wasn't there.

19           So from 2011 to 2013 to 2014, I don't know

20   how long thereafter this happened.  At one point it

21   stopped, but I can't tell you how far out it went.

22       Q.   Let's talk about President Chavez.  He had

23   his hands in everything in the government; is that

24   right?

25       A.   Yes, he had control.

284

1      Q.   He was heavily involved in the treasury

2  office as well, wasn't he?

3      A.   Yes.

4      Q.   He had -- every Sunday he got on TV for hours

5  to talk to Venezuela; is that right?

6      A.   Yes.

7      Q.   And part of those discussions was to talk

8  about all the money that Venezuela was making?

9      A.   Yes.

10     Q.   And one of the ways that Venezuela was making

11  money when you were treasurer was by selling bonds;

12  is that right?

13     A.   Yes, yes.

14     Q.   That created an income for the country; is

15  that right?

16     A.   Yes.

17     Q.   And that income was used to fund projects

18  that President Chavez wanted?

19     A.   Yes.

20     Q.   Like building a school in a poor

21  neighborhood?

22     A.   Yes.

23     Q.   And these were some of the things that he

24  discussed on those Sunday shows?

25     A.   Yes.

285

1    Q.   Now, President Chavez died on March 5, 2013;

2    is that right?

3    A.   Yes, 2013.

4    Q.   And when President Chavez dies, President

5    Maduro moves in.

6    A.   Yes.

7    Q.   And President Maduro had a different regime

8    than President Chavez?

9    A.   Yes.

10   Q.   President Maduro had different alliances than

11   President Chavez?

12   A.   Yes.

13   Q.   And when President Maduro came in, a lot of

14   the people that were aligned with President Chavez

15   were kicked out of government or Venezuela; is that

16   right?

17   A.   Yes, they left.

18   Q.   And Claudia Diaz resigned her position when

19   President Chavez died; is that right?

20   A.   Yes.

21   Q.   Because she was not part of the Maduro

22   regime.

23   A.   Supposedly.  I mean, it's possible it could

24   have been for that reason.

25   Q.   As far as you know, Ms. Diaz Guillen was

286

1    always aligned with President Chavez?  There's no

2    question about that; right?

3        A.  Yes, yes, but I am not sure if she left

4    because of Maduro.  It's possible that she may have

5    left because of that; but since I don't have the

6    certainty, I cannot answer you.

7        Q.  Let's talk about all the people that work at

8    the treasury.  You mentioned that the minister of

9    finance is your super -- was your superior when you

10   were at the treasury?

11       A.  Yes.

12       Q.  And above the minister of finance, he reports

13   to the president, President Chavez?

14       A.  Yes.

15       Q.  So what happens in the treasury, you have to

16   respond to the minister of finance and to the

17   president?

18       A.  Yes.

19       Q.  And there are many other departments at the

20   treasury; is that right?

21       A.  Yes.

22       Q.  There's a director of finance?

23       A.  Yes.  There's several sections, several

24   units, several offices.

25       Q.  I want to ask you specifically:  Is there a

287

1  director of finance?

2      A.   Are you asking me if there is a director of

3  finance?

4          I do know that there was a director of a

5  finance.  I believe it was called director of the

6  finance.  I'm not sure at that time.

7      Q.   What about a director for money?

8      A.   I can tell you that there probably was a

9  department.  I'm not aware or don't recall the names

10 of every department, but I believe that there must

11 have been someone who was managing the foreign

12 currencies dollars, but I don't remember the name or

13 the department.

14     Q.   The treasury didn't sell dollars; right?

15     A.   The treasury did not sell dollars, but the

16 treasury could do exchange operations.

17     Q.   But that was no fund government operations,

18 not to give to the people?

19     A.   The thing is that if you, respectfully, would

20 allow me to clarify.  Not only were operations

21 conducted for these social projects, but this -- this

22 is something parallel to what is the real function of

23 the treasury itself.

24         The base -- the fundamental function, basic

25 function of the treasury is to pay, pay expenses of

288

1   the government, public expenses in dollars and in

2   bolivars, foreign debts and foreign services.

3       Q.   I was just trying to ask if you had a lot of

4   employees.

5            Did you have a lot of employees when you were

6   at the treasury?

7       A.   Yes.  The national treasury office is a very

8   large, big office.

9       Q.   And there was a lot of work if you were doing

10  your job right?

11      A.   Yes.

12      Q.   And part of the "a lot of work" was that you

13  had to respond to President Chavez every time he

14  called and wanted to know how much money was in a

15  certain bank account; is that right?

16      A.   Yes.

17      Q.   Let's talk about Leo Gonzalez.  Do you

18  remember the name of his Casa de Bolsa?

19      A.   No, I don't recall.

20      Q.   You don't remember the name of exchange house

21  that paid you hundreds of millions of dollars?

22      A.   I don't remember.

23      Q.   Do you remember the name of John Paul Ribas's

24  exchange house?

25      A.   I -- I work with them, and I would authorize

289

1    for them to go to these exchange brokerage houses;

2    but if I -- if you were to ask me for the names, I

3    wouldn't know.  The government must have the names,

4    but right now I don't recall the names.  I don't dare

5    give a name that might be erroneous and then -- it's

6    just that I'm not sure of the names.  I don't

7    remember.

8        Q.   You testified that you engaged in a scheme

9    with Leo Gonzalez where he paid you bribes; right?

10       A.   Yes.

11       Q.   And the bribes were paid to you because you

12   gave him or his casa de bolsa an exclusive contract

13   to buy bonds from the treasury?

14       A.   Part of the bonds, yes.

15       Q.   The other part was for John Ribas and Raul

16   Gorrin later.

17       A.   Yes.

18       Q.   Was there a contract that was signed between

19   Leonardo Gonzalez and the treasury?

20       A.   No.  There was no contract.

21       Q.   Is there any evidence that's been presented

22   here to you or that you provided the Government of

23   Leo Gonzalez casa de bolsa actually purchasing a

24   bond?

25       A.   No, no.  There is no evidence.

290

1     Q.   Has the Government shown you any evidence of

2  the sale of a bond by Leo Gonzalez's casa de bolsa?

3     A.   That was done in Venezuela.

4     Q.   Did you provide the Government any evidence

5  of the sale of any bond by Leo Gonzalez's casa de

6  bolsa?

7     A.   No.  My testimony, only my testimony.

8     Q.   No piece of paper?

9     A.   No.

10    Q.   You testified that Leo Gonzalez is holding

11  millions for you.

12    A.   Yes.

13    Q.   Hundreds of millions.

14    A.   Yes.

15    Q.   And he wrote it on a piece of paper by hand?

16    A.   Yes.

17    Q.   And what he wrote for you on that piece of

18  paper was how much money he was holding.

19    A.   Yes.

20    Q.   What about the document showing this is how

21  much Leo casa de bolsa made, this is how much Leo is

22  getting, this is how much Mr. Andrade is getting?  Do

23  you have that?

24    A.   No.

25    Q.   Do you have any evidence from Leo's casa de

291

1    bolsa that he sold $20,000,000 in bonds in

2    January 2008 and you're due 10,000,000?

3        A.   Could you please repeat the question?  Could

4    you please repeat the question?  Could you please

5    repeat the questions?

6            It got cut off.

7        Q.   No evidence showing that in February 2008

8    Leo's casa de bolsa made $20,000,000 so you were

9    entitled to 10,000,000?

10       A.   No.  I do not have evidence of that.

11       Q.   You just trusted that four years after you

12   are no longer the treasurer, or in Venezuela, he was

13   keeping a good count of how much money he had of

14   yours?

15       A.   Yes.

16       Q.   And same for Raul Gorrin:  Do you have any

17   evidence of how many bonds Raul Gorrin sold in

18   December 2010?

19       A.   I do not have proof.

20       Q.   Or any month where Raul Gorrin and you were

21   allegedly engaged in this scheme.  Do you have any

22   proof of how much Raul Gorrin sold in bonds?

23       A.   No.  In writing, I do not have.

24           MS. DESCALZO:  I want to pull up

25   Government Exhibit Number 5.  It's already

292

1    in evidence.

2        THE COURT:  Before we do that, is this a

3    good spot to take a break?

4        MS. DESCALZO:  Sure, Your Honor.

5        THE COURT:  All right.

6        Members of the jury, we're going to take

7    a 15-minute recess.  Remember my admonition

8    not to discuss the case or allow it to be

9    discussed in your presence; and we'll see

10   you back in the jury room in about

11   15 minutes.

12       (The jury was excused from the courtroom at

13   2:56 p.m.)

14       THE COURT:  Again, Mr. Andrade, during

15   the break in testimony, you're not allowed

16   to discuss your testimony with anyone.  I'll

17   see you back in 15 minutes.

18       And if there's nothing else to come

19   before the Court, we'll be in recess for

20   15 minutes.

21       MR. LUNKENHEIMER:  We would ask for an

22   updated exhibit list.  Each exhibit that has

23   come in from defense is not on the list that

24   we were provided prior to trial.  And we --

25   obviously, if there's more to come, we

293

1    haven't received all the -- any new evidence

2    or new exhibits or translations, that's all.

3         THE COURT:  Yeah.  If you know you've

4    got other exhibits, then you need to update

5    your list.

6         MS. DESCALZO:  We will, Your Honor, but

7    that was impeachment.  It came up because of

8    the Government's presentation, which we

9    didn't anticipate.

10        THE COURT:  We'll be in recess.

11        (Off the record from 2:57 p.m. to 3:11 p.m.,

12   after which the following proceedings were had

13   outside the presence of the jury:)

14        THE COURT:  We're back on the record.

15   Counsel are present.  Both defendants are

16   present.  The interpreters are present.

17        Mr. Andrade, you understand you're still

18   under oath?

19        THE WITNESS:  Yes.

20        THE COURT:  Anything to come before the

21   Court before we bring the jury in?

22        MR. HAYDEN:  Nothing, Your Honor.

23        MS. DESCALZO:  No, Your Honor.

24        MR. FELDMAN:  No, Your Honor.

25        THE COURT:  If we have all the jurors,

294

1          let's bring them in.

2                  (The jury was assembled in the courtroom at

3          3:14 p.m., after which the following proceedings

4          were had:)

5                  THE COURT:  Counsel concede the presence

6          of the jury waive its polling?

7                  MR. HAYDEN:  Yes, Your Honor.

8                  MS. DESCALZO:  Yes, Your Honor.

9                  THE COURT:  Mr. Feldman.

10                 MR. FELDMAN:  Yes, Your Honor.

11                 THE COURT:  And did everyone follow my

12         admonition not to discuss the case or allow

13         it to be discussed in your presence?

14                 Ms. Descalzo, you may continue.

15                 MS. DESCALZO:  Thank you, Your Honor.

16     BY MS. DESCALZO:

17         Q.   Mr. Andrade, I want to go through your plea

18     agreement with you.  This is Government Exhibit

19     Number 5 that's already in evidence.  Do you

20     recognize this document?

21         A.   Yes, yes, yes.

22         Q.   And this document was signed December 19,

23     2017.

24         A.   Yes.

25         Q.   And that's your signature on there; right?

295

1      A.   Yes.

2      Q.   And the signature of the lawyer that was

3  representing you at the time?

4      A.   Yes.

5      Q.   And under this agreement, you agreed to plead

6  guilty to a conspiracy to commit money laundering

7  where the money came from unlawful activity violation

8  of the Foreign Practices Act; is that right?

9      A.   Yes.

10      Q.   And the maximum sentence for that charge was

11  ten years; is that right?

12      A.   Yes.

13      Q.   And you were sentenced to ten years?

14      A.   Yes.

15      Q.   But you had cooperation language in your plea

16  agreement; is that right?

17      A.   Yes.

18      Q.   And you agreed to fully cooperate?

19      A.   Yes.

20      Q.   And that meant if you fully cooperated,

21  according to what the Government wants, you can work

22  your way down from ten years?

23      A.   It could.

24      Q.   And you did work your way down from ten

25  years?

296

1      A.   Yes.

2      Q.   You went from a ten-year sentence to a

3   three-year sentence; is that right?

4      A.   Yes.

5      Q.   The Government agreed to reduce -- to file a

6   motion on your behalf to reduce your sentence by that

7   much?

8      A.   Yes.

9      Q.   And you only ended up spending three years in

10  prison?

11     A.   Yes.

12     Q.   Even though it was 10 December 2017.

13     A.   Yes.

14     Q.   And that's ten years after having cooperated

15  with the United States Government since before 2014;

16  is that right?

17     A.   It got cut off.  Could you repeat that

18  question?

19     Q.   And that is ten years even after cooperating

20  with the United States Government since before 2014?

21     A.   Yes.

22     Q.   And as part of your plea agreement, you

23  signed what's called a factual proffer.

24     A.   Yes.

25     Q.   And that was signed at the same time that you

297

1    signed you're plea agreement; is that right?

2        A.   Yes.

3        Q.   And in that factual proffer, you outlined

4    what you had done wrong that caused you to get this

5    ten-year sentence and conviction for conspiracy to

6    commit money laundering; is that right?

7        A.   Yes.

8        Q.   And you said in that factual proffer -- which

9    you signed under penalty of perjury; is that right?

10       A.   Yes.

11       Q.   And you had to go to court in front of a

12   judge and be sworn by someone like Ms. Barns to tell

13   the truth and nothing but the truth under oath; is

14   that right?

15       A.   Yes.

16       Q.   And you said that everything in this factual

17   proffer was the truth; is that right?

18       A.   Yes.

19       Q.   And one of the things -- the first line on

20   there is that you had a residence since 2012 in

21   Wellington; is that right?

22       A.   Yes, approximately.

23       Q.   You might have had that property in

24   Wellington even before?

25       A.   It's possible.

298

1      Q.   And in 2012, you were spending a lot of time
2   in Wellington; right?
3      A.   Yes.
4      Q.   And in -- since you left your position at the
5   treasury, you were spending a lot of time in
6   Wellington; is that right?
7      A.   Yes.
8      Q.   Because your son is an equestrian?
9      A.   Yes.
10      Q.   And that's what all the stuff about the
11   horses and the transport for the horses that the
12   Government showed you is about?
13      A.   Yes.
14      Q.   It was for your son?
15      A.   At that time it was part for my son and part
16   for another person.
17      Q.   Because there's a lot of horses in
18   Wellington; right?  A lot of equestrian stuff in
19   Wellington?  I don't know what else to call it.
20           Okay.
21      A.   Yes.
22      Q.   And other than saying you had a house in
23   Wellington, you said you were appointed to be the
24   treasurer in 2007?
25      A.   Yes.

299

1    Q.   And that's true; right?

2    A.   Yes.

3    Q.   And you also say that the president of

4    Venezuela appointed you; is that true?

5    A.   Yes.

6    Q.   And you say that you kept that position until

7    about January 2011?

8    A.   Yes.

9    Q.   And you say that ONT -- is that short for the

10   treasury of Venezuela?

11   A.   Yes.

12   Q.   And you say that the treasury or ONT held

13   U.S. dollars at various institutions?

14   A.   Yes.

15   Q.   And then you say that in order to meet

16   government obligations in bolivars in Venezuela, the

17   ONT would sell bonds from its portfolio; is that

18   right?

19   A.   Yes.

20   Q.   And you say that the ONT could either

21   exchange the bonds with a Venezuelan bank, national

22   bank or at a casa de bolsa?

23   A.   Yes.

24   Q.   And that the casa de bolsas would pay the ONT

25   a higher rate than the National Bank of Venezuela; is

300

1   that right?

2        A.   Yes, a higher percentage.

3        Q.   And so if the ONT sold the bonds to the casa

4   de bolsas, ONT, or the treasury, would make money?

5        A.   Yes.

6        Q.   Okay.  And that you had the ability to decide

7   which brokerage houses were going to work for the

8   Government -- I'm sorry -- were going to be able to

9   buy these bonds from the Venezuelan treasury; is that

10  right?

11       A.   Yes.

12       Q.   And that you agreed to accept bribes from

13  your coconspirators?

14       A.   The first part again.

15       Q.   That you agree to accept bribes from your

16  coconspirators in order to give them access to these

17  exclusive contracts with the treasury of Venezuela?

18       A.   Yes, yes.

19       Q.   And then to bring this back to the United

20  States because all this is happening in Venezuela;

21  right?

22       A.   Yes.

23       Q.   Not in the United States?

24       A.   Yes, that's correct.

25       Q.   Your factual proffer says that some of the

301

1    bribe payments were paid here in the Southern

2    District of Florida?

3        A.    Yes.

4        Q.    Okay.  And then you talk about your

5    coconspirators here, how they paid stuff for you --

6    real estate, vehicles.  And here you're speaking of

7    Leo Gonzalez, Jean Ribas and, later, Raul Gorrin; is

8    that right?

9        A.    Correct.

10       Q.    Because you picked three people to work with

11   the treasury?

12       A.    Yes, that's correct.

13       Q.    And then you testified earlier, when the

14   Government was asking you questions, that the scheme

15   that you came up with later with Raul Gorrin that

16   involved, according to you, Claudia, was the same.

17       A.    Yes.

18       Q.    Claudia, when she was the treasurer, gave

19   Raul Gorrin the exclusive contract to buy bonds from

20   the treasury?

21       A.    Not exclusive.  She gave some bonds so that

22   he would sell them.

23       Q.    And the other bonds went to other people?

24       A.    I don't know.

25       Q.    Mr. Andrade, how is it possible for Claudia

302

1     to have given Raul Gorrin one of the exclusive

2     contracts for a casa de bolsa to buy bonds from the

3     treasury when President Chavez shut down all the casa

4     de bolsas in May 2010?

5          A.   If you'll allow me to tell you, the exchanges

6     did continue.  The exchanges kept on going on.

7          Q.   Mr. Andrade, President Chavez, May 2010,

8     raided the casa de bolsas in Venezuela; is that

9     right?

10         A.   Yeah.  Yes, that's true.

11         Q.   And he shut down Econoinvest.  Do you

12    remember that?

13         A.   Yes.

14         Q.   He sent a bunch of security in to shut them

15    down.  Do you remember that?

16         A.   It's possible.  I do not recall the details.

17         Q.   Do you remember that Econoinvest is the casa

18    de bolsas that was supposedly owned by Leo Gonzalez?

19         A.   Yes.

20         Q.   You didn't remember that a second ago --

21    right?  -- but I reminded you when I said the name?

22         A.   Yes.

23         Q.   And President Chavez closed the casa de

24    bolsas because he didn't like what those operators

25    were doing; isn't that right?

303

```
 1        A.   Yes.
 2        Q.   And the minister of finance, Giordani, and
 3   President Chavez came up with a new system to sell
 4   the bonds.  Do you remember that?
 5        A.   Yes, of course.
 6        Q.   And it was a system on a website that you
 7   would log in and you could buy bonds?
 8        A.   Yes.
 9        Q.   And anyone in Venezuela could come and buy a
10   bond?
11        A.   Yes.
12        Q.   All you had to have was money in bolivars to
13   pay for the bond?
14        A.   Yes.
15        Q.   So Claudia had no benefit to give Raul
16   Gorrin.  He could have gone in and bought those bonds
17   all he wanted.  Is that right?
18        A.   Yes, it could have been.  That is correct
19   but --
20        Q.   Thank you.  Let's talk about Rafael Cedeno.
21   He's your uncle; right?
22        A.   Yes.  But I need to clarify the question you
23   just asked me a little while ago.
24        Q.   Mr. Andrade, the Government gets to come back
25   up and ask you all sorts of question, so you can tell
```

1    them about it.

2         Let's talk about Rafael Cedeno.  He's your

3    uncle; right?

4         A.   Yeah.

5         Q.   John Paul Ribas, he's the one guy who that

6    had the casa -- one of your three people, your three

7    exclusives; right?

8         A.   Yes.

9         Q.   And Rafael Cedeno -- when you started

10   cooperating, you first named him as one of the casa

11   de bolsas, then you changed it that he was just

12   somebody holding your money?

13        A.   Yeah.

14        Q.   And in December 2017, when you're already

15   cooperating and you're about to plead guilty and sign

16   a plea agreement, you tell Rafael Cedeno and Juan

17   Paul Ribas to get out of town, to leave Miami?

18        A.   I don't recall having telling them in those

19   terms.  I do not recall.  I do not recall having

20   telling them in that way.

21        My situation -- my situation was very

22   obvious.  When things started happening here in the

23   United States, it was very obvious.  There were

24   things happening in my case that were very obvious.

25        Q.   You don't remember going to Rafael Cedeno's

305

1   house in December 2017 and telling him, "I can't tell

2   you why, but you need to get out of the United

3   States.  You'll know soon why"?

4       A.   I do not recall the terms of the

5   conversation.

6       Q.   But a conversation like that happened?

7       A.   We did converse.

8       Q.   And Rafael Cedeno is not living in the United

9   States right now, is he?

10      A.   I believe he goes back and forth.  He comes

11  into the United States and then he goes back.  He

12  does hold a residency card.

13      Q.   Mr. Andrade, you know that Rafael Cedeno fled

14  South Florida and moved to Switzerland because you

15  were cooperating?

16      A.   I don't know.  I don't have proof or evidence

17  to say that he did or not.  I did note that I had a

18  conversation with him, not in those certain terms,

19  but I know that he left.

20      Q.   Your lawyer today representing you is Mike

21  Diaz; right?

22      A.   Mike Diaz.

23      Q.   And Mike Diaz has represented other people in

24  this case; is that right?

25      A.   Yes.

306

1     Q.   One of those people is your uncle, Rafael

2   Cedeno.  He represented him in 2018 when your uncle

3   spoke to the Government?

4     A.   Yes.

5     Q.   And Rafael Cedeno -- I'm sorry.  Mike Diaz

6   also represented Leo Gonzalez?

7     A.   I don't have any knowledge that he may have

8   represented him.

9     Q.   Mr. Andrade, do you not recall in

10   October 2022 when you sat with these prosecutors and

11   the agents and Mike Diaz was present for a

12   debriefing?  Did that happen recently, that you sat

13   down with them?

14     A.   Yes.

15     Q.   And do you recall that Mike Diaz stepped out

16   and a new lawyer came in when you were going to

17   discuss Leo Gonzalez?

18     A.   I was not advised as to why.  They talked

19   among themselves, and he left.  They never told me as

20   to why.

21     Q.   Didn't you think it was strange, some -- your

22   lawyer is leaving, some strange lawyer is coming in

23   to represent you?

24     A.   Yes.  But what -- what could I do?  It was

25   odd, but what do I do after?

307

1      Q.   You didn't ask any questions?  "Why did you

2  leave me with a strange lawyer?"

3      A.   At no time was I told that Mike was assisting

4  or helping Leonardo, at no time.

5      Q.   This incident or situation where Mike Diaz

6  has to leave and a new lawyer comes in for you

7  happened at least two times when you were meeting

8  with the Government; right?

9      A.   Yes.

10     Q.   And you didn't ask either time?

11     A.   At that time Mike never told me or advised me

12  that he had assisted Leonardo Gonzalez.

13     Q.   But, definitely, you know that he -- that

14  Mike Diaz represented your uncle, Rafael Cedeno?

15     A.   That, yes, yes.

16     Q.   Okay.  Let's look at Government Exhibit 14 --

17  14-A, I'm sorry.  I can show it to you in Spanish if

18  you'd like.

19     A.   I prefer it, thank you.

20     Q.   Ready?

21          Okay.  This email was sent on January 31st,

22  2013.  By this point you haven't been the treasurer

23  for two years; right?

24     A.   Correct.

25     Q.   Okay.  And what you're being sent are a list

308

1    of investments that Raul Gorrin is making on your

2    behalf?

3        A.   Yes.

4        Q.   And those investments are making money?

5        A.   Yes.

6        Q.   And the money from the investment gets

7    deposited with Raul Gorrin?

8        A.   Yes.

9        Q.   And he multiplies it for you?

10       A.   Yes.

11       Q.   He re-invests it for you?

12       A.   Yes.

13       Q.   And you get interest payments?

14       A.   Yes.

15       Q.   And sometimes you sell bonds, these bonds

16   that he's holding for you, and you get some money?

17       A.   Yes.

18       Q.   And it's constantly generating money?

19       A.   Yes.

20       Q.   I want to show you Government Exhibit 11.

21   These are these spreadsheets that you said Gorrin

22   maintained for you; is that right?

23       A.   Yes.

24       Q.   So my question is why is there money listed

25   in bolivars and dollars?

309

1     A.   Well, because these are expenses that were

2   made in bolivars, but it would be changed and it

3   would be changing to dollars to reflect what was

4   being spent, but it was also reflected what was being

5   spent in bolivars.

6     Q.   Kind of like the permuta that we talked about

7   earlier?

8     A.   No.  Well, it does have to do with a permuta,

9   but it's the exchange.  It's the exchange.  For

10  example, here -- but here for Unique Jet, if you

11  notice, it is entered into -- in dollars, 1,900,000.

12  However, a comercial el desafio is also done in

13  bolivars.

14    Q.   Okay.  But I'm more interested in the lines

15  that have bolivars and dollars.  Do you know what

16  exchange rate he was charging you for that?

17    A.   I don't recall.

18    Q.   Did you discuss it and agree to a number?

19    A.   Yes, of course.  But right now I do not

20  remember what the rate was.

21    Q.   Would you use the going rate at the time of

22  whatever the dollar for bolivars was going for?

23    A.   I don't recall what rate we used.

24    Q.   Asesor002 -- you said that was someone from

25  Gorrin's office?

310

1    A.   I don't know what person it was, but,
2  normally, it would come from or on behalf of Raul
3  Gorrin.
4    Q.   How did you know that it came from Raul
5  Gorrin?
6    A.   Because it had to do with the accounting and
7  certain things that I had with him.
8    Q.   Did you ever speak to Asesor002?
9    A.   No, not that I recall.
10   Q.   Did you ever write back and say, "Hey, your
11 numbers are wrong?  You got to do it better"?
12   A.   I don't recall that detail.
13   Q.   You don't recall if ever the person holding
14 hundreds of millions of dollars for you had the
15 numbers wrong?
16   A.   I don't remember.
17   Q.   Let's look at Government Exhibit 24, which is
18 in evidence.  This is from two Asesors, 02 and 03.
19   A.   Yes.
20   Q.   Did you ever meet Asesor03?
21   A.   No.
22   Q.   Mr. Andrade, you have been cooperating with
23 the U.S. going back before 2014 we've talked about;
24 right?
25   A.   Yes.

311

1      Q.    And it was the DEA first?

2      A.    Yes.

3      Q.    And they gave you a parole --

4      A.    Yes.

5      Q.    -- to come into the United States?

6      A.    Yes.

7      Q.    And a parole allows you to travel to the

8   United States and leave again; is that right?

9      A.    No, no.

10     Q.    You have to stay in the United States when

11  you get the parole?

12     A.    Yes.

13     Q.    So when you came to the United States in

14  2014, you were never able to leave again?

15     A.    No.

16     Q.    You've been here since 2014?

17     A.    Yes.  I did a special trip to Europe and

18  returned.  As far as I remember, there is no other

19  trip.

20     Q.    And when you did that trip, did you need

21  special permission from the DEA or immigration to

22  take the trip?

23     A.    Yes, I had to have the permission to enter

24  again.

25     Q.    And all that time you were cooperating with

312

1    the DEA, you were hoping that they would give you

2    some better status here in the U.S. so that you could

3    travel and go back and forth different places?

4         A.   It cut off.

5         Q.   And all this time that you're cooperating

6    with the DEA, you're hoping that they're going to

7    give you status in this country.  That's why you're

8    cooperating with them; right?

9         A.   Yes.

10        Q.   But they don't give it to you?

11        A.   No.

12        Q.   Worse:  They cancel your parole?

13        A.   Yes.

14        Q.   And then you're left here with no status?

15        A.   Yes.

16        Q.   You couldn't even drive a car?

17        A.   Yes.  Well, I can't -- I can't drive the car

18   because I don't have a way to get the license.

19        Q.   So you were in a bad situation once they

20   canceled your parole?

21        A.   Yes.

22        Q.   And in 2014, all the way to 2017, when you're

23   sitting down talking to the DEA, you never mention

24   anything about what you were doing with Leo Gonzalez

25   ever?

313

1    A.   No.

2    Q.   You never mention anything about Raul Gorrin?

3    A.   No.

4    Q.   Did you bring them your special official

5    Nokia flip phone from Venezuela and give it to them?

6    A.   No.

7    Q.   You certainly did not mention Claudia or

8    Adrian all those years you're talking to the DEA?

9    A.   No.

10   Q.   And so when they cancel your visa, you know

11   you can't go back to Venezuela?

12   A.   Yes.

13   Q.   Am I right?  You cannot go back to Venezuela?

14   A.   Yes.

15   Q.   And you want to do something because you want

16   status in this country?

17   A.   Yes.

18   Q.   And you get desperate.  You have Martin

19   Rodial working for you?

20   A.   Yes.

21   Q.   And you have an immigration attorney.  I

22   think her name was Sandra Grossman?

23   A.   Yes.

24   Q.   And you have lawyers in Washington trying to

25   help you?

314

1      A.   No.   I mean -- well, Sandra's in Washington.

2   She's -- she's got an office there in Washington.

3      Q.   But you had other lawyers that you were

4   working with?

5      A.   Yes, yes.

6      Q.   And Raul Gorrin was also helping you get your

7   status, or so you thought?

8      A.   Yes.

9      Q.   Raul Gorrin was working to help you in

10   Venezuela; right?

11      A.   Yes.

12      Q.   And Raul Gorrin, you knew was meeting with

13   Vice President Mike Pence of the United States of

14   America in 2017 to talk about Venezuela and you?

15      A.   Well, he never told me he was going to speak

16   about me.  He told me that he was going to be meeting

17   with the vice president of the United States, but not

18   that they were talking about me.  As far as I

19   remember.  As far as I remember.

20      Q.   He sent you pictures of himself with Vice

21   President Mike Pence?

22      A.   Yes, of course.

23      Q.   And you desperately asked him by text

24   message, "Did you talk about me?"

25      A.   Okay.  I didn't remember.  I don't remember.

315

1          Q.   And not only was Raul Gorrin meeting with

2    Vice President Mike Pence, he was also meeting with

3    President Trump?

4          A.   I don't know whether or not he met with

5    President Trump.  So I don't know -- I don't know

6    whether or not he met with President Trump.  He never

7    mentioned that to me.  I know that he met with Vice

8    President Pence because he sent me the pictures.  I

9    don't know about him meeting with President Trump.  I

10   don't think he did.

11         Q.   He sent you videos from inside President

12   Trump's helicopter, an audio file to your phone?

13         A.   I don't remember.  I don't remember him

14   having sent me a video of this helicopter belonging

15   to President Trump.

16         Q.   I want to show something just to the witness.

17   This is marked as Defense Exhibit 88 -- I'm sorry,

18   78, Defense Exhibit 78.  Can you see it on your

19   screen?

