UNITED STATES DEPARTMENT OF THE TREASURY

OFFICE OF FOREIGN ASSETS CONTROL

REPORT OF BLOCKED TRANSACTION

### INSTITUTION INFORMATION

| INSTITUTION | TYPE OF INSTITUTION | ADDRESS: |
|---|---|---|
| JPMorgan Chase Bank N.A. | Financial Institution | ▮ |
| **CITY:** Tampa | **STATE:** Florida | **CONTACT ADDRESS:** ▮ | **TELEPHONE:** 813-▮ |
| **POSTAL CODE:** 33610 | **COUNTRY:** USA | **EMAIL ADDRESS:** ▮@jpmchase.com | **FAX NUMBER:** 813-▮ |

### Transaction information

| AMOUNT BLOCKED | DATE OF TRANSACTION | DATE OF BLOCKING | PROGRAM OR REASON FOR BLOCKING FUNDS |
|---|---|---|---|
| 1,291,902.66 USD | 11/26/2018 | 12/4/2018 | ▮ |

| ORIGINATOR NAME & ADDRESS | ORIGINATING FINANCIAL INSTITUTION NAME & ADDRESS |
|---|---|
| ADRIAN JOSE VELASQUEZ FIGUEROA ▮ PUNTA CANA REPUBLIQUE DOMINICAINE | REYL & CIE SA ▮ GENEVA SWITZERLAND CH-12-04 |

| INTERMEDIARY FINANCIAL INSTITUTION(S) NAME & ADDRESS | BENEFICIARY FINANCIAL INSTITUTION NAME & ADDRESS |
|---|---|
| **Senders Corr:** N/A  **Int Financial Inst:** JPMORGAN CHASE BANK (NEW YORK)  **Receivers Corr:** N/A | PNC BANK, N.A. PITTSBURGH PA |

| BENEFICIARY NAME & ADDRESS | ADDITIONAL RELEVANT INFORMATION (USE PAGE 2 IF MORE SPACE IS NEEDED) |
|---|---|
| ▮ | Case: ▮-026179  Investigation Case: ▮-000135  TRN: ▮330GV |

**ADDITIONAL DATA FOUND IN ORIGINATOR TO BENEFICIARY INFORMATION OR BANK TO BANK INFORMATION**

**Payment Details:**
REF. INV. ▮ NOV. 20, 2018 ▮-00003 VELASQUEZ

**Bank to Bank Information:**
N/A

PLEASE ATTACH A COPY OF PAYMENT INSTRUCTIONS AS PAGE 3 OF THIS FORM

### PREPARER INFORMATION

| SIGNATURE | NAME OF SIGNER | TITLE OF SIGNER | DATE PREPARED |
|---|---|---|---|
| ▮ | ▮ | VP, Compliance Manager | 12/17/2018 |

**ADDITIONAL INFORMATION**
**(PLEASE INCLUDE PAYMENT INSTRUCTIONS AS A SEPARATE ATTACHMENT TO THIS DOCUMENT)**

**Reason for Decision:** ███████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████ SB1561647-F2 █████████
████████████████████████

**Additional Information:**
N/A

**Source:**                             OFAC
**Location:**                           New York
**Payment Instructions:**

```
Transaction Reference ████330GV
Value Date 181126
Currency USD
Amount 1291902,66
By Order Party
Account Id /██████████████08401
Name Address ADRIAN JOSE VELASQUEZ FIGUEROA
████████████████████
PUNTA CANA
REPUBLIQUE DOMINICAINE
Sender
BIC SWF/REYLCHGG
Name Address REYLCHGGXXX
Debit Party
Account Id █████8089
Name Address REYL & CIE SA
REYL & CIE SA
████████████████
GENEVA SWITZERLAND CH-12-04
Reference Number ████████890.0001
Credit Party
Name Address PNCBANK PITT
PNC BANK, N.A.
PITTSBURGH PA
Party Id ABA/████00096
Ultimate Beneficiary
Account Id /██████5769
Name Address ████████████
███████
██████████████
Remittance Info REF. INV. ████8818 NOV. 20, 2018
████-00003 VELASQUEZ
By Order Party
Account Id /██████████████08401
Name Address ADRIAN JOSE VELASQUEZ FIGUEROA
CAP CANA, SOLAR AREA DEL VIVERO
PUNTA CANA,
REPUBLIQUE DOMINICAINE
Sender
BIC SWF/████████
Name Address REYLCHGGXXX
Debit Party
Reference Number ████████890.0001
Credit Party
BIC SWF/PNCCUS33XXX
Ultimate Beneficiary
Account Id /██████5769
Name Address ████████████
███████
██████████████
Remittance Info REF. INV. ████████
NOV. 20, 2018
████-00003
VELASQUEZ
```