EXHIBIT DX 10



Gobierno Bolivariano de Venezuela | Planificacion y Finanzas



# ACTA DE ENTREGA
## Período: MAYO 2011 - ABRIL 2013

**Tesorera Saliente**
Claudia P. Díaz Guillén

**Tesorera Entrante**
Maria Elisa Dominguez Velasco

## TOMO I

COPIA

## ACTA DE ENTREGA DE LA OFICINA NACIONAL DEL TESORO

En el día de hoy, veintiuno (21) de abril de 2013, reunidos en la sede de la Oficina Nacional del Tesoro, ubicada en la ciudad de Caracas, Avenida Urdaneta, Esquina Carmelitas de la Parroquia Altagracia, Municipio Libertador del Distrito Capital, Planta Baja de la Torre Norte del Ministerio del Poder Popular de Planificación y Finanzas, la ciudadana **CLAUDIA PATRICIA DIAZ GUILLEN**, titular de la cédula de identidad 11.502.896, quien fuera designada como Tesorera Nacional, según Decreto N° 8.216 de fecha 16 de mayo de 2011, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.674 de la misma fecha, quien en lo sucesivo a los efectos de esta Acta se denominará **Tesorera Saliente** y la ciudadana **MARIA ELISA DOMINGUEZ**, titular de la cédula de identidad N° 6.843.388, designada mediante Resolución N° 3297 de fecha 18 de Abril de 2013, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.150 de la misma fecha, en lo sucesivo **Tesorera Entrante**; en presencia del ciudadano **JORGE A. GIORDANI CORDERO**, titular de la cédula de identidad N° 3.552.189, en su carácter de Ministro del Poder Popular de Planificación y Finanzas, con el objeto de formalizar la entrega de la Oficina Nacional del Tesoro, órgano desconcentrado del Ministerio del Poder Popular de Planificación y Finanzas, rector del Sistema de Tesorería, cuya creación consta en el artículo 108 de la Ley Orgánica de la Administración Financiera del Sector Público. La referida entrega de la Oficina Nacional del Tesoro se realiza en cumplimiento de lo dispuesto en el artículo 289 de la Constitución de la República Bolivariana de Venezuela, en concordancia con los numerales 1 y 10 del artículo 14, artículos 51, 53 y 91 numeral 25 de la Ley Orgánica de la Contraloría General de la República y del Sistema Nacional de Control Fiscal y atendiendo a lo previsto en las Normas para Regular la Entrega de los Órganos y Entidades de la Administración Pública y de sus respectivas Oficinas o Dependencias, contenidas en la Resolución de la Contraloría General de la República N° 01-00-000162 del 27 de julio de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.229 de fecha 28 de julio de 2009. En tal sentido, la **Tesorera Saliente** desarrolla de manera sucinta relación de la gestión realizada desde el 16 de mayo de 2011 hasta la fecha de la suscripción de esta Acta, constante de SEISCIENTOS SETENTA Y CUATRO (674) folios útiles, contentiva de los siguientes aspectos:

1. Situación Presupuestaria, Financiera y Patrimonial
2. Relación de Personal
3. Inventario de Bienes Muebles
4. Situación del Plan Operativo en atención a las metas presupuestarias
5. Índice General del Archivo y Correspondencia
6. Logros y metas Institucionales



7. Presentación Institucional
8. Flujo de Fondos del Tesoro Nacional
9. Relación de Cuentas con Fondos del Tesoro
10. Relación de Cuentas de Servicio de Tesorería
11. Inversiones
12. Programación Financiera
13. Cuenta Única
14. Egresos Fiscales
15. Ingresos Fiscales
16. Servicio de Tesorería
17. Tecnología de la Información
18. Inventario de la Bóveda
19. Memoria Fotográfica

Se suscribe un (1) original y tres (3) copias de esta acta y sus anexos certificados, de un mismo tenor y a un solo efecto. Es todo, se leyó y suscriben en señal de recepción.-

**CLAUDIA P. DIAZ GUILLEN**
Tesorera Nacional (saliente)

**MARIA ELISA DOMINGUEZ VELASCO**
Tesorera Nacional (entrante)

**JORGE A. GIORDANI CORDERO**
MINISTRO DEL PODER POPULAR
DE PLANIFICACIÓN Y FINANZAS

## CERTIFICACIÓN

Quien suscribe CLAUDIA PATRICIA DÍAZ GUILLEN, titular de la Cédula de Identidad N° V-11.502.896, en mi carácter de TESORERA NACIONAL (SALIENTE), designada mediante DECRETO N° 8.216 de fecha 16 DE MAYO DE 2011, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.674, de la misma fecha, certifico: que las copias fotostáticas que se acompañan a esta acta son copia fiel y exacta de sus originales, constante de seiscientos setenta y cuatro (674) folios útiles.

Certificación que se expide en Caracas a los 22 días del mes de Abril de 2013.

CLAUDIA P. DÍAZ G.
C.I. N° V-11.502.896