

N°.ONT-DAS  **005587**           Caracas, **06 SEP 2012**

Ciudadano:
**SRES BANCO MERCANTIL**
Agencia Esq. De Salas
Su Despacho.-

Tengo el agrado de dirigirme a usted, en la oportunidad de saludarle y a la vez solicitarle la emisión del Cierre de la Cuenta correspondiente a la cuenta corriente N° 01050699901699079889 a nombre de la Oficina Nacional del Tesoro. Motivo a la siguiente solicitud, ya que esta Oficina Nacional se encuentra en periodo de Auditoria.

Asi mismo se autoriza al ciudadano AMADOR VERAMENDI cédula de identidad No. 11.029.409 para retirar los documentos solicitados por nuestra Oficina Nacional.

Sin otro particular, se suscribe de usted.

Atentamente,

CLAUDIA DIAZ
TESORERA NACIONAL

TRUDDY MACHADO
DIR. GENERAL DE ADMON
Y SERVICIOS

PL/TM/ch

Esq. de Carmelitas a Altagracia, Edif. Norte Ministerio del Poder Popular de Planificación y Finanzas, PB. T. 802460

**EXHIBIT DX 13**

 

**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular de **Planificación y Finanzas**

N°.ONT-DAS  005588

Caracas, 06 SEP 2012

Ciudadano:
**SRES BANCO MERCANTIL**
Agencia Esq. De Salas
Su Despacho.-

Tengo el agrado de dirigirme a usted, en la oportunidad de saludarle y a la vez solicitarle la emisión del Cierre de la Cuenta correspondiente a la cuenta corriente N° 01050745471746014598 a nombre de la Oficina Nacional del Tesoro. Motivo a la siguiente solicitud, ya que esta Oficina Nacional se encuentra en período de Auditoría.

Así mismo se autoriza al ciudadano **AMADOR VERAMENDI** cédula de identidad No. 11.029.409 para retirar los documentos solicitados por nuestra Oficina Nacional.

Sin otro particular, se suscribe de usted.

Atentamente,

**CLAUDIA DIAZ**
TESORERA NACIONAL

**TRUDDY MACHADO**
DIR. GENERAL DE ADMON
Y SERVICIOS

PL/TM/cr

Esq. de Carmelitas a Altagracia, Edif. Norte Ministerio del Poder Popular de Planificación y Finanzas, PB. T. 8024605 / 4606, Caracas - Venezuela

 

N°.ONT-DAS
**005589**

Caracas,

06 SEP 2012

Ciudadano:
**SRES BANCO MERCANTIL**
Agencia Esq. De Salas
Su Despacho.-

Tengo el agrado de dirigirme a usted, en la oportunidad de saludarle y a la vez solicitarle la emisión del Cierre de la Cuenta correspondiente a la cuenta corriente N° 01050746491746012641 a nombre de la Oficina Nacional del Tesoro. Motivo a la siguiente solicitud, ya que esta Oficina Nacional se encuentra en periodo de Auditoría.

Así mismo se autoriza al ciudadano **AMADOR VERAMENDI** cédula de identidad **No. 11.029.409** para retirar los documentos solicitados por nuestra Oficina Nacional.

Sin otro particular, se suscribe de usted.

Atentamente,

**CLAUDIA DÍAZ**
**TESORERA NACIONAL**

**TRUDDY MACHADO**
**DIR. GENERAL DE ADMON Y SERVICIOS**

PL/TM/cr

Esq. de Carmelitas a Altagracia, Edif. Norte Ministerio del Poder Popular de Planificación y Finanzas, PB, T. 8024605 / 4606, Caracas - Venezuela