

[Logo] NATIONAL OFFICE OF THE TREASURY   [Logo] NATIONAL OFFICE OF THE TREASURY   [Logo] NATIONAL OFFICE OF THE TREASURY   [Logo] NATIONAL OFFICE OF THE TREASURY

# NATIONAL OFFICE OF THE TREASURY
# REPORT 03/31/2013

[ADHESIVE STAMP:] EXHIBIT
DX 24



DEFENDANT'S
EXHIBIT

**24a**

1

| [Logo] NATIONAL OFFICE OF THE *TREASURY* | [Logo] NATIONAL OFFICE OF THE *TREASURY* | [Logo] NATIONAL OFFICE OF THE *TREASURY* | [Logo] NATIONAL OFFICE OF THE *TREASURY* |

**COLLECTION OF REVENUE**
**FROM 01/01/2013 TO 03/31/2013**
(MILLIONS OF BOLIVARS)

| TYPE | BUDGETARY LAW | COLLECTION | DIFFERENCE | % Fulfillment |
|---|---|---|---|---|
| 1.- OIL | 17,548 | 14,298 | -3,250 | 81% |
| 2.- SENIAT | 44,323 | 58,281 | 13,958 | 131% |
| 3.- OTHERS | 2,729 | 76 | -2,653 | 3% |
| 4.- SOURCE OF FINANCING | 23,839 | 36,556 | 12,717 | 153% |
| **TOTAL** | **88,439** | **109,211** | **20,772** | **123%** |

Note: The Budgetary Law figures are as of 03/31/2013.  The non-generation of surpluses by PDVSA is compensated by the surpluses of SENIAT in the amount of Bs. 13,958 million.

[SENIAT-Servicio Nacional Integrado de Administración Aduanera y Tributaria- National Integrated Customs and Tax Administration, PDVSA-Petróleos de Venezuela, Sociedad Anónima-Petroleum of Venezuela]

2

| [Logo] NATIONAL OFFICE OF THE *TREASURY* | [Logo] NATIONAL OFFICE OF THE *TREASURY* | [Logo] NATIONAL OFFICE OF THE *TREASURY* | [logo] NATIONAL OFFICE OF THE *TREASURY* |
|---|---|---|---|

## COLLECTION OF REVENUE
### FROM 01/01/2013 TO 03/31/2013
### (MILLIONS OF BOLIVARS)

**PETROLEUM REVENUE**

| MONTH | BUDGETARY LAW | COLLECTION AS OF 03/31/2013 | DIFFERENCE |
|---|---|---|---|
| JAN | 5,422 | 7 | -5,415 |
| FEB | 5,174 | 207 | -4,967 |
| MAR | 6,952 | 14,084 | 7,132 |
| TOTAL | 17,548 | 14,298 | -3,250 |

↓

As of 03/31/2013 PDVSA owes a total of Bs 3,250 million. There is a difference of Bs. 541 million income tax from joint ventures that are included in SENIAT collections.

**SENIAT**

| MONTH | BUDGETARY LAW | COLLECTION AS OF 03/31/2013 | DIFFERENCE |
|---|---|---|---|
| JAN | 12,463 | 15,340 | 2,876 |
| FEB | 12,497 | 15,251 | 2,754 |
| MAR | 19,363 | 27,689 | 8,326 |
| TOTAL | 44,323 | 58,280 | 13,957 |

↓

As of 03/31/2013, SENIAT has generated a surplus of Bs 13,957 million, of which, Bs. 3,188 million corresponds to legal items for 2013; however, these surpluses are compensated with the non-fulfilment of the budgetary goal for oil.

[ISLR- Impuesto Sobre la Renta- Income tax]

| [Logo] | NATIONAL OFFICE OF THE TREASURY | [Logo] | NATIONAL OFFICE OF THE TREASURY | [Logo] | NATIONAL OFFICE OF THE TREASURY | [Logo] | NATIONAL OFFICE OF THE TREASURY |

## PROJECTED SURPLUSES AS OF ASF  12/31/2013
### (MILLIONS OF BOLIVARS)

### OIL REVENUE

| MONTH | BUDGETARY LAW | BEST VISION OIL | PROJECTED SURPLUSES |
|---|---|---|---|
| JAN | 5,421.65 | 7.00 | -5,414.65 |
| FEB | 5,174.24 | 207.00 | -4,967.24 |
| MAR | 6,951.99 | 14,084.00 | 7,132.01 |
| APR | 5,869.04 | 12,126.29 | 6,257.26 |
| MAY | 7,702.68 | 10,428.39 | 2,725.71 |
| JUN | 6,619.74 | 12,916.61 | 6,296.87 |
| JUL | 6,619.74 | 8,916.61 | 2,296.87 |
| AUG | 7,702.68 | 10,428.39 | 2,725.71 |
| SEP | 6,619.74 | 8,916.61 | 2,296.87 |
| OCT | 8,121.22 | 10,986.09 | 2,864.88 |
| NOV | 8,268.22 | 10,986.30 | 2,718.09 |
| DEC | 8,108.73 | 10,909.72 | 2,801.00 |
| TOTAL | 83,179.65 | 110,913.02 | 27,733.37 |

