

| INDICE | |
|---|---|
| **CONCEPTO** | **Pag.** |
| FONDO GLOBAL GRAN MISIÓN VENEZUELA | 1 |
| RESUMEN DE LA DISPONIBILIDAD DE LOS RECURSOS FINANCIEROS DE LA TESORERIA | 2 |
| RECURSOS COMPROMETIDOS DE LA TESORERIA NACIONAL | 2A |
| RESUMEN DE LA DISPONIBILIDAD ESTIMADA AL 31-12-2012 DE PDVSA | 3 |
| RESUMEN DE LA DISPONIBILIDAD DE LOS FONDOS SOCIALES DE PDVSA | 3A |
| DESCRIPCION DE CONVENIOS DE COOPERACION ENERGÉTICA | 3B |
| FONDO DE EFICIENCIA | 4 |
| INVERSIONES DE LA TESORERIA | 5 |
| INGRESOS POR INTERESES | 6 |
| FONDO MIRANDA | 7 |
| RECTIFICACIONES 2012 | 8 |
| UTILIDADES BCV | 9 |
| FONDO ECONOMICO | 10 |
| FONDO CAMBIO -200 | 11 |
| FONDO CIENTIFICO | 12 |
| FONDO DE AHORRO | |
| EJECUCION LEY DE PRESUPUESTO 2012 | |

Viernes, 08 de Junio de 2012

EXHIBIT DX 27



| | CONCEPTO | MONTO ASIGNADO | PTO DE CTA APROBADOS | PENDIENTE POR APROBAR | RECURSOS INGRESADOS A O.N.T POR LEY DE ENDEUDAMIENTO / 1 |
|---|---|---|---|---|---|
| 1.1 | FONDO SECTORIAL GRAN MISIÓN VIVIENDA VENEZUELA | 10.000.000,00 | 10.000.000,00 | 0,00 | 10.000.000,00 |
| 1.2 | LA GRAN MISIÓN AGRO-VENEZUELA | 9.855.000,00 | 9.673.735,71 | 181.264,29 | 9.855.000,00 |
| 1.3 | FONDO SECTORIAL GRAN MISIÓN SABER Y TRABAJO VENEZUELA | 9.500.000,00 | 6.964.486,32 | 2.535.513,68 | 9.500.000,00 |
| 1.4 | FONDO SECTORIAL EMERGENCIAS Y DESASTRES NATURALES VENEZUELA | 5.000.000,00 | 5.000.000,00 | 0,00 | 5.000.000,00 |
| | TOTAL | 34.355.000,00 | 31.638.222,03 | 2.716.777,97 | 34.355.000,00 |

Nota: / 1 Al Monto ingresado de Miles de Bs. 34.355.000,00 se debe deducir lo correspondiente a Puntos de Cuentas Aprobados por Miles de Bs. 31.638.222,03

Se estimo colocar por Bono Soberano Internacional 2026 la cantidad de miles de Bs 12.900.000, de los cuales se colocaron miles de Bs. 12.255.000, debido a las condiciones de los Mercados Financieros Internacionales

1

## FONDO GLOBAL GRAN MISIÓN VENEZUELA
### NOTA EXPLICATIVA DEL FONDO MISIÓN AGRO-VENEZUELA

Se aprobó (01) cuenta:

Ministerio del Poder Popular de Agricultura y Tierras, destinados a la culminación y puesta en marcha de diez (10) obras de la Corporación Venezolana de Alimentos (CVAL). Pto. De Cuenta Nro 105-2011 de fecha 11/03/2012

216.933,75

398.198,04 - 216.933,75 = 181.264,29

1a

## FONDO GLOBAL GRAN MISIÓN VENEZUELA
### NOTA EXPLICATIVA DEL FONDO MISIÓN SABER Y TRABAJO VENEZUELA

Se aprobó (01) cuenta:

Ministerio del Poder Popular para Ciencia, Tecnología e Innovación, destinados a los Proyectos de Gran y Pequeña Escala de Ciencia y Tecnología. Pto de Cuenta Nro. 040 de fecha 18/04/2012

