

# RESUMEN SEMANAL DEL TESORO NACIONAL

*Semana del 28 de Mayo al 01 de Junio del 2012*

EXHIBIT
DX 32




## RESUMEN SEMANAL "BASE CAJA"
### Del 28 de Mayo al 01 de Junio del 2012
### (Miles de Bolívares)

| INGRESOS | 8.044.673 | VARIACION RELATIVA |
|---|---|---|
| **Ordinarios** | **4.448.966** | **55,30%** |
| PDVSA | 2.373.373 | 29,50% |
| Seniat | 2.045.027 | 25,42% |
| Otros | 30.566 | 0,38% |
| **Extraordinarios** | **3.595.707** | **44,70%** |
| Colocaciones de Titulos | 1.209.840 | 15,04% |
| Otros | 2.385.867 | 29,66% |
| **Colocación Letras del Tesoro** | **492.475** | **6,12%** |

**INGRESOS**






## RESUMEN SEMANAL "BASE CAJA"
### Del 28 de Mayo al 01 de Junio del 2012
### (Miles de Bolívares)

| PAGOS | 8.270.921 | VARIACION RELATIVA |
|---|---|---|
| **Presupuesto 2012** | **8.269.506** | **99,98%** |
| Remuneraciones Defensa | 632.353 | 7,65% |
| Remuneraciones Resto Adm. Central | 427.138 | 5,16% |
| Remuneraciones Descentralizados | 248.674 | 3,01% |
| Cesta Ticket | 444.506 | 5,37% |
| Gobernaciones (Situado Constitucional) | 1.553.766 | 18,79% |
| Gobernaciones (Sector Salud) | 235.734 | 2,85% |
| Universidades Nacionales | 346.904 | 4,19% |
| Institutos y Colegios Universitarios | 104.443 | 1,26% |
| Fondo. Comp. Interterritorial. | 717.124 | 8,67% |
| Otras Transferencias Descentralizados | 2.415.734 | 29,21% |
| Otros Pagos | 359.449 | 4,35% |
| **Deuda Pública 2012** | **755.712** | **9,14%** |
| Externa | 152.870 | 1,85% |
| Interna | 602.842 | 7,29% |
| **Otras Operaciones en Divisas 2012** | **27.969** | **0,34%** |
| **Presupuesto 2011** | **1.415** | **0,02%** |
| Otros Pagos | 1.415 | 0,02% |
| **Rescate de Letras del Tesoro** | **467.882** | |
| **TRASPASO BANDES, BIV, BT-MF** | **-385.311** | |
| **Otras Transferencias** | **1.675** | |
| **Pagos Servicio de Tesoreria** | **360.973** | |
| **Devoluciones al Tesoro** | **40.285** | |

### PAGOS



REMUN. DESC. 2012: MISIÓN CLUTURA, MISIÓN CHE GUEVARA, MISIÓN MADRES DEL BARRIO, FUND. SAMUEL ROBINSON, FUND. BARRIO ADENTRO, CVG, ABAE, CNTI, FUND. INFOCENTRO, IVIC, BANCO DE DESARROLLO DE LA MUJER, INSTITUTO DE PREV SOCIAL DEL PARLAMENTARIO, SATA, FUND.PRO-PATRIA 2000, CORPOCENTRO, INSAI, CVAL, FONDAS, INAPESCA, INTI, MISIÓN CULTURA, FUND.SAMUEL ROBINSON, NEGRA HIPÓLITA INSTITUTO AUTONÓMO BIBLIOTECA NACIONAL, FUND. MUSEOS NACIONALES, INDEPABIS, VEMPROINCO, IPOSTEL, FONPYME, A.N. RADIO ENTRE OTRAS.

TRANSF. DESC. 2012: CNU, MISIÓN BARRIO ADENTRO, PULPA Y PAPEL, FUNDAYACUCHO, MISIÓN NEGRA HIPÓLITA, MISIÓN MILAGRO, INSAI, INDER, INTI, CVAL, INIA, FUND. TIERRA FÉRTIL, FUND. PUEBLO SOBERANO, NEGRA HIPÓLITA, INE, SAMUEL ROBINSON, MISIÓN SUCRE, FUND. TERESA CARREÑO, INSTITUTO DE ARTES ESCÉNICAS Y MUSICALES, IND, MISIÓN NIÑO JESÚS, SAHUM, FUNDEEH, FUNDAYACUCHO, IVIC, INASS, FUND. ESCUELA VNZOLANA DE PLANIFICACIÓN, CORPIVENSA, CIARA, QUIMIOTEC, VEMPROINCO, REDTV, CIARA, CORPOELEC, IFE, EMPRESA DE PRODUCCIÓN SOCIAL DE TUBOS SIN COSTURA ENTRE OTRAS.

PAGOS 2011 Y 2012: PROVEEDORES, APORTES, ANTICIPOS, ENTRE OTRAS.