[Logo:] Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances**

[Logo:] ***NATIONAL OFFICE*** *OF THE* ***TREASURY***

# WEEKLY SUMMARY REPORT OF THE
# NATIONAL TREASURY

*Week of May 28th to June 1st ,2012*



EXHIBIT
DX 32
A

| [Logo:] | Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances** |

| [Logo:] | **NATIONAL OFFICE** *OF THE* **TREASURY** |

### WEEKLY "CASH BASIS" SUMMARY REPORT
### From May 28th to June 1st, 2012
### (Thousands of Bolivars)

| REVENUE | 8,044,673 | RELATIVE VARIATION |
|---|---|---|
| **Ordinary** | **4,448,966** | **55.30%** |
| PDVSA | 2,373,373 | 29.50% |
| Seniat | 2,045,027 | 25.42% |
| Others | 30,566 | 0.38% |
| **Extraordinary** | **3,595,707** | **44.70%** |
| Placement of Instruments | 1,209,840 | 15.04% |
| Others | 2,385,86 | 29.66% |
| **Placement of Treasury bonds** | **492,475** | **6.12%** |



REVENUE

[PDVSA-Petróleos de Venezuela Sociedad Anónima- Petroleum of Venezuela, SENIAT-Servicio Nacional Integrado de Administración Aduanera y Tributaria- Integrated National Customs and Tax Administration, DPN-Deuda Pública Nacional- National Public Debt]

| [logo] | Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances** | [logo] | **NATIONAL OFFICE** OF THE **TREASURY** |
|---|---|---|---|---|

**WEEKLY "CASH BASIS" REPORT**
**From May 28th to June 1st, 2012**
**(Thousands of Bolivars)**

| PAYMENTS | 8,270,921 | RELATIVE VARIATION |
|---|---|---|
| **Budget 2012** | **8,269,506** | **99.98%** |
| Defense Remunerations | 632,353 | 7.65% |
| Remaining Central Adm. Remunerations | 427,138 | 5.16% |
| Decentralized Remunerations | 248,674 | 3.01% |
| Oesta Ticket | 444,506 | 5.37% |
| Governments (Constitutionally Situated) | 1,553,766 | 18.79% |
| Governments (Health Sector) | 235,734 | 2.85% |
| National Universities | 346,904 | 4.19% |
| University Institutes and Colleges | 104,443 | 1.26% |
| Interterritorial Comp. Fund | 717,124 | 8.67% |
| Other Decentralized Transfers | 2,415,734 | 29.21% |
| Other Payments | 359,449 | 4.35% |
| **Public Debt 2012** | **755,712** | **9.14%** |
| External | 152,870 | 1.85% |
| Internal | 602,842 | 7.29% |
| **Other Currency Operations 2012** | **27,969** | **0.34%** |
| **Budget 2011** | **1,415** | **0.02%** |
| Other Payments | 1,415 | 0.02% |
| **Redemption of Treasury Letters** | **467,882** | |
| **BANDES, BIV, BT-MF TRANSFER** | **-385,311** | |
| **Other Transfers** | **1,675** | |
| **Treasury Service Payments** | **360,973** | |
| **Refunds to Treasury** | **400,285** | |

**PAYMENTS**

```
2,700,000 |
2,415,734
2,400,000
2,100,000
                         1,752,671
1,800,000
                      1,553,766
1,500,000
1,200,000
  900,000          755,712
                   717,124
  600,000        359,449
                 346,904
  300,000      235,734
               104,443
        0
                 27,969
                  1,415
```

Dec. Trans. 12   Remunerat. 12   Situated 12   Debt 12   Inter. C.F. 12
Other 12   Universities 12   Gov. Health 12   Uni. Inst. and Coll. 12
Currency Op. 12   Others 11

**DECENTRALIZED REMUN. 2012: CULTURAL MISSION,** CHE GUEVARRA MISSION, NEIGHBORHOOD MOTHERS MISSION, SAMUEL ROBINSON FDN., INNER NEIGHBORHOOD FDN., CVG, ABAE, CNTI, INFOCENTRO FDN., IVIC, WOMENS DEVELOPMENT BANK, SOCIAL SECURITY INSTITUTE OF THE PARLIAMENT, SATA, PRO-NATION 2000 FDN., CORPOCENTRO, INSAI, CVAL, FONDAS, INAPESCA, INTI, CULTURE MISSION, SAMUEL ROBINSON FDN., NEGRA HIPOLITA NATIONAL LIBRARY AUTONOMOUS INSTITUTE, NATIONAL MUSEUMS FDN., INDEPABIS, VEMPROINCO, IPOSTEL, FONPYME, A.N. RADIO AMONG OTHERS.

**DECENTRALIZED TRANS. 2012: CNU.** BARRIO ADENTRO MISSION, PULP AND PAPER, FUNDAYACUCHO, NEGRA HIPÓLITA MISSION, MILAGRO MISSION, INSAI, INDER, INTI, CVAL, INIA, FERTILE LAND FDN., SOVEREIGN PEOPLE FDN., NEGRA HIPÓLITA, INE, SAMUEL ROBINSON, SUCRE MISSION, TERESA CARREÑO FDN., INSTITUTE OF SCENIC AND MUSICAL ARTS, IND, BABY JESUS MISSION, SAHUM, FUNDEEH, FUNDAYACUCHO, IVIC, INASS, VENEZUELAN PLANNING SCHOOL FDN., CORPIVENSA, CIARA, QUIMOTEC, VEMPROINCO, REDTV, CIARA, CORPOELEC, IFE, SOCIAL PRODUCTION COMPANY FOR SEAMLESS PIPES AMONG OTHERS.

**PAYMENTS 2011 AND 2012:** SUPPLIERS, CONTRIBUTIONS, ADVANCES, AMONG OTHERS