**EXHIBIT DX 38 A**

[Logo:] Bolivarian **Government** of Venezuela

People's Ministry of **Planning and Finances**

[Rubber stamp:]
ONT- DGIV - No.  **001759**

[Rubber stamp:]
Caracas,   APR  16  2012

Citizen
**LAURA ZANONE**
Representative of BSI-Geneva
In hand.-

I have the pleasure of writing you, in the opportunity to instruct you to carry out the purchase of bonds issued by the United Kingdom, with settlement date of April 20, 2012 and maturity date of April 23, 2012, according to the instructions that are described below:

| Instrument | ISIN CODE | Currency | Nominal Value |
|---|---|---|---|
| TSY 2 1/4% 2014 | GB00B3KJDWD9 | GBP | 60,000,000.00 |

The equivalent value of this purchase shall be debited from the resources that are found available in the account No. CH25084680000103432AA, which this National Office of the Treasury maintains with BSI.  Likewise, you are authorized to carry out the purchase of the Pounds Sterling in order to cover the total amount of this transaction.

With nothing further at present, I remain,

Yours truly,

[Illegible signature]
**CLAUDIA DÍAZ**
National Treasurer

[Rubber stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
National Office
of the
Treasury
People's Ministry
of Planning and Finances

[Illegible initials]
PL/AB/MT

[ADHESIVE STAMP:]
_EXHIBIT
DX 38

www.ont.mt.gov.ve
North Building of the People's Ministry of Planning and Finances, Carmelitas a Altagracia, [Covered text]
T. 0212.8024605 / 4606. Fax. 8023013, Caracas, Venezuela, 1010

| [Logo:] Bolivarian **Government** of Venezuela | People's Ministry of **Planning and Finances** | | |
|---|---|---|---|
| | [Rubber stamp:] ONT- DGIV - No. **001760** | | [Rubber stamp:] Caracas,  APR  16  2012 |

Citizen
**LAURA ZANONE**
Representative of BSI-Geneva
In hand.-

I have the pleasure of writing you, in order to request that you transfer the custody, free of payment, from the account of the National Office of the Treasury No. 0103432, of the instrument described below:

| ISIN Code | Nominal Value | Currency | Settlement Date | Maturity Date |
|---|---|---|---|---|
| GB00B3KJDW09 | 60,000,000.00 | GBP | 04/23/2012 | 04/24/2012 |

This instrument shall be transferred, Delivery Free of Payment, to the following account:

**BANK:**           CLEARSTREAM BANKING S.A.
**BENEFICIARY:**    NATIONAL OFFICE OF THE TREASURY (ONT [Spanish abbreviation])
**ACCOUNT No.:**    14502

The contact person in the ONT is Angélica Barrios (Tel. +58 212 8024608).

Without anything more in particular to refer to, I remain,

Yours truly,

[illegible signature]
**CLAUDIA DÍAZ**
National Treasury

[Rubber stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
National Office
of the
Treasury
People's Ministry
of Planning and Finances

[Illegible initials]
PL/AB/MT

www.ont.mt.gov.ve
Esq. Carmelitas a Altagracia, Edf. Norte, People's Ministry of Planning and Finances, Ground Floor  T. 8024605 / 4606, Caracas - Venezuela