
**fonden**
Inversión real y efectiva

MPPPF - FONDEN - P° 00730                      Caracas, 09 AGO 2011

Ciudadana
**CLAUDIA DIAZ GUILLEN**
Jefe de la Oficina Nacional del Tesoro.
Ciudad.-

Muy cordialmente me dirijo a usted, en ocasión de informarle que en fecha **04 de Agosto de 2011**, se pactó la venta y transferencia de custodia a la institución que usted preside, con fecha valor **08 de Agosto 2010**, del título que se indica a continuación:

| Instrumento | TREASURY UKT 5 03/07/12 |
|---|---|
| Emisor | REINO UNIDO |
| ISIN Code | GB0030468747 |
| Fecha de Vencimiento | 07/ 03/2012 |
| Cupón | 5,00% |
| Valor Nominal (GBP) | 100.000.000,00 |

Al respecto este título entrara en la cuenta custodia de la Oficina Nacional del Tesoro en Clearstream 14502. El método de realización de la operación antes descrita es bajo la modalidad Free Delivery.

El bono será transferido desde Euroclear 17990 en nombre de Deutsche Bank, la persona contacto para esta operación es:

Gideon Isakh
Tel: (31) 20 555 4224
Email: Gideon.isakh@db.com

Sin más a que hacer referencia, queda de usted,

Atentamente,

**JORGE GIORDANI CORDERO**
Presidente del FONDEN S.A.

0?/05/11
RO - 0225

Venezuela

EXHIBIT
DX 58

Esq. Carmelitas, Parroquia Altagracia, Edificio Sede del Ministerio del Poder Popular para Planificación y Finanzas, Piso 1. Teléfono: 0212-8021184 - Fax: 0212-8021243