

35916907407875, Andrade Alejandro Phone

Oxygen Forensic® Viewer - 15.0.0.126

❌ 34   **Martin Rodil, AA**   64 ➤

AA <15617776191> 🟢
To: Martin Rodil <12026317887>

⭐
➤ 10/06/2017
08:51:10
AM
(UTC-4)

\private\var\mobile\Applications\net.whatsapp.WhatsApp\Library\Media\12026317887@s.whatsapp.net\
f\1\f1dbcdc3-31fd-44d3-b95d-6c2d1fbd4598.opus

f1dbcdc3-31fd-44d3
-b95d-6c2d1fbd459
8.opus

10/15/2017

AA <15617776191> 🟢
To: Martin Rodil <12026317887>

⭐
➤ 10/15/2017
04:01:17
PM
(UTC-4)

Hoy hablé con RG

AA <15617776191> 🟢
To: Martin Rodil <12026317887>

⭐
➤ 10/15/2017
04:01:38
PM
(UTC-4)

Un buen rato pana cuando puedas ahora en la noche llámame y hablamos unos min

AA <15617776191> 🟢
To: Martin Rodil <12026317887>

⭐
➤ 10/15/2017
04:01:52
PM
(UTC-4)

Me gustaría hablar antes  de mañana lunes

10/23/2017

AA <15617776191> 🟢
To: Martin Rodil <12026317887>

⭐
➤ 10/23/2017
03:26:14
PM
(UTC-4)

Ahora pana no le digas nada a Andy pero el me escribe que para que los helados hablen de nuevo con
nosotros necesitamos traerle algo muy gordo que tiene que ver eso con lo que estamos trabajando con
Miami ?

10/24/2017

DEFENDANT'S
EXHIBIT

88

244

359169074078759, Andrade Alejandro Phone

Oxygen Forensic® Viewer - 15.0.0.126

[Arrow icon] 34        Martin Rodil,AA       647 [Arrow icon]

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Martin Rodil <12026317887>

[Arrow icon]   10/06/2017   \private\var\mobile\Applications\net\whatsapp Whatsapp\Library \Media\13059151162@s.whatsapp.net\
       08:51:10      f\1\f1dbcdc3-31fd-44d3-b95d-6c2d1fbd4598.opus
       AM
       (UTC-4)



f1dbcdc3-31fd-44d3
-b95d-6c2d1fbd459
8.opus

_____ 10/15/2017 _____

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Martin Rodil <12026317887>

[Arrow icon]   10/15/2017   I spoke to RG today
       04:01:17
       PM
       (UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Martin Rodil <12026317887>

[Arrow icon]   10/15/2017   For a good while buddy now when you can tonight call me and we'll talk for a few mins
       04:01:38
       PM
       (UTC-4)

AA <15617776191>[WhatsApp
icon]

[Image:]Don't lose FAITH  Resist [Illegible]
To: Martin Rodil<12026317887>

[Arrow icon]   10/15/2017   I'd like to talk before tomorrow Monday [?]
       04:01:52
       PM
       (UTC-4)

_____ 10/23/2017 _____

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Martin Rodil<12026317887>

[Arrow icon]   10/23/2017   Buddy don't say anything to Andy now but he wrote to me  that so that  the ice creams
       03:26:14     talk to us again we need to bring something very big  to him what does that  have to do
       PM       with Miami?
       (UTC-4)

_____ 10/24/2017 _____

DEFENDANT'S
EXHIBIT

**88a**