


Fecha Emisión: 22/10/2012 10:48 a.m.    202° y 153°

La PUB desde su emisión tiene una vigencia de treinta (30) días continuos para ser cancelada, una vez realizada la cancelación respectiva, tiene una vigencia de sesenta (60) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelar nuevamente el monto correspondiente.

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autónomo de Registros y Notarías
Notaría Pública Tercera Municipio Chacao del Estado Miranda

## PLANILLA ÚNICA BANCARIA

| Tipo de Acto: | Monto Bs. |
|---|---|
| AUTENTICACION | 297,00 |
| TRASLADO | 0,00 |
| TRANSPORTE | 0,00 |

Nombre y Apellido Solicitante
D EMPAIRE REYNA & ABOGADOS

| C.I./RIF/Pasaporte Solicitante | Teléfono: |
|---|---|
| J-000773521 | (0212)-2646244 |

Nombres y Apellidos Depositante
MERCEDES JIMENEZ MARCANO

C.I./RIF/Pasaporte Depositante
4.298.652

Firma del Solicitante

Monto en Letras
DOSCIENTOS NOVENTA Y SIETE

Número Planilla: 065-00048756
Nro 05  Tomo 20  F.Otorgamiento 29 OCT 2012
Número Control: 488-0000-0000

| Forma de Pago | N° Cheque/Aprobación | Monto Bs. |
|---|---|---|
| Monto Efectivo | | |
| Cheque Gerencia del mismo Banco | | |
| Punto de Venta | | |
| Pago por Internet | | |
| **MONTO TOTAL** | | **297,00** |

### SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| GUILLERMO PALACIOS | Guillermo Palacios 16.673.190 Escribiente III | Arnaldo Marcano | Kathyuska Crespo |
| V-16673190 | | V-15577375 | V-8191730 |
| ESCRIBIENTE III | | Abogado II | Notaría |
| 22 OCT 2012 | 23 OCT 2012 | 29 OCT 2012 | 29 OCT 2012 |

Sello de la Oficina

BANCOS RECAUDADORES
0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco
Banco del Tesoro, C.A.
Banco Universal
OFICINA LA CASTELLANA
22 OCT. 2012
TAQUILLA N° 03





DEFENDANT'S EXHIBIT 99

:: SAREN. PUB Segura ::              http://oficinavirtual.saren.gob.ve/recaudacion/principal3.php

 Gobierno Bolivariano de Venezuela — Relaciones Interiores y Justicia    

**SAREN** — SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

### Sistema PUB Segura

Miércoles, 24 de Octubre de 2012

Usuario conectado: GUILLERMO ALGIMIRO PALACIOS CABRERA

**INICIO**

Consultar PUB
Consultar PUB (Código de Seguridad)
Certificar PUB
Importar PUB desde archivo excel
Cambiar Contraseña
Salir

**Consultar PUB**

Introduzca PUB a consultar:

Consultar

**CONSULTA PUB**

| | |
|---|---|
| Estado | Miranda |
| Código Oficina | 065 |
| Oficina | NOTARÍA PÚBLICA TERCERA DEL MUNICIPIO CHACAO ESTADO MIRANDA |
| Banco | BANCO DEL TESORO, C.A |
| Código Sucural | 0206 |
| Sucursal | LA CASTELLANA |
| Numero | 06500048756 |
| Código Seguridad | CONUCQLXHAU5K |
| Monto | 297,00 |
| Fecha | 2012-10-22 |

Copyright, SAREN 2010. Todos los derechos reservados.    Desarrollado por el Servicio Autónomo de Registros y Notarías del Ministerio del Poder Popular para Relaciones Interiores y Justicia.

Diana Marisol Rojas
Inpreabogado No. 51267



NOTARÍA PÚBLICA TERCERA
DEL MUNICIPIO CHACAO
DEL ESTADO MIRANDA

Recibido el
Planilla N°
Otorgamiento
Derechos Arancelarios
N°                      Tomo

PROCESO DE CONTRATACIÓN No. A-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
CONSTRUCCION DE POZOS PROFUNDOS PARA EL APROVECHAMIENTO DE AGUA SUBTERRANEA EN EL
BLOQUE JUNIN 2, ASIGNADO A LA EMPRESA MIXTA PETROMACAREO

