## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR THE IMMIGRATION REVIEW
## IMMIGRATION COURT
## MIAMI, FLORIDA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| ) | |
| Moises Ricardo Zapata-Ruiz ) | File No: A-220233805 |
| ) | |
| Albanys Joselyng Vega-Velasquez ) | A-220233806 |
| ) | |
| Arantza Valentina Zapata-Vega ) | A-220233807 |
| ) | |
| Ainhoa Esmeralda Zapata-Vega ) | A-220233808 |
| ) | |
| ) | |
| In removal proceedings ) | |
| ) | |

---

### AFFIDAVIT OF RESPONDENT

---

I, Moises Ricardo Zapata-Ruiz, declare the complete truth of the following statement in support of my asylum application:

1. I am a citizen of Venezuela. I was born on August 4, 1986, in Caracas, Venezuela. I have no other nationality than Venezuelan.

2. Until I fled Venezuela, I lived in Caracas with my wife, Albanys Joselyng Vega Velasquez, and our daughter Arantza Valentina Zapata-Vega.

3. Venezuela is a country known for violating human rights against its citizens, especially those who openly think differently and oppose the Chavista regime, which is currently led by the dictator Nicolas Maduro.

EOIR — 46 of 318



25

4.  Since I was a child, I have played baseball, a very popular sport in Venezuela. As a result of my performance in the sport, a scout offered me the opportunity to expose my talent to an organization in the United States; however, during that time, I had an accident that caused me not to be able to continue with that plan.

5.  I started playing in a national league to earn money; however, at the end of the season, I started looking for a job related to baseball, which led me to meet the president of the Corporation of Supply and Agricultural Services (CASA), a state company attached to the Ministry of People's Power for Food. This happened in November 2005, and I was offered the opportunity to join the IT department to support the area of sports and form a softball team to train it.

6.  As time passed, I was promoted to the Operations Department with the position of Food Assistant I, where I coordinated food distribution nationwide. With this job, I was able to take care of my parents and sisters, who had difficulty getting employment in Venezuela because of their opposition to the regime.

7.  It should be noted that despite working in a state-owned company, my political leanings always favored the opposition. My family was also openly opposed; my father, Ismael Jose Zapata, was a political leader of the opposition political party Accion Democratica, which led him to work in the National Assembly, assisting one of the deputies for this party. In addition, my father was present when the government ordered the colectivos and military to hijack the National Assembly and attack the deputies in 2017.

8.  My father understood that out of necessity, I had to keep my job despite being a state-owned company. He had signed the Tascon list, a list of signatures collected between 2003 and 2004 for the removal of the then president of Venezuela, Hugo Chavez, through a recall referendum, which culminated against the signatories. Since then, they have used the list to filter opponents, denying them government benefits, jobs in public institutions, and even initiating political persecutions.

9.   My sister, Leansi Zapata, worked in the National Electoral Council (CNE) and was fired
     for having also signed in the referendum against Hugo Chavez and appearing on Tascon's
     list. My sister supported the opposition and participated in activities with the Accion
     Democratica party with our father.

10.  My family had economic needs, and I was their support. My only purpose was to be able to
     keep my job, create the softball team and continue helping my family.

11.  During my time at CASA, I was forced to attend pro-government demonstrations; I was
     required to sign a list to record my attendance. I would sign and then leave when I could
     since I disagreed with the State's policies and forced people to support the regime's political
     party by creating fear in the citizens. I never agreed with the mistreatment of opponents, the
     State's reactions to protests, expropriations, and a host of other human rights violations.

12.  This compromised my performance in CASA, since it generated great dissatisfaction in me
     and my superiors. However, my need and that of my family at the economic level was
     greater, so I had to bend over backward to keep my job.

13.  As a result of my dissatisfaction, which became evident, the corporation began to move me
     to different departments for not agreeing with their political activities. They would leave
     me sitting at a desk for a long time, not giving me assignments, to force my resignation. In
     one of those opportunities, I was moved to the Integral Security department, where I
     worked with the management, keeping the exact position of Food Assistant I. In this
     department, I met Adrian Velazquez Figueroa, a military man and former bodyguard of
     then-President Hugo Chavez.

14.  Upon meeting me, Mr. Velasquez began to have me in his office as his right hand; he tested
     me in several skills as a bodyguard due to my physiognomy. He would ask me to keep him
     company when he left the office, escort him, and help him with some tasks or errands.
     Eventually, Mr. Velasquez trusted me a lot and even trusted me with his motorcycle
     without judging my political opposition. Finally, we created a friendship; we rode

motorcycles, we went to the beach, and I became more and more involved in his environment without knowing what that meant.

