

PASAPORTE Nº
PASSPORT Nº

030415788

OBSERVACIONES
COMMENTS

# REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE PASSPORT

Tipo / Type: P

País Emisor / Issuing State: VEN

Pasaporte Nº / Passport of: 030415788

Apellidos / Surnames: DIAZ GUILLEN

Nombres / Given names: CLAUDIA PATRICIA

Nacionalidad / Nationality: VENEZOLANA

Cédula de identidad Nº / Personal Nº: 11502896

Fecha de Nacimiento / Date of birth: 25 / Nov / Nov / 1973

Sexo / Sex: F

23-11-73

Fecha de Emisión / Date of issue: 23 / Nov / Nov / 2009

Lugar de Nacimiento / Place of birth: SAN CRISTOBAL VEN

Fecha de Vencimiento / Date of expiry: 22 / Nov / Nov / 2014

Autoridad / Authority:

Titular / Holder's signature:

```
P<VENDIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F141122511502896<<<<<<08
```

DEFENDANT'S
EXHIBIT

115









```
VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F1112267B3CRSOJ8VS252150
```





VISA

UNITED STATES OF AMERICA

Issuing Post Name
CARACAS

Control Number
20112168120002

Surname
DIAZ GUILLEN

Given Name
CLAUDIA PATRICIA

Visa Type /Class
R     B1/B2

Passport Number
030415788

Sex
F

Birth Date
25NOV1973

Nationality
VENZ

Entries
M

Issue Date
26AUG2011

Expiration Date
23AUG2012

0110

Annotation

CLEARANCE RECEIVED 10-AUG-2011     E4031515

VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F1208238B3CRSOM9OM252157







**VISA**

**UNITED STATES OF AMERICA**

Issuing Post Name
**CARACAS**
Surname
**DIAZ GUILLEN**
Given Name
**CLAUDIA PATRICIA**
Passport Number
**030415788**
Sex
**F**
Entries
**M**
Annotation

Control Number
**20121944170001**

Visa Type /Class
**R    B1/B2**
Birth Date
**25NOV1973**
Nationality
**VENZ**
Issue Date
**13JUL2012**
Expiration Date
**11JUL2022**
**0111**

**F8391529**

```
VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F2207113B3CRSOQK5F252152
```























33

VISAS



El Gobierno de la República Bolivariana de Venezuela, pide a las autoridades de dentro y extranjeras, permitir al titular de este pasaporte, la libre circulación para su territorio, y prestarle en lo fuere pertinentes, la ayuda y cooperación, de acuerdo con la conformidad a lo establecido en la constitución de la República Bolivariana de venezuela, partos, tratados y convenios internacionales suscritos por nombra República en esta materia.

The Government of the Bolivarian Republic of Venezuela requests been desirable and foreign authorities permissive es order to enable the passport bearer, free travel through the territory and to provide, assistance and cooperation, in accordance with the Constitution of the Bolivarian Republic of venezuela, international parts, treaties and agreements to which Venezuela is signatory.

En caso de pérdida o extravío de este pasaporte en el exterior, su agarte o enviarlo a las siguientes de oficinas Sedes Diplomáticas o Representaciones Consulares de la República Bolivariana de Venezuela, o informar al Ministerio de Relaciones Exteriores, a través de la página web www.mre.gob.ve

In the event of loss of this passport abroad, it should be immediately delivered to the nearest office of interior or consular agency of the Bolivarian Republic of Venezuela, or inform the Department of Foreign Affairs through its web page www.mre.gob.ve

237

