UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN, and
ADRIAN JOSE VELASQUEZ FIGUEROA,

      Defendants.
_____/

## NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States, files this Notice on Final Forfeiture:

1. On September 18, 2025, pursuant to 21 U.S.C. § 853(p), the Court entered a Second Preliminary Order of Forfeiture, Dkt. No. 469, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property")

    i. all assets on deposit in Account No. 000000550352493, held in the name of HOLD - INTERNAL BLK ACC REYL & CIE SA, SWITZERLAND – PI - VENEZUELA, at JPMorgan Chase Bank, inclusive of interest through and including the date the United States takes custody.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, Dkt. No. 471; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1). [*See* Exhibit A (Direct Notices and Delivery Confirmations).]

4. The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6. The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

7. Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  *s/ Joshua Paster*
Joshua Paster
Court ID No. A5502616
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov

*Counsel for United States of America*