

U.S. Department of Justice

United States Attorney
Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*Telephone (305) 961-9342*
*Facsimile (305) 536-4089*

December 18, 2025

**<u>VIA FEDERAL EXPRESS</u>**
**8872 4527 8648**

Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street, NW
Suite 400
Washington, DC 20001

      Re:    Notice of Forfeiture in *United States v Raul Gorrin Belisario, et al.*
                Criminal Case No. 18-CR-80160-WPD

To Whom It May Concern:

      The U.S. District Court for the Southern District of Florida has ordered that certain property in the above-referenced criminal case be forfeited to the United States. The enclosed published Notice of Forfeiture and Preliminary Order of Forfeiture describe the forfeited property and the procedure for filing a petition to claim any of the forfeited property. By receipt of this letter, you are on actual notice of the forfeiture and of your right to assert a claim. This letter is not intended to imply that the United States believes that you have a valid claim to any of the forfeited property.

      The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), a person must file a petition in the criminal case claiming forfeited property within thirty (30) days of the receipt of this letter or within 60 days of the first date of publication of the Notice of Forfeiture, <u>whichever is earlier</u>.

      Sincerely,

      _____
      Joshua Paster
      Assistant United States Attorney
      Joshua.Paster@usdoj.gov

Enclosures: (1) Published Notice on Forfeiture & (2) Preliminary Order of Forfeiture

JP/rr



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

January 22, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 887245278648

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | T.Mcbride | **Delivery Location:** | 1050 K ST NWSTE 400 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | WASHINGTON, DC, 20001 |
| | | **Delivery date:** | Dec 19, 2025 11:49 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 887245278648 | **Ship Date:** | Dec 18, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Lewis Baach Kaufmann MiddlemissPLLC,
1050 K Street, NW
Suite 400
WASHINGTON, DC, US, 20001

**Shipper:**
Joshua Paster, AUSA, U.S. Attorneys Office SDFL
99 NE 4th Street
7th Floor
MIAMI, FL, US, 33132

**Reference**         18cr80160

**Purchase Order**    Notice Letter re DE 469



Thank you for choosing FedEx



U.S. Department of Justice

United States Attorney
Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*Telephone (305) 961-9342*
*Facsimile (305) 536-4089*

December 18, 2025

**VIA FEDERAL EXPRESS**
**8872 4527 8762**

Lewis Baach Kaufmann Middlemiss PLLC
10 Grand Central
155 East 44th Street
25th Floor
New York, NY 10017

      Re:    Notice of Forfeiture in *United States v Raul Gorrin Belisario, et al.*
               Criminal Case No. 18-CR-80160-WPD

To Whom It May Concern:

      The U.S. District Court for the Southern District of Florida has ordered that certain property in the above-referenced criminal case be forfeited to the United States. The enclosed published Notice of Forfeiture and Preliminary Order of Forfeiture describe the forfeited property and the procedure for filing a petition to claim any of the forfeited property. By receipt of this letter, you are on actual notice of the forfeiture and of your right to assert a claim. This letter is not intended to imply that the United States believes that you have a valid claim to any of the forfeited property.

      The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), a person must file a petition in the criminal case claiming forfeited property within thirty (30) days of the receipt of this letter or within 60 days of the first date of publication of the Notice of Forfeiture, <u>whichever is earlier</u>.

      Sincerely,

      _____
      Joshua Paster
      Assistant United States Attorney
      Joshua.Paster@usdoj.gov

Enclosures: (1) Published Notice on Forfeiture & (2) Preliminary Order of Forfeiture

JP/rr



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

January 22, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 887245278762

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.Pierce | **Delivery Location:** | 155 E 44TH ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | New York, NY, 10017 |
| | | **Delivery date:** | Dec 19, 2025 12:32 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 887245278762 | **Ship Date:** | Dec 18, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Lewis Baach Kaufmann MiddlemissPLLC,
10 Grand Central
155 East 44th Street
25th Floor
NEW YORK, NY, US, 10017

**Shipper:**
Joshua Paster, AUSA, U.S. Attorneys Office SDFL
99 NE 4th Street
7th Floor
MIAMI, FL, US, 33132

| | |
|---|---|
| **Reference** | 18cr80160 |
| **Purchase Order** | Notice Letter re DE 469 |



Thank you for choosing FedEx