20         A.   Yes.

21         Q.   Do you recognize that picture?

22         A.   Yes.

23         Q.   Is that picture --

24              MADAM INTERPRETER:  One moment, Counsel.

25   The interpreter has asked the witness to

316

1           speak a little louder so that the

2           interpreter can hear the witness so that

3           I -- the interpreter can translate for the

4           Court.

5                    MS. DESCALZO:  I apologize.

6                    MADAM INTERPRETER:  Thank you.

7           A.    This is a photograph of Raul Gorrin with the

8     Vice President Pence.

9     BY MS. DESCALZO:

10          Q.    Is that the picture he sent to you?

11          A.    He sent it to me.

12          Q.    And I'm just going to show you this.  This is

13    also part of Defense -- what's been marked as Defense

14    Exhibit 78.  Do you recognize this picture?

15          A.    Yes.

16          Q.    And is that a picture of Raul Gorrin with

17    Vice President Mike Pence?

18          A.    Yes.

19                   MS. DESCALZO:  At this time I'd like to

20          move into evidence Defense Exhibit 78.

21                   MR. HAYDEN:  No objection.

22                   THE COURT:  78 will be received.

23                   (Defense Exhibit No. 78, Photograph, was

24          received in Evidence.)

25    ///

317

1   BY MS. DESCALZO:

2       Q.   Mr. Andrade, is that one of the photos I just

3   showed you?

4       A.   Yes.

5       Q.   What's the date on that message?

6       A.   June 16, 2017.

7       Q.   And is this the other picture that I sent you

8   -- that I showed you?

9       A.   Yes.

10      Q.   And that was also on June 16th, 2017.

11      A.   Yes.

12      Q.   And do you remember that around this time

13  there came out some government information that you

14  were a money launderer.  You were listed on some

15  document, and it spread all over Venezuela.

16      A.   Yes.

17      Q.   It was Miguel Torres who was saying that

18  about you, that you were a money launderer.

19      A.   Miguel Torres -- I don't know who that is.

20  Who's he?

21      Q.   He's the name on the report.  Would you like

22  to see the report so I can remind you?

23      A.   If you want.

24          MS. DESCALZO:  Ms. Barnes, just to the

25      witness.

318

1    BY MS. DESCALZO:

2        Q.   Do you remember now?  So --

3        A.   I remember now.

4        Q.   And maybe I misspoke because it's Miguel

5    Rodriguez Torres who was the person that gave the

6    statement.

7        A.   I didn't know that it had -- I knew about the

8    information, but I didn't remember it being his name.

9        Q.   And do you remember saying, "This isn't

10   true"?

11       A.   I don't remember.  I'd like to see the year.

12       Q.   It's right next to your message.  June 24,

13   2017.

14       A.   Yes.

15       Q.   You said, "This isn't true.  This is bull";

16   right?

17       A.   Yes, yes, that -- I put that there.

18       Q.   Okay.  And then the other thing you tell

19   Gorrin at that time is, "Well, I am planting myself

20   here."

21       A.   Let me see that document again.  Thank you.

22       Q.   You tell Gorrin that you're going to plant

23   yourself here?

24       A.   Yes.

25       Q.   And "here" is in the United States?

319

1     A.   Yes.

2     Q.   So all this is happening in 2017.  You've got

3     the DEA going.  You got Martin Rodial.  You got

4     Sandra.  You've got Gorrin talking to the Vice

5     President.  Everybody is working for Mr. Andrade.

6          Then do you remember that around October,

7     November, someone wants to talk to you that's not

8     DEA?

9     A.   No, I don't remember.  Don't remember.

10    Q.   Do you remember that the people that wanted

11    to come talk to you was someone from HSI?

12    A.   It's possible, but I don't remember that

13    right now.

14    Q.   Maybe if I use the term that you call them,

15    you'll remember.  You call them "los helados" want to

16    speak to me?

17    A.   Yes.

18    Q.   Who are los helados?

19    A.   The same agency.

20    Q.   HSI?

21    A.   I don't know because I can't see.  There's

22    nothing here to show me what it is that they were

23    saying, but I knew -- I do know that it was someone.

24    It was someone from the Government.

25    Q.   And do you remember that around October 23rd,

320

1    2017, Martin Rodial sends you a text message saying

2    you need to get something very juicy for the helados?

3         Of course.

4    A.   Yes, yes.  It's possible that I could have

5    said something like that.

6         MS. DESCALZO:  At this time I'm going to

7         show the witness what's been marked only for

8         identification as Defense Exhibit 88.

9    BY MS. DESCALZO:

10   Q.   Do you see it?  You're not seeing anything?

11   Oh, there you go.

12   A.   Okay.

13   Q.   Okay.

14   A.   I saw it.

15   Q.   Do you recognize this conversation?

16   A.   It's in my phone in my -- in my WhatsApp.

17   Q.   At this --

18   A.   I don't remember the details.

19        MS. DESCALZO:  At this time I would like

20        to introduce Defense Exhibit 88 and 88-A.

21        MR. HAYDEN:  Objection, Your Honor.

22        Martin Rodial is not a conspirator.

23        THE COURT:  Overruled.  88 and 88-A will

24        be received.

25             (Defense No. 88, WhatsApp chat, was

321

1          received in Evidence.)

2               (Defense No. 88A, Certified Translation,

3          was received in Evidence.)

4     BY MS. DESCALZO:

5          Q.   And Mr. Andrade, for the jury, I'm going to

6     put up the translation of this text message.  And

7     Martin Rodial tells you:  "Buddy, don't say anything

8     to Andy now, but he wrote to me that the ice creams

9     talked to us again.  We need to bring them something

10    very big."

11         A.   Yes.

12         Q.   And the "ice creams" are the helados, which

13    are ICE and HSI; is that right?

14         A.   It's an agency, an agency.

15         Q.   And the date on this message is October 23rd,

16    2017?

17         A.   Yes.

18         Q.   And November 15th, 2017, is the first time

19    you sit down with HSI, two weeks after this?

20         A.   I don't remember.

21         Q.   But you do remember that you get this message

22    October 23rd, 2017, and you're signing a plea deal

23    December 19th, 2017?

24         A.   Yes, correct.

25         Q.   A couple of weeks after you sign this plea

322

1    deal saying you conspired with Leo, Raul, Cedeno or

2    John Ribas; right?

3        A.   Yes.

4        Q.   Because you brought the helados something

5    really juicy?

6        A.   No, no.

7        Q.   And the helados or these prosecutors have

8    given you deferred prosecution so you've been able to

9    have a visa and stay here in the United States; is

10   that right?

11       They didn't ship you off to Venezuela when

12   you finished your prison term?

13       A.   Can you please repeat the first part of that

14   question?  I couldn't hear it.

15       Q.   You signed this plea deal at -- right after

16   Martin Rodial tells you you need to bring ice

17   something juicy, you bring them something juicy.  You

18   sign the plea deal.  Are you with me so far?  Do you

19   agree with that?

20       A.   Of course.  I'm in agreement with the fact

21   that the dates coincide, but what Martin Rodial said

22   has nothing do with this plea agreement.

23       Q.   But, certainly, in 2017, you're desperate for

24   immigration help in the U.S.?

25       A.   In what date?

323

1    Q.    2017, the whole year?

2    A.    I was looking for a way to get it.

3    Q.    And part of this plea agreement, even though

4  it's not written here, is that HSI and these

5  prosecutors are going to help you with a visa to stay

6  in the United States?

7    A.    No.

8    Q.    Understand.  My question is different.

9         THE COURT:  Ms. Descalzo, you have to

10   wait.

11        MS. DESCALZO:  Sorry, sorry.

12   A.    Because when Martin is talking about what

13  he's talking about, it had nothing to do with my

14  situation.

15 BY MS. DESCALZO:

16   Q.    My question is different.  My question is

17  when you signed this plea agreement, one of the

18  expectations, the hopes, the prayers, were that these

19  gentlemen over here and HSI were going to help you

20  with your immigration status?

21   A.    No.  At that time we didn't talk about that.

22  We didn't talk about my immigration status.

23   Q.    Mr. Andrade, when you were sentenced, did the

24  Judge, Judge Rosenberg, explain to you that your

25  crime as deportable and that you could be deported as

324

1    a result of your crime and the conviction?  Right?

2        A.    Yes.  Because I wasn't a citizen.

3        Q.    And when you went to prison and you finished

4    your prison term, did you get deported to Venezuela?

5        A.    No.

6        Q.    Did you walk out of your prison camp and go

7    to your daughter's house?

8        A.    Yes.

9        Q.    Did you have to go to an immigration prison

10   for a couple of months to fight about deportation?

11       A.    No.

12       Q.    And did that happen?

13       A.    No.  I never went to an immigration prison.

14       Q.    Because these gentlemen over here and HSI

15   helped you?

16       A.    So when I -- when I signed that agreement,

17   that cooperation agreement with the Government,

18   within that cooperation agreement there was the

19   Rule 35, which said that I could come out of prison

20   earlier.  And so when I had finished the prison time

21   and I left the prison, I did go to my daughter's

22   house, like you mentioned, and they gave me deferred

23   action.

24            MADAM INTERPRETER:  That was -- the

25       interpreter was asking -- making sure the

325

1    witness had finished saying what he had to

2    say.

3  BY MS. DESCALZO:

4    Q.   When you say "they gave me deferred action,"

5  would that be HSI?  These gentlemen over here?

6    A.   Yes.  The Government, yes.

7    Q.   And you testified when Mr. Hayden was asking

8  you questions that you're hoping for an S visa after

9  this is all over?

10    A.   Yes.

11    Q.   I'm almost wrapping up, Mr. Andrade, thank

12  goodness for the jury and myself and for you.

13         I want to talk about your cooperation because

14  you -- you've met with the Government, I mean,

15  probably 20 times, maybe more?

16    A.   What do you mean when you say that I have met

17  with the Government?  What are you referring to?

18    Q.   When you sit down with these prosecutors or

19  sometimes other ones and give them information?

20    A.   I have met many times with the prosecutors.

21    Q.   And all through 2014, when you're meeting

22  with the DEA, you never say Claudia or Adrian, never

23  mention them?

24    A.   No, not that I recall of.

25    Q.   And all through 2015 and 2016, not a word

326

1    about Claudia or Adrian?

2        A.    No.

3        Q.    And when you sit with HSI for the first time

4    on November 15, 2017, and they ask you about Claudia

5    and Adrian, you say "I have no direct knowledge of

6    payments of bribes to Claudia"?

7        A.    I don't recall having said it.  The thing is

8    that from -- in 2014, they wouldn't talk about my

9    case.  In 2007, they would talk about my case and

10   what I had done as the treasurer.

11       Q.    I'm going to give you some dates.

12   November 15, 2017; December 4th, 2017; December 18,

13   2017; factual proffer, December 19, 2017;

14   January 3rd, 2018; January 16, 2014; January 30,

15   2018.

16           THE COURT:  Is the last one '14 or '18?

17           MS. DESCALZO:  '18.  If I said '14, I

18       apologize.

19   BY MS. DESCALZO:

20       Q.    January 30, 2018; February 5th, 2018.  All

21   these dates have in common is that you sat with the

22   Government, you're asked about Claudia, and you say

23   no bribes?

24       A.    I don't recall having told or not told the

25   Government that there were no bribes.

327

1          Q.   The first time you ever mention something

2     with Claudia is February 21st, 2018, and you say, "I

3     think so, I think, maybe"?

4          A.   I do not recall the details of what I said,

5     these details.  I do know what I said but not with

6     those details.

7          Q.   But you do remember that you met Raul Gorrin

8     because Thomas Plaza brought him to your office.  You

9     remember that; right?

10         A.   (No audible answer.)

11         Q.   And that was all the way back in 2008 and

12    2009.

13         A.   Yes.

14              MS. DESCALZO:  One moment.

15              No further questions, Your Honor.

16              THE COURT:  Mr. Feldman.

17                        CROSS-EXAMINATION

18    BY MR. FELDMAN:

19         Q.   Good afternoon, Mr. Andrade.  How are you?

20              My name is Andrew Feldman.  I'm a lawyer, and

21    I represent Adrian Jose Velasquez Figueroa.  I know

22    you've heard that name.

23         A.   Pleased to meet you.  Pleased to meet you.

24         Q.   I know that you've heard that name before --

25    correct?  -- Adrian Jose Velasquez Figueroa?

328

1       A.   I didn't hear you.

2       Q.   I know you've heard that name before:   Adrian

3   Jose Velasquez Figueroa; is that right?

4       A.   Yes.

5       Q.   But Mr. Velasquez Figueroa is a stranger to

6   you, isn't he?

7       A.   An acquaintance.

8       Q.   You barely know Mr. Velasquez Figueroa;

9   right?

10      A.   Yes.   I saw him few times.

11      Q.   You didn't serve in the military with him?

12      A.   No.

13      Q.   You don't socialize with him?

14      A.   No, no.

15      Q.   You were not at his wedding to Claudia Diaz

16  Guillen, his wife, who is also on trial here today?

17      A.   I do not recall whether I attended the

18  wedding or not.   I don't recall.

19      Q.   You're telling -- I know it was a long time

20  ago, but you're telling the jury here, the people

21  that are here spending their time and energy here,

22  you're telling the jury here that you don't remember

23  whether or not you went to the wedding of Claudia

24  Diaz Guillen and Adrian Velasquez Figueroa?

25      A.   No, no, I don't remember.   Please forgive me,

329

1    but I -- I can't remember.

2        Q.   You've never been to his house in Venezuela?

3        A.   I don't know.  I believe I've never been to

4    his house.  I believe I have never been.

5        Q.   You've never been in a car with Mr. Velasquez

6    Figueroa; right?

7        A.   It's possible that I might have, and it's

8    possible I may not have.

9        Q.   That's the go-to answer today.

10       So that's a -- you don't remember whether

11   you've ever been in a vehicle with Mr. Velasquez

12   Figueroa; right?

13       Okay.

14       A.   Look, please forgive me.  Please forgive me,

15   truly.  It's been a long time that I've been here.

16   I've been through quite a lot, and I cannot remember

17   the details of having been or not in a car with

18   someone.

19       Q.   Right.  So your answer is you don't have a

20   present recollection, any memory today of being in a

21   car at any time with Mr. Velasquez Figueroa?

22       A.   Right.  Right now, I do not recall right now.

23       Q.   Good enough for me.

24       Same question:  Today at this moment,

25   November 29th, 2022, you have no present recollection

330

1    of ever being on a plane with Mr. Velasquez Figueroa;

2    right?

3         A.   I don't remember.

4         Q.   And you certainly never received any money

5    from Mr. Velasquez Figueroa; right?

6         A.   Directly, no, never.  Not that I know of.  I

7    don't recall.

8         Q.   And you never gave him any money; right?

9         A.   I don't recall that either.

10        Q.   So again, Adrian -- Mr. Velasquez Figueroa,

11   my client, is basically a stranger to you; fair

12   statement?

13        A.   Not -- not so much -- not as much as a

14   stranger per se because I've seen him many times at

15   the palace, at the government palace, but I do not

16   recall any details as so far as to sharing or

17   socializing with him.

18        Q.   Thank you, Mr. Andrade.

19             Let's talk about your time as the treasurer

20   of the country of Venezuela.  And I want to start by

21   talking about the duties of a treasurer of Venezuela.

22   It is the trustee's job to manage public finances;

23   right?

24        A.   Well, more so than manage them is to make the

25   payments.

331

1    Q.   Sure.  So you manage the country's money;

2  right?

3    A.   The money to pay, to pay.

4    Q.   Okay.  So it's important to have enough money

5  to pay when you're the treasurer; right?

6    A.   Yes.

7    Q.   If you don't have enough money to pay, then

8  you can't pay the debts that the country may have to,

9  for example, other counties; fair statement?

10    A.   Yes.  Concerning the county's debt and

11  foreign service, yes.

12    Q.   As the treasurer of Venezuela, you had the

13  opportunity to meet with foreign leaders; right?

14    A.   On one occasion on a trip that I went, I did

15  meet, but I do not recall whether it was when I was

16  the treasurer or it was before I was the treasurer.

17    Q.   You've met -- in your capacity as a

18  government official of Venezuela, you've met Fidel

19  Castro; right?

20    A.   No.  I did not meet him.

21    Q.   You met Saddam Hussein?

22    A.   I did meet him.

23    Q.   You traveled to Iraq to meet with him; right?

24    A.   Yes.

25    Q.   And you've met who was Muammar al-Qaddafi?

332

1   You traveled to Libya to meet with him; right?

2      A.   Yes.

3      Q.   And you've also authorized payments to

4   foreign counties?

5      A.   May I?  May I clarify one thing?

6          I did not travel specifically to meet him.  I

7   was on official trips.

8      Q.   When you say "him," are you talking about the

9   dictator Saddam Hussein or are you talking about

10  dictator Muammar al-Qaddafi?  Which one?

11     A.   If you allow me to clarify, it was a tour

12  through the oil exporting counties, OPEC.  And just

13  coincidentally, we had to visit these counties, and

14  they were the presidents at that time, and that's the

15  reason why I met them.

16     Q.   There are our counties in the world that have

17  oil at that time other than Iraq and Libya; right?

18     A.   Yes, but they were part of OPEC.

19     Q.   Right.  And so on these occasions, you did

20  meet with those foreign leaders:  Saddam Hussein and

21  Muammar al-Qaddafi; right?

22     A.   Yes.

23     Q.   Thank you.  And you also authorized payments

24  to Iran?

25     A.   It's possible.  I'd have to see when I did

333

1    it.  I would pay lots of countries.

2         Q.   Right.  And one of those countries that you

3    paid was Iran; right?

4         A.   Yes, it's possible.

5         Q.   Because Iran and Chavez, President Chavez had

6    a close-ish relationship when you were in government;

7    right?

8         A.   Yes.

9         Q.   Now, my colleague and cocounsel, Ms.

10   Descalzo, reviewed your plea agreement with you in

11   some detail, so I'm not going to go through it like

12   that; but I am going to go through it; and what I do

13   want to talk to you about is the sentencing

14   guidelines.  Have you ever heard the term sentencing

15   guidelines?

16        A.   Yes.  If you could clarify, if you could use

17   maybe another word for them.

18        Q.   Sure.  I would love to.  They are the points

19   that you get that determine what your sentence is

20   going to be in federal court in the United States of

21   America.  Are you familiar with sort that point

22   system we call the sentencing guidelines?

23        A.   Yes.

24        Q.   Awesome.

25        A.   Excuse me.  A little.  Somewhat, somewhat.

334

1    Q.   Some attorney -- and I don't want to know

2    about what you discussed specifically with your

3    attorneys, plural, but some attorney or attorneys at

4    some point discussed with you the sentencing

5    guidelines and how the sentencing guidelines may or

6    may not apply to your specific case; right?

7    A.   Yes.

8    Q.   And you know from standing in a courtroom

9    much like the one we're in here today for your

10   sentencing that your sentencing guidelines were

11   calculated at a Level 38, which is the equivalent of

12   235 to 283 months; right?

13   A.   Yes, yes.

14   Q.   And lawyers are not known for their math

15   skills, and I'm no exception to that rule; but 235 to

16   283 months is something in the neighborhood of 20 to

17   25 years; right?

18        THE COURT:  Mr. Feldman, do you mean

19   293 months?  Do you mean 293 months?

20        MR. FELDMAN:  My notes have it as 283

21   months, but I'll take -- I'll take

22   Your Honor's word.

23   A.   Yes.

24   BY MR. FELDMAN:

25   Q.   And you were sentenced in your case to ten

335

1    years, initially; right?

2        A.   Yes.

3        Q.   Ten years is at least ten years less than

4    20 years; right?

5        A.   Yes.

6        Q.   And ten years is at least 15 years less than

7    25 years?

8        A.   Yes.

9        Q.   But the ten years was only the starting point

10   because you were also the beneficiary of what's

11   called a Rule 35 motion; right?

12       A.   Yes.

13       Q.   And upon the filing of the Rule 35 motion and

14   after a hearing on the Rule 35 motion, you were

15   granted yet another reduction in your sentence from

16   ten years to three years; right?

17       A.   Yes.

18       Q.   An enormous reduction of 70 percent; right?

19       A.   65.

20       Q.   65 percent.

21            You were looking at potentially 25 years, and

22   you were out of jail in less than three years; right?

23       A.   Well, if you allow me to say so, I was not

24   facing 25, because from -- from the -- from the time

25   I signed the plea agreement to plead guilty, there

336

1    was a possibility of spending less time, and that's

2    the reason why I signed it.

3        Q.   You were present during your sentencing

4    hearing; right?

5        A.   Yes.

6        Q.   And we just went through this a moment ago,

7    probably less than five minutes ago; but during your

8    sentencing hearing, you were aware, and you are aware

9    today, that probation calculated your sentencing

10   guidelines at between 235 and 293 months; right?

11       A.   Could you clarify?  Are you saying that I had

12   to spend that amount of time on probation?  Is that

13   your question?

14       Q.   No.  I'm going to try again.

15            So remember a moment ago we talked about the

16   sentencing guidelines?

17       A.   Yes.

18       Q.   And those sentencing guidelines are what

19   federal courts use to calculate sentences.  It's a

20   starting point.  Remember that?

21       A.   Yes, yes.

22       Q.   Okay.  And so your sentencing guidelines came

23   out in points to 38, what I call bad points.

24       A.   Yes.

25       Q.   Have you ever played golf before,

337

1    Mr. Andrade?

2        A.   No, never.

3        Q.   But you -- are you familiar with the scoring

4    system in golf mas o menos?

5        A.   A little bit when I see it.

6        Q.   Okay.  You understand that in golf you want

7    to have as few points or strokes as possible; right?

8        A.   Yes.

9        Q.   And that's kind of the same thing as the

10   sentencing guidelines.  You want to have as few of

11   those bad points as possible.

12       A.   Which would be equivalent to lesser years.

13       Q.   That's right.  But you had 38 of those bad

14   points going into sentencing; correct?

15       A.   Yes.

16       Q.   And that 38 translate into 235 to 293 months,

17   for a total of approximately just under 20 years to

18   around 25 years; right?

19       A.   Yes, but please --

20       Q.   Mr. -- Mr. Andrade, I'm sorry.

21       A.   Excuse me.

22       Q.   I'm sorry.  I'm not trying to be rude, but

23   I'm just asking you to tell me, the jury, everyone in

24   this courtroom to answer that question, which was

25   just a simple, is it -- question about whether 38 --

338

1    Level 38 is 235 months to 293 months.  It doesn't

2    really merit some explanation.  The Government is

3    going to come back up here and try to redirect at

4    some point.  So you can explain all you want at that

5    point.

6         So we talked about some of the immigration

7    benefits that you received starting in 2014.  Do you

8    remember that?

9    A.   Yes.

10   Q.   And so in 2014, that was around the time that

11   you began cooperating with the DEA.  Do you remember

12   that?

13   A.   Yes.  Yes.

14   Q.   And at some point, based on your cooperation

15   thus far, beginning in 2014, they filed something, or

16   they applied for something called a Special Benefit

17   Parole Application.  Do you remember that?

18   A.   Yes.

19   Q.   And do you remember in that application that

20   they characterized you as a Venezuelan military

21   official and a high-profile or high-level banker.  Do

22   you have any knowledge of that?

23   A.   It's possible.  I didn't know about it.  I

24   didn't know I had been characterized that way.

25   Q.   Well, that's a good point.  In 2014 or 2015,

339

1    were you a high profile banker?

2         A.   I was never a banker.

3         Q.   Okay.  We'll come back to that later,

4    Mr. Andrade.

5              Now, fair to say that you have been

6    cooperating with the Government for more than ten

7    years?

8         A.   Possible.

9         Q.   And during that time, especially at the early

10   stages in your cooperation with the DEA, you provided

11   information to the Government, to the DEA about a lot

12   of people; right?

13        A.   Of whatever I knew, yes.

14        Q.   Okay.  Well, that's important because you

15   provided information about Mr. Diosdado Cabello

16   Rondón, R-O-N-D-O-N, who is part of a drug cartel;

17   right?

18        A.   I did not provide information that I recall.

19        Q.   If there were a report out there that were --

20   well, let me rephrase the question.

21             Would it surprise you if there were report

22   out there written by a member of the federal

23   government of the United States saying that you

24   provided information about Mr. Diosdado Cabello

25   Rondón who is part of a drug cartel?

340

1      A.   I don't recall ever having provided that type

2   of information.  If that report is out and it says

3   so, but I do not recall ever having supplied that

4   type of information.

5      Q.   And you also provided information about Hugo

6   Carvajal, C-A-R-V-A-J-A-L, another drug trafficker;

7   right?

8      A.   Yes.

9      Q.   And you provided information about another

10   individual called, General Cliver Alcala or Alcala?

11      A.   Yes.

12      Q.   Another drug trafficker; right?

13      A.   I don't know if he is a drug dealer or not.

14   He's been accused.

15      Q.   But you told the DEA about his drug

16   trafficking activities; right?

17      A.   No.

18      Q.   Okay.  So same question as I asked you a

19   moment ago, Mr. Andrade:  Would it surprise you if

20   there were a report out there written by a -- written

21   and signed by a member of the United States federal

22   government saying that you provided information about

23   drug trafficking activities related to General Cliver

24   Alcala?

25      A.   I would be surprised because I did not say --

341

1    I did not say about his activities.

2       Q.   Okay.  And you know a lot about, or knew a

3    lot about drug traffickers or drug dealers when you

4    were in Venezuela; right?

5       A.   No.  I did not have much knowledge.  Not to

6    tell you that I didn't know anything.

7       Q.   And just going back to General Alcala.  At

8    this point in 2014, 2015, you're meeting with the

9    DEA; right?

10      A.   Yes.

11      Q.   You're cooperating with the DEA?

12      A.   Yes.

13      Q.   You're providing them with information?

14      A.   Yes.

15      Q.   And you're also continuing to receive money

16   in certain forms from Raul Gorrin; right?

17      A.   Yes.

18      Q.   And he's keeping a running tab -- supposedly

19   keeping a running tab for you through some of the

20   exhibits that the Government has shown the jury

21   today; right?

22      A.   Yes.

23      Q.   And there comes a time while you're

24   cooperating with the DEA that you're able to use some

25   of the money that you've received to finance a trip

342

1    to meet with General Alcala in Spain to meet with the

2    DEA because, like yourself, he was looking to get out

3    of Venezuela; right?

4         A.   He did, right.  He.

5              Would you please repeat that question?

6         Q.   That was a long question, Mr. Andrade.  I'll

7    try.

8         A.   It's just that you changed.  I didn't

9    understand the last part.

10        Q.   Okay.  I'll take it step by step this time.

11   Maybe it's easier.

12             There came a time that you were able to use

13   some of the money that you received to finance a trip

14   for General Alcala to come meet with you and the DEA

15   in Spain?

16        A.   No, not with me.  Not with me.

17        Q.   Okay.  You didn't travel to Spain?

18        A.   No.

19        Q.   Mr. -- General Alcala traveled to Spain;

20   correct?

21        A.   I believe that he did travel to Spain.

22        Q.   And the purpose of his travel to Spain was to

23   meet with the DEA?

24        A.   I believe it was to meet with the DEA.

25        Q.   And you paid for his trip to meet with the

343

1    DEA?

2         A.   Yes.

3         Q.   From the money that you --

4         A.   I believe so.

5         Q.   Good enough for me.

6              From the money that you were continuing to

7    receive; right?

8         A.   Yes.

9         Q.   Is that the money that you called and

10   testified today as the bribe money?

11        A.   Yes.

12        Q.   So the Government let you use your bribe

13   money to pay for General Alcala to travel to Spain to

14   meet with the DEA?

15        A.   Yes, yes.

16        Q.   Okay.  You said a moment ago that you don't

17   remember providing the Government with information

18   about General Alcala's drug trafficking activities.

19   Do you remember that testimony?

20        A.   Me?  My testimony?

21        Q.   Yeah, 15 minutes ago.

22             Okay.  You testified --

23             THE COURT:  You have to wait for the

24        interpretation.

25        A.   What I said.

344

BY MR. FELDMAN:

Q.   Okay.

A.   I don't remember what the testimony was.

Q.   You testified moments ago that you don't recall ever providing any information to the DEA about General Alcala's drug trafficking activity.  Do you remember testifying to that moments ago?

A.   Yes.  I said that I don't remember having said that.

Q.   That's not true, though, is it, Mr. Andrade? Because you did tell the Government and the DEA about General Alcala's drug trafficking between routes that exist for drug trafficking in Venezuela and Colombia; right?  You did tell them that; right?

A.   I spoke so that he would speak to the DEA and clarify his situation.  I had no knowledge about the routes.

Q.   But you had knowledge that he was engaged in drug trafficking activity, and you told the DEA about it; right?

A.   No.  I said that he wasn't in that, that they should talk to him because he wanted to clarify his situation.

Q.   Let's move on.

      Now, we talked about a lot of benefits that

345

1    you received from the Government, talked about how

2    you had reduced sentence; remember that?

3        A.   Yes.

4        Q.   We also talked about how you received certain

5    immigration benefits; do you remember that?

6        A.   Yes, yes.

7        Q.   And you are still, as of today, sitting here

8    in the United States, living here in the United

9    States; right?

10       A.   Yes.

11       Q.   One benefit that we haven't talked about

12   though is that you were never ever, ever, ever, ever

13   put on the OFAC list, were you?

14       A.   Never.  No, never.

15       Q.   And your uncle, Rafael Cedeno, also never put

16   on the OFAC list; right?

17       A.   Never.

18       Q.   Now, do you know what -- well, I'll tell you

19   because the translation is too difficult.

20            OFAC -- will you take my word for it that

21   OFAC stands for Office of Foreign Asset Control?

22       A.   Yes.

23       Q.   And Mr. Andrade, are you generally familiar

24   with what it means when someone is designated or put

25   on the OFAC list in the United States of America?

346

1      A.    Am I familiarized, is that -- was that your

2  question?  Am I familiar with that?

3      Q.    Yes.

4      A.    Yes.

5      Q.    And being placed or designated on the OFAC

6  list is the equivalent of a financial death sentence;

7  fair statement?

8      A.    Yes, more or less.

9      Q.    Once you're on the OFAC list, you cannot

10  transact with anyone that's on that OFAC list; right?

11      A.    No.

12      Q.    So that means that any foreign transactions,

13  for example, involving U.S. dollars that might

14  involve an intermediary bank in New York or elsewhere

15  that clear those transactions in dollars be blocked

16  because that person or persons or company is on the

17  OFAC list; right?

18      A.    Yes.

19      Q.    So that means, for example, if I'm on the

20  OFAC list, and I want to send money from Spain in

21  dollars to Australia in dollars, that's going to be a

22  problem because those dollars are going to have to

23  clear through a New York bank account.  So even

24  though I'm nowhere near America and the person on the

25  other side of the transaction is in Australia, that's

347

1    still going to be a problem because of the OFAC list;

2    right?

3        A.   Yes.

4        Q.   But you were never put on the OFAC list in

5    all these years; right?

6        A.   No, because I didn't manage money.

7        Q.   But you were the treasurer of Venezuela;

8    right?