### SENIAT

| MONTH | BUDGETARY LAW | BEST VISION OIL | PROJECTED SURPLUSES |
|---|---|---|---|
| JAN | 12,463.43 | 15,339.93 | 2,876.50 |
| FEB | 12,496.86 | 15,251.29 | 2,754.42 |
| MAR | 19,362.59 | 27,689.40 | 8,326.81 |
| APR | 17,209.81 | 18,209.81 | 1,000.00 |
| MAY | 14,428.49 | 15,428.49 | 1,000.00 |
| JUN | 17,582.71 | 18,562.71 | 1,000.00 |
| JUL | 16,215.55 | 17,215.55 | 1,000.00 |
| AUG | 17,512.00 | 18,512.00 | 1,000.00 |
| SEP | 18,400.23 | 19,400.23 | 1,000.00 |
| OCT | 17,764.38 | 18,764.28 | 1,000.00 |
| NOV | 19,618.12 | 20,618.12 | 1,000.00 |
| DEC | 22,411.32 | 23,411.32 | 1,000.00 |
| TOTAL | 205,465.50 | 228,423.23 | 22,957.73 |

The April-December 2013 Period corresponds to PDVSA estimations according to their best vision.  Of the Bs. 27,733 million, approx. Bs. 6,100 correspond to legal items

The April-December 2013 Period corresponds to the estimation of surpluses of Bs. 1,000 million per month. Of the Bs. 22,957 million, approx.  Bs. 6,800 correspond to legal items.

| [Logo] | NATIONAL OFFICE OF THE *TREASURY* | [Logo] | NATIONAL OFFICE OF THE *TREASURY* | [Logo] | NATIONAL OFFICE OF THE *TREASURY* | [Logo] | NATIONAL OFFICE OF THE *TREASURY* |

**ESTIMATED DEFICIT**
**2013 Budget**
**(Does not include Increment of the Minimum salary)**
**(MILLIONS OF BOLIVARS)**

| ITEMS | AMOUNT |
|---|---|
| VZ. SOC. SEC. INST. (PENSIONS) [1] | 50,537 |
| UNIVERSITIES | 25,102 |
| PUBLIC DEBT | 12,459 |
| MINISTRY OF EDUCATION [2] | 35,512 |
| MINISTRY OF DEFENSE | 15,537 |
| REGIONAL ELECTIONS | 2,000 |
| PEOPLE'S MIN. OF LAND TRANSPORTATION | 27,100 |
| REMAINING MINISTRIES | 34,758 |
| **TOTAL PROJECTED DEFICIT** | **203,005** |

1/ The VZ. Soc. Sec. Inst. has budgetary credits available for pensioners until the Month of April 2013

2/ The People's Min. of Education has budgetary credits available for wages and salaries until the Month of July of 2013

5



| [Logo] | NATIONAL OFFICE OF THE *TREASURY* | [Logo] | NATIONAL OFFICE OF THE *TREASURY* | [Logo] | NATIONAL OFFICE OF THE *TREASURY* | [Logo] | NATIONAL OFFICE OF THE *TREASURY* |

### CURRENT PROCESS OF CERTIFICATION AND CONTROL OF ADDITIONAL CREDITS

[Image]

① **PUBLIC AGENCIES REQUEST ADDITIONAL RESOURCES THROUGH REQUESTING MEMORANDUMS**

↓

⑦ **THE AGENCY ISSUES THE PAYMENT ORDER TO THE ONT FOR PAYMENT OF SAME**

↑

⑥ **REQUEST FOR DISBURESEMENT AGREEMENT AMOUNT (ONAPRE)**    **REQUEST FOR DISBURSEMENT PAYMENT (ONT)**

[Image of illegible sample document]

↑

② **THE PRESIDENT OF THE REPUBLIC APPROVES OR DISAPPROVES THE GRANTING OF REQUESTED RESOURCES AND DESIGNATES THE SOURCE OF FINANCING.**

↓

⑤ **THE DECREE IS PUBLISHED IN THE OFFICIAL GAZETTE**

↑    ↑

**COUNCIL OF MINISTERS**    **NATIONAL ASSEMBLY**

↑    ↑

[Image of illegible sample document]

**CORRECTION**    **ADDITIONAL CREDIT**

④

③ **A COPY OF REQUESTING MEMORANDUM IS SENT TO THE ONT. THE CERTIFICATION OF THE SOURCES IS PREPARED AND SAME IS SENT TO ONAPRE.**

→

**ONAPRE PREPARES A FILE FOR APPROVED AND CERTIFIED ADDITIONAL CREDIT**

[ONT- OFICINA NACIONAL DE TSORERÍA- NATIONAL OFFICE OF THE TREASURY, ONAPRE- OFICINA NACIONAL DE PRESUPUESTO- NATIONAL BUDGET OFFICE]

| [Logo] | NATIONAL OFFICE OF THE **TREASURY** | [Logo] | NATIONAL OFFICE OF THE **TREASURY** | [Logo] | NATIONAL OFFICE OF THE **TREASURY** | [Logo] | NATIONAL OFFICE OF THE **TREASURY** |

## Notes

- Additional Credits are financed with surplus resources not contemplated in the Initial budgetary law, such as:
    a. Dividends of companies and banks of the Republic
    b. Excess oil and tax resources once the budget goal is met.
    c. Bond placement premiums once the appropriate issuance is completed.
    d. Contributions or donations of unused resources from companies and banks of the Republic.
    e. Resources of Additional Credits not applied in a timely manner

- Surplus and/or extraordinary resources must be available at the Treasury for their certification.