1.189.214,79

3.724.728,47 - 1.189.214,79 = 2.535.513,68

1b

# FONDO GLOBAL GRAN MISIÓN VENEZUELA

### NOTA EXPLICATIVA DEL FONDO SECTORIAL GRAN MISIÓN VIVIENDA VENEZUELA

Se aprobó (01) cuenta:

Ministerio del Poder Popular para Relaciones Interiores y Justicia, destinados a la adquisición de 1000 nuevas viviendas para familias afectadas durante el año 2012, debido a las contingencias relacionadas con el incremento de la cota del nivel del Lago de Valencia o Tacarigua. Pto de Cuenta Nro 08 de fecha 13/05/2012.

400.000,00

1.679.740,64 − 400.000,00 = 1.279.740,64

1c

## RESUMEN DE LA DISPONIBILIDAD DE RECURSOS FINANCIEROS DE LA TESORERIA NACIONAL
(Miles de Bolívares)

| # | Concepto | Ref. | Monto |
|---|---|---|---|
| 1.- | INVERSIONES DE TESORERIA NACIONAL | A | 549.754,31 |
| 2.- | FONDO MIRANDA | B | 1.983.997,87 |
| 3.- | RECTIFICACIONES 2012 | C | 1.560.000,74 |
| 4.- | UTILIDADES BCV | D | 6.853,02 |
| 5.- | FONDO ECONOMICO | E | 10.643,40 |
| 6.- | FONDO CAMBIO-200 | F | 1.853.873,35 |
| 7.- | FONDO CIENTIFICO | G | 604.901,32 |
| 8.- | FONDO EFICIENCIA | H | 3.597.483,09 |
| | 8.1- DIVIDENDOS DEL AEROPUERTO DE MAIQUETIA | | 10.000,00 |
| | 8.2 - AREPERAS POPULARES | | 348,42 |
| | 8.3 - DIVIDENDOS BOLIPUERTOS | | 5.642,73 |
| | 8.4 - DIVIDENDOS DEL BANCO DE VENEZUELA (2009 - I y II 2010 - I 2011) | | 6.872,51 |
| | 8.5 - DIVIDENDOS DEL BANCO DE VENEZUELA (Utilidades Septiembre-Octubre-Noviembre-Diciembre 2011) | | 0,00 |
| | 8.6 - DIVIDENDOS DEL BANCO DE VENEZUELA (Enero - Febrero - Marzo - Abril 2012 ) | | 1.088.168,89 |
| | 8.7 - DIVIDENDOS CANTV (2010) | | 131.508,21 |
| | 8.8 - DIVIDENDOS CANTV (2011) | | 27.999,64 |
| | 8.9 - DIVIDENDOS DEL BANCO DEL TESORO | | 196.063,93 |
| | 8.10 - DIVIDENDOS DEL BANCO DEL TESORO (Utilidades Septiembre-Octubre-Noviembre-Diciembre-2011) | | 108.487,83 |
| | 8.11 - DIVIDENDOS DEL BANCO DEL TESORO (Enero - Febrero - Marzo - Abril 2012 ) | | 246.886,27 |
| | 8.12 - DIVIDENDOS (ECISA-CVA-FONDAS- ENLANDES-CORPOZULIA) | | 4.924,55 |
| | 8.13 - DIVIDENDOS DEL BANCO INDUSTRIAL DE VENEZUELA | | 0,00 |
| | 8.14 - LACTEOS LOS ANDES CA. | | 15.223,00 |
| | 8.15 - INDUSTRIAS DIANA | | 6.483,10 |
| | 8.16 - CAFÉ VENEZUELA | | 200,32 |
| | 8.17 - VENETUR | | 20.000,00 |
| | 8.18 - DIVIDENDOS DE LAS EMPRESAS SOCIALISTAS Y UNIDADES DE PROPIEDAD SOCIAL (MINISTERIO DEL PODER POPULAR DE AGRICULTURA Y TIERRAS). | | 16.817,07 |
| | 8.19 - DIVIDENDOS DE BINGOS Y CASINOS | | 11.716,72 |
| | 8.20 - LIQUIDACIÓN DE PUERTOS DEL LITORAL CENTRAL | | 142.000,00 |
| | 8.21 - DIVIDENDOS BANDES BOLIVIA | | 56.727,23 |
| | 8.22 - FONDO MI CASA MI CARRO | | 1.177.903,32 |
| | 8.23 - FONDO BANDES | | 323.509,34 |
| TOTAL GENERAL DISPONIBLE A Viernes, 08 de Junio de 2012 | | ( I = A+B+C+D+E+F+G+H ) | I | 10.167.507,10 |