Entre **MJ BOX TOOL, C.A.** Sociedad Mercantil debidamente inscrita por ante el Registro Mercantil de la Circunscripción Judicial del Estado Monagas, en fecha 23 de septiembre de 2009, registrada bajo el Nro. 21, tomo 49-A- RM MAT, siendo sus últimas modificaciones, en fecha 13 de marzo de 2012, bajo el Nro. 19, Tomo 18-A-RM MAT, en fecha 25 de mayo de 2012, bajo el Nro. 35 tomo 38-A-RM MAT, en fecha 20 de julio de 2012, bajo el Nro 66, tomo 51-A-RM MAT, inscrito bajo el Registro e información Fiscal R.I.F J-29820758-2 representada por, **Josmel J. Velásquez**, venezolano, mayor de edad, titular de la cedula de identidad No. 13.813.454, en su carácter de Vice-presidente y **PERFOCENTRO, C.A.**, Sociedad Mercantil debidamente inscrita por ante el Registro Mercantil de la Circunscripción Judicial del Estado Cojedes, en fecha 31 de enero de 2001, registrada bajo el Nro 37, tomo 1-A, inscrito bajo el Registro e información Fiscal R.I.F J- 30773871-5, representada por **Ángel David Puentes,** venezolano, mayor de edad, titular de la cedula de identidad No. 10.421.857, en su carácter de apoderado según consta en poder debidamente autenticado 05 de mayo de 2004, incrito bajo el Nro 83, tomo 18, por ante la Notaria Pública de San Carlos Estado Cojedes, se ha convenido en constituir, como en efecto se constituye por este documento, una asociación temporal bajo régimen del presente Consorcio o alianza, el cual se rige por las siguientes clausulas: PRIMERO: OBJETO Y DENOMINACION DE LAS PARTES. Declaramos que hemos convenido en constituir como en efecto constituimos, EL CONSORCIO con el único objeto de participar en el procedimiento de contratación convocado por la Empresa Mixta **PETROMACAREO, S.A.**, cuyo objeto fundamental es la "**CONSTRUCCION DE POZOS PROFUNDOS PARA EL APROVECHAMIENTO DE AGUA SUBTERRANEA EN EL BLOQUE JUNIN 2, ASIGNADO A LA EMPRESA MIXTA PETROMACAREO**" a los efectos de presentar la oferta correspondiente, celebrar y realizar conjuntamente el respectivo contrato, a través de un consorcio o alianza conformada por las partes para este fin, el cual se denominara "**CONSORCIO MJ BOX TOOL, C.A.**" denominado de ahora en adelante, y a los efectos del presente documento como CONSORCIO. SEGUNDO: DOMICILIO. El domicilio del CONSORCIO, será Avenida principal de la zona industrial de Maturín, parcela 5, Galpón de MJ BOX TOOL, C.A. de la Zona Industrial de Maturín, manzana 40. Principal Municipio **Maturín** del Estado **Monagas**, pudiendo tener sucursales en cualquier otro lugar de la República Bolivariana de Venezuela. TERCERO: DURACION. LAS PARTES declaran que el presente CONSORCIO tendrá vigencia a partir del momento de su autentificación y hasta la fecha de culminación de los servicios y/o actividades objeto del mismo, vale decir, hasta la entrega por parte de LA CONTRATANTE del finiquito del correspondiente contrato. CUARTO: PORCENTAJE DE PARTICIPACION. La participación de cada una de LAS PARTES que integran el CONSORCIO, será la establecida en el cuadro anexo, pudiendo ser esta modificada previo acuerdo de los