15. I was doing less and less work for the corporation and more and more personal work for Mr. Velasquez, which happened because of our relationship, not knowing that I was getting involved with a high-ranking person in the government.

16. In 2011, Mr. Velasquez told me to resign and apply for a position in the National Treasury, as he had gotten me a job there. I was afraid to leave since my wife was pregnant. However, Mr. Velasquez promised me that everything would be fine. I made my decision and resigned to apply for the National Treasury.

17. At the National Treasury, I was hired in the security area as an escort for the National Treasurer Claudia Diaz Guillen, the wife of Mr. Velasquez and later a nurse for the then-President Hugo Chavez. That same year I was sent to Bogota, Colombia for a training at the Academia Centro de Alto Rendimiento de Capacitacion en Seguridad Privada. Upon returning to Caracas, I entered an intensive course at the General Directorate of Military Counter-Intelligence (DGCIM), for which I was granted the position of Agent 1 at the National Treasury.

18. My activities consisted of being Mrs. Diaz's personal escort. When she went out on the street, I was the one who accompanied her, provided personal assistance, and unofficially served as an escort for her and Mr. Velasquez. Sometimes I would drive, run personal errands for them, or come on the motorcycle behind them, escorting them.

19. Everything was going well with them until I started to get involved in activities of illicit appearance in which Mr. Velasquez and his wife were involved, which I was unaware of up to that moment.

20. Between 2011 and 2012, they began to ask me to look for boxes containing cash in different currencies. At first, I did not know the contents of the boxes until one day, they

opened the box in my presence, and I saw excessive amounts of cash, both in bolivars and dollars. I never knew the origin of this money. However, it was suspicious to me since I looked for these boxes in a different place every time I was ordered to do so, and it was in remote and not very transited areas in the city. The location was rarely repeated. This began to generate friction between Mr. Velasquez and me, as I did not feel safe working with him after what I had seen.

21. As a result of this, I felt that the function for which I had been hired was being diverted; my role was supposed to safeguard the physical integrity of both of them, not to get involved in their illicit activities, which I was also unaware of until that moment.

22. Additionally, I witnessed how Mrs. Diaz was requesting Official Gazettes (where the laws approved by Congress are published) not yet published so she could evaluate them before their publication. I am not a lawyer, but I did not understand how a Treasurer could do that. However, it reflected the great power she had within the regime.

23. More than once I took my bosses to meetings at the Miraflores Palace, which is the seat of the Venezuelan Government and where the President's official office is located. On these occasions, my bosses would meet with President Chavez. However, I would wait inside the car in the parking lot.

24. When I met Mr. Velasquez, they did not have many assets, only a van and a motorcycle; as time went by, which was very little, I saw how they had more and more cars, properties, and trips; I did not trust that the capital to acquire these assets came from their positions in the government, due to all that I had seen. I distrusted my bosses since it was obvious that they were carrying out activities of dubious legality. I recognize that I was very ignorant at the beginning of my relationship with them; I did not see what they were doing, nor did I know where they were getting the money from, which resulted in my involuntary involvement in this situation.

25. As a consequence, I noticed that they had more hierarchy in the government than I thought, that they were not a simple military man and the National Treasurer, but people with more influence in the government of Hugo Chavez, besides being very close to him. This caused me to be afraid; I did not know if now my life or my wife's life would be at stake because of all the information I was unwittingly handling about the strange and apparently illicit activities they were carrying out. However, when I had the opportunity, I tried to stop myself from carrying out some of these activities, which went against my principles. This brought me conflicts.

26. On one occasion, Mr. Velasquez addressed me and said, "Moises, I am shielded in Venezuela; nobody can do anything to me."

27. I felt obliged to continue working and exercising these activities without saying anything because of the fear that Mr. Velasquez and his wife generated in me. However, with time I stopped complying with specific orders, I would get lost and not go to work so that they could not order me to do anything I disagreed with; I was very distrustful of my work environment, and I began to change my routes home, the times I went home and to work.

28. After the death of Hugo Chavez on March 5, 2013, tension at work began to intensify. I refused to pick up boxes and documents and run errands, as I did not trust because every time I asked for the reason for these activities, I was told not to ask, obey, and do my job.

29. On one occasion, I went to take some boxes to the presidency of the company Seguros La Vitalicia, known for having suspicious and criminal relations with the government of Venezuela, being even sanctioned by the United States. I went to the presidency with Raul Gorrin and Gustavo Perdomo in this opportunity. From that meeting, many signed checks came out from a foundation called Pueblo Soberano, so I could see that a lot of government money was involved with the funds used by Seguros La Vitalicia, and that went out in the name of the foundation. I do not know the background of the operations, but they generated a lot of distrust and fear in me.