9        A.   Yes.

10       Q.   And you know that Claudia Diaz Guillen was

11   put on the OFAC list in January of 2019; right?

12       A.   I think so.  I think I -- yes, I think I did,

13   in January.  It's possible that I might have known

14   it.  I don't remember.

15       Q.   Okay.  And you know that Adrian Joe Velasquez

16   Figueroa put on the OFAC list on that same date;

17   right?

18       A.   I don't know.  I don't know.

19       Q.   Okay.  And you know that Raul Gorrin was put

20   on that OFAC list on that same date; right?

21       A.   Yes, yes.

22       Q.   And you know that one of the three other

23   people managing your money, Leonardo Gonzalez Dellan,

24   was put on the OFAC list that day; right?

25       A.   Yes.

348

1      Q.   And you know that Raul Gorrin's law partner

2   -- because Raul Gorrin is a lawyer in Venezuela.

3   Raul Gorrin's law partner, Gustavo Perdomo, was put

4   on the OFAC list that day; right?

5      A.   Yes, yes.

6      Q.   And you know that his wife, Mayela

7   Antonini -- Antonina, sorry, Tarascio-Perez was also

8   put on that list?

9      A.   Yes.

10     Q.   And you know that Elvis Amoroso was put on

11  that list on that day; right?

12     A.   Yes.

13     Q.   And you know that Michael José, or Maikel

14  José Moreno Pérez, a former Supreme Court justice in

15  Venezuela was put on that list on that date; right?

16     A.   Yes.

17     Q.   And you know that Cilia Adela Flores de

18  Maduro, one of the first ladies, was put on that

19  list; right?

20     A.   Yes.

21     Q.   All those people put on that list January

22  of 2019.  When did you sign your plea agreement,

23  Mr. Andrade?

24          In 2017?

25          All these people on --

349

1      A.   2017.

2      Q.   All these people on that OFAC list; you're

3  never on that OFAC list; not on an OFAC list today;

4  and your uncle is not on that OFAC list; right?

5           MR. FELDMAN:  I think this may be a good

6      stopping point for the day, Your Honor.

7      A.   Yes.

8           THE COURT:  All right.  Members of the

9      jury, we're going to go ahead and recess for

10     the evening.  Remember my admonition not to

11     discuss the case or allow it to be discussed

12     in your presence.  And I'm going to ask you

13     to come back tomorrow at 9:00.  So have a

14     nice evening.  See you back tomorrow at

15     9:00.

16          THE BAILIFF:  All rise.

17          (The jury exited the courtroom at 4:53

18     p.m., after which the following proceedings

19     were had:)

20          THE COURT:  Again, Mr. Andrade, during

21     the break in your testimony, you're not

22     allowed to discuss your testimony with

23     anyone.

24          We'll see you back tomorrow at 9:00.

25          And if there's nothing else to come

350

1    before the Court, we'll be in recess until

2    9:00 tomorrow morning.

3         MR. HAYDEN:  Nothing on behalf of the

4    Government, Your Honor.

5         MS. DESCALZO:  Nothing on behalf of the

6    defense, Your Honor.

7         ( The Jury Trial was concluded at 4:54 p.m.)

8                    - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

351

C E R T I F I C A T E

- - -

I, TRISH BAILEY-ENTIN, Stenographic Reporter, State of Florida at Large, certify that I was authorized to and did stenographically report the foregoing proceedings and that the transcript is a true and complete record of my stenographic notes.

Dated this 2nd day of December, 2022.


                              /s/ Trish Bailey-Entin
                         _____
                           TRISH BAILEY-ENTIN, RPR, FPR

## $

**$1,103,371** [3] - 220:10, 222:6, 222:16
**$117,087** [1] - 252:11
**$117,087.15** [1] - 252:19
**$14,422** [1] - 210:4
**$15,000** [2] - 214:9
**$15,337,538.18** [1] - 249:21
**$150,000** [5] - 231:16, 231:20, 233:18, 234:1, 234:17
**$174,800** [2] - 227:11, 229:5
**$20,000,000** [2] - 291:1, 291:8
**$228,768** [1] - 238:19
**$250,000,000** [1] - 194:16
**$311,037.92** [1] - 171:11
**$32,386,544** [1] - 254:4
**$35,257,856** [1] - 256:10
**$35,660,335.88** [1] - 234:20
**$36,034,143.90** [2] - 228:23, 229:13
**$376,812.91** [1] - 174:20
**$394,503,603** [1] - 179:23
**$399,992,233** [4] - 180:8, 181:16, 181:20, 182:1
**$53,014** [1] - 176:10
**$6,000,000** [1] - 215:21

## '

**'14** [2] - 326:16, 326:17
**'18** [2] - 326:16, 326:17

## 0

**00** [1] - 222:6
**02** [1] - 310:18
**03** [1] - 310:18

## 1

**1** [2] - 188:25, 262:18
**1,900,000** [1] - 309:11

**1.1** [1] - 223:7
**1.5** [1] - 157:8
**1/13/13** [2] - 149:5, 224:18
**1/2/13** [2] - 150:19, 254:15
**1/29/13** [2] - 148:23, 218:24
**1/31/13** [2] - 149:2, 221:4
**10** [12] - 148:18, 164:16, 206:22, 206:25, 207:15, 207:19, 207:21, 210:25, 214:12, 223:20, 296:12
**10,000,000** [2] - 291:2, 291:9
**10-A** [2] - 207:18, 209:9
**100** [1] - 262:6
**10:01** [1] - 184:17
**10:02** [1] - 185:24
**10:12** [1] - 185:24
**10:16** [1] - 187:24
**11** [14] - 148:20, 164:16, 173:10, 209:2, 211:1, 211:9, 212:7, 212:21, 212:22, 243:3, 243:8, 243:10, 247:16, 308:20
**11-A** [5] - 148:22, 211:9, 212:9, 212:16, 212:25
**11/14/12** [2] - 150:16, 253:15
**11/7/14** [2] - 151:8, 248:20
**1156** [6] - 151:19, 177:13, 177:25, 178:7, 178:8, 185:8
**1156-A** [5] - 151:20, 179:8, 179:12, 179:13, 181:18
**1157** [6] - 151:22, 180:10, 180:25, 181:5, 181:7, 185:8
**1157-A** [4] - 151:24, 181:1, 181:9, 181:21
**1157A** [1] - 181:5
**12** [10] - 148:23, 164:16, 213:4, 214:3, 217:14, 217:25, 218:16, 218:22, 218:24, 222:9
**12-A** [5] - 149:1, 218:1, 218:17, 218:22, 219:2

**12/11/12** [2] - 148:18, 207:21
**12/12** [1] - 223:21
**12/12/13** [2] - 148:20, 212:22
**12/12/2012** [1] - 223:17
**120** [3] - 277:1, 277:5, 277:7
**12:02** [2] - 239:17, 240:5
**12th** [1] - 217:17
**13** [7] - 149:2, 164:16, 220:15, 220:23, 221:2, 221:4, 222:25
**13-A** [3] - 220:15, 220:23, 221:2
**13A** [2] - 149:4, 221:7
**14** [9] - 149:5, 164:16, 175:22, 224:3, 224:13, 224:16, 224:18, 225:23, 307:16
**14-A** [5] - 149:8, 224:13, 224:16, 224:21, 307:17
**1400** [1] - 147:8
**15** [19] - 149:9, 164:16, 215:24, 225:24, 226:8, 226:12, 226:14, 227:13, 228:25, 248:7, 252:11, 292:11, 292:17, 292:20, 326:4, 326:12, 335:6, 343:21
**15,000** [1] - 214:20
**15,000,300** [1] - 250:1
**15-A** [3] - 149:11, 226:12, 226:17
**15-minute** [1] - 292:7
**150** [1] - 147:13
**154** [1] - 148:3
**15th** [1] - 321:18
**16** [12] - 149:12, 164:16, 227:14, 227:23, 228:3, 228:5, 229:8, 229:15, 232:1, 256:10, 317:6, 326:14
**16-A** [4] - 149:14, 227:23, 228:3, 228:8
**16th** [1] - 317:10
**17** [10] - 149:15, 164:17, 213:19, 214:17, 217:21, 229:16, 230:15, 230:16, 230:17, 233:21

**170** [1] - 148:12
**172** [1] - 148:14
**175** [1] - 148:16
**178** [1] - 151:18
**179** [1] - 151:20
**17th** [1] - 170:21
**18** [11] - 149:17, 163:3, 164:17, 223:5, 232:2, 232:11, 232:16, 232:18, 234:10, 234:25, 326:12
**18-A** [4] - 149:20, 232:11, 232:16, 232:21
**18-CR-80160-DIMITROULEAS** [1] - 146:2
**181** [2] - 151:21, 151:23
**19** [11] - 149:21, 164:17, 235:1, 235:10, 235:15, 235:17, 236:8, 238:22, 267:3, 294:22, 326:13
**19,000,000** [1] - 250:7
**19-A** [4] - 149:23, 235:10, 235:15, 235:20
**191** [1] - 148:10
**1956(a)(2)(A** [1] - 167:25
**1956(a)(2)(A)** [1] - 163:4
**19th** [1] - 321:23
**1:15** [4] - 239:13, 239:15, 239:23, 240:1
**1:16** [1] - 240:5
**1:20** [1] - 244:23
**1st** [3] - 217:17, 254:6, 256:23

## 2

**2** [4] - 222:10, 229:1, 231:18, 234:4
**2/17/14** [2] - 148:12, 170:3
**2/22/13** [2] - 149:17, 232:18
**2/25/13** [2] - 149:15, 230:17
**2/5/13** [2] - 149:9, 226:14
**2/8/13** [2] - 149:12, 228:5
**20** [13] - 150:1, 164:17, 215:24, 236:10,

**236:20, 236:23, 236:25, 248:7, 264:1, 325:15, 334:16, 335:4, 337:17
**20-A** [4] - 150:3, 236:20, 236:23, 237:3
**200** [1] - 147:17
**2000** [3] - 199:3, 199:4
**20005** [1] - 147:8
**2007** [2] - 298:24, 326:9
**2008** [4] - 191:8, 291:2, 291:7, 327:11
**2009** [2] - 191:8, 327:12
**2010** [15] - 152:14, 152:18, 152:19, 170:24, 195:4, 195:16, 200:21, 250:6, 276:6, 276:8, 276:10, 291:18, 302:4, 302:7
**2011** [17] - 164:4, 169:6, 170:24, 170:25, 195:5, 197:13, 199:23, 200:8, 242:19, 275:11, 276:8, 276:10, 283:14, 283:19, 299:7
**2012** [12] - 197:14, 199:23, 200:8, 209:2, 213:4, 214:3, 217:14, 217:17, 254:6, 275:11, 297:20, 298:1
**2013** [28] - 169:4, 219:15, 219:19, 221:14, 221:23, 221:25, 224:25, 227:8, 228:12, 228:18, 232:25, 233:8, 235:24, 237:7, 242:19, 243:3, 243:8, 243:10, 249:20, 256:5, 256:9, 256:23, 258:20, 283:15, 283:19, 285:1, 285:3, 307:22
**2014** [18] - 169:7, 170:21, 173:10, 283:19, 296:15, 296:20, 310:23, 311:14, 311:16, 312:22, 325:21, 326:8, 326:14, 338:7, 338:10,

338:15, 338:25, 341:8
**2015** [8] - 175:22, 177:5, 178:16, 179:18, 180:7, 325:25, 338:25, 341:8
**2016** [3] - 181:14, 182:2, 325:25
**2017** [35] - 182:15, 184:7, 188:15, 260:9, 262:2, 263:24, 264:9, 264:18, 266:23, 269:18, 270:13, 294:23, 296:12, 304:14, 305:1, 312:22, 314:14, 317:6, 317:10, 318:13, 319:2, 320:1, 321:16, 321:18, 321:22, 321:23, 322:23, 323:1, 326:4, 326:12, 326:13, 348:24, 349:1
**2018** [10] - 182:15, 184:8, 188:15, 262:3, 306:2, 326:14, 326:15, 326:20, 327:2
**2019** [2] - 347:11, 348:22
**2022** [4] - 146:12, 306:10, 329:25, 351:10
**207** [1] - 148:18
**21** [11] - 150:4, 163:11, 164:17, 239:4, 245:12, 245:17, 245:18, 245:20, 245:22, 247:2, 247:24
**21-A** [4] - 150:8, 245:19, 245:20, 246:1
**212** [2] - 148:20, 148:22
**218** [1] - 148:23
**219** [1] - 149:1
**21st** [1] - 327:2
**22** [6] - 163:10, 232:25, 241:3, 242:6, 243:9, 243:19
**221** [2] - 149:2, 149:4
**224** [2] - 149:5, 149:7
**226** [2] - 149:9, 149:11
**228** [2] - 149:12, 149:14
**22nd** [2] - 219:19,

233:8
**23** [2] - 163:11, 252:14
**230** [1] - 149:15
**232** [2] - 149:17, 149:19
**235** [7] - 149:21, 149:23, 334:12, 334:15, 336:10, 337:16, 338:1
**236** [1] - 150:1
**237** [1] - 150:3
**23rd** [3] - 319:25, 321:15, 321:22
**24** [10] - 150:9, 163:11, 250:10, 250:12, 250:14, 251:5, 252:15, 264:18, 310:17, 318:12
**24-A** [4] - 150:11, 250:10, 250:12, 250:17
**246** [1] - 150:7
**248** [2] - 151:8, 151:10
**24th** [4] - 260:9, 264:9, 266:15, 266:23
**25** [16] - 150:12, 163:11, 241:3, 242:6, 243:9, 243:19, 251:14, 251:15, 251:18, 251:20, 251:23, 334:17, 335:7, 335:21, 335:24, 337:18
**25-A** [4] - 150:15, 251:21, 251:22, 252:1
**250** [2] - 150:9, 150:11
**250,000,000** [1] - 194:17
**251** [1] - 150:12
**252** [1] - 150:14
**253** [2] - 150:16, 150:18
**254** [2] - 150:19, 150:21
**255** [3] - 150:23, 152:16, 152:17
**256** [3] - 150:25, 151:1, 151:3
**258** [2] - 151:4, 151:6
**259** [2] - 151:11, 151:12
**26** [4] - 150:16, 253:11, 253:13, 253:15
**26-A** [4] - 150:18, 253:11, 253:13, 253:18
**26.1** [1] - 152:25

**262** [1] - 152:17
**263** [1] - 148:4
**266** [1] - 151:17
**27** [5] - 150:19, 254:11, 254:12, 254:13, 254:15
**27-A** [4] - 150:22, 254:12, 254:13, 254:18
**2790** [1] - 147:17
**28** [5] - 150:23, 255:19, 255:20, 255:22, 255:24
**28-A** [4] - 150:25, 255:20, 255:22, 256:2
**283** [3] - 334:12, 334:16, 334:20
**29** [12] - 146:12, 151:1, 219:15, 241:3, 242:6, 243:9, 243:19, 254:4, 256:13, 256:14, 256:15, 256:17
**29-A** [4] - 151:3, 256:14, 256:15, 256:20
**293** [5] - 334:19, 336:10, 337:16, 338:1
**299** [1] - 146:14
**29th** [1] - 329:25
**2:56** [1] - 292:13
**2:57** [1] - 293:11
**2nd** [1] - 351:10

**3**

**3/11/13** [2] - 150:4, 245:22
**3/11/14** [2] - 148:14, 172:18
**3/4/13** [2] - 149:21, 235:17
**3/7/13** [2] - 150:1, 236:25
**30** [5] - 163:11, 178:16, 179:18, 326:14, 326:20
**300-page** [1] - 241:14
**30th** [1] - 221:25
**31** [6] - 151:4, 163:11, 258:10, 258:11, 258:12, 258:14
**31,948,218** [1] - 217:18
**31-A** [4] - 151:7, 258:11, 258:12, 258:17
**316** [1] - 151:14

**31st** [4] - 221:14, 221:23, 224:25, 307:21
**32** [8] - 151:8, 163:11, 248:13, 248:15, 248:16, 248:20, 259:5, 259:6
**32,356,305** [2] - 213:19, 217:21
**32,651,805** [1] - 214:17
**32,651,805.17** [1] - 214:19
**32-A** [4] - 151:10, 248:17, 248:19, 248:23
**320** [1] - 151:15
**321** [1] - 151:16
**327** [1] - 148:4
**33** [15] - 151:11, 161:22, 163:11, 164:1, 241:3, 242:7, 243:10, 243:20, 259:7, 259:8, 259:10, 259:19, 263:19, 264:7, 272:18
**33-A** [4] - 151:13, 259:8, 259:10, 259:21
**33-B** [2] - 231:15, 233:22
**33131** [2] - 147:14, 147:18
**33132** [1] - 147:4
**33301** [1] - 146:14
**35** [4] - 324:19, 335:11, 335:13, 335:14
**36,282,574** [1] - 223:5
**37** [1] - 272:24
**37,175,017** [1] - 250:1
**38** [6] - 334:11, 336:23, 337:13, 337:16, 337:25, 338:1
**3:11** [1] - 293:11
**3:14** [1] - 294:3
**3rd** [1] - 326:14

**4**

**4** [7] - 148:10, 176:1, 189:23, 190:23, 191:1, 191:2, 246:21
**4,307,843** [1] - 220:7
**4/1/13** [2] - 150:23, 255:24
**4/14/15** [2] - 148:16, 175:15

**401,671,595** [1] - 182:3
**403** [1] - 243:13
**41** [1] - 250:1
**4:53** [1] - 349:17
**4:54** [2] - 146:13, 350:7
**4th** [4] - 147:4, 227:8, 235:24, 326:12

**5**

**5** [4] - 248:5, 285:1, 291:25, 294:19
**5/2913** [2] - 150:9, 250:14
**5/30/13** [2] - 150:12, 251:23
**50** [1] - 189:15
**5th** [2] - 249:20, 326:20

**6**

**6** [10] - 148:12, 159:5, 161:2, 161:22, 163:10, 164:1, 170:2, 170:3, 174:23, 176:11
**6,000,000** [2] - 215:23, 250:6
**600** [1] - 147:13
**65** [2] - 335:19, 335:20
**65,000** [1] - 174:22

**7**

**7** [7] - 148:14, 163:10, 172:4, 172:7, 172:16, 172:18, 237:14
**70** [1] - 335:18
**78** [7] - 151:14, 315:18, 316:14, 316:20, 316:22, 316:23
**7th** [1] - 237:7

**8**

**8** [6] - 148:16, 163:10, 175:4, 175:10, 175:13, 175:15
**8/1/13** [2] - 151:1, 256:17
**8/5/13** [2] - 151:4, 258:14
**80** [1] - 262:6
**801** [1] - 169:12
**803.6** [1] - 162:1

**83** [1] - 217:18
**88** [6] - 151:15, 315:17, 320:8, 320:20, 320:23, 320:25
**88-A** [2] - 320:20, 320:23
**88A** [2] - 151:16, 321:2
**8:59** [1] - 146:13
**8th** [2] - 228:12, 228:18

**9**

**90** [1] - 277:7
**91** [1] - 241:17
**94** [4] - 151:17, 264:17, 266:8, 266:10
**954-745-9511** [1] - 146:21
**99** [1] - 147:4
**9:00** [4] - 349:13, 349:15, 349:24, 350:2
**9:01** [1] - 266:20
**9:10** [1] - 154:3
**9:31** [1] - 267:3
**9:35** [1] - 260:9
**9:42** [1] - 272:23

**A**

**a.m** [8] - 146:13, 154:3, 184:17, 185:24, 185:25, 187:24, 260:9, 266:20
**AA** [11] - 158:10, 158:11, 158:13, 213:11, 221:18, 228:15, 233:4, 251:8, 257:3, 257:11, 260:5
**ability** [2] - 193:7, 300:6
**able** [13] - 156:21, 159:8, 175:1, 200:23, 201:4, 237:20, 238:1, 241:14, 300:8, 311:14, 322:8, 341:24, 342:12
**absolutely** [2] - 164:19, 165:14
**accept** [5] - 155:12, 193:18, 202:14, 300:12, 300:15
**accepted** [1] - 154:21
**access** [1] - 300:16

**accordance** [1] - 262:21
**according** [3] - 260:13, 295:21, 301:16
**account** [25] - 155:21, 155:24, 156:6, 156:7, 156:8, 156:13, 157:19, 157:21, 157:22, 157:23, 159:21, 176:22, 177:3, 178:13, 183:24, 194:7, 194:20, 205:17, 205:21, 216:11, 216:13, 216:14, 216:18, 288:15, 346:23
**accounted** [1] - 177:9
**Accounting** [4] - 151:18, 151:21, 178:8, 181:7
**accounting** [5] - 177:16, 197:1, 206:2, 206:20, 310:6
**accounting121212.xls** [1] - 213:6
**accounts** [2] - 156:21, 156:22
**accurately** [1] - 261:17
**accused** [1] - 340:14
**acknowledge** [1] - 214:13
**acquaintance** [1] - 328:7
**acquaintances** [1] - 279:20
**act** [1] - 261:5
**Act** [1] - 295:8
**acta** [3] - 276:23, 278:3, 278:4
**action** [2] - 324:23, 325:4
**activities** [4] - 340:16, 340:23, 341:1, 343:18
**activity** [3] - 295:7, 344:6, 344:19
**actual** [1] - 167:13
**add** [1] - 157:1
**additional** [1] - 215:23
**address** [21] - 158:23, 159:17, 159:19, 159:20, 159:23, 160:3, 167:20, 167:22, 170:8, 170:10, 170:13, 170:16, 172:25, 185:19, 207:8,

208:15, 208:23, 212:5, 218:8, 218:11, 246:9
**Adela** [1] - 348:17
**administer** [1] - 196:6
**admissible** [1] - 230:10
**admit** [4] - 230:14, 232:10, 236:19, 242:9
**admits** [1] - 166:7
**admitted** [14] - 172:5, 222:8, 222:24, 228:25, 229:7, 233:20, 234:10, 238:22, 244:6, 247:16, 248:15, 250:11, 251:19, 252:15
**admitting** [1] - 242:15
**admonition** [8] - 154:10, 184:11, 188:6, 239:11, 245:6, 292:7, 294:12, 349:10
**Adolfo** [1] - 246:18
**ADRIAN** [1] - 146:7
**Adrian** [21] - 147:15, 147:21, 161:18, 162:21, 164:21, 190:21, 198:20, 199:6, 205:7, 205:10, 269:19, 313:8, 325:22, 326:1, 326:5, 327:21, 327:25, 328:2, 328:24, 330:10, 347:15
**Adrian's** [1] - 270:10
**advantage** [2] - 164:11, 168:9
**advice** [1] - 272:10
**advised** [2] - 306:18, 307:11
**advisor** [1] - 268:23
**afeldman@feldmanpllc.com** [1] - 147:18
**affirmed** [1] - 154:16
**afternoon** [3] - 263:7, 263:8, 327:19
**agency** [9] - 268:20, 268:22, 268:24, 268:25, 270:9, 270:12, 319:19, 321:14
**agents** [2] - 167:20, 306:11
**ago** [4] - 269:18, 279:1, 280:3,

302:20, 303:23, 328:20, 336:6, 336:7, 336:15, 340:19, 343:16, 343:21, 344:4, 344:7
**agree** [7] - 182:22, 193:18, 202:4, 203:2, 300:15, 309:18, 322:19
**agreed** [8] - 155:12, 182:8, 188:23, 262:17, 295:5, 295:18, 296:5, 300:12
**agreement** [47] - 157:14, 171:21, 180:1, 182:8, 182:24, 183:3, 183:7, 188:24, 189:5, 189:7, 189:16, 192:16, 192:20, 193:1, 193:2, 193:10, 193:11, 193:21, 194:6, 201:23, 202:25, 204:23, 205:18, 205:22, 210:21, 217:6, 242:17, 262:14, 262:15, 267:21, 280:6, 294:18, 295:5, 295:16, 296:22, 297:1, 304:16, 322:20, 322:22, 323:3, 323:17, 324:16, 324:17, 324:18, 333:10, 335:25, 348:22
**agreements** [18] - 171:19, 188:18, 188:20, 201:21, 210:12, 210:14, 210:15, 210:16, 210:18, 213:22, 216:24, 217:2, 225:21, 262:9, 262:10, 262:11, 262:13, 262:21
**ahead** [10] - 173:13, 179:19, 185:5, 230:14, 239:10, 241:1, 242:1, 252:9, 260:11, 349:9
**airplanes** [4] - 215:12, 215:13, 215:14, 215:20
**al** [3] - 331:25, 332:10, 332:21
**al-Qaddafi** [3] -

331:25, 332:10, 332:21
**Alcala** [8] - 340:10, 340:24, 341:7, 342:1, 342:14, 342:19, 343:13
**Alcala's** [3] - 343:18, 344:6, 344:12
**ALEJANDRO** [2] - 148:3, 154:15
**Alejandro** [57] - 148:13, 148:15, 148:17, 148:18, 148:20, 148:24, 149:3, 149:6, 149:9, 149:12, 149:16, 149:18, 149:21, 150:1, 150:5, 150:6, 150:13, 150:16, 150:20, 150:23, 151:1, 151:5, 151:8, 158:12, 158:13, 159:13, 166:23, 170:4, 172:19, 175:16, 207:7, 207:22, 211:7, 212:23, 218:25, 221:5, 224:19, 226:15, 228:6, 230:18, 232:19, 235:18, 237:1, 245:23, 245:24, 246:15, 246:17, 247:10, 247:13, 247:21, 248:21, 251:24, 253:16, 254:16, 255:25, 256:18, 258:15
**Alex** [2] - 148:24, 218:25
**Alex_Jo** [1] - 218:7
**aligned** [2] - 285:14, 286:1
**allegedly** [1] - 291:21
**alliances** [1] - 285:10
**allies** [2] - 260:14, 261:9
**allow** [16] - 154:10, 156:16, 184:12, 188:7, 230:11, 239:11, 245:6, 260:20, 282:11, 287:20, 292:8, 294:12, 302:5, 332:11, 335:23, 349:11
**allowed** [5] - 184:21, 194:5, 239:21, 292:15, 349:22
**allows** [1] - 311:7

**almost** [1] - 325:11
**alone** [1] - 204:5
**ALSO** [1] - 147:20
**AMERICA** [1] - 146:3
**America** [5] - 147:2, 314:14, 333:21, 345:25, 346:24
**Amoroso** [1] - 348:10
**amount** [42] - 171:10, 174:18, 174:21, 176:9, 179:21, 179:24, 181:15, 181:19, 181:22, 182:4, 182:7, 182:10, 183:19, 188:23, 210:3, 213:20, 214:8, 214:10, 216:9, 217:20, 220:6, 220:9, 222:4, 222:14, 227:10, 228:22, 229:3, 229:12, 231:15, 233:17, 233:23, 233:25, 234:15, 234:19, 234:22, 238:18, 249:20, 262:8, 262:18, 262:20, 278:24, 336:12
**Andiron** [1] - 252:21
**ANDRADE** [2] - 148:3, 154:15
**Andrade** [123] - 148:13, 148:15, 148:17, 148:18, 148:21, 148:24, 149:3, 149:6, 149:9, 149:13, 149:16, 149:18, 149:21, 150:2, 150:5, 150:13, 150:17, 150:20, 150:24, 151:2, 151:5, 151:9, 153:19, 153:22, 154:20, 158:12, 158:13, 159:8, 159:13, 162:2, 162:9, 162:10, 162:19, 162:21, 163:23, 164:18, 165:6, 166:8, 166:23, 169:5, 170:4, 170:7, 172:19, 172:22, 175:16, 179:16, 184:21, 185:5, 185:6, 185:10, 185:16, 186:20, 187:16, 187:19,

187:20, 188:11, 207:7, 207:22, 208:10, 211:7, 212:23, 218:25, 221:5, 224:19, 226:15, 228:6, 230:18, 232:19, 235:18, 237:1, 239:20, 240:13, 241:12, 242:14, 242:16, 242:20, 242:22, 242:24, 243:5, 244:20, 245:23, 246:4, 248:21, 251:24, 253:16, 254:16, 255:25, 256:18, 258:15, 263:7, 264:19, 265:4, 271:16, 271:20, 272:1, 290:22, 292:14, 293:17, 294:17, 301:25, 302:7, 303:24, 305:13, 306:9, 310:22, 317:2, 319:5, 321:5, 323:23, 325:11, 327:19, 330:18, 337:1, 337:20, 339:4, 340:19, 342:6, 344:10, 345:23, 348:23, 349:20
**Andrew** [1] - 327:20
**ANDREW** [1] - 147:16
**Andy** [1] - 321:8
**answer** [8] - 156:19, 201:14, 279:14, 286:6, 327:10, 329:9, 329:19, 337:24
**answered** [1] - 156:2
**answers** [1] - 268:1
**anticipate** [1] - 293:9
**Antonina** [1] - 348:7
**Antonini** [1] - 348:7
**Antonio** [3] - 229:24, 233:15, 234:14
**apartments** [1] - 194:12
**apologize** [5] - 195:6, 252:15, 268:3, 316:5, 326:18
**APPEARANCES** [1] - 147:1
**Application** [1] - 338:17
**application** [1] - 338:19

**applied** [1] - 338:16
**apply** [1] - 334:6
**appointed** [2] - 298:23, 299:4
**approach** [6] - 161:5, 161:14, 200:21, 200:22, 200:23, 241:8
**approached** [1] - 202:20
**approaches** [1] - 270:16
**April** [4] - 169:4, 175:22, 256:5, 256:9
**arena** [1] - 156:25
**argue** [1] - 166:24
**argument** [2] - 152:11, 152:21
**arranged** [2] - 205:19, 205:22
**article** [2] - 269:12, 270:20
**Asesor** [1] - 211:20
**Asesor002** [29] - 149:3, 149:12, 149:18, 150:1, 150:13, 150:16, 150:20, 150:23, 151:1, 151:5, 220:19, 221:5, 221:10, 227:21, 228:6, 232:9, 232:19, 236:18, 237:1, 251:12, 251:24, 252:6, 253:16, 254:16, 255:25, 256:18, 258:15, 309:24, 310:8
**asesor002** [1] - 212:6
**Asesor03** [1] - 310:20
**Asesore002** [2] - 148:20, 212:23
**Asesores03** [7] - 150:10, 151:8, 248:21, 249:11, 249:12, 250:15, 251:11
**Asesors** [1] - 310:18
**assembled** [4] - 154:2, 187:23, 244:22, 294:2
**asserted** [1] - 156:18
**Asset** [1] - 345:21
**assets** [1] - 261:7
**assigned** [3] - 200:15, 260:25, 283:4
**assigning** [1] - 152:22
**assistance** [1] - 257:21