- For the year 2012, legal items are owed in the amount of Bs. 4,195 million, which correspond to the Income Due to Municipalities Pursuant to the Constitution  Bs. 1,107 million, TSJ Bs. 474 million, and FCI, Bs. 2,614 million. These resources are available in the Treasury.

[TSJ -Tribunal Supremo de Justicia- Supreme Tribunal of Justice, FCI-Fondo de Compensción Interterritorial - Interterritorial Compensation Fund]

7

| [Logo] | NATIONAL OFFICE OF THE TREASURY | [Logo] | NATIONAL OFFICE OF THE TREASURY | [Logo] | NATIONAL OFFICE OF THE TREASURY | [Logo] | NATIONAL OFFICE OF THE TREASURY |
|---|---|---|---|---|---|---|---|

## Basis for Calculating
## Legal Contributions

| ITEM | BASIS FOR CALCULATION |
|---|---|
| CONSTITUTIONALLY SITUATED | 20% ORDINARY REVENUE |
| JUSTICE SYSTEM (TSJ) | 2% ORDINARY REVENUE |
| INTER-TERRITORIAL COMPENSATION FUND (FCI) | 15% VAT |
| | 25% (ORDINARY REVENUE – INCOME DUE TO MUNICIPALITIES  PURSUANT TO THE CONSTITUTION) |

Note: The Interterritorial Compensation Fund (FCI) has two sources: 15% of VAT, and 25% of the difference between Ordinary Rev. and the Income Due to Municipalities Pursuant to the Constitution. For Fiscal Year 2012 no income was generated for this fund by this last source.

8

| [Logo:] Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances** | [Logo:] **VENEZUELAN heart** | [Logo:] National Office of the Treasury |
|---|---|---|---|

**Onward Commander**
[Photographic image]
**On the way to victory.**
we will live and
we will overcome!

[Photographic image]

**June 11th, 2012**
**Registration of the Presidential Candidacy**

**Summary of Availability from the National Treasury, Great Mission Venezuela and PDVSA Global Fund**

LAST VERSION
02:00 PM

### INDEX

| DESCRIPTION | Pag. |
|---|---|
| GREAT MISSION VENEZUELA GLOBAL FUND | 1 |
| SUMMARY OF THE AVAILABILITY OF THE FINANCIAL RESOURCES OF THE TREASURY | 2 |
| NATIONAL TREASURY RESERVED RESOURCES | 2A |
| SUMMARY OF PDVSA ESTIMATED AVAILABILITY AS OF 12-31-2012 | 3 |
| SUMMARY OF THE PDVSA SOCIAL FUND AVAILABILITY | 3A |
| DESCRIPTION OF ENERGETIC COOPERATION AGREEMENTS | 3B |
| EFFICIENCY FUND | 4 |
| INVESTMENTS OF THE TREASURY          [Watermark:] NATIONAL OFFICE OF THE TREASURY | 5 |
| REVENUE FROM INTEREST | 6 |
| MIRANDA FUND | 7 |
| ADJUSTMENTS  2012 | 8 |
| BCV PROFITS | 9 |
| ECONOMIC FUND | 10 |
| EXCHANGE -200 FUND | 11 |
| SCIENTIFIC FUND | 12 |
| SAVINGS FUND | [Text covered by adhesive stamp] |
| EXECUTION BUDGET LAW 2012 | [Text covered by adhesive stamp] |
| **Friday, June 8th, 2012** | |

[BCV-Banco Central de Venezuela- Central Bank of Venezuela,
PDVSA-Petróleos de Venezuela, Sociedad Anónima- Petroleum of Venezuela]

[ADHESIVE STAMP:] EXHIBIT
DX 27



DEFENDANT'S EXHIBIT

**27a**



**SPECIAL LAW OF COMPLEMENTARY INDEBTEDNESS FOR THE 2011 FISCAL YEAR**
(Thousands of Bs.)

| | GRAND MISSION VENEZUELA GLOBAL FUND (Thousands of Bolivars) | | | | |
|---|---|---|---|---|---|
| | DESCRIPTION | ASSIGNED AMOUNT | APPROVED REQUESTING MEMORANDUM | PENDING APPROVAL | RESOURCES DEPOSITED INTO THE O.N.T. PURSUANT TO LAW OF INDEBTEDNESS / 1 |
| 1.1 | GREAT HOUSING MISSION VENEZUELA SECTOR FUND | 10,000,000.00 | 10,000,000.00 | 0.00 | 10,000,000.00 |
| 1.2 | THE GREAT AGRO-VENEZUELA MISSION | 9,855,000.00 | 9,673,735.71 | 181,264.29 | 9,855,000.00 |
| 1.3 | GREAT KNOWLEDGE AND WORK VENEZUELA MISSION SECTOR FUND | 9,500,000.00 | 6,964,486.32 | 2,535,513.68 | 9,500,000.00 |
| 1.4 | VENEZUELA EMERGENCIES AND NATURAL DISASTERS SECTOR FUND | 5,000,000.00 | 5,000,000.00 | 0.00 | 5,000,000.00 |
| TOTAL | | 34,355,000.00 | 31,638,222.03 | 2,716,777.97 | 34,355,000.00 |

Note: / 1 From the amount entered in thousands of Bs. of 34,355,000.00, the amount in thousands of Bs. of 31,638,222.03, corresponding to approved memorandums must be deducted.