2

## RECURSOS COMPROMETIDOS DE LA TESORERIA NACIONAL

(Miles de Bolívares)

| Concepto | | Monto |
|---|---|---:|
| INVERSIONES DE TESORERIA NACIONAL | A | 4.317.385,28 |
| FONDO MIRANDA 2011 | B | 11.414.984,36 |
| RECTIFICACIONES 2012 | C | 770.648,60 |
| FONDO EFICIENCIA | D | 3.998.789,92 |
| UTILIDADES BCV | E | 12.190,14 |
| FONDO ECONOMICO | F | 145.862,08 |
| FONDO CAMBIO-200 | G | 4.680.293,55 |
| FONDO CIENTIFICO | H | 300.000,00 |
| FONDO DE AHORRO | I | 234.571,05 |
| TOTAL AL Viernes, 08 de Junio de 2012  (A+B+C+D+E+F+G+H+I=J) | J | 25.874.724,99 |

2a

## RESUMEN DE LA DISPONIBILIDAD DE PDVSA
## AL 08-06-12 Y ESTIMADA AL 31-12-12

(Millones de US$)

| | Concepto | | DISPONIBLE AL 08-06-2012 | DISPONIBILIDAD POR COMPROMETER AL 31-12-2012 |
|---|---|---|---:|---:|
| 1.- | CONVENIO INTEGRAL DE COOPERACION VENEZUELA - ARGENTINA | A | 0,00 | 313,95 |
| 2.- | CONVENIO INTEGRAL DE COOPERACION VENEZUELA - URUGUAY | B | 13,54 | 194,86 |
| 3.- | CONVENIO INTEGRAL DE COOPERACION VENEZUELA - BOLIVIA (EVO CUMPLE) | C | 0,00 | 0,00 |
| 4.- | FONDO PETROLERO VENEZUELA - PORTUGAL | D | 0,00 | 29,74 |
| 5.- | CONVENIO INTEGRAL DE COOPERACION VENEZUELA - CUBA (COMPENSACIÓN) | E | 0,00 | 0,00 |
| 6.- | FONDO PETROLERO BIELO - VENEZOLANO (ACUMULADO EN BELARÚS) | F | 1.390,88 | 1.802,33 |
| 7.- | FONDO DE NAPHTA BRASKEM, S.A. BRASIL (PROYECTOS EJECUTADOS POR ODEBRECHT) | G | 266,74 | 297,52 |
| 8.- | CONVENIO IRANÍ - VENEZOLANO (FONDO RESTRINGIDO) | H | 124,45 | 124,45 |
| 9.- | CONVENIO VENEZUELA - SIRIA (FONDO RESTRINGIDO) | I | 59,80 | 59,80 |
| | TOTAL GENERAL DISPONIBLE EN DÓLARES AL Viernes, 08 de Junio de 2012  ( J=A+B+C+D+E+F+G+H+I) | J | 1.855,41 | 2.822,65 |

3

# RESUMEN DE LA DISPONIBILIDAD DE LOS FONDOS SOCIALES DE PDVSA AL 08-06-2012

(Miles de Bolívares)

| | | DISPONIBLE AL 08-06-2012 | APORTES ESTIMADOS DEL 09-06 AL 31-12-2012 | DISPONIBILIDAD POR COMPROMETER AL 31-12-2012 |
|---|---|---|---|---|
| 1. | FONDO INDEPENDENCIA | A | 0,00 | 12.575.932,00 | 12.575.932,00 |
| 2. | FONDO DE DESARROLLO SOCIAL PDVSA | B | 0,00 | 0,00 | 0,00 |
| 3. | FONDO DEL ASFALTO | C | 0,00 | 561.579,00 | 561.579,00 |
| TOTAL GENERAL DISPONIBLE AL Viernes, 08 de Junio de 2012 (D = A+B+C) | | D | 0,00 | 13.137.511,00 | 13.137.511,00 |