Diana Marisol Rojas
Inpreabogado No. 51267

participantes en reunión de asociados, y previa autorización por escrito de MJ BOX TOOL, C.A. Empresa 1) MJ BOX TOOL, C.A. 53%, Empresa 2) PERFOCENTRO, C.A.: 47% Participación total: 100%. QUINTO: RESPONSABILIDAD Y DERECHOS: LAS PARTES tendrán siempre iguales derechos y participación proporcional conforme al porcentaje de aporte descrito en el artículo anterior, siempre y cuando con los deberes y obligaciones establecidos en el presente contrato, principalmente el de aportar sus mayores esfuerzos para que en la proporción de participación fijada se logre el objetivo del CONSORCIO, cumpliendo siempre con el marco legal que regula la actividad que realizaran, y obligándose solidaria y mancomunada frente a PDVSA PETROLEO, S.A. y ante terceros. SEXTO: REUNION DE ASOCIADOS: Los miembros del CONSORCIO acuerdan que se reunirán cada 30 y cada vez que lo exija los intereses de este, previa convocatoria efectuada por la Junta Directiva dirigida a cada representante legal de las personas jurídicas participantes, siendo tomadas las decisiones por la Junta Directiva. Teniendo tales miembros reunidos en forma conjunta los más amplio poderes de administración y disposición sobre el CONSORCIO. SEPTIMO: CUMPLIMIENTO DE OBLGACIONES: las decisiones tomadas por la JUNTA DIRECTIVA mediante reunión de miembros legalmente convocada deberán ser acatadas por todos los miembros, incluso por aquellos que en la discusión votaran en contra o salvaran su voto en la deliberación. OCTAVO: FONDO ECONOMICO: EL CONSORCIO constituirá un fondo económico con el aporte único inicial por parte de la sociedad mercantil líder del proyecto, el cual luego de constituido se mantendrá los pagos efectuados por el cliente a cuenta la ejecución de las actividades objeto del procedimiento de contratación Nro. A-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 y en el mismo todos las integrantes del CONSORCIO tendrán participación conforme al porcentaje establecido en la cláusula cuarta. NOVENO: PERIODO FISCAL; El año fiscal del CONSORCIO comenzara el día de su autenticación y culmina el Treinta y Uno de Diciembre de tal año, comenzando posteriormente los primeros (01) de enero y terminando los treinta y uno (31) de diciembre de cada año, hasta su terminación definitiva, liquidación o disolución. DECIMO: ADMINISTRACION Y JUNTA DIRECTIVA; Las "PARTES" constituirán una Junta Directiva encargada de la dirección, manejo y gestión diaria de los Asuntos Operacionales, Económicos, Sociales y Legales del CONSORCIO, estando integrada la misma por los miembros principales que han sido designados de la siguiente forma: JOSMEL VELASQUEZ Miembro principal en representación de la Empresa Líder, ANGEL PUENTE Miembro principal en representación de la PYMES, quienes tendrán sus respectivos suplentes para suplir las faltas absolutas, temporales o accidentales del principal, siendo los suplentes igualmente representantes del grupo de participantes señalado. Tales miembros se mantendrán en el ejercicio de sus funciones mientras dure el presente CONSORCIO. UNDECIMO: REPRESENTACION: La Junta Directiva constituye el órgano ejecutivo de la suprema administración y gestión del CONSORCIO ejercida por la

Diana Marisol Rojas
Inpreabogado No.51267

reunión de asociados, con las más amplias facultades y atribuciones para la administración, gerencia y utilización de los recursos. De esta se elegirá JAVIER ARRIOJA, venezolano, mayor de edad, titular de la cedula de identidad No. 12.147.393, PRESIDENTE y ANGEL PUENTE, anteriormente identificado VICEPRESIDENTE, quienes actuando en forma CONJUNTA y por delegación de la Junta Directiva serán quienes ejecuten las decisiones; pudiendo realizar en nombre de esta cualquier acto, diligencia o gestión legal, comercial y económica, en nombre y representación del CONSORCIO, ante cualquier tercero sea este de carácter público o privado, nacional o extranjero, natural o jurídico y en fin cualquier representación legal. Teniendo los SUPLENTES las mismas facultades en caso de suplir faltas absolutas, temporales o definitivas de los miembros principales. DEUDECIMA: DISOLUCION O LIQUIDACION; La disolución y liquidación del CONSORCIO se regirá por las disposiciones que sobre este particular prevé la legislación mercantil de la República Bolivariana de Venezuela y en su defecto en forma supletoria por lo que establece la legislación civil. No obstante podrá extinguirse en forma anticipada si así lo acordaren LAS PARTES en reunión de Junta Directiva efectuada para tal fin. DECIMA TERCERA INCUMPLIMIENTO: La PARTE que incurriere en el incumplimiento culposo o no, deberá indemnizar a las otras y/o al CONSORCIO; bien por daños y perjuicios o bien en virtud del reconocimiento del compromiso comercial. DECIMA CUARTA: MODIFICACIONES; El presente acuerdo no podrá ser modificado o alterado sino por el acuerdo suscrito por quienes representan a LAS PARTES. DECIMA QUINTA: NULIDADES: De ser declarada la nulidad parcial o total de alguna cláusula o estipulación contenida en este CONSORCIO, por parte de alguna autoridad competente para ello, el resto de las estipulaciones o cláusulas contenidas en este CONSORCIO seguirán surtiendo plenos efectos entre LAS PARTES, en cuento tal declaratoria de nulidad no afecte el objeto mismo del Convenio o haga imposible su ejecución. DECIMA SEXTA: NOTIFICACIONES: Todas las notificaciones, autorizaciones o aprobaciones requeridas de conformidad con el presente acuerdo, a menos que se estipule de otra manera, serán realizadas por escrito y serán entregadas personalmente, por facsímil, correo con acuse de recibido o correo electrónico a las siguientes direcciones, considerándose efectivamente dadas a la fecha de su recibo: Empresa: MJ BOOX TOOL, C.A. Atención: JAVIER ARRIOJA Dirección: será Avenida principal de la zona industrial de Maturín, parcela 5, Galpón de MJ BOX TOOL, C.A. de la Zona Industrial de Maturín, manzana 40. Principal Municipio **Maturín** del Estado **Monagas** Teléfono: 04166923915 Facsímile: 02916448050. Email:ARRIOJAJ@mjbooxtool.com DECIMA SEPTIMA: JURISDICCION: Este acuerdo se regirá e interpretara de conformidad con las leyes de la República Bolivariana de Venezuela, a cuyos tribunales las partes se comprometen acudir a solventar cualquier diferencia. DECIMA NOVENA: CONFIDENCIALIDAD; Cada una de LAS PARTES de este CONSORCIO declara y garantiza que firmara y entregara un Acuerdo de Confidencialidad, sobre toda la información que maneje. VIGESIMA:

Diana Marisol Rojas
Inpreabogado No.51267

VIGESIMA: RESPONSABILIDAD SOCIAL; Cumpliendo con los principios y postulados que inspiran la formación de este CONSORCIO, LAS PARTES integrantes del mismo se comprometen en forma expresa a cumplir los compromisos de responsabilidad social cumpliendo las especificaciones derivadas de las condiciones de contratación. VIGESIMA PRIMERA: JUNTA DIRECTIVA; LAS PARTES convienen que la JUNTA DIRECTIVA del presente CONSORCIO quedara integrada de la siguiente forma: JAVIER ARRIOJA, venezolano, mayor de edad, titular de la cedula de identidad Nro. 12.147.393, como representante de la empresa LIDER Y PRESIDENTE de la JUNTA DIRECTIVA, ANGEL PUENTE, venezolano, mayor de edad, titular de la cedula de identidad Nro. 10.421.857, como representante de las Pequeñas y Empresas, EULOGIO MAGO, venezolano, mayor de edad, titular de la cedula de identidad Nro. 7.240.280; MIGUEL ANGEL PEREIRA, venezolano mayor de edad, titular de la cedula de identidad Nro2.749.417, como suplentes respectivamente el Primero del Presidente y el Segundo del Vicepresidente. Se hacen dos (02) ejemplares de un mismo tenor y a un solo efecto, en la cuidad de Caracas a los veintinueve (29) días del mes de octubre de 2012.

Josmel J. Velásquez
MJ BOX TOOL, C.A.

Ángel David Puentes
PERFOCENTRO, C.A

REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. NOTARIA PÚBLICA TERCERA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA. Anteriormente Notaría Séptima de Chacao. Los Palos Grandes, VEINTINUEVE (29) DE OCTUBRE DE DOS MIL DOCE. (2012) 202° y 153°. El anterior documento redactado por el abogado: DIANA MARISOL ROJAS., inscrita en el Inpreabogado bajo el N° 51267, fue presentado para su Autenticación y devolución según Planilla Única Bancaria N° 065-00048756 y Planilla de Derechos Arancelarios N° 372051, de fecha: 23-10-2012. Presentes sus otorgantes dijeron llamarse: JOSMEL J. VELASQUEZ y ANGEL DAVID PUENTES, mayores de edad, titulares de las Cédulas de Identidad Nos. V- 13.813.454 y V- 10.421.857, de Estado Civil: SOLTEROS, de Nacionalidad: VENEZOLANA y domiciliados en: CARACAS, respectivamente. Leídoles el documento y confrontado con sus fotocopias en presencia del Notario, expusieron: "SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECEN AL PIE DEL INSTRUMENTO". El Notario en tal virtud, da Fe Pública del presente documento y de las copias firmadas en originales que formaran el Tomo Principal y el Tomo Duplicado, en presencia de los testigos: JACQUELIM DE SÁNCHEZ y MARIA ELENA LAPREA, titulares de las Cédulas de Identidad Nos: 5.599.922 y 4.354.721, quedando anotado bajo el **N° 05 Tomo 201** de los Libros de Autenticaciones llevados por esta Notaria. El Notario hace constar que ha dado lectura al Articulo 79 Numeral 2° de la Ley de Registro Público y del Notariado e informó a las partes del contenido, naturaleza, trascendencia y consecuencia legales de los actos o negocios otorgados en su presencia, los cuales manifestaron su plena conformidad. Asimismo hace constar que tuvo a la vista: 1) Documento Constitutivo y Actas de la Sociedad Mercantil **MJ BOX TOOL, C.A.** y 2) Documento Constitutivo y Poder de la Sociedad Mercantil **PERFOCENTRO, C.A.** De conformidad con el Art. 35 de la Ley de Timbre Fiscal, los timbres correspondientes fueron inutilizados en un ejemplar original.

EL NOTARIO.-                                                    LOS OTORGANTES.

LOS TESTIGOS.-