EOIR - 51 of 318

30. In August 2013, a colleague named Francisco Croñales, who was also an escort, was waiting for me to pick him up in downtown Caracas when four men approached him with firearms on two KLR 650 motorcycles, known to be used by police, government escorts and some colectivos. When they approached my co-worker, they pointed a gun at him and asked him for me. My co-worker indicated that he did not know where I was; they searched him and took his identification.

31. At this point, my bosses were not talking about anything in front of me. They were suspicious of me because I had asked too many questions, and they would not let me ride in the car with them, only on the motorcycle behind the car.

32. I told Mr. Velasquez what had happened with my colleague, and he told me, "stay calm." As a result, Francisco and I decided between August and September 2013 to resign from our positions. When I resigned from Mr. Velasquez, he told me, "if you leave, be aware of the consequences," to which I replied that I was not afraid and that someone else knew what I knew.

33. Consequently, I started to stay with my wife and daughter at the homes of family and friends to avoid being searched at home. I was hiding because I knew I was handling a lot of valuable information for them, which put my family and me in danger. On many occasions, I would separate from my wife so that they would not find us in the same place or be able to trace us.

34. I spent some time without working, hiding. In 2014 I got a job as a private escort for the lawyer Ricardo Cottin, who was a partner in a law firm in Caracas, Venezuela. This was my last year in Venezuela, where I spent low profile, hiding, changing houses, and even using armored vests and helmets when I rode my motorcycle.

35. In 2014, my family suffered two incidents, one directed at my wife and the other at me. My wife was intercepted to be kidnapped while she was riding in her car by two people on a

EOIR — 52 of 318

motorcycle; she was pointed with a gun, and they wanted to get her out of the car, but she started at full speed and lost them.

36. In a second opportunity, I was attacked while driving my motorcycle on the highway. Two motorcycles had been chasing me since I had left work, and I had already traveled a long distance, braking and accelerating and noticing that they were following in my footsteps. I decided to slam on the brakes, get off the bike and take out my gun to point it at them. I checked them, and only the one on the back was armed, so I threw his gun into the Guiare River, which is adjacent to the highway, and continued on my way. I was able to do this thanks to my training and applying my defense skills. We did not report any of these incidents to the police, as we did not feel safe going to official authorities since they belonged to the same government.

37. My family and I did not feel safe under any circumstances, and to protect our lives from any attack from the government, we decided to flee to Mexico. On December 23, 2015, we took a flight to Mexico City, where we settled.

38. We entered Mexico as tourists, and within months my wife got a temporary residency due to a job offer extended to my daughter and me through family unification. We all became temporary residents subject to my wife's contract; however with this status, I was not allowed to work.

39. In Mexico, everything seemed to be going well; I got a job as an extra in telenovelas due to my knowledge in the security area and my physical appearance. In addition to that, I also started playing baseball in a private adult team, which resulted in me being asked to coach a group of children of the team members.

40. In 2016, I received a message on my WhatsApp, which was still configured with the number I had in Venezuela, where Mr. Velasquez told me, "How are you? Where are you? I need you to find out Alejandro's address". Alejandro Guilarte was a person who had a construction company that did business with the government and was a partner of Mr.

Uploaded on: 6/28/2022 at 3:21:20 p.m. (Central Daylight Time)   Base City: MIA

Velasquez. I did not answer the message because I was terrified and changed my WhatsApp to my number in Mexico.

41. At the end of 2016, after receiving the message from Mr. Velasquez, I received an anonymous call telling me they had kidnapped my daughter Arantza. I immediately called the school and fortunately she was still there. I related this incident to Mr. Velasquez since I had no problems in Mexico, nor had I suffered persecution until that moment.

42. In 2017, I got a job in Cancun, which allowed me to get out of my environment, as I did not trust that Mr. Velasquez was keeping surveillance on me or my family. In this job, I served as a security organizer for a private businessman.

43. During this time, I suffered a lot of xenophobia for being Venezuelan, in addition to violations of my human rights in the work environment. Since I did not have a work permit, I was mistreated, worked under unfair conditions, fired one day, and hired the next day; I spent 10 hours standing, without food, among other things. My wife also suffered these xenophobic abuses. We suffered these abuses because there was an ongoing abuse against Venezuelans because they knew we needed the job.

44. My wife became pregnant in 2017, so we were forced to keep our jobs since we needed the money to receive our baby girl.

45. In 2018, while in Cancun, I received another anonymous call in which they indicated again that my daughter Arantza had been kidnapped; however, when I called the school, they indicated that she was okay. I did not go to the police for these incidents because I was also afraid of the Mexican police due to all the corruption in that country.