**assistant** [3] - 208:5, 210:6, 231:1
**assisted** [1] - 307:12
**assisting** [1] - 307:3
**assume** [1] - 272:4
**asterisk** [1] - 250:3
**attached** [12] - 174:9, 209:15, 213:5, 213:7, 219:17, 221:16, 222:10, 225:4, 225:7, 228:13, 233:1, 237:9
**attachment** [2] - 226:24, 249:23
**attended** [1] - 328:17
**attention** [1] - 261:1
**attorney** [3] - 313:21, 334:1, 334:3
**Attorney's** [1] - 147:3
**attorneys** [2] - 334:3
**audible** [1] - 327:10
**audio** [9] - 265:2, 265:9, 265:11, 265:14, 265:19, 265:22, 266:2, 271:11, 315:12
**Audio** [2] - 271:6, 271:24
**audit** [2] - 276:22, 277:17
**August** [3] - 249:20, 256:23, 258:20
**Australia** [2] - 346:21, 346:25
**authority** [1] - 193:7
**authorize** [1] - 288:25
**authorized** [3] - 332:3, 332:23, 351:5
**autos** [1] - 194:18
**AV** [2] - 257:21, 258:4
**Avenue** [2] - 147:8, 147:13
**Aviation** [7] - 215:6, 215:9, 216:1, 223:24, 246:11, 247:18, 255:9
**AVL** [2] - 219:21, 222:22
**aware** [3] - 287:9, 336:8
**awesome** [1] - 333:24

**B**

**bad** [4] - 312:19, 336:23, 337:11, 337:13
**BAILEY** [4] - 146:19, 146:20, 351:4, 351:15

**BAILEY-ENTIN** [3] - 146:19, 351:4, 351:15
**BAILIFF** [4] - 239:16, 240:4, 240:8, 349:16
**balance** [14] - 182:1, 213:16, 213:18, 214:16, 214:18, 214:20, 223:4, 227:10, 234:19, 234:21, 249:25, 254:3, 256:9
**bank** [17] - 155:21, 155:24, 156:6, 156:12, 183:24, 194:7, 202:12, 202:13, 202:14, 202:16, 260:17, 260:18, 288:15, 299:21, 299:22, 346:14, 346:23
**Bank** [1] - 299:25
**banker** [2] - 338:21, 339:1, 339:2
**banks** [3] - 156:20, 260:20, 261:11
**barely** [1] - 328:8
**barnes** [1] - 317:24
**barns** [1] - 297:12
**base** [1] - 287:24
**based** [1] - 338:14
**bases** [1] - 243:18
**basic** [1] - 287:24
**basis** [1] - 242:7
**became** [5] - 197:4, 197:9, 197:12, 206:12, 262:15
**become** [1] - 272:7
**becomes** [2] - 276:3, 278:16
**becoming** [2] - 199:14, 200:1
**BEFORE** [1] - 146:10
**began** [3] - 181:25, 205:1, 338:11
**begin** [2] - 199:20, 204:22
**beginning** [2] - 195:4, 338:15
**behalf** [21] - 147:2, 147:11, 147:15, 152:9, 161:18, 161:19, 182:5, 183:18, 194:21, 195:8, 209:22, 240:2, 242:4, 258:7, 262:5, 269:3, 296:6, 308:2, 310:2, 350:3, 350:5
**belonging** [1] - 315:14

356

**belongs** [1] - 185:10
**below** [7] - 159:18, 214:21, 215:5, 219:23, 223:7, 223:22, 233:9
**bench** [2] - 161:5, 161:14
**beneficiary** [1] - 335:10
**benefit** [5] - 174:14, 194:10, 243:23, 303:15, 345:11
**Benefit** [1] - 338:16
**benefits** [4] - 189:8, 338:7, 344:25, 345:5
**better** [2] - 310:11, 312:2
**between** [22] - 162:9, 167:3, 182:15, 184:7, 188:15, 193:11, 200:8, 203:18, 215:24, 246:4, 248:7, 262:6, 263:17, 264:18, 273:16, 273:19, 276:10, 276:12, 276:15, 289:18, 336:10, 344:12
**big** [3] - 260:15, 288:8, 321:10
**bill** [2] - 209:13
**billion** [3] - 182:9, 188:25, 262:18
**bills** [1] - 158:18
**Biscayne** [1] - 147:17
**bit** [6] - 154:25, 238:1, 238:3, 238:5, 277:15, 337:5
**blasting** [1] - 267:9
**blocked** [1] - 346:15
**blow** [17] - 171:3, 209:16, 213:8, 214:25, 220:2, 222:10, 222:18, 223:1, 223:14, 231:6, 234:11, 238:23, 249:16, 252:16, 254:23, 257:5, 260:8
**body** [2] - 219:11, 252:16
**bodyguard** [1] - 255:9
**bodyguards** [5] - 255:8, 257:9, 257:13, 257:16, 257:17
**Boelcke** [6] - 150:5, 245:23, 246:6, 246:7, 247:13, 247:21

**bolded** [1] - 216:9
**bolivars** [20] - 171:24, 189:10, 192:23, 193:5, 193:14, 210:17, 213:15, 260:21, 260:24, 283:7, 283:10, 288:2, 299:16, 303:12, 308:25, 309:2, 309:5, 309:13, 309:15, 309:22
**Bolsa** [1] - 288:18
**bolsa** [9] - 289:12, 289:23, 290:2, 290:6, 290:21, 291:1, 291:8, 299:22, 302:2
**bolsas** [7] - 299:24, 300:4, 302:4, 302:8, 302:18, 302:24, 304:11
**bond** [5] - 289:24, 290:2, 290:5, 303:10, 303:13
**Bonds** [1] - 225:6
**bonds** [24] - 152:22, 225:10, 225:17, 260:25, 284:11, 289:13, 289:14, 291:1, 291:17, 291:22, 299:17, 299:21, 300:3, 300:9, 301:19, 301:21, 301:23, 302:2, 303:4, 303:7, 303:16, 308:15
**bottom** [19] - 159:16, 171:8, 180:6, 181:19, 182:1, 217:12, 217:15, 220:6, 222:14, 223:13, 227:9, 229:4, 233:22, 234:3, 234:12, 254:2, 256:7, 256:24, 257:5
**bought** [2] - 194:10, 303:16
**Boulevard** [2] - 146:14, 147:17
**box** [1] - 226:25
**break** [6] - 166:3, 184:20, 185:20, 239:6, 239:21, 261:12, 292:3, 292:15, 349:21
**bribe** [12] - 167:6, 171:25, 183:10, 183:21, 193:18,

193:22, 194:4, 282:4, 282:21, 301:1, 343:10, 343:12
**bribed** [1] - 282:22
**bribery** [11] - 163:7, 163:18, 163:22, 164:8, 164:13, 167:9, 168:2, 168:3, 169:2, 242:24, 243:4
**bribes** [16] - 154:21, 155:12, 167:13, 168:7, 189:20, 193:16, 242:21, 262:25, 282:8, 289:9, 289:11, 300:12, 300:15, 326:6, 326:23, 326:25
**brief** [1] - 185:3
**briefly** [1] - 215:3
**bring** [14] - 153:25, 186:20, 187:15, 187:18, 240:17, 244:12, 244:21, 293:21, 294:1, 300:19, 313:4, 321:9, 322:16, 322:17
**brokerage** [7] - 189:9, 201:12, 202:1, 202:16, 261:11, 289:1, 300:7
**Bronis** [1] - 147:12
**brother** [2] - 190:9, 246:19
**brother-in-law** [2] - 190:9, 246:19
**brought** [5] - 191:11, 191:22, 269:19, 322:4, 327:8
**Broward** [1] - 146:14
**Buddy** [1] - 321:7
**budget** [2] - 219:7
**building** [1] - 284:20
**bull** [1] - 318:15
**bunch** [1] - 302:14
**business** [14] - 161:24, 162:1, 162:2, 162:3, 162:4, 165:1, 165:3, 165:5, 165:7, 165:8, 167:2, 168:9, 192:2, 192:3
**businessmen** [1] - 260:22
**buy** [6] - 289:13, 300:9, 301:19, 302:2, 303:7, 303:9
**BY** [116] - 148:3, 148:4, 148:4,

154:19, 156:4, 157:5, 159:6, 159:15, 160:12, 170:6, 171:4, 171:9, 172:21, 173:6, 173:17, 174:3, 175:18, 178:10, 179:15, 180:16, 181:11, 188:10, 190:7, 190:14, 190:19, 191:4, 192:12, 198:17, 201:20, 206:8, 207:2, 207:24, 208:14, 211:2, 211:23, 213:2, 214:1, 215:2, 217:11, 218:2, 219:4, 220:4, 220:13, 221:9, 222:12, 222:20, 223:3, 223:16, 224:4, 224:23, 225:25, 226:19, 227:6, 227:15, 228:10, 229:2, 229:10, 229:17, 230:20, 231:7, 231:19, 232:3, 232:23, 233:24, 234:5, 234:13, 235:2, 235:22, 236:11, 237:5, 237:12, 238:14, 238:24, 246:3, 246:22, 247:3, 247:19, 247:25, 249:2, 249:9, 249:18, 249:24, 250:19, 250:25, 251:6, 252:4, 252:20, 253:1, 253:23, 254:20, 254:25, 256:8, 256:25, 258:22, 259:23, 260:10, 261:22, 262:23, 263:6, 266:16, 268:4, 271:19, 271:25, 272:19, 294:16, 316:9, 317:1, 318:1, 320:9, 321:4, 323:15, 325:3, 326:19, 327:18, 334:24, 344:1
**by-product** [2] - 216:20, 225:20

**C**

**Cabello** [2] - 339:15, 339:24
**calculate** [1] - 336:19
**calculated** [2] - 334:11, 336:9
**camp** [1] - 324:6
**cancel** [3] - 260:24, 312:12, 313:10
**canceled** [1] - 312:20
**cannot** [7] - 163:16, 271:14, 278:9, 286:6, 313:13, 329:16, 346:9
**capable** [1] - 183:2
**capacities** [1] - 279:23
**capacity** [2] - 279:22, 331:17
**captain** [1] - 257:21
**car** [5] - 312:16, 312:17, 329:5, 329:17, 329:21
**Caracas** [1] - 219:10
**card** [1] - 305:12
**care** [1] - 261:6
**careful** [2] - 281:11, 281:22
**carry** [2] - 163:17, 164:13
**carrying** [2] - 168:2, 168:22
**cartel** [2] - 339:16, 339:25
**Carvajal** [1] - 340:6
**CARVAJAL** [1] - 340:6
**Casa** [1] - 288:18
**casa** [17] - 289:12, 289:23, 290:2, 290:5, 290:21, 290:25, 291:8, 299:22, 299:24, 300:3, 302:2, 302:3, 302:8, 302:17, 302:23, 304:6, 304:10
**case** [22] - 153:7, 154:10, 162:11, 168:13, 178:6, 184:12, 188:6, 239:11, 245:6, 267:23, 270:9, 270:10, 292:8, 294:12, 304:24, 305:24, 326:9, 334:6, 334:25, 349:11
**CASE** [1] - 146:2
**cash** [3] - 157:10, 194:17

**Castro** [1] - 331:19
**caused** [1] - 297:4
**causing** [1] - 238:5
**Cedeno** [17] - 183:14, 183:15, 183:17, 183:22, 184:6, 188:13, 303:20, 304:2, 304:9, 304:16, 305:8, 305:13, 306:2, 306:5, 307:14, 322:1, 345:15
**Cedeno's** [1] - 304:25
**Cega** [2] - 176:5, 176:6
**cents** [7] - 213:19, 214:17, 217:18, 217:21, 222:6, 223:5, 250:2
**certain** [8] - 176:8, 189:8, 240:22, 288:15, 305:18, 310:7, 341:16, 345:4
**certainly** [5] - 162:1, 163:24, 313:7, 322:23, 330:4
**certainty** [1] - 286:6
**Certified** [43] - 148:22, 149:1, 149:4, 149:7, 149:11, 149:14, 149:19, 149:23, 150:3, 150:7, 150:11, 150:14, 150:18, 150:21, 150:25, 151:3, 151:6, 151:10, 151:12, 151:16, 151:20, 151:23, 181:9, 212:25, 219:2, 221:7, 224:21, 226:17, 228:8, 232:21, 235:20, 237:3, 246:1, 248:23, 250:17, 252:1, 253:18, 254:18, 256:2, 256:20, 258:17, 259:21, 321:2
**certified** [2] - 179:8, 179:13
**certify** [1] - 351:5
**chain** [2] - 171:2, 174:2
**change** [4] - 152:19, 192:23, 201:5, 202:15
**changed** [3] - 304:11, 309:2, 342:8
**changes** [1] - 202:6

**changing** [1] - 309:3
**channels** [1] - 261:10
**characteristics** [1] - 156:10
**characterized** [2] - 338:20, 338:24
**charge** [7] - 247:12, 272:5, 276:13, 276:16, 277:19, 278:13, 295:10
**charged** [3] - 163:2, 167:24, 272:3
**charges** [1] - 251:8
**charging** [1] - 309:16
**Chat** [2] - 151:11, 259:19
**chat** [25] - 151:15, 151:17, 185:14, 186:13, 259:13, 260:3, 260:8, 260:11, 263:17, 264:8, 264:12, 264:17, 264:22, 265:1, 265:7, 265:20, 265:23, 265:24, 266:10, 266:15, 269:9, 269:12, 272:22, 273:10, 320:25
**chats** [6] - 185:16, 263:22, 267:23, 274:1, 274:4, 274:7
**chatted** [2] - 264:3, 264:5
**chatting** [5] - 260:1, 263:24, 266:17, 266:20, 266:22
**Chavez** [26] - 198:10, 274:22, 277:24, 280:8, 280:15, 280:25, 281:10, 281:16, 282:3, 283:22, 284:18, 285:1, 285:4, 285:8, 285:11, 285:14, 285:19, 286:1, 286:13, 288:13, 302:3, 302:7, 302:23, 303:3, 333:5
**checked** [2] - 185:15, 186:23
**Christianson** [1] - 147:12
**CIA** [1] - 280:12
**Cilia** [1] - 348:17
**circumstantially** [1] - 244:9
**citizen** [1] - 324:2
**claims** [1] - 277:8
**clarify** [15] - 200:6,

201:25, 264:2, 276:11, 277:2, 277:3, 282:20, 287:20, 303:22, 332:5, 332:11, 333:16, 336:11, 344:16, 344:22
**clarity** [1] - 266:12
**CLAUDIA** [1] - 146:6
**Claudia** [61] - 147:11, 147:20, 161:19, 162:19, 163:7, 163:11, 163:19, 164:15, 165:18, 166:14, 166:15, 167:3, 169:2, 190:16, 197:10, 197:15, 197:23, 199:2, 199:13, 199:20, 200:23, 203:15, 203:21, 205:11, 205:19, 205:23, 205:25, 206:5, 206:12, 210:22, 242:5, 242:17, 242:18, 242:25, 243:1, 243:7, 262:15, 269:19, 274:7, 274:10, 275:13, 276:3, 279:14, 279:18, 280:3, 282:4, 285:18, 301:16, 301:18, 301:25, 303:15, 313:7, 325:22, 326:1, 326:4, 326:6, 326:22, 327:2, 328:15, 328:23, 347:10
**Claudia's** [1] - 270:10
**clean** [3] - 168:18, 168:20, 277:18
**clear** [6] - 202:11, 269:18, 282:16, 282:22, 346:15, 346:23
**clearly** [1] - 282:22
**client** [1] - 330:11
**clients** [1] - 162:12
**Cliver** [2] - 340:10, 340:23
**close** [3] - 156:8, 156:21, 333:6
**close-ish** [1] - 333:6
**closed** [2] - 156:7, 156:13, 302:23
**coconspirator** [8] - 162:22, 164:7, 165:15, 166:19,

166:24, 169:10, 211:14, 211:17
**coconspirators** [4] - 166:22, 300:13, 300:16, 301:5
**cocounsel** [1] - 333:9
**coincide** [1] - 322:21
**coincidentally** [1] - 332:13
**collateral** [1] - 261:1
**colleague** [1] - 333:9
**Colombia** [1] - 344:13
**column** [10] - 216:8, 220:5, 220:9, 221:21, 222:13, 222:15, 223:4, 228:21, 237:11, 254:3
**columns** [1] - 213:14
**comercial** [1] - 309:12
**coming** [11] - 161:25, 164:24, 175:25, 177:6, 177:19, 179:4, 180:4, 249:13, 273:25, 275:7, 306:22
**commit** [2] - 295:6, 297:6
**committed** [1] - 194:6
**common** [4] - 283:11, 283:13, 283:14, 326:21
**communicate** [10] - 158:17, 170:17, 194:23, 195:6, 195:8, 274:17, 279:13, 280:21, 282:21
**communicated** [2] - 279:25, 280:3
**communicating** [1] - 269:2
**communication** [1] - 158:20
**communications** [4] - 161:23, 208:13, 208:19, 208:25
**companies** [7] - 157:24, 157:25, 158:9, 158:15, 165:9, 173:22, 261:11
**company** [17] - 173:25, 176:7, 209:17, 209:18, 209:21, 215:7, 215:11, 231:23, 246:12, 247:20, 252:25, 253:2, 253:6, 268:15,

346:16
**complete** [3] - 167:6, 167:13, 351:8
**completeness** [1] - 178:2
**comply** [1] - 194:6
**computer** [2] - 189:24, 266:13
**CON'T** [2] - 148:3, 154:15
**con't** [2] - 148:3, 154:18
**concede** [4] - 154:4, 187:25, 244:25, 294:5
**concerning** [2] - 198:2, 331:10
**concluded** [1] - 350:7
**concrete** [1] - 192:10
**conduct** [3] - 182:22, 193:8, 202:20
**conducted** [3] - 182:18, 202:21, 287:21
**conducts** [1] - 162:4
**confidential** [1] - 281:24
**connect** [2] - 268:19, 271:5
**connecting** [1] - 268:21
**considered** [1] - 167:2
**conspiracy** [16] - 154:22, 155:3, 163:3, 163:6, 166:2, 166:7, 166:13, 166:15, 166:20, 167:3, 167:4, 168:23, 169:16, 169:23, 295:6, 297:5
**conspirator** [1] - 320:22
**conspired** [1] - 322:1
**constantly** [1] - 308:18
**consultant** [2] - 267:17, 267:20
**Consulting** [1] - 176:5
**contain** [1] - 185:11
**contaminate** [2] - 269:15, 270:23
**contaminated** [1] - 272:21
**contemporaneous** [1] - 167:1
**context** [1] - 271:12
**continue** [7] - 165:22, 188:9, 202:6, 214:15, 245:9, 294:14, 302:6

358

continued [1] - 283:17
continues [1] - 234:22
continuing [5] - 167:8,
243:24, 244:5,
341:15, 343:6
contract [5] - 268:24,
289:12, 289:18,
289:20, 301:19
contracts [2] - 300:17,
302:2
control [1] - 283:25
Control [1] - 345:21
conversation [8] -
204:21, 241:16,
272:15, 281:12,
305:5, 305:6,
305:18, 320:15
converse [1] - 305:7
conviction [2] - 297:5,
324:1
cooperate [3] - 269:6,
270:1, 295:18
cooperated [3] -
270:13, 295:20,
296:14
cooperating [13] -
269:5, 296:19,
304:10, 304:15,
305:15, 310:22,
311:25, 312:5,
312:8, 338:11,
339:6, 341:11,
341:24
cooperation [6] -
295:15, 324:17,
324:18, 325:13,
338:14, 339:10
copied [1] - 187:7
copy [1] - 185:9
corner [4] - 181:19,
228:14, 233:3,
253:25
Corp [1] - 173:24
Corporation [8] -
173:20, 226:22,
228:20, 228:22,
229:11, 236:6,
238:17, 239:1
correct [15] - 154:22,
159:21, 187:12,
217:2, 238:1,
241:21, 300:24,
301:9, 301:12,
303:18, 307:24,
321:24, 327:25,
337:14, 342:20
correctly [1] - 279:5
corresponding [1] -
164:2
cost [3] - 215:19,

215:22, 248:6
counsel [9] - 152:4,
180:11, 186:3,
187:11, 187:25,
240:10, 241:15,
293:15, 294:5
Counsel [1] - 315:24
counseling [2] -
272:10, 272:13
count [1] - 291:13
Count [1] - 163:2
counties [5] - 331:9,
332:4, 332:12,
332:13, 332:16
countries [2] - 333:1,
333:2
country [5] - 284:14,
312:7, 313:16,
330:20, 331:8
country's [1] - 331:1
county's [1] - 331:10
couple [8] - 215:3,
223:1, 223:22,
264:8, 278:21,
321:25, 324:10
course [14] - 162:4,
167:23, 197:21,
272:16, 276:25,
278:12, 278:15,
282:24, 283:3,
303:5, 309:19,
314:22, 320:3,
322:20
COURT [124] - 146:1,
152:3, 153:8,
153:18, 153:25,
154:4, 154:9, 156:3,
156:16, 160:10,
160:22, 161:9,
161:14, 165:25,
167:15, 169:14,
169:22, 170:2,
172:8, 172:11,
172:16, 175:13,
178:5, 178:23,
179:12, 180:11,
181:5, 184:9,
184:18, 185:4,
185:18, 185:22,
186:2, 186:19,
187:10, 187:15,
187:20, 187:25,
188:5, 191:1, 192:9,
198:12, 206:7,
207:10, 207:19,
211:13, 211:22,
212:7, 212:11,
212:15, 212:21,
217:10, 218:22,
221:2, 224:16,

226:12, 228:3,
230:11, 230:16,
232:16, 235:15,
236:23, 238:8,
239:5, 239:8,
239:20, 240:9,
240:16, 241:1,
241:6, 241:9,
241:23, 242:1,
244:4, 244:19,
244:25, 245:5,
245:13, 245:18,
245:20, 248:16,
248:19, 250:12,
251:15, 251:20,
251:22, 252:22,
253:13, 254:13,
255:22, 256:15,
258:12, 259:10,
259:16, 263:3,
264:20, 265:5,
265:10, 265:17,
266:1, 266:4, 266:8,
267:25, 271:16,
292:2, 292:5,
292:14, 293:3,
293:10, 293:14,
293:20, 293:25,
294:5, 294:9,
294:11, 316:22,
320:23, 323:9,
326:16, 327:16,
334:18, 343:23,
349:8, 349:20
Court [10] - 152:7,
184:25, 239:25,
240:17, 266:13,
292:19, 293:21,
316:4, 348:14, 350:1
court [2] - 297:11,
333:20
courtroom [14] -
154:2, 184:16,
185:6, 187:19,
187:23, 239:17,
241:12, 244:22,
282:18, 292:12,
294:2, 334:8,
337:24, 349:17
courts [1] - 336:19
cover [1] - 154:24
CR [1] - 351:15
creams [2] - 321:8,
321:12
created [1] - 284:14
credibility [1] - 166:11
credit [2] - 216:8,
216:9
credits [1] - 213:16
Creek [1] - 227:2

crime [3] - 167:5,
323:25, 324:1
Criminal [2] - 147:7,
152:25
CROSS [4] - 148:4,
148:4, 263:5, 327:17
CROSS-
EXAMINATION [4] -
148:4, 148:4, 263:5,
327:17
CULHANE [1] - 147:6
cumulative [1] -
243:13
currencies [1] -
287:12
currency [9] - 155:14,
182:23, 183:5,
193:8, 201:4, 201:6,
201:18, 210:17
custodian [1] - 165:7
custody [2] - 260:16,
260:17
cut [3] - 291:6, 296:17,
312:4

# D

damage [1] - 261:1
dare [1] - 289:4
date [35] - 170:20,
173:9, 175:21,
178:15, 179:16,
181:12, 203:23,
209:1, 213:3,
213:15, 214:2,
217:13, 219:14,
219:17, 221:13,
221:22, 223:20,
224:24, 227:7,
228:11, 232:24,
235:23, 237:6,
237:10, 249:20,
254:5, 261:23,
276:9, 317:5,
321:15, 322:25,
347:16, 347:20,
348:15
dated [1] - 233:7,
233:9, 351:10
dates [8] - 167:12,
213:25, 223:17,
233:9, 276:5,
322:21, 326:11,
326:21
daughter's [3] -
176:17, 324:7,
324:21
days [4] - 277:1,
277:5, 277:7
DC [1] - 147:8

de [22] - 229:24,
276:23, 278:3,
278:4, 288:18,
289:12, 289:23,
290:2, 290:5,
290:21, 290:25,
291:8, 299:22,
299:24, 300:4,
302:2, 302:4, 302:8,
302:18, 302:23,
304:11, 348:17
DEA [31] - 269:1,
269:2, 269:5,
269:23, 270:1,
311:1, 311:21,
312:1, 312:6,
312:23, 313:8,
319:3, 319:8,
325:22, 338:11,
339:10, 339:11,
340:15, 341:9,
341:11, 341:24,
342:2, 342:14,
342:23, 342:24,
343:1, 343:14,
344:5, 344:11,
344:15, 344:19
deal [5] - 167:18,
321:22, 322:1,
322:15, 322:18
dealer [2] - 230:1,
340:13
dealers [1] - 341:3
death [1] - 346:6
debit [2] - 214:8,
228:21
debited [1] - 229:12
debits [1] - 213:16
debriefing [1] - 306:12
debt [2] - 160:18,
331:10
debts [2] - 288:2,
331:8
December [18] -
178:16, 179:18,
181:14, 182:2,
209:2, 213:4, 214:3,
217:17, 291:18,
294:22, 296:12,
304:14, 305:1,
321:23, 326:12,
326:13, 351:10
decide [1] - 300:6
decided [1] - 278:2
decision [1] - 153:15
deducted [1] - 250:5
defend [1] - 261:9
Defendant [4] -
147:11, 147:15,
147:20, 147:21

**defendant's** [1] - 197:20
**Defendants** [1] - 146:8
**defendants** [4] - 152:4, 186:3, 240:11, 293:15
**Defense** [16] - 151:14, 151:15, 151:16, 151:17, 264:16, 266:10, 315:17, 315:18, 316:13, 316:20, 316:23, 320:8, 320:20, 320:25, 321:2
**defense** [6] - 152:15, 186:10, 187:11, 241:15, 292:23, 350:6
**deferred** [3] - 322:8, 324:22, 325:4
**deficiencies** [1] - 278:5
**definitely** [2] - 277:23, 307:13
**Dellan** [12] - 155:17, 160:5, 160:13, 160:14, 162:11, 166:6, 166:9, 182:5, 182:11, 182:14, 189:17, 347:23
**department** [6] - 200:11, 200:13, 200:14, 287:9, 287:10, 287:13
**Department** [1] - 147:7
**departments** [1] - 286:19
**deportable** [1] - 323:25
**deportation** [1] - 324:10
**deported** [2] - 323:25, 324:4
**deposit** [5] - 216:10, 216:12, 216:14, 216:17
**deposited** [2] - 157:20, 308:7
**DEPUTY** [2] - 180:11, 184:15
**desafio** [1] - 309:12
**DESCALZO** [77] - 147:12, 148:4, 153:9, 154:7, 155:25, 160:9, 172:9, 172:15, 175:12, 178:1, 179:10, 181:2,

185:2, 185:7, 185:21, 186:21, 187:2, 188:3, 190:24, 201:7, 211:10, 211:16, 212:17, 217:8, 218:18, 220:24, 224:14, 226:9, 227:24, 230:8, 232:12, 235:11, 236:21, 240:20, 241:21, 244:16, 245:3, 259:12, 259:18, 263:4, 263:6, 264:15, 264:24, 265:16, 266:12, 266:16, 268:4, 271:4, 271:7, 271:19, 271:25, 272:17, 272:19, 291:24, 292:4, 293:6, 293:23, 294:8, 294:15, 294:16, 316:5, 316:9, 316:19, 317:1, 317:24, 318:1, 320:6, 320:9, 320:19, 321:4, 323:11, 323:15, 325:3, 326:17, 326:19, 327:14, 350:5
**Descalzo** [10] - 147:12, 152:12, 212:15, 241:19, 263:3, 263:9, 265:20, 294:14, 323:9, 333:10
**Descalzo's** [1] - 186:6
**describe** [1] - 261:17
**description** [9] - 214:5, 222:1, 222:2, 223:18, 223:23, 228:18, 233:14, 233:16, 238:15
**Description** [1] - 148:9
**descriptions** [6] - 213:16, 215:1, 215:4, 254:24, 255:1, 255:4
**designated** [2] - 345:24, 346:5
**desperate** [3] - 272:8, 313:18, 322:23
**desperately** [1] - 314:23
**detail** [2] - 310:12, 333:11
**detailed** [1] - 225:2

**details** [7] - 302:16, 320:18, 327:4, 327:5, 327:6, 329:17, 330:16
**Determination** [1] - 152:16
**determine** [1] - 333:19
**DIAZ** [1] - 146:6
**Diaz** [45] - 147:11, 147:20, 161:20, 163:7, 163:12, 163:19, 166:14, 166:15, 169:3, 190:16, 197:10, 197:15, 197:23, 199:14, 200:23, 203:15, 205:12, 205:19, 205:23, 205:25, 210:22, 240:20, 242:5, 242:18, 242:25, 243:2, 243:7, 274:7, 274:10, 275:14, 276:3, 285:18, 285:25, 305:21, 305:22, 305:23, 306:5, 306:11, 306:15, 307:5, 307:14, 328:15, 328:24, 347:10
**dictator** [2] - 332:9, 332:10
**died** [2] - 285:1, 285:19
**dies** [1] - 285:4
**difference** [3] - 175:1, 250:5, 276:12
**differences** [2] - 195:23, 195:25
**different** [12] - 164:2, 167:18, 211:10, 211:12, 211:17, 242:7, 259:13, 285:7, 285:10, 312:3, 323:8, 323:16
**difficult** [2] - 199:7, 345:19
**DIMITROULEAS** [1] - 146:10
**Diosdado** [2] - 339:15, 339:24
**direct** [1] - 326:5
**DIRECT** [2] - 148:3, 154:18
**directly** [3] - 195:8, 200:18, 330:6
**director** [6] - 286:22, 287:1, 287:2, 287:4, 287:5, 287:7
**discover** [1] - 261:15

**discuss** [15] - 153:4, 154:10, 184:11, 184:22, 239:11, 239:22, 245:6, 281:7, 292:8, 292:16, 294:12, 306:17, 309:18, 349:11, 349:22
**discussed** [15] - 154:11, 184:12, 188:7, 191:25, 194:15, 239:12, 245:7, 249:4, 281:11, 284:24, 292:9, 294:13, 334:2, 334:4, 349:11
**discusses** [1] - 188:6
**discussing** [3] - 155:23, 196:23, 201:22
**discussion** [1] - 161:16
**discussions** [1] - 284:7
**disposal** [1] - 281:17
**District** [1] - 301:2
**DISTRICT** [2] - 146:1, 146:1
**Division** [1] - 147:7
**Docket** [1] - 152:16
**document** [29] - 159:10, 175:5, 177:15, 177:21, 177:22, 178:12, 179:22, 180:3, 180:17, 181:13, 207:4, 211:3, 218:3, 220:15, 224:5, 226:1, 227:16, 229:18, 230:9, 232:4, 235:3, 236:12, 259:24, 270:19, 290:20, 294:20, 294:22, 317:15, 318:21
**Document** [1] - 152:16
**documents** [2] - 176:24, 185:9
**dollar** [4] - 260:21, 260:23, 261:3, 309:22
**dollars** [31] - 171:24, 174:20, 182:9, 189:9, 192:22, 193:5, 193:14, 228:20, 248:8, 248:9, 252:12, 261:2, 261:4, 283:8, 283:9, 287:12,