It was decided that the amount in thousands of Bs. of 12,900,000 in international sovereign bonds, of which in thousands of Bs., the amount of 12,255,000 was placed, due to the conditions of the international financial markets.

1

**GREAT MISSION VENEZUELA GLOBAL FUND**

EXPLANATORY NOTE FOR THE AGRO-VENEZUELA MISSION FUND

**(01) Account was approved:**

People's Ministry of Agriculture and Lands, destined toward the culmination and initiation of ten (10) works of the Venezuelan Corporation of Food Products (CVAL). Req. Memorandum No. 105-2011 dated 03/11/2012

| 216,933.75 |
|---|

| 398,198.04 | - | 216,933.75 | = | 181,264.29 |
|---|---|---|---|---|

1a

---

**GREAT MISSION VENEZUELA GLOBAL FUND**

**EXPLANATORY NOTE FOR THE KNOWLEDGE AND WORK VENEZUELA MISSION FUND**

**(01) account was approved:**

[Watermark:] Office of the National Treasury

People's Ministry for Science, Technology and Innovation, destined toward large- and small-scale projects in science and technology. Req. Memorandum No. 040 dated 04/18/2012

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| 1,189,214.79 |
|---|

| 3,724,728.47 | - | 1,189,214.79 | = | 2,535,513.68 |
|---|---|---|---|---|

1b

[CVAL- Corporación Venezolana de Alimentos- Venezuelan Foods Corporation]

## GREAT MISSION VENEZUELA GLOBAL FUND

### EXPLANATORY NOTE FOR THE GREAT HOUSING MISSION VENEZUELA SECTOR FUND

**(01) account was approved:**

People's Ministry for Domestic Affairs and Justice, destined toward the acquisition of 1000 new homes for families affected during the year 2012, due to the contingencies related to the water level of the Valencia or Tacarigua Lake. Req. Memorandum No. 08 dated 05/13/2012.

|  |  | 400,000.00 |
|---|---|---|

| 1,679,740.64 | - | 400,000.00 | = | 1,279,740.64 |

1c

## SUMMARY OF THE AVAILABILITY OF FINANCIAL RESOURCES OF THE NATIONAL TREASURY

### (Thousands of Bolivars)

| | | | | |
|---|---|---|---|---|
| 1. | INVESTMENTS OF THE NATIONAL TREASURY | A | | 549,754.31 |
| 2. | MIRANDA FUND | B | | 1,983,997.87 |
| 3. | RECTIFICATIONS 2012 | C | | 1,560,000.74 |
| 4. | BCV PROFITS | D | | 6,853.02 |
| 5. | ECONOMIC FUND | E | | 10,643.40 |
| 6. | EXCHANGE FUND - 200 | F | | 1,853,873.35 |
| 7. | SCIENTIFIC FUND | G | | 604,901.32 |
| 8. | EFFICIENCY FUND | H | | 3,597,483.09 |
| | 8.1 - DIVIDENDS OF THE MAIQUETÍA AIRPORT | | | 10,000.00 |
| | 8.2 - AREPERAS POPULARES | | | 348.42 |
| | 8.3 - BOLIPUERTOS DIVIDENDS | | | 5,642.73 |
| | 8.4 - DIVIDENDS OF THE BANCO DE VENEZUELA (2009 - I and II 2010 - I 2011) | | | 6,872.51 |
| | 8.5 - DIVIDENDS OF THE BANCO DE VENEZUELA (Profits September-October-November-December 2011) | | | 0.00 |
| | 8.6 - DIVIDENDS OF THE BANCO DE VENEZUELA (January - February - March 2012) | | | 1,088,168.89 |
| | 8.7 - CANTV DIVIDENDS (2010)                    [watermark: NATIONAL OFFICE OF THE TREASURY] | | | 131,508.21 |
| | 8.8 - CANTV DIVIDENDS (2010) | | | 27,999.64 |
| | 8.9 - DIVIDENDS OF THE BANK OF THE TREASURY | | | 196,063.93 |
| | 8.10 - DIVIDENDS OF THE BANK OF THE TREASURY (Profits September-October-November-December 2011) | | | 108,487.83 |
| | 8.11 - DIVIDENDS OF THE BANK OF THE TREASURY (January - February - March 2012) | | | 246,886.27 |
| | 8.12 - DIVIDENDS (ECISA-CVA-FONDAS- ENLANDES-CORPOZULIA) | | | 4,924.55 |
| | 8.13 - DIVIDENDS OF THE BANCO INDUSTRIAL DE VENEZUELA | | | 0.00 |
| | 8.14 - LACTEOS DE LOS ANDES C.A. | | | 15,223.00 |
| | 8.15 - DIANA INDUSTRIES | | | 6,483.10 |
| | 8.16 - CAFÉ VENEZUELA | | | 200.32 |
| | 8.17 - VENETUR | | | 20,000.00 |
| | 8.18 - DIVIDENDS OF THE SOCIALIST BUSINESSES AND UNITS OF SOCIAL PROPERTY (PEOPLE'S MINISTRY OF AGRICULTURE AND LANDS) | | | 16,817.07 |
| | 8.19 - DIVIDENDS OF BINGOS AND CASINOS | | | 11,716.72 |
| | 8.20 - LIQUIDATION OF THE PORTS OF THE CENTRAL COAST | | | 142,000.00 |
| | 8.21 - BANDES BOLIVIA DIVIDENDS | | | 56,727.23 |
| | 8.22 - MY HOUSE MY CAR FUND | | | 1,177,903.32 |
| | 8.23 - BANDES FUND | | | 323,509.34 |
| | GENERAL TOTAL AVAILABLE AS OF Friday, June 8, 2012)          (I = A+B+C+D+E+F+G+H) | I | | 10,167,507.10 |