NOTA: DESCRIPCIÓN DE LOS CONVENIOS DE COOPERACIÓN ENERGÉTICA PÁGINA 3B →

3a

## DESCRIPCIÓN DE LOS CONVENIOS DE COOPERACIÓN ENERGÉTICA

| | |
|---|---|
| CONVENIO INTEGRAL DE COOPERACIÓN ARGENTINA | (06-04-2004) PDVSA CON CAMMESA Y ENARSA, SOLO SE FINANCIAN PROYECTOS A SER EJECUTADOS EN VENEZUELA POR EMPRESAS ARGENTINAS (DEUDA REFINANCIADA QUE PERMITE CONTRATACIONES CON OTRAS EMPRESAS ARGENTINAS). PAGO PERMITIDO EN BIENES Y SERVICIOS EN VENEZUELA, UTILIZANDO PAPELES EMITIDOS POR ARGENTINA. |
| CONVENIO INTEGRAL DE COOPERACIÓN URUGUAY | (02-03-2005) ACUERDO DE COOPERACIÓN ENERGÉTICO DE CARACAS PDVSA - ANCAP (ADMINISTRACIÓN NACIONAL DE COMBUSTIBLES, ALCOHOL Y PORTLAND). PAGO PERMITIDO EN BIENES Y SERVICIOS PARA VENEZUELA. |
| CONVENIO INTEGRAL DE COOPERACIÓN BOLIVIA | (23-01-2006) PDVSA - YPFB, PROYECTOS NO REEMBOLSABLES (EL ESQUEMA ORIGINAL CON BOLIVIA ERA EL PROGRAMA EVO CUMPLE, A PARTIR DE LA FECHA EN QUE LAS AUTORIDADES BOLIVIANAS LO APRUEBEN, SERÁ EL ESQUEMA DEL ALBA) |
| FONDO PETROLERO PORTUGAL | (13-05-2008) ACUERDO COMPLEMENTARIO PDVSA - PETROGAL, SECTOR PÚBLICO DE VENEZUELA PUEDE CONTAR CON EMPRESAS PORTUGUESAS, PREVIA APROBACIÓN DE PDVSA Y/O BARIVEN. PAGO PERMITIDO EN BIENES Y SERVICIOS PARA VENEZUELA. DURANTE EL 2012 NO SE HAN DESPACHADO MÁS VOLÚMENES. |
| CONVENIO INTEGRAL DE COOPERACIÓN CUBA | (30-10-2000) CONVENIO INTEGRAL DE COOPERACIÓN PDVSA - CUPET Y CUBAMETALES. BIENES Y SERVICIOS PARA BARRIO ADENTRO I, II, III Y IV (EL ESQUEMA DEL CONVENIO CON CUBA ES DE COMPENSACIÓN CON BIENES Y SERVICIOS PRINCIPALMENTE PARA LA MISIÓN BARRIO ADENTRO) |
| FONDO PETROLERO BIELORRUSIA | (24-07-2006) CREACIÓN DE UNA EMPRESA MIXTA DE BIENES Y/O SERVICIOS PROVENIENTES DE LA REPÚBLICA DE BELARÚS. PAGO PERMITIDO EN BIENES Y SERVICIOS PARA VENEZUELA (EL MONTO DEL FONDO BIELO - VENEZOLANO SE ENCUENTRA ACUMULADO EN BELARÚS) |
| FONDO DE NAPHTA BRASKEM, S.A. BRASIL | (10-05-2011) OBRAS EJECUTADAS POR LAS EMPRESAS DEL GRUPO ODEBRECHT. |
| CONVENIO IRANI | (06-09-2009) ACUERDO DE COOPERACIÓN EN LAS ÁREAS DE ENERGÍA Y PETROQUÍMICA PDVSA - NIOC. PAGO PERMITIDO EN BIENES Y SERVICIOS PARA VENEZUELA. (EL FONDO IRANÍ SE ENCUENTRA EN ESE PAIS, EN EL CUAL EXISTEN RESTRICCIONES PARA SU MOVILIZACIÓN) |
| CONVENIO SIRIA | (21-10-2010) CONSTITUCIÓN DE UNA EMPRESA MIXTA QUE SE INAUGURARÁ EN 2013. PAGO PERMITIDO EN BIENES Y SERVICIOS PARA VENEZUELA (EL FONDO SIRIO SE ENCUENTRA EN ESE PAIS EN EL CUAL EXISTEN RESTRICCIONES PARA SU MOVILIZACIÓN) |