46. On May 16, 2018 my daughter Ainhoa Esmeralda Zapata Vega was born in Quintana Roo, Mexico.

47. Eventually, I had to quit my job because of the precarious conditions in which I had to work and due to the birth of my daughter Ainhoa and the possibility of having permanent residency as a result of it, which, if it allowed me to work, I decide to travel between Cancun and Mexico City doing freelance work as a cab driver.

48. Due to the xenophobia that I suffered with my family, the rejection for being Venezuelan, regardless of having my papers to stay in Mexico, which resulted in receiving insults such as "fuck your mother," "go to your country," and the insecurity that I had been suffering regarding the threats against my daughter, the terror that the friendship between Venezuelan regime officials such as Mr. Velasquez and the Mexican government and corruption in Mexico produced in me, I decided that the safest thing for my family and me was to seek refuge in the United States. I was not going to wait for a third action from the people who had been threatening us, so we decided to flee. We crossed the border into the United States at San Luis, Arizona, on August 9, 2021.

49. During my stay in Mexico, I was afraid to express my fear to the Mexican authorities since the Mexican and Venezuelan governments have very good relations and are also known to be quite corrupt. There was a personal persecution, so I knew I had to flee to protect myself, my wife and daughters, and the rest of my family in that country.

Respectfully sworn and signed on _____ in Miami, Florida.

_____
MOISES RICARDO RUIZ ZAPATA

Uploaded on:  6/28/2022 at 3:21:20 p.m. (Central Daylight Time)   Base City:  MIA

# CERTIFICATE OF TRANSLATION

I, **Victoria Rojas**, am competent to translate from Spanish to English and certify that the translation of:

**Moises Ricardo Zapata-Ruiz's Affidavit**

is true and accurate to the best of my abilities.

_____          06/28/2022
**Victoria Rojas**                                       Date
2450 Rimrock Road, Suite 202
Madison, WI 53713
Phone: (608) 399-2098

Uploaded on: 6/28/2022 at 3:21:20 p.m. (Central Daylight Time) Base City: MIA

**DEPARTAMENTO DE JUSTICIA DE LOS ESTADOS UNIDOS**
**OFICINA EJECUTIVA PARA REVISIÓN DE INMIGRACIÓN**
**TRIBUNAL DE INMIGRACIÓN**
**MIAMI, FLORIDA**

| | | |
|---|---|---|
| **En el caso de:** | ) | |
| | ) | |
| | ) | |
| **Moisés Ricardo Zapata-Ruiz** | ) | **File No: A-220233805** |
| | ) | |
| **Albanys Joselyng Vega-Velásquez** | ) | **A-220233806** |
| | ) | |
| **Arantza Valentina Zapata-Vega** | ) | **A-220233807** |
| | ) | |
| **Ainhoa Esmeralda Zapata-Vega** | ) | **A-220233808** |
| | ) | |
| | ) | |
| **En procedimientos de remoción** | ) | |
| | ) | |

---

### DECLARACIÓN DEL DEMANDADO

---

Yo, Moisés Ricardo Zapata-Ruiz, declaro la completa verdad de las siguientes declaraciones en apoyo a mi solicitud de asilo:

1. Soy ciudadano de Venezuela. Nací el 4 de agosto de 1986 en Caracas, Venezuela. No tengo otra nacionalidad distinta a la venezolana.

2. Hasta que huí de Venezuela, viví en la ciudad de Caracas con mi esposa, Albanys Joselyng Vega Velásquez, y nuestra hija Arantza Valentina Zapata-Vega.

3. Venezuela es un país conocido por la violación de los derechos humanos en contra de sus ciudadanos, en especial aquellos que abiertamente piensan distinto y se oponen al régimen chavista, que actualmente es liderado por el dictador Nicolás Maduro.

4. Desde pequeño me desempeñé como deportista jugando beisbol, un deporte muy popular en Venezuela. A raíz de mi desenvolvimiento en el deporte un scout me ofreció la oportunidad de exponer mi talento ante una organización en los Estados Unidos, sin embargo, durante ese tiempo tuve un accidente que ocasiono no poder continuar con ese plan.

5. Comencé a jugar en una liga nacional para poder ganar dinero, sin embargo, al finalizar la temporada comencé a buscar un trabajo que guardara relación con el beisbol, lo que me lleva a conocer al presidente de la Corporación de Abastecimiento y Servicios Agrícolas (CASA), una compañía del Estado adscrita al Ministerio del Poder Popular para la Alimentación. Esto sucede en noviembre de 2005, y se me ofrece la oportunidad de unirme al departamento de informática para apoyar en el área del deporte y conformar un equipo de softbol para entrenarlo.