287:14, 287:15, 288:1, 288:21, 299:13, 308:25, 309:3, 309:11, 309:15, 310:14, 346:13, 346:15, 346:21, 346:22
**done** [11] - 198:13, 231:13, 259:6, 271:14, 283:5, 283:6, 283:12, 290:3, 297:4, 309:12, 326:10
**down** [61] - 171:2, 174:1, 176:1, 176:19, 209:15, 210:24, 213:24, 215:25, 217:23, 219:16, 220:11, 221:15, 221:21, 222:18, 223:13, 223:18, 224:1, 225:7, 225:22, 226:24, 227:9, 227:12, 228:16, 229:14, 231:5, 231:25, 233:7, 234:3, 234:24, 236:7, 237:9, 238:21, 239:2, 246:21, 247:1, 247:14, 248:13, 249:22, 250:8, 253:9, 254:2, 254:10, 254:21, 255:18, 256:12, 257:4, 258:9, 258:21, 259:5, 260:7, 261:21, 273:12, 295:22, 295:24, 302:3, 302:11, 302:15, 306:13, 312:23, 321:19, 325:18
**Dr** [4] - 209:6, 209:24, 215:5
**draft** [2] - 177:21
**drive** [6] - 186:16, 186:17, 186:23, 187:14, 312:16, 312:17
**drug** [18] - 168:13, 168:14, 168:19, 168:22, 339:16, 339:25, 340:6, 340:12, 340:13, 340:15, 340:23, 341:3, 343:18, 344:6, 344:12, 344:13, 344:19

**drugs** [1] - 168:17
**due** [4] - 157:2, 175:2, 227:10, 291:2
**duly** [1] - 154:16
**duplicative** [1] - 243:14
**during** [14] - 152:11, 184:20, 196:24, 204:21, 205:14, 239:20, 265:23, 283:16, 292:14, 336:3, 336:7, 339:9, 349:20
**duties** [1] - 330:21
**Dutta** [10] - 173:19, 173:24, 226:22, 228:20, 228:22, 229:11, 236:6, 238:17, 239:1

**E**

**early** [1] - 339:9
**easier** [1] - 342:11
**East** [1] - 146:14
**Econoinvest** [2] - 302:11, 302:17
**economy** [1] - 261:2
**either** [3] - 299:20, 307:10, 330:9
**el** [1] - 309:12
**Elizabeth** [14] - 150:9, 208:3, 208:4, 230:24, 230:25, 231:2, 231:3, 231:9, 250:15, 250:21, 251:3, 251:9
**Elmo** [3] - 179:20, 180:12, 180:13
**elsewhere** [1] - 346:14
**Elvis** [1] - 348:10
**email** [129] - 158:22, 158:23, 159:11, 159:12, 159:17, 159:19, 159:20, 159:23, 159:25, 160:2, 160:6, 160:15, 160:16, 160:19, 160:20, 161:23, 162:13, 162:14, 162:18, 162:20, 169:7, 170:8, 170:10, 170:12, 170:16, 170:20, 171:2, 171:5, 171:8, 172:22, 172:24, 173:1, 173:7, 173:9, 173:11, 174:2, 175:6, 175:7,

175:19, 175:21, 175:23, 176:18, 194:25, 207:5, 207:6, 207:8, 207:25, 208:2, 208:6, 208:13, 208:15, 208:18, 208:23, 209:1, 209:5, 209:8, 209:11, 211:4, 211:5, 211:17, 211:24, 211:25, 212:4, 212:5, 213:3, 218:4, 218:5, 218:7, 218:8, 218:10, 218:11, 218:13, 219:5, 219:12, 219:14, 220:16, 220:17, 221:11, 221:13, 224:6, 224:7, 224:9, 224:24, 225:1, 226:2, 226:3, 226:20, 226:21, 227:17, 228:11, 229:19, 229:20, 230:3, 230:21, 230:22, 231:3, 231:8, 231:12, 232:5, 232:6, 232:8, 232:24, 235:4, 235:5, 235:7, 235:23, 236:1, 236:13, 236:14, 236:15, 236:17, 237:6, 241:18, 246:4, 246:5, 246:9, 246:17, 247:4, 249:1, 249:10, 250:20, 251:1, 251:7, 251:10, 252:5, 252:16, 253:22, 307:21
**Email** [46] - 148:12, 148:14, 148:16, 148:18, 148:20, 148:23, 149:2, 149:5, 149:9, 149:12, 149:15, 149:17, 149:21, 150:1, 150:4, 150:9, 150:12, 150:16, 150:19, 150:23, 151:1, 151:4, 151:8, 170:3, 172:18, 175:15, 207:21, 212:22, 218:24, 221:4, 224:18, 226:14, 228:5, 230:17, 232:18, 235:17, 236:25,

245:22, 248:20, 250:14, 251:23, 253:15, 254:15, 255:24, 256:17, 258:14
**emails** [20] - 161:23, 162:8, 162:24, 163:9, 163:15, 163:25, 166:16, 166:21, 167:18, 170:14, 194:22, 208:25, 211:12, 267:24, 273:15, 273:19, 273:21, 273:23, 273:25, 274:10
**embedded** [2] - 265:22, 266:1
**employees** [2] - 288:4, 288:5
**enacted** [1] - 152:13
**end** [4] - 180:7, 195:15, 199:23, 200:8
**ended** [1] - 296:9
**energy** [1] - 328:21
**engaged** [3] - 289:8, 291:21, 344:18
**enormous** [1] - 335:18
**Enrique** [1] - 219:21
**entailed** [1] - 198:3
**enter** [1] - 311:23
**entered** [2] - 181:18, 309:11
**entering** [1] - 166:12
**enters** [1] - 187:19
**ENTIN** [4] - 146:19, 146:20, 351:4, 351:15
**entitled** [1] - 291:9
**entrega** [2] - 276:23, 278:4
**Entrepreneur** [1] - 260:13
**Entry** [1] - 152:16
**entry** [3] - 216:19, 216:20, 228:18
**equal** [1] - 262:24
**equestrian** [2] - 298:8, 298:18
**equine** [2] - 214:6, 223:21
**equipment** [1] - 220:8
**equivalent** [4] - 280:12, 334:11, 337:12, 346:6
**erroneous** [1] - 289:5
**error** [1] - 233:12
**especially** [4] - 205:24, 282:8,

282:9, 339:9
**Esquire** [5] - 147:3, 147:6, 147:6, 147:12, 147:16
**essentially** [1] - 163:1
**estate** [1] - 301:6
**Europe** [1] - 311:17
**evaluate** [1] - 268:15
**evening** [2] - 349:10, 349:14
**Evidence** [52] - 170:5, 172:20, 175:17, 178:9, 179:14, 181:8, 181:10, 191:3, 207:23, 212:24, 213:1, 219:1, 219:3, 221:6, 221:8, 224:20, 224:22, 226:16, 226:18, 228:7, 228:9, 230:19, 232:20, 232:22, 235:19, 235:21, 237:2, 237:4, 245:25, 246:2, 248:22, 248:24, 250:16, 250:18, 251:25, 252:2, 253:17, 253:19, 254:17, 254:19, 256:1, 256:3, 256:19, 256:21, 258:16, 258:18, 259:20, 259:22, 266:11, 316:24, 321:1, 321:3
**evidence** [22] - 153:12, 160:21, 161:2, 163:22, 230:9, 251:16, 253:12, 267:23, 289:21, 289:25, 290:1, 290:4, 290:25, 291:7, 291:10, 291:17, 292:1, 293:1, 294:19, 305:16, 310:18, 316:20
**exact** [1] - 276:9
**exactly** [10] - 155:5, 157:17, 182:16, 186:16, 187:13, 197:7, 199:7, 200:14, 204:14, 204:20
**EXAMINATION** [6] - 148:3, 148:4, 148:4, 154:18, 263:5, 327:17
**examined** [1] - 154:17

282:9, 339:9
**example** [8] - 162:17, 168:13, 280:24, 282:12, 309:10, 331:9, 346:13, 346:19
**examples** [1] - 194:9
**exception** [10] - 162:5, 164:25, 165:2, 165:6, 165:11, 166:17, 166:18, 169:11, 334:15
**exchange** [28] - 155:14, 182:23, 183:6, 189:9, 192:22, 193:4, 193:14, 200:24, 201:1, 201:10, 201:11, 201:18, 201:19, 202:2, 202:17, 202:24, 260:25, 283:7, 283:9, 287:16, 288:20, 288:24, 289:1, 299:21, 309:9, 309:16
**exchanged** [3] - 170:14, 208:24, 263:21
**exchanges** [11] - 182:18, 192:5, 193:8, 204:17, 204:22, 205:1, 205:5, 283:5, 283:6, 302:5, 302:6
**exchanging** [3] - 171:23, 193:5, 210:16
**exclude** [1] - 243:19
**exclusive** [5] - 289:12, 300:17, 301:19, 301:21, 302:1
**exclusives** [1] - 304:7
**excuse** [7] - 163:25, 169:4, 178:17, 241:4, 241:9, 333:25, 337:21
**excused** [2] - 184:16, 292:12
**Exhibit** [93] - 151:14, 159:5, 161:2, 163:10, 164:1, 170:2, 172:4, 172:7, 174:23, 175:4, 175:10, 177:13, 177:25, 180:10, 180:25, 189:23, 190:23, 206:22, 207:15, 210:25, 211:1, 211:9, 214:12, 217:25,

218:16, 220:15, 220:23, 222:9, 222:25, 224:3, 224:13, 225:23, 225:24, 226:8, 227:14, 227:23, 228:25, 229:8, 229:15, 229:16, 230:15, 232:1, 232:2, 232:11, 233:21, 234:10, 234:25, 235:1, 235:10, 236:8, 236:9, 236:20, 238:22, 239:4, 245:12, 245:17, 246:21, 247:2, 247:16, 247:24, 248:13, 248:15, 250:10, 250:23, 251:5, 251:14, 251:18, 252:14, 253:11, 254:11, 255:19, 256:12, 256:13, 258:10, 259:5, 259:7, 259:8, 263:19, 264:7, 264:17, 272:18, 291:25, 294:18, 307:16, 308:20, 310:17, 315:17, 315:18, 316:14, 316:20, 316:23, 320:8, 320:20

**exhibit** [21] - 159:8, 173:3, 181:23, 217:23, 220:12, 223:25, 238:20, 239:2, 246:20, 247:1, 247:15, 248:12, 250:8, 253:9, 254:9, 258:10, 259:4, 259:13, 261:20, 292:22

**exhibits** [15] - 164:15, 172:10, 187:6, 211:19, 240:22, 242:9, 242:11, 243:9, 243:15, 243:22, 243:25, 244:6, 293:2, 293:4, 341:20

**Exhibits** [4] - 161:22, 185:8, 227:13, 241:3

**exist** [3] - 279:11, 279:12, 344:13

**exited** [3] - 185:6, 239:17, 349:17

**exits** [1] - 241:12

**expect** [1] - 210:8

**expectations** [1] - 323:18

**expedient** [1] - 161:8

**expense** [1] - 250:7

**expenses** [3] - 287:25, 288:1, 309:1

**expensive** [1] - 257:22

**expert** [1] - 153:1

**explain** [8] - 216:16, 282:5, 282:6, 282:11, 282:17, 282:18, 323:24, 338:4

**explaining** [1] - 225:9

**explanation** [1] - 338:2

**exporting** [1] - 332:12

## F

**facilitate** [1] - 242:24

**facing** [1] - 335:24

**fact** [4] - 156:16, 157:3, 165:17, 322:20

**factual** [6] - 296:23, 297:3, 297:8, 297:16, 300:25, 326:13

**fail** [1] - 197:16

**fair** [4] - 330:11, 331:9, 339:5, 346:7

**fall** [2] - 166:17, 166:24

**familiar** [4] - 333:21, 337:3, 345:23, 346:2

**familiarized** [1] - 346:1

**family** [1] - 219:24

**far** [12] - 223:4, 234:18, 249:19, 249:25, 283:21, 285:25, 311:18, 314:18, 314:19, 322:18, 330:16, 338:15

**Farinella** [1] - 174:4

**Farm** [1] - 227:2

**farm** [1] - 227:2

**farms** [1] - 194:18

**fast** [1] - 271:22

**favor** [1] - 243:22

**February** [9] - 170:21, 227:8, 228:12, 228:18, 232:25, 233:10, 291:7, 326:20, 327:2

**Federal** [1] - 152:24

**federal** [4] - 333:20,

336:19, 339:22, 340:21

**FELDMAN** [41] - 147:16, 148:4, 154:8, 156:14, 160:20, 161:3, 161:11, 161:18, 167:16, 169:17, 169:20, 179:11, 181:3, 188:4, 190:25, 192:7, 206:6, 207:16, 212:19, 217:7, 218:20, 220:25, 224:15, 226:10, 228:1, 232:14, 235:13, 236:22, 240:22, 241:2, 241:7, 242:3, 244:17, 245:4, 293:24, 294:10, 327:18, 334:20, 334:24, 344:1, 349:5

**Feldman** [4] - 147:16, 242:2, 294:9, 327:16, 327:20, 334:18

**ferret** [1] - 153:11

**few** [7] - 264:13, 279:1, 279:2, 328:10, 337:7, 337:10

**Fidel** [1] - 331:18

**fifth** [2] - 213:24, 223:17

**fight** [1] - 324:10

**FIGUEROA** [1] - 146:7

**Figueroa** [17] - 147:15, 147:21, 161:19, 242:4, 327:21, 327:25, 328:3, 328:5, 328:8, 328:24, 329:6, 329:12, 329:21, 330:1, 330:5, 330:10, 347:16

**figure** [1] - 274:20

**file** [3] - 265:22, 296:5, 315:12

**filed** [1] - 338:15

**filing** [1] - 335:13

**finance** [13] - 196:6, 277:24, 286:9, 286:12, 286:16, 286:22, 287:1, 287:3, 287:5, 287:6, 303:2, 341:25, 342:13

**finances** [1] - 330:22

**financial** [14] - 156:11,

182:21, 192:1, 192:3, 193:1, 193:2, 193:11, 202:3, 202:9, 202:10, 260:16, 260:18, 261:15, 346:6

**fine** [2] - 207:3, 277:9

**finish** [1] - 278:2

**finished** [4] - 322:12, 324:3, 324:20, 325:1

**fired** [2] - 274:23, 277:24

**Firm** [1] - 147:16

**first** [43] - 154:16, 158:4, 158:5, 166:5, 171:2, 174:2, 178:18, 178:21, 191:5, 191:25, 197:15, 198:4, 198:6, 198:20, 198:22, 199:2, 199:5, 208:20, 221:21, 228:16, 228:17, 233:7, 233:13, 237:10, 238:15, 243:11, 249:8, 252:10, 252:17, 257:1, 257:8, 266:19, 270:4, 270:16, 297:19, 300:14, 304:10, 311:1, 321:18, 322:13, 326:3, 327:1, 348:18

**five** [2] - 269:18, 336:7

**fix** [1] - 276:20

**flag** [1] - 155:23

**fled** [1] - 305:13

**flip** [2] - 279:8, 313:5

**Flores** [1] - 348:17

**FLORIDA** [1] - 146:1

**Florida** [10] - 146:14, 146:19, 147:4, 147:14, 147:18, 196:12, 196:14, 301:2, 305:14, 351:5

**folks** [1] - 164:2

**follow** [4] - 154:9, 188:5, 245:5, 294:11

**following** [12] - 152:1, 161:16, 169:25, 185:25, 239:18, 240:6, 244:23, 293:12, 294:3, 349:18

**follows** [2] - 154:17, 270:18

**food** [1] - 261:6

**foregoing** [1] - 351:6

**Foreign** [3] - 152:15,

295:8, 345:21

**foreign** [22] - 152:12, 153:7, 164:9, 164:12, 168:4, 168:5, 168:6, 168:10, 182:23, 201:4, 201:6, 201:18, 210:17, 287:11, 288:2, 331:11, 331:13, 332:4, 332:20, 346:12

**forfeit** [4] - 182:8, 188:24, 194:16, 262:18

**forfeited** [1] - 194:16

**forgive** [3] - 328:25, 329:14

**form** [2] - 157:9, 174:16

**former** [2] - 155:8, 348:14

**forms** [2] - 158:20, 341:16

**Fort** [2] - 146:14, 146:20

**forth** [3] - 275:8, 305:10, 312:3

**forward** [1] - 244:3

**forwarding** [10] - 171:12, 174:11, 176:18, 209:10, 210:5, 226:21, 230:22, 231:8, 231:11, 251:9

**foundational** [1] - 244:2

**four** [1] - 291:11

**FPR** [1] - 146:19

**frame** [2] - 197:14, 277:7

**Fraud** [1] - 147:7

**free** [1] - 260:16

**frequently** [1] - 170:14

**friend** [2] - 191:15, 268:7

**friends** [1] - 279:17

**front** [1] - 297:11

**full** [1] - 214:25

**fully** [2] - 295:18, 295:20

**function** [3] - 287:22, 287:24, 287:25

**functions** [1] - 166:4

**fund** [2] - 284:17, 287:17

**fundamental** [1] - 287:24

**furtherance** [5] - 163:16, 166:2,

166:19, 168:7, 168:8

# G

**G-5** [1] - 250:6
**G5** [2] - 248:3, 248:4
**Gabrielli** [2] - 176:15, 176:16
**gains** [1] - 171:22
**general** [2] - 205:25, 282:8
**General** [10] - 340:10, 340:23, 341:7, 342:1, 342:14, 342:19, 343:13, 343:18, 344:6, 344:12
**generally** [1] - 345:23
**generated** [2] - 205:18, 205:22
**generating** [1] - 308:18
**gentlemen** [3] - 323:19, 324:14, 325:5
**Gianni** [2] - 176:15, 176:16
**gifts** [1] - 157:11
**Giordani** [4] - 195:20, 196:5, 277:23, 303:2
**girlfriend** [3] - 216:2, 255:13
**given** [3] - 156:23, 302:1, 322:8
**Global** [1] - 260:14
**go-to** [1] - 329:9
**golf** [3] - 336:25, 337:4, 337:6
**Gomez** [6] - 209:6, 209:24, 214:6, 215:5, 223:21
**Gonzalez** [41] - 148:12, 148:14, 148:16, 155:7, 155:17, 157:6, 158:18, 160:1, 160:5, 160:13, 160:14, 160:16, 162:11, 166:5, 166:9, 170:4, 171:13, 172:19, 173:8, 175:16, 175:20, 179:25, 180:22, 182:5, 182:11, 182:14, 189:17, 273:19, 274:5, 288:17, 289:9, 289:19, 289:23, 290:10, 301:7, 302:18,

306:6, 306:17, 307:12, 312:24, 347:23
**Gonzalez's** [4] - 170:11, 185:16, 290:2, 290:5
**goodness** [1] - 325:12
**Google** [1] - 165:4
**Gorrin** [142] - 148:10, 148:19, 148:24, 149:6, 149:10, 149:22, 150:6, 155:6, 162:10, 162:21, 164:10, 164:18, 166:13, 166:17, 166:22, 167:3, 167:12, 167:19, 190:3, 191:3, 191:5, 191:9, 191:23, 192:17, 192:21, 193:7, 193:12, 193:19, 193:23, 194:3, 194:10, 194:20, 195:7, 196:13, 196:18, 196:23, 200:21, 202:5, 202:19, 203:19, 204:17, 204:22, 205:1, 205:3, 205:4, 205:7, 205:17, 205:21, 206:9, 206:14, 207:22, 208:1, 208:15, 209:10, 209:18, 209:23, 210:6, 210:8, 213:21, 215:14, 215:16, 217:1, 218:14, 218:25, 219:6, 219:13, 219:24, 224:10, 224:19, 225:3, 225:11, 226:6, 226:15, 231:4, 231:8, 231:23, 234:22, 235:8, 235:18, 235:25, 236:4, 236:5, 242:14, 242:15, 242:17, 245:24, 247:9, 248:11, 251:3, 253:8, 257:23, 259:2, 260:2, 260:4, 260:13, 261:18, 261:24, 262:4, 263:17, 263:21, 264:18, 266:17, 267:6, 269:13, 270:17, 270:21, 270:25, 272:2,

272:15, 272:20, 273:16, 274:2, 289:16, 291:16, 291:17, 291:20, 291:22, 301:7, 301:15, 301:19, 302:1, 303:16, 308:1, 308:7, 308:21, 310:3, 310:5, 313:2, 314:6, 314:9, 314:12, 315:1, 316:7, 316:16, 318:19, 318:22, 319:4, 327:7, 341:16, 347:19, 348:2
**Gorrin's** [15] - 190:9, 196:20, 208:17, 208:23, 211:25, 212:1, 221:11, 231:1, 246:19, 249:14, 273:7, 273:22, 309:25, 348:1, 348:3
**Gouveia** [8] - 150:9, 208:4, 230:24, 230:25, 250:15, 250:21, 251:3
**Government** [144] - 159:5, 161:1, 161:2, 161:21, 161:22, 163:2, 166:6, 172:6, 174:23, 175:4, 175:10, 177:13, 177:25, 180:10, 180:25, 185:13, 185:18, 186:5, 189:23, 190:22, 190:23, 206:22, 207:14, 207:15, 210:24, 211:1, 211:9, 214:12, 217:25, 218:16, 220:14, 220:22, 220:23, 222:8, 222:24, 224:3, 224:12, 225:22, 225:24, 226:7, 227:12, 227:14, 227:22, 228:25, 229:7, 229:14, 229:16, 230:13, 230:14, 231:25, 232:2, 232:10, 232:11, 233:20, 234:10, 234:24, 235:1, 235:9, 235:10, 236:7, 236:9, 236:19, 236:20, 238:22, 239:4, 241:10,

242:8, 244:1, 244:7, 245:12, 245:16, 246:21, 247:1, 247:16, 247:24, 248:13, 248:14, 248:15, 250:9, 250:23, 251:14, 251:18, 252:14, 253:10, 253:11, 254:11, 255:18, 256:12, 258:10, 259:8, 263:16, 263:19, 264:7, 264:13, 264:25, 267:1, 267:2, 269:11, 270:9, 270:12, 272:18, 273:15, 273:18, 273:21, 289:22, 290:1, 290:4, 291:25, 294:18, 295:21, 296:5, 296:15, 296:20, 298:12, 300:8, 301:14, 303:24, 306:3, 307:8, 307:16, 308:20, 310:17, 319:24, 324:17, 325:6, 325:14, 325:17, 326:22, 326:25, 338:2, 339:6, 339:11, 341:20, 343:12, 343:17, 344:11, 345:1, 350:4
**government** [21] - 153:16, 197:17, 198:24, 274:19, 274:24, 280:7, 280:22, 281:8, 281:24, 283:23, 285:15, 287:17, 288:1, 289:3, 299:16, 317:13, 330:15, 331:18, 333:6, 339:23, 340:22
**government's** [1] - 198:15
**Government's** [100] - 148:10, 148:12, 148:14, 148:16, 148:18, 148:20, 148:22, 148:23, 149:1, 149:2, 149:4, 149:5, 149:7, 149:9, 149:11, 149:12, 149:14, 149:15, 149:17, 149:19, 149:21, 149:23, 150:1, 150:3, 150:4,

150:7, 150:9, 150:11, 150:12, 150:14, 150:16, 150:18, 150:19, 150:21, 150:23, 150:25, 151:1, 151:3, 151:4, 151:6, 151:8, 151:10, 151:11, 151:12, 151:18, 151:20, 151:21, 151:23, 163:10, 170:3, 172:4, 172:18, 175:15, 178:8, 179:13, 181:7, 181:9, 191:2, 207:21, 212:22, 212:25, 218:24, 219:2, 221:4, 221:7, 224:18, 224:21, 226:14, 226:17, 228:5, 228:8, 230:17, 232:18, 232:21, 235:17, 235:20, 236:25, 237:3, 245:22, 246:1, 248:20, 248:23, 250:14, 250:17, 251:23, 252:1, 253:15, 253:18, 254:15, 254:18, 255:24, 256:2, 256:17, 256:20, 258:14, 258:17, 259:19, 259:21, 267:5, 293:8
**granted** [1] - 335:15
**gray** [1] - 249:19
**greet** [1] - 199:17
**Grossman** [1] - 313:22
**guards** [1] - 257:10
**guess** [1] - 203:2
**guidelines** [11] - 333:14, 333:15, 333:22, 334:5, 334:10, 336:10, 336:16, 336:18, 336:22, 337:10
**GUILLEN** [1] - 146:6
**Guillen** [23] - 147:11, 147:20, 161:20, 163:8, 163:12, 163:19, 169:3, 197:10, 240:21, 242:5, 242:18, 242:25, 243:2, 243:7, 274:8, 274:10, 275:14, 276:3, 285:25,

328:16, 328:24, 347:10
**guilty** [5] - 166:8, 166:10, 295:6, 304:15, 335:25
**Gulfstream** [1] - 248:5
**gun** [1] - 167:17
**Gustavo** [5] - 150:6, 245:24, 246:18, 246:24, 348:3
**guy** [1] - 304:5

## H

**half** [6] - 178:19, 189:15, 203:17, 223:14
**hand** [8] - 181:19, 226:25, 228:14, 233:2, 237:11, 254:3, 254:5, 290:15
**hands** [1] - 283:23
**handwritten** [1] - 185:8
**happy** [1] - 187:13
**hard** [1] - 186:10
**hardrive** [1] - 186:9
**HARPER** [1] - 147:6
**hat** [1] - 223:4
**hate** [3] - 272:25, 273:4, 273:6
**hated** [1] - 273:3
**hates** [2] - 273:7, 274:22
**HAYDEN** [225] - 147:6, 148:3, 154:13, 154:19, 156:4, 157:5, 159:4, 159:6, 159:14, 159:15, 160:7, 160:12, 160:25, 166:1, 169:18, 170:6, 171:1, 171:4, 171:7, 171:9, 172:6, 172:13, 172:21, 173:2, 173:6, 173:15, 173:17, 174:1, 174:3, 175:9, 175:18, 177:24, 178:10, 178:25, 179:2, 179:6, 179:15, 180:13, 180:16, 180:24, 181:11, 186:7, 186:25, 187:3, 187:12, 188:2, 188:10, 190:6, 190:7, 190:12, 190:17, 190:19, 190:22, 191:4,

192:12, 198:17, 201:13, 201:20, 206:8, 206:23, 207:2, 207:13, 207:18, 207:24, 208:14, 210:24, 211:2, 211:8, 211:14, 211:23, 212:9, 212:13, 213:2, 213:23, 214:1, 214:24, 215:2, 217:11, 217:22, 218:2, 218:15, 219:4, 220:1, 220:4, 220:11, 220:13, 220:22, 221:9, 222:7, 222:12, 222:17, 222:20, 222:23, 223:3, 223:9, 223:16, 223:25, 224:4, 224:11, 224:23, 225:22, 225:25, 226:7, 226:19, 227:4, 227:6, 227:12, 227:15, 227:22, 228:10, 228:24, 229:2, 229:6, 229:10, 229:14, 229:17, 230:13, 230:20, 231:5, 231:7, 231:17, 231:19, 231:25, 232:3, 232:10, 232:23, 233:19, 233:24, 234:2, 234:5, 234:9, 234:13, 234:24, 235:2, 235:9, 235:22, 236:7, 236:11, 236:19, 237:5, 237:8, 237:12, 237:15, 237:21, 238:14, 238:20, 238:24, 239:2, 239:7, 240:2, 240:18, 244:14, 245:2, 245:10, 245:16, 245:19, 246:3, 246:20, 246:22, 246:25, 247:3, 247:14, 247:19, 247:23, 247:25, 248:12, 248:17, 248:25, 249:2, 249:7, 249:9, 249:15, 249:18, 249:22, 249:24, 250:8, 250:19, 250:22, 250:25,

251:4, 251:6, 251:13, 251:17, 251:21, 252:3, 252:4, 252:13, 252:20, 253:1, 253:9, 253:20, 253:23, 254:9, 254:20, 254:23, 254:25, 255:17, 256:4, 256:8, 256:11, 256:22, 256:25, 258:9, 258:19, 258:22, 259:4, 259:23, 260:7, 260:10, 261:20, 261:22, 262:22, 262:23, 263:2, 264:21, 265:8, 265:13, 265:19, 266:3, 266:6, 293:22, 294:7, 316:21, 320:21, 350:3
**Hayden** [10] - 154:12, 160:23, 165:25, 167:23, 178:24, 188:8, 207:10, 245:8, 265:6, 325:7
**HB@UG** [1] - 246:10
**headset** [1] - 178:20
**hear** [7] - 178:25, 208:20, 237:20, 271:13, 316:2, 322:14, 328:1
**heard** [7] - 252:22, 267:6, 271:11, 327:22, 327:24, 328:2, 333:14
**hearing** [7] - 161:17, 170:1, 178:18, 178:19, 335:14, 336:4, 336:8
**hearsay** [18] - 156:14, 156:15, 162:5, 162:6, 164:24, 164:25, 165:12, 166:17, 166:18, 166:25, 169:12, 178:2, 192:8, 211:11, 230:10, 259:14, 259:15
**heavily** [1] - 284:1
**Heinrich** [3] - 150:5, 245:23, 246:7
**helados** [6] - 319:15, 319:18, 320:2, 321:12, 322:4, 322:7
**held** [5] - 152:1, 157:3, 194:21, 206:10, 299:12

**helicopter** [2] - 315:12, 315:14
**hello** [1] - 199:17
**help** [10] - 238:7, 268:10, 268:17, 269:23, 270:1, 313:25, 314:9, 322:24, 323:5, 323:19
**helped** [1] - 324:15
**helping** [2] - 307:4, 314:6
**Henry** [3] - 246:6, 247:13, 247:21
**high** [5] - 157:2, 280:21, 338:21, 339:1
**high-level** [2] - 280:21, 338:21
**high-profile** [1] - 338:21
**high-ranking** [1] - 157:2
**higher** [5] - 174:22, 196:9, 214:11, 299:25, 300:2
**highlight** [12] - 220:2, 223:2, 233:23, 246:5, 247:18, 250:23, 251:5, 252:9, 252:17, 256:6, 256:24, 257:5
**highlighted** [1] - 229:12
**highlights** [1] - 223:10
**highly** [2] - 281:7, 281:24
**himself** [2] - 194:6, 314:20
**hired** [1] - 268:17
**hold** [10] - 157:15, 183:10, 183:17, 193:24, 194:3, 234:23, 262:4, 271:4, 305:12
**holding** [16] - 170:18, 177:17, 178:14, 179:25, 180:19, 182:5, 182:11, 183:20, 213:21, 216:15, 225:3, 290:10, 290:18, 304:12, 308:16, 310:13
**holds** [1] - 217:1
**Hollow** [1] - 227:2
**home** [6] - 168:16, 168:17, 168:23, 219:8, 219:9
**Home** [4] - 219:21,