2

## RESERVED RESOURCES
## OF THE NATIONAL TREASURY
### (Thousands of Bolivars)

| | | |
|---|---|---:|
| INVESTMENTS OF THE NATIONAL TREASURY | A | 4,317,385.28 |
| MIRANDA FUND 2011 | B | 11,414,984.36 |
| ADJUSTMENTS 2012 | C | 770,648.60 |
| EFFICIENCY FUND | D | 3,998,789.92 |
| BCV PROFITS | E | 12,190.14 |
| ECONOMIC FUND | F | 145,862.08 |
| EXCHANGE FUND - 200 | G | 4,680,293.55 |
| SCIENTIFIC FUND | H | 300,000.00 |
| SAVINGS FUND | I | 234,571.05 |
| TOTAL AS OF Friday, of June 8, 2012   (A+B+C+D+E+F+G+H+I=J) | J | 25,874,724.99 |

2a

## SUMMARY OF THE AVAILABILITY OF PDVSA
## AS OF 06-08-12 AND ESTIMATED FOR 12-31-12
### (Millions of US$)

| | | | AVAILABLE AS OF 06-08-2012 | AVAILABILITY TO BE COMMITTED AS OF 12-31-2012 |
|---|---|---|---:|---:|
| | [Watermark:] NATIONAL OFFICE OF THE TREASURY | | | |
| 1.- | VENEZUELA - ARGENTINA COMPREHENSIVE COOPERATION AGREEMENT | A | 0.00 | 313.95 |
| 2.- | VENEZUELA - URUGUAY COMPREHENSIVE COOPERATION AGREEMENT | B | 13.54 | 194.86 |
| 3.- | VENEZUELA - BOLIVIA COMPREHENSIVE COOPERATION AGREEMENT (EVO FULFILLS) | C | 0.00 | 0.00 |
| 4.- | VENEZUELA - PORTUGAL OIL FUND | D | 0.00 | 29.74 |
| 5.- | VENEZUELA - CUBA COMPREHENSIVE COOPERATION AGREEMENT (COMPENSATION) | E | 0.00 | 0.00 |
| 6.- | BELARUSIAN - VENEZUELAN OIL FUND (ACCUMULATED IN BELARUS) | F | 1,390.88 | 1,802.33 |
| 7.- | NAPHTA BRASKEM, S.A. FUND, BRAZIL (PROJECTS EXECUTED BY ODEBRECHT) | G | 266.74 | 297.52 |
| 8.- | IRANIAN - VENEZUELAN AGREEMENT (RESTRICTED FUND) | H | 124.45 | 124.45 |
| 9.- | SYRIAN - VENEZUELAN AGREEMENT (RESTRICTED FUND) | I | 59.80 | 59.80 |
| | GENERAL TOTAL AVAILABLE IN DOLLARS AS OF Friday, June 8, 2012 (J=A+B+C+D+E+F+G+H+I) | J | 1,855.41 | 2,822.65 |

3

**SUMMARY OF AVAILABILITY OF THE SOCIAL**

**FUNDS OF PDVSA AS OF 06-08-2012**

**(Thousands of Bolivars)**

|   |   |   | AVAILABLE AS OF 06-08-2012 | ESTIMATED CONTRIBUTIONS FROM 06-09 TO 12-31-2012 | AVAILABILITY TO BE COMMITTED AS OF 12-31-2012 |
|---|---|---|---|---|---|
| 1. | INDEPENDENCE FUND | A | 0.00 | 12,575,932.00 | 12,575,932.00 |
| 2. | PDVSA SOCIAL DEVELOPMENT FUND | B | 0.00 | 0.00 | 0.00 |
| 3. | ASPHALT FUND | C | 0.00 | 561,579.00 | 561,579.00 |
| | GENERAL TOTAL AVAILABLE AS OF Friday, June 8, 2012 (D = A+B+C)) | D | 0.00 | 13,137,511.00 | 13,137,511.00 |