3b

## FONDO DE EFICIENCIA

(Miles de Bolívares)

| FONDO DE EFICIENCIA | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 7.596.273,01 | 3.998.789,92 | 3.597.483,09 |

4

## INVERSIONES DE LA TESORERIA NACIONAL

(Miles de Bolívares)

| INVERSIONES DE LA TESORERIA NACIONAL | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 4.867.139,59 | 4.317.385,28 | 549.754,31 |

5

## NOTAS EXPLICATIVAS
(Miles de Bolívares)

### INVERSIONES DE TESORERIA NACIONAL

Se aprobó (01) cuenta:

Vicepresidencia de la República, destinado a sufragar los gastos del personal correspondientes del ejercicio fiscal 2012 de la superintendencia nacional de costos y precios. Pto de Cuenta Nro 184-2012 de fecha 02/06/2012.

199.438,07

749.192,38 − 199.438,07 = 549.754,31

5a

Semana del: Vie 01-Jun-12 al Vie 08-Jun-12

### INGRESOS POR INTERESES
(Expresado en Bs.)

| Institución | Moneda | Instrumento | Intereses en moneda original | Comisiones | Intereses Netos Conversión en Bs. |
|---|---|---|---|---|---|
| BSI | USD | Depósito a Plazo | | | |
| BSI | USD | Call | | | |
| BSI | GBP | Depósito a Plazo | 161,32 | | 1.116,37 |
| BSI | EUR | Depósito a Plazo | 450,71 | | 2.482,47 |
| DEUTSCHE BANK | USD | Depósito a Plazo | | | |
| BANCO DEL TESORO | USD | Depósito a Plazo | | | |
| JP MORGAN | USD | Cuenta Corriente | 4.685,97 | | 20.149,67 |
| JP MORGAN | GBP | Cuenta Corriente | | | |
| JP MORGAN | EUR | Cuenta Corriente | 805,41 | | 4.281,63 |
| BANDES | VEF | Fideicomiso | 1.976.225,81 | 1.976.188,29 | 37,52 |
| BIV | VEF | Fideicomiso | 2.990.271,00 | | 2.990.271,00 |
| BANCO DEL TESORO | VEF | Fideicomiso | 30.184,49 | 29.989,78 | 194,71 |
| BICENTENARIO | VEF | Fideicomiso | 2.398.916,80 | 234.290,03 | 2.164.626,77 |
| DPF´s - BANCOS VARIOS | VEF | Depósito a Plazo | 1.285.840,09 | | 1.285.840,09 |
| **Total Intereses** | | | | | **6.469.000,22** |

### OTRAS OPERACIONES

| Título | Moneda | Operación | Monto en Bs. |
|---|---|---|---|
| TSY 2 1/4 2014-368 | USD | Venta de instrumentos | 100.071.405,03 |
| **Total Otras Operaciones** | | | **100.071.405,03** |

| Total ganancia de la Semana | 106.540.405,25 |
|---|---|

6

## FONDO MIRANDA
### (Miles de Bolívares)

| FONDO MIRANDA | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 13.398.982,23 | 11.414.984,36 | 1.983.997,87 |

7

## RECTIFICACIONES 2012
### (Miles de Bolívares)

| RECTIFICACIONES 2012 | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 2.330.649,34 | 770.648,60 | 1.560.000,74 |

8

## NOTAS EXPLICATIVAS
## DE LAS RECTIFICACIONES
(Miles de Bolívares)

Se aprobó (01) cuenta:

Viceprecidencia de la Republica Bolivariana De Venezuela, Recursos al otorgamiento de ayudas y donaciones de carácter humanitario en todo territorio nacional a los fines de satisfacer las demandas del pueblo soberano. Pto de Cuenta Nro VP 173-2012 de fecha 02/05/2012.