6. Con el pasar del tiempo fui promovido al Departamento de Operaciones con el cargo de Asistente Alimentario I, donde se coordinaba la distribución de alimentos a nivel nacional. Con este trabajo pude cuidar de mis padres y hermanas quienes habían tenido dificultad de conseguir empleos en Venezuela por oponerse al regimen.

7. Cabe acotar que a pesar de trabajar en una empresa del Estado mi inclinación política siempre fue a favor de la oposición. Mi familia también era abiertamente opositora, siendo mi papa, Ismael José Zapata, dirigente político del partido político de oposición Acción Democrática, lo cual lo llevo a trabajar en la Asamblea Nacional prestando asistencia a uno de los diputados por este partido. Además, mi padre estuvo presente cuando el gobierno ordeno a los colectivos y militares a secuestrar la Asamblea Nacional y atacar a los diputados en el 2017.

8. Mi padre entendió que por necesidad debía conservar mi trabajo a pesar de ser una empresa estatal. Él había firmado la lista de Tascón, la cual es una lista de firmas recolectadas entre los años 2003 y 2004 para la destitución del entonces presidente de

Venezuela, Hugo Chávez mediante un referéndum revocatorio, que culminó en contra de los firmantes. Desde entonces han usado la lista para filtrar a los opositores y negarles beneficios del gobierno, trabajos en las instituciones públicas, y hasta iniciar persecuciones políticas.

9. Mi hermana, Leansi Zapata trabajo en el Consejo Nacional Electoral (CNE) y fue despedida por haber firmado también en el referéndum en contra de Hugo Chávez, y por consecuencia aparecer en la lista de Tascón. Mi hermana apoyaba a la oposición y participaba en actividades con el partido Acción Democrática con nuestro padre.

10. Mi familia tenía necesidades económicas y yo era su apoyo. Mi único objetivo era poder conservar mi trabajo, crear el equipo de softball y seguir ayudando a mi familia.

11. Durante mi tiempo en CASA fui obligado a asistir a marchas a favor del oficialismo, debía firmar una lista para dejar constancia de mi asistencia. Yo firmaba y luego cuando podía me retiraba, ya que no estaba de acuerdo con las políticas del Estado y con obligar a las personas a apoyar el partido político del régimen creando miedo en los ciudadanos. Nunca estuve de acuerdo con el maltrato a los opositores, las reacciones del Estado ante las protestas, las expropiaciones y un sinfín más de violación de derechos humanos que llevaban a cabo.

12. Esto llevo a que mi desempeño en CASA se viera comprometido, ya que generaba un descontento muy grande en mí y en mis superiores. Sin embargo, mi necesidad y la de mi familia a nivel económico era mayor, por lo que debía doblegarme para poder mantener mi trabajo.

13. A raíz de mi descontento, que se hizo evidente, la corporación empezó a moverme a distintos departamentos por no estar de acuerdo con sus actividades políticas. Me dejaban sentado en un escritorio mucho tiempo, no me daban tareas, para forzar mi renuncia. En una de esas oportunidades fui movido al departamento de Seguridad Integral, donde trabajé con la gerencia manteniendo el mismo cargo de Asistente Alimentario I. En este

departamento conocí a Adrián Velásquez Figueroa, militar y ex guardaespaldas del entonces presidente Hugo Chávez.

14. Al conocerme, el Sr. Velásquez comenzó a tenerme en su despacho como su mano derecha, me probaba en varias aptitudes como guardaespaldas debido a mi fisionomía. Me pedía que le brindara compañía cuando salía de la oficina, que lo escoltara, que lo ayudara con algunas tareas o diligencias. Eventualmente el Sr. Velásquez confió mucho en mi y me confiaba incluso su moto sin juzgar mis posicion politica opositora. Eventualmente creamos una amistad, paseábamos en moto, íbamos a la playa y cada vez me involucre más en su entorno sin saber si significaba eso.

15. Cada vez hacia menos trabajo para la corporación y hacia mas trabajo personal para el Sr. Velásquez, lo cual sucedió debido a nuestra relación, sin saber que me estaba involucrando con alguien de alto rango en el gobierno.

16. En el 2011 el Sr. Velásquez me indica que renuncie y me postule para un cargo en la Tesorería Nacional, ya que me había conseguido trabajo ahí. Yo tenia miedo de renunciar ya que mi esposa estaba embarazada, sin embargo, el Sr. Velásquez me prometió que todo estaría bien. Tomé mi decisión y renuncié para postularme en la Tesorería Nacional.