222:3, 222:22, 223:2
**homes** [1] - 194:18
**Honor** [128] - 152:8, 152:11, 153:2, 153:5, 153:9, 153:24, 154:6, 154:7, 154:8, 154:13, 155:25, 160:9, 160:20, 160:25, 161:3, 161:7, 161:13, 163:21, 166:1, 168:14, 169:19, 169:21, 172:7, 172:9, 172:15, 173:3, 175:11, 178:1, 179:7, 179:11, 180:24, 181:4, 185:2, 185:7, 185:21, 186:7, 186:21, 187:12, 187:22, 188:2, 188:3, 188:4, 190:25, 207:13, 207:17, 207:18, 211:8, 211:11, 211:15, 211:16, 212:10, 212:14, 212:18, 212:20, 217:8, 218:15, 218:19, 218:21, 221:1, 224:11, 226:11, 228:2, 230:8, 230:13, 232:13, 232:15, 235:12, 235:14, 237:25, 238:11, 238:12, 238:13, 239:7, 240:3, 240:15, 240:19, 240:21, 240:23, 240:24, 241:5, 241:13, 241:22, 241:25, 242:3, 243:13, 243:19, 243:21, 244:16, 244:18, 245:2, 245:3, 245:4, 245:10, 245:19, 248:15, 248:17, 251:21, 253:12, 254:11, 255:20, 256:14, 258:11, 259:7, 259:12, 262:22, 264:16, 264:21, 264:24, 265:9, 265:16, 265:19, 266:6, 268:2, 271:9, 292:4, 293:6, 293:22, 293:23, 293:24,

294:7, 294:8, 294:10, 294:15, 320:21, 327:15, 349:6, 350:4, 350:6
**Honor's** [1] - 334:22
**HONORABLE** [1] - 146:10
**Hopefully** [1] - 241:18
**hopes** [1] - 323:18
**hoping** [3] - 312:1, 312:6, 325:8
**horse** [2] - 173:25, 230:1
**horses** [8] - 194:12, 194:19, 227:3, 230:2, 298:11, 298:17
**Hotmail** [2] - 159:21, 165:4
**hours** [1] - 284:4
**house** [14] - 196:19, 196:21, 196:22, 202:2, 202:16, 288:20, 288:24, 298:22, 305:1, 324:7, 324:22, 329:2, 329:4
**houses** [8] - 189:9, 201:11, 201:12, 201:19, 261:11, 289:1, 300:7
**HSI** [14] - 270:5, 270:7, 270:8, 270:12, 270:16, 319:11, 319:20, 321:13, 321:19, 323:4, 323:19, 324:14, 325:5, 326:3
**Hugo** [1] - 340:5
**hundreds** [2] - 288:21, 290:13, 310:14
**husband** [1] - 176:17
**Hussein** [3] - 331:21, 332:9, 332:20

---

## I

**IBCDB** [4] - 209:20, 209:25, 231:21, 231:22
**ice** [3] - 321:8, 321:12, 322:16
**ICE** [1] - 321:13
**idea** [1] - 167:10
**identification** [1] - 320:8
**identified** [1] - 186:14
**II** [1] - 163:2
**illegal** [7] - 163:7, 163:17, 164:8,

164:13, 168:2, 168:3, 169:2
**illustrate** [1] - 282:12
**image** [2] - 187:8, 259:25
**images** [1] - 241:17
**imagine** [3] - 156:9, 216:10, 233:11
**immediately** [1] - 214:21
**immigration** [9] - 311:21, 313:21, 322:24, 323:20, 323:22, 324:9, 324:13, 338:6, 345:5
**impeachment** [1] - 293:7
**important** [2] - 331:4, 339:14
**improper** [2] - 164:10, 168:9
**inappropriate** [1] - 271:3
**Inc** [3] - 176:3, 231:21, 252:11
**incarcerated** [1] - 261:16
**incident** [1] - 307:5
**inclined** [1] - 243:21
**include** [7] - 182:10, 189:1, 206:10, 210:15, 210:21, 213:15, 251:2
**included** [1] - 162:13
**includes** [1] - 262:8
**including** [2] - 163:10, 208:6
**income** [2] - 284:14, 284:17
**independently** [2] - 169:16, 169:23
**individual** [4] - 182:18, 189:25, 246:23, 340:10
**individuals** [4] - 155:2, 155:5, 155:13, 195:7
**information** [20] - 186:8, 212:4, 281:8, 281:25, 282:10, 317:13, 318:8, 325:19, 339:11, 339:15, 339:18, 339:24, 340:2, 340:4, 340:5, 340:9, 340:22, 341:13, 343:17, 344:5
**initial** [3] - 230:22, 231:3, 249:25
**initials** [11] - 213:13,

219:12, 221:16, 221:19, 233:2, 233:5, 249:5, 253:24, 257:1, 257:12, 258:4
**Innovative** [2] - 252:11, 252:18
**inquiry** [1] - 185:19
**inside** [1] - 315:11
**institution** [3] - 202:3, 202:9, 202:10
**institutions** [1] - 299:13
**instruct** [1] - 260:18
**instructed** [1] - 167:24
**instruction** [3] - 153:3, 153:11, 238:25
**instructions** [4] - 236:2, 236:3, 237:17, 238:23
**Instructions** [1] - 152:17
**instrument** [1] - 201:5
**instruments** [4] - 192:23, 201:17, 260:16, 260:18
**insurance** [3] - 261:11, 268:15, 268:17
**intent** [2] - 163:17, 168:1
**intents** [1] - 166:12
**interest** [1] - 308:13
**interested** [1] - 309:14
**intermediary** [1] - 346:14
**international** [1] - 163:4
**interpret** [1] - 153:2
**interpretation** [1] - 343:24
**Interpreter** [1] - 271:8
**INTERPRETER** [9] - 201:16, 208:9, 237:23, 238:10, 252:24, 271:9, 315:24, 316:6, 324:24
**interpreter** [8] - 208:10, 237:23, 238:11, 271:10, 315:25, 316:2, 316:3, 324:25
**interpreters** [5] - 152:5, 186:4, 238:6, 240:12, 293:16
**Interpreters** [1] - 147:21
**introduce** [3] - 161:21,

264:16, 320:20
**introduced** [2] - 191:10, 265:1
**introducing** [5] - 162:19, 162:20, 265:11, 265:12, 265:13
**invested** [1] - 225:16
**investigating** [1] - 270:9
**investment** [5] - 216:21, 217:4, 225:12, 225:14, 308:6
**investments** [2] - 308:1, 308:4
**invests** [1] - 308:11
**invoice** [25] - 160:17, 171:6, 174:22, 209:16, 209:17, 209:25, 210:5, 210:7, 210:9, 214:11, 219:17, 219:18, 219:20, 220:2, 220:3, 222:10, 222:19, 222:21, 226:25, 227:5, 227:7, 229:1, 229:4, 234:6, 253:7
**invoices** [4] - 183:23, 194:14, 206:16, 242:12
**involve** [2] - 168:24, 346:14
**involved** [3] - 261:18, 284:1, 301:16
**involves** [2] - 163:6, 163:18
**involving** [3] - 242:17, 243:5, 346:13
**IP4** [4] - 219:21, 222:3, 222:22, 223:2
**Iran** [3] - 332:24, 333:3, 333:5
**Iraq** [2] - 331:23, 332:17
**irregular** [1] - 261:15
**ish** [1] - 333:6
**issue** [1] - 195:19
**issues** [2] - 277:19, 278:5
**items** [2] - 180:3, 194:17
**itself** [1] - 287:23

---

## J

**jail** [1] - 335:22
**January** [23] - 170:25, 217:14, 217:17,

219:15, 219:19, 221:14, 221:23, 221:25, 224:25, 233:8, 233:9, 276:6, 276:8, 291:2, 299:7, 307:21, 326:14, 326:20, 347:11, 347:13, 348:21
**JAviation.com** [1] - 246:10
**Javier** [1] - 219:21
**Jean** [1] - 301:7
**Jet** [7] - 215:6, 215:9, 216:1, 223:24, 247:18, 255:8, 309:10
**Jo** [2] - 148:24, 218:25
**job** [5] - 197:20, 198:3, 274:23, 288:10, 330:22
**Joe** [1] - 347:15
**John** [12] - 155:6, 182:17, 183:3, 183:10, 183:22, 184:2, 189:2, 189:5, 288:23, 289:15, 304:5, 322:2
**joke** [1] - 270:25
**Jorge** [2] - 214:6, 223:21
**JOSE** [1] - 146:7
**Jose** [5] - 147:15, 147:21, 327:21, 327:25, 328:3
**José** [2] - 348:13, 348:14
**Jpeg** [1] - 187:8
**Juan** [9] - 149:16, 229:23, 229:24, 229:25, 230:18, 233:15, 234:8, 234:14, 304:16
**judge** [1] - 297:12
**Judge** [2] - 323:24
**juicy** [5] - 267:1, 320:2, 322:5, 322:17
**jumped** [1] - 167:17
**June** [3] - 317:6, 317:10, 318:12
**jurors** [7] - 153:22, 184:18, 187:17, 243:17, 243:23, 244:21, 293:25
**JURY** [1] - 146:10
**Jury** [3] - 152:17, 170:1, 350:7
**jury** [41] - 152:2, 152:6, 153:3, 153:10, 154:1, 154:2, 154:5,

161:17, 167:23,
174:14, 184:13,
184:16, 186:1,
187:18, 187:23,
188:1, 239:9,
239:17, 240:7,
240:17, 242:12,
244:13, 244:22,
245:1, 266:25,
271:2, 292:6,
292:10, 292:12,
293:13, 293:21,
294:2, 294:6, 321:5,
325:12, 328:20,
328:22, 337:23,
341:20, 349:9,
349:17
**Justice** [1] - 147:7
**justice** - 348:14

**K**

**Karina** [2] - 216:1,
255:10
**keep** [4] - 271:3,
274:16, 275:20,
275:23
**keeping** [3] - 291:13,
341:18, 341:19
**kept** [11] - 167:1,
167:11, 227:3,
274:18, 274:19,
274:25, 275:21,
278:19, 278:25,
299:6, 302:6
**kicked** [1] - 285:15
**kind** [9] - 161:12,
164:23, 189:10,
201:5, 277:8,
279:19, 282:10,
309:6, 337:9
**knowledge** [7] -
182:21, 306:7,
326:5, 338:22,
341:5, 344:16,
344:18
**known** [2] - 334:14,
347:13
**knows** [1] - 211:20
**Kurt** [1] - 152:9
**KURT** [1] - 147:3
**kurt.lunkenheimer@**
**usdoj.gov** [1] - 147:5

**L**

**ladies** [1] - 348:18
**lag** [1] - 238:5
**Landazuri** [1] - 229:24
**language** [1] - 295:15

**Large** [1] - 351:5
**large** [2] - 260:20,
288:8
**last** [17] - 167:22,
169:18, 169:20,
174:10, 182:13,
184:5, 184:6,
188:12, 205:11,
208:11, 261:23,
267:7, 267:8,
275:13, 275:17,
326:16, 342:9
**lastly** [1] - 261:13
**latter** [1] - 195:4
**Lauderdale** [2] -
146:14, 146:20
**launderer** [2] - 317:14,
317:18
**laundering** [6] -
154:22, 155:2,
163:5, 167:8, 295:6,
297:6
**Law** [1] - 152:15
**law** [8] - 152:18,
153:2, 153:7,
153:14, 190:9,
246:19, 348:1, 348:3
**laws** [1] - 152:13
**lawyer** [10] - 268:1,
295:2, 305:20,
306:16, 306:22,
307:2, 307:6,
327:20, 348:2
**lawyers** [3] - 313:24,
314:3, 334:14
**leaders** [2] - 331:13,
332:20
**leading** [3] - 156:1,
206:6, 217:9
**least** [5] - 196:16,
196:17, 307:7,
335:3, 335:6
**leave** [10] - 170:22,
185:5, 195:3,
195:16, 272:2,
304:17, 307:2,
307:6, 311:8, 311:14
**leaving** [1] - 306:22
**led** [1] - 157:4
**left** [36] - 154:20,
154:25, 155:17,
169:2, 178:15,
179:17, 181:12,
188:11, 188:17,
195:15, 196:3,
200:20, 213:9,
213:10, 214:18,
217:12, 221:17,
226:25, 228:14,
233:2, 237:11,

249:5, 253:24,
254:3, 254:5, 257:2,
276:9, 277:25,
285:17, 286:3,
286:5, 298:4,
305:19, 306:19,
312:14, 324:21
**left-hand** [6] - 226:25,
228:14, 233:2,
237:11, 254:3, 254:5
**Leo** [19] - 177:21,
180:7, 183:19,
273:19, 274:4,
288:17, 289:9,
289:23, 290:2,
290:5, 290:10,
290:21, 301:7,
302:18, 306:6,
306:17, 312:24,
322:1
**Leo's** [3] - 186:24,
290:25, 291:8
**Leonardo** [41] -
148:12, 148:14,
148:16, 155:6,
155:17, 157:6,
158:18, 160:1,
160:16, 162:11,
166:5, 166:8, 170:4,
170:11, 171:12,
172:19, 173:8,
174:11, 175:16,
175:20, 176:18,
176:22, 177:3,
177:5, 177:16,
177:19, 177:23,
178:11, 179:25,
180:18, 180:22,
182:4, 182:11,
182:14, 183:8,
185:15, 189:17,
289:19, 307:4,
307:12, 347:23
**Leonardo's** [1] -
158:23
**less** [12] - 197:8,
214:20, 214:22,
223:7, 277:6,
277:10, 335:3,
335:6, 335:22,
336:1, 336:7, 346:8
**lesser** [1] - 337:12
**letters** [2] - 213:9,
228:14
**Level** [2] - 334:11,
338:1
**level** [2] - 280:21,
338:21
**Libya** [2] - 332:1,
332:17

**license** [1] - 312:18
**line** [11] - 159:16,
159:18, 170:8,
173:14, 180:2,
214:21, 223:7,
246:14, 281:1,
281:5, 297:19
**lines** [4] - 250:24,
264:8, 264:13,
309:14
**list** [28] - 292:22,
292:23, 293:5,
307:25, 345:13,
345:16, 345:25,
346:6, 346:9,
346:10, 346:17,
346:20, 347:1,
347:4, 347:11,
347:16, 347:20,
347:24, 348:4,
348:8, 348:11,
348:15, 348:19,
348:21, 349:2,
349:3, 349:4
**listed** [16] - 213:17,
214:4, 214:8,
214:11, 220:6,
222:2, 222:14,
223:19, 228:19,
228:22, 229:3,
233:23, 234:15,
257:19, 308:24,
317:14
**living** [2] - 305:8,
345:8
**LLC** [5] - 146:20,
176:5, 219:22,
222:3, 222:22
**local** [2] - 201:6
**locate** [2] - 186:11,
186:15
**located** [1] - 219:9
**log** [1] - 303:7
**look** [39] - 159:7,
159:16, 162:23,
206:25, 209:5,
210:2, 213:8, 213:9,
215:3, 215:25,
216:8, 219:11,
219:16, 219:23,
220:5, 220:8,
221:15, 221:24,
222:1, 222:13,
223:17, 225:7,
227:9, 228:17,
229:11, 230:21,
231:14, 246:14,
246:17, 249:19,
254:2, 258:23,
260:14, 261:9,

279:6, 307:16,
310:17, 329:14
**looking** [6] - 226:20,
233:13, 234:14,
323:2, 335:21, 342:2
**looks** [6] - 181:25,
228:17, 233:8,
249:3, 253:20,
258:19
**Lopez** [1] - 219:21
**los** [2] - 319:15,
319:18
**lost** [2] - 168:10, 177:7
**louder** [1] - 316:1
**love** [1] - 333:18
**Luca** [1] - 174:4
**Lugo** [1] - 255:9
**lunch** [2] - 239:10,
239:14
**Lunkenheimer** [1] -
152:9
**LUNKENHEIMER** [8] -
147:3, 152:8, 154:6,
190:14, 241:4,
241:13, 241:24,
292:21

**M**

**Madam** [1] - 271:8
**MADAM** [4] - 271:9,
315:24, 316:6,
324:24
**Maduro** [7] - 285:5,
285:7, 285:10,
285:13, 285:21,
286:4, 348:18
**Maikel** [1] - 348:13
**mails** [1] - 165:24
**maintain** [1] - 180:7
**maintained** [1] -
308:22
**Malavar** [2] - 158:3,
158:8
**manage** [6] - 215:8,
246:13, 330:22,
330:24, 331:1, 347:6
**managing** [2] -
287:11, 347:23
**manner** [1] - 282:17
**Marcel** [1] - 263:9
**March** [5] - 173:10,
235:24, 237:7,
237:14, 285:1
**Marco** [6] - 197:5,
197:6, 197:9,
275:24, 278:10,
278:13
**MARISSEL** [1] -
147:12

**marked** [23] - 159:5, 172:3, 175:3, 177:12, 180:10, 189:23, 206:22, 210:25, 217:25, 220:14, 224:3, 225:23, 227:14, 229:16, 232:2, 235:1, 236:9, 239:3, 245:12, 254:10, 315:17, 316:13, 320:7

**market** [3] - 261:5, 261:8, 261:12

**married** [1] - 255:15

**MARSHALL** [1] - 184:15

**Martin** [16] - 267:12, 267:13, 268:5, 268:12, 269:10, 269:22, 269:25, 272:14, 313:18, 319:3, 320:1, 320:22, 321:7, 322:16, 322:21, 323:12

**mas** [1] - 337:4

**math** [1] - 334:14

**matter** [1] - 156:17

**matters** [1] - 198:24

**maximum** [2] - 277:10, 295:10

**Mayela** [1] - 348:6

**mdescalzo@ tachebronis.com** [1] - 147:14

**meal** [1] - 257:9

**mean** [24] - 170:24, 189:20, 192:3, 193:15, 195:21, 195:22, 199:4, 199:15, 201:2, 205:13, 225:15, 225:19, 258:4, 262:10, 273:24, 278:7, 279:19, 279:21, 285:23, 314:1, 325:14, 325:16, 334:18, 334:19

**meaning** [3] - 165:12, 242:21, 283:7

**means** [6] - 160:23, 258:3, 258:5, 345:24, 346:12, 346:19

**meant** [1] - 295:20

**medication** [1] - 261:7

**meet** [30] - 162:5, 165:11, 191:5,

191:9, 191:23, 195:1, 196:18, 197:15, 198:20, 199:5, 199:8, 299:15, 310:20, 327:23, 331:13, 331:15, 331:20, 331:22, 331:23, 332:1, 332:6, 332:20, 342:1, 342:14, 342:23, 342:24, 342:25, 343:14

**meeting** [15] - 191:25, 192:6, 192:13, 192:15, 192:16, 192:18, 199:6, 307:7, 314:12, 314:16, 315:1, 315:2, 315:9, 325:21, 341:8

**member** [2] - 339:22, 340:21

**members** [1] - 239:9

**Members** [2] - 292:6, 349:8

**memory** [2] - 197:16, 329:20

**menos** [1] - 337:4

**mental** [5] - 272:25, 273:4, 273:5, 273:7

**mention** [5] - 312:23, 313:2, 313:7, 325:23, 327:1

**mentioned** [11] - 154:21, 155:1, 158:5, 182:17, 200:7, 248:1, 255:12, 262:17, 286:8, 315:7, 324:22

**merit** [1] - 338:2

**message** [9] - 178:3, 186:25, 314:24, 317:5, 318:12, 320:1, 321:6, 321:15, 321:21

**messages** [6] - 185:11, 185:12, 185:14, 185:17, 186:22, 264:1

**met** [26] - 182:20, 191:6, 191:20, 197:17, 197:23, 198:4, 199:2, 199:7, 199:10, 203:19, 263:10, 267:14, 267:16, 315:4, 315:6, 315:7, 325:14, 325:16, 325:20, 327:7,

331:17, 331:18, 331:21, 331:25, 332:15

**Miami** [4] - 147:4, 147:14, 147:18, 304:17

**Michael** [1] - 348:13

**MICHAEL** [1] - 147:6

**michael.harper@ usdoj.gov** [1] - 147:9

**microphone** [1] - 252:23

**midnight** [1] - 266:22

**might** [10] - 159:2, 205:10, 237:25, 261:15, 279:24, 289:5, 297:23, 329:7, 346:13, 347:13

**Miguel** [4] - 255:9, 317:17, 317:19, 318:4

**Mike** [14] - 305:20, 305:22, 305:23, 306:5, 306:11, 306:15, 307:3, 307:5, 307:11, 307:14, 314:13, 314:21, 315:2, 316:17

**military** [6] - 191:17, 191:20, 191:21, 199:11, 328:11, 338:20

**million** [5] - 157:8, 215:24, 223:7, 248:7, 262:6

**millions** [4] - 288:21, 290:11, 290:13, 310:14

**mind** [1] - 161:4

**mine** [7] - 177:19, 191:15, 210:10, 221:20, 226:4, 257:3, 268:8

**mingled** [1] - 206:4

**minister** [5] - 277:23, 286:8, 286:12, 286:16, 303:2

**minute** [1] - 184:10

**minutes** [11] - 184:14, 184:23, 185:1, 185:23, 279:1, 280:3, 292:11, 292:17, 292:20, 336:7, 343:21

**Miraflores** [1] - 198:19

**missed** [2] - 169:20, 201:8

**missing** [2] - 153:21,

178:21

**misspoke** [1] - 318:4

**mistake** [1] - 159:3

**misunderstandings** [1] - 195:24

**misunderstood** [1] - 200:9

**moment** [13] - 174:24, 204:4, 204:19, 205:9, 208:9, 282:16, 315:24, 327:14, 329:24, 336:6, 336:15, 340:19, 343:16

**moments** [2] - 344:4, 344:7

**monetary** [3] - 192:23, 201:5, 201:17

**Money** [4] - 151:18, 151:21, 178:8, 181:7

**money** [87] - 154:22, 155:2, 157:6, 157:15, 157:19, 163:5, 164:10, 167:7, 168:18, 168:20, 170:18, 171:16, 171:17, 171:18, 176:22, 177:3, 177:9, 177:16, 178:14, 179:25, 180:19, 182:4, 182:7, 182:10, 189:1, 193:4, 193:24, 194:20, 200:24, 201:1, 201:11, 210:10, 210:11, 210:15, 213:21, 216:5, 216:21, 216:25, 225:16, 225:18, 225:19, 225:20, 262:4, 262:20, 262:24, 268:10, 268:12, 268:20, 284:8, 284:11, 287:7, 288:14, 290:18, 291:13, 295:6, 295:7, 297:6, 300:4, 303:12, 304:12, 308:4, 308:6, 308:16, 308:18, 308:24, 317:14, 317:18, 330:4, 330:8, 331:1, 331:3, 331:4, 331:7, 341:15, 341:25, 342:13, 343:3, 343:6, 343:9, 343:10, 343:13,

346:20, 347:6, 347:23

**money's** [2] - 180:4

**monies** [8] - 205:17, 205:21, 205:23, 206:2, 206:4, 206:9, 206:14, 210:17

**monitored** [3] - 280:11, 280:15, 282:2

**month** [1] - 291:20

**months** [14] - 275:22, 278:21, 279:2, 279:3, 324:10, 334:12, 334:16, 334:19, 334:21, 336:10, 337:16, 338:1

**Moreno** [1] - 348:14

**morning** [1] - 350:2

**most** [1] - 196:2

**mostly** [1] - 165:16

**motion** [7] - 169:15, 169:22, 230:12, 296:6, 335:11, 335:13, 335:14

**Motion** [1] - 259:17

**motives** [1] - 166:12

**move** [5] - 230:14, 253:10, 266:25, 316:20, 344:24

**moved** [3] - 196:10, 253:12, 305:14

**moves** [4] - 232:10, 236:19, 248:14, 285:5

**moving** [2] - 244:3, 245:18

**MR** [275] - 148:3, 148:4, 152:8, 154:6, 154:8, 154:13, 154:19, 156:4, 156:14, 157:5, 159:4, 159:6, 159:14, 159:15, 160:7, 160:12, 160:20, 160:25, 161:3, 161:11, 161:18, 166:1, 167:16, 169:17, 169:18, 169:20, 170:6, 171:1, 171:4, 171:7, 171:9, 172:6, 172:13, 172:21, 173:2, 173:6, 173:15, 173:17, 174:1, 174:3, 175:9, 175:18, 177:24, 178:10, 178:25, 179:2, 179:6,

179:11, 179:15, 180:13, 180:16, 180:24, 181:3, 181:11, 186:7, 186:25, 187:3, 187:12, 188:2, 188:4, 188:10, 190:6, 190:7, 190:12, 190:14, 190:17, 190:19, 190:22, 190:25, 191:4, 192:7, 192:12, 198:17, 201:13, 201:20, 206:6, 206:8, 206:23, 207:2, 207:13, 207:16, 207:18, 207:24, 208:14, 210:24, 211:2, 211:8, 211:14, 211:23, 212:9, 212:13, 212:19, 213:2, 213:23, 214:1, 214:24, 215:2, 217:7, 217:11, 217:22, 218:2, 218:15, 218:20, 219:4, 220:1, 220:4, 220:11, 220:13, 220:22, 220:25, 221:9, 222:7, 222:12, 222:17, 222:20, 222:23, 223:3, 223:9, 223:16, 223:25, 224:4, 224:11, 224:15, 224:23, 225:22, 225:25, 226:7, 226:10, 226:19, 227:4, 227:6, 227:12, 227:15, 227:22, 228:1, 228:10, 228:24, 229:2, 229:6, 229:10, 229:14, 229:17, 230:13, 230:20, 231:5, 231:7, 231:17, 231:19, 231:25, 232:3, 232:10, 232:14, 232:23, 233:19, 233:24, 234:2, 234:5, 234:9, 234:13, 234:24, 235:2, 235:9, 235:13, 235:22, 236:7, 236:11, 236:19, 236:22, 237:5, 237:8,

237:12, 237:15, 237:21, 238:14, 238:20, 238:24, 239:2, 239:7, 240:2, 240:18, 240:22, 241:2, 241:4, 241:7, 241:13, 241:24, 242:3, 244:14, 244:17, 245:2, 245:4, 245:10, 245:16, 245:19, 246:3, 246:20, 246:22, 246:25, 247:3, 247:14, 247:19, 247:23, 247:25, 248:12, 248:17, 248:25, 249:2, 249:7, 249:9, 249:15, 249:18, 249:22, 249:24, 250:8, 250:19, 250:22, 250:25, 251:4, 251:6, 251:13, 251:17, 251:21, 252:3, 252:4, 252:13, 252:20, 253:1, 253:9, 253:20, 253:23, 254:9, 254:20, 254:23, 254:25, 255:17, 256:4, 256:8, 256:11, 256:22, 256:25, 258:9, 258:19, 258:22, 259:4, 259:23, 260:7, 260:10, 261:20, 261:22, 262:22, 262:23, 263:2, 264:21, 265:8, 265:13, 265:19, 266:3, 266:6, 267:7, 267:8, 267:11, 267:12, 292:21, 293:22, 293:24, 294:7, 294:10, 316:21, 320:21, 327:18, 334:20, 334:24, 344:1, 349:5, 350:3
**MS** [76] - 148:4, 153:9, 154:7, 155:25, 160:9, 172:9, 172:15, 175:12, 178:1, 179:10, 181:2, 185:2, 185:7, 185:21, 186:21, 187:2, 188:3, 190:24, 201:7, 211:10, 211:16, 212:17, 217:8,

218:18, 220:24, 224:14, 226:9, 227:24, 230:8, 232:12, 235:11, 236:21, 240:20, 241:21, 244:16, 245:3, 259:12, 259:18, 263:4, 263:6, 264:15, 264:24, 265:16, 266:12, 266:16, 268:4, 271:4, 271:7, 271:19, 271:25, 272:17, 272:19, 291:24, 292:4, 293:6, 293:23, 294:8, 294:15, 294:16, 316:5, 316:9, 316:19, 317:1, 317:24, 318:1, 320:6, 320:9, 320:19, 321:4, 323:11, 323:15, 325:3, 326:17, 326:19, 327:14, 350:5
**Muammar** [3] - 331:25, 332:10, 332:21
**multiplies** [1] - 308:9
**must** [4] - 261:5, 281:10, 287:10, 289:3

# N

**name** [28] - 157:22, 157:24, 157:25, 158:7, 174:7, 190:10, 198:11, 198:18, 234:15, 246:12, 255:10, 260:3, 263:9, 273:8, 287:12, 288:18, 288:20, 288:23, 289:5, 302:21, 313:22, 317:21, 318:8, 327:20, 327:22, 327:24, 328:2
**named** [1] - 304:10
**names** [6] - 165:10, 287:9, 289:2, 289:3, 289:4, 289:6
**narcotics** [1] - 168:25
**National** [1] - 299:25
**national** [3] - 260:24, 288:7, 299:21
**near** [1] - 346:24
**necessarily** [1] -

153:14
**need** [12] - 153:4, 162:23, 172:10, 271:7, 271:12, 293:4, 303:22, 305:2, 311:20, 320:2, 321:9, 322:16
**needed** [1] - 157:13
**neighborhood** [2] - 284:21, 334:16
**network** [1] - 274:19
**never** [29] - 263:10, 263:12, 263:14, 306:19, 307:11, 311:14, 312:23, 313:2, 314:15, 315:6, 324:13, 325:22, 329:2, 329:3, 329:4, 329:5, 330:4, 330:6, 330:8, 337:2, 339:2, 345:12, 345:14, 345:15, 345:17, 347:4, 349:3
**new** [8] - 206:4, 240:24, 242:24, 293:1, 293:2, 303:3, 306:16, 307:6
**New** [3] - 147:8, 346:14, 346:23
**news** [1] - 270:20
**next** [12] - 190:6, 190:13, 190:18, 198:13, 207:11, 218:10, 233:16, 234:15, 246:17, 257:11, 276:23, 318:12
**nice** [2] - 239:14, 349:14
**night** [2] - 267:7, 267:8
**NO** [1] - 146:2
**nobody** [1] - 282:7
**Nokia** [2] - 279:7, 313:5
**non** [2] - 165:12, 169:12
**non-hearsay** [2] - 165:12, 169:12
**normal** [1] - 199:15
**normally** [3] - 183:23, 194:24, 310:2
**Northeast** [1] - 147:4
**Notary** [1] - 146:19
**note** [1] - 305:17
**notes** [2] - 334:20, 351:8
**nothing** [19] - 164:19, 164:20, 184:24,