**NOTE: DESCRIPTION OF THE ENERGY-RELATED COOPERATION AGREEMENTS PAGE 3B →**

3a

| DESCRIPTION OF ENERGY-RELATED COOPERATION AGREEMENTS | |
|---|---|
| COMPREHENSIVE COOPERATION AGREEMENT ARGENTINA | (04-06-2004) PDVSA WITH CAMMESA AND ENARSA, ONLY PROJECTS TO BE EXECUTED IN VENEZUELA BY ARGENTINE COMPANIES (REFINANCED DEBT THAT ALLOWS CONTRACTING WITH OTHER ARGENTINE COMPANIES). PAYMENT ALLOWED IN GOODS AND SERVICES IN VENEZUELA, USING PAPERS ISSUED BY ARGENTINA. |
| COMPREHENSIVE COOPERATION AGREEMENT URUGUAY | (03-02-2005) ENERGY COOPERATION AGREEMENT OF CARACAS PDVSA - ANCAP (PORTLAND NATIONAL FUELS, ALCOHOL AND ADMINISTRATION). PAYMENT ALLOWED IN GOODS AND SERVICES FOR VENEZUELA. |
| COMPREHENSIVE COOPERATION AGREEMENT BOLIVIA | (01-23-2006) PDVSA - YPFB, NON-REFUNDABLE PROJECTS (THE ORIGINAL SCHEME WITH BOLIVIA IT WAS THE EVO CUMPLE PROGRAM, FROM THE DATE IN WHICH THE BOLIVIAN AUTHORITIES APPROVE IT, IT WILL BE THE ALBA SCHEME) |
| OIL AGREEMENT PORTUGAL | (05-13-2008) SUPPLEMENTARY AGREEMENT PDVSA - PETROGAL, PUBLIC SECTOR OF VENEZUELA CAN COUNT ON PORTUGUESE COMPANIES, PRIOR APPROVAL OF THE PDVSA AND/OR BARIVEN. PAYMENT ALLOWED IN GOODS AND SERVICES FOR VENEZUELA, DURING 2012 NO MORE VOLUMES HAVE BEEN DISPATCHED. |
| COMPREHENSIVE COOPERATION AGREEMENT CUBA | (10-30-2000) PDVSA - CUPET AND CUBAMETALES COMPREHENSIVE COOPERATION AGREEMENT. GOODS AND SERVICES FOR BARRIO ADENTRO I, II, III AND IV (THE OUTLINE OF THE AGREEMENT WITH CUBA IS COMPENSATION WITH GOODS AND SERVICES MAINLY FOR THE INSIDE NEIGHBORHOOD MISSION) |
| BELARUSIAN OIL FUND | (07-24-2006) CREATION OF A JOINT GOODS AND/OR SERVICES COMPANY COMING FROM THE REPUBLIC OF BELARUS. ALLOWED PAYMENT ON GOODS AND SERVICES FOR VENEZUELA. (THE AMOUNT OF THE BIELO - VENEZUELAN FUND IS FOUND ACCUMULATED IN BELARUS) |
| NAPHTA BRASKEM, S.A. FUND, BRAZIL | (05-10-2011) WORKS EXECUTED BY THE ODEBRECHT GROUP COMPANIES. |
| IRANIAN AGREEMENT | (09-06-2009) COOPERATION AGREEMENT IN THE AREAS OF ENERGY AND PETROCHEMICALS PDVSA - NIOC. PAYMENT ALLOWED IN GOODS AND SERVICES FOR VENEZUELA. (THE IRANIAN FUND IS IN THAT COUNTRY, IN WHICH THERE ARE RESTRICTIONS FOR ITS MOBILIZATION) |
| SYRIAN AGREEMENT | (10-21-2010) CONSTITUTION OF A JOINT COMPANY TO BE INAUGURATED IN 2013. PAYMENT ALLOWED IN GOODS AND SERVICES FOR VENEZUELA. (THE SYRIAN FUND IS LOCATED IN THAT COUNTRY IN WHICH THERE ARE RESTRICTIONS FOR ITS MOBILIZATION) |

3b

### EFFICIENCY FUND

**(Thousands of Bolivars)**

[Watermark:] NATIONAL OFFICE OF THE TREASURY]

| EFFICIENCY FUND | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| | 7,596,273.01 | 3,998,789.92 | 3,597,483.09 |

4

### INVESTMENTS OF THE NATIONAL TREASURY

**(Thousands of Bolivars)**

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| INVESTMENTS OF THE NATIONAL TREASURY | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| | 4,867,139.59 | 4,317,385.28 | 549,754.31 |

5

## EXPLANATORY NOTES

### (Thousands of Bolivars)

### INVESTMENTS OF THE NATIONAL TREASURY

**(01) account was approved:**

Vice Presidency of the Republic, destined to defray the expenses of the corresponding personnel for Fiscal Year 2012 of the National Superintendency of Costs and Prices.  Req. Memorandum No. 184-2012 dated 06/02/2012.

| | | 199,438.07 |
|---|---|---|

| 749,192.38 | - | 199,438.07 | = | 549,754.31 |
|---|---|---|---|---|

5a

---

| Week of: | Fri. 01-Jun-12 | | to | | Fri. 08-Jun-12 |
|---|---|---|---|---|---|