40.000,00

1.600.000,74  -  40.000,00  =  1.560.000,74

8a

## UTILIDADES BCV
(Miles de Bolívares)

| UTILIDADES BCV | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
|  | 19.043,16 | 12.190,14 | 6.853,02 |

9

## FONDO ECONOMICO
### (Miles de Bolívares)

| FONDO ECONOMICO | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 156.505,48 | 145.862,08 | 10.643,40 |

10

## NOTAS EXPLICATIVAS
## FONDO ECONOMICO
### (Miles de Bolívares)

Se aprobo (01) cuenta:

Vicepresidencia de la República Bolivariana de Venezuela, destinado a la ejecución de obras para rehabilitación, acondicionamiento, paisajismo y mobiliario urbano del entorno del Panteón Nacional en el marco de la inauguración del Mausoleo del Libertador Simón Bolívar, ubicado entre las Parroquias Altagracia y San José, Distrito Capital. Pto de Cuenta Nro 199 de fecha 01/06/2012.

25.350,00

35.993,40 − 25.350,00 = 10.643,40

10a

## FONDO CAMBIO-200

(Miles de Bolívares)

| FONDO CAMBIO-200 | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 6.534.166,90 | 4.680.293,55 | 1.853.873,35 |

11

## FONDO CIENTIFICO

(Miles de Bolívares)

| FONDO CIENTIFICO | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 904.901,32 | 300.000,00 | 604.901,32 |

12

## FONDO DE AHORRO
### (Miles de Bolívares)

| FONDO AHORROS | RECIBIDO | COMPROMETIDO | SALDO DISPONIBLE |
|---|---|---|---|
| | 2.132.108,85 | 234.571,05 | 1.897.537,80 |

NOTA: FONDO DE AHORRO CREADO PARA EL PAGO DE PRESTACIONES SOCIALES

| CANCELADO POR INSTRUCCIONES DEL FONDO DE PRESTACIONES SOCIALES | BENEFICIARIOS | TOTAL |
|---|---|---|
| M.P.P. PARA LA EDUCACION | 2.298 | 189.715,93 |
| M.P.P. PARA LA SALUD | 1.049 | 44.855,13 |
| TOTAL CANCELADO | | 234.571,05 |

13

## EJECUCIÓN LEY DE PRESUPUESTO
### AÑO: 2012
### (Miles de Bs. F.)

| | Recaudación Neta | | Ejecución |
|---|---|---|---|
| | ESTIMADO[a/] | REAL[b/] | % |
| INGRESOS FISCALES | 297.836.717,98 | 174.410.804,77 | 58,56% |
| INGRESOS CORRIENTES | 233.064.934,12 | 129.233.378,39 | 55,45% |
| ORDINARIOS | 233.064.934,12 | 107.289.059,81 | 46,03% |
| PETROLEROS | 67.813.120,00 | 29.479.900,01 | 43,47% |
| NO PETROLEROS | 165.251.814,12 | 77.809.159,80 | 47,09% |
| EXTRAORDINARIO | 0,00 | 21.944.318,59 | - |
| FUENTE DE FINANCIAMIENTO | 64.771.783,86 | 45.177.426,38 | 69,75% |

a/ Ley de Presupuesto 2012
   Estimación a 50 $/b
b/ Cifras Base Caja, Ene-Jun
   al 07/06/12