17. En la Tesorería Nacional fui contratado en el área de seguridad como escolta de la Tesorera Nacional Claudia Diaz Guillen, quien es la esposa del Sr. Velásquez, y posteriormente enfermera del aquel presidente Hugo Chávez. Ese mismo año me enviaron a Bogotá, Colombia a un entrenamiento en la Academia Centro de Alto Rendimiento de Capacitación en Seguridad Privada. Al regresar a Caracas, ingrese a un curso intensivo de la Dirección General de Contra Inteligencia Militar (DGCIM), por lo cual fue otorgado el cargo de Agente 1 en la Tesorería Nacional.

18. Mis actividades consistían en ser escolta personal de la Sra. Diaz. Cuando ella salía a la calle yo era quien la acompañaba, le brindaba asistencia personal, y extraoficialmente

EOIR – 60 of 318

servía de escolta para ella y el Sr. Velásquez. A veces manejaba, les hacía diligencias personales o venia en la moto detrás escoltándolos.

19. Todo marchaba bien con ellos hasta que empecé a verme involucrado en actividades de apariencia ilícita en las que estaban involucrados el Sr. Velásquez y su esposa, que yo hasta el momento desconocía.

20. Entre el 2011 y 2012 empezaron a solicitarme que buscara cajas contentivas de dinero en efectivo en distintas monedas. Al principio desconocía el contenido de las cajas hasta que un día abrieron la caja en mi presencia y vi excesivas cantidades de dinero en efectivo, tanto en bolívares como en dólares. Nunca supe la procedencia de este dinero, sin embargo, era sospechoso para mí, ya que esas cajas las buscaba en un sitio distinto cada vez que me lo ordenaban y era en lugares remotos y no muy transitados de la ciudad. No se repetía el sitio. Esto empezó a generar roces entre el Sr. Velásquez y yo, ya que no me sentía seguro trabajando con él tras lo que había visto.

21. A raíz de ello sentí que la función para que la había sido contratado se estaba desviando, se suponía que mi función era resguardar la integridad física de ambos, no involucrarme en sus actividades ilícitas, que además desconocía hasta ese momento.

22. Además, fui testigo de cómo la Sra. Díaz solicitaba Gacetas Oficiales (donde se publican las leyes aprobadas por el Congreso) aun no publicadas para ella poder evaluarlas antes de su publicacion. Yo no soy abogado pero no entendia como una Tesorera podia hacer eso. Sin embargo, eso reflejaba el gran poder que tenia dentro del regimen.

23. Más de una vez llevé a mis jefes a reuniones en el Palacio de Miraflores, que es la sede del Gobierno de Venezuela y donde está el despacho oficial del presidente. En estas ocasiones mis jefes se reunían con el presidente Chávez, sin embargo, yo esperaba dentro del carro en el estacionamiento.

Uploaded on:  6/28/2022 at 3:21:20 p.m. (Central Daylight Time)   Base City:  MIA

24. Cuando conocí al Sr. Velásquez no tenían muchos bienes, si no una camioneta y una moto, con el pasar del tiempo, que fue muy poco, vi como cada vez tenían mas carros, propiedades y viajes, no confiaba que el capital para adquirir estos bienes fuera de sus cargos en el gobierno, debido a todo lo que había visto. Desconfiaba de mis jefes, ya que era obvio que estaban llevando a cabo actividades de dudosa legalidad. Yo reconozco haber sido muy ignorante al inicio de mi relación con ellos, no vi lo que hacían ni sabia de donde sacaban el dinero, lo cual me trajo como consecuencia involucrarme de manera involuntaria en esta situación.

25. Como consecuencia noté que ellos tenían más jerarquía en el gobierno de la que yo creía, que no eran un simple militar y la Tesorera Nacional, si no gente con mas injerencia en el gobierno de Hugo Chávez, además de ser muy unidos al mismo. Esto ocasiono que tuviera miedo; no sabía si ahora mi vida o la de mi esposa estarían en juego por toda la información que sin querer estaba manejando de actividades extrañas y aparentemente ilícitas que estaban ejerciendo. Sin embargo, cuando tenia la oportunidad trataba de frenarme en cumplir con algunas de estas actividades, que iban en contra de mis principios. Esto me trajo conflictos.

26. En una ocasión el Sr. Velásquez se dirigió a mí y me dijo "Moisés, estoy blindado en Venezuela, nadie me puede hacer nada".

27. Me sentía obligado a seguir trabajando y seguir ejerciendo estas actividades sin decir nada por el miedo que me generaban el Sr. Velásquez y su esposa. Sin embargo, con el tiempo dejé de cumplir con ciertas ordenes, me perdía y no iba a trabajar para que no pudieran ordenarme a hacer nada con lo que no estaba de acuerdo; tenía mucha desconfianza de mi entorno de trabajo y empecé a cambiar mis rutas para ir a casa, los horarios en los que iba a casa y al trabajo.

28. Tras la muerte de Hugo Chávez el 5 de marzo de 2013 empezó a intensificarse la tensión en el trabajo. Yo me negué a recoger cajas y documentos, a hacer diligencias, ya que no

Uploaded on: 6/28/2022 at 3:21:20 p.m. (Central Daylight Time)  Base City:  MIA

confiaba porque cada vez que preguntaba el por qué de estas actividades me decían que no preguntara, que obedeciese e hiciera mi trabajo.

29. En una oportunidad fui a llevar unas cajas a la presidencia de la compañía Seguros La Vitalicia, conocida por tener relaciones sospechosas y de índole criminal con el gobierno de Venezuela, siendo incluso sancionada por los Estados Unidos. En esta oportunidad fui a la presidencia con Raúl Gorrín y Gustavo Perdomo. De esa reunión salieron muchos cheques firmados provenientes de una fundación llamada Pueblo Soberano, por lo que pude ver que mucho dinero del gobierno estaba involucrado con el dinero que usaba Seguros La Vitalicia, y que salía a nombre de la fundación. No se el trasfondo de las operaciones, pero me generaban mucha desconfianza y miedo.

30. En agosto de 2013, un compañero llamado Francisco Croñales, quien también era escolta estaba esperando que yo lo buscara en el centro de Caracas cuando fue abordado por cuatro hombres con armas de fuego en dos motos KLR 650, conocidas por ser utilizadas por policías, escoltas del gobierno y algunos colectivos. Al abordar a mi compañero lo apuntaron con el arma de fuego y le preguntaron por mí. Mi compañero indica que no sabia donde me encontraba, lo revisaron y le quitaron su identificación.

31. En este punto ya mis jefes no conversaban sobre nada en frente de mí. Desconfiaban de mi porque había hecho muchas preguntas y no me dejaban ir en el carro con ellos, si no en la moto atrás de la camioneta.

32. Yo le conté al Sr. Velásquez lo que había sucedido con mi compañero y me dijo "quédate tranquilo". A raíz de ello Francisco y yo tomamos la decisión entre agosto y septiembre de 2013 de renunciar a nuestros cargos. Al renunciarle al Sr. Velásquez él me dijo "si te vas atente a las consecuencias", a lo que yo le respondí que no tenía miedo y que había alguien mas que sabe lo que yo se.

33. Como consecuencia empecé a quedarme con mi esposa e hija en casa de familiares y amigos para evitar que me buscaran en mi hogar. Me escondía porque sabía que

manejaba mucha información valiosa para ellos y sabía que eso me ponía en peligro a mí y a mi familia. En muchas oportunidades me separaba de mi esposa para que no nos consiguieran en el mismo lugar ni pudieran rastrearnos.

34. Pase un tiempo sin trabajar, escondiéndome. En el 2014 conseguí trabajo como escolta privado del abogado Ricardo Cottín, quien era socio de un bufete de abogados en Caracas, Venezuela. Este fue mi ultimo año en Venezuela, el cual lo pase bajo perfil, escondido, cambiando de casa y hasta utilizando chalecos y cascos blindados cuando iba en moto.

35. En el año 2014 mi familia sufrió dos incidentes, uno dirigido a mi esposa y otro a mí. Mi esposa fue interceptada para ser secuestrada mientras estaba montada en su carro por dos personas en una moto, fue apuntada con un arma de fuego y la querían bajar del carro, pero ella arrancó a toda velocidad y los perdió.

36. En una segunda oportunidad me atacaron a mí mientras venia en la autopista manejando mi moto. Dos motorizados venían persiguiéndome desde que había salido de mi trabajo, y ya había recorrido una distancia larga frenando y acelerando y notando que estos seguían mis pasos. Decidí frenar de golpe, bajarme de la moto y sacar mi arma para apuntarlos. Los revise y solo el que iba atrás venia armado, por lo que tiré su arma al rio Guiare, que está en las adyacencias de la autopista, y seguí mi camino. Esto pude lograrlo gracias a mis entrenamientos y aplicando mi destreza de defensa. Ninguno de estos incidentes los reportamos ante la policía, puesto que no nos sentíamos seguros de acudir ante autoridades oficiales ya que pertenecían al mismo gobierno.

37. Mi familia y yo no nos sentíamos seguros bajo ninguna circunstancia, y para poder resguardar nuestras vidas ante cualquier ataque proveniente del gobierno decidimos huir a Mexico. El 23 de diciembre de 2015 tomamos un vuelo hasta Ciudad de Mexico, donde nos establecimos.

Uploaded on: 6/28/2022 at 3:21:20 p.m. (Central Daylight Time); Base City: MIA

38. Ingresamos a Mexico como turistas y a los meses mi esposa consiguió una residencia temporal a raíz de una oferta de trabajo, la cual se extendió a mi hija y a mi por unificación familiar. Todos pasamos a ser residentes temporales sujetos al contrato de mi esposa, sin embargo con este estatus no tenía permiso de trabajar.

39. En Mexico todo parecía marchar bien, consegui un trabajo como extra en telenovelas debido a mis conocimientos en el área de seguridad y mi porte físico. Además de eso también empecé a jugar beisbol en un equipo privado de adultos, que tuvo como consecuencia que me pidieran que entrenara a un grupo de niños hijos de los miembros de este equipo.

40. En el 2016 recibí un mensaje a mi whatsapp, el cual todavía estaba configurado con el numero que tenia en Venezuela, donde le Sr. Velasquez me decía "¿Cómo estas? ¿Dónde estas? Necesito que me averigues la dirección de Alejandro". Alejandro Guilarte era una persona que tenia una constructora que hacia negocios con el gobierno y era socio del Sr. Velasquez. Yo no le contesté el mensaje porque me llene de terror y cambie mi WhatsApp a mi número en México.

41. A finales del 2016, después de haber recibido el mensaje del Sr. Velásquez, recibí una llamada anónima diciéndome que tenían secuestrada a mi hija Arantza. Yo inmediatamente llamé al colegio y afortunadamente todavía se encontraba aquí. Este incidente lo relacioné con el Sr. Velasquez, ya que yo no tenia ningún problema en Mexico, ni sufría de persecución hasta ese momento.

42. En el 2017 consegui un trabajo en Cancun, que me permitió salir de mi ambiente, ya que no confiaba en si el Sr. Velasquez estaba manteniendo vigilancia sobre mi o mi familia. En este trabajo me desempeñe como organizador de seguridad de un empresario privado.

43. Durante este tiempo sufri mucha xenofobia por ser venezolano, además de violaciones a mis derechos humanos en el ambiente de trabajo. Como no tenia permiso de trabajo fui maltratado, trabajaba bajo condiciones injustas, me botaban un dia y al otro dia me

contrataban, pasaba 10 horas parado, sin comer, entre otras cosas. Mi esposa también sufrió estos abusos xenofóbicos. Estos abusos los sufríamos ya que había un abuso en contra de los venezolanos porque saben que necesitábamos el trabajo.

44. Debido a que mi esposa quedo embarazada en 2017, nos vimos en la obligación de mantener nuestros trabajos, puesto que estábamos necesitando el dinero para recibir a nuestra niña.

45. En 2018, estando en Cancun, recibí otra llamada anónima en el cual me indicaron de nuevo que mi hija Arantza había sido secuestrada, embargo cuando llamé al colegio me indicaron que ella estaba bien. No fui a la policía por estos incidentes ya que también temía de la policía mexicana, por toda la corrupción que se sufre en ese país.

46. El 16 de mayo de 2018 nació mi hija Ainhoa Esmeralda Zapata Vega en Quintana Roo, México.

47. Eventualmente tuve que dejar mi trabajo por las condiciones precarias en las que debía trabajar, y debido al nacimiento de mi hija Ainhoa y la posibilidad de tener residencia permanente a raíz de ella, la cual, si me permitía trabajar, decido viajar entre Cancun y Ciudad de Mexico haciendo trabajo independiente de taxista.

48. Debido a la xenofobia que sufría con mi familia, el rechazo por ser venezolano, independientemente de tener mis papeles para permanecer en Mexico, que tenia como consecuencia recibir insultos como "chinga a tu madre", "vete a tu país", y la inseguridad que venia sufriendo respecto a las amenazas en contra de mi hija, el terror que me producia la amistad entre los oficiales del regimen venezolano como el Sr. Velasquez y el gobierno mexicano y la corrupción en México, decidí que lo mas seguro para mi y mi familia era irnos a buscar refugio en los Estados Unidos. No iba a esperar por una tercera acción de parte de las personas que venían amenazándonos, y por ello decidimos huir. Cruzamos la frontera hacia los Estados Unidos por San Luis, Arizona el 9 de agosto de 2021.

49. Durante mi estadía en México tenía miedo de expresar mi miedo ante las autoridades mexicanas ya que el gobierno mexicano y venezolano tienen muy buenas relaciones, además de ser conocido por ser bastante corrupto también. Existía una persecución personal, por lo que sabía que debía huir para protegerme a mí, mi esposa e hijas y al resto de mi familia en ese pais.

Respetuosamente jurado y firmado el _____June 27, 2022_____ en Miami, Florida.


Moises Zapata (June 27, 2022 18:59 EDT)
_____

MOISÉS RICARDO RUIZ ZAPATA