192:25, 239:24, 240:2, 240:18, 240:20, 244:14, 244:17, 292:18, 293:22, 297:13, 319:22, 322:22, 323:13, 349:25, 350:3, 350:5
**notice** [6] - 152:15, 152:24, 153:1, 153:7, 153:10, 309:11
**notify** [2] - 156:20, 241:15
**notifying** [1] - 160:17
**November** [7] - 146:12, 254:6, 319:7, 321:18, 326:4, 326:12, 329:25
**nowhere** [1] - 346:24
**Number** [3] - 148:9, 291:25, 294:19
**number** [8] - 187:1, 204:8, 214:20, 217:16, 274:13, 274:16, 274:18, 309:18
**numbers** [3] - 186:24, 310:11, 310:15
**nurse** [1] - 198:7
**NW** [1] - 147:8

# O

**oath** [5] - 153:23, 187:21, 240:14, 293:18, 297:13
**object** [5] - 156:1, 161:3, 192:7, 230:9, 259:14
**Objection** [1] - 217:7
**objection** [52] - 156:14, 160:9, 161:11, 161:12, 165:20, 165:23, 169:15, 172:8, 172:10, 172:15, 175:12, 178:1, 179:10, 179:11, 181:2, 185:7, 190:24, 190:25, 201:7, 206:6, 207:16, 211:11, 212:11, 212:15, 212:17, 212:19, 217:8, 218:18, 218:20, 220:24, 220:25, 224:14, 224:15, 226:9,

226:10, 227:24,
228:1, 232:12,
235:11, 235:13,
236:21, 236:22,
240:24, 243:11,
243:12, 243:25,
244:5, 244:11,
264:20, 264:21,
316:21, 320:21
**objections** [6] - 161:6,
161:10, 161:20,
181:3, 232:14, 242:6
**obligations** [1] -
299:16
**obtain** [2] - 201:4,
201:16
**obvious** [3] - 304:22,
304:23, 304:24
**obviously** [2] -
186:14, 292:25
**occasion** [2] - 196:22,
331:14
**occasions** [4] -
196:24, 197:2,
212:3, 332:19
**occur** [2] - 164:14,
164:15
**occurs** [1] - 164:5
**October** [11] - 260:9,
264:9, 264:18,
266:15, 266:23,
270:13, 306:10,
319:6, 319:25,
321:15, 321:22
**odd** [1] - 306:25
**OF** [2] - 146:1, 146:3
**OFAC** [21] - 345:13,
345:16, 345:20,
345:21, 345:25,
346:5, 346:9,
346:10, 346:17,
346:20, 347:1,
347:4, 347:11,
347:16, 347:20,
347:24, 348:4,
349:2, 349:3, 349:4
**offense** [1] - 167:8
**offer** [20] - 161:1,
172:6, 173:2, 175:9,
177:24, 179:8,
180:25, 190:23,
207:14, 211:9,
218:16, 224:12,
226:7, 227:22,
235:10, 254:12,
256:14, 258:11,
259:8, 260:15
**offered** [3] - 172:1,
202:23, 255:21
**offers** [2] - 192:6,

220:22
**Office** [3] - 146:20,
147:3, 345:21
**office** [18] - 191:6,
191:11, 203:10,
211:25, 212:2,
221:12, 249:14,
260:15, 273:22,
273:23, 273:24,
273:25, 284:2,
288:7, 288:8,
309:25, 314:2, 327:8
**officer** [2] - 191:16,
191:17
**offices** [1] - 286:24
**official** [30] - 155:24,
156:24, 157:2,
164:9, 164:12,
168:10, 199:11,
260:25, 274:16,
274:18, 274:24,
275:17, 276:21,
276:23, 277:13,
278:14, 279:13,
279:22, 280:4,
280:7, 280:14,
280:19, 281:4,
281:23, 313:4,
331:18, 332:7,
338:21
**officials** [7] - 168:4,
168:5, 168:6,
260:18, 280:21,
281:19, 282:4
**oil** [3] - 261:12,
332:12, 332:17
**once** [3] - 260:17,
312:19, 346:9
**one** [55] - 158:1,
158:3, 158:4, 158:5,
158:7, 158:8,
158:10, 162:9,
162:12, 162:25,
164:5, 165:21,
173:22, 182:9,
184:18, 187:1,
196:16, 196:17,
196:22, 208:9,
209:12, 211:20,
215:19, 224:14,
246:8, 246:16,
249:3, 262:22,
266:13, 266:19,
271:23, 275:19,
280:8, 280:9,
283:20, 284:10,
297:19, 302:1,
304:5, 304:6,
304:10, 306:1,
315:24, 317:2,

323:17, 326:16,
327:14, 331:14,
332:5, 332:10,
333:2, 334:9,
345:11, 347:22,
348:18
**one's** [1] - 273:5
**ones** [4] - 164:14,
210:19, 215:14,
325:19
**ONT** [7] - 299:9,
299:12, 299:17,
299:20, 299:24,
300:3, 300:4
**OPEC** [2] - 332:12,
332:18
**open** [6] - 155:21,
155:24, 156:5,
156:21, 186:23,
194:7
**opened** [1] - 241:20
**opening** [1] - 152:11
**operations** [4] -
261:16, 287:16,
287:17, 287:20
**operators** [1] - 302:24
**opportunity** [1] -
331:13
**opposing** [2] - 162:16,
165:13
**order** [7] - 174:12,
180:18, 189:9,
270:23, 272:3,
299:15, 300:16
**organization** [2] -
168:15, 168:19
**original** [2] - 223:11,
241:25
**ORO** [2] - 257:21,
258:1
**Ortiz** [9] - 149:16,
229:24, 229:25,
230:4, 230:18,
230:22, 233:15,
234:8, 234:15
**otherwise** [1] - 159:3
**outlined** [1] - 297:3
**outside** [4] - 152:1,
186:1, 240:7, 293:13
**outweighs** [1] - 244:8
**overrule** [2] - 169:14,
244:10
**overruled** [15] -
160:10, 172:11,
172:16, 175:13,
178:7, 192:9,
207:19, 212:7,
224:16, 226:12,
228:3, 232:16,
259:16, 266:8,

320:23
**overweighs** [1] -
243:14
**owed** [9] - 157:16,
157:18, 176:23,
177:4, 183:22,
197:2, 205:23,
206:3, 206:15
**own** [1] - 165:7
**owned** [2] - 247:20,
302:18
**owners** [1] - 260:19

---

**P**

---

**P.A** [1] - 147:12
**p.m** [12] - 146:13,
239:18, 240:5,
244:23, 292:13,
293:11, 294:3,
349:18, 350:7
**PAGE** [1] - 148:2
**page** [18] - 174:10,
176:1, 176:11,
222:10, 223:1,
229:1, 231:18,
234:4, 241:15,
241:17, 247:17,
249:1, 249:8,
249:23, 252:8,
253:22, 257:6,
258:21
**Page** [1] - 148:9
**paid** [22] - 157:13,
158:18, 167:6,
167:9, 167:12,
167:14, 168:12,
170:18, 216:5,
222:5, 242:15,
248:10, 253:7,
258:7, 258:8,
288:21, 289:9,
289:11, 301:1,
301:5, 333:3, 342:25
**palace** [9] - 197:17,
197:18, 198:11,
198:15, 198:16,
198:25, 330:15
**paper** [4] - 178:4,
290:8, 290:15,
290:18
**papers** [2] - 176:24,
177:1
**parallel** [1] - 287:22
**pariah** [2] - 272:7
**parole** [5] - 311:3,
311:7, 311:11,
312:12, 312:20
**Parole** [1] - 338:17
**part** [32] - 166:9,

169:18, 169:21,
178:18, 178:21,
179:7, 182:8,
188:24, 195:4,
208:20, 225:16,
225:18, 225:19,
241:24, 265:17,
267:1, 284:7,
285:21, 288:12,
289:14, 289:15,
296:22, 298:15,
300:14, 316:13,
322:13, 323:3,
332:18, 339:16,
339:25, 342:9
**participant** [1] -
162:13
**participated** [1] -
155:1
**participation** [1] -
155:13
**particular** [1] - 162:11
**parties** [3] - 154:4,
211:12, 244:25
**partner** [2] - 348:1,
348:3
**party** [2] - 162:16,
165:14
**Patricia** [3] - 147:11,
147:20, 242:25
**PATRICIA** [2] - 146:6,
146:19
**Paul** [11] - 155:6,
182:17, 183:4,
183:10, 183:22,
184:2, 189:2, 189:5,
288:23, 304:5,
**PAUL** [1] - 147:6
**paul.hayden2@**
**usdoj.gov** [1] - 147:9
**pay** [31] - 157:6,
157:16, 157:17,
171:14, 171:15,
173:23, 193:25,
194:1, 206:14,
206:17, 210:7,
210:8, 236:5, 236:6,
253:8, 257:23,
261:1, 268:10,
268:12, 268:14,
287:25, 299:24,
303:13, 331:3,
331:5, 331:7, 331:8,
333:1, 343:13
**paying** [4] - 188:16,
206:16, 225:10,
231:20
**payment** [14] - 157:9,
163:18, 168:15,

168:18, 168:21,
174:13, 176:9,
182:13, 184:6,
188:12, 219:25,
236:2, 236:3, 261:23
**Payment** [1] - 222:3
**payments** [36] -
157:21, 163:14,
164:12, 164:20,
164:21, 168:3,
168:8, 171:25,
176:8, 183:11,
183:21, 183:23,
189:19, 193:22,
194:4, 209:19,
209:22, 231:24,
242:13, 242:20,
242:22, 242:23,
243:3, 243:6, 255:6,
255:7, 258:23,
259:1, 301:1,
308:13, 326:6,
330:25, 332:3,
332:23
**payroll** [2] - 257:16,
257:21
**PDF** [1] - 241:14
**peace** [5] - 272:25,
273:4, 273:5, 273:6,
273:8
**penalty** [1] - 297:9
**Pence** [6] - 314:13,
314:21, 315:2,
315:8, 316:8, 316:17
**people** [21] - 156:11,
273:22, 273:25,
278:6, 278:8, 283:7,
285:14, 286:7,
287:18, 301:10,
301:23, 304:6,
305:23, 306:1,
319:10, 328:20,
339:12, 347:23,
348:21, 348:25,
349:2
**per** [2] - 192:10,
330:14
**percent** [3] - 189:15,
335:18, 335:20
**percentage** [2] -
189:14, 300:2
**Perdomo** [6] - 150:6,
245:24, 246:18,
246:24, 247:9, 348:3
**Perez** [1] - 348:7
**perfect** [1] - 239:7
**period** [4] - 162:24,
276:22, 277:12,
283:16
**perjury** [1] - 297:9

**permanently** [1] -
261:14
**permission** [2] -
311:21, 311:23
**permuta** [4] - 282:25,
283:4, 309:6, 309:8
**person** [23] - 156:22,
182:20, 183:1,
183:13, 191:10,
191:12, 195:1,
211:19, 211:21,
267:14, 267:16,
272:11, 272:12,
273:7, 273:8,
298:16, 310:1,
310:13, 318:5,
346:16, 346:24
**personal** [4] - 159:23,
172:24, 207:8,
218:11
**persons** [1] - 346:16
**pertaining** [2] -
213:21, 255:6
**phone** [37] - 185:9,
186:23, 187:7,
263:12, 263:14,
274:13, 274:14,
274:15, 274:24,
275:1, 275:18,
275:19, 275:21,
275:23, 277:14,
278:14, 278:19,
278:25, 279:6,
279:7, 279:8,
279:13, 279:15,
280:1, 280:4,
280:20, 280:24,
281:5, 281:11,
281:13, 281:14,
282:2, 282:8, 313:5,
315:12, 320:16
**Phone** [1] - 146:21
**phones** [4] - 280:7,
280:11, 280:14,
281:7
**phonetically** [1] -
158:1
**photo** [6] - 186:13,
187:4, 190:13,
190:18, 241:11,
247:8
**Photograph** [4] -
148:10, 151:14,
191:2, 316:23
**photograph** [6] -
187:5, 190:2, 190:8,
190:15, 190:20,
316:7
**photos** [1] - 317:2
**picked** [1] - 301:10

**picture** [7] - 247:5,
315:21, 315:23,
316:10, 316:14,
316:16, 317:7
**pictures** [4] - 177:2,
177:10, 314:20,
315:8
**piece** [6] - 167:7,
178:4, 269:11,
290:8, 290:15,
290:17
**pile** [1] - 166:6
**piles** [2] - 166:4,
167:18
**pilot** [1] - 246:8
**pilots** [1] - 246:16
**place** [4] - 152:13,
204:23, 274:22,
277:11
**placed** [1] - 346:5
**places** [1] - 312:3
**plan** [1] - 153:1
**plane** [9] - 247:7,
247:11, 248:1,
248:2, 248:6,
248:10, 250:6, 330:1
**plane's** [2] - 246:8,
246:16
**planes** [5] - 194:12,
215:8, 215:16,
215:18, 246:13
**plant** [1] - 318:22
**planting** [1] - 318:19
**play** [4] - 264:23,
265:2, 271:2, 271:7
**played** [3] - 271:6,
271:24, 336:25
**Plaza** [5] - 191:13,
191:14, 191:22,
192:19, 327:8
**plea** [16] - 182:8,
294:17, 295:15,
296:22, 297:1,
304:16, 321:22,
321:25, 322:15,
322:18, 322:22,
323:3, 323:17,
333:10, 335:25,
348:22
**plead** [3] - 295:5,
304:15, 335:25
**pleading** [1] - 166:9
**pleased** [2] - 327:23
**pled** [1] - 166:8
**PLLC** [1] - 147:16
**plug** [1] - 266:14
**plural** [1] - 334:3
**point** [19] - 156:1,
156:10, 165:5,
168:9, 243:12,

265:23, 275:19,
283:20, 307:22,
333:21, 334:4,
335:9, 336:20,
338:4, 338:5,
338:14, 338:25,
341:8, 349:6
**points** [6] - 333:18,
336:23, 337:7,
337:11, 337:14
**policy** [2] - 153:15,
195:25
**political** [3] - 156:25,
261:9, 272:7
**politician** [1] - 272:3
**polling** [4] - 154:5,
188:1, 245:1, 294:6
**poor** [1] - 284:20
**portfolio** [1] - 299:17
**position** [11] - 156:23,
156:24, 157:3,
157:4, 200:19,
276:22, 277:25,
285:18, 298:4, 299:6
**possibility** [3] - 192:1,
282:14, 336:1
**possible** [23] - 195:9,
201:10, 204:16,
264:3, 271:1,
271:10, 279:24,
285:23, 286:4,
297:25, 301:25,
302:16, 319:12,
320:4, 329:7, 329:8,
332:25, 333:4,
337:7, 337:11,
338:23, 339:8,
347:13
**possibly** [2] - 196:1,
279:16
**post** [1] - 278:3
**postdate** [1] - 243:10
**potentially** [2] -
265:22, 335:21
**Practices** [1] - 295:8
**prayers** [1] - 323:18
**prefer** [1] - 307:19
**prejudice** [1] - 244:9
**presence** [16] - 152:1,
154:5, 154:11,
184:13, 186:1,
187:25, 188:7,
239:12, 240:7,
245:1, 245:7, 292:9,
293:13, 294:5,
294:13, 349:12
**PRESENT** [1] - 147:20
**present** [19] - 152:4,
152:5, 186:3, 186:4,
192:18, 192:19,

204:2, 240:11,
240:12, 293:15,
293:16, 306:11,
329:20, 329:25,
336:3
**presentation** [1] -
293:8
**presented** [3] -
195:17, 206:1,
289:21
**presently** [1] - 218:12
**preserve** [1] - 165:23
**preserved** [1] - 244:1
**president** [9] - 198:8,
198:9, 260:14,
278:2, 281:3,
286:13, 286:17,
299:3, 314:17
**President** [41] -
274:22, 277:24,
280:8, 280:15,
280:25, 281:10,
281:16, 282:3,
283:22, 284:18,
285:1, 285:4, 285:7,
285:8, 285:10,
285:11, 285:13,
285:14, 285:19,
286:1, 286:13,
288:13, 302:3,
302:7, 302:22,
303:3, 314:13,
314:21, 315:2,
315:3, 315:5, 315:6,
315:8, 315:9,
315:11, 315:15,
316:8, 316:17,
319:5, 333:5
**president's** [1] - 198:7
**presidential** [2] -
198:16, 199:12
**presidents** [1] -
332:14
**prevented** [1] - 177:5
**previous** [4] - 181:23,
206:3, 211:19,
258:24
**previously** [13] -
181:18, 208:24,
222:8, 222:24,
228:25, 229:7,
233:20, 234:9,
238:21, 247:15,
249:4, 252:14,
262:17
**price** [2] - 260:23,
261:3
**prices** [1] - 261:7
**principle** [2] - 282:7
**prison** [10] - 296:10,

322:12, 324:3, 324:4, 324:6, 324:9, 324:13, 324:19, 324:20, 324:21

**probation** [2] - 336:9, 336:12

**probative** [2] - 243:15, 244:8

**problem** [8] - 195:19, 195:21, 199:16, 238:6, 243:1, 261:8, 346:22, 347:1

**problems** [3] - 165:17, 272:6, 277:22

**Procedure** [1] - 152:15

**procedure** [2] - 153:6, 153:15

**proceed** [2] - 154:12, 260:21

**proceedings** [8] - 185:25, 239:18, 240:6, 244:23, 293:12, 294:3, 349:18, 351:7

**proceeds** [3] - 193:13, 193:15, 242:16

**process** [4] - 152:20, 153:15, 277:1, 277:5

**produced** [3] - 186:9, 186:18

**product** [3] - 188:18, 216:20, 225:20

**production** [1] - 241:25

**products** [1] - 260:22

**professional** [2] - 199:18, 230:1

**professionally** [1] - 199:10

**proffer** [6] - 296:23, 297:3, 297:8, 297:17, 300:25, 326:13

**profile** [3] - 157:2, 338:21, 339:1

**profit** [2] - 189:10, 189:11

**profited** [1] - 189:1

**profits** [11] - 167:10, 167:11, 171:22, 183:5, 189:19, 203:1, 203:3, 203:4, 203:8, 260:15, 261:10

**projects** [2] - 284:17, 287:21

**promised** [1] - 193:2

**promote** [7] - 163:17, 167:5, 168:1,

168:21, 242:21, 243:4, 243:7

**promoting** [2] - 163:22, 164:8

**promotion** [3] - 163:5, 163:6, 167:7

**proof** [4] - 267:20, 291:19, 291:22, 305:16

**proper** [1] - 153:6

**properly** [1] - 152:24

**properties** [1] - 196:13

**property** [1] - 297:23

**Proposed** [1] - 152:17

**prosecution** [1] - 322:8

**prosecutors** [5] - 306:10, 322:7, 323:5, 325:18, 325:20

**protected** [1] - 281:13

**provide** [9] - 152:25, 185:13, 189:8, 197:1, 206:18, 241:14, 272:11, 290:4, 339:18

**provided** [10] - 241:18, 289:22, 292:24, 339:10, 339:15, 339:24, 340:1, 340:5, 340:9, 340:22

**providing** [4] - 215:11, 341:13, 343:17, 344:5

**Public** [1] - 146:19

**public** [9] - 155:24, 156:24, 280:21, 281:19, 281:23, 282:3, 288:1, 330:22

**published** [2] - 173:4, 173:5

**pull** [12] - 222:7, 228:24, 233:19, 238:21, 245:11, 245:14, 245:16, 246:21, 247:15, 251:17, 272:17, 291:24

**pulled** [1] - 187:9

**purchase** [4] - 152:22, 168:15, 215:16, 261:10

**purchased** [1] - 215:15

**purchases** [1] - 168:25

**purchasing** [1] - 289:23

**purpose** [4] - 161:20,

162:7, 164:8, 342:22

**put** [20] - 152:13, 178:5, 179:19, 247:14, 318:17, 321:6, 345:13, 345:15, 345:24, 347:4, 347:11, 347:16, 347:19, 347:24, 348:3, 348:8, 348:10, 348:15, 348:18, 348:21

**Pérez** [1] - 348:14

## Q

**Qaddafi** [3] - 331:25, 332:10, 332:21

**quantities** [1] - 260:20

**questions** [8] - 244:3, 263:2, 267:25, 291:5, 301:14, 307:1, 325:8, 327:15

**quite** [2] - 275:8, 329:16

## R

**Rafael** [17] - 183:14, 183:15, 183:17, 183:22, 184:6, 188:13, 303:20, 304:2, 304:9, 304:16, 304:25, 305:8, 305:13, 306:1, 306:5, 307:14, 345:15

**raided** [1] - 302:8

**rank** [1] - 196:9

**ranking** [1] - 157:2

**rate** [6] - 260:25, 299:25, 309:16, 309:20, 309:21, 309:23

**rather** [1] - 238:2

**Raul** [130] - 148:10, 148:18, 148:23, 149:5, 149:9, 149:21, 150:5, 155:6, 162:10, 166:13, 166:16, 166:22, 167:11, 167:19, 190:3, 190:9, 191:2, 191:5, 191:9, 191:22, 192:21, 193:7, 193:11, 193:19, 193:22, 194:3, 194:10, 194:20, 195:7, 196:13,

196:18, 196:20, 196:23, 200:21, 202:4, 202:19, 203:18, 203:19, 204:17, 204:22, 205:7, 205:17, 205:21, 206:9, 206:14, 207:22, 208:1, 208:15, 208:17, 208:23, 209:10, 209:18, 209:22, 210:6, 210:8, 211:25, 212:1, 215:16, 217:1, 218:14, 218:24, 219:5, 219:13, 221:11, 224:10, 224:19, 225:11, 226:6, 226:15, 231:1, 231:4, 231:8, 231:23, 235:8, 235:18, 235:25, 236:4, 236:5, 242:15, 242:17, 245:23, 246:19, 247:9, 248:11, 249:13, 251:3, 253:8, 257:22, 259:2, 260:2, 260:13, 261:18, 261:24, 262:4, 263:17, 263:21, 264:18, 269:13, 272:15, 273:16, 274:1, 289:15, 291:16, 291:17, 291:20, 291:22, 301:7, 301:15, 301:19, 302:1, 303:15, 308:1, 308:7, 310:2, 310:4, 313:2, 314:6, 314:9, 314:12, 315:1, 316:7, 316:16, 322:1, 327:7, 341:16, 347:19, 348:1, 348:2, 348:3

**re** [1] - 308:11

**re-invests** [1] - 308:11

**reached** [4] - 157:14, 171:19, 204:6, 210:13

**read** [6] - 173:13, 201:14, 260:11, 265:4, 267:4, 270:23

**ready** [3] - 260:19, 265:3, 307:20

**real** [2] - 287:22, 301:6

**really** [4] - 169:11,

186:12, 322:5, 338:2

**reason** [6] - 156:22, 156:25, 178:22, 285:24, 332:15, 336:2

**reasons** [1] - 165:16

**receipt** [1] - 260:20

**receive** [14] - 183:21, 192:24, 193:4, 193:22, 195:11, 202:15, 202:16, 208:7, 208:12, 219:5, 225:1, 283:9, 341:15, 343:7

**received** [104] - 170:2, 170:5, 172:12, 172:17, 172:20, 175:14, 175:17, 178:7, 178:9, 179:12, 179:14, 181:6, 181:8, 181:10, 182:14, 184:6, 188:12, 191:1, 191:3, 207:20, 207:22, 208:19, 212:3, 212:8, 212:21, 212:23, 213:1, 216:14, 216:17, 218:23, 219:1, 219:3, 221:3, 221:5, 221:8, 224:17, 224:20, 224:22, 226:13, 226:16, 226:18, 228:4, 228:6, 228:9, 230:16, 230:18, 232:17, 232:19, 232:22, 235:16, 235:19, 235:21, 236:24, 237:1, 237:4, 241:20, 245:21, 245:25, 246:2, 248:16, 248:19, 248:22, 248:24, 250:13, 250:16, 250:18, 251:20, 251:22, 251:24, 252:2, 253:14, 253:16, 253:19, 254:14, 254:16, 254:19, 255:23, 255:25, 256:3, 256:16, 256:18, 256:21, 258:13, 258:15, 258:18, 259:11, 259:20, 259:22, 261:24, 266:9, 266:10, 270:7,

371

293:1, 316:22,
316:24, 320:24,
321:1, 321:3, 330:4,
338:7, 341:25,
342:13, 345:1, 345:4
**receiving** [1] - 164:10,
195:12, 272:10
**recently** [2] - 267:9,
306:12
**recess** [10] - 184:10,
184:25, 185:22,
239:10, 239:25,
292:7, 292:19,
293:10, 349:9, 350:1
**rechecked** [1] -
185:15
**recognize** [19] -
158:25, 160:2,
160:4, 170:7,
170:15, 174:5,
174:8, 189:25,
190:4, 214:13,
254:22, 255:1,
258:6, 259:1,
294:20, 315:21,
316:14, 320:15
**recollection** [2] -
329:20, 329:25
**record** [11] - 152:3,
162:2, 165:6,
174:17, 185:24,
186:2, 240:5,
240:10, 293:11,
293:14, 351:8
**Record** [1] - 158:10
**recording** [2] - 271:6,
271:24
**records** [8] - 161:24,
162:3, 165:1, 165:4,
165:7, 165:9, 167:2
**recruited** [1] - 166:15
**red** [1] - 155:23
**redirect** [1] - 338:3
**reduce** [2] - 296:5,
296:6
**reduced** [1] - 345:2
**reduction** [2] - 335:15,
335:18
**reference** [3] - 152:18,
213:15, 273:10
**referenced** [1] -
152:12
**referring** [1] - 325:17
**reflect** [1] - 309:3
**reflected** [2] - 176:24,
309:4
**refresh** [1] - 154:24
**regarding** [1] - 166:16
**regime** [2] - 285:7,
285:22

**regular** [1] - 162:4
**related** [1] - 340:23
**relationship** [4] -
199:13, 199:15,
199:19, 333:6
**relevant** [1] - 244:10
**remained** [1] - 276:18
**remaining** [2] -
213:18, 234:19
**remember** [100] -
158:16, 158:24,
159:1, 165:10,
174:24, 175:1,
184:11, 190:11,
198:22, 198:23,
200:4, 200:14,
203:23, 204:4,
204:12, 204:14,
204:20, 205:9,
205:13, 205:16,
253:5, 258:2, 264:2,
264:10, 270:6,
270:8, 271:1, 273:9,
274:25, 275:15,
275:24, 276:5,
276:7, 276:9,
278:18, 279:5,
287:12, 288:18,
288:20, 288:22,
288:23, 289:7,
292:7, 302:12,
302:15, 302:17,
302:20, 303:4,
304:25, 309:20,
310:16, 311:18,
314:19, 314:25,
315:13, 317:12,
318:2, 318:3, 318:8,
318:9, 318:11,
319:6, 319:9,
319:10, 319:12,
319:15, 319:25,
320:18, 321:20,
321:21, 327:7,
327:9, 328:22,
328:25, 329:1,
329:10, 329:16,
330:3, 336:15,
336:20, 338:8,
338:11, 338:17,
338:19, 343:17,
343:19, 344:3,
344:7, 344:8, 345:2,
345:5, 347:14,
349:10
**Remember** [1] -
239:10
**remind** [2] - 171:20,
317:22
**reminded** [1] - 302:21

**remove** [1] - 223:9
**renew** [1] - 242:5
**repair** [1] - 247:12
**repaired** [1] - 247:11
**repeat** [12] - 160:11,
203:6, 205:20,
208:10, 269:24,
276:14, 291:3,
291:4, 291:5,
296:17, 322:13,
342:5
**rephrase** [1] - 339:20
**replay** [1] - 271:21
**report** [9] - 200:16,
200:17, 317:21,
317:22, 339:19,
339:21, 340:2,
340:20, 351:6
**Reported** [1] - 146:18
**Reporter** [1] - 351:4
**REPORTING** [1] -
146:20
**reports** [1] - 286:12
**represent** [7] - 179:24,
213:20, 223:6,
234:21, 262:19,
306:23, 327:21
**represented** [7] -
225:8, 257:7,
305:23, 306:2,
306:6, 306:8, 307:14
**representing** [2] -
295:3, 305:20
**represents** [1] -
262:20
**request** [6] - 152:23,
157:20, 186:6,
193:25, 251:18,
258:8
**reserve** [1] - 156:20
**reside** [1] - 261:13
**residence** [1] - 297:20
**residency** [1] - 305:12
**resign** [3] - 195:18,
276:12, 276:15
**resignation** [1] -
195:17
**resigned** [2] - 195:17,
285:18
**resources** [1] - 225:2
**respect** [2] - 240:25,
241:2
**respectfully** [1] -
287:19
**respond** [5] - 185:19,
186:5, 269:15,
286:16, 288:13
**responsibility** [1] -
272:4
**rest** [3] - 203:11,

264:17, 265:7
**restroom** [1] - 184:19
**result** [10] - 171:18,
171:23, 180:1,
193:13, 210:12,
216:23, 217:1,
217:5, 262:9, 324:1
**results** [3] - 225:21,
277:11, 277:13
**return** [1] - 192:24
**returned** [1] - 311:18
**reverse** [1] - 163:21
**reviewed** [1] - 144:17
**rgorrn** [1] - 211:18
**rgorrn@gmail.com**
[1] - 208:16
**Ribas** [13] - 155:6,
182:17, 183:4,
183:10, 183:22,
184:3, 189:2, 189:5,
289:15, 301:7,
304:5, 304:17, 322:2
**Ribas's** [1] - 288:23
**right-hand** [1] -
181:19
**rise** [5] - 184:15,
239:16, 240:4,
240:8, 349:16
**Rodial** [15] - 267:12,
267:13, 268:5,
268:12, 269:10,
269:22, 269:25,
272:14, 313:19,
319:3, 320:1,
320:22, 321:7,
322:16, 322:21
**Rodriguez** [1] - 318:5
**role** [3] - 154:22,
196:7, 205:8
**RONDON** [1] - 339:16
**Rondón** [2] - 339:16,
339:25
**room** [2] - 184:14,
292:10
**Rosales** [1] - 246:18
**Rosenberg** [1] -
323:24
**Rosenfeld** [2] - 216:1,
255:10
**roughly** [1] - 223:18
**routes** [2] - 344:12,
344:17
**row** [23] - 213:24,
214:2, 214:4, 214:7,
214:15, 223:18,
228:16, 228:19,
231:15, 233:7,
233:13, 234:14,
234:19, 237:10,
238:16, 247:18,

249:17, 249:19,
254:3, 257:8,
257:15, 257:19,
257:20
**rows** [8] - 215:5,
215:25, 223:2,
223:22, 234:12,
252:10, 256:7, 257:6
**RPR** [1] - 146:19
**rude** [1] - 337:22
**Rule** [5] - 152:24,
324:19, 335:11,
335:13, 335:14
**rule** [4] - 165:12,
178:2, 243:22,
334:15
**ruled** [1] - 240:23
**running** [2] - 341:18,
341:19

# S

**Saddam** [3] - 331:21,
332:9, 332:20
**sale** [5] - 152:22,
260:21, 261:2,
290:2, 290:5
**sales** [1] - 168:24
**Sandra** [2] - 313:22,
319:4
**Sandra's** [1] - 314:1
**sat** [3] - 306:10,
306:12, 326:21
**saved** [1] - 274:13
**saw** [11] - 174:22,
181:22, 190:5,
198:22, 198:23,
198:24, 214:11,
253:21, 258:24,
320:14, 328:10
**scheme** [22] - 155:14,
163:5, 163:7,
163:18, 163:23,
164:9, 164:13,
168:2, 168:3, 169:2,
182:23, 189:2,
202:20, 206:3,
206:5, 242:24,
243:4, 243:5, 243:7,
289:8, 291:21,
301:14
**schemes** [1] - 261:17
**school** [1] - 284:20
**scoring** [1] - 337:3
**screen** [2] - 159:7,
315:19
**scroll** [35] - 160:7,
171:1, 174:1, 176:1,
176:11, 209:15,
213:7, 213:24,

216:7, 217:15, 219:16, 221:15, 221:21, 222:9, 222:25, 223:13, 226:24, 228:13, 228:16, 229:1, 229:8, 233:1, 233:7, 233:21, 234:11, 237:8, 237:9, 247:17, 248:25, 249:22, 252:3, 254:21, 257:4, 258:20, 260:7

**scruples** [1] - 261:6

**se** [2] - 192:10, 330:14

**seated** [1] - 240:9

**Second** [1] - 147:13

**second** [20] - 158:7, 158:8, 178:19, 192:18, 220:5, 221:22, 222:13, 222:15, 222:25, 243:12, 247:17, 249:1, 249:23, 252:8, 253:22, 257:6, 257:15, 258:21, 262:22, 302:20

**seconds** [2] - 267:3, 272:24

**secretary** [3] - 195:11, 208:5, 231:1

**Section** [3] - 147:7, 163:3, 167:25

**sections** [1] - 286:23

**secure** [3] - 281:1, 281:5, 281:14

**security** [8] - 199:12, 219:7, 257:9, 280:16, 281:16, 281:20, 282:3, 302:14

**see** [39] - 153:12, 153:17, 158:24, 159:1, 159:8, 159:17, 159:18, 160:8, 169:9, 174:10, 180:14, 180:15, 184:13, 184:23, 186:22, 199:16, 209:6, 213:15, 216:18, 223:18, 225:12, 239:14, 239:23, 255:10, 257:15, 266:19, 267:10, 292:9, 292:17, 315:18, 317:22, 318:11, 318:21, 319:21, 320:10,

332:25, 337:5, 349:14, 349:24

**seeing** [2] - 211:18, 320:10

**seeking** [1] - 242:9

**sell** [8] - 168:17, 260:19, 287:14, 287:15, 299:17, 301:22, 303:3, 308:15

**selling** [1] - 284:11

**send** [9] - 176:25, 177:1, 178:11, 194:14, 194:22, 231:3, 270:17, 272:21, 346:20

**sending** [8] - 171:6, 219:7, 225:11, 230:3, 235:25, 236:2, 251:10, 251:11

**sends** [2] - 270:25, 320:1

**sense** [1] - 161:25

**sensitive** [2] - 281:8, 281:24

**sent** [20] - 166:23, 171:5, 177:23, 187:6, 211:22, 211:24, 241:17, 247:9, 264:1, 270:20, 302:14, 307:21, 307:25, 314:20, 315:8, 315:11, 315:14, 316:10, 316:11, 317:7

**sentence** [9] - 295:10, 296:2, 296:3, 296:6, 297:5, 333:19, 335:15, 345:2, 346:6

**sentenced** [3] - 295:13, 323:23, 334:25

**sentences** [1] - 336:19

**sentencing** [15] - 333:13, 333:14, 333:22, 334:4, 334:5, 334:10, 336:3, 336:8, 336:9, 336:16, 336:18, 336:22, 337:10, 337:14

**separate** [2] - 166:3, 166:4

**series** [1] - 161:6

**serve** [1] - 328:11

**service** [1] - 331:11

**services** [4] - 209:14, 215:11, 261:7, 288:2

**servicing** [1] - 215:12

**settle** [1] - 261:14

**settled** [1] - 275:9

**several** [4] - 212:3, 286:23, 286:24

**share** [6] - 183:5, 187:13, 193:13, 203:1, 203:3, 203:12

**shared** [1] - 189:12

**sharing** [1] - 330:16

**ship** [1] - 322:11

**short** [2] - 165:21, 299:9

**show** [39] - 159:4, 172:3, 172:13, 175:3, 177:12, 180:9, 181:17, 186:12, 187:11, 189:22, 206:21, 210:25, 217:24, 220:14, 224:2, 225:23, 227:13, 229:15, 230:5, 231:13, 232:1, 234:25, 236:8, 239:3, 242:10, 242:15, 245:15, 250:9, 253:10, 253:11, 254:10, 266:14, 307:17, 308:20, 315:16, 316:12, 319:22, 320:7

**showed** [13] - 187:5, 242:12, 264:8, 264:13, 267:1, 267:2, 269:11, 273:15, 273:19, 273:21, 298:12, 317:3, 317:8

**showing** [5] - 174:17, 242:13, 263:16, 290:20, 291:7

**shown** [2] - 290:1, 341:20

**shows** [3] - 187:7, 244:7, 284:24

**shut** [3] - 302:3, 302:11, 302:14

**side** [3] - 178:5, 254:5, 346:25

**sidebar** [7] - 161:15, 161:16, 207:17, 226:10, 227:25, 228:1, 241:8

**sign** [4] - 304:15, 321:25, 322:18, 348:22

**signature** [2] - 294:25, 295:2

**signed** [14] - 267:21, 267:22, 289:18, 294:22, 296:23, 296:25, 297:1, 297:9, 322:15, 323:17, 324:16, 335:25, 336:2, 340:21

**signing** [1] - 321:22

**similar** [3] - 161:6, 242:7, 242:11

**simple** [1] - 337:25

**simplify** [1] - 280:19

**simultaneously** [1] - 271:15

**single** [1] - 162:25

**sit** [3] - 321:19, 325:18, 326:3

**sitting** [3] - 164:22, 312:23, 345:7

**situation** [7] - 304:21, 307:5, 312:19, 323:14, 344:16, 344:23

**six** [2] - 163:25, 215:25

**skills** [1] - 334:15

**slightly** [1] - 214:10

**small** [3] - 279:7, 282:12

**SmartHouse** [1] - 222:3

**smartphone** [2] - 279:8, 279:9

**so-called** [1] - 167:20

**social** [2] - 279:17, 287:21

**socialize** [1] - 328:13

**socializing** [1] - 330:17

**sold** [4] - 291:1, 291:17, 291:22, 300:3

**someone** [11] - 153:1, 183:12, 287:11, 297:12, 309:24, 319:7, 319:11, 319:23, 319:24, 329:18, 345:24

**sometime** [2] - 200:8, 276:10

**sometimes** [5] - 208:7, 208:12, 264:1, 308:15, 325:19

**somewhat** [2] - 333:25

**son** [3] - 298:8, 298:14, 298:15

**soon** [2] - 244:6,

305:3

**sorry** [33] - 160:11, 172:5, 172:14, 173:5, 177:4, 180:14, 189:24, 196:5, 197:25, 201:13, 206:25, 207:13, 217:17, 223:20, 226:23, 227:1, 237:15, 250:1, 251:17, 252:15, 259:6, 266:18, 266:21, 268:2, 300:8, 306:5, 307:17, 315:17, 323:11, 337:20, 337:22, 348:7

**Sorry** [1] - 252:24

**sort** [6] - 167:18, 242:12, 243:16, 243:24, 244:2, 333:21

**sorts** [1] - 303:25

**South** [1] - 305:14

**Southeast** [1] - 147:13

**SOUTHERN** [1] - 146:1

**Southern** [1] - 301:1

**Spain** [8] - 342:1, 342:15, 342:17, 342:19, 342:21, 342:22, 343:13, 346:20

**Spanish** [6] - 147:21, 260:12, 265:4, 265:12, 273:2, 307:17

**speaking** [3] - 161:12, 252:23, 301:6

**speaks** [1] - 282:7

**Special** [1] - 338:16

**special** [3] - 311:17, 311:21, 313:4

**specific** [3] - 168:1, 243:25, 334:6

**specifically** [8] - 155:17, 189:6, 192:4, 205:24, 210:18, 286:25, 332:6, 334:2

**spell** [1] - 158:4

**spelled** [1] - 158:6

**spend** [2] - 196:2, 336:12

**spending** [5] - 296:9, 298:1, 298:5, 328:21, 336:1

**spent** [2] - 309:4, 309:5

**split** [3] - 171:22,

203:16, 203:18
**spoken** [3] - 205:15, 263:12, 263:14
**spontaneously** [1] - 271:14
**spot** [3] - 239:6, 239:7, 292:3
**spread** [1] - 317:15
**spreadsheet** [29] - 213:5, 213:7, 214:25, 215:4, 215:10, 216:4, 221:16, 223:11, 223:12, 223:14, 225:5, 225:8, 228:13, 229:9, 233:2, 234:11, 237:9, 249:16, 252:7, 254:21, 254:22, 255:2, 255:5, 255:18, 256:5, 256:6, 256:22, 258:20, 258:24
**spreadsheets** [6] - 166:23, 166:25, 242:13, 249:4, 253:21, 308:21
**stages** [1] - 339:10
**stand** [1] - 153:20
**standing** [1] - 334:8
**stands** [1] - 345:21
**star** [1] - 250:3
**start** [6] - 213:25, 237:19, 266:17, 266:19, 266:22, 330:20
**started** [4] - 200:3, 217:16, 304:9, 304:22
**starting** [4] - 260:8, 335:9, 336:20, 338:7
**state** [1] - 250:4
**State** [10] - 146:19, 196:12, 196:14, 268:16, 268:18, 268:20, 268:21, 268:24, 268:25, 351:4
**statement** [9] - 152:21, 165:14, 165:15, 166:19, 169:11, 318:6, 330:12, 331:9, 346:7
**statements** [6] - 162:8, 162:16, 162:23, 164:7, 166:2, 194:22
**STATES** [2] - 146:1, 146:3

**States** [37] - 147:2, 152:10, 177:6, 240:3, 240:19, 244:15, 261:14, 267:15, 267:17, 268:11, 269:7, 269:20, 272:9, 274:21, 296:15, 296:20, 300:20, 300:23, 304:23, 305:3, 305:9, 305:11, 311:5, 311:8, 311:10, 311:13, 314:13, 314:17, 318:25, 322:9, 323:6, 333:20, 339:23, 340:21, 345:8, 345:9, 345:25
**status** [12] - 168:11, 178:14, 180:19, 268:11, 268:13, 312:2, 312:7, 312:14, 313:16, 314:7, 323:20, 323:22
**stay** [6] - 269:6, 272:5, 272:8, 311:10, 322:9, 323:5
**Stenographic** [1] - 351:4
**stenographic** [1] - 351:8
**Stenographically** [1] - 146:18
**stenographically** [1] - 351:6
**step** [2] - 342:10
**stepped** [1] - 306:15
**still** [14] - 153:23, 157:7, 187:21, 194:11, 240:14, 250:5, 262:4, 274:23, 274:25, 275:12, 278:14, 293:17, 345:7, 347:1
**stopped** [3] - 275:16, 276:6, 283:21
**stopping** [1] - 349:6
**stops** [1] - 164:3
**straight** [1] - 238:2
**strange** [3] - 306:21, 306:22, 307:2
**stranger** [3] - 328:5, 330:11, 330:14
**Street** [1] - 147:4
**Strike** [1] - 259:17
**strike** [3] - 169:15, 169:23, 230:12
**strokes** [1] - 337:7

**stuff** [4] - 267:24, 298:10, 298:18, 301:5
**subject** [7] - 169:15, 169:22, 173:11, 173:13, 175:23, 230:11, 259:16
**subsequent** [1] - 205:16
**Suite** [2] - 147:13, 147:17
**Sunday** [2] - 284:4, 284:24
**super** [1] - 286:9
**superior** [1] - 286:9
**supplied** [1] - 340:3
**supplier** [1] - 261:4
**supply** [2] - 192:22, 193:7
**supposed** [1] - 242:16
**supposedly** [1] - 285:23, 302:18, 341:18
**Supreme** [1] - 348:14
**Surfaces** [2] - 252:11, 252:18
**surprise** [2] - 339:21, 340:19
**surprised** [1] - 340:25
**sustained** [4] - 156:3, 160:22, 206:7, 217:10
**Swift** [16] - 173:12, 173:19, 174:9, 174:10, 174:11, 174:15, 174:16, 176:2, 176:4, 176:12, 176:14, 230:5, 230:7, 231:14, 234:3, 234:7
**Swifts** [3] - 175:24, 176:19
**Switzerland** [2] - 260:17, 305:14
**sworn** [2] - 154:16, 297:12
**system** [4] - 303:3, 303:6, 333:22, 337:4
**Systems** [2] - 219:21, 222:22

**T**

**T-A-S-T-O-R** [1] - 158:6
**tab** [2] - 341:18, 341:19
**table** [3] - 225:2, 225:6, 225:9
**Tache** [1] - 147:12

**talks** [1] - 168:1
**Tarascio** [1] - 348:7
**Tarascio-Perez** [1] - 348:7
**Tareck** [2] - 273:8
**Tast** [1] - 158:4
**Tastor** [10] - 158:1, 158:5, 173:18, 173:19, 173:21, 173:22, 175:25, 176:3, 176:13
**team** [2] - 280:16, 281:17
**teams** [1] - 281:20
**telephone** [4] - 158:19, 204:8, 274:16, 274:18
**temporal** [1] - 165:17
**ten** [21] - 184:10, 184:14, 184:23, 184:25, 185:22, 280:2, 295:11, 295:13, 295:22, 295:24, 296:2, 296:14, 296:19, 297:5, 334:25, 335:3, 335:6, 335:9, 335:16, 339:6
**ten-minute** [1] - 184:10
**ten-year** [2] - 296:2, 297:5
**term** [7] - 277:18, 277:20, 283:4, 319:14, 322:12, 324:4, 333:14
**terms** [5] - 205:24, 282:23, 304:19, 305:4, 305:18
**testified** [10] - 154:17, 279:1, 280:2, 289:8, 290:10, 301:13, 325:7, 343:10, 343:22, 344:4
**testify** [1] - 166:14
**testifying** [3] - 163:24, 282:23, 344:7
**testimony** [13] - 184:21, 184:22, 239:21, 239:22, 290:7, 292:15, 292:16, 343:19, 343:20, 344:3, 349:21, 349:22
**text** [6] - 185:13, 186:22, 186:25, 314:23, 320:1, 321:6
**textual** [1] - 282:16
**THE** [136] - 146:10, 152:3, 153:8,

153:18, 153:24, 153:25, 154:4, 154:9, 156:3, 156:16, 160:10, 160:22, 161:9, 161:14, 165:25, 167:15, 169:14, 169:22, 170:2, 172:8, 172:11, 172:16, 175:13, 178:5, 178:17, 178:23, 179:1, 179:4, 179:12, 181:5, 184:9, 184:18, 185:4, 185:18, 185:22, 186:2, 186:19, 187:10, 187:15, 187:20, 187:22, 187:25, 188:5, 191:1, 192:9, 198:12, 206:7, 207:10, 207:19, 211:13, 211:22, 212:7, 212:11, 212:15, 212:21, 217:10, 218:22, 221:2, 224:16, 226:12, 228:3, 230:11, 230:16, 232:16, 235:15, 236:23, 237:18, 238:8, 239:5, 239:8, 239:16, 239:20, 240:4, 240:8, 240:9, 240:15, 240:16, 241:1, 241:6, 241:9, 241:23, 242:1, 244:4, 244:19, 244:25, 245:5, 245:13, 245:18, 245:20, 248:16, 248:19, 250:12, 251:15, 251:20, 251:22, 252:22, 253:13, 254:13, 255:22, 256:15, 258:12, 259:10, 259:16, 263:3, 264:20, 265:5, 265:10, 265:17, 266:1, 266:4, 266:8, 267:25, 268:2, 271:16, 292:2, 292:5, 292:14, 293:3, 293:10, 293:14, 293:19, 293:20, 293:25, 294:5, 294:9, 294:11, 316:22, 320:23, 323:9,

326:16, 327:16, 334:18, 343:23, 349:8, 349:16, 349:20

**the..** [1] - 252:3

**themselves** [1] - 306:19

**thereafter** [4] - 275:23, 278:20, 283:17, 283:20

**Thereupon** [1] - 154:14

**they've** [2] - 168:10, 242:11

**thinking** [1] - 238:7

**thinks** [1] - 271:17

**third** [2] - 257:19, 257:20

**Thomas** [5] - 191:13, 191:14, 191:22, 192:19, 327:8

**three** [14] - 155:2, 169:7, 215:4, 215:18, 257:6, 296:3, 296:9, 301:10, 304:6, 335:16, 335:22, 347:22

**three-year** [1] - 296:3

**Thursday** [1] - 256:23

**tickets** [1] - 257:9

**tied** [3] - 169:16, 169:24, 230:12

**Tim** [1] - 226:22

**title** [3] - 213:5, 225:4, 251:7

**titled** [1] - 231:15

**today** [14] - 260:23, 261:3, 270:14, 305:20, 328:16, 329:9, 329:20, 329:24, 334:9, 336:9, 341:21, 343:10, 345:7, 349:3

**tomorrow** [4] - 349:13, 349:14, 349:24, 350:2

**top** [29] - 159:14, 178:15, 179:16, 179:21, 181:12, 181:22, 206:24, 209:5, 209:16, 213:8, 213:9, 213:10, 213:14, 213:17, 214:2, 217:19, 221:16, 221:22, 222:19, 223:1, 228:14, 231:18, 233:2, 234:14, 249:5,

249:17, 251:5, 253:24, 257:2

**Torres** [8] - 197:5, 197:6, 197:9, 275:24, 278:10, 317:17, 317:19, 318:5

**total** [11] - 171:10, 174:18, 174:20, 182:7, 188:23, 210:2, 220:6, 220:9, 222:14, 229:3, 337:17

**touched** [1] - 189:4

**tour** [1] - 332:11

**town** [1] - 304:17

**trafficker** [2] - 340:6, 340:12

**traffickers** [1] - 341:3

**trafficking** [10] - 168:14, 168:19, 168:22, 340:16, 340:23, 343:18, 344:6, 344:12, 344:13, 344:19

**transact** [1] - 346:10

**transaction** [1] - 346:25

**transactions** [7] - 168:24, 192:2, 192:4, 200:24, 201:1, 346:12, 346:15

**transcribed** [1] - 265:18

**transcript** [4] - 265:9, 265:11, 265:14, 351:7

**transfer** [7] - 174:17, 230:6, 231:13, 251:8, 252:17, 252:18, 260:16

**transferred** [1] - 174:19

**transfers** [1] - 176:21

**translate** [4] - 265:3, 271:11, 316:3, 337:16

**translated** [2] - 265:24, 266:4

**Translation** [43] - 148:22, 149:1, 149:4, 149:7, 149:11, 149:14, 149:19, 149:23, 150:3, 150:7, 150:11, 150:14, 150:18, 150:21, 150:25, 151:3, 151:6, 151:10,

151:12, 151:16, 151:20, 151:23, 181:10, 213:1, 219:3, 221:7, 224:22, 226:18, 228:9, 232:22, 235:21, 237:4, 246:2, 248:24, 250:18, 252:2, 253:19, 254:19, 256:3, 256:21, 258:18, 259:22, 321:2

**translation** [21] - 179:3, 179:5, 179:9, 179:14, 179:20, 181:1, 198:13, 201:8, 207:11, 212:12, 212:13, 212:18, 212:20, 264:23, 264:25, 265:15, 267:5, 271:13, 272:18, 321:6, 345:19

**translations** [1] - 293:2

**translator** [2] - 201:14, 237:21

**translators** [1] - 265:3

**transport** [2] - 173:25, 298:11

**travel** [7] - 311:7, 312:3, 332:6, 342:17, 342:21, 342:22, 343:13

**traveled** [3] - 331:23, 332:1, 342:19

**treasurer** [78] - 155:8, 155:9, 157:4, 157:7, 163:12, 163:20, 163:25, 164:3, 164:4, 164:6, 164:11, 164:16, 165:18, 165:19, 169:3, 169:5, 172:1, 188:21, 189:7, 193:6, 194:11, 196:8, 197:4, 197:6, 197:9, 197:12, 197:21, 197:22, 197:24, 199:14, 200:1, 200:10, 200:16, 200:18, 203:5, 203:9, 203:11, 203:14, 203:25, 204:1, 206:12, 206:13, 209:3, 210:19, 242:19, 242:23, 243:2, 243:6, 243:8,

254:7, 262:15, 262:16, 274:23, 276:2, 276:3, 276:6, 276:24, 277:18, 277:20, 278:6, 278:8, 278:13, 278:17, 280:20, 284:11, 291:12, 298:24, 301:18, 307:22, 326:10, 330:19, 330:21, 331:5, 331:12, 331:16, 347:7

**treasury** [46] - 170:23, 188:17, 191:6, 195:3, 195:15, 195:16, 196:3, 199:21, 199:25, 200:11, 200:13, 200:20, 202:7, 202:17, 203:10, 205:6, 260:15, 260:24, 275:12, 275:18, 275:25, 276:9, 280:4, 284:1, 286:8, 286:10, 286:15, 286:20, 287:14, 287:15, 287:16, 287:23, 287:25, 288:6, 288:7, 289:13, 289:19, 298:5, 299:10, 299:12, 300:4, 300:9, 300:17, 301:11, 301:20, 302:3

**Trial** [1] - 350:7

**trial** [3] - 164:22, 292:24, 328:16

**TRIAL** [1] - 146:10

**tried** [1] - 156:5

**trip** [8] - 311:17, 311:19, 311:20, 311:22, 331:14, 341:25, 342:13, 342:25

**trips** [1] - 332:7

**TRISH** [2] - 351:4, 351:15

**true** [9] - 163:21, 277:21, 299:1, 299:4, 302:10, 318:10, 318:15, 344:10, 351:7

**truly** [1] - 329:15

**Trump** [5] - 315:3, 315:5, 315:6, 315:9, 315:15

**Trump's** [1] - 315:12

**trusted** [1] - 291:11

**trustee's** [1] - 330:22

**truth** [4] - 156:17, 297:13, 297:17

**try** [13] - 179:19, 186:15, 202:23, 238:8, 261:4, 261:11, 271:23, 273:13, 280:19, 282:24, 336:14, 338:3, 342:7

**trying** [7] - 237:16, 265:21, 269:22, 269:25, 288:3, 313:24, 337:22

**Tuesday** [1] - 146:12

**turn** [1] - 275:19

**TV** [2] - 261:10, 284:4

**two** [18] - 166:3, 166:4, 175:24, 184:4, 209:12, 241:17, 243:18, 252:10, 260:19, 262:10, 262:13, 278:6, 278:8, 307:7, 307:23, 310:18, 321:19

**type** [8] - 153:7, 165:11, 201:21, 202:20, 208:13, 248:2, 340:1, 340:4

**typing** [1] - 233:12

## U

**U.S** [5] - 299:13, 310:23, 312:2, 322:24, 346:13

**UJ** [1] - 246:11

**ultimately** [1] - 166:13

**uncle** [8] - 183:16, 303:21, 304:3, 306:1, 306:2, 307:14, 345:15, 349:4

**under** [16] - 152:24, 153:23, 161:25, 164:24, 167:25, 169:10, 169:12, 187:21, 214:8, 240:14, 243:13, 293:18, 295:5, 297:9, 297:13, 337:17

**underlying** [1] - 167:9

**underneath** [1] - 250:4

**understood** [1] - 197:19

**unidentified** [1] - 211:20

**unique** [1] - 193:6
**Unique** [7] - 215:6, 215:9, 215:25, 223:24, 247:18, 255:8, 309:10
**UNITED** [2] - 146:1, 146:3
**United** [37] - 147:2, 152:9, 177:6, 240:3, 240:18, 244:15, 261:14, 267:15, 267:17, 268:11, 269:6, 269:20, 272:9, 274:21, 296:15, 296:20, 300:19, 300:23, 304:23, 305:2, 305:8, 305:11, 311:5, 311:8, 311:10, 311:13, 314:13, 314:17, 318:25, 322:9, 323:6, 333:20, 339:23, 340:21, 345:8, 345:25
**units** [1] - 286:24
**unlawful** [1] - 295:7
**up** [51] - 161:7, 161:10, 163:23, 169:16, 169:24, 171:3, 209:16, 213:8, 214:25, 216:7, 220:2, 222:7, 222:11, 222:18, 223:1, 223:14, 228:24, 230:12, 231:6, 233:19, 234:12, 238:21, 238:23, 240:25, 245:11, 245:14, 245:16, 246:21, 247:15, 249:16, 251:17, 252:16, 254:23, 257:5, 260:8, 261:7, 272:17, 276:13, 276:16, 276:21, 277:22, 278:2, 291:24, 293:7, 296:9, 301:15, 303:3, 303:25, 321:6, 325:11, 338:3
**update** [1] - 293:4
**updated** [1] - 292:22
**US** [2] - 147:3, 147:7
**USA** [2] - 260:4
**USC** [1] - 163:3

## V

**V3Cap** [1] - 174:7
**value** [3] - 243:14, 243:15, 244:8
**various** [1] - 299:13
**vehicle** [1] - 329:11
**vehicles** [1] - 301:6
**VELASQUEZ** [1] - 146:7
**Velasquez** [22] - 147:15, 147:21, 161:19, 190:21, 198:21, 199:6, 205:8, 205:10, 242:4, 327:21, 327:25, 328:3, 328:5, 328:8, 328:24, 329:5, 329:11, 329:21, 330:1, 330:5, 330:10, 347:15
**Venezuela** [59] - 153:16, 155:9, 155:10, 163:13, 171:23, 182:20, 191:16, 204:9, 204:10, 204:12, 219:10, 243:3, 261:13, 272:3, 272:23, 275:7, 276:16, 276:19, 276:21, 280:8, 280:12, 280:15, 281:3, 281:19, 283:5, 283:6, 284:5, 284:8, 284:10, 285:15, 290:3, 291:12, 299:4, 299:10, 299:16, 299:25, 300:17, 300:20, 302:8, 303:9, 313:5, 313:11, 313:13, 314:10, 314:14, 317:15, 322:11, 324:4, 329:2, 330:20, 330:21, 331:12, 331:18, 341:4, 342:3, 344:13, 347:7, 348:2, 348:15
**Venezuelan** [11] - 225:6, 225:10, 260:19, 260:22, 261:2, 261:5, 280:22, 281:8, 299:21, 300:9, 338:20
**verification** [1] -

174:16
**versa** [1] - 283:10
**version** [2] - 260:12, 266:15
**vet** [2] - 214:6, 223:21
**veterinarian** [1] - 209:7
**veterinary** [1] - 209:13
**via** [3] - 161:23, 194:22, 241:18
**Vice** [7] - 314:13, 314:20, 315:2, 315:7, 316:8, 316:17, 319:4
**vice** [3] - 281:3, 283:10, 314:17
**video** [1] - 315:14
**videos** [1] - 315:11
**view** [1] - 156:10
**violate** [1] - 163:3
**violation** [1] - 295:7
**visa** [9] - 177:7, 269:6, 269:23, 270:2, 313:10, 322:9, 323:5, 325:8
**Vision** [1] - 260:14
**visit** [1] - 332:13
**voice** [1] - 272:22
**vs** [1] - 146:5

## W

**wait** [9] - 186:21, 198:12, 207:10, 238:1, 238:3, 241:7, 277:11, 323:10, 343:23
**waiting** [4] - 152:6, 153:21, 179:2, 277:12
**waive** [4] - 154:5, 188:1, 245:1, 294:6
**walk** [1] - 324:6
**wants** [3] - 240:24, 295:21, 319:7
**Washington** [4] - 147:8, 313:24, 314:1, 314:2
**waste** [2] - 243:16, 244:3
**watches** [2] - 157:11, 194:12
**ways** [1] - 284:10
**website** [1] - 303:6
**wedding** [3] - 328:15, 328:18, 328:23
**weeks** [3] - 278:22, 321:19, 321:25
**Wellington** [10] - 196:4, 196:10,

196:11, 297:21, 297:24, 298:2, 298:6, 298:18, 298:19, 298:23
**WhatsApp** [22] - 151:11, 151:15, 151:17, 158:19, 186:13, 187:2, 187:3, 194:24, 241:11, 241:16, 259:13, 259:19, 259:25, 260:1, 263:17, 263:22, 266:10, 274:1, 274:4, 279:10, 320:16, 320:25
**whole** [2] - 281:16, 323:1
**wholeheartedly** [1] - 166:7
**wife** [2] - 328:16, 348:6
**WiFi** [1] - 271:5
**WILLIAM** [1] - 146:10
**wiring** [2] - 238:23, 238:25
**witness** [31] - 159:4, 172:14, 177:13, 180:9, 180:15, 189:22, 206:21, 210:25, 217:25, 220:14, 224:2, 225:23, 227:13, 229:15, 232:1, 234:25, 236:9, 237:24, 238:12, 239:3, 241:5, 244:7, 245:11, 245:14, 268:1, 315:16, 315:25, 316:2, 317:25, 320:7, 325:1
**WITNESS** [10] - 148:2, 153:24, 178:17, 179:1, 179:4, 187:22, 237:18, 240:15, 268:2, 293:19
**witnesses** [1] - 153:17
**word** [5] - 208:11, 325:25, 333:17, 334:22, 345:20
**words** [1] - 198:16
**works** [1] - 244:4
**world** [1] - 332:16
**worse** [1] - 312:12
**wrapping** [1] - 325:11
**write** [2] - 268:8, 310:10
**writing** [2] - 206:19, 291:23

**written** [4] - 323:4, 339:22, 340:20
**wrote** [3] - 290:15, 290:17, 321:8

## Y

**year** [13] - 170:22, 181:25, 191:7, 197:8, 250:6, 275:10, 275:22, 279:5, 296:2, 296:3, 297:5, 318:11, 323:1
**years** [34] - 169:7, 184:2, 184:4, 205:14, 269:18, 275:22, 291:11, 295:11, 295:13, 295:22, 295:25, 296:9, 296:14, 296:19, 307:23, 313:8, 334:17, 335:1, 335:3, 335:4, 335:6, 335:7, 335:9, 335:16, 335:21, 335:22, 337:12, 337:17, 337:18, 339:7, 347:5
**yesterday** [4] - 154:20, 154:25, 155:18, 194:15
**York** [3] - 147:8, 346:14, 346:23
**yourself** [2] - 318:23, 342:2

## Z

**Zingg** [7] - 150:6, 245:24, 246:15, 246:18, 247:10, 247:13, 247:21
**zoom** [7] - 159:14, 173:15, 176:12, 177:13, 206:23, 220:1, 222:17
**zoomed** [1] - 159:17