### REVENUE FROM INTEREST
### (Expressed in Bs.)

| Institution | Currency | Instrument | Interest in original currency | Commissions | Net Interest Converted to Bs. |
|---|---|---|---|---|---|
| BSI | USD | Term Deposit | | | |
| BSI | USD | Call | | | |
| BSI | GBP | Term Deposit | 161.32 | | 1,116.37 |
| BSI | EUR | Term Deposit | 450.71 | | 2,482.47 |
| DEUTSCHE BANK | USD | Term Deposit | | | |
| BANK OF THE TREASURY | USD | Term Deposit | | | |
| JP MORGAN | USD | Current Account | 4,685.97 | | 20,149.67 |
| JP MORGAN | GBP | Current Account | | | |
| JP MORGAN | EUR | Current Account | 805.41 | | 4,281.63 |
| BANDES | VEF | Trust | 1,976,225.81 | 1,976,188.29 | 37.52 |
| BIV | VEF | Trust | 2,990,271.00 | | 2,990,271.00 |
| BANK OF THE TREASURY | VEF | Trust | 30,184.49 | 29,989.78 | 194.71 |
| BICENTENARIO | VEF | Trust | 2,396,916.80 | 234,290.03 | 2,164,626.77 |
| DPF's - VARIOUS BANKS | VEF | Term Deposit | 1,285,840.00 | | 1,285,840.09 |
| **Total Interest** | | | | - | **6,469,000.22** |

### OTHER TRANSACTIONS

| Instrument | Currency | Operation | Amount in Bs. |
|---|---|---|---|
| TSY 2 1/4 2014-368 | USD | Sale of instruments | 100,071,405.03 |
| **Total Other Operations** | | | **100,071,405.03** |

| **Total revenue for the Week** | **106,540,405.25** |
|---|---|

6

## MIRANDA FUND

### (Thousands of Bolivars)

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| | RECEIVED | COMMITTED | AVAILABLE BALANCE |
|---|---|---|---|
| MIRANDA FUND | 13,398,982.23 | 11,414,984.36 | 1,983,997.87 |

7

## ADJUSTMENTS 2012

### (Thousands of Bolivars)

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| RECTIFICATIONS 2012 | 2,330,649.34 | 770,648.60 | 1,560,000.74 |

8

## EXPLANATORY NOTES

(Thousands of Bolivars)

### INVESTMENTS OF THE NATIONAL TREASURY

(01) account was approved:

[Watermark:] NATIONAL OFFICE OF THE TREASURY

Vice Presidency of the Bolivarian Republic of Venezuela, Resources for the granting of assistance and donations of a humanitarian nature in all of the national territory for the purposes of satisfying the demands of the sovereign people.  Req. Memorandum No. 173-2012 dated 05/02/2012.

40,000.00

| 1,600,000.74 | - | 40,000.00 | = | 1,560,000.74 |

8a

## BCV PROFITS

### (Thousands of Bolivars)

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| BCV PROFITS | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| | 19,043.16 | 12,190.14 | 6,853.02 |

9

**ECONOMIC FUND**

**(Thousands of Bolivars)**

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| ECONOMIC FUND | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
|  | 156,505.48 | 145,862.08 | 10,643.40 |

10

**EXPLANATORY NOTES**
**ECONOMIC FUND**

**(Thousands of Bolivars)**

**(01) account was approved:**

[Watermark:] NATIONAL OFFICE OF THE TREASURY

Vice Presidency of the Bolivarian Republic of Venezuela, destined for the execution of works the rehabilitation, conditioning, landscaping and outdoor fixtures and furnishings for the surrounding areas of the National Pantheon within the framework of the inauguration of the Mausoleum of the Liberator Simón Bolívar, located between the Parishes of Altagracia and San José, Capital District.  Req. Memorandum No. 199 dated 06/01/2012.

25,350.00

35,993.40   -   25,350.00   =   10,643.40

10a

## EXCHANGE FUND -200

**(Thousands of Bolivars)**

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| EXCHANGE FUND -200 | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| | 6,534,166.90 | 4,680,293.55 | 1,853,873.35 |

11

## SCIENTIFIC FUND

**(Thousands of Bolivars)**

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| SCIENTIFIC FUND | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| | 904,901.32 | 300,000.00 | 604,901.32 |

12

## SAVINGS FUND

### (Thousands of Bolivars)

[Watermark:] NATIONAL OFFICE OF THE TREASURY

| SAVINGS FUND | RECEIVED | RESERVED | AVAILABLE BALANCE |
|---|---|---|---|
| | 2,132,108.85 | 234,571.05 | 1,897,537.80 |

NOTE: SAVINGS FUND CREATED FOR THE PAYMENT OF SOCIAL BENEFITS

| PAID PURSUANT TO INSTRUCTIONS FROM THE SOCIAL BENEFITS FUND | BENEFICIARIES | TOTAL |
|---|---|---|
| PEOPLE'S MIN. FOR EDUCATION | 2,298 | 189,715.93 |
| PEOPLE'S MIN. FOR HEALTH | 1,049 | 44,855.13 |
| TOTAL PAID | | 234,571.05 |

13

## EXECUTION OF BUDGETARY LAW
## YEAR: 2012
### (Thousands of Bs. F.)

| | Net Collection | | Execution |
|---|---|---|---|
| | ESTIMATED a/ | REAL b/ | % |
| FISCAL REVENUE | 297,836,717.98 | 174,410,804.77 | 58.56% |
| CURRENT REVENUE | 233,836,717.98 | 129,233,378.39 | 55.45% |
| ORDINARY | 233,063.934.12 | 107,289,059.81 | 46.03% |
| OIL | 67,813,120.00 | 29,479,900.01 | 43.47% |
| NON-OIL | 165,251,814.12 | 77,809,159.80 | 47.09% |
| EXTRAORDINARY | 0.00 | 21,944,318.59 | - |
| SOURCE OF FINANCING | 64,771,783.86 | 45,177,426.38 | 69.75% |

a/   Budgetary Law 2012
     Estimate at 50 $/b
b/   Figures Based on Cash, Jan – Jun
     as of 06/07/12

14

**COLLECTION OF OIL REVENUE FOR THE YEAR 2012 (*)**
**(Thousands of Bolivars)**

| MONTH | BUDGETARY LAW | LIQUIDATED AS OF 05/31/2012 | SURPLUS AS OF 05/31/2012 |
|-------|--------------:|----------------------------:|-------------------------:|
| JAN | 5,995,933.89 | 4,178,828.89 | -1,817,105.00 |
| FEB | 4,494,581.83 | 5,285,453.21 | 790,871.38 |
| MAR | 4,961,225.32 | 7,304,933.68 | 2,343,708.35 |
| APR | 5,150,176.49 | 7,988,347.91 | 2,838,171.42 |
| MAY | 5,769,389.85 | 3,496,188.23 | |
| JUN | 5,976,765.64 | | |
| JUL | 5,845,281.33 | | |
| AUG | 5,976,765.64 | | |
| SEP | 5,976,765.64 | | |
| OCT | 5,845,281.33 | | |
| NOV | 5,977,629.53 | | |
| DEC | 5,843,323.51 | | |
| **TOTAL** | **67,813,120.00** | **28,253,751.92** | **4,155,646.15** |

(*) Revenue from Gasoline and Petroleum Derivatives are not included

15

**TOTAL SURPLUS AVAILABLE TO THE REPUBLIC**

OIL SURPLUS 2012
AS OF 04/30/2012
(Thousands of Bolivars)

| | |
|---|---:|
| (A) PDVSA | 4,155,646.15 |
| (B) OTHER NON-OIL | -1,062,975.29 |
| (C) TOTAL OIL SURPLUS (C=A+B) | 3,092,670.86 |
| (D) TOTAL LEGAL ACCRUED | 1,009,579.09 |
| (E) REPUBLIC SURPLUS AVAILABLE (E=C-D) | 2,083,091.77 |

**COLLECTION OF NON-OIL REVENUE (SENIAT) FOR THE YEAR 2012 (\*)**
**(Thousands of Bolivars)**

| MONTH | BUDGETARY LAW | LIQUIDATED AS OF 06/07/2012 | SURPLUS AS OF 05/31/2012 |
|---|---|---|---|
| JAN | 9,672,893.63 | 11,758,238.14 | 2,085,344.51 |
| FEB | 9,907,816.29 | 11,924,696.88 | 2,016,880.59 |
| MAR | 15,184,100.63 | 19,160,959.48 | 3,976,858.85 |
| APR | 14,334,488.91 | 15,841,548.86 | 1,507,059.95 |
| MAY | 11,220,930.34 | 13,305,681.45 | 2,084,751.11 |
| JUN | 14,238,822.15 | 5,187,594.54 | |
| JUL | 13,924,519.10 | | |
| AUG | 14,298,295.55 | | |
| SEP | 13,483,048.22 | | |
| OCT | 12,289,070.27 | | |
| NOV | 12,915,175.75 | | |
| DEC | 14,853,379.16 | | |
| **TOTAL** | **156,322,540.00** | **77,178,719.35** | **11,670,895.00** |

(\*) Revenue from Tax Stamps, Telecommunications, Iron and Other Minerals
   are not included

16

---

**TOTAL SURPLUS AVAILABLE TO THE REPUBLIC**

**NON-OIL SURPLUS 2012**
**AS OF 05/31/2012**
**(Thousands of Bolivars)**

| | |
|---|---|
| (A) NET SENIAT | 11,670,895.00 |
| (B) OTHER NON-PETROLEUM | -1,871,287.87 |
| (C) TOTAL NON-OIL SURPLUS (C=A+B) | 9,799,607.13 |
| (D) INCOME DUE TO MUNICIPALITIES PURSUANT TO THE CONSTITUTION (APPROVED) | 1,421,073.89 |
| | 538,949.85 |
| (E) INCOME DUE TO MUNICIPALITIES PURSUANT TO THE CONSTITUTION (TO BE APPROVED) | 167,172.77 |
| (F) JUSTICE SYSTEM (TO BE APPROVED) | 821,628.84 |
| (G) INTERTERRITORIAL COMP. FUND | 2,170,605.54 |
| (H) ADDITIONAL APPROVED CREDITS | |
| (I) REPUBLIC SURPLUS AVAILABLE (I=C-D-E-F-G-H) | 5,219,126.09 |

**Venezuela**

[Logo]
**NOW IT'S FOR EVERYONE**

North Bldg. of the People's Ministry
for Finances
Carmelitas to Altagracia, Ground Floor
www.ont.mf.gov.ve

[Logo]   **NATIONAL OFFICE**
OF THE **TREASURY**