14

## RECAUDACIÓN DE INGRESOS PETROLEROS AÑO 2012 (*)
(Miles de Bolívares)

| MES | LEY DE PRESUPUESTO | LIQUIDADO AL 31/05/2012 | EXCEDENTE AL 31/05/2012 |
|---|---|---|---|
| ENE | 5.995.933,89 | 4.178.828,89 | -1.817.105,00 |
| FEB | 4.494.581,83 | 5.285.453,21 | 790.871,38 |
| MAR | 4.961.225,32 | 7.304.933,68 | 2.343.708,35 |
| ABR | 5.150.176,49 | 7.988.347,91 | 2.838.171,42 |
| MAY | 5.769.389,85 | 3.496.188,23 | |
| JUN | 5.976.765,64 | | |
| JUL | 5.845.281,33 | | |
| AGO | 5.976.765,64 | | |
| SEP | 5.976.765,64 | | |
| OCT | 5.845.281,33 | | |
| NOV | 5.977.629,53 | | |
| DIC | 5.843.323,51 | | |
| **TOTAL** | **67.813.120,00** | **28.253.751,92** | **4.155.646,15** |

(*) No se incluyen ingresos por Gasolina y Derivados del Petróleo

15

## TOTAL DE EXCEDENTES DISPONIBLES A LA REPÚBLICA

EXCEDENTES PETROLEROS 2012
AL 30/04/2012
(Miles de Bolívares)

| | |
|---|---|
| (A) PDVSA | 4.155.646,15 |
| (B) OTROS NO PETROLEROS | -1.062.975,29 |
| (C) TOTAL EXCEDENTES PETROLEROS (C=A+B) | 3.092.670,86 |
| (D) TOTAL LEGALES CAUSADOS | 1.009.579,09 |
| (E) EXCEDENTES DISPONIBLES REPUBLICA (E=C-D) | 2.083.091,77 |

### RECAUDACIÓN DE INGRESOS NO PETROLEROS (SENIAT) AÑO 2012 (*)
(Miles de Bolívares)

| MES | LEY DE PRESUPUESTO | RECAUDADO AL 07/06/2012 | EXCEDENTE AL 31/05/2012 |
|---|---|---|---|
| ENE | 9.672.893,63 | 11.758.238,14 | 2.085.344,51 |
| FEB | 9.907.816,29 | 11.924.696,88 | 2.016.880,59 |
| MAR | 15.184.100,63 | 19.160.959,48 | 3.976.858,85 |
| ABR | 14.334.488,91 | 15.841.548,86 | 1.507.059,95 |
| MAY | 11.220.930,34 | 13.305.681,45 | 2.084.751,11 |
| JUN | 14.238.822,15 | 5.187.594,54 | |
| JUL | 13.924.519,10 | | |
| AGO | 14.298.295,55 | | |
| SEP | 13.483.048,22 | | |
| OCT | 12.289.070,27 | | |
| NOV | 12.915.175,75 | | |
| DIC | 14.853.379,16 | | |
| **TOTAL** | **156.322.540,00** | **77.178.719,35** | **11.670.895,00** |

(*) No se incluyen ingresos por Timbres Fiscales, Telecomunicaciones, Hierro y Otros Minerales

16

### TOTAL DE EXCEDENTES DISPONIBLES A LA REPÚBLICA

EXCEDENTES NO PETROLEROS 2012
AL 31/05/2012
(Miles de Bolívares)

| | |
|---|---|
| (A) SENIAT NETO | 11.670.895,00 |
| (B) OTROS NO PETROLEROS | -1.871.287,87 |
| (C) TOTAL EXCEDENTES NO PETROLEROS (C=A+B) | 9.799.607,13 |
| (D) SITUADO CONSTITUCIONAL (APROBADO) | 1.421.073,89 |
| (E) SITUADO CONSTITUCIONAL (POR APROBAR) | 538.949,85 |
| (F) SISTEMA DE JUSTICIA (POR APROBAR) | 167.172,77 |
| (G) FDO COMP. INTERRITORIAL (POR APROBAR) | 821.628,84 |
| (H) CREDITOS ADICIONALES APROBADOS | 2.170.605,54 |
| (I) EXCEDENTES DISPONIBLES REPUBLICA (I=C-D-E-F-G-H) | 5.219.126,09 |





Edif. Norte del Ministerio del Poder Popular
para las Finanzas
Carmelitas a Altagracia, PB
www.ont.mf.